## Resolution by the Directors of Tri-State Paper, Inc.

**WHEREAS**, the corporation is insolvent and unable to pay its debts when due, and

**WHEREAS**, the corporation, its creditors, and all interested parties would be best served by reorginization of the corporation under chapter 11 of the United States Bankruptcy Code, and

**WHEREAS**, it is necessary for the corporation to engage counsel to advise the corporation of its rights and obligations under the Bankruptcy Code and to assist it in fulfillment of those obligations.

**NOW, THEREFORE, BE IT RESOLVED** that John Petaccio, as President, is authorized and directed to engage Cibik Law, P.C., to represent the company as its counsel in bankruptcy proceedings, and

**BE IT FURTHER RESOLVED** that John Petaccio, as President, is authorized and directed to sign a petition for relief under chapter 11 of the United States Bankruptcy Code and to assist counsel in fulfilling the corporation's obligations under the Bankruptcy Code.



*I, John Petaccio, President of Tri-State Paper, Inc., do hereby certify that the foregoing is a true, complete, and accurate copy of the resolution duly adopted by the directors of the corporation by unanimous consent on this date, that the resolution is now in full force and effect, and that the directors did and do have authority to adopt this resolution.*

*IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of the corporation on this twentieth day of October 2023.*

/s/ John Petaccio
John Petaccio
President