**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                                                    CHAPTER **11**
**Tri-State Paper, Inc.**

DEBTOR(S)                                                                          CASE NO **23-13237**

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **John Petaccio** 149 E Church St. Blackwood, NJ 08012 | | 100% | Common Stock |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President** of the **Nonpublic Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **10/27/2023**                     Signature: /s/ John Petaccio
                                                                        *John Petaccio, President*