# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Tri-State Paper, Inc.**                                                             Case No. **23-13237**

Debtor(s)                                                                                              Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Tri-State Paper, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**10/27/2023**                                                       **/s/ Michael A. Cibik**

Date                                                                              **Michael A. Cibik**
Signature of Attorney or Litigant
Counsel for **Tri-State Paper, Inc.**
**Bar Number: 23110**
**Cibik Law, P.C.**
**1500 Walnut Street Suite 900**
**Philadelphia, PA 19102**
**Phone: (215) 735-1060**
**Email: mail@cibiklaw.com**