# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13237 |
| Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | |

**Statement About Documents Required by 11 U.S.C. § 1116(1)**

1. I am the principal of the above-captioned debtor.

2. The Debtor has not recently prepared a balance sheet, statement of operations, or cash-flow statement, and has not yet prepared or filed its 2022 federal tax return.

3. I state under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Date: October 27, 2023             /s/ John Petaccio
                                   John Petaccio