*Form 130* (3/23)–doc 9

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Tri–State Paper, Inc. )  Case No. 23–13237–pmm
   dba Tri–State Paper Company )
    )
   Debtor(s). )  Chapter: 11
    )
    )

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Matrix Due 11/3/23
    20 Largest Unsecured Creditors Due 11/13/23
    Schedule A/B Due 11/13/23
    Schedule D Due 11/13/23
    Schedule E/F Due 11/13/23
    Schedule G Due 11/13/23
    Schedule H Due 11/13/23
    Statement of Financial Affairs Due 11/13/23
    Summary of Assets and Liabilities Due 11/13/23

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: October 27, 2023                  By the Court

                                                                               Patricia M. Mayer
                                                                              Judge, United States Bankruptcy Court