## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                          :        **Chapter 11**
**Tri-State Paper, Inc.,**       :
                                :        **Case No.  23-13237 (PMM)**
              **Debtor.**        :

# O R D E R

**AND NOW,** the Debtor have elected to proceed under Subchapter V of Chapter 11 of the

United States Bankruptcy Code, it is hereby

**ORDERED** that:

1.  A Status Conference as required by 11 U.S.C. §1188 is **SCHEDULED** for

    **Wednesday, December 13, 2023 at 9:30 a.m. EST** in the United States Bankruptcy

    Court, Robert N.C. Nix Sr. Federal Courthouse, Second Floor, Courtroom 1, 900

    Market Street, Philadelphia, PA 19107; and

2.  The Debtor shall file a status report as required by 11 U.S.C. §1188(c) on or before

    November 29, 2023.

**Date:  October 27, 2023**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**