# Exhibit A

# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

       Tri-State Paper, Inc.,

             Debtor.

Case No. 23-13237-pmm

Chapter 11

### Declaration of Michael A. Cibik in Support of Debtor's Application to Employ Cibik Law, P.C. as Debtor's Counsel

1. The above debtor wishes to employ Cibik Law, P.C. as its counsel in this case.

2. I am the principal of Cibik Law and make this verified statement on the firm's behalf.

3. Pursuant to L.B.R. 2014-1, Cibik Law makes the following disclosures with respect to payments received from the debtor within the 90 days preceding the order for relief:

| Date Payment Received | Amount Received | Amount Applied to Services Rendered Before Receipt | Amount Applied to Services Rendered After Receipt | Amount Remaining on Petition Date |
|---|---|---|---|---|
| October 20, 2023 | $40,000.00 | $9,380.00 | $11,793.00 | $18,827.00 |
| **Total** | **$40,000.00** | **$9,380.00** | **$11,793.00** | **$18,827.00** |

4. Time records for pre-petition services rendered are attached to this declaration.

5. Before filing this case, the debtor paid Cibik Law a retainer of $40,000.00 in preparation for filing the Chapter 11 bankruptcy. The Firm used $21,173.00 of that sum for pre-petition services as follows: (i) advising the debtor concerning its obligations under Chapter 11, (ii) preparing the bankruptcy petition and some related documents, including this retention application, and (iii) payment of the Court's $1,738.00 filing fee. The balance remaining in the Debtor's retainer account is $18,827.00, which is being held by the firm in its escrow/trust account.

6. Cibik Law has no connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

7. Cibik Law is not a creditor of the debtor.

8. Cibik Law has represented many bankrupt debtors and is able to perform services required by the debtor related to this case.

9. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: October 27, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

2

CIBIK LAW, P.C.
1500 WALNUT STREET SUITE 900
PHILADELPHIA, PA 19102
(215) 735-1060

# Invoice #10003

Posted Date:  10/20/2023

BILL TO:

## Tri-State Paper, Inc.

4500 N 3rd St
Philadelphia, PA 19140-1502

## BILLABLE ITEMS

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | 10/09/2023 | A107: Communicate (other outside counsel): Phone call with Richard Hoy to discuss potential bankruptcy for debtor. (10/09/2023) | Michael A. Cibik | 1 | $750.00 | $750.00 |
| 2 | 10/10/2023 | A106: Communicate (with client): Phone call with debtor's principal to discuss potential bankruptcy case and gather information. (10/10/2023) | Michael A. Cibik | 1.3 | $350.00 | $455.00 |
| 3 | 10/11/2023 | A107: Communicate (other outside counsel): Phone call with John Raimondi to discuss civil litigation concerning stock of company. (10/11/2023) | Michael A. Cibik | 0.8 | $750.00 | $600.00 |
| 4 | 10/12/2023 | A106: Communicate (with client): Phone call with debtor's CEO to discuss operational issues (10/12/2023) | Michael A. Cibik | 1.1 | $750.00 | $825.00 |
| 5 | 10/12/2023 | A106: Communicate (with client): Phone call with debtor's principal to discuss chapter 7 vs chapter 11 (10/12/2023) | Michael A. Cibik | 1.3 | $750.00 | $975.00 |
| 6 | 10/15/2023 | A106: Communicate (with client): Phone call with debtor's CEO to answer questions. (10/15/2023) | Michael A. Cibik | 0.9 | $750.00 | $675.00 |
| 7 | 10/16/2023 | A106: Communicate (with client): Meeting with Debtor's principal and various corporate officers to discuss financial circumstances. (w/ M. Cibik) (10/16/2023) | Michael I. Assad | 1 | $350.00 | $350.00 |

