**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |

**Order Granting Debtor's Application to Employ**
**Cibik Law, P.C. as Debtor's Counsel**

**AND NOW**, upon consideration of the Debtor's Application to Employ Cibik Law, P.C. as Debtor's Counsel (the "Application"), and there being sufficient cause for the Court to conclude that:

A. employment of Cibik Law, P.C. (the "Attorney") as the Debtor's counsel is necessary and is in the best interest of the Debtor,

B. the Attorney represents no interest adverse to the estate with respect to matters as to which it is to be engaged,

C. the Attorney is disinterested under 11 U.S.C. §§ 101 and 327, and

D. the Applicant has certified that proper service has been made and that there has been no response filed,

it is hereby **ORDERED** that:

1. the Application is **GRANTED**,

2. the Debtor is hereby authorized to employ the Attorney as its counsel effective as of the date of the filing of the Application pursuant to the terms set forth in the Application, and

3. the Attorney may receive such compensation as is approved by the Court upon application after notice and opportunity for hearing.

Date:

Patricia M. Mayer
U.S. Bankruptcy Judge