# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

      Tri-State Paper, Inc.,

             Debtor.

Case No. 23-13237-pmm

Chapter 11

### Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Application to Employ Cibik Law, P.C. as Debtor's Counsel along with the notice on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Date: October 27, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com