## United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | |

**Debtor's Motion to Set Last Day to File Proofs of Claim**

**AND NOW**, Debtor Tri-State Paper, Inc., by and through its proposed attorney, moves this Court set the last day to file proofs of claim. In support of this motion, the Debtor states as follows:

1. Pursuant to Fed. R. Bankr. P. 3003(c)(3), the Court must set a bar date by which creditors are required to file proofs of claim.

2. To enable the Debtor to ascertain the creditors of the estate, the extent of the claims against the estate, and to establish creditors for the purposes of voting and distribution under a chapter 11 plan, notice must be mailed to all known creditors and parties in interest in this proceeding advising them of the necessity and deadline to file proofs of claim.

3. The Debtor believes that it is necessary for non-governmental units to file proofs of claim on or before January 5, 2024, and for governmental units to file proofs of claim on or before April 24, 2024, which are the 70th and 180th days after this case was filed, respectively.

4. Accordingly, the Debtor asks that the Court enter an order setting the last day for filing proofs of claim and approving the form of notice to be mailed to creditors and parties in interest.

**NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in its as may be necessary and proper under the law.

Date: October 27, 2023   CIBIK LAW, P.C.
*Proposed Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Motion to Set Last Day to File Proofs of Claim to be served on all parties on the clerk's service list through the CM/ECF system.

Date: October 27, 2023   /s/ Michael A. Cibik
Michael A. Cibik