**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>　　　　Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |

**Order Granting Debtor's Application to Employ**
**Joseph M. Grey CPA, EA as Debtor's Accountant**

　　**AND NOW**, upon consideration of the Debtor's Application to Employ Joseph M. Grey CPA, EA as Debtor's Accountant (the "Application"), and there being sufficient cause for the Court to conclude that:

A. employment of Joseph M. Grey CPA, EA (the "Accountant") as the Debtor's accountant is necessary and is in the best interest of the Debtor,

B. the Accountant represents no interest adverse to the estate with respect to matters as to which it is to be engaged,

C. the Accountant is disinterested under 11 U.S.C. §§ 101 and 327, and

D. the Applicant has certified that proper service has been made and that there has been no response filed,

it is hereby **ORDERED** that:

1. the Application is **GRANTED**,

2. the Debtor is hereby authorized to employ the Accountant as its accountant effective as of the date of the filing of the Application pursuant to the terms set forth in the Application, and

3. the Accountant may receive such compensation as is approved by the Court upon application after notice and opportunity for hearing.

Date:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Patricia M. Mayer
　　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge

CC:　　Joseph M. Grey
　　　　1834 Tomlinson Road
　　　　Philadelphia 19116-3850