### United States Bankruptcy Court
### Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | |

**Notice of Debtor's Application
to Employ Joseph M. Grey CPA, EA as Debtor's Accountant**

The Debtor in the above-captioned matter has filed an application requesting approval to appoint Joseph M. Grey CPA, EA as its accountant.

1. <u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the application** or if you want the court to consider your views on the application, then on or before **Friday, November 3, 2023, you or your attorney must file a response to the application.**

3. **If you do not file a response to the application**, the court may enter an order granting the relief requested in the application.

4. If a copy of the application is not enclosed, a copy of the application will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this notice.

5. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

6. **If you are not required to file electronically**, you must file your response at U.S. Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

7. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the deadline in paragraph two.

8. On the same day that you file or mail your response to the application, you must mail or deliver a copy of the Response to the movant's attorney:

>    Michael A. Cibik
>    Cibik Law, P.C.
>    1500 Walnut Street, Suite 900
>    Philadelphia, PA 19102
>    215-735-1060
>    mail@cibiklaw.com

Dated: October 27, 2023