# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:                                          Case No.

    Tri-State Paper, Inc.,                 Chapter 11

            Debtor.

### Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Application to Employ Joseph M. Grey CPA, EA as Debtor's Accountant along with the notice on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Joseph M. Grey
1834 Tomlinson Road
Philadelphia 19116-3850

Date: October 27, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com