**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| TRI-STATE PAPER, INC., | : | BANKR. NO. 23-13237-pmm |
| | : | |
| Debtor. | : | |

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

Pursuant to 11 U.S.C. § 1183(a), the United States trustee has appointed the following qualified individual as Subchapter V trustee in the above captioned case.

Richard E. Furtek
Furtek & Associates, LLC
Lindenwood Corporate Center
101 Lindenwood Drive, Suite 225
Malvern, Pennsylvania 19355
(610) 768-8030
rfurtek@furtekassociates.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date:  October 31, 2023.                         ANDREW R. VARA
                                                 United States trustee
                                                 Regions 3 and 9


                                                 By:  /s/ Dave P. Adams
                                                      Dave P. Adams
                                                      900 Market Street, Suite 320
                                                      Philadelphia, Pennsylvania 19107
                                                      (215) 597-4411
                                                      (215) 597-5795 (fax)
                                                      dave.p.adams@usdoj.gov