# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 11 |
| Tri-State Paper, Inc. | Bankruptcy Number: 23-13237 |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Kristen Wetzel Ladd, hereby certify that on this 31st day of October, 2023, a true and correct copy of the within Entry of Appearance and Demand for Service of Papers was served via CM/ECF or United States First Class mail, prepaid, to the following:

Tri-State Paper, Inc.
4500 N 3rd St.
Philadelphia, PA 19140
 *(Debtor)*

Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*(Counsel for Debtor)*

Richard E. Furtek
101 Lindenwood Dr., Suite 225
Malvern, PA 19355
 *(Trustee)*

United States Trustee
900 Market Street, Suite 320
Philadelphia, PA 19107

Dave P. Adams, Esquire
DOJ-Ust
900 Market Street
Philadelphia, PA 19107
*(Counsel for U.S. Trustee)*

UNRUH, TURNER, BURKE & FREES, P.C.

Date: October 31, 2023     By: /s/ Kristen Wetzel Ladd
Kristen Wetzel Ladd, Esquire
Attorney for Citizens Bank, N.A., successor
by merger to Citizens Bank of Pennsylvania

#1899213v1