United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 23-13237-pmm
Tri-State Paper, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Oct 30, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | # Tri-State Paper, Inc., 4500 N 3rd St, Philadelphia, PA 19140-1502 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| MICHAEL A. CIBIK | on behalf of Debtor Tri-State Paper  Inc. mail@cibiklaw.com, cibiklawpc@jubileebk.net;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Tri-State Paper, Inc., | : | |
| | : | Case No.  23-13237 (PMM) |
| Debtor. | : | |

# O R D E R

**AND NOW,** the Debtor have elected to proceed under Subchapter V of Chapter 11 of the United States Bankruptcy Code, it is hereby

**ORDERED** that:

1. A Status Conference as required by 11 U.S.C. §1188 is **SCHEDULED** for **Wednesday, December 13, 2023 at 9:30 a.m. EST** in the United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, Second Floor, Courtroom 1, 900 Market Street, Philadelphia, PA 19107; and

2. The Debtor shall file a status report as required by 11 U.S.C. §1188(c) on or before November 29, 2023.

Date:  October 27, 2023

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**