**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>    Tri-State Paper, Inc.,<br><br>        Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |

### Debtor's Objection to Claim No. 2
### by Claimant Imperial Bag & Paper Co. LLC

**AND NOW**, Debtor Tri-State Paper, Inc., by and through its proposed attorney, objects to a proof of claim filed by a creditor in this case pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007, and L.B.R. 3007-1. In support of this objection, the Debtor states as follows:

1. Claimant Imperial Bag & Paper Co. LLC filed Claim No. 1 in the purported amount of $50,812.69 on October 30, 2023. Exhibit A.

2. A few minutes after filing Claim No. 1, the Claimant filed Claim No. 2. Exhibit B.

3. Claim No. 2 is substantively identical to Claim No. 1 in that each claim purports an unsecured debt of the same amount and is based on the same supporting documentation.

4. A claimant may not assert the same liability in the same amount against the same debtor in more than one claim. *See* 11 U.S.C. § 502(b).

5. Accordingly, the Court must disallow Claim No. 2 in its entirety.

6. The Debtor does not intend this objection to prejudice any potential objection to Claim No. 1 that may arise upon further review of that claim.

**NOW, THEREFORE**, the Debtor requests that this Court sustain its objection in the form of order attached and grant such other relief in its favor as may be necessary and proper under the law.

Date: November 2, 2023

CIBIK LAW, P.C.
*Proposed Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com