**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | Related to Claim No. 2 |

**Order on Debtor's Objection to Claim No. 2**
**by Claimant Imperial Bag & Paper Co. LLC**

**AND NOW**, after consideration of the Debtor's Objection to Claim No. 2 by Claimant Imperial Bag & Paper Co. LLC, and the Court finding that:

a. notice of the objection and the hearing thereon was served on the Claimant at the address listed on Claim No. 2 for service of notices,

b. a hearing on the objection was held, and

c. Claim No. 2 is duplicative of Claim No. 1 and therefore invalid,

it is hereby **ORDERED** that:

1. The objection is **SUSTAINED**.

2. Claim No. 2 is **DISALLOWED** in its entirety.

Date: _____
Patrica M. Mayer
U.S. Bankruptcy Judge

CC:  Christina Merced
     Imperial Bag & Paper Co. LLC
     255 Route 1 & 9
     Jersey City, NJ 07306