# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Tri-State Paper, Inc. | CASE NO: 23-13237-pmm<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 11<br>ECF Docket Reference No. 20 |

On 11/2/2023, I did cause a copy of the following documents, described below,

Objection to Claim Number 2 by Claimant Imperial Bag & Paper Co. LLC ECF Docket Reference No. 20

Notice of Objection to claim number 2 by Claimant Imperial Bag & Paper Co. LLC 21

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/2/2023

/s/ Michael A. Cibik
Michael A. Cibik  23110
Attorney for Debtor
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
215 735 1060
mail@cibiklaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Tri-State Paper, Inc. | CASE NO: 23-13237-pmm<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 20 |

On 11/2/2023, a copy of the following documents, described below,

Objection to Claim Number 2 by Claimant Imperial Bag & Paper Co. LLC ECF Docket Reference No. 20

Notice of Objection to claim number 2 by Claimant Imperial Bag & Paper Co. LLC 21

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/2/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA  19102

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

FIRST CLASS
CHRISTINA MERCED
IMPERIAL BAG & PAPER CO. LLC
255 ROUTE 1 & 9
JERSEY CITY NJ 07306