**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | |

**Debtor's Motion to Extend Time to File Creditor Matrix**

**AND NOW**, Debtor Tri-State Paper, Inc., by and through its proposed attorney, moves this Court to extend time to file the creditor matrix. In support of this motion, the Debtor states as follows:

1. The Debtor filed this case under chapter 11 on October 27, 2023.

2. A list containing the name and address of each entity included or to be included on Schedules D, E/F, G, and H as required by 11 U.S.C. §521(a)(1)(A) and Fed. R. Bankr. P. 1007(a) ("the Matrix") was not filed with the petition, and the Court ordered that it be filed on or before November 3, 2023.

3. A debtor may request an extension of time to file the Matrix upon motion and for cause shown. 11 U.S.C. §521(i)(3); Fed. R. Bankr. P. 1007(c).

4. Because there are many potential creditors and parties in interest, the Debtor and Counsel are still gathering some of the information required to prepare the Matrix and ensure that it is a complete representation of all parties requiring notices in this case.

5. Accordingly, the Debtor requests an extension to file the Matrix on or before November 13, 2023.[1]

**NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in its favor as may be necessary and proper under the law.

---

[1] Although the Debtor only needs an extension until November 10, 2023, the Court will observe Veterans Day on that date. 5 U.S.C. § 6103; *See* Fed. R. Bank. P. 9006(2)(C).

Date: November 3, 2023

CIBIK LAW, P.C.
*Proposed Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Motion to Extend Time to File Creditor Matrix to be served on all parties on the clerk's service list through the CM/ECF system.

Date: November 3, 2023

/s/ Michael A. Cibik
Michael A. Cibik