## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:

      Tri-State Paper, Inc.,

          Debtor.

Case No. 23-13237-pmm

Chapter 11

### Order Granting Debtor's Motion to Extend Time to File Creditor Matrix

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Creditor Matrix, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor must file a list containing the name and address of each entity included or to be included on Schedules D, E/F, G, and H as required by 11 U.S.C. §521(a)(1)(A) and Fed. R. Bankr. P. 1007(a) on or before November 13, 2023.

3. This case may be dismissed without further notice if the Matrix is not filed by the deadline stated in paragraph 2.

4. No further extensions will be granted.

Date:

                            _____
                            Patricia M. Mayer
                            U.S. Bankruptcy Judge