# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Tri-State Paper, Inc.,

              Debtor.

Case No. 23-13237-pmm

Chapter 11

## Praecipe to Correct Address

To the Clerk of Court:

    To ensure that notices sent by the Bankruptcy Noticing Center are received by the respective creditor, please correct an erroneously formatted address on the creditor list in this case as follows. Thank you.

**Incorrect Address**

Euler Hermes N. A. Insurance Co. as Agent fo
800 Red Brook Blvd, #400C
Owings Mills, MD 21117, MD 21117-5173

**Correct Address**

Euler Hermes N. A. Insurance Co. as Agent fo
800 Red Brook Blvd, #400C
Owings Mills, MD 21117-5173

Date: November 6, 2023

CIBIK LAW, P.C.
*Proposed Counsel for Debtor*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com