# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | |

## Certificate of Service

I certify that on November 8, 2023, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

- Order Granting Motion to Set Last Day to File Proofs of Claim (ECF No. 26)

Date: November 8, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

| | | |
|---|---|---|
| ABC LABEL & PKG. SUPPLIES CORP. INC.<br>3708 IRONWOOD PL<br>LANDOVER, MD 20785-2333 | AGIO GROUP INC.<br>26587 CORPORATE AVE<br>HAYWARD, CA 94545-3920 | AIRGAS USA, LLC<br>6055 ROCKSIDE WOODS BLVD N<br>INDEPENDENCE, OH 44131-2301 |
| AMAZON.COM, INC.<br>440 TERRY AVE N<br>SEATTLE, WA 98109-5210 | AMERISAN<br>1 CHELSEA PKWY STE 101-102<br>BOOTHWYN, PA 19061-1307 | ANCHOR PACKAGING LLC<br>13515 BARRETT PARKWAY DR<br>BALLWIN, MO 63021-5870 |
| ANTHONY VONA<br>53 ESSEX CT<br>NORRISTOWN, PA 19403-1067 | ARROW FASTENER CO., LLC<br>271 MAYHILL ST<br>SADDLE BROOK, NJ 07663-5395 | BRITEVISION VBG LLC<br>100 SIMPLEX DR<br>WESTMINSTER, MA 01473-1482 |
| BROWN PAPER GOODS CO.<br>3530 BIRCHWOOD DR<br>WAUKEGAN, IL 60085-8334 | BUNZL DISTRIBUTION USA, LLC<br>1 CITYPLACE DR STE 200<br>SAINT LOUIS, MO 63141-7067 | CAMDEN BAG & PAPER CO.<br>200 CONNECTICUT DR<br>BURLNGTN TWP, NJ 08016-4106 |
| CARBONITE<br>2 AVENUE DE LAFAYETTE<br>BOSTON, MA 02111-1750 | CARTEC INC.<br>106 POWDER MILL RD<br>COLLINSVILLE, CT 06019-3547 | CASSIDY INSURANCE ASSOCIATES, INC.<br>407 E LINCOLN HWY<br>EXTON, PA 19341-2732 |
| CEE D., INC.<br>704 RAMSEY AVE<br>HILLSIDE, NJ 07205-1034 | CELLUCAP MANUFACTURING<br>4626 N 15TH ST<br>PHILADELPHIA, PA 19140-1197 | CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 |
| CITY OF PHILADELPHIA<br>PARKING VIOLATION BRANCH<br>PO BOX 41819<br>PHILADELPHIA, PA 19101-1819 | CITY OF PHILADELPHIA LAW DEPARTMENT<br>MUNICIPAL SERVICES BUILDING<br>1401 JOHN F KENNEDY BLVD 5TH FLOOR<br>PHILADELPHIA PA 19102-1617 | CLEANCO VENTURES INC.<br>1207 DELAWARE AVE # 1335<br>WILMINGTON, DE 19806-4743 |
| COMMERCIAL MICRO-SYSTEMS, INC.<br>3525 OLD CONEJO RD STE 110<br>NEWBURY PARK, CA 91320-2198 | CRYSTALWARE LLC<br>600 JAMES ST<br>LAKEWOOD, NJ 08701-4023 | DART CONTAINER CORPORATION<br>500 HOGSBACK RD<br>MASON, MI 48854-9547 |
| DELAWARE RIVER PORT AUTHORITY<br>ATTN: GENERAL COUNSEL<br>2 RIVERSIDE DR<br>CAMDEN, NJ 08103-1019 | DEPARTMENT OF LABOR & INDUSTRY<br>ATTN OFFICE OF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG PA 17121-0751 | DEREK NOTTINGHAM<br>42 DALE CT<br>NEWARK, DE 19702-4003 |
| DOT COMPLIANCE GROUP LLC<br>3180 PARK CENTER DR<br>TYLER, TX 75701-8482 | DUBIN PAPER CO.<br>1910 S COLUMBUS BLVD<br>PHILADELPHIA, PA 19148-2820 | ECOPAX<br>3600 GLOVER RD<br>EASTON, PA 18040-9203 |

