# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Tri-State Paper, Inc.,<br><br>                     Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |

### Certificate of Service

      I certify that on November 8, 2023, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

- Order Granting Motion to Set Last Day to File Proofs of Claim (ECF No. 26)

Date: November 8, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com


HotPack Global
5100 E La Palma Ave Ste 118
Anaheim, CA 92807-2081

Berk International, LLC
400 E 2nd St
Boyertown, PA 19512-1603

Dynamite Pest Control
279 S 52nd St
Philadelphia, PA 19139-4108

Innovative Designs Inc.
7490 30th Ave N
St Petersburg, FL 33710-2304