United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 07, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | # Tri-State Paper, Inc., 4500 N 3rd St, Philadelphia, PA 19140-1502 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2023            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| KRISTEN WETZEL LADD | on behalf of Creditor Citizens Bank  N.A., successor by merger to Citizens Bank of Pennsylvania kladd@utbf.com, ogomez@utbf.com |
| MICHAEL A. CIBIK | on behalf of Debtor Tri-State Paper  Inc. mail@cibiklaw.com, cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email |
| MICHAEL A. CIBIK | on behalf of Plaintiff Tri-State Paper  Inc. mail@cibiklaw.com, cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email |
| Richard E Furtek | rfurtek@furtekassociates.com  cref11@trustesolutions.net |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 07, 2023 | Form ID: pdf900 | Total Noticed: 1 |

United States Trustee
                  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | |

**Order Granting Debtor's Application to Employ**
**Cibik Law, P.C. as Debtor's Counsel**

    **AND NOW**, upon consideration of the Debtor's Application to Employ Cibik Law, P.C. as Debtor's Counsel (the "Application"), and there being sufficient cause for the Court to conclude that:

A. employment of Cibik Law, P.C. (the "Attorney") as the Debtor's counsel is necessary and is in the best interest of the Debtor,

B. the Attorney represents no interest adverse to the estate with respect to matters as to which it is to be engaged,

C. the Attorney is disinterested under 11 U.S.C. §§ 101 and 327, and

D. the Applicant has certified that proper service has been made and that there has been no response filed,

it is hereby **ORDERED** that:

1. the Application is **GRANTED**,

2. the Debtor is hereby authorized to employ the Attorney as its counsel effective as of the date of the filing of the Application pursuant to the terms set forth in the Application, and

3. the Attorney may receive such compensation as is approved by the Court upon application after notice and opportunity for hearing.

Date: **November 7, 2023**

_Patricia M. Mayer_
Patricia M. Mayer
U.S. Bankruptcy Judge