# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Tri-State Paper, Inc.,

              Debtor.

Case No.

Chapter 11

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Amended Application to Employ Joseph M. Grey PA, EA as Debtor's Accountant on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Joseph M. Grey
1834 Tomlinson Road
Philadelphia 19116-3850

Date: November 10, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com