# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Tri-State Paper, Inc.,

              Debtor.

Case No. 23-13237-pmm

Chapter 11

## Notice of Change of Address

To the Clerk of Court:

Please change the following address on the creditor matrix as follows. Thank you.

**Old Address**

United Packaging Supply
102 Wharton Rd
Bristol, PA 19007-1622

**New Address**

United Packaging Supply
2151 Green Ln
Levittown, PA 19057-4145

Date: November 13, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com