Fill in this information to identify the case:

Debtor name: Tri-State Paper, Inc.

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (if known): 23-13237-pmm

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Camden Bag & Paper Co.<br>200 Connecticut Dr<br>Burlngtn Twp, NJ 08016-4106 | | Goods Sold | Unliquidated | | | $25,749.23 |
| 2 | CrystalWare LLC<br>600 James St<br>Lakewood, NJ 08701-4023 | | Goods Sold | Unliquidated | | | $12,615.50 |
| 3 | Ecopax<br>3600 Glover Rd<br>Easton, PA 18040-9203 | | Goods Sold | Unliquidated | | | $32,203.59 |
| 4 | Ferraro Foods<br>287 S Randolphville Rd<br>Piscataway, NJ 08854-3806 | | Goods Sold | Unliquidated | | | $25,484.30 |
| 5 | Fineline Settings<br>135 Crotty Rd Ste 1<br>Middletown, NY 10941-4071 | | Goods Sold | Unliquidated | | | $19,782.60 |
| 6 | Iconex LLC<br>3237 Satellite Blvd Ste 550<br>Duluth, GA 30096-2305 | | Goods Sold | Unliquidated | | | $10,762.00 |
| 7 | Imperial Bag & Paper Co LLC<br>255 Route 1 & 9<br>Jersey City, NJ 07306 | | Goods Sold | Unliquidated | | | $50,812.69 |
| 8 | Innovative Designs Inc.<br>7490 30th Ave N<br>Saint Petersburg, FL 33710-2304 | | Goods Sold | Unliquidated | | | $19,782.00 |

Official Form 204   **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   page 1

| Debtor | Tri-State Paper, Inc. | | Case number *(if known)* | 23-13237-pmm |
|---|---|---|---|---|
| | Name | | | |

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | KIK Consumer Products<br>6250 N River Rd Ste 6000<br>Rosemont, IL 60018-4217 | | Goods Sold | Unliquidated | | | $12,139.00 |
| 10 | NorPak LLC<br>70 Blanchard St<br>Newark, NJ 07105-6819 | | Goods Sold | Unliquidated | | | $17,539.39 |
| 11 | Packaging Corporation of America<br>1 N Field Ct<br>Lake Forest, IL 60045-4810 | | Goods Sold | Unliquidated | | | $138,968.00 |
| 12 | Paper Enterprises, Inc.<br>c/o Euler Hermes N. A. Insurance Co.<br>800 Red Brook Blvd # 400C<br>Owings Mills, MD 21117-5173 | | Goods Sold | Unliquidated | | | $11,890.02 |
| 13 | Penn Jersey Paper Co.<br>9355 Blue Grass Rd<br>Philadelphia, PA 19114-2311 | | Goods Sold | Unliquidated | | | $70,872.99 |
| 14 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>1 Revenue Pl<br>Harrisburg, PA 17129-0001 | | Taxes | Unliquidated | | | $55,000.00 |
| 15 | Plastirun Corporation<br>c/o Euler Hermes N. A. Insurance Co.<br>800 Red Brook Blvd # 400C<br>Owings Mills, MD 21117-5173 | | Goods Sold | Unliquidated | | | $19,697.19 |
| 16 | Poly Plastics Products of Pennsylvania Inc.<br>PO Box 220<br>Delano, PA 18220-0220 | | Goods Sold | Unliquidated | | | $10,005.81 |
| 17 | Sandt Products<br>1828 William Penn Way Ste 102<br>Lancaster, PA 17601-6703 | | Goods Sold | Unliquidated | | | $10,911.90 |
| 18 | Smart USA Inc.<br>1440 5th Ave<br>Bay Shore, NY 11706-4147 | | Goods Sold | Unliquidated | | | $14,338.00 |
| 19 | Southern Champion Tray L.P.<br>220 Compress St<br>Chattanooga, TN 37405-3724 | | Goods Sold | Unliquidated | | | $22,470.50 |
| 20 | Wellcare International Inc.<br>1578 Sussex Tpke<br>Randolph, NJ 07869-1833 | | Goods Sold | Unliquidated | | | $24,065.50 |