**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>    Tri-State Paper, Inc.,<br><br>        Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |

### Disclosure of Compensation Paid by the Debtor to Certain Persons

**AND NOW**, Debtor Tri-State Paper, Inc., by and through its counsel, hereby provides notice of the Debtor's intent to pay compensation and benefits to certain persons pursuant to L.B.R. 4002-1, as follows:

The Debtor intends to pay John Petaccio in the amount of $6,000 bi-weekly, plus health benefits that cost approximately $2,000 per month, as compensation for his employment as president. Mr. Petaccio's duties and responsibilities include but are not limited to supervision of the overall operations of the Debtor, planning and strategy, management, directing human resources, and financial and legal planning. The Debtor paid Mr. Petaccio the equivalent of $156,000 annually ($6,000 bi-weekly) at the period measured 1 year prior to the petition date, the equivalent of $255,996 annually ($9846.15 bi-weekly) at the periods measured 180 days and 90 days prior to the petition date. At all three periods prior to the petition date, Mr. Petaccio received health benefits that cost approximately $2,000 per month.

Any creditor or party in interest who objects to the Debtor's continued retention of the above officers or to the compensation paid to said officers must do so in accordance with Local Bankruptcy Rule 4002-2.

Date: November 15, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com