# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Tri-State Paper, Inc.,

        Debtor.

Case No. 23-13237-pmm

Chapter 11

### Debtor's Application to Employ Young Adjustment Company, Inc. as Debtor's Public Adjuster

**AND NOW**, Applicant Tri-State Paper, Inc., by and through its counsel, applies to this Court for entry of an order authorizing employment of a professional in accordance with L.B.R. 2014-1. In support of this application, the Applicant states as follows:

1. The Applicant is the debtor in the above chapter 11 bankruptcy case.

2. The Applicant seeks to retain Young Adjustment Company, Inc., (the "Adjuster") to serve as its public adjuster to assist with the adjustment of the insurance claim arising from a loss at the Applicant's property on or about September 11, 2023.

3. Employment of the Adjuster is necessary for the Applicant to adequately perform its duties as a debtor.

4. The Adjuster has been selected because it is a reputable public adjustment firm.

5. Upon information and belief, the Adjuster has no connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

6. Upon information and belief, the Adjuster does not hold an adverse interest to the estate, does not represent an adverse interest to the estate, and does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which they will be retained under 11 U.S.C. § 327(a).

7. The proposed arrangement for compensation is outlined in the declaration of the Adjuster, which is attached as Exhibit A.

8.  The Applicant respectfully requests authorization to employ the Adjuster to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

**NOW, THEREFORE**, the Applicant asks this Court to grant relief in the form of order attached and to grant such other relief in its favor as may be necessary and proper under the law.

Date: November 15, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com