## United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Tri-State Paper, Inc.,<br><br>　　　　　Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11<br><br>**EXHIBIT A** |

**Declaration by David Horowitz**

1. I am the President and CEO of Young Adjustment Company, Inc. and make this declaration on its behalf.

2. Young Adjustment has no connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

3. Young Adjustment is not a creditor of the debtor.

4. Young Adjustment can perform services required by the debtor relating to this case. Young Adjustment is one of the largest independently owned and operated public adjusting firms in the United States and a pioneer within the industry.

5. Young Adjustment has agreed to render professional services for the debtor in return for compensation as set forth in the attached contract.

6. Pursuant to L.B.R. 2014-1, Young Adjustment makes the following disclosures with respect to payments received from the debtor within the 90 days preceding the order for relief:

| Date Payment Received | Amount Received | Amount Applied to Services Rendered Before Receipt | Amount Applied to Services Rendered After Receipt | Amount Remaining on Petition Date |
|---|---:|---:|---:|---:|
| October 20, 2023 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| **Total** | **$5,000.00** | **$5,000.00** | **$0.00** | **$0.00** |

7. I understand that, if Young Adjustment is approved to serve as the Debtor's Public Adjuster, all professional fees and services incurred in a bankruptcy case are required to be approved by the bankruptcy court upon application and after notice to all creditors and interested parties.

8.  I further understand that payment of professional fees by the debtor may only occur after the bankruptcy court has approved those fees, and that Young Adjustment must report payment of any fees from non-debtor sources if made on behalf of the debtor.

9.  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: November 15, 2023               /s/ David Horowitz
                                      David Horowitz