**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>　　Tri-State Paper, Inc.,<br><br>　　　　　Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |

### Order Granting Debtor's Application to Employ Young Adjustment Company, Inc. as Debtor's Public Adjuster

**AND NOW**, upon consideration of the Debtor's Application to Employ Young Adjustment Company, Inc. as Debtor's Public Adjuster (the "Application"), and there being sufficient cause for the Court to conclude that:

A. employment of Young Adjustment Company, Inc. (the "Public Adjuster") as the Debtor's Public Adjuster is necessary and is in the best interest of the Debtor,

B. the Public Adjuster represents no interest adverse to the estate with respect to matters as to which it is to be engaged,

C. the Public Adjuster is disinterested under 11 U.S.C. §§ 101 and 327, and

D. the Applicant has certified that proper service has been made and that there has been no response filed,

it is hereby **ORDERED** that:

1. the Application is **GRANTED**,

2. the Debtor is hereby authorized to employ the Public Adjuster effective October 27, 2023, pursuant to the terms set forth in the Application, and

3. the Public Adjuster may receive such compensation as is approved by the Court upon application after notice and opportunity for hearing.

Date:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Patricia M. Mayer
　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge

CC:　David Horowitz
　　　Young Adjustment Company, Inc.
　　　900 Lenmar Dr.
　　　Blue Bell, PA 19422