**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |

**Order Granting Debtor's Amended Application to Employ**
**Joseph M. Grey PA, EA as Debtor's Accountant**

     **AND NOW**, upon consideration of the Debtor's Amended Application to Employ Joseph M. Grey PA, EA as Debtor's Accountant (the "Application"), and there being sufficient cause for the Court to conclude that:

A. employment of Joseph M. Grey PA, EA (the "Accountant") as the Debtor's accountant is necessary and is in the best interest of the Debtor,

B. the Accountant represents no interest adverse to the estate with respect to matters as to which it is to be engaged,

C. the Accountant is disinterested under 11 U.S.C. §§ 101 and 327, and

D. the Applicant has certified that proper service has been made and that there has been no response filed,

it is hereby **ORDERED** that:

1. the Application is **GRANTED**,

2. the Debtor is hereby authorized to employ the Accountant as its accountant effective October 27, 2023, pursuant to the terms set forth in the Application,

3. the Accountant may receive such compensation as is approved by the Court upon application after notice and opportunity for hearing, and

4. no disbursement shall be made from the retainer received by the Accountant unless approved by the Court.

Date: **November 16, 2023**

*Patricia M. Mayer*
_____
Patricia M. Mayer
U.S. Bankruptcy Judge

CC:    Joseph M. Grey
         1834 Tomlinson Road
         Philadelphia 19116-3850