**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | |

**Notice of Change of Address**

To the Clerk of Court:

Please change the Debtor's address on the service list as follows. Thank you.

**Old Address**

Tri-State Paper, Inc.
4500 N 3rd St
Philadelphia, PA 19140-1502

**New Address**

Tri-State Paper, Inc.
149 E Church St
Blackwood, NJ 08012-3904


Date: November 17, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
   Michael A. Cibik (#23110)
   1500 Walnut Street, Suite 900
   Philadelphia, PA 19102
   215-735-1060
   mail@cibiklaw.com