United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Nov 15, 2023 | Form ID: 309F2 | Total Noticed: 138 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Tri-State Paper, Inc., 4500 N 3rd St, Philadelphia, PA 19140-1502 |
| tr | + | Richard E Furtek, FURTEK & ASSOCIATES, LLC., SUBCHAPTER V TRUSTEE, 101 LINDENWOOD DR. SUITE 225, MALVERN, PA 19355-1762 |
| 14829215 | | ABC Label & Pkg. Supplies Corp. Inc., 3708 Ironwood Pl, Landover, MD 20785-2333 |
| 14829216 | | Agio Group Inc., 26587 Corporate Ave, Hayward, CA 94545-3920 |
| 14829219 | | Amerisan, 1 Chelsea Pkwy Ste 101-102, Boothwyn, PA 19061-1307 |
| 14829220 | + | Anchor Packaging LLC, 13515 Barrett Parkway Dr, Ballwin, MO 63021-5870 |
| 14829221 | | Anthony Vona, 53 Essex Ct, Norristown, PA 19403-1067 |
| 14829222 | + | Arrow Fastener Co., LLC, 271 Mayhill St, Saddle Brook, NJ 07663-5395 |
| 14829555 | | Berk International, LLC, 400 E 2nd St, Boyertown, PA 19512-1603 |
| 14829223 | | Britevision VBG LLC, 100 Simplex Dr, Westminster, MA 01473-1482 |
| 14829224 | | Brown Paper Goods Co., 3530 Birchwood Dr, Waukegan, IL 60085-8334 |
| 14829225 | | Bunzl Distribution USA, LLC, 1 Cityplace Dr Ste 200, Saint Louis, MO 63141-7067 |
| 14830028 | | CGPC Solutions, 430 Fairmount Ave, Philadelphia, PA 19123-2868 |
| 14829226 | | Camden Bag & Paper Co., 200 Connecticut Dr, Burlngtn Twp, NJ 08016-4106 |
| 14829228 | | Cartec Inc., 106 Powder Mill Rd, Collinsville, CT 06019-3547 |
| 14829229 | | Cassidy Insurance Associates, Inc., 407 E Lincoln Hwy, Exton, PA 19341-2732 |
| 14829230 | | Cee D., Inc., 704 Ramsey Ave, Hillside, NJ 07205-1034 |
| 14829231 | + | Cellucap Manufacturing, 4626 N 15th St, Philadelphia, PA 19140-1197 |
| 14829233 | | CleanCo Ventures Inc., 1207 Delaware Ave # 1335, Wilmington, DE 19806-4743 |
| 14829234 | | Commercial Micro-Systems, Inc., 3525 Old Conejo Rd Ste 110, Newbury Park, CA 91320-2198 |
| 14829235 | | CrystalWare LLC, 600 James St, Lakewood, NJ 08701-4023 |
| 14829281 | ++ | DEPARTMENT OF LABOR & INDUSTRY, ATTN OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG PA 17121-0751 address filed with court:, PA Department of Labor & Industry, Attn: Office of Chief Counsel, 651 Boas St Fl 10, Harrisburg, PA 17121-0751 |
| 14829239 | | DOT Compliance Group LLC, 3180 Park Center Dr, Tyler, TX 75701-8482 |
| 14829236 | + | Dart Container Corporation, 500 Hogsback Rd, Mason, MI 48854-9547 |
| 14829237 | + | Delaware River Port Authority, Attn: General Counsel, 2 Riverside Dr, Camden, NJ 08103-1019 |
| 14829238 | | Derek Nottingham, 42 Dale Ct, Newark, DE 19702-4003 |
| 14829240 | | Dubin Paper Co., 1910 S Columbus Blvd, Philadelphia, PA 19148-2820 |
| 14829556 | | Dynamite Pest Control, 279 S 52nd St, Philadelphia, PA 19139-4108 |
| 14829241 | | Ecopax, 3600 Glover Rd, Easton, PA 18040-9203 |
| 14829242 | | Edwards Councilor Company Inc., 1427 Baker Rd, Virginia Bch, VA 23455-3321 |
| 14829243 | | Elevator Constuction & Repair Co. Inc., 2040 Bennett Rd, Philadelphia, PA 19116-3020 |
| 14829244 | | Elkay Plastics Co., Inc., 6000 Sheila St, Commerce, CA 90040-2405 |
| 14828477 | | Euler Hermes N. A. Insurance Co. as Agent for, 800 Red Brook Blvd, #400C, Owings Mills, MD, 21117-5173 |
| 14828468 | + | Euler Hermes N. A. Insurance Co. as Agent for PAPE, 800 Red Brook Blvd, #400C, Owings Mills, MD 21117, MD 21117-5173 |
| 14829245 | | FancyHeat Corporation, 40 Veronica Ave, Somerset, NJ 08873-3417 |
| 14829246 | | Ferraro Foods?, 287 S Randolphville Rd, Piscataway, NJ 08854-3806 |
| 14830594 | + | FineLine Settings Inc., Innovative Designs, 135 Crotty Road, Suite 1, Middletown NY 10941-4071 |

