# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Tri-State Paper, Inc.,

        Debtor.

Case No. 23-13237-pmm

Chapter 11

## Subchapter V Status Report

| | |
|---|---|
| Date of order for relief: | October 27, 2023 |
| Subchapter V Trustee: | Furtek |

| | |
|---|---|
| Has the debtor attended an initial debtor interview? | ☒ Yes ☐ No |
| Has the trustee concluded the 341 meeting? | ☐ Yes ☒ No |

**Explanation:** The first meeting of creditors is scheduled to take place on December 11, 2023

| | |
|---|---|
| Has the debtor filed all post-petition financial reports? | ☒ Yes ☐ No |
| Has the debtor filed all monthly operating reports? | ☒ Yes ☐ No |
| Is all relevant insurance in place and current? | ☒ Yes ☐ No |
| Has the debtor filed all applicable tax returns? | ☐ Yes ☒ No |

**Explanation:** The debtor has engaged an accountant to complete federal, state, and local tax returns for the tax year ending December 31, 2022.

| | |
|---|---|
| Has the debtor paid all taxes entitled to administrative expense priority? | ☒ Yes ☐ No |

Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:

The debtor has filed a motion to establish a bar date for claims, which was granted by the Court and served on all known creditors and parties in interest.

Other relevant information:

Pursuant to 11 U.S.C. § 1189(b), the Debtor will file a plan on or before Thursday, January 24, 2024.

Dated: November 20, 2023

        CIBIK LAW, P.C.
        *Counsel for Debtor*

    By: /s/ Michael A. Cibik
        Michael A. Cibik (#23110)
        1500 Walnut Street, Suite 900
        Philadelphia, PA 19102
        215-735-1060
        mail@cibiklaw.com