**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |

**Order Granting Debtor's Motion to Approve**
**Balloting Procedure for Plan Voting**

  **AND NOW**, upon consideration of the Debtor's Motion to Approve Balloting Procedure for Plan Voting, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor must send a paper ballot that conforms substantially to Official Form 314 via first class mail to every claimholder and equity security holder entitled to vote on the plan at the address listed on that party's proof of claim/interest for service of notices, unless an attorney for such has appeared pursuant to Fed. Bankr. P. 2002, in which case the ballot must be sent to that attorney's address on record with the Clerk.

3. The Debtor is authorized to accept votes by using electronic ballots and parties entitled to vote are authorized to do so using electronic ballots sent to them by the Debtor.

4. Electronic ballots may only be sent using a commercially available electronic signature service that employs industry-standard encryption and is compliant with the Electronic Signatures in Global and National Commerce Act, 15 U.S.C. ch. 96.

5. Electronic ballots may only be sent to the email address listed on a party's proof of claim/interest for service of notices, unless an attorney for such has appeared pursuant to Fed. Bankr. P. 2002, in which case the ballot may only be sent to that attorney's primary email address on record with the Clerk.

6. Electronic ballots must conform substantially to Official Form 314 and include a statement informing the voter that they are entitled to vote by mail if they so choose.

7. If a party casts more than one ballot voting the same claim/interest, the last ballot timely received and most recently dated is deemed to reflect the voter's intent and will supersede any prior ballots, unless that ballot does not indicate acceptance or rejection of the plan or indicates both acceptance and rejection of the plan.

8. The procedure authorized by this Order will apply to all subsequent orders of this Court without express incorporation, unless otherwise ordered by the Court.

Date:                       _____
                             Patricia M. Mayer
                             U.S. Bankruptcy Judge