**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | |

### Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I further certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- Debtor's Motion to Approve Balloting Procedure for Plan Voting and Notice of Motion

Date: November 22, 2023

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

CAMDEN BAG & PAPER CO.
200 CONNECTICUT DR
BURLNGTN TWP, NJ 08016-4106

CRYSTALWARE LLC
600 JAMES ST
LAKEWOOD, NJ 08701-4023

ECOPAX
3600 GLOVER RD
EASTON, PA 18040-9203

EULER HERMES N. A. INSURANCE CO. AS AGENT FO
800 RED BROOK BLVD, #400C
OWINGS MILLS, MD, 21117-5173

FERRARO FOODS
287 S RANDOLPHVILLE RD
PISCATAWAY, NJ 08854-3806

FINELINE SETTINGS INC.
INNOVATIVE DESIGNS
135 CROTTY ROAD SUITE 1
MIDDLETOWN NY 10941-4071

ICONEX LLC
3237 SATELLITE BLVD STE 550
DULUTH, GA 30096-2305

IMPERIAL BAG & PAPER CO LLC
255 ROUTE 1 & 9
JERSEY CITY, NJ 07306-6727

INNOVATIVE DESIGNS INC.
7490 30TH AVE N
ST PETERSBURG, FL 33710-2304

KIK CONSUMER PRODUCTS
6250 N RIVER RD STE 6000
ROSEMONT, IL 60018-4217

NORPAK LLC
70 BLANCHARD ST
NEWARK, NJ 07105-6820

PACKAGING CORPORATION OF AMERICA
1 N FIELD CT
LAKE FOREST, IL 60045-4810

PENN JERSEY PAPER CO.
9355 BLUE GRASS RD
PHILADELPHIA, PA 19114-2311

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION PO BOX 280946
HARRISBURG, PA 17128-0946

POLY PLASTICS PRODUCTS OF PENNSYLVANIA INC
PO BOX 220
DELANO PA 18220-0220

SANDT PRODUCTS
1828 WILLIAM PENN WAY STE 102
LANCASTER, PA 17601-3168

SMART USA INC.
1440 5TH AVE
BAY SHORE, NY 11706-4147

SOUTHERN CHAMPION TRAY L.P.
220 COMPRESS ST
CHATTANOOGA, TN 37405-3724

WELLCARE INTERNATIONAL INC.
1578 SUSSEX TPKE
RANDOLPH, NJ 07869-1833