# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Tri-State Paper, Inc.,

            Debtor.

Case No. 23-13237-pmm

Chapter 11

## Notice of Change of Address

To the Clerk of Court:

Please change the address below on the creditor matrix as follows. Thank you.

**Old Address**

POLY PLASTICS PRODUCTS OF PENNSYLVANIA INC
PO BOX 220
DELANO PA 18220-0220

**New Address**

Poly Plastics Products of Pennsylvania, Inc.
PO Box 808
Lyndhurst, NJ 07071-0808


Date: November 27, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com