**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | Chapter 11 |
| Tri-State Paper, Inc. | Bankruptcy Number: 23-13237 |
| Debtor | |

**CERTIFICATE OF SERVICE**

I, Kristen Wetzel Ladd, hereby certify that on this 7th day of December, 2023, a true and correct copy of the Limited Objection of Citizens Bank, N.A., to the Debtor's Application to Employ US Realty Associates, Inc. as Debtors Real Estate Agent (Doc. No. 84), was sent via electronic filing or United States First Class mail, prepaid, to the following:

Tri-State Paper, Inc.
4500 N 3rd St.
Philadelphia, PA 19140
*(Debtor)*

Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*(Counsel for Debtor)*

Richard E. Furtek
101 Lindenwood Dr., Suite 225
Malvern, PA 19355
*(Trustee)*

United States Trustee
900 Market Street, Suite 320
Philadelphia, PA 19107

Dave P. Adams, Esquire
DOJ-Ust
900 Market Street
Philadelphia, PA 19107
*(Counsel for U.S. Trustee)*

UNRUH, TURNER, BURKE & FREES, P.C.

Dated: December 7, 2023

/s/ Kristen Wetzel Ladd
Kristen Wetzel Ladd, Esquire
Attorneys for Citizens Bank, N.A.

#1916591v1