IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| **Tri-State Paper, Inc.,** | : | |
| Debtor. | : | Case No. 23-13237 (PMM) |

## ORDER SETTING RESPONSE DEADLINE AND SCHEDULING HEARING

**AND NOW**, upon consideration of the Debtor's Application to Employ U.S. Realty Associates (doc. #84 the "Motion") and Citizen's Bank Objection thereto (doc. #87, the "Objection");

It is hereby **ordered** that:

1. The Debtor may file a response to the Objection on or before **January 3, 2024**; and

2. A hearing with regard to the Motion will be held on **Wednesday, January 10, 2024 at 9:30 a.m.** in the United States Bankruptcy Court, Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107.

Dated: 12/8/23

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge