**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |

**Order Granting Debtor's Motion to Pay Pre-Petition Debt**
**Owed to Critical Vendor**

**AND NOW**, upon consideration of the Debtor's Motion to Pay Pre-Petition Debt Owed to Critical Vendor, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Court finds that Oliver Fire Protection and Security is a **CRITICAL VENDOR**.

3. The Debtor is authorized to pay Oliver Fire Protection and Security in the amount of $5,480 as an administrative expense pursuant to 11 U.S.C. § 503.

Date:

Patricia M. Mayer
U.S. Bankruptcy Judge