# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | |

## Certificate of Service

     I certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

     I further certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- Debtor's Motion to Pay Pre-Petition Debt Owed to Critical Vendor

Date: December 11, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

| | | |
|---|---|---|
| CAMDEN BAG & PAPER CO.<br>200 CONNECTICUT DR<br>BURLNGTN TWP, NJ 08016-4106 | CRYSTALWARE LLC<br>600 JAMES ST<br>LAKEWOOD, NJ 08701-4023 | ECOPAX<br>3600 GLOVER RD<br>EASTON, PA 18040-9203 |
| EULER HERMES N. A. INSURANCE CO. AS AGENT FO<br>800 RED BROOK BLVD, #400C<br>OWINGS MILLS, MD, 21117-5173 | FERRARO FOODS<br>287 S RANDOLPHVILLE RD<br>PISCATAWAY, NJ 08854-3806 | FINELINE SETTINGS INC.<br>INNOVATIVE DESIGNS<br>135 CROTTY ROAD SUITE 1<br>MIDDLETOWN NY 10941-4071 |
| ICONEX LLC<br>3237 SATELLITE BLVD STE 550<br>DULUTH, GA 30096-2305 | IMPERIAL BAG & PAPER CO LLC<br>255 ROUTE 1 & 9<br>JERSEY CITY, NJ 07306-6727 | INNOVATIVE DESIGNS INC.<br>7490 30TH AVE N<br>ST PETERSBURG, FL 33710-2304 |
| KIK CONSUMER PRODUCTS<br>6250 N RIVER RD STE 6000<br>ROSEMONT, IL 60018-4217 | NORPAK LLC<br>70 BLANCHARD ST<br>NEWARK, NJ 07105-6820 | PACKAGING CORPORATION OF AMERICA<br>1 N FIELD CT<br>LAKE FOREST, IL 60045-4810 |
| PENN JERSEY PAPER CO.<br>9355 BLUE GRASS RD<br>PHILADELPHIA, PA 19114-2311 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG, PA 17128-0946 | POLY PLASTICS PRODUCTS OF PENNSYLVANIA INC<br>PO BOX 220<br>DELANO PA 18220-0220 |
| SANDT PRODUCTS<br>1828 WILLIAM PENN WAY STE 102<br>LANCASTER, PA 17601-3168 | SMART USA INC.<br>1440 5TH AVE<br>BAY SHORE, NY 11706-4147 | SOUTHERN CHAMPION TRAY L.P.<br>220 COMPRESS ST<br>CHATTANOOGA, TN 37405-3724 |
| WELLCARE INTERNATIONAL INC.<br>1578 SUSSEX TPKE<br>RANDOLPH, NJ 07869-1833 | OLIVER FIRE PROTECTION & SECURITY<br>501 FEHELEY DRIVE<br>KING OF PRUSSIA, PA 19406 | |