# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |

### Declaration by Debtor's Counsel

1. I am counsel for Debtor Tri-State Paper, Inc.

2. I am making this declaration pursuant to the Court's order of December 6, 2023, ECF No. 86.

3. The Debtor is presently solvent.

4. The Debtor intends to pay the filing fee for each of the adversary actions referenced in the Court's order on or before January 19, 2024.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: December 12, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com