# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| Tri-State Paper, Inc. | : | Bankruptcy Number: 23-13237 |
| Debtor | : | |

## PRAECIPE TO WITHDRAW CITIZENS BANK, N.A.'S LIMITED OBJECTION TO DEBTOR'S APPLICATION TO EMPLOY US REALTY ASSOCIATES, INC. AS DEBTORS REAL ESTATE AGENT

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw Citizens Bank, N.A.'s Limited Objection to Debtor's Application to Employ US Realty Associates, Inc. as Debtors Real Estate Agent, filed on or about December 7, 2023 in the above-referenced case, number 87 on the docket.

Respectfully submitted:

UNRUH, TURNER, BURKE & FREES, P.C.

Dated:  December 13, 2023            /s/ Kristen Wetzel Ladd
Kristen Wetzel Ladd, Esquire
Attorneys for Citizens Bank, N.A.

#1920186v1