IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| TRI-STATE PAPER, INC. | : | |
| | : | DOCKET NO.: 23-13237-PMM |
| DEBTORS | : | |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that the undersigned counsel appears for the Commonwealth of Pennsylvania, Department of Revenue, a creditor in the above-captioned matter, and, pursuant to Bankruptcy Rule 2002, respectfully requests that all notices, papers, documents, or correspondence, including but not limited to notices, motions, plans/amended plans, or orders, that are required to be given and/or served in this case, be given to and served upon the undersigned counsel at the following address:

Pennsylvania Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
Attn:  Joseph J. Swartz, Esq.

                                                        Respectfully submitted by,

DATE:  December 12, 2023        By:    _/s/ Joseph J. Swartz_
                                                    Joseph J. Swartz
                                                    Counsel
                                                    PA Department of Revenue
                                                    Office of Chief Counsel
                                                    P.O. Box 281061
                                                    Harrisburg, PA 17128-1061
                                                    PA Attorney I.D.:  309233
                                                    Phone: (717) 346-4645
                                                    Facsimile: (717) 772-1459
                                                    JoseSwartz@pa.gov