IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| TRI-STATE PAPER, INC. | : | |
| | : | |
| | : | DOCKET NO.: 23-13237-PMM |
| DEBTORS | : | |
| | : | RELATED TO DOCKET NO. 106 |

CERTIFICATE OF SERVICE FOR NOTICE
OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Notice of Appearance and Demand for Service of Papers, on the parties at the below addresses, on December 14, 2023, by:

**23-13237-PMM Notice will be electronically mailed to:**

Dave P. Adams at dave.p.adams@usdoj.gov

Michael I. Assad at mail@cibiklaw.com, cibiklawpc@jubileebk.net, cibiklaw@recap.email, ecf@michaelscottpaper.com, ecf@nalabean.gg

Michael A. Cibik at mail@cibiklaw.com, cibiklawpc@jubileebk.net, cibiklaw@recap.email, ecf@michaelscottpaper.com, ecf@nalabean.gg

Richard E. Furtek at rfurtek@furtekassociates.com, crefl1@trustesolutions.net

Kristen Wetzel Ladd at kladd@utbf.com, ogomez@utbf.com

Pamela Elchert Thurmond at pamela.thurmond@phila.gov, edelyne.jean-baptiste@phila.gov

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee at USTPRegion03.ph.ecf@usdoj.gov

**23-13237-PMM Notice will not be electronically mailed to:**

Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA  19102

Joseph M. Grey
1834 Tomlinson Road
Philadelphia, PA  19116-3850

EXECUTED ON:  December 14, 2023

                                                  Respectfully submitted by,

By:    /s/ Joseph J. Swartz
           Counsel
           PA Department of Revenue
           Office of Chief Counsel
           P.O. Box 281061
           Harrisburg, PA 17128-1061
           PA Attorney I.D.:  309233
           Phone: (717) 346-4645
           Facsimile: (717) 772-1459
           JoseSwartz@pa.gov