**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |

**Order Granting Debtor's Application to Employ US Realty Associates, Inc. as Debtor's Real Estate Agent**

**AND NOW**, upon consideration of the Debtor's Application to Employ US Realty Associates, Inc. as Debtor's Real Estate Agent (the "Application"), and there being sufficient cause for the Court to conclude that:

A. employment of US Realty Associates, Inc. (the "Real Estate Agent") as the Debtor's Real Estate Agent is necessary and is in the best interest of the Debtor,

B. the Real Estate Agent represents no interest adverse to the estate with respect to matters as to which it is to be engaged,

C. the Real Estate Agent is disinterested under 11 U.S.C. §§ 101 and 327, and

D. the Applicant has certified that proper service has been made and that there has been no response filed,

it is hereby **ORDERED** that:

1. the Application is **GRANTED**,

2. the Debtor is hereby authorized to employ the Real Estate Agent effective October 27, 2023, pursuant to the terms set forth in the Application, and

3. the Real Estate Agent may receive such compensation as is approved by the Court upon application after notice and opportunity for hearing.

Date: **December 19, 2023**

_Patricia M. Mayer_
_____
Patricia M. Mayer
U.S. Bankruptcy Judge

CC:  U.S. Realty Associates, Inc.
      120 E. Lancaster Ave.
      Ardmore, PA 19003