# United States Bankruptcy Court
# Eastern District of Pennsylvania

|  |  |
|---|---|
| In re:<br><br>    Tri-State Paper, Inc.,<br><br>             Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |

**Exhibit A-F**

5. As discussed during the Initial Debtor Interview, opening a DIP account was delayed because the branch representatives at Citizens Bank insisted that a court order was necessary to open the account. The Debtor was finally able to open a DIP account on November 21, 2023.

10. During this reporting period, three non-DIP accounts were open: accounts #XXXXXX5759, #XXXXXX5234, and #XXXXXX4335, all held at Citizens Bank. The December 2023 operating report will reflect that all three accounts have been closed.

20. The number in this line does not include intra-company transfers amounting to $25,220.21.

21. The number in this line does not include intra-company transfers amounting to $25,220.21.

25. As discussed during the Initial Debtor Interview, the amount owed to the Debtor is only an estimate due to the fragmented recordkeeping of the Debtor's previous management.