

US002 | BR565
ROP 450
P.O. Box 7000
Providence, RI 02940



PLAINTIFF'S
EXHIBIT

**G**

## Commercial Account Statement

### Page 1 of 3

Beginning November 17, 2023
through November 30, 2023

### Questions? Contact us today:

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
149 E CHURCH ST
BLACKWOOD NJ  08012-3904

**CALL:**
Commercial Account Customer
Service
1-800-862-6200

**VISIT:**
Access your account online:
citizensbank.com

**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

**Ready for a new debit or ATM card?**
We've partnered with Mastercard® and will replace
your card soon.
Your new card has a unique notch design, making it
easier to find when you need it, and it's made from
90% recycled plastic.
**For now, continue to bank as usual with your
current card.**

Mastercard is a registered trademark, and the circles design is a trademark of
Mastercard International Incorporated.

**TRI-STATE PAPER INC**
**DIP CHAPTER 11 BANKRUPTCY**
**CASE #23-13237-PMM**
**Clearly Better Business Checking**
**XXXXXX-370-9**

## Clearly Better Business Checking for XXXXXX-370-9

### Balance Calculation

| | | |
|---|---|---:|
| Previous Balance | | .00 |
| Checks | - | .00 |
| Debits | - | .00 |
| Deposits & Credit | + | 20,779.50 |
| **Current Balance** | **=** | **20,779.50** |

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee. We appreciate your continued business.

Your next statement period will end on December 29, 2023.

Please See Additional Information on Next Page

Member FDIC ⌂ Equal Housing Lender

## Clearly Better Business Checking for XXXXXX-370-9 Continued

**TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 370-9**

| Deposits & Credits | | | Previous Balance |
|---|---|---|---|
| *Date* | *Amount* | *Description* | .00 |
| 11/21 | 20,000.00 | ONLINE TRANSFER FROM CHECKING ████4335 | **Total Deposits & Credits** |
| 11/27 | 779.50 | MOBILE DEPOSIT | |
| | | | + 20,779.50 |

| Daily Balance | | | | | | Current Balance |
|---|---|---|---|---|---|---|
| *Date* | *Balance* | *Date* | *Balance* | *Date* | *Balance* | = 20,779.50 |
| 11/21 | 20,000.00 | 11/27 | 20,779.50 | | | |

## NEWS FROM CITIZENS

Enjoy banking at your fingertips with 24/7 access via online and mobile banking --- help avoid fees by setting up account and balance alerts, and save time by utilizing bill pay. Be sure to sign up for eStatements or if you opted for eStatements at account opening, make sure you visit Citizens Bank Online within 45 days to avoid receiving paper statements, which may have a fee associated.
Wireless carrier, text and/or data charges may apply.

Member FDIC ⌂ Equal Housing Lender

# ✳ CITIZENS™

**Checking Account Balance Worksheet**
Before completing this worksheet, please be sure to adjust your checkbook register balance by

- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

+ $ _____
Total of 2

**3** Subtotal by adding 1 and 2

= $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement.

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

- $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance.

= $ _____
Total

**CUSTOMER SERVICE**
If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Change of Address**
Please call the number shown at the front of your statement to notify us of a change of address.

**DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE**
Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens is a brand name of Citizens Bank, N.A.    REV 12/22

**ELECTRONIC TRANSFERS**
**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily for Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family, or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

(For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.)

**OVERDRAFT LINES OF CREDIT**
**BILLING RIGHTS SUMMARY**
**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service address provided as soon as possible.
In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD**

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of you Overdraft Line each day (which does not include any unpaid interest charges or fees), and add any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report. If you believe we have furnished inaccurate or incomplete information to a credit reporting agency, write to us at the consumer service address provided and include your name, address, account number, and description of what you believe is inaccurate or incomplete.

*Thank you for banking with Citizens.*



US759 | BR589 | 44
ROP 450
P.O. Box 7000
Providence, RI 02940

**Business Account
Statement**

**Page 1 of 11**

Beginning October 01, 2023
through October 31, 2023

**Questions? Contact us today:**

**CALL:**
Business Account Customer
Service
1-800-862-6200

**VISIT:**
Access your account online:
citizensbank.com

**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

TRI-STATE PAPER, INC
149 E CHURCH ST
BLACKWOOD NJ  08012-3904

**TRI-STATE PAPER, INC**
**Clearly Better Business Checking**
**XXXXXX-433-5**

## Clearly Better Business Checking for XXXXXX-433-5

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | | 49,747.60 |
| Checks | - | 162,953.60 |
| Debits | - | 157,014.17 |
| Deposits & Credit | + | 309,381.48 |
| **Current Balance** | = | 39,161.31 |

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee. We appreciate your continued business.

Your next statement period will end on November 30, 2023.

### TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 433-5

**Checks** *(Note - checks that are present out of numeric sequence are denoted with an asterisk (*))*

| | | | | | | | Previous Balance |
|---|---|---|---|---|---|---|---|
| **Check #** | **Amount** | **Date** | **Check #** | **Amount** | **Date** | | **49,747.60** |
| 10685 | 5,600.00 | 10/17 | 10901* | 552.52 | 10/03 | | **Total Checks** |
| 10760* | 3,000.00 | 10/02 | 10903* | 300.00 | 10/06 | | |
| 10877* | 6,155.36 | 10/03 | 10904 | 2,500.00 | 10/02 | - | **162,953.60** |
| 10879* | 712.98 | 10/02 | 10907* | 2,500.00 | 10/05 | | |
| 10882* | 300.00 | 10/06 | 10909* | 4,715.18 | 10/10 | | |
| 10883 | 3,000.00 | 10/13 | 10910 | 6,620.00 | 10/10 | | |
| 10893* | 10,148.64 | 10/03 | 10912* | 2,925.55 | 10/06 | | |
| 10895* | 2,500.00 | 10/04 | 10914* | 378.00 | 10/11 | | |
| 10896 | 2,300.00 | 10/03 | 10915 | 1,024.90 | 10/10 | | |
| 10899* | 4,924.28 | 10/03 | 10916 | 300.00 | 10/10 | | |

