United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 19, 2023 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tri-State Paper, Inc., 149 E Church St., Blackwood, NJ 08012-3904 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2023           Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us |
| KRISTEN WETZEL LADD | on behalf of Creditor Citizens Bank  N.A., successor by merger to Citizens Bank of Pennsylvania kladd@utbf.com, ogomez@utbf.com |
| MICHAEL A. CIBIK | on behalf of Plaintiff Tri-State Paper  Inc. mail@cibiklaw.com, cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| MICHAEL A. CIBIK | on behalf of Debtor Tri-State Paper  Inc. mail@cibiklaw.com, cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| MICHAEL I. ASSAD | on behalf of Plaintiff Tri-State Paper  Inc. mail@cibiklaw.com, cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 19, 2023 | Form ID: pdf900 | Total Noticed: 1

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

Richard E Furtek
    rfurtek@furtekassociates.com  cref11@trustesolutions.net

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

Case 23-13237-pmm Doc 65 Filed 12/12/23 Entered 12/12/23 06:33:10 Desc Main Document    Page 1 of 2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>    Tri-State Paper, Inc.,<br><br>        Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |

**Order Granting Debtor's Motion to Approve**
**Balloting Procedure for Plan Voting**

   **AND NOW**, upon consideration of the Debtor's Motion to Approve Balloting Procedure for Plan Voting, and after notice and hearing, it is hereby **ORDERED** that:

   1.   The motion is **GRANTED**.

   2.   The provisions of this order will apply to voting on all proposed plans in this case, unless otherwise ordered by the Court.

   3.   The Debtor must send the following documents to every claimholder and equity security holder entitled to vote on the plan:

   a.   a paper copy of the plan,

   b.   a paper copy of the Court's order scheduling the confirmation hearing, setting the last date for objections to the plan, and setting the date by which ballots must be received, and

   c.   a paper ballot that conforms substantially to Official Form 314.

   4.   The Debtor must comply with Fed. Bankr. P. 2002 and send the documents in Paragraph 3 via first class mail, postage prepaid, to the address listed on each party's proof of claim/interest for service of notices, unless an attorney for such has appeared pursuant to Fed. Bankr. P. 2002, in which case the ballot must be sent to that attorney's address on record with the Clerk.

   5.   The Debtor is authorized to accept votes by using electronic ballots and parties entitled to vote are authorized to do so using electronic ballots sent to them by the Debtor.

6. Electronic ballots may only be sent using a commercially available electronic signature service that employs industry-standard encryption and is compliant with the Electronic Signatures in Global and National Commerce Act, 15 U.S.C. ch. 96.

7. Electronic ballots must conform substantially to Official Form 314 and must be sent with the following documents:

   a. an electronic copy of the plan, and

   b. an electronic copy of the Court's order scheduling the confirmation hearing, setting the last date for objections to the plan, and setting the date by which ballots must be received.

8. Electronic ballots and documents listed in Paragraph 7 may only be sent to the email address listed on a party's proof of claim/interest for service of notices, unless an attorney for such has appeared pursuant to Fed. Bankr. P. 2002, in which case the ballot may only be sent to that attorney's primary email address on record with the Clerk.

9. If a party casts more than one ballot voting the same claim/interest, the last ballot timely received and most recently dated is deemed to reflect the voter's intent and will supersede any prior ballots, unless that ballot does not indicate acceptance or rejection of the plan or indicates both acceptance and rejection of the plan.

Date: December 19, 2023

*Patricia M. Mayer*
_____
Patricia M. Mayer
U.S. Bankruptcy Judge

2