**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
|     Tri-State Paper, Inc. | : | |
|     Debtor(s) | : | Bky. No. 23-13237-pmm |

# O R D E R

**AND NOW**, upon consideration of Debtor's Motion to Deposit Funds Into Court Registry ("the Motion")*,* and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be held on **Wednesday, January 10, 2024, at 9:30 a.m. The hearing will be held via Zoom teleconference www.zoomgov.comj/1602273446pwd=TWtUOGpFWmdNSXFnd2htNC9uOE5wZz09**

   **Meeting ID: 160 227 3446**
   **Passcode: 086567**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant(s) shall serve the Motion and this Order on the U.S. Trustee, the Subchapter V Trustee, Citizens Bank, and Young Adjustment Company Inc., by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on or before December 29, 2023. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Movant(s) shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on the U.S. Trustee, the Subchapter V Trustee, Citizens Bank, and Young Adjustment Company Inc., by regular mail no later than 5:00 p.m. on December 29, 2023.

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

**Date:** 12/28/23

*Patricia M. Mayer*
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**