**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | |

## Certificate of Service

    I certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid, and by email to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

    I further certify that on or before this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system, including the U.S. Trustee, the Subchapter V Trustee, and Citizens Bank.

- Debtor's Motion to Deposit Funds Into Court Registry (ECF No. 115)

- Order Granting Debtor's Motion to Expedite Hearing on Debtor's Motion to Deposit Funds Into Court Registry (ECF No. 120)

- Notice of Debtor's Motion Debtor's Motion to Deposit Funds Into Court Registry, Response Deadline, and Hearing Date (ECF No. 121)

Date: December 28, 2023

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**EXHIBIT**

Young Adjustment Company, Inc.
c/o David Horowitz
900 Lenmar Drive
Blue Bell, PA 19422
<DHorowitz@youngadjustment.com>