# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>   Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |
| Tri-State Paper, Inc.,<br><br>   Plaintiff,<br><br>   v.<br><br>Michael L. Seccia<br> *dba Cosmi's Deli*,<br><br>Nancy Lynn Seccia<br> *dba Cosmi's Deli*,<br><br>   Defendants. | Adversary No. |

**Complaint for Turnover of Property to the Estate Pursuant to 11 U.S.C. § 542**

**AND NOW**, Plaintiff Tri-State Paper, Inc., by and through its undersigned counsel, alleges the following upon information and belief:

**Parties**

1. Plaintiff Tri-State Paper, Inc. is the debtor in the above chapter 11 bankruptcy case and a corporation who is and was all relevant times domiciled in the state of Pennsylvania.

2. Defendants Michael L. Seccia and Nancy Lynn Seccia are individuals with a principal place of business located at 1501 S 8th St, Philadelphia, PA 19147 and doing business as Cosmi's Deli.

**Jurisdiction and Venue**

3. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334.

4. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(E).

5. The Plaintiff has standing to bring this action pursuant to 11 U.S.C. § 542 and Fed. R. Bankr. P. 7001(1).

6. Venue is proper pursuant to 28 U.S.C. § 1409(a).

7.      The Plaintiff consents to the entry of a final order or judgment by the court if it is determined that the court, absent consent of the parties, cannot enter a final order or judgment consistent with U. S. Const. art. III.

**Statement of Claim**

8.      The preceding paragraphs of this Complaint are incorporated by reference as if set forth at length herein.

9.      Beginning on May 3, 2022, and continuing through February 10, 2023, the Plaintiff shipped various goods to the Defendants in exchange for the Defendants' payment for such goods.

10.     The Plaintiff has sent invoices and statements for the amounts due and demanded payment thereof, but the Defendants have failed and refused to pay.

11.     The balance due to the Plaintiff by the Defendants is $6,655.55 as of October 27, 2023. A statement of the Defendants' account is attached as Exhibit A.

12.     When the Plaintiff declared bankruptcy on October 27, 2023, the balance due became property of the Plaintiff's bankruptcy estate.

13.     The Plaintiff demands turnover of the balance due pursuant to 11 U.S.C. § 542.

**Request for Relief**

NOW, THEREFORE, the Plaintiff requests entry of judgment against the Defendants in the amount of $6,655.55 plus attorney fees and costs, and for such other and further relief in its favor as may be necessary and proper under the law.

Date: January 2, 2024

CIBIK LAW, P.C.
*Counsel for Plaintiff*
*Tri-State Paper, Inc.*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

2
