# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re: Tri-State Paper, Inc., *Debtor*.

Case No. 23-13237-pmm
Chapter 11

### Debtor's Objection to Claim No. 3 of Citizens Bank, N.A.

Debtor Tri-State Paper, Inc., by and through its attorney, states as follows:

1. On November 2, 2023, Claimant Citizens Bank, N.A. filed Claim No. 3 alleging a wholly-secured mortgage debt in the amount of $436,624.72. Exhibit A.

2. The supporting documentation attached to the claim alleges a principal balance in the amount of $377,220.61.

3. The supporting documentation also alleges interest totaling $24,435.35, late charges totaling $21,457.52, and legal fees and costs totaling $13,511.24, with no itemized statement explaining the nature of such interest, fees, and expenses.

4. Without an itemization, the Debtor cannot determine whether the alleged interest, fees, and expenses are appropriate and valid.

5. The Debtor objects to Claim No. 3 pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007, and L.B.R. 3007-1.

6. Unless the Claimant amends the proof of claim to include appropriate supporting documentation, the Court must disallow the alleged interest, fees, and expenses.

For those reasons, the Debtor respectfully moves the Court to grant relief in the form of order attached and further in its favor, if necessary and proper under the law.

Dated: January 4, 2024

CIBIK LAW, P.C.

By:
Michael I. Assad (#330937)
Michael A. Cibik (#23110)
Edward Jacob Gruber (#334339)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

*Counsel for Debtor
Tri-State Paper, Inc.*