# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re: Tri-State Paper, Inc., *Debtor*.

Case No. 23-13237-pmm
Chapter 11

**Order Sustaining Debtor's Objection
to Claim No. 3 of Citizens Bank, N.A.**

After consideration of the Debtor's Objection to Claim No. 3 of Citizens Bank, N.A., and the Debtor having certified proper notice thereof, is hereby **ORDERED** that:

1. The objection is **SUSTAINED**.

2. The interest, fees, and expenses alleged in Claim No. 3 are **DISALLOWED**.

3. Claim No. 3 is **ALLOWED** as a wholly-secured debt in the amount of $377,220.61, with no priority or nonpriority unsecured components.

_____
Patricia M. Mayer
U.S. Bankruptcy Judge