# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re: Tri-State Paper, Inc., *Debtor*.

Case No. 23-13237-pmm
Chapter 11

**Certificate of Service**

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- Debtor's Objection to Claim No. 3 of Citizens Bank, N.A.

- Notice of Debtor's Objection to Claim No. 3 of Citizens Bank, N.A., and Hearing Date

Dated: January 4, 2024

Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

*Counsel for Debtor*
    *Tri-State Paper, Inc.*