# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re: Tri-State Paper, Inc., *Debtor*.

Case No. 23-13237-pmm
Chapter 11

### Order Granting Debtor's Motion
### to Deposit Funds Into Court Registry

After consideration of the Debtor's Motion to Deposit Funds Into Court Registry, with notice of the motion having been sufficient under the circumstances with no further notice required, and after hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The check issued by Lexington Insurance Company in the amount of $679,353.08 and made payable to the Debtor, Citizens Bank, and Young Adjustment Company Inc., must be presented by the Debtor to the Clerk of Court on or before January 17, 2024.

3. Promptly after receiving the check, the Clerk must deposit it into the Court registry, and the funds must remain in the registry until further order of the Court.

**Date: January 10, 2024**

*Patricia M. Mayer*
Patricia M. Mayer
U.S. Bankruptcy Judge