**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re: Tri-State Paper, Inc., *Debtor*.

Case No. 23-13237-pmm
Chapter 11

**Debtor's Omnibus Objection to Claims No. 31-32**
**by Claimant Robert M. Reibstein, Esq.**

Debtor Tri-State Paper, Inc., by and through its attorney, states as follows:

1. On January 5, 2023, Claimant Robert M. Reibstein, Esq. filed amended Claim No. 31 in the purported amount of $3,612.44, Exhibit A, and Claim No. 32 in the purported amount of $3,612.44, Exhibit B.

2. The Debtor objects to Claims No. 31-32 pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007, and L.B.R. 3007-1.

3. An omnibus objection is appropriate because Claims No. 31-32 are by the same claimant. Fed. R. Bankr. P. 3007(d).

4. The Court must disallow Claim No. 31 because the basis of the claim is not clear and the supporting documentation is confusing.

5. The Court must disallow Claim No. 32 because it is a duplicate of Claim No. 31.

For those reasons, the Debtor respectfully moves the Court to grant relief in the form of order attached and further in its favor, if necessary and proper under the law.

Dated: January 13, 2024        CIBIK LAW, P.C.

By: *[signature]*
Michael I. Assad (#330937)
Michael A. Cibik (#23110)
Edward Jacob Gruber (#334339)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

*Attorney for Debtor*
*Tri-State Paper, Inc.*