# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re: Tri-State Paper, Inc., *Debtor*.

Case No. 23-13237-pmm
Chapter 11

### Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I further certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- Debtor's Omnibus Objection to Claims No. 31-32 by Claimant Robert M. Reibstein, Esq.

- Notice of Debtor's Omnibus Objection to Claims No. 31-32 by Claimant Robert M. Reibstein, Esq., and Hearing Date

Dated: January 13, 2024

Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

### Mailing List

Robert M. Reibstein, Esq.
1001 City Avenue, WB 1011
Wynnewood, PA 19096