# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re: Tri-State Paper, Inc., *Debtor*.

Case No. 23-13237-pmm
Chapter 11

**Debtor's Objection to Claim No. 35
by Claimant Placon Corporation**

Debtor Tri-State Paper, Inc., by and through its attorney, states as follows:

1. On January 10, 2024, Claimant Placon Corporation filed Claim No. 35 in the purported amount of $9,241.50, Exhibit A.

2. The Debtor objects to Claim No. 35 pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007, and L.B.R. 3007-1.

3. The Debtor and the Bankruptcy Noticing Center served the Claimant with notice that January 5, 2024, was the last day to file proofs of claim. ECF No. 34, 69.

4. The Court must disallow Claim No. 35 because it was not timely filed.

For those reasons, the Debtor respectfully moves the Court to grant relief in the form of order attached and further in its favor, if necessary and proper under the law.

Dated: January 13, 2024

CIBIK LAW, P.C.

By: /s/ Michael I. Assad

Michael I. Assad (#330937)
Michael A. Cibik (#23110)
Edward Jacob Gruber (#334339)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

*Attorney for Debtor
Tri-State Paper, Inc.*