# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re: Tri-State Paper, Inc., *Debtor*.

Case No. 23-13237-pmm
Chapter 11

### Order Sustaining Debtor's Objection to Claim No. 35 by Claimant Placon Corporation

After consideration of the Debtor's Objection to Claim No. 35 by Claimant Placon Corporation and the Debtor having certified proper notice thereof, is hereby **ORDERED** that:

1. The objection is **SUSTAINED**.

2. Claim No. 35 is **DISALLOWED** in its entirety.

 

 

Patricia M. Mayer
U.S. Bankruptcy Judge