# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re: Tri-State Paper, Inc., *Debtor*.

Case No. 23-13237-pmm
Chapter 11

**Notice of Debtor's Objection to Claim No. 35 by Claimant Placon Corporation, and Hearing Date**

**The Debtor in the above-captioned matter has filed an objection to the proof of claim you filed in this bankruptcy case.**

1. Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection**, scheduled to be held before U.S. Bankruptcy Judge Patricia M. Mayer on Wednesday, February 14, 2024, at 9:30 a.m., in Courtroom #1, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below on or before Wednesday, February 7, 2024**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

> Michael I. Assad
> Cibik Law, P.C.
> 1500 Walnut Street, Suite 900
> Philadelphia, PA 19102
> 215-735-1060
> mail@cibiklaw.com

Dated: January 13, 2024