**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | |

**Exhibit A-F**

5. The Debtor needed to use a non-DIP account until about December 15, 2023, because it had not yet received blank checks for the DIP account.

10. During this reporting period, two non-DIP accounts were open: accounts #XXXXXX5234 and #XXXXXX4335, both held at Citizens Bank. Account #5234 was closed on December 5, 2023, and #4335 was closed on January 17, 2024.

20. The number in this line does not include intra-company transfers amounting to $3,212.45.

21. The number in this line does not include intra-company transfers amounting to $3,212.45.

25. As discussed during the Initial Debtor Interview, the amount owed to the Debtor is only an estimate due to the fragmented recordkeeping of the Debtor's previous management.