
**Citizens**™

US259 | BR565
ROP 450
P.O. Box 7000
Providence, RI 02940

PLAINTIFF's
EXHIBIT

**G**

**Commercial Account
Statement**

**Page 1 of 5**

Beginning December 01, 2023
through December 31, 2023

### Questions? Contact us today:

 **CALL:**
Commercial Account Customer
Service
1-800-862-6200

 **VISIT:**
Access your account online:
citizensbank.com

 **MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
149 E CHURCH ST
BLACKWOOD NJ  08012-3904

**Ready for a new debit or ATM card?**
We've partnered with Mastercard® and will replace
your card soon.
Your new card has a unique notch design, making it
easier to find when you need it, and it's made from
90% recycled plastic.
**For now, continue to bank as usual with your
current card.**

Mastercard is a registered trademark, and the circles design is a trademark of
Mastercard International Incorporated.

**TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
Clearly Better Business Checking
XXXXXX-370-9**

## Clearly Better Business Checking for XXXXXX-370-9

### Balance Calculation

| | | |
|---|---|---|
| Previous Balance | | 20,779.50 |
| Checks | - | 8,499.84 |
| Debits | - | 4,966.59 |
| Deposits & Credit | + | 15,719.87 |
| **Current Balance** | = | 23,032.94 |

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee.We appreciate your continued business.

Your next statement period will end on January 31, 2024.

Please See Additional Information on Next Page

Member FDIC ⌂ Equal Housing Lender

## Clearly Better Business Checking for XXXXXX-370-9 Continued

### TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 370-9

**Checks** *(Note - checks that are present out of numeric sequence are denoted with an asterisk (*))*

| | | | | | | | Previous Balance |
|---|---|---|---|---|---|---|---|
| Check # | Amount | Date | Check # | Amount | Date | | 20,779.50 |
| | | | | | | | Total Checks |
| 1002 | 3,000.00 | 12/21 | 1008* | 450.00 | 12/22 | - | 8,499.84 |
| 1003 | 431.84 | 12/21 | 1011* | 198.00 | 12/29 | | |
| 1004 | 200.00 | 12/27 | 1013* | 600.00 | 12/29 | | |
| 1006* | 620.00 | 12/22 | 1014 | 3,000.00 | 12/29 | | |

**Debits ***
*\*\*May include checks that have been processed electronically by the payee/merchant.*

Total Debits

-    4,966.59

| Date | Amount | Description |
|---|---|---|
| **Other Debits** | | |
| 12/06 | 63.59 | DELUXE BUS SYS. BUS PRODS 231205 15403793 |
| 12/18 | 350.00 | USBC PAEB PYMT USBC PAEB 231215 0000 |
| 12/18 | 350.00 | USBC PAEB PYMT USBC PAEB 231215 0000 |
| 12/18 | 350.00 | USBC PAEB PYMT USBC PAEB 231215 0000 |
| 12/18 | 350.00 | USBC PAEB PYMT USBC PAEB 231215 0000 |
| 12/18 | 350.00 | USBC PAEB PYMT USBC PAEB 231215 0000 |
| 12/18 | 350.00 | USBC PAEB PYMT USBC PAEB 231215 0000 |
| 12/18 | 350.00 | USBC PAEB PYMT USBC PAEB 231215 0000 |
| 12/18 | 350.00 | USBC PAEB PYMT USBC PAEB 231215 0000 |
| 12/18 | 350.00 | USBC PAEB PYMT USBC PAEB 231215 0000 |
| 12/18 | 350.00 | USBC PAEB PYMT USBC PAEB 231215 0000 |
| 12/18 | 350.00 | USBC PAEB PYMT USBC PAEB 231215 0000 |
| 12/18 | 350.00 | USBC PAEB PYMT USBC PAEB 231215 0000 |
| 12/18 | 350.00 | USBC PAEB PYMT USBC PAEB 231215 0000 |
| 12/18 | 350.00 | USBC PAEB PYMT USBC PAEB 231215 0000 |
| 12/29 | 3.00 | SERVICE CHARGE |
| | | STATEMENT DELIVERY |

