# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Tri-State Paper, Inc.,

        Debtor.

Case No. 23-13237-pmm

Chapter 11

### Consent Order

**WHEREAS**, American International Group Inc. and Lexington Insurance Company issued Check No. 1105741 payable to Debtor Tri-State Paper, Inc., Citizens Bank, N.A., and Young Adjustment Company, Inc. in the amount of $679,353.08 on December 20, 2023,

**WHEREAS**, there is a potential dispute between the Debtor, Citizens Bank, and Young Adjustment as to whom the funds are entitled that will be decided by this Court at a later time,

**WHEREAS**, on motion of the Debtor, the Court issued an order allowing deposit Check No. 1105741 into the Court registry as ECF No. 132 on January 10, 2024,

**WHEREAS**, the Clerk of Court has informed the Debtor that Check No. 1105741 cannot be deposited into the registry because it is not made payable to the Clerk, and

**WHEREAS**, the parties to whom the Check is made payable, themselves or by and through their respective attorneys, have stipulated and consented to entry of the following order.

**NOW, THEREFORE**, it is hereby **ORDERED** that**:**

1. American International Group Inc. and Lexington Insurance Company may re-issue Check No. 11057141 payable only to "Clerk, U.S. Bankruptcy Court" in the amount of $679,353.08.

2. The deadline to deposit the check is extended to January 31, 2024.

3. If AIG and Lexington are unable or unwilling to reissue the check as described in Paragraph 1, the Debtor must file a motion seeking appropriate relief on or before January 31, 2024.

4. This order must be construed permissively and does not alter the rights of AIG, Lexington, or any party who has not consented to its entry.

Date:

                                            Patricia M. Mayer
                                            U.S. Bankruptcy Judge

We consent to the form and entry of this order.

CIBIK LAW, P.C.
*Attorney for Debtor Tri-State Paper Inc.*

By: /s/ Michael I. Assad

UNRUH, TURNER, BURKE & FREES, P.C
*Counsel for Citizens Bank, N.A.*

By: /s/ Kristin Wetzel Ladd

YOUNG ADJUSTMENT COMPANY, INC.
*Adjuster for Debtor Tri-State Paper, Inc.*

By: /s/ David Horowitz