IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: TRI-STATE PAPER, INC., <br><br>  Debtor. | Case no. 23-13237-pmm <br><br> Chapter 11 |
| TRI-STATE PAPER, INC., <br><br>  Plaintiff, <br><br> v. <br><br> PC EVENTS, LLC, <br><br>  Defendant. | Adversary no. 23-00094-pmm |

## BANKRUPTCY RULE 7007.1 DISCLOSURE STATEMENT

The nongovernmental corporate party, Defendant PC Events, LLC, has no parent corporation and no publicly-held corporation owns 20% or more of its shares or memberships.

Date: January 24, 2024

Respectfully submitted,

SPECTOR GADON ROSEN VINCI P.C.

By: _David Picker_

David B. Picker, Esquire

1635 Market Street, 7th Floor

Philadelphia, PA 19103

215-241-8888 / FAX- 215-241-8844

dpicker@sgrvlaw.com

*Attorneys for Defendant PC Events, LLC*

3846817_1

## **CERTIFICATE OF SERVICE**

David B. Picker hereby certifies that on this **24** day of **January**, 2024, I caused the foregoing Bankruptcy Rule 7007.1 Disclosure Statement of PC Events, LLC, to be served on counsel for Plaintiff through the Court's ECF electronic filing and service system as follows:

Michael Assad, Esquire

Michael A. Cibik, Esquire

Cibik Law, P.C.

1500 Walnut Street, Suite 900

Philadelphia, PA 19102

mail@cibiklaw.com

Date: January 24, 2024

_____
David B. Picker

3846817_1