United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 23, 2024 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tri-State Paper, Inc., 149 E Church St., Blackwood, NJ 08012-3904 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DAVID B. PICKER | on behalf of Defendant PC Events LLC dpicker@sgrvlaw.com |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us |
| KRISTEN WETZEL LADD | on behalf of Creditor Citizens Bank N.A., successor by merger to Citizens Bank of Pennsylvania kladd@utbf.com, ogomez@utbf.com |
| MICHAEL A. CIBIK | on behalf of Plaintiff Tri-State Paper Inc. mail@cibiklaw.com, cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| MICHAEL A. CIBIK | on behalf of Debtor Tri-State Paper Inc. mail@cibiklaw.com, cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| MICHAEL I. ASSAD | on behalf of Debtor Tri-State Paper Inc. mail@cibiklaw.com, |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 23, 2024 | Form ID: pdf900 | Total Noticed: 1 |

cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg

MICHAEL I. ASSAD
on behalf of Plaintiff Tri-State Paper Inc. mail@cibiklaw.com, cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

Richard E Furtek
rfurtek@furtekassociates.com cref11@trustesolutions.net

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>    Tri-State Paper, Inc.,<br><br>        Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |

### Consent Order

**WHEREAS**, American International Group Inc. and Lexington Insurance Company issued Check No. 1105741 payable to Debtor Tri-State Paper, Inc., Citizens Bank, N.A., and Young Adjustment Company, Inc. in the amount of $679,353.08 on December 20, 2023,

**WHEREAS**, there is a potential dispute between the Debtor, Citizens Bank, and Young Adjustment as to whom the funds are entitled that will be decided by this Court at a later time,

**WHEREAS**, on motion of the Debtor, the Court issued an order allowing deposit Check No. 1105741 into the Court registry as ECF No. 132 on January 10, 2024,

**WHEREAS**, the Clerk of Court has informed the Debtor that Check No. 1105741 cannot be deposited into the registry because it is not made payable to the Clerk, and

**WHEREAS**, the parties to whom the Check is made payable, themselves or by and through their respective attorneys, have stipulated and consented to entry of the following order.

**NOW, THEREFORE**, it is hereby **ORDERED** that**:**

1. American International Group Inc. and Lexington Insurance Company may re-issue Check No. 11057141 payable only to "Clerk, U.S. Bankruptcy Court" in the amount of $679,353.08.

2. The deadline to deposit the check is extended to January 31, 2024.

3. If AIG and Lexington are unable or unwilling to reissue the check as described in Paragraph 1, the Debtor must file a motion seeking appropriate relief on or before January 31, 2024.

4. This order must be construed permissively and does not alter the rights of AIG, Lexington, or any party who has not consented to its entry.

Date: **January 23, 2024**

_Patricia M. Mayer_
Patricia M. Mayer
U.S. Bankruptcy Judge

We consent to the form and entry of this order.

CIBIK LAW, P.C.
*Attorney for Debtor Tri-State Paper Inc.*

By: /s/ Michael I. Assad

UNRUH, TURNER, BURKE & FREES, P.C
*Counsel for Citizens Bank, N.A.*

By: /s/ Kristin Wetzel Ladd

YOUNG ADJUSTMENT COMPANY, INC.
*Adjuster for Debtor Tri-State Paper, Inc.*

By: /s/ David Horowitz

2