**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| ———————————————— : | |
| : | |
| In Re: : | Chapter 11 |
| : | |
| Tri-State Paper, Inc. : | Bankruptcy Number:  23-13237 |
| : | |
| Debtor : | |
| ———————————————— : | |

**ORDER APPROVING SETTLEMENT BY AND BETWEEN CITIZENS BANK, N.A.**
**("BANK") AND DEBTOR TRI-STATE PAPER, INC. ("DEBTOR")**

**AND NOW**, this _____ day of _____, 2024, upon

consideration of the Joint Motion of Citizens Bank, N.A. ("Bank") and Debtor Tri-State Paper,

Inc. ("Debtor"), for an Order Approving Stipulation of Settlement (the "Motion"), any responses

to the Motion, and the Court finding that:  (a) it has jurisdiction over this matter pursuant to 28

U.S.C. § § 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c)

notice of the Motion was sufficient under the circumstances and no further notice need be

provided; (d) a reasonable opportunity to object or to be heard regarding the relief requested in

the Motion has been afforded to all interested parties; (e) the relief requested in the Motion is in

the best interests of the Debtor's estate; and (f) good and sufficient justification for entering into

the settlement has been established; and after due deliberation thereon and sufficient cause

appearing therefore, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and

**ORDERED** that the settlement is **APPROVED**; and

**ORDERED** that the Clerk's office shall immediately pay the sum of $**434,032.48**

directly to Citizens Bank, N.A. from the Insurance Proceeds (as defined in the Motion); and

#1939303v1

**ORDERED** that the remaining Insurance Proceeds shall continue held in escrow by  the

Clerk's office pending this Court's further determination of disbursement.


_____
Hon. Patricia M. Mayer