**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | Chapter 11 |
| Tri-State Paper, Inc. | Bankruptcy Number: 23-13237 |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Kristen Wetzel Ladd, hereby certify that on this 30th day of January, 2024, a true and correct copy of Citizens Bank, N.A. and Debtor's Joint Motion for Order Approving Stipulation of Settlement By and Between the Bank and the Debtor, was sent via electronic filing or United States First Class mail, prepaid, to the following:

Tri-State Paper, Inc.
149 E Church Street
Blackwood, NJ 08012
*(Debtor)*

Michael A. Cibik, Esquire
Michael I. Assad, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*(Counsel for Debtor)*

Richard E. Furtek
101 Lindenwood Dr., Suite 225
Malvern, PA 19355
*(Trustee)*

United States Trustee
900 Market Street, Suite 320
Philadelphia, PA 19107

Dave P. Adams, Esquire
DOJ-Ust
900 Market Street
Philadelphia, PA 19107
*(Counsel for U.S. Trustee)*

UNRUH, TURNER, BURKE & FREES, P.C.

Dated: January 30, 2024

*/s/ Kristen Wetzel Ladd*
Kristen Wetzel Ladd, Esquire
Attorneys for Citizens Bank, N.A.