| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 11** |
| | : | |
| **Tri-State Paper, Inc.,** | : | |
| | : | |
| Debtor. | : | **Bky. No. 23-13237 (PMM)** |

-------------------------------------------------------------------------------------------

## **ORDER**

**AND NOW**, whereas the above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code and the Court having held a status conference on December 13, 2023, and the Debtor's proposed plan of reorganization having been filed on January 24, 2024 (doc. # 145), IT IS HEREBY **ORDERED** that the following dates and deadlines will govern the procedure of this case:

1. Confirmation Hearing. The Court shall hold a hearing on confirmation of the Debtor's plan of reorganization on **Wednesday, March 13, 2024, at 9:30 a.m.** in the United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, Courtroom 1, 900 Market St., Philadelphia, Pennsylvania, 19107.

2. Deadline to Make §1111(b)(2) Election. A secured creditor that wishes to make an election under 11 U.S.C. §1111(b)(2) must do so no later than **Wednesday, March 6, 2024**.

3. Objections to Plan. **Wednesday, March 6, 2024**, is the deadline for filing and serving written objections to confirmation of the Debtor's plan of reorganization pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1). *Any party in interest objecting to the Debtor's plan of reorganization, including the proposed treatment of any claim or interest under the plan, must file and serve a timely objection in accordance with this Scheduling Order and the applicable rules*.

4. <u>Voting on the Plan</u>. **Wednesday, March 6, 2024** is the deadline for submitting acceptances or rejections of the Debtor's plan of reorganization. Acceptances and rejections must be submitted either (1) electronically or (2) in writing to the Debtor's attorney at the following address:

| via mail: | via electronic mail: |
|---|---|
| **Michael I. Asad**<br>**Cibik Law, P.C.**<br>**1500 Walnut Street, Suite 900**<br>**Philadelphia, PA 19102** | **mail@cibiklaw.com** |

Pursuant to this Court's December 14, 2023 Order approving electronic balloting procedures, <u>see</u> doc. #109, all electronic ballots must conform substantially to Official Form 314. If a party casts more than one ballot voting the same claim/interest, the last ballot timely received and most recently dated is deemed to reflect the voters intent and will supersede any prior ballot, unless that ballot does not indicate acceptance or rejection of the plan or indicates both acceptance and rejection of the plan. <u>See</u> doc. # 109.

5. <u>Service of Plan Documents</u>. **On or before February 6, 2024**, the Debtor shall serve a copy of this Scheduling Order, the Debtor's plan of reorganization, on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee, and the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d) and the Court's December 14, 2023 Order (doc #109). *The Debtor's attorney shall thereafter promptly file a certificate of service with the Court*.

**Date:  January 31, 2024**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**