## United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Tri-State Paper, Inc.,<br><br>        Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |

**Interim Application for Compensation and Reimbursement of Expenses of Young Adjustment Company, Inc. as Public Adjuster for the Debtor for the Period of October 27, 2023 to December 20, 2023**

    **AND NOW**, Applicant Young Adjustment Company, Inc. applies under 11 U.S.C. § 330 and L.B.R. 2016-1 for an award of compensation and reimbursement of expenses. In support of this application, the Applicant represents:

**A.**     **Preliminary Statement**

    1.     The Applicant is the public adjuster for Debtor Tri-State Paper, Inc.

    2.     The terms and conditions of employment and compensation are set forth in the Applicant's application to employ. ECF No. 62, 77.

    3.     All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

    4.     None of the compensation paid to the Applicant will be shared with any other person.

**B.**     **General Information**

    5.     Application Period

        Dates ......................................................... October 27, 2023 to December 20, 2023
        Application Type ........................................................................... ☐ Final  ☒ Interim

        <u>Requested</u>
        Fees ........................................................................................................... $33,967.65
        Expenses......................................................................................................... $0.00
        Total ......................................................................................................... $33,967.65

    6.     General Information

        a.   Date case filed................................................................... October 27, 2023
        b.   Date application to approve employment filed...................... November 15, 2023
        c.   Date employment approved ............................................... December 19, 2023
        d.   First date services rendered in the case................................ October 27, 2023
        e.   Compensation request is under § 330............................................ ☒ Yes  ☐ No
        f.   Any fees awarded will be paid from the estate ............................... ☒ Yes  ☐ No

    g. This application is for a period less than 120 days after the filing of the case or less than 120 days after the end of the period of the last application.................................................................................... ☒ Yes ☐ No

7. There are no prior applications in this case by the Applicant.

8. Consistent with the application for employment approved by the Court, the Applicant is entitled to a contingent fee of 5% of amounts paid to the Debtor by the insurance company in compensation of its loss.

9. Billing Rates

    a. Billing rates are different than the billing rates set forth in last application................................ ☐ Yes ☐ No ☒ N/A

**C. Billing Summary**

10. The Applicant requests award of compensation in the amount of $33,967.65 for services associated with the payment of $679,353.08 to the Debtor by the insurance company on December 20, 2023.

**D. Expense Summary**

11. The Applicant does not request reimbursement for expenses.

**NOW, THEREFORE**, the Applicant requests an award of compensation in the form of order attached.

Date: February 7, 2024

YOUNG ADJUSTMENT COMPANY, INC.
*Public Adjuster for Debtor*

By: /s/ David Horowitz
David Horowitz
900 Lenmar Drive
Blue Bell, PA 19422
215-654-6800

**Verification**

I am the principal of Young Adjustment Company, Inc.. I verify that all of the factual statements in this Application are true and correct to the best of my knowledge, information, and belief. Under penalty of perjury, I declare that the foregoing is true and correct.

Date: February 7, 2024

/s/ David Horowitz
David Horowitz