**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>  Tri-State Paper, Inc.,<br><br>  Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |

**Order Granting Interim Application for Compensation and Reimbursement of Expenses of Young Adjustment Company, Inc. as Public Adjuster for the Debtor for the Period of October 27, 2023 to December 20, 2023**

   **AND NOW**, upon consideration of the Interim Application for Compensation and Reimbursement of Expenses of Young Adjustment Company, Inc. as Public Adjuster for the Debtor for the Period of October 27, 2023 to December 20, 2023 filed by Applicant Young Adjustment Company Inc., the Applicant's certification that proper service has been made, and the Applicant's certification of no response, it is hereby **ORDERED** that:

1. The application is **GRANTED**.

2. Compensation in the amount of $33,967.65 and reimbursement of expenses in the amount of $0.00 are **ALLOWED** in favor of the Applicant.

3. Upon motion of the Debtor, the allowed compensation and reimbursement of expenses set forth in Paragraph 2 may be paid to the Applicant by the Clerk from funds on deposit in the court registry.

Date:

                                                                  _____
                                                                  Patricia M. Mayer
                                                                  U.S. Bankruptcy Judge