**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>    Tri-State Paper, Inc.,<br><br>             Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |

**Notice of Interim Application for Compensation and Reimbursement of Expenses of Young Adjustment Company, Inc. as Public Adjuster for the Debtor for the Period of October 27, 2023 to December 20, 2023, and Response Deadline**

Young Adjustment Company Inc., Public Adjuster for Debtor Tri-State Paper, Inc., has filed a application seeking compensation for professional fees in the amount of $33,967.65 and reimbursement of expenses in the amount of $0.00.

1. **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to approve the application** or if you want the court to consider your views on the application, then on or before **<u>Wednesday, February 21, 2024</u>**, **you or your attorney must file a response to the application.** (See instructions below).

3. **If you do not file a response to the application,** the court may enter an order approving the application.

4. If a copy of the application is not enclosed, a copy of the application will be provided to you if you request a copy from the applicant whose name and address is listed below.

5. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

6. **If you are not required to file electronically**, you must file your response at U.S. Bankruptcy Court 900 Market Street, Suite 400, Philadelphia, PA 19107.

7. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the deadline in paragraph two.

8. On the same day that you file or mail your response to the application, you must mail or deliver a copy of the response to the applicant:

    Young Adjustment Company, Inc.
    900 Lenmar Drive
    Blue Bell, PA 19422

Dated:  February 7, 2024