United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | |

**Certificate of Service**

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- Interim Application for Compensation and Reimbursement of Expenses of Young Adjustment Company, Inc. as Public Adjuster for the Debtor for the Period of October 27, 2023 to December 20, 2023

- Notice of Interim Application for Compensation and Reimbursement of Expenses of Young Adjustment Company, Inc. as Public Adjuster for the Debtor for the Period of October 27, 2023 to December 20, 2023, and Response Deadline

Date: February 7, 2024

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com