**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | |

### Certificate of Service

I certify that on February 2, 2024, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

- Chapter 11 Subchapter V Plan of Liquidation (ECF No. 145)

- The Court's order of January 31, 2024 (ECF No. 156)

- Recipients marked with an asterisk (*) on the mailing list exhibit also received a ballot and a return envelope with postage prepaid.

Date: February 9, 2024

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

| | | |
|---|---|---|
| ABC LABEL & PKG. SUPPLIES CORP. INC.<br>3708 IRONWOOD PL<br>LANDOVER, MD 20785-2333 | AGIO GROUP INC.<br>26587 CORPORATE AVE<br>HAYWARD, CA 94545-3920 | AIRGAS USA LLC*<br>6055 ROCKSIDE WOODS BLVD<br>INDEPENDENCE, OH 44131-2301 |
| AMAZON.COM, INC.<br>440 TERRY AVE N<br>SEATTLE, WA 98109-5210 | AMERISAN<br>1 CHELSEA PKWY STE 101-102<br>BOOTHWYN, PA 19061-1307 | ANCHOR PACKAGING LLC<br>13515 BARRETT PARKWAY DR<br>BALLWIN, MO 63021-5870 |
| ANTHONY VONA<br>53 ESSEX CT<br>NORRISTOWN, PA 19403-1067 | ARROW FASTENER CO., LLC<br>271 MAYHILL ST<br>SADDLE BROOK, NJ 07663-5395 | BRITEVISION VBG LLC<br>100 SIMPLEX DR<br>WESTMINSTER, MA 01473-1482 |
| BROWN PAPER GOODS CO.<br>3530 BIRCHWOOD DR<br>WAUKEGAN, IL 60085-8334 | BUNZL DISTRIBUTION USA, LLC<br>1 CITYPLACE DR STE 200<br>SAINT LOUIS, MO 63141-7067 | CAMDEN BAG & PAPER CO.<br>200 CONNECTICUT DR<br>BURLNGTN TWP, NJ 08016-4106 |
| CAPITAL ONE N.A.*<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK 73118-7901 | CARBONITE<br>2 AVENUE DE LAFAYETTE<br>BOSTON, MA 02111-1750 | CARTEC INC.<br>106 POWDER MILL RD<br>COLLINSVILLE, CT 06019-3547 |
| CASSIDY INSURANCE ASSOCIATES, INC.<br>407 E LINCOLN HWY<br>EXTON, PA 19341-2732 | CEE D., INC.<br>704 RAMSEY AVE<br>HILLSIDE, NJ 07205-1034 | CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS*<br>WILLIAM M VERMETTE<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN, VA 20147-6122 |
| CELLUCAP MANUFACTURING<br>4626 N 15TH ST<br>PHILADELPHIA, PA 19140-1197 | CGPC SOLUTIONS<br>430 FAIRMOUNT AVE<br>PHILADELPHIA, PA 19123-2868 | CITIZENS BANK, N.A.*<br>UNRUH, TURNER, BURKE & FREES<br>P.O. BOX 515<br>WEST CHESTER PA 19381-0515 |
| CITY OF PHILADELPHIA<br>PARKING VIOLATION BRANCH<br>PO BOX 41819<br>PHILADELPHIA, PA 19101-1819 | CITY OF PHILADELPHIA*<br>C/O PAMELA ELCHERT THURMOND<br>1401 JFK BOULEVARD, 5TH FLOOR<br>PHILADELPHIA, PA 19102-1595 | CLEANCO VENTURES INC.<br>1207 DELAWARE AVE # 1335<br>WILMINGTON, DE 19806-4743 |
| COMMERCIAL MICRO-SYSTEMS, INC.<br>3525 OLD CONEJO RD STE 110<br>NEWBURY PARK, CA 91320-2198 | COMMONWEALTH OF PENNSYLVANIA*<br>DEPARTMENT OF REVENUE<br>C/O JOSEPH J. SWARTZ, ESQ.<br>P.O. BOX 281061<br>HARRISBURG PA 17128-1061 | CRYSTALWARE LLC<br>600 JAMES ST<br>LAKEWOOD, NJ 08701-4023 |
| DART CONTAINER CORPORATION<br>500 HOGSBACK RD<br>MASON, MI 48854-9547 | DELAWARE RIVER PORT AUTHORITY<br>ATTN: GENERAL COUNSEL<br>2 RIVERSIDE DR<br>CAMDEN, NJ 08103-1019 | DEPARTMENT OF LABOR & INDUSTRY<br>ATTN OFFICE OF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG PA 17121-0751 |

