**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | |

### Order Granting Debtor's Motion to Withdraw Funds from Court Registry

**AND NOW**, upon consideration of the Debtor's Motion to Withdraw Funds from Court Registry, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Clerk must pay $33,967.65 to Young Adjustment Company Inc. from the funds on deposit in the court registry.

3. The Clerk must pay the balance of funds on deposit in the registry to the Debtor.

4. The above payments must be made on or before March 15, 2024.

Date:

_____
Patricia M. Mayer
U.S. Bankruptcy Judge