# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re: Tri-State Paper, Inc., *Debtor*.

Case No. 23-13237-pmm
Chapter 11

**Order Sustaining Debtor's Omnibus Objection to Claims No. 31-32 by Claimant Robert M. Reibstein, Esq.**

After consideration of the Debtor's Omnibus Objection to Claims No. 31-32 by Claimant Robert M. Reibstein, Esq., and the Debtor having certified proper notice thereof, is hereby **ORDERED** that:

1. The objection is **SUSTAINED**.

2. Claim No. 31 is **DISALLOWED** in its entirety.

3. Claim No. 32 is **DISALLOWED** in its entirety.

**Date: February 14, 2024**

_____
Patricia M. Mayer
U.S. Bankruptcy Judge