# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| TRI-STATE PAPER, INC. | : | Chapter 11 |
|     Debtor | : | Case No. 23-13237-pmm |
| | : | |
| _____ | : | |

## ORDER

AND NOW, this ___ day of _____, 2024, upon consideration of Penn Jersey Paper Co.'s Motion to Have Proof of Claim filed Out of Time Deemed Timely Filed Pursuant to F.B.R.P. 9006(b)(1) and any objections filed thereto, and having determined that there is no prejudice to the Debtor, it is hereby ORDERED that the Motion is GRANTED.

BY THE COURT:

Dated: _____

_____
Patricia M. Mayer, U.S.B.J.

Copies to:

Michael L. Assad, Esquire
Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*Counsel for Debtor*

Richard E. Furtek, Esquire
Furtek & Associates, LLC
Subchapter V Trustee
101 Lindenwood Dr., Suite 225
Malvern, PA 19355
*Trustee*

United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Joshua B. Ladov, Esquire
Ladov Law Firm, P.C.
1101 Market Street, Suite 2820
Philadelphia, PA 19107
*Attorney for Movant, Penn Jersey Paper Co.*

2