## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :
TRI-STATE PAPER, INC.  :  Chapter 11
       Debtor  :  Case No. 23-13237-pmm
  :
  :

### NOTICE OF MOTION, RESPOSE DEADLINE, AND HEARING DATE

PENN JERSEY PAPER CO. has filed a Motion pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) seeking to permit Penn Jersey Paper Co.'s Proof of Claim filed out of time to be deemed timely filed notwithstanding its filing beyond the January 5, 2024 Bar Date.

1. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

2. **If you do not want the court to grant the relief sought in the motion** or if you want the court to consider your views on the motion, then on or before **Friday March 1, 2024, you or your attorney must file a response to the motion.** (See instructions below).

3. A hearing on the motion is scheduled to be held on **March 12, 2024 at 11:00 a.m.** before **U.S. Bankruptcy Judge Patricia M. Mayer** in Courtroom #1, at U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response to the motion,** the court may cancel the hearing and enter an order granting the relief requested in the motion.

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney whose name and address is listed below.

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

8. **If you are not required to file electronically,** you must file your response at U.S. Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the deadline in paragraph two.

10. On the same day that you file or mail your response to the motion, you must mail or deliver a copy of the response to the movant's attorney:

          JOSHUA B. LADOV, ESQUIRE
          **LADOV LAW FIRM, P.C.**
          JEFFERSON CENTER
          1101 MARKET STREET, SUITE 2820
          PHILADELPHIA, PA 19107-2993
          267-687-8855
          Fax: (267) 627-5868
          jladov@ladovlaw.com

Dated: February 16, 2024