1

## BILLABLE ITEMS

|  | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 8 | 10/16/2023 | A106: Communicate (with client): Meeting with Debtor's principal and various corporate officers to discuss financial circumstances. (w/ M. Assad) (10/16/2023) | Michael A. Cibik | 2 | $750.00 | $1,500.00 |
| 9 | 10/16/2023 | A106: Communicate (with client): Phone call with debtor's principal to answer questions and provide advice. (10/16/2023) | Michael A. Cibik | 0.1 | $750.00 | $75.00 |
| 10 | 10/16/2023 | A104: Review/Analyze: Reviewed mortgage foreclosure complaint filed against debtor by Citizens Bank (10/16/2023) | Michael A. Cibik | 0.5 | $750.00 | $375.00 |
| 11 | 10/17/2023 | A106: Communicate (with client): Phone call with debtor's principal to answer questions and provide advice. (10/17/2023) | Michael A. Cibik | 0.1 | $750.00 | $75.00 |
| 12 | 10/17/2023 | A106: Communicate (with client): Phone call with debtor's principal to answer questions and provide advice. (10/17/2023) | Michael A. Cibik | 0.6 | $750.00 | $450.00 |
| 13 | 10/17/2023 | A106: Communicate (with client): Phone call with debtor's CEO to answer questions. (10/17/2023) | Michael A. Cibik | 0.4 | $750.00 | $300.00 |
| 14 | 10/19/2023 | A105: Communicate (in firm): Phone call with M. Cibik to discuss case strategy and requirements. (10/19/2023) | Michael I. Assad | 0.4 | $350.00 | $140.00 |
| 15 | 10/19/2023 | A105: Communicate (in firm): Phone call with M. Assad to discuss case strategy and requirements. (10/19/2023) | Michael A. Cibik | 0.4 | $750.00 | $300.00 |
| 16 | 10/19/2023 | B160: Fee/Employment Applications: Prepared retainer agreement. (10/19/2023) | Michael I. Assad | 0.3 | $350.00 | $105.00 |
| 17 | 10/19/2023 | A106: Communicate (with client): Phone call with debtor's CEO to answer questions. (10/19/2023) | Michael A. Cibik | 0.2 | $750.00 | $150.00 |
| 18 | 10/20/2023 | B110: Case Administration: Drafted corporate resolution authorizing bankruptcy filing. (10/20/2023) | Michael I. Assad | 0.3 | $350.00 | $105.00 |
| 19 | 10/20/2023 | A106: Communicate (with client): Meeting with debtor's principal to answer questions, discuss process, and collect payment. (w/ M. Assad) (10/20/2023) | Michael A. Cibik | 1 | $750.00 | $750.00 |

## BILLABLE ITEMS

|  | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 20 | 10/20/2023 | A106: Communicate (with client): Meeting with debtor's principal to answer questions, discuss process, and collect payment. (w/ M. Cibik) (10/20/2023) | Michael I. Assad | 1 | $350.00 | $350.00 |
| 21 | 10/20/2023 | A106: Communicate (with client): Phone call with debtor's principal to answer questions and provide advice. (10/20/2023) | Michael A. Cibik | 0.1 | $750.00 | $75.00 |

Notes:

Services performed prior to payment of retainer.

| | |
|---|---|
| INVOICE TOTAL | $9,380.00 |

## PAYMENTS

| Date Received | Pay Method | Ref. Number | Amount |
|---|---|---|---|
| *No payments received* | | | |

| | |
|---|---|
| TOTAL PAYMENTS | $0.00 |

## REMAINING BALANCE:   $9,380.00

THANK YOU FOR YOUR BUSINESS

CIBIK LAW, P.C.
1500 WALNUT STREET SUITE 900
PHILADELPHIA, PA 19102
(215) 735-1060

# Invoice #10004

Posted Date:  10/27/2023

BILL TO:

## Tri-State Paper, Inc.

4500 N 3rd St
Philadelphia, PA 19140-1502

## BILLABLE ITEMS

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | 10/21/2023 | B160: Fee/Employment Applications: Drafted application to employ Cibik Law as Debtor's counsel, and related documents. (10/21/2023) | Michael I. Assad | 1 | $350.00 | $350.00 |
| 2 | 10/21/2023 | B310: Claims and Administration Objections: Drafted motion and proposed order to set last day to file proofs of claim. (10/21/2023) | Michael I. Assad | 0.4 | $350.00 | $140.00 |
| 3 | 10/21/2023 | A106: Communicate (with client): Sent email to client with a list of documents and information needed to prepare bankruptcy petition, schedules, and related documents. (10/21/2023) | Michael I. Assad | 0.5 | $350.00 | $175.00 |
| 4 | 10/21/2023 | A102: Research: Performed UCC search (10/21/2023) | Michael I. Assad | 0.1 | $350.00 | $35.00 |
| 5 | 10/21/2023 | A102: Research: Searched for civil judgments. (10/21/2023) | Michael I. Assad | 0.6 | $350.00 | $210.00 |
| 6 | 10/21/2023 | B110: Case Administration: Began drafting petition, statement of financial affairs, creditor matrix, and schedules. (10/21/2023) | Michael I. Assad | 1 | $350.00 | $350.00 |
| 7 | 10/23/2023 | A106: Communicate (with client): Meeting with Debtor's principal and various corporate officers to discuss financial circumstances. (w/ M. Cibik) (10/23/2023) | Michael I. Assad | 2.5 | $350.00 | $875.00 |
| 8 | 10/23/2023 | A106: Communicate (with client): Meeting with Debtor's principal and various corporate officers to discuss financial circumstances. (w/ M. Assad) (10/23/2023) | Michael A. Cibik | 2.5 | $750.00 | $1,875.00 |