| | | |
|---|---|---|
| EDWARDS COUNCILOR COMPANY INC.<br>1427 BAKER RD<br>VIRGINIA BCH, VA 23455-3321 | ELEVATOR CONSTUCTION & REPAIR CO. INC.<br>2040 BENNETT RD<br>PHILADELPHIA, PA 19116-3020 | ELKAY PLASTICS CO., INC.<br>6000 SHEILA ST<br>COMMERCE, CA 90040-2405 |
| EULER HERMES N. A. INSURANCE CO.<br>800 RED BROOK BLVD, #400C<br>OWINGS MILLS, MD, 21117-5173 | FANCYHEAT CORPORATION<br>40 VERONICA AVE<br>SOMERSET, NJ 08873-3417 | FERRARO FOODS<br>287 S RANDOLPHVILLE RD<br>PISCATAWAY, NJ 08854-3806 |
| FINELINE SETTINGS<br>135 CROTTY RD STE 1<br>MIDDLETOWN, NY 10941-4071 | FRANCIS PETACCIO<br>C/O RICHARD J. GIULIANI, ESQ.<br>1717 ARCH ST STE 320<br>PHILADELPHIA, PA 19103-2745 | FREEPORT PAPER INDUSTRIES, INC.<br>120 WINDSOR PL<br>CENTRAL ISLIP, NY 11722-3331 |
| GENERAL PLASTICS, INC.<br>2609 W MILL RD<br>MILWAUKEE, WI 53209-3211 | HANDY WACKS CORPORATION<br>100 E AVERILL ST<br>SPARTA, MI 49345-1516 | ICONEX LLC<br>3237 SATELLITE BLVD STE 550<br>DULUTH, GA 30096-2305 |
| IMPERIAL BAG & PAPER CO LLC<br>255 ROUTE 1 & 9<br>JERSEY CITY, NJ 07306-6727 | INDIGO INC.<br>600 PROSPECT AVE<br>PISCATAWAY, NJ 08854-1414 | INNO-PAK<br>100 FOUNDERS CT<br>DELAWARE, OH 43015-4460 |
| INOPAK LTD<br>500 W MAIN ST STE 11<br>WYCKOFF, NJ 07481-1406 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | IPFS CORPORATION<br>3522 THOMASVILLE RD STE 400<br>TALLAHASSEE, FL 32309-3488 |
| JANICO INC.<br>88 INDUSTRIAL CT<br>FREEHOLD, NJ 07728-8908 | JOHN F. RAIMONDI, ESQ.<br>1500 WALNUT ST FL WEST<br>PHILADELPHIA, PA 19102-3523 | JOHN PETACCIO<br>149 E CHURCH ST<br>BLACKWOOD, NJ 08012-3904 |
| JOSEPH M. GREY<br>1834 TOMLINSON RD<br>PHILADELPHIA, PA 19116-3850 | KARI-OUT CO.<br>520 WHITE PLAINS RD FL 6<br>TARRYTOWN, NY 10591-5114 | KAST DISTRIBUTORS INC.<br>424 HARDING HWY<br>PENNS GROVE, NJ 08069-2254 |
| KEITH PYLES<br>14 OAKLEY CT<br>NEWARK, DE 19702-2957 | KEREKES BAKERY & REST. EQUIP. INC.<br>6103 15TH AVE<br>BROOKLYN, NY 11219-5402 | KHALIL SHIVER<br>921 ASTON MARTIN DR<br>LINDENWOLD, NJ 08021-2952 |
| KIK CONSUMER PRODUCTS<br>6250 N RIVER RD STE 6000<br>ROSEMONT, IL 60018-4217 | LAMINATED INDUSTRIES INC.<br>2000 BRUNSWICK AVE<br>LINDEN, NJ 07036-2400 | MARY MALCOLM<br>2217 E CUMBERLAND ST APT 6<br>PHILADELPHIA, PA 19125-2251 |