| | | |
|---|---|---|
| 14829247 | | Fineline Settings, 135 Crotty Rd Ste 1, Middletown, NY 10941-4071 |
| 14829248 | | Francis Petaccio, c/o Richard J. Giuliani, Esq., 1717 Arch St Ste 320, Philadelphia, PA 19103-2745 |
| 14829249 | | Freeport Paper Industries, Inc., 120 Windsor Pl, Central Islip, NY 11722-3331 |
| 14829250 | | General Plastics, Inc., 2609 W Mill Rd, Milwaukee, WI 53209-3211 |
| 14829251 | | Handy Wacks Corporation, 100 E Averill St, Sparta, MI 49345-1516 |
| 14829554 | | HotPack Global, 5100 E La Palma Ave Ste 118, Anaheim, CA 92807-2081 |
| 14829252 | | Iconex LLC, 3237 Satellite Blvd Ste 550, Duluth, GA 30096-2305 |
| 14826497 | + | Imperial Bag & paper Co LLC, 255 Route 1 & 9, Jersey City, NJ 07306-6727, , |
| 14829253 | | Indigo Inc., 600 Prospect Ave, Piscataway, NJ 08854-1414 |
| 14829254 | | Inno-Pak, 100 Founders Ct, Delaware, OH 43015-4460 |
| 14829557 | | Innovative Designs Inc., 7490 30th Ave N, St Petersburg, FL 33710-2304 |
| 14829255 | | Inopak LTD, 500 W Main St Ste 11, Wyckoff, NJ 07481-1406 |
| 14829258 | | Janico Inc., 88 Industrial Ct, Freehold, NJ 07728-8908 |
| 14829259 | | John F. Raimondi, Esq., 1500 Walnut St Fl West, Philadelphia, PA 19102-3523 |
| 14829260 | | John Petaccio, 149 E Church St, Blackwood, NJ 08012-3904 |
| 14829261 | | Joseph M. Grey, 1834 Tomlinson Rd, Philadelphia, PA 19116-3850 |
| 14829267 | | KIK Consumer Products, 6250 N River Rd Ste 6000, Rosemont, IL 60018-4217 |
| 14829262 | | Kari-Out Co., 520 White Plains Rd Fl 6, Tarrytown, NY 10591-5114 |
| 14829263 | | Kast Distributors Inc., 424 Harding Hwy, Penns Grove, NJ 08069-2254 |
| 14829264 | | Keith Pyles, 14 Oakley Ct, Newark, DE 19702-2957 |
| 14829265 | | Kerekes Bakery & Rest. Equip. Inc.?, 6103 15th Ave, Brooklyn, NY 11219-5402 |
| 14829266 | | Khalil Shiver, 921 Aston Martin Dr, Lindenwold, NJ 08021-2952 |
| 14829268 | | Laminated Industries Inc., 2000 Brunswick Ave, Linden, NJ 07036-2400 |
| 14829269 | | Mary Malcolm, 2217 E Cumberland St Apt 6, Philadelphia, PA 19125-2251 |
| 14829270 | | MaryJane Rittenhouse, 1215 Browning Ct, Lansdale, PA 19446-5385 |
| 14829271 | | Master Supply Line, LLC, 49 S Poplar St, Macungie, PA 18062-1335 |
| 14829272 | # | Mat-Pac, Inc., 404 Candlewood Cmns, Howell, NJ 07731-2171 |
| 14829273 | | Metro Paper Industries Inc., 695 W End Ave, Carthage, NY 13619-1040 |
| 14829274 | | Midvale Paper Box?Company, Inc., 19 Bailey St, Wilkes Barre, PA 18705-1907 |
| 14829275 | | Monarch Brands, 11350 Norcom Rd, Philadelphia, PA 19154-2304 |
| 14829276 | | National Checking Company, 899 Montreal Way, Saint Paul, MN 55102-4245 |