Please See Additional Information on Next Page

Member FDIC  Equal Housing Lender

## Clearly Better Business Checking for XXXXXX-433-5 Continued

**Checks (Cont.)** *(Note - checks that are present out of numeric sequence are denoted with an asterisk (*))*

| Check # | Amount | Date | Check # | Amount | Date |
|---------|--------|------|---------|--------|------|
| 10917 | 1,812.40 | 10/27 | 10933 | 2,500.00 | 10/20 |
| 10918 | 4,982.57 | 10/11 | 10934 | 900.00 | 10/18 |
| 10919 | 3,000.00 | 10/10 | 10935 | 5,000.00 | 10/30 |
| 10920 | 2,500.00 | 10/10 | 10936 | 362.50 | 10/31 |
| 10921 | 3,024.00 | 10/11 | 10937 | 3,000.00 | 10/23 |
| 10922 | 1,000.00 | 10/12 | 10938 | 12,000.00 | 10/26 |
| 10925* | 2,500.00 | 10/16 | 10944* | 40,000.00 | 10/23 |
| 10926 | 7,483.53 | 10/13 | 10946* | 2,500.00 | 10/23 |
| 10928* | 600.00 | 10/13 | 10952* | 3,000.00 | 10/27 |
| 10929 | 431.19 | 10/17 | 10953 | 300.00 | 10/31 |
| 10931* | 2,500.00 | 10/17 | 10954 | 2,500.00 | 10/30 |
| 10932 | 300.00 | 10/13 | 10957* | 300.00 | 10/20 |

**Debits ***
**\*\*May include checks that have been processed electronically by the payee/merchant.**

| | Total Debits |
|---|---|
| - | 157,014.17 |

| Date | Amount | Description |
|------|--------|-------------|
| **Other Debits** | | |
| 10/02 | 10,000.00 | ONLINE TRANSFER TO CHECKING ███5234 |
| 10/02 | 2,500.00 | FERR FERRARO FOO FERR FERRA 231002 FT303663266 |
| 10/02 | 265.56 | HRTLAND PMT SYS TXNS/FEES 231002 ███5577 |
| 10/03 | 3,190.16 | UNITED FIN CAS INS PREM 231002 972754158 Tri S |
| 10/03 | 31.07 | PAYTRACE LLC SERVICEFEE 231003 000001177557 |
| 10/04 | 10,000.00 | ONLINE TRANSFER TO CHECKING ███5234 |
| 10/04 | 4,301.90 | FERR FERRARO FOO FERR FERRA 231004 FT304359648 |
| 10/05 | 3,230.98 | IPFS866-326-8355 IPFSPMTPAP 231005 D24096 |
| 10/05 | 1,667.00 | SOURCE DIRECT IN SALE 231005 |
| 10/12 | 1,000.00 | TEACHERS FCU WEB LOAN PAY 231011 ███8247 |
| 10/13 | 2,500.00 | FERR FERRARO FOO FERR FERRA 231013 FT305500775 |
| 10/16 | 132.00 | CAPITAL ONE CRCARDPMT 231014 3SIJTQBOQPKF1XD |
| 10/17 | 100.00 | ONLINE TRANSFER TO CHECKING ███5759 |
| 10/17 | 29,000.00 | ONLINE TRANSFER TO CHECKING ███5234 |
| 10/18 | 1,937.99 | CAPITAL ONE PHONE PYMT 231017 3SJ0FWDJ0DZGOLD |
| 10/18 | 105.00 | OVERDRAFT FEE ( 3 AT $35 EACH ) |
| 10/19 | 68.65 | ADT SECURITY SER ADTPAPACH 231019 404263500 |
| 10/20 | 293.60 | COMCAST 8499051 490979303 231019 3874503 |
| 10/20 | 22.70 | ADT SECURITY SER ADTPAPACH 231020 404263500 |
| 10/23 | 50,000.00 | ONLINE TRANSFER TO CHECKING ███5234 |
| 10/23 | 5,632.96 | IBC EDI PAYMTS 231021 PRMAX0006264279 |
| 10/23 | 2,195.46 | DISCOVER PHONE PAY 231021 9313 |
| 10/23 | 793.69 | PECO ENERGY COMP BILLPAY 231020 PECO ENERGY COM |
| 10/24 | 15,000.00 | FULTON BANK, N.A LOANPAYMNT 231024 ███7866 |
| 10/24 | 4,385.95 | PHILADELPHIAPTX TEL PMTS 102423 SX2GCM |
| 10/24 | 3,026.70 | Westlake Fin 323 WestlkIVR 231023 ███████9963 |

Please See Additional Information on Next Page

Member FDIC  Equal Housing Lender



## Clearly Better Business Checking for XXXXXX-433-5 Continued

### Debits (Continued) **
*\*\*May include checks that have been processed electronically by the payee/merchant.*

| Date | Amount | Description |
|------|--------|-------------|
| **Other Debits (Continued)** | | |
| 10/24 | 1,685.09 | CITYOFPHILA-API WATER 231023 5182989 |
| 10/24 | 1,498.60 | CITYOFPHILA-API WATER 231023 5182997 |
| 10/24 | 616.09 | PGW EZ-PAY UTILITIES 231023 5147583 |
| 10/24 | 604.32 | DRIVE NJ INS INS PREM 231023 970864373 John |
| 10/24 | 500.00 | PTC E-ZPASS CSC ACH AUTO 231021 129478404 |
| 10/25 | 203.21 | PROG ADVANCED INS PREM 231024 POL 938364170 |
| 10/25 | 25.14 | DRIVE NJ INS INS PREM 231024 POL 968657982 |
| 10/27 | 486.79 | STATE FARM RO 27 CPC-CLIENT 231027 13 J 1374309751 |
| 10/27 | .06 | DEPOSIT ADJUSTMENT |
| 10/31 | 2.50 | SERVICE CHARGE |
| | | CASH DEP/CURRENCY ORDERS      $6,000- $5,000 FREE $2.50 |
| 10/31 | 11.00 | EXCESSIVE ITEM FEE (22) |