**Deposits & Credits**

Total Deposits & Credits

+    15,719.87

| Date | Amount | Description |
|---|---|---|
| 12/01 | 1,177.32 | MOBILE DEPOSIT |
| 12/01 | 1,167.90 | MOBILE DEPOSIT |
| 12/01 | 746.00 | MOBILE DEPOSIT |
| 12/01 | 315.96 | MOBILE DEPOSIT |
| 12/06 | 370.78 | MOBILE DEPOSIT |
| 12/06 | 302.18 | MOBILE DEPOSIT |
| 12/07 | 774.50 | MOBILE DEPOSIT |
| 12/12 | 551.00 | MOBILE DEPOSIT |
| 12/12 | 347.70 | MOBILE DEPOSIT |
| 12/13 | 2,662.78 | MOBILE DEPOSIT |
| 12/13 | 523.40 | MOBILE DEPOSIT |

Member FDIC    Equal Housing Lender

 **CITIZENS**™

## Clearly Better Business Checking for XXXXXX-370-9 Continued

### Deposits & Credits (Continued)

| Date | Amount | Description |
|------|--------|-------------|
| 12/13 | 448.00 | MOBILE DEPOSIT |
| 12/19 | 1,475.74 | MOBILE DEPOSIT |
| 12/26 | 2,649.99 | MOBILE DEPOSIT |
| 12/26 | 1,091.95 | MOBILE DEPOSIT |
| 12/26 | 299.50 | MOBILE DEPOSIT |
| 12/29 | 815.17 | MOBILE DEPOSIT |

### Daily Balance

**Current Balance = 23,032.94**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/01 | 24,186.68 | 12/13 | 30,103.43 | 12/22 | 22,177.33 |
| 12/06 | 24,796.05 | 12/18 | 25,203.43 | 12/26 | 26,218.77 |
| 12/07 | 25,570.55 | 12/19 | 26,679.17 | 12/27 | 26,018.77 |
| 12/12 | 26,469.25 | 12/21 | 23,247.33 | 12/29 | 23,032.94 |

## ❈❈ CITIZENS™

### Checking Account Balance Worksheet

Before completing this worksheet, please be sure to adjust your checkbook register balance by

- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____

Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

+ $ _____

Total of 2

**3** Subtotal by adding 1 and 2

= $ _____

Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement.

| Date/ Check No. | Amount | Date/ Check No. | Amount |
|-----------------|--------|-----------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

- $ _____

Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance.

= $ _____

Total

### CUSTOMER SERVICE

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

### Change of Address

Please call the number shown at the front of your statement to notify us of a change of address.

### DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE

Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens is a brand name of Citizens Bank, N.A.   REV 12/22

### ELECTRONIC TRANSFERS

**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily for Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family, or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

(For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.)

### OVERDRAFT LINES OF CREDIT BILLING RIGHTS SUMMARY

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service address provided as soon as possible.
In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of your Overdraft Line each day (which does not include any unpaid interest charges or fees), and add any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report. If you believe we have furnished inaccurate or incomplete information to a credit reporting agency, write to us at the consumer service address provided and include your name, address, account number, and description of what you believe is inaccurate or incomplete.

*Thank you for banking with Citizens.*

Case 23-13237-pmm    Doc 140-2    Filed 01/19/24    Entered 01/19/24 10:52:58    Desc
Exhibit G    Page 5 of 14
Images for Account XXXXXX-370-9