DEREK NOTTINGHAM
42 DALE CT
NEWARK, DE 19702-4003

DOT COMPLIANCE GROUP LLC
3180 PARK CENTER DR
TYLER, TX 75701-8482

DUBIN PAPER CO.
1910 S COLUMBUS BLVD
PHILADELPHIA, PA 19148-2820

DYNAMITE PEST CONTROL
279 S 52ND ST
PHILADELPHIA, PA 19139-4108

ECOPAX*
3600 GLOVER RD
EASTON, PA 18040-9203

EDWARDS COUNCILOR COMPANY INC.
1427 BAKER RD
VIRGINIA BCH, VA 23455-3321

ELEVATOR CONSTUCTION & REPAIR CO. INC.
2040 BENNETT RD
PHILADELPHIA, PA 19116-3020

ELKAY PLASTICS CO., INC.
6000 SHEILA ST
COMMERCE, CA 90040-2405

EULER HERMES N. A. INSURANCE CO.*
800 RED BROOK BLVD, #400C
OWINGS MILLS, MD, 21117-5173

FANCYHEAT CORPORATION*
40 VERONICA AVE
SOMERSET, NJ 08873-3417

FERRARO FOODS*
287 S RANDOLPHVILLE RD
PISCATAWAY, NJ 08854-3806

FINELINE SETTINGS*
135 CROTTY RD STE 1
MIDDLETOWN, NY 10941-4071

FRANCIS PETACCIO
C/O RICHARD J. GIULIANI, ESQ.
1717 ARCH ST STE 320
PHILADELPHIA, PA 19103-2745

FREEPORT PAPER INDUSTRIES, INC.
120 WINDSOR PL
CENTRAL ISLIP, NY 11722-3331

GENERAL PLASTICS, INC.
2609 W MILL RD
MILWAUKEE, WI 53209-3211

HANDY WACKS CORPORATION
100 E AVERILL ST
SPARTA, MI 49345-1516

HOTPACK GLOBAL INC.*
5100 E LA PALMA AVE STE 118
ANAHEIM, CA 92807-2081

ICONEX, LLC*
3237 SATELLITE BLVD, BLD 300, SUITE 550
DULUTH, GA 30096-2305

IMPERIAL BAG & PAPER CO LLC*
255 ROUTE 1 & 9
JERSEY CITY, NJ 07306-6727

INDIGO INC.
600 PROSPECT AVE
PISCATAWAY, NJ 08854-1414

INNO-PAK
100 FOUNDERS CT
DELAWARE, OH 43015-4460

INNOVATIVE DESIGNS INC.
7490 30TH AVE N
ST PETERSBURG, FL 33710-2304

INOPAK LTD
500 W MAIN ST STE 11
WYCKOFF, NJ 07481-1406

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IPFS CORPORATION
3522 THOMASVILLE RD STE 400
TALLAHASSEE, FL 32309-3488