## BILLABLE ITEMS

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 9 | 10/23/2023 | A106: Communicate (with client): Phone call with debtor's principal to answer questions and discuss steps forward. (10/23/2023) | Michael A. Cibik | 0.8 | $750.00 | $600.00 |
| 10 | 10/24/2023 | A108: Communicate (other external): Left voicemail for Joe Gray, potential accountant for debtor, to request call to discuss services needed. (10/24/2023) | Michael A. Cibik | 0.1 | $750.00 | $75.00 |
| 11 | 10/24/2023 | A106: Communicate (with client): Replied to client email requesting information about where to direct creditor inquiries. (10/24/2023) | Michael I. Assad | 0.1 | $350.00 | $35.00 |
| 12 | 10/24/2023 | B110: Case Administration: Continued drafting matrix list of creditors and schedules based on information provided by creditor. (10/24/2023) | Michael I. Assad | 0.1 | $350.00 | $35.00 |
| 13 | 10/24/2023 | A108: Communicate (other external): Phone call with accountant Joe Mease to discuss accounting services needed for debtor. (10/24/2023) | Michael A. Cibik | 0.9 | $750.00 | $675.00 |
| 14 | 10/24/2023 | A108: Communicate (other external): Phone call with accountant Joe Grey to discuss accounting services needed for debtor. (10/24/2023) | Michael A. Cibik | 0.7 | $750.00 | $525.00 |
| 15 | 10/25/2023 | A104: Review/Analyze: Reviewed email sent by creditor EK (10/25/2023) | Michael I. Assad | 0.1 | $350.00 | $35.00 |
| 16 | 10/25/2023 | B150: Meetings of and Communication with Creditors: Reviewed invoice and email from creditor Imperial Dade; replied to email. (10/25/2023) | Michael I. Assad | 0.1 | $350.00 | $35.00 |
| 17 | 10/25/2023 | B110: Case Administration: Continued drafting schedules and matrix list of creditors by adding claim and address of creditors Imperial Dade and RJS. (10/25/2023) | Michael I. Assad | 0.1 | $350.00 | $35.00 |
| 18 | 10/25/2023 | A107: Communicate (other outside counsel): Phone call with Rich Hoy Esq. to discuss civil litigation pending that concerns stock of corporation. (10/25/2023) | Michael A. Cibik | 0.8 | $750.00 | $600.00 |
| 19 | 10/25/2023 | A106: Communicate (with client): Phone conversation with debtor's principal to discuss creditor issues. (10/25/2023) | Michael A. Cibik | 0.5 | $750.00 | $375.00 |

## BILLABLE ITEMS

|  | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 20 | 10/25/2023 | A107: Communicate (other outside counsel): Phone call with Joe Grey to discuss accounting issues (10/25/2023) | Michael A. Cibik | 0.8 | $750.00 | $600.00 |
| 21 | 10/26/2023 | A107: Communicate (other outside counsel): Phone call with Robert Reibstein about civil issues involving bankruptcy. (10/26/2023) | Michael I. Assad | 0.5 | $350.00 | $175.00 |
| 22 | 10/26/2023 | A108: Communicate (other external): Phone call with Joe Grey to obtain information needed to draft employment application. (10/26/2023) | Michael I. Assad | 0.2 | $350.00 | $70.00 |
| 23 | 10/26/2023 | B160: Fee/Employment Applications: Drafted employment application for Joe Grey as accountant. (10/26/2023) | Michael I. Assad | 0.5 | $350.00 | $175.00 |
| 24 | 10/26/2023 | A108: Communicate (other external): Phone conversation with Joe Grey to discuss duties needed as accountant for debtor. (10/26/2023) | Michael A. Cibik | 0.7 | $750.00 | $525.00 |
| 25 | 10/26/2023 | A106: Communicate (with client): Phone conversation with debtor's principal to discuss steps to be taken after case is filed. (w/ M. Cibik) (10/26/2023) | Michael I. Assad | 0.5 | $350.00 | $175.00 |
| 26 | 10/26/2023 | A106: Communicate (with client): Phone conversation with debtor's principal to discuss steps to be taken after case is filed. (w/ M. Assad) (10/26/2023) | Michael A. Cibik | 0.5 | $750.00 | $375.00 |
| 27 | 10/26/2023 | A108: Communicate (other external): Phone call with Drew Salamon to discuss possible retention as collection attorney for debtor. (10/26/2023) | Michael A. Cibik | 0.5 | $750.00 | $375.00 |
| 28 | 10/26/2023 | A108: Communicate (other external): Phone call with Rich Hoy to inform him that debtor will file tomorrow. (10/26/2023) | Michael A. Cibik | 0.3 | $750.00 | $225.00 |
| 29 | 10/26/2023 | A107: Communicate (other outside counsel): Phone call with John Raimondi to inform him that debtor will file tomorrow. (10/26/2023) | Michael A. Cibik | 0.3 | $750.00 | $225.00 |
| 30 | 10/27/2023 | E112 Court fees: chapter 11 filing fee | | 1 | $1,738.00 | $1,738.00 |

3

## BILLABLE ITEMS

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 31 | 10/27/2023 | B110: Case Administration: Filed chapter 11 petition with the court using the CM/ECF system. (10/27/2023) | Nancy A. Matteis | 0.5 | $200.00 | $100.00 |

Notes:

Services performed after payment of retainer.

INVOICE TOTAL    $11,793.00

## PAYMENTS

| Date Received | Pay Method | Ref. Number | Amount |
|---|---|---|---|
| *No payments received* | | | |

TOTAL PAYMENTS    $0.00

REMAINING BALANCE:  $11,793.00

THANK YOU FOR YOUR BUSINESS