MARYJANE RITTENHOUSE
1215 BROWNING CT
LANSDALE, PA 19446-5385

MASTER SUPPLY LINE, LLC
49 S POPLAR ST
MACUNGIE, PA 18062-1335

MAT-PAC, INC.
404 CANDLEWOOD CMNS
HOWELL, NJ 07731-2171

METRO PAPER INDUSTRIES INC.
695 W END AVE
CARTHAGE, NY 13619-1040

MIDVALE PAPER BOX?COMPANY, INC.
19 BAILEY ST
WILKES BARRE, PA 18705-1907

MONARCH BRANDS
11350 NORCOM RD
PHILADELPHIA, PA 19154-2304

NATIONAL CHECKING COMPANY
899 MONTREAL WAY
SAINT PAUL, MN 55102-4245

NITTANY PAPER MILLS, LLC
6395 STATE ROUTE 103 N BLDG 5A
LEWISTOWN, PA 17044-7899

NJ EZPASS
ATTN ATTN NJ EZPASS/ JASMINE
JENKINS
375 MCCARTER HIGHWAY
SUITE 200
NEWARK NJ 07114-2562

NORPAK LLC
70 BLANCHARD ST
NEWARK, NJ 07105-6820

OLIVER FIRE PROTECTION AND
SECURITY
ATTN ATTN BRYAN SCHLACK
501 FEHELEY DRIVE
KING OF PRUSSIA PA 19406-2611

PACKAGING CORPORATION OF
AMERICA
1 N FIELD CT
LAKE FOREST, IL 60045-4810

PECO ENERGY COMPANY
2301 MARKET ST
PHILADELPHIA, PA 19103-1380

PENN JERSEY PAPER CO.
9355 BLUE GRASS RD
PHILADELPHIA, PA 19114-2311

PENNSYLVANIA ATTORNEY GENERAL
16TH FLOOR, STRAWBERRY SQUARE
HARRISBURG, PA 17120-0001

PENNSYLVANIA DEPARTMENT OF
REVENUE
BANKRUPTCY DIVISION
P.O. BOX 280946
HARRISBURG, PA 17128-0946

PENNSYLVANIA OFFICE OF GENERAL
COUNSEL
333 MARKET ST FL 17
HARRISBURG, PA 17101-2210

PENNSYLVANIA TURNPIKE COMMISSION
300 E PARK DR
HARRISBURG, PA 17111-2729

PENSKE TRUCK LEASING CO., L.P.
2675 MORGANTOWN RD
READING, PA 19607-9676

PHILADELPHIA GAS WORKS
800 W MONTGOMERY AVE
PHILADELPHIA, PA 19122-2898

PHILADELPHIA MUNICIPAL COURT
TRAFFIC DIVISION
800 SPRING GARDEN ST
PHILADELPHIA, PA 19123-2616

PHILADELPHIA PARKING AUTHORITY
BANKRUPTCY DEPARTMENT
701 MARKET ST
PHILADELPHIA, PA 19106-1540

PLACON CORPORATION
6096 MCKEE RD
FITCHBURG, WI 53719-5103

POLY PLASTICS PRODUCTS OF
PENNSYLVANIA INC
PO BOX 220
DELANO PA 18220-0220

POWWEB
5335 GATE PKWY
JACKSONVILLE, FL 32256-3071

PRIMEPAK
120 N STATE RT 17 STE 205
PARAMUS, NJ 07652-2837

PROAMPAC
12025 TRICON RD
CINCINNATI, OH 45246-1719

PRO-STAT, INC.
285 PIERCE ST
SOMERSET, NJ 08873-1261

QUALITY CARTON AND CONVERTING,
LLC
175 WARD HILL AVE
BRADFORD, MA 01835-6943

RIDGWAY INDUSTRIES, INC.
60 WALNUT ST # 4
MARCUS HOOK, PA 19061

RJ SCHINNER CO., INC.
N89W14700 PATRITA DR
MENOMONEE FLS, WI 53051-2365

SAM'S WEST, INC.
2101 SE SIMPLE SAVINGS DR
BENTONVILLE, AR 72712-4304

SAMSENG TISSUE CO.
122 KISSEL RD STE 300
BURLINGTON, NJ 08016-4225

SANDT PRODUCTS