| 14829278 | | Nittany Paper Mills, LLC, 6395 State Route 103 N Bldg 5a, Lewistown, PA 17044-7899 |
| 14829279 | + | NorPak LLC, 70 Blanchard St, Newark, NJ 07105-6820 |
| 14829293 | ++ | POLY PLASTICS PRODUCTS OF PENNSYLVANIA INC, PO BOX 220, DELANO PA 18220-0220 address filed with court:, Poly Plastic Products, 21 Schultz Dr, Delano, PA 18220 |
| 14829284 | | Penn Jersey Paper Co., 9355 Blue Grass Rd, Philadelphia, PA 19114-2311 |
| 14829285 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14829286 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14829287 | | Pennsylvania Turnpike Commission, 300 E Park Dr, Harrisburg, PA 17111-2729 |
| 14829288 | | Penske Truck Leasing Co., L.P., 2675 Morgantown Rd, Reading, PA 19607-9676 |
| 14829290 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14829292 | | Placon Corporation, 6096 Mckee Rd, Fitchburg, WI 53719-5103 |
| 14829294 | + | PowWeb, 5335 Gate Pkwy, Jacksonville, FL 32256-3071 |
| 14829295 | | Primepak, 120 N State Rt 17 Ste 205, Paramus, NJ 07652-2837 |
| 14829297 | | Pro-Stat, Inc., 285 Pierce St, Somerset, NJ 08873-1261 |
| 14829296 | | ProAmpac, 12025 Tricon Rd, Cincinnati, OH 45246-1719 |
| 14829298 | + | Quality Carton and Converting, LLC, 175 Ward Hill Ave, Bradford, MA 01835-6943 |
| 14829300 | | RJ Schinner Co., Inc., N89W14700 Patrita Dr, Menomonee Fls, WI 53051-2365 |
| 14829299 | | Ridgway Industries, Inc., 60 Walnut St # 4, Marcus Hook, PA 19061 |
| 14829301 | | Sam's West, Inc., 2101 SE Simple Savings Dr, Bentonville, AR 72712-4304 |
| 14829302 | # | Samseng Tissue Co., 122 Kissel Rd Ste 300, Burlington, NJ 08016-4225 |
| 14829303 | + | Sandt Products, 1828 William Penn Way Ste 102, Lancaster, PA 17601-3168 |
| 14829304 | | Sanfacon Virgina Inc., 18097 US Highway 501, PO Box 600, Brookneal, VA 24528-0600 |
| 14829305 | | Screen Gems, Inc., 2927 W Thompson St, Philadelphia, PA 19121-4547 |
| 14829306 | | Shamrock Industries Sales, 774 Haunted Ln, Bensalem, PA 19020 |
| 14829307 | | Sheppard Enterprises, Inc., 571 Hollow Rd, Phoenixville, PA 19460-1136 |
| 14829308 | | Sherweb, 2915 Ogletown Rd # 1073, Newark, DE 19713-1927 |
| 14829309 | | Shore Manufacturing, 2145 Dennis St Bldg 2, Jacksonville, FL 32204-1805 |
| 14830029 | | Sigma Plastics Group, 2919 Center Port Cir, Pompano Beach, FL 33064-2105 |
| 14829310 | | Smart USA Inc., 1440 5th Ave, Bay Shore, NY 11706-4147 |
| 14829311 | | Source Direct Inc., 2200 Garry Rd Ste 3, Cinnaminson, NJ 08077-2595 |
| 14829312 | | South Jersey Transportation Authority, PO Box 351, Hammonton, NJ 08037-0351 |
| 14829313 | | Southern Champion Tray L.P., 220 Compress St, Chattanooga, TN 37405-3724 |