### Deposits & Credits

| Date | Amount | Description |
|------|--------|-------------|
| 10/02 | 14,095.27 | DEPOSIT |
| 10/02 | 3,696.33 | HRTLAND PMT SYS TXNS/FEES 231002 ▇▇▇▇▇5577 |
| 10/03 | 3,770.74 | DEPOSIT |
| 10/03 | 1,019.02 | HRTLAND PMT SYS TXNS/FEES 231003 ▇▇▇▇▇5577 |
| 10/03 | 909.50 | Pereira's Nutrit Receivable 231003 025UJVIXMUNA72X |
| 10/04 | 3,096.96 | DEPOSIT |
| 10/05 | 8,846.02 | DEPOSIT |
| 10/06 | 16,645.81 | DEPOSIT |
| 10/10 | 10,677.00 | DEPOSIT |
| 10/10 | 6,863.80 | DEPOSIT |
| 10/10 | 2,023.48 | HRTLAND PMT SYS TXNS/FEES 231010 ▇▇▇▇▇5577 |
| 10/11 | 2,051.28 | DEPOSIT |
| 10/12 | 10,602.96 | DEPOSIT |
| 10/13 | 5,278.87 | DEPOSIT |
| 10/16 | 8,958.55 | DEPOSIT |
| 10/18 | 10,500.00 | ONLINE TRANSFER FROM CHECKING ▇▇▇5234 |
| 10/18 | 6,757.67 | DEPOSIT |
| 10/18 | 3,000.00 | ONLINE TRANSFER FROM CHECKING ▇▇▇5234 |
| 10/18 | 100.00 | ONLINE TRANSFER FROM CHECKING ▇▇▇5234 |
| 10/18 | 100.00 | ONLINE TRANSFER FROM CHECKING ▇▇▇5234 |
| 10/19 | 100,000.00 | DEPOSIT |
| 10/19 | 5,245.11 | DEPOSIT |
| 10/20 | 3,040.91 | DEPOSIT |
| 10/23 | 15,000.00 | ONLINE TRANSFER FROM CHECKING ▇▇▇5234 |
| 10/23 | 863.59 | HRTLAND PMT SYS TXNS/FEES 231023 ▇▇▇▇▇5577 |
| 10/24 | 20,000.00 | ONLINE TRANSFER FROM CHECKING ▇▇▇5234 |
| 10/24 | 16,586.31 | DEPOSIT |
| 10/26 | 10,000.00 | ONLINE TRANSFER FROM CHECKING ▇▇▇5234 |
| 10/26 | 7,534.16 | DEPOSIT |
| 10/27 | 7,812.93 | DEPOSIT |

**Total Deposits & Credits**

\+        309,381.48

Please See Additional Information on Next Page

Member FDIC ⌂ Equal Housing Lender

## Clearly Better Business Checking for XXXXXX-433-5 Continued

### Deposits & Credits (Continued)

| Date | Amount | Description |
|------|--------|-------------|
| 10/31 | 4,305.21 | DEPOSIT |

### Daily Balance

**Current Balance**

| Date | Balance | Date | Balance | Date | Balance | | |
|------|---------|------|---------|------|---------|---|---|
| 10/02 | 48,560.66 | 10/12 | 31,495.12 | 10/23 | 25,943.05 | = | **39,161.31** |
| 10/03 | 26,957.89 | 10/13 | 22,890.46 | 10/24 | 35,212.61 | | |
| 10/04 | 13,252.95 | 10/16 | 29,217.01 | 10/25 | 34,984.26 | | |
| 10/05 | 14,700.99 | 10/17 | -8,414.18 | 10/26 | 40,518.42 | | |
| 10/06 | 27,821.25 | 10/18 | 9,100.50 | 10/27 | 43,032.10 | | |
| 10/10 | 29,225.45 | 10/19 | 114,276.96 | 10/30 | 35,532.10 | | |
| 10/11 | 22,892.16 | 10/20 | 114,201.57 | 10/31 | 39,161.31 | | |

**❄❄ CITIZENS**™

### Checking Account Balance Worksheet

Before completing this worksheet, please be sure to adjust your checkbook register balance by

- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

+ $ _____
Total of 2

**3** Subtotal by adding 1 and 2

= $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement.

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

- $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance.

= $ _____
Total

### CUSTOMER SERVICE

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

### Change of Address

Please call the number shown at the front of your statement to notify us of a change of address.

### DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE

Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens is a brand name of Citizens Bank, N.A.    REV 12/22

### ELECTRONIC TRANSFERS

**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily for Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family, or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

(For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.)

### OVERDRAFT LINES OF CREDIT
### BILLING RIGHTS SUMMARY

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service address provided as soon as possible.
In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of you Overdraft Line each day (which does not include any unpaid interest charges or fees), and any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report. If you believe we have furnished inaccurate or incomplete information to a credit reporting agency, write to us at the consumer service address provided and include your name, address, account number, and description of what you believe is inaccurate or incomplete.

*Thank you for banking with Citizens.*

INTENTIONALLY
LEFT BLANK

**⋇ Citizens**™



| | | |
|---|---|---|
| 10685 | 10/17/2023 | $5,600.00 |
| 10760 | 10/02/2023 | $3,000.00 |
| 10877 | 10/03/2023 | $6,155.36 |
| 10879 | 10/02/2023 | $712.98 |
| 10882 | 10/06/2023 | $300.00 |
| 10883 | 10/13/2023 | $3,000.00 |
| 10893 | 10/03/2023 | $10,148.64 |
| 10895 | 10/04/2023 | $2,500.00 |
| 10896 | 10/03/2023 | $2,300.00 |
| 10899 | 10/03/2023 | $4,924.28 |

Case 23-13237-pmm Doc 114-2 Filed 12/20/23 Entered 12/20/23 18:05:37 Desc
Exhibit G Page 11 of 36
**Images Continued for Account XXXXXX-433-5**