Page 5 of 5

# ✖ Citizens™

---

**1002**

TRI-STATE PAPER CO. INC
149 E CHURCH ST
BLACKWOOD, NJ 08012-0000

DATE 12/15/23

PAY TO THE ORDER OF  John Petacero

Three Thousand Dollars     00/100     $ 3000.00

☒ Citizens

FOR

⑈001002⑈ ⑆036076150⑈ 3709⑈

| 1002 | 12/21/2023 | $3,000.00 |

---

**1003**

TRI-STATE PAPER CO. INC
149 E CHURCH ST
BLACKWOOD, NJ 08012-0000

DATE Dec.21, 2023

PAY TO THE ORDER OF  John Petace.o

Four Hundred and Thirty One Dollars     84/100     $ 431.84

☒ Citizens

FOR  1/281261  Reimbursement

⑈001003⑈ ⑆036076150⑈ 3709⑈

| 1003 | 12/21/2023 | $431.84 |

---

**1004**

TRI-STATE PAPER CO. INC
149 E CHURCH ST
BLACKWOOD, NJ 08012-0000

DATE Dec.22, 2023

PAY TO THE ORDER OF  Kairi Hynan

Two Hundred Dollars     00/100     $ 200.00

☒ Citizens

FOR  trash pick-up

⑈001004⑈ ⑆036076150⑈ 3709⑈

| 1004 | 12/27/2023 | $200.00 |

---

**1006**

TRI-STATE PAPER CO. INC
149 E CHURCH ST
BLACKWOOD, NJ 08012-0000

DATE Dec.22, 2023

PAY TO THE ORDER OF  John Campbell

Six Hundred and Twenty Dollars     00/100     $ 620.00

☒ Citizens

FOR

⑈001006⑈ ⑆036076150⑈ 3709⑈

| 1006 | 12/22/2023 | $620.00 |

---

**1008**

TRI-STATE PAPER CO. INC
149 E CHURCH ST
BLACKWOOD, NJ 08012-0000

DATE Dec.22, 2023

PAY TO THE ORDER OF  Brian Rodriguez

Four Hundred and Fifty Dollars     00/100     $ 450.00

☒ Citizens

FOR  warehouse

⑈001008⑈ ⑆036076150⑈ 3709⑈

| 1008 | 12/22/2023 | $450.00 |

---

**1011**

TRI-STATE PAPER CO. INC
149 E CHURCH ST
BLACKWOOD, NJ 08012-0000

DATE Dec.29, 2023

PAY TO THE ORDER OF  Brian Rodriguez

One Hundred and Ninety Eight Dollars     00/100     $ 198.00

☒ Citizens

FOR  warehouse

⑈001011⑈ ⑆036076150⑈ 3709⑈

| 1011 | 12/29/2023 | $198.00 |

---

**1013**

TRI-STATE PAPER CO. INC
149 E CHURCH ST
BLACKWOOD, NJ 08012-0000

DATE Dec.29, 2023

PAY TO THE ORDER OF  John Campbell

Six Hundred Dollars     00/100     $ 600.00

☒ Citizens

FOR

⑈001013⑈ ⑆036076150⑈ 3709⑈

| 1013 | 12/29/2023 | $600.00 |

---

**1014**

TRI-STATE PAPER CO. INC
149 E CHURCH ST
BLACKWOOD, NJ 08012-0000

DATE Dec.23, 2023

PAY TO THE ORDER OF  John Petacero

Three Thousand Dollars     00/100     $ 3000.00

☒ Citizens

FOR

⑈001014⑈ ⑆036076150⑈ 3709⑈

| 1014 | 12/29/2023 | $3,000.00 |



US759 | BR589 | 11
ROP 450
P.O. Box 7000
Providence, RI 02940

Beginning December 01, 2023
through December 31, 2023

**Questions? Contact us today:**

**CALL:**
Business Account Customer Service
1-800-862-6200

**VISIT:**
Access your account online:
citizensbank.com

**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

TRI-STATE PAPER, INC
149 E CHURCH ST
BLACKWOOD NJ 08012-3904

**Ready for a new debit or ATM card?**
We've partnered with Mastercard® and will replace your card soon.
Your new card has a unique notch design, making it easier to find when you need it, and it's made from 90% recycled plastic.
**For now, continue to bank as usual with your current card.**

Mastercard is a registered trademark, and the circles design is a trademark of Mastercard International Incorporated.

**TRI-STATE PAPER, INC**
**Clearly Better Business Checking**
**XXXXXX-433-5**

## Clearly Better Business Checking for XXXXXX-433-5

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | | 14,622.38 |
| Checks | - | 9,282.00 |
| Debits | - | 5,701.40 |
| Deposits & Credit | + | 10,594.28 |
| **Current Balance** | = | 10,233.26 |

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee. We appreciate your continued business.

Your next statement period will end on January 31, 2024.