JANICO INC.
88 INDUSTRIAL CT
FREEHOLD, NJ 07728-8908

JOHN F. RAIMONDI, ESQ.
1500 WALNUT ST FL WEST
PHILADELPHIA, PA 19102-3523

JOHN PETACCIO
149 E CHURCH ST
BLACKWOOD, NJ 08012-3904

JOSEPH M. GREY
1834 TOMLINSON RD
PHILADELPHIA, PA 19116-3850

KARI-OUT CO.
520 WHITE PLAINS RD FL 6
TARRYTOWN, NY 10591-5114

| | | |
|---|---|---|
| KAST DISTRIBUTORS INC.<br>424 HARDING HWY<br>PENNS GROVE, NJ 08069-2254 | KEITH PYLES<br>14 OAKLEY CT<br>NEWARK, DE 19702-2957 | KEREKES BAKERY & REST. EQUIP. INC.<br>6103 15TH AVE<br>BROOKLYN, NY 11219-5402 |
| KHALIL SHIVER<br>921 ASTON MARTIN DR<br>LINDENWOLD, NJ 08021-2952 | KIK CONSUMER PRODUCTS<br>6250 N RIVER RD STE 6000<br>ROSEMONT, IL 60018-4217 | LAMINATED INDUSTRIES INC.<br>2000 BRUNSWICK AVE<br>LINDEN, NJ 07036-2400 |
| MARY MALCOLM<br>2217 E CUMBERLAND ST APT 6<br>PHILADELPHIA, PA 19125-2251 | MARYJANE RITTENHOUSE<br>1215 BROWNING CT<br>LANSDALE, PA 19446-5385 | MASTER SUPPLY LINE, LLC<br>49 S POPLAR ST<br>MACUNGIE, PA 18062-1335 |
| MAT-PAC, INC.<br>404 CANDLEWOOD CMNS<br>HOWELL, NJ 07731-2171 | METRO PAPER INDUSTRIES INC.<br>695 W END AVE<br>CARTHAGE, NY 13619-1040 | MIDVALE PAPER BOX COMPANY, INC.<br>19 BAILEY ST<br>WILKES BARRE, PA 18705-1907 |
| NATIONAL CHECKING COMPANY<br>899 MONTREAL WAY<br>SAINT PAUL, MN 55102-4245 | NITTANY PAPER MILLS, LLC<br>6395 STATE ROUTE 103 N BLDG 5A<br>LEWISTOWN, PA 17044-7899 | NJ EZPASS<br>ATTN ATTN NJ EZPASS/ JASMINE JENKINS<br>375 MCCARTER HIGHWAY SUITE 200<br>NEWARK NJ 07114-2562 |
| NORPAK LLC*<br>70 BLANCHARD ST<br>NEWARK, NJ 07105-6820 | OLIVER FIRE PROTECTION AND SECURITY<br>ATTN ATTN BRYAN SCHLACK<br>501 FEHELEY DRIVE<br>KING OF PRUSSIA PA 19406-2611 | PACKAGING CORPORATION OF AMERICA*<br>1 N FIELD CT<br>LAKE FOREST, IL 60045-4810 |
| PC EVENTS, LLC<br>675 LANCASTER AVENUE<br>BERWYN, PA 19312-1686 | PECO ENERGY COMPANY*<br>LYNN R. ZACK<br>2301 MARKET STREET, S23-1<br>PHILADELPHIA, PA 19103-1380 | PENN JERSEY PAPER CO.<br>9355 BLUE GRASS RD<br>PHILADELPHIA, PA 19114-2311 |
| PENNSYLVANIA OFFICE OF ATTORNEY<br>GENERAL<br>ATTN ATTENTION FINANCIAL ENFORCEMENT<br>SECTION<br>STRAWBERRY SQUARE 15TH FLOOR<br>HARRISBURG PA 17120-0001 | PENNSYLVANIA OFFICE OF GENERAL<br>COUNSEL<br>333 MARKET ST FL 17<br>HARRISBURG, PA 17101-2210 | PENNSYLVANIA TURNPIKE COMMISSION<br>300 E PARK DR<br>HARRISBURG, PA 17111-2729 |
| PENSKE TRUCK LEASING CO., L.P.*<br>C/O HARRY M. BYRNE, ESQUIRE<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4001 | PHILADELPHIA GAS WORKS*<br>800 W MONTGOMERY AVE<br>PHILADELPHIA, PA 19122-2898 | PHILADELPHIA MUNICIPAL COURT<br>TRAFFIC DIVISION<br>800 SPRING GARDEN ST<br>PHILADELPHIA, PA 19123-2616 |
| PHILADELPHIA PARKING AUTHORITY<br>BANKRUPTCY DEPARTMENT<br>701 MARKET ST<br>PHILADELPHIA, PA 19106-1540 | PLACON CORPORATION*<br>6096 MCKEE ROAD<br>MADISON WI 53719-5103 | POLY PLASTICS*<br>PO BOX 808<br>LYNDHURST, NJ 07071-0808 |