1828 WILLIAM PENN WAY STE 102
LANCASTER, PA 17601-3168

SANFACON VIRGINA INC.
18097 US HIGHWAY 501
PO BOX 600
BROOKNEAL, VA 24528-0600

SCREEN GEMS, INC.
2927 W THOMPSON ST
PHILADELPHIA, PA 19121-4547

SHAMROCK INDUSTRIES SALES
774 HAUNTED LN
BENSALEM, PA 19020

SHEPPARD ENTERPRISES, INC.
571 HOLLOW RD
PHOENIXVILLE, PA 19460-1136

SHERWEB
2915 OGLETOWN RD # 1073
NEWARK, DE 19713-1927

SHORE MANUFACTURING
2145 DENNIS ST BLDG 2
JACKSONVILLE, FL 32204-1805

SMART USA INC.
1440 5TH AVE
BAY SHORE, NY 11706-4147

SOURCE DIRECT INC.
2200 GARRY RD STE 3
CINNAMINSON, NJ 08077-2595

SOUTH JERSEY TRANSPORTATION
AUTHORITY
PO BOX 351
HAMMONTON, NJ 08037-0351

SOUTHERN CHAMPION TRAY L.P.
220 COMPRESS ST
CHATTANOOGA, TN 37405-3724

STAPLES INC.
500 STAPLES DR
FRAMINGHAM, MA 01702-4474

STATE OF DELAWARE
DEPARTMENT OF TRANSPORTATION
900 PUBLIC SAFETY BLVD
DOVER, DE 19901-4503

STATE OF DELAWARE
DIVISION OF REVENUE
820 N FRENCH ST STE 8
WILMINGTON, DE 19801-3509

STATE OF DELAWARE
OFFICE OF THE ATTORNEY GENERAL
820 N FRENCH ST
WILMINGTON, DE 19801-3509

STATE OF NEW JERSEY
DIVISION OF TAXATION
50 BARRACK ST
TRENTON, NJ 08608-2006

STATE OF NEW JERSEY
OFFICE OF THE ATTORNEY GENERAL
PO BOX 080
TRENTON, NJ 08625-0080

SYSCO CORPORATION
1390 ENCLAVE PKWY
HOUSTON, TX 77077-2099

THE OCALA GROUP
1981 MARCUS AVE
NEW HYDE PARK, NY 11042-2060

THE RESTAURANT STORE, LLC
2209 OLD PHILADELPHIA PIKE
LANCASTER, PA 17602-3416

THOMAS PHELAN
641 MOHAWK AVE
NORWOOD, PA 19074-1229

U.S. ATTORNEY, EASTERN DISTRICT OF
PA.
615 CHESTNUT ST STE 1250
PHILADELPHIA, PA 19106-4404

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530-0009

U.S. SMALL BUSINESS ADMIN.
OFFICE OF GENERAL COUNSEL
409 3RD ST SW
WASHINGTON, DC 20416-0011

UNI-KEM CHEMICALS INC.
802 WILLIAM LEIGH DR STE 19
TULLYTOWN, PA 19007-6306

UNITED PACKAGING SUPPLY
102 WHARTON RD
BRISTOL, PA 19007-1622

UNIVERSAL DISTRIBUTION LLC
96 DISTRIBUTION BLVD
EDISON, NJ 08817-6006

| | | |
|---|---|---|
| WELLCARE INTERNATIONAL INC.<br>1578 SUSSEX TPKE<br>RANDOLPH, NJ 07869-1833 | WESTERN PLASTICS<br>41573 DENDY PKWY<br>TEMECULA, CA 92590-3757 | WESTROCK<br>3950 SHACKLEFORD RD<br>DULUTH, GA 30096-1855 |
| X-L PLASTICS INC.<br>220 CLIFTON BLVD<br>CLIFTON, NJ 07011-3695 | YESPAC, INC.<br>260 CENTENNIAL AVE<br>PISCATAWAY, NJ 08854-2947 | YOUNG ADJUSTMENT COMPANY, INC.<br>900 LENMAR DR<br>BLUE BELL, PA 19422-2049 |

ZEP INC.
600 GALLERIA PKWY SE STE 1500
ATLANTA, GA 30339-5910