Case 23-13237-pmm   Doc 69   Filed 11/17/23   Entered 11/18/23 00:37:44   Desc Imaged
                              Certificate of Notice    Page 3 of 7

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 15, 2023 | Form ID: 309F2 | Total Noticed: 138 |

| | | |
|---|---|---|
| 14829314 | + | Staples Inc., 500 Staples Dr, Framingham, MA 01702-4474 |
| 14829317 | | State of Delaware, Department of Transportation, 900 Public Safety Blvd, Dover, DE 19901-4503 |
| 14829318 | | State of New Jersey, Division of Taxation, 50 Barrack St, Trenton, NJ 08608-2006 |
| 14829320 | + | Sysco Corporation, 1390 Enclave Pkwy, Houston, TX 77077-2099 |
| 14829321 | | The Ocala Group, 1981 Marcus Ave, New Hyde Park, NY 11042-2060 |
| 14829324 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14829327 | | Uni-Kem Chemicals Inc., 802 William Leigh Dr Ste 19, Tullytown, PA 19007-6306 |
| 14829328 | | United Packaging Supply, 2151 Green Ln., Levittown PA 19057-4145 |
| 14829329 | | Universal Distribution LLC, 96 Distribution Blvd, Edison, NJ 08817-6006 |
| 14829330 | | Wellcare International Inc., 1578 Sussex Tpke, Randolph, NJ 07869-1833 |
| 14829331 | | Western Plastics, 41573 Dendy Pkwy, Temecula, CA 92590-3757 |
| 14829332 | + | Westrock, 3950 Shackleford Rd, Duluth, GA 30096-1855 |
| 14829333 | + | X-L Plastics Inc., 220 Clifton Blvd, Clifton, NJ 07011-3695 |
| 14829334 | | Yespac, Inc., 260 Centennial Ave, Piscataway, NJ 08854-2947 |
| 14829335 | | Young Adjustment Company, Inc., 900 Lenmar Dr, Blue Bell, PA 19422-2049 |
| 14829336 | | Zep Inc., 600 Galleria Pkwy SE Ste 1500, Atlanta, GA 30339-5910 |

TOTAL: 115

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Nov 16 2023 00:47:00 | DAVE P. ADAMS, DOJ-Ust, Robert N.C. Nix, Sr. Federal Building, 900 Market Street, Philadelphia, PA 19107-9202 |
| aty | | Email/Text: mail@cibiklaw.com | Nov 16 2023 00:46:00 | MICHAEL A. CIBIK, Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Nov 16 2023 00:47:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14829217 | | Email/Text: ndiv.bkrpt.notice@airgas.com | Nov 16 2023 00:47:00 | Airgas USA, LLC, 6055 Rockside Woods Blvd N, Independence, OH 44131-2301 |
| 14829218 | | Email/Text: bankruptcynotices@amazon.com | Nov 16 2023 00:47:00 | Amazon.com, Inc., 440 Terry Ave N, Seattle, WA 98109-5210 |
| 14827854 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 16 2023 00:46:00 | Citizens Bank, N.A., 1 Citizens Bank Way, Johnston, RI 02919 |
| 14830826 | | Email/Text: megan.harper@phila.gov | Nov 16 2023 00:47:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14829232 | | Email/Text: bankruptcy@philapark.org | Nov 16 2023 00:47:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14829257 | | Email/Text: ipfscollectionsreferrals@ipfs.com | Nov 16 2023 00:47:00 | IPFS Corporation, 3522 Thomasville Rd Ste 400, Tallahassee, FL 32309-3488 |
| 14829256 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 16 2023 00:46:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14829277 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Nov 16 2023 00:46:00 | New Jersey Turnpike Authority, PO Box 5042, Woodbridge, NJ 07095-5042 |
| 14829280 | | Email/Text: BSCHLACK@OLIVERFPS.COM | Nov 16 2023 00:46:00 | Oliver Fire Protection & Security, 501 Feheley Dr, Kng of Prussa, PA 19406-2611 |
| 14829283 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 16 2023 00:46:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14829282 | | Email/Text: vincecarrera@packagingcorp.com | Nov 16 2023 00:47:00 | Packaging Corporation of America, 1 N Field Ct, Lake Forest, IL 60045-4810 |
| 14828868 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