**Page 8 of 11**



| | | |
|---|---|---|
| 10901 | 10/03/2023 | $552.52 |
| 10903 | 10/06/2023 | $300.00 |
| 10904 | 10/02/2023 | $2,500.00 |
| 10907 | 10/05/2023 | $2,500.00 |
| 10909 | 10/10/2023 | $4,715.18 |
| 10910 | 10/10/2023 | $6,620.00 |
| 10912 | 10/06/2023 | $2,925.55 |
| 10914 | 10/11/2023 | $378.00 |
| 10915 | 10/10/2023 | $1,024.90 |
| 10916 | 10/10/2023 | $300.00 |



| 10917 | 10/27/2023 | $1,812.40 | 10918 | 10/11/2023 | $4,982.57 |
| 10919 | 10/10/2023 | $3,000.00 | 10920 | 10/10/2023 | $2,500.00 |
| 10921 | 10/11/2023 | $3,024.00 | 10922 | 10/12/2023 | $1,000.00 |
| 10925 | 10/16/2023 | $2,500.00 | 10926 | 10/13/2023 | $7,483.53 |
| 10928 | 10/13/2023 | $600.00 | 10929 | 10/17/2023 | $431.19 |

Case 23-13237-pmm    Doc 114-2    Filed 12/20/23    Entered 12/20/23 18:05:37    Desc
Exhibit G    Page 13 of 36
Images Continued for Account XXXXXX-433-5

Page 10 of 11



| 10931 | 10/17/2023 | $2,500.00 | 10932 | 10/13/2023 | $300.00 |
| 10933 | 10/20/2023 | $2,500.00 | 10934 | 10/18/2023 | $900.00 |
| 10935 | 10/30/2023 | $5,000.00 | 10936 | 10/31/2023 | $362.50 |
| 10937 | 10/23/2023 | $3,000.00 | 10938 | 10/26/2023 | $12,000.00 |
| 10944 | 10/23/2023 | $40,000.00 | 10946 | 10/23/2023 | $2,500.00 |

**❈ Citizens**™

| 10952 | 10/27/2023 | $3,000.00 |
|-------|------------|-----------|

| 10953 | 10/31/2023 | $300.00 |
|-------|------------|----------|

| 10954 | 10/30/2023 | $2,500.00 |
|-------|------------|-----------|

| 10957 | 10/20/2023 | $300.00 |
|-------|------------|----------|



US759 | BR589 | 11
ROP 450
P.O. Box 7000
Providence, RI 02940

| | Business Account Statement |

**Page 1 of 6**

Beginning November 01, 2023
through November 30, 2023

**Questions? Contact us today:**

TRI-STATE PAPER, INC
149 E CHURCH ST
BLACKWOOD NJ 08012-3904

**CALL:**
Business Account Customer
Service
1-800-862-6200

 **VISIT:**
Access your account online:
citizensbank.com

**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

**Ready for a new debit or ATM card?**
We've partnered with Mastercard® and will replace
your card soon.
Your new card has a unique notch design, making it
easier to find when you need it, and it's made from
90% recycled plastic.
**For now, continue to bank as usual with your
current card.**

Mastercard is a registered trademark, and the circles design is a trademark of
Mastercard International Incorporated.

**TRI-STATE PAPER, INC
Clearly Better Business Checking
XXXXXX-433-5**

## Clearly Better Business Checking for XXXXXX-433-5

### Balance Calculation

| | | |
|---|---|---|
| Previous Balance | | 39,161.31 |
| Checks | - | 26,167.56 |
| Debits | - | 31,109.80 |
| Deposits & Credit | + | 32,738.43 |
| **Current Balance** | = | 14,622.38 |

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee. We appreciate your continued business.

Your next statement period will end on December 29, 2023.

Please See Additional Information on Next Page

Member FDIC ⌂ Equal Housing Lender

## Clearly Better Business Checking for XXXXXX-433-5 Continued

### TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 433-5

**Checks** *(Note - checks that are present out of numeric sequence are denoted with an asterisk (*))*

| Check # | Amount | Date | Check # | Amount | Date |
|---------|--------|------|---------|--------|------|
| 1010 | 400.00 | 11/22 | 10948 | 708.00 | 11/20 |
| 1011 | 3,000.00 | 11/29 | 10949 | 3,000.00 | 11/21 |
| 10860* | 2,500.00 | 11/20 | 10950 | 3,000.00 | 11/15 |
| 10924* | 1,678.56 | 11/16 | 10951 | 2,500.00 | 11/15 |
| 10942* | 3,000.00 | 11/08 | 10955* | 3,881.00 | 11/09 |
| 10947* | 2,500.00 | 11/22 | | | |

| | |
|---|---|
| **Previous Balance** | 39,161.31 |
| **Total Checks** | |
| - | 26,167.56 |

**Debits \*\***
*\*\*May include checks that have been processed electronically by the payee/merchant.*

| | |
|---|---|
| **Total Debits** | |
| - | 31,109.80 |

| Date | Amount | Description |
|------|--------|-------------|
| **Other Debits** | | |
| 11/01 | 5,000.00 | ONLINE TRANSFER TO CHECKING ■■■5234 |
| 11/01 | 253.26 | HRTLAND PMT SYS TXNS/FEES 231101 ■■■■■■■5577 |
| 11/03 | 31.54 | PAYTRACE LLC SERVICEFEE 231103 ■■■■■■7557 |
| 11/07 | 3,230.98 | IPFS866-326-8355 IPFSPMTPAP 231107 D24096 |
| 11/14 | 1,000.00 | TEACHERS FCU WEB LOAN PAY 231113 43020461 |
| 11/20 | 68.65 | ADT SECURITY SER ADTPAPACH 231120 404263500 |
| 11/20 | 22.70 | ADT SECURITY SER ADTPAPACH 231120 404263500 |
| 11/21 | 20,000.00 | ONLINE TRANSFER TO CHECKING 6321543709 |
| 11/21 | 411.63 | METLIFETAKEALONG FEES 112123 NMLD32546020541 |
| 11/22 | 604.25 | DRIVE NJ INS INS PREM 231121 970864373 John |
| 11/29 | 486.79 | STATE FARM RO 27 CPC-CLIENT 231129 13 J 1374309751 |

**Deposits & Credits**

| | |
|---|---|
| **Total Deposits & Credits** | |
| + | 32,738.43 |

| Date | Amount | Description |
|------|--------|-------------|
| 11/01 | 1,701.75 | DEPOSIT |
| 11/07 | 5,982.12 | DEPOSIT |
| 11/08 | 1,190.64 | HRTLAND PMT SYS TXNS/FEES 231108 ■■■■■■5577 |
| 11/09 | 8,321.26 | DEPOSIT |
| 11/09 | 2,683.94 | DEPOSIT |
| 11/15 | 9,436.56 | DEPOSIT |
| 11/16 | 809.50 | MOBILE DEPOSIT |
| 11/22 | 719.40 | MOBILE DEPOSIT |
| 11/27 | 1,114.70 | MOBILE DEPOSIT |
| 11/27 | 778.56 | MOBILE DEPOSIT |

*Please See Additional Information on Next Page*

Member FDIC ⌂ Equal Housing Lender

 **CITIZENS**™

## Clearly Better Business Checking for XXXXXX-433-5 Continued

**Daily Balance**

**Current Balance**

| Date | Balance | Date | Balance | Date | Balance | = | 14,622.38 |
|------|---------|------|---------|------|---------|---|-----------|
| 11/01 | 35,609.80 | 11/14 | 42,644.24 | 11/21 | 19,000.76 | | |
| 11/03 | 35,578.26 | 11/15 | 46,580.80 | 11/22 | 16,215.91 | | |
| 11/07 | 38,329.40 | 11/16 | 45,711.74 | 11/27 | 18,109.17 | | |
| 11/08 | 36,520.04 | 11/20 | 42,412.39 | 11/29 | 14,622.38 | | |
| 11/09 | 43,644.24 | | | | | | |

**✿ CITIZENS**™

**Checking Account Balance Worksheet**
Before completing this worksheet, please be sure to adjust your checkbook register balance by

- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ |

+ $ _____
Total of 2

**3** Subtotal by adding 1 and 2

= $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement.

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ |

- $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance.

= $ _____
Total

**CUSTOMER SERVICE**
If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Change of Address**
Please call the number shown at the front of your statement to notify us of a change of address.

**DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE**
Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens is a brand name of Citizens Bank, N.A.    REV 12/22

**ELECTRONIC TRANSFERS**
**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily for Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family, or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

(For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.)

**OVERDRAFT LINES OF CREDIT**
**BILLING RIGHTS SUMMARY**
**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service address provided as soon as possible.
In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD**

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of you Overdraft Line each day (which does not include any unpaid interest charges or fees), and any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report. If you believe we have furnished inaccurate or incomplete information to a credit reporting agency, write to us at the consumer service address provided and include your name, address, account number, and description of what you believe is inaccurate or incomplete.

***Thank you for banking with Citizens.***

**⚘ Citizens**™

| | | | |
|---|---|---|---|
| **1010** | **11/22/2023** | **$400.00** | |
| **1011** | **11/29/2023** | **$3,000.00** | |
| **10860** | **11/20/2023** | **$2,500.00** | |
| **10924** | **11/16/2023** | **$1,678.56** | |
| **10942** | **11/08/2023** | **$3,000.00** | |
| **10947** | **11/22/2023** | **$2,500.00** | |
| **10948** | **11/20/2023** | **$708.00** | |
| **10949** | **11/21/2023** | **$3,000.00** | |
| **10950** | **11/15/2023** | **$3,000.00** | |
| **10951** | **11/15/2023** | **$2,500.00** | |

Case 23-13237-pmm    Doc 114-2    Filed 12/20/23    Entered 12/20/23 18:05:37    Desc
Exhibit G    Page 20 of 36
**Images Continued for Account XXXXXX-433-5**

**Page 6 of 6**



| | | |
|---|---|---|
| **10955** | **11/09/2023** | **$3,881.00** |



US759 | BR606 | 2
ROP 450
P.O. Box 7000
Providence, RI 02940

TRI-STATE PAPER CO., INC
PAYROLL ACCOUNT
149 E CHURCH ST
BLACKWOOD NJ 08012-3904

## Business Advisor Account Statement

### Page 1 of 5

Beginning September 27, 2023
through October 25, 2023

### Questions? Contact us today:



**CALL:**
Business Advisor Customer Service
1-800-862-6200



**VISIT:**
Access your account online:
citizensbank.com



**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

### Contents

| | | |
|---|---|---|
| Important Messages | Page | 1 |
| Summary | Page | 1 |
| Business Checking | Page | 2 |
| Check Image | Page | 5 |

**TRI-STATE PAPER CO., INC**
**PAYROLL ACCOUNT**
**Business Advisor Checking**
**XXXXXX-523-4**

## Business Advisor Checking Summary

| Account | Account Number | Balance Last Statement | Balance This Statement |
|---|---|---|---|
| **DEPOSIT BALANCE** | | | |
| **Checking** | | | |
| Business Advisor Checking | XXXXXXXX-523-4 | 1,202.70 | 20,217.52 |
| | | **Total Deposit Balance** | |
| | | = | 20,217.52 |
| | | **Total Relationship Balance** | |
| | | = | 20,217.52 |

Member FDIC ⌂ Equal Housing Lender

## Business Advisor Checking for XXXXXX-523-4

### Balance Calculation

| | | |
|---|---|---|
| Previous Balance | | 1,202.70 |
| Checks | - | 6,146.12 |
| Debits | - | 74,839.06 |
| Deposits & Credit | + | 100,000.00 |
| **Current Balance** | = | **20,217.52** |

You can waive the monthly maintenance fee of $25.00 by maintaining a monthly combined balance of $35,000 or an average daily balance in your checking account of $10,000.

Your monthly combined balance used to qualify this statement period is $10,644
Your average daily checking balance used to qualify this statement period is: $8,444

A Professionals First waiver is active on your account so monthly maintenance fees are not currently being assessed.

Your next statement period will end on November 24, 2023.

### TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 523-4

**Checks** *(Note - checks that are present out of numeric sequence are denoted with an asterisk (*))*

| Check # | Amount | Date | Check # | Amount | Date | | Previous Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | **1,202.70** |
| 9283 | 3,073.06 | 10/10 | 9289* | 3,073.06 | 10/20 | | **Total Checks** |
| | | | | | | - | **6,146.12** |

**Debits ***
*\*\*May include checks that have been processed electronically by the payee/merchant.*

| | | | | Total Debits |
|---|---|---|---|---|
| | | | - | **74,839.06** |

| Date | Amount | Description |
|---|---|---|
| **Other Debits** | | |
| 10/05 | 17,127.17 | Payroll Service PAYROLL 231004 1001-327070 |
| 10/18 | 10,500.00 | ONLINE TRANSFER TO CHECKING ████4335 |
| 10/18 | 100.00 | ONLINE TRANSFER TO CHECKING ████4335 |
| 10/18 | 100.00 | ONLINE TRANSFER TO CHECKING ████4335 |
| 10/18 | 3,000.00 | ONLINE TRANSFER TO CHECKING ████4335 |
| 10/19 | 9,011.89 | Payroll Service PAYROLL 231018 1001-327777 |
| 10/23 | 15,000.00 | ONLINE TRANSFER TO CHECKING ████4335 |
| 10/24 | 20,000.00 | ONLINE TRANSFER TO CHECKING ████4335 |

**Deposits & Credits**

| Date | Amount | Description | | Total Deposits & Credits |
|---|---|---|---|---|
| | | | + | **100,000.00** |
| 10/02 | 10,000.00 | ONLINE TRANSFER FROM CHECKING ████4335 | | |
| 10/02 | 1,000.00 | ONLINE TRANSFER FROM CHECKING ████5759 | | |
| 10/04 | 10,000.00 | ONLINE TRANSFER FROM CHECKING ████4335 | | |
| 10/17 | 29,000.00 | ONLINE TRANSFER FROM CHECKING ████4335 | | |
| 10/23 | 50,000.00 | ONLINE TRANSFER FROM CHECKING ████4335 | | |

Please See Additional Information on Next Page

Member FDIC  ⌂ Equal Housing Lender

 **Citizens**™

## Business Advisor Checking for XXXXXX-523-4 Continued

| Daily Balance | | | | | | | Current Balance |
|---|---|---|---|---|---|---|---|
| Date | Balance | Date | Balance | Date | Balance | = | 20,217.52 |
| 10/02 | 12,202.70 | 10/17 | 31,002.47 | 10/20 | 5,217.52 | | |
| 10/04 | 22,202.70 | 10/18 | 17,302.47 | 10/23 | 40,217.52 | | |
| 10/05 | 5,075.53 | 10/19 | 8,290.58 | 10/24 | 20,217.52 | | |
| 10/10 | 2,002.47 | | | | | | |

# ❈ CITIZENS™

**Checking Account Balance Worksheet**
Before completing this worksheet, please be sure to adjust your checkbook register balance by

● Adding any interest earned

● Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____

Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

+ $ _____

Total of 2

**3** Subtotal by adding 1 and 2

= $ _____

Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement.

| Date/ Check No. | Amount | Date/ Check No. | Amount |
|-----------------|--------|-----------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

- $ _____

Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance.

= $ _____

Total

**CUSTOMER SERVICE**
If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Change of Address**
Please call the number shown at the front of your statement to notify us of a change of address.

**DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE**
Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens is a brand name of Citizens Bank, N.A.    REV 12/22

## ELECTRONIC TRANSFERS
**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily for Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

● Tell us your name and account number, if any.

● Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

● Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.

● It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family, or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

(For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.)

## OVERDRAFT LINES OF CREDIT
## BILLING RIGHTS SUMMARY
**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service address provided as soon as possible.
In your letter, give us the following information:

● Account information: Your name and account number.

● Dollar amount: The dollar amount of the suspected error.

● Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

● We cannot try to collect the amount in question or report you as delinquent on that amount.

● The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

● While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

● We can apply any unpaid amount against your credit limit.

## INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of you Overdraft Line each day (which does not include any unpaid interest charges or fees), and any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report. If you believe we have furnished inaccurate or incomplete information to a credit reporting agency, write to us at the consumer service address provided and include your name, address, account number, and description of what you believe is inaccurate or incomplete.

*Thank you for banking with Citizens.*



| | | |
|---|---|---|
| 9283 | 10/10/2023 | $3,073.06 |
| 9289 | 10/20/2023 | $3,073.06 |

# ✳ Citizens™

US759 | BR606 | 3
ROP 450
P.O. Box 7000
Providence, RI 02940

**Business Advisor
Account Statement**

**Page 1 of 5**

Beginning October 26, 2023
through November 24, 2023

**Questions? Contact us today:**

TRI-STATE PAPER CO., INC
PAYROLL ACCOUNT
149 E CHURCH ST
BLACKWOOD NJ 08012-3904

**CALL:**
Business Advisor Customer
Service
1-800-862-6200

**VISIT:**
Access your account online:
citizensbank.com

**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

**Ready for a new debit or ATM card?**
We've partnered with Mastercard® and will replace
your card soon.
Your new card has a unique notch design, making it
easier to find when you need it, and it's made from
90% recycled plastic.
**For now, continue to bank as usual with your
current card.**

Mastercard is a registered trademark, and the circles design is a trademark of
Mastercard International Incorporated.

| Contents | | |
|---|---|---|
| Important Messages | Page | 1 |
| Summary | Page | 1 |
| Business Checking | Page | 2 |
| Check Image | Page | 5 |

**TRI-STATE PAPER CO., INC
PAYROLL ACCOUNT
Business Advisor Checking
XXXXXX-523-4**

## Business Advisor Checking Summary

| Account | Account Number | Balance Last Statement | Balance This Statement |
|---|---|---|---|
| **DEPOSIT BALANCE** | | | |
| **Checking** | | | |
| Business Advisor Checking | XXXXXXXX-523-4 | 20,217.52 | 3,432.66 |
| | | **Total Deposit Balance** | |
| | | = | 3,432.66 |
| | | **Total Relationship Balance** | |
| | | = | 3,432.66 |

Member FDIC ⌂ Equal Housing Lender

## Business Advisor Checking for XXXXXX-523-4

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | | 20,217.52 |
| Checks | - | 5,292.02 |
| Debits | - | 16,492.84 |
| Deposits & Credit | + | 5,000.00 |
| **Current Balance** | = | 3,432.66 |

You can waive the monthly maintenance fee of $25.00 by maintaining a monthly combined balance of $35,000 or an average daily balance in your checking account of $10,000.
   Your monthly combined balance used to qualify this statement period is $6,080
   Your average daily checking balance used to qualify this statement period is: $5,580

A Professionals First waiver is active on your account so monthly maintenance fees are not currently being assessed.

Your next statement period will end on December 26, 2023.

### TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 523-4

| Checks *(Note - checks that are present out of numeric sequence are denoted with an asterisk (*))* | | | | | | | Previous Balance |
|---|---|---|---|---|---|---|---|
| **Check #** | **Amount** | **Date** | **Check #** | **Amount** | **Date** | | **20,217.52** |
| 9280 | 1,109.48 | 11/06 | 9293* | 3,073.06 | 11/03 | | **Total Checks** |
| 9288* | 1,109.48 | 11/06 | | | | - | **5,292.02** |

**Debits \*\***
*\*\*May include checks that have been processed electronically by the payee/merchant.*

| | | | | **Total Debits** |
|---|---|---|---|---|
| | | | - | **16,492.84** |

| **Date** | **Amount** | **Description** | | |
|---|---|---|---|---|
| *Other Debits* | | | | |
| 10/26 | 10,000.00 | ONLINE TRANSFER TO CHECKING ▓▓▓▓4335 | | |
| 11/02 | 6,492.84 | Payroll Service PAYROLL 231101 1001-328146 | | |

**Deposits & Credits**

| | | | | **Total Deposits & Credits** |
|---|---|---|---|---|
| **Date** | **Amount** | **Description** | + | **5,000.00** |
| 11/01 | 5,000.00 | ONLINE TRANSFER FROM CHECKING ▓▓▓▓4335 | | |

**Daily Balance**

| | | | | | | | **Current Balance** |
|---|---|---|---|---|---|---|---|
| **Date** | **Balance** | **Date** | **Balance** | **Date** | **Balance** | = | **3,432.66** |
| 10/26 | 10,217.52 | 11/02 | 8,724.68 | 11/06 | 3,432.66 | | |
| 11/01 | 15,217.52 | 11/03 | 5,651.62 | | | | |

Member FDIC ⌂ Equal Housing Lender

# ✳ CITIZENS™

## Checking Account Balance Worksheet

Before completing this worksheet, please be sure to adjust your checkbook register balance by

- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

+ $ _____
Total of 2

**3** Subtotal by adding 1 and 2

= $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement.

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

- $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance.

= $ _____
Total

## CUSTOMER SERVICE

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

## Change of Address

Please call the number shown at the front of your statement to notify us of a change of address.

## DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE

Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens is a brand name of Citizens Bank, N.A.   REV 12/22

## ELECTRONIC TRANSFERS

**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily for Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family, or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

(For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.)

## OVERDRAFT LINES OF CREDIT
## BILLING RIGHTS SUMMARY

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service address provided as soon as possible.
In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of you Overdraft Line each day (which does not include any unpaid interest charges or fees), and any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report. If you believe we have furnished inaccurate or incomplete information to a credit reporting agency, write to us at the customer service address provided and include your name, address, account number, and description of what you believe is inaccurate or incomplete.

*Thank you for banking with Citizens.*

INTENTIONALLY
LEFT BLANK

**⚙️ Citizens**™



| 9280 | 11/06/2023 | $1,109.48 |
| 9288 | 11/06/2023 | $1,109.48 |
| 9293 | 11/03/2023 | $3,073.06 |


**Citizens**™

US702 | BR596
ROP 450
P.O. Box 7000
Providence, RI 02940

| Business Account Statement |
| --- |

**Page 1 of 3**

Beginning October 01, 2023
through October 31, 2023

**Questions? Contact us today:**

TRI-STATE PAPER CO INC
OPERATING ACCOUNT
149 E CHURCH ST
BLACKWOOD NJ  08012-3904

**CALL:**
Business Account Customer Service
1-800-862-6200

**VISIT:**
Access your account online:
citizensbank.com

**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

TRI-STATE PAPER CO INC
OPERATING ACCOUNT
**Analysis Business Checking**
**XXXXXX-575-9**

## Analysis Business Checking for XXXXXX-575-9

### Balance Calculation

| | | |
| --- | --- | --- |
| Previous Balance | | 1,004.63 |
| Checks | - | .00 |
| Debits | - | 1,094.86 |
| Deposits & Credit | + | 100.00 |
| **Current Balance** | = | 9.77 |

Your next statement period will end on November 30, 2023.

## TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 575-9

| Debits ** | | | Previous Balance |
| --- | --- | --- | --- |
| **May include checks that have been processed electronically by the payee/merchant. | | | 1,004.63 |
| Date | Amount | Description | Total Debits |
| ***Other Debits*** | | | - 1,094.86 |
| 10/02 | 1,000.00 | ONLINE TRANSFER TO CHECKING ▮▮▮▮5234 | |
| 10/16 | 94.86 | SERVICE CHARGE | |
| | | Please refer to your Commercial Analysis Statement | |

Please See Additional Information on Next Page

Member FDIC ⌂ Equal Housing Lender

## Analysis Business Checking for XXXXXX-575-9 Continued

### Deposits & Credits

| Date | Amount | Description | | Total Deposits & Credits |
|------|--------|-------------|---|---|
| | | | **+** | **100.00** |
| 10/17 | 100.00 | ONLINE TRANSFER FROM CHECKING ███████ 4335 | | |

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance | | Current Balance |
|------|---------|------|---------|------|---------|---|---|
| | | | | | | **=** | **9.77** |
| 10/02 | 4.63 | 10/16 | -90.23 | 10/17 | 9.77 | | |

Member FDIC ⌂ Equal Housing Lender

# ❊❊ CITIZENS™

**Checking Account Balance Worksheet**
Before completing this worksheet, please be sure to adjust your checkbook register balance by

- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

+ $ _____
Total of 2

**3** Subtotal by adding 1 and 2

= $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement.

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

- $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance.

= $ _____
Total

**CUSTOMER SERVICE**
If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Change of Address**
Please call the number shown at the front of your statement to notify us of a change of address.

**DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE**
Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens is a brand name of Citizens Bank, N.A.    REV 12/22

## ELECTRONIC TRANSFERS
**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily for Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family, or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

(For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.)

## OVERDRAFT LINES OF CREDIT
## BILLING RIGHTS SUMMARY
**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service address provided as soon as possible.
In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of your Overdraft Line each day (which does not include any unpaid interest charges or fees), and any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report. If you believe we have furnished inaccurate or incomplete information to a credit reporting agency, write to us at the consumer service address provided and include your name, address, account number, and description of what you believe is inaccurate or incomplete.

*Thank you for banking with Citizens.*

# ✳ Citizens™

US702 | BR596
ROP 450
P.O. Box 7000
Providence, RI 02940

**Business Account
Statement**

**Page 1 of 3**

Beginning November 01, 2023
through November 30, 2023

**Questions? Contact us today:**

📞 **CALL:**
Business Account Customer
Service
1-800-862-6200

🖥 **VISIT:**
Access your account online:
citizensbank.com

✉ **MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

TRI-STATE PAPER CO INC
OPERATING ACCOUNT
149 E CHURCH ST
BLACKWOOD NJ  08012-3904

**Ready for a new debit or ATM card?**
We've partnered with Mastercard® and will replace
your card soon.
Your new card has a unique notch design, making it
easier to find when you need it, and it's made from
90% recycled plastic.
**For now, continue to bank as usual with your
current card.**

Mastercard is a registered trademark, and the circles design is a trademark of
Mastercard International Incorporated.

**TRI-STATE PAPER CO INC
OPERATING ACCOUNT
Clearly Better Business Checking
XXXXXX-575-9**

## Clearly Better Business Checking for XXXXXX-575-9

**Balance Calculation**

| | | |
|---|---|---:|
| Previous Balance | | 9.77 |
| Checks | - | .00 |
| Debits | - | 13,796.03 |
| Deposits & Credit | + | 13,786.26 |
| **Current Balance** | **=** | .00 |

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee.We appreciate your continued business.

Your next statement period will end on December 29, 2023.

Please See Additional Information on Next Page

Member FDIC ⌂ Equal Housing Lender

## Clearly Better Business Checking for XXXXXX-575-9 Continued

**TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 575-9**

| | | | | Previous Balance |
|---|---|---|---|---|
| **Debits \*\*** | | | | |
| **\*\*May include checks that have been processed electronically by the payee/merchant.** | | | | 9.77 |
| | | | | **Total Debits** |
| *Date* | *Amount* | *Description* | | |
| **Other Debits** | | | - | 13,796.03 |
| 11/14 | 710.16 | REDBLOCK Realty WEB PMTS 111423 F9L9S8 | | |
| 11/14 | 2.49 | AppFolio, Inc. F WEB PMTS 111423 DFL9S8 | | |
| 11/15 | 35.00 | RETURNED ITEM FEE | | |
| | | ( 1 AT $35 ) | | |
| 11/16 | 95.00 | SERVICE CHARGE | | |
| 11/20 | 30.00 | SERVICE CHARGE | | |
| | | SUSTAINED OVERDRAFT FEE | | |
| 11/21 | 800.00 | REDBLOCK Realty WEB PMTS 112123 P6HRS8 | | |
| 11/21 | 2.49 | AppFolio, Inc. F WEB PMTS 112123 69HRS8 | | |
| 11/22 | 35.00 | RETURNED ITEM FEE | | |
| | | ( 1 AT $35 ) | | |
| 11/24 | 30.00 | SERVICE CHARGE | | |
| | | SUSTAINED OVERDRAFT FEE | | |
| 11/27 | 12,055.89 | PENSKE TRUCK RECEIVE 231124 549028 | | |

| | | | | Total Deposits & Credits |
|---|---|---|---|---|
| **Deposits & Credits** | | | | |
| *Date* | *Amount* | *Description* | + | 13,786.26 |
| 11/15 | 710.16 | REDBLOCK Realty WEB PMTS 111423 F9L9S8 | | |
| 11/22 | 800.00 | REDBLOCK Realty WEB PMTS 112123 P6HRS8 | | |
| 11/28 | 12,055.89 | PENSKE TRUCK RECEIVE 231124 549028 | | |
| 11/29 | 220.21 | ONLINE TRANSFER FROM CHECKING ▇▇▇5234 | | |

| | | | | | | Current Balance |
|---|---|---|---|---|---|---|
| **Daily Balance** | | | | | | |
| *Date* | *Balance* | *Date* | *Balance* | *Date* | *Balance* | = |
| 11/14 | -702.88 | 11/21 | -955.21 | 11/27 | -12,276.10 | .00 |
| 11/15 | -27.72 | 11/22 | -190.21 | 11/28 | -220.21 | |
| 11/16 | -122.72 | 11/24 | -220.21 | 11/29 | .00 | |
| 11/20 | -152.72 | | | | | |

Member FDIC ⌂ Equal Housing Lender

# ❊❊ CITIZENS™

## Checking Account Balance Worksheet
Before completing this worksheet, please be sure to adjust your checkbook register balance by

- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____

Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|---|---|---|---|
| ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ |

+ $ _____

Total of 2

**3** Subtotal by adding 1 and 2

= $ _____

Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement.

| Date/Check No. | Amount | Date/Check No. | Amount |
|---|---|---|---|
| ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ |

- $ _____

Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance.

= $ _____

Total

## CUSTOMER SERVICE
If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

### Change of Address
Please call the number shown at the front of your statement to notify us of a change of address.

### DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE
Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens is a brand name of Citizens Bank, N.A.   REV 12/22

## ELECTRONIC TRANSFERS
**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily for Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family, or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

(For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.)

## OVERDRAFT LINES OF CREDIT
## BILLING RIGHTS SUMMARY
**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service address provided as soon as possible.
In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD

### Calculating your Interest Charge
We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

### Calculating your Average Daily Balance
To calculate the average daily balance, we take the beginning balance of your Overdraft Line each day (which does not include any unpaid interest charges or fees), and any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

### Credit Bureau Reporting
We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report. If you believe we have furnished inaccurate or incomplete information to a credit reporting agency, write to us at the consumer service address provided and include your name, address, account number, and description of what you believe is inaccurate or incomplete.

*Thank you for banking with Citizens.*