Please See Additional Information on Next Page

Member FDIC ⌂ Equal Housing Lender

## Clearly Better Business Checking for XXXXXX-433-5 Continued

### TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 433-5

**Checks** *(Note - checks that are present out of numeric sequence are denoted with an asterisk (*))*

| Check # | Amount | Date | Check # | Amount | Date |
|---------|--------|------|---------|--------|------|
| 1012 | 3,000.00 | 12/06 | 1500* | 460.00 | 12/12 |
| 1013 | 256.00 | 12/19 | 1501 | 460.00 | 12/08 |
| 1015* | 418.00 | 12/15 | 10911* | 3,000.00 | 12/13 |
| 1016 | 540.00 | 12/19 | 10939* | 98.00 | 12/13 |
| 1017 | 520.00 | 12/15 | 10940 | 80.00 | 12/11 |
| 1496* | 450.00 | 12/01 | | | |

**Previous Balance**

14,622.38

**Total Checks**

- 9,282.00

**Debits ***
**May include checks that have been processed electronically by the payee/merchant.*

**Total Debits**

- 5,701.40

| Date | Amount | Description |
|------|--------|-------------|
| **Other Debits** | | |
| 12/01 | 212.60 | HRTLAND PMT SYS TXNS/FEES 231201 650000011775577 |
| 12/05 | 30.05 | PAYTRACE LLC SERVICEFEE 231205 000001177557 |
| 12/07 | 3,236.98 | IPFS866-326-8355 IPFSPMTPAP 231207 D24096 |
| 12/12 | 1,000.00 | TEACHERS FCU WEB LOAN PAY 231211 46465296 |
| 12/19 | 68.65 | ADT SECURITY SER ADTPAPACH 231219 404263500 |
| 12/20 | 22.70 | ADT SECURITY SER ADTPAPACH 231220 404263500 |
| 12/22 | 643.63 | DRIVE NJ INS INS PREM 231221 970864373 John |
| 12/28 | 486.79 | STATE FARM RO 27 CPC-CLIENT 231228 13 J 1374309751 |

**Deposits & Credits**

**Total Deposits & Credits**

+ 10,594.28

| Date | Amount | Description |
|------|--------|-------------|
| 12/05 | 3,212.45 | ONLINE TRANSFER FROM CHECKING ████ 5234 |
| 12/08 | 3,397.47 | MOBILE DEPOSIT |
| 12/08 | 2,033.47 | MOBILE DEPOSIT |
| 12/08 | 1,178.64 | MOBILE DEPOSIT |
| 12/22 | 772.25 | HRTLAND PMT SYS TXNS/FEES 231222 650000011775577 |

**Daily Balance**

**Current Balance**

= 10,233.26

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/01 | 13,959.78 | 12/11 | 16,974.78 | 12/19 | 10,614.13 |
| 12/05 | 17,142.18 | 12/12 | 15,514.78 | 12/20 | 10,591.43 |
| 12/06 | 14,142.18 | 12/13 | 12,416.78 | 12/22 | 10,720.05 |
| 12/07 | 10,905.20 | 12/15 | 11,478.78 | 12/28 | 10,233.26 |
| 12/08 | 17,054.78 | | | | |

Please See Additional Information on Next Page

Member FDIC ⌂ Equal Housing Lender



Member FDIC  Equal Housing Lender

# ✻✻ CITIZENS™

## Checking Account Balance Worksheet
Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| | | | |
| | | | |
| | | | |

+ $ _____
Total of 2

**3** Subtotal by adding 1 and 2

= $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement.

| Date/Check No. | Amount | Date/Check No. | Amount |
|------|--------|------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

- $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance.

= $ _____
Total

## CUSTOMER SERVICE
If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001*

## Change of Address
Please call the number shown at the front of your statement to notify us of a change of address.

## DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE
Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens is a brand name of Citizens Bank, N.A.    REV 12/22

## ELECTRONIC TRANSFERS
**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily for Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family, or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

(For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.)

## OVERDRAFT LINES OF CREDIT BILLING RIGHTS SUMMARY
**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service address provided as soon as possible.
In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of you Overdraft Line each day (which does not include any unpaid interest charges or fees), and any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report. If you believe we have furnished inaccurate or incomplete information to a credit reporting agency, write to us at the consumer service address provided and include your name, address, account number, and description of what you believe is inaccurate or incomplete.

*Thank you for banking with Citizens.*

**✖ Citizens**™

| | | |
|---|---|---|
| 1012 | 12/06/2023 | $3,000.00 |
| 1013 | 12/19/2023 | $256.00 |
| 1015 | 12/15/2023 | $418.00 |
| 1016 | 12/19/2023 | $540.00 |
| 1017 | 12/15/2023 | $520.00 |
| 1496 | 12/01/2023 | $450.00 |
| 1500 | 12/12/2023 | $460.00 |
| 1501 | 12/08/2023 | $460.00 |
| 10911 | 12/13/2023 | $3,000.00 |
| 10939 | 12/13/2023 | $98.00 |

**Images Continued for Account XXXXXX-433-5**

**10940**                    **12/11/2023**                    **$80.00**

# ✖ Citizens™

US702 | BR606
ROP 450
P.O. Box 7000
Providence, RI 02940

TRI-STATE PAPER CO., INC
PAYROLL ACCOUNT
149 E CHURCH ST
BLACKWOOD NJ 08012-3904

## Business Advisor
## Account Statement

### Page 1 of 3

Beginning November 25, 2023
through December 26, 2023

### Questions? Contact us today:



**CALL:**
Business Advisor Customer
Service
1-800-862-6200



**VISIT:**
Access your account online:
citizensbank.com

**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

---

**Ready for a new debit or ATM card?**
We've partnered with Mastercard® and will replace
your card soon.
Your new card has a unique notch design, making it
easier to find when you need it, and it's made from
90% recycled plastic.
**For now, continue to bank as usual with your
current card.**

Mastercard is a registered trademark, and the circles design is a trademark of
Mastercard International Incorporated.

| Contents | | |
|---|---|---|
| Important Messages | Page | 1 |
| Summary | Page | 1 |
| Business Checking | Page | 2 |

**TRI-STATE PAPER CO., INC**
**PAYROLL ACCOUNT**
**Business Advisor Checking**
**XXXXXX-523-4**

---

## Business Advisor Checking Summary

| Account | Account Number | Balance Last Statement | Balance This Statement |
|---|---|---|---|
| **DEPOSIT BALANCE** | | | |
| **Checking** | | | |
| Business Advisor Checking | XXXXXXXX-523-4 | 3,432.66 | .00 |
| | | **Total Deposit Balance** | |
| | | = | .00 |
| | | **Total Relationship Balance** | |
| | | = | .00 |

Please See Additional Information on Next Page

Member FDIC  ⌂ Equal Housing Lender

## Business Advisor Checking for XXXXXX-523-4

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | | 3,432.66 |
| Checks | - | .00 |
| Debits | - | 3,432.66 |
| Deposits & Credit | + | .00 |
| **Current Balance** | = | .00 |

A Professionals First waiver is active on your account so monthly maintenance fees are not currently being assessed.

Your next statement period will end on January 25, 2024.

### TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 523-4

| Debits ** | | | | Previous Balance |
|---|---|---|---|---|
| **May include checks that have been processed electronically by the payee/merchant.* | | | | **3,432.66** |
| **Date** | **Amount** | **Description** | | **Total Debits** |
| **Other Debits** | | | - | **3,432.66** |
| 11/29 | 220.21 | ONLINE TRANSFER TO CHECKING ████5759 | | |
| 12/05 | 3,212.45 | ONLINE TRANSFER TO CHECKING ████4335 | | |

| Daily Balance | | | | | | Current Balance |
|---|---|---|---|---|---|---|
| **Date** | **Balance** | **Date** | **Balance** | **Date** | **Balance** | = .00 |
| 11/29 | 3,212.45 | 12/05 | .00 | | | |

Member FDIC  ⌂ Equal Housing Lender

# ✿✿ CITIZENS™

## Checking Account Balance Worksheet

Before completing this worksheet, please be sure to adjust your checkbook register balance by

- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

+ $ _____
Total of 2

**3** Subtotal by adding 1 and 2

= $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement.

| Date/ Check No. | Amount | Date/ Check No. | Amount |
|-----------------|--------|-----------------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

- $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance.

= $ _____
Total

### CUSTOMER SERVICE

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001*

### Change of Address

Please call the number shown at the front of your statement to notify us of a change of address.

### DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE

Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens is a brand name of Citizens Bank, N.A.    REV 12/22

## ELECTRONIC TRANSFERS

**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily for Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family, or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

(For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.)

## OVERDRAFT LINES OF CREDIT BILLING RIGHTS SUMMARY

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service address provided as soon as possible.
In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of your Overdraft Line each day (which does not include any unpaid interest charges or fees), and any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report. If you believe we have furnished inaccurate or incomplete information to a credit reporting agency, write to us at the consumer service address provided and include your name, address, account number, and description of what you believe is inaccurate or incomplete.

*Thank you for banking with Citizens.*