POWWEB
5335 GATE PKWY
JACKSONVILLE, FL 32256-3071

PRIMEPAK
120 N STATE RT 17 STE 205
PARAMUS, NJ 07652-2837

PROAMPAC
12025 TRICON RD
CINCINNATI, OH 45246-1719

PRO-STAT, INC.
285 PIERCE ST
SOMERSET, NJ 08873-1261

QUALITY CARTON AND CONVERTING, LLC
175 WARD HILL AVE
BRADFORD, MA 01835-6943

RIDGWAY INDUSTRIES, INC.
60 WALNUT ST # 4
MARCUS HOOK, PA 19061

RJ SCHINNER CO., INC.*
N89W14700 PATRITA DR
MENOMONEE FLS, WI 53051-2365

ROBERT M. REIBSTEIN, ESQ.*
1001 CITY AVENUE, WB 1011
WYNNEWOOD, PA 19096-3942

RTUI-SAND & PRODUCTS*
ATTN: J. KITSOCK
1828 WILLIAM PENN WAY STE 102
LANCASTER, PA 17601-3168

SAM'S WEST, INC.
2101 SE SIMPLE SAVINGS DR
BENTONVILLE, AR 72712-4304

SAMSENG TISSUE CO.
122 KISSEL RD STE 300
BURLINGTON, NJ 08016-4225

SANFACON VIRGINA INC.
18097 US HIGHWAY 501
PO BOX 600
BROOKNEAL, VA 24528-0600

SCREEN GEMS, INC.
2927 W THOMPSON ST
PHILADELPHIA, PA 19121-4547

SHAMROCK INDUSTRIES SALES
774 HAUNTED LN
BENSALEM, PA 19020

SHEPPARD ENTERPRISES, INC.
571 HOLLOW RD
PHOENIXVILLE, PA 19460-1136

SHERWEB
2915 OGLETOWN RD # 1073
NEWARK, DE 19713-1927

SHORE MANUFACTURING
2145 DENNIS ST BLDG 2
JACKSONVILLE, FL 32204-1805

SIGMA PLASTICS GROUP
2919 CENTER PORT CIR
POMPANO BEACH, FL 33064-2105

SMART USA INC.*
1440 5TH AVE
BAY SHORE, NY 11706-4147

SOURCE DIRECT INC.*
2200 GARRY RD STE 3
CINNAMINSON, NJ 08077-2595

SOUTH JERSEY TRANSPORTATION
AUTHORITY
PO BOX 351
HAMMONTON, NJ 08037-0351

SOUTHERN CHAMPION TRAY L.P.
220 COMPRESS ST
CHATTANOOGA, TN 37405-3724

STAPLES INC.
500 STAPLES DR
FRAMINGHAM, MA 01702-4474

STATE OF DELAWARE
DEPARTMENT OF TRANSPORTATION
900 PUBLIC SAFETY BLVD
DOVER, DE 19901-4503

STATE OF DELAWARE
DIVISION OF REVENUE
820 N FRENCH ST STE 8
WILMINGTON, DE 19801-3509

STATE OF DELAWARE
OFFICE OF THE ATTORNEY GENERAL
820 N FRENCH ST
WILMINGTON, DE 19801-3509

STATE OF NEW JERSEY
OFFICE OF THE ATTORNEY GENERAL
PO BOX 080
TRENTON, NJ 08625-0080

STATE OF NEW JERSEY DIVISION OF
TAXATION*
BANKRUPTCY UNIT
PO BOX 245
TRENTON, NJ 08695-0245

SYSCO CORPORATION
1390 ENCLAVE PKWY
HOUSTON, TX 77077-2099

THE OCALA GROUP
1981 MARCUS AVE
NEW HYDE PARK, NY 11042-2060

THE RESTAURANT STORE, LLC
2209 OLD PHILADELPHIA PIKE
LANCASTER, PA 17602-3416

THOMAS PHELAN
641 MOHAWK AVE
NORWOOD, PA 19074-1229

U.S. ATTORNEY, EASTERN DISTRICT OF PA.
615 CHESTNUT ST STE 1250
PHILADELPHIA, PA 19106-4404

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530-0009

U.S. SMALL BUSINESS ADMIN.
OFFICE OF GENERAL COUNSEL
409 3RD ST SW
WASHINGTON, DC 20416-0011

UNI-KEM CHEMICALS INC.
802 WILLIAM LEIGH DR STE 19
TULLYTOWN, PA 19007-6306

UNITED PACKAGING SUPPLY
2151 GREEN LN.
LEVITTOWN PA 19057-4145

UNIVERSAL DISTRIBUTION LLC
96 DISTRIBUTION BLVD
EDISON, NJ 08817-6006

US REALTY ASSOCIATES, INC.
120 E. LANCASTER AVENUE
ARDMORE, PA 19003-3209

WELLCARE INTERNATIONAL INC.*
1578 SUSSEX TPKE
RANDOLPH, NJ 07869-1833

WESTERN PLASTICS
41573 DENDY PKWY
TEMECULA, CA 92590-3757

WESTROCK CP, LLC*
3950 SHACKLEFORD RD
DULUTH, GA 30096-1858

X-L PLASTICS INC.
220 CLIFTON BLVD
CLIFTON, NJ 07011-3695

YESPAC, INC.
260 CENTENNIAL AVE
PISCATAWAY, NJ 08854-2947

YOUNG ADJUSTMENT COMPANY, INC.
900 LENMAR DR
BLUE BELL, PA 19422-2049

ZEP INC.
600 GALLERIA PKWY SE STE 1500
ATLANTA, GA 30339-5910