District/off: 0313-2 | User: admin | Page 4 of 5
Date Rcvd: Nov 15, 2023 | Form ID: 309F2 | Total Noticed: 138

| Recip ID | Bypass/Notice Type | Notice Info | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 16 2023 00:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14829289 | ^ | MEBN | Nov 16 2023 00:36:02 | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia, PA 19122-2898 |
| 14829291 | + | Email/Text: bankruptcy@philapark.org | Nov 16 2023 00:47:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14829316 | | Email/Text: REV_Bankruptcy_General@state.de.us | Nov 16 2023 00:47:00 | State of Delaware, Office of the Attorney General, 820 N French St, Wilmington, DE 19801-3509 |
| 14829315 | | Email/Text: REV_Bankruptcy_General@state.de.us | Nov 16 2023 00:47:00 | State of Delaware, Division of Revenue, 820 N French St Ste 8, Wilmington, DE 19801-3509 |
| 14829319 | ^ | MEBN | Nov 16 2023 00:35:46 | State of New Jersey, Office of the Attorney General, PO Box 080, Trenton, NJ 08625-0080 |
| 14829322 | | Email/Text: legal@clarkinc.biz | Nov 16 2023 00:46:00 | The Restaurant Store, LLC, 2209 Old Philadelphia Pike, Lancaster, PA 17602-3416 |
| 14829325 | ^ | MEBN | Nov 16 2023 00:35:54 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14829326 | | Email/Text: bankruptcynotices@sba.gov | Nov 16 2023 00:46:00 | U.S. Small Business Admin., Office of General Counsel, 409 3rd St SW, Washington, DC 20416-0011 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14829227 | ## | Carbonite, 2 Avenue De Lafayette, Boston, MA 02111-1750 |
| 14829323 | ## | Thomas Phelan, 641 Mohawk Ave, Norwood, PA 19074-1229 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 17, 2023                Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| KRISTEN WETZEL LADD | on behalf of Creditor Citizens Bank  N.A., successor by merger to Citizens Bank of Pennsylvania kladd@utbf.com, ogomez@utbf.com |

| District/off: 0313-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Nov 15, 2023 | Form ID: 309F2 | Total Noticed: 138 |

MICHAEL A. CIBIK
    on behalf of Debtor Tri-State Paper  Inc. mail@cibiklaw.com, cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email

MICHAEL A. CIBIK
    on behalf of Plaintiff Tri-State Paper  Inc. mail@cibiklaw.com, cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

Richard E Furtek
    rfurtek@furtekassociates.com cref11@trustesolutions.net

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor | Tri–State Paper, Inc.<br>Name | EIN: 51–0476408 |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter: 11  10/27/23 |
| Case number: | 23–13237–pmm | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

## Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Tri–State Paper, Inc. | |
| 2. | **All other names used in the last 8 years** | dba Tri–State Paper Company | |
| 3. | **Address** | 4500 N 3rd St<br>Philadelphia, PA 19140–1502 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL A. CIBIK<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Contact phone 215–735–1060<br><br>Email: mail@cibiklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Richard E Furtek<br>FURTEK & ASSOCIATES, LLC.<br>SUBCHAPTER V TRUSTEE<br>101 LINDENWOOD DR. SUITE 225<br>MALVERN, PA 19355 | Contact phone (610) 768–8030<br><br>Email: rfurtek@furtekassociates.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M;<br>Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 11/15/23 |

**For more information, see page 2 >**

Debtor  **Tri-State Paper, Inc.** Case number **23-13237-pmm**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **December 11, 2023 at 02:00 PM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**The Mtg of Creditors will be conducted, via telephonic conference.All interested, parties shall contact the Trustee, for connection details** |
| **8. Proof of claim deadline** | **Deadline for filing proof of claim:**<br>**For all creditors (except a governmental unit):**    1/5/24<br>**For a governmental unit:**    4/24/24<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **9. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint:**    _____ | |
| **10. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| **12. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |