IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                     :
TRI-STATE PAPER, INC.                      :   Chapter 11
        Debtor                           :   Case No. 23-13237-pmm
                                           :
_____          :

## CERTIFICATE OF SERVICE

      I, Joshua B. Ladov, Esquire, counsel Penn Jersey Paper Co., hereby certify that I have on this date, the 20th day of February 2024, served a copy of the Amended Notice of Motion, Response Deadline and Hearing with reference to Penn Jerseys Paper Co.'s Motion to Have Proof of Claim Filed Out of Time Deemed Timely Filed Pursuant to F.R.B.P. 9006(b)(1) on the following persons via ECF:

Michael L. Assad, Esquire
Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*Counsel for Debtor*

Richard E. Furtek, Esquire
Furtek & Associates, LLC
Subchapter V Trustee
101 Lindenwood Dr., Suite 225
Malvern, PA 19355
*Trustee*

United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320

This document has been filed electronically and is available for viewing and downloading from the ECF System.

          /s/ Joshua B. Ladov
        JOSHUA B. LADOV, ESQUIRE
        LADOV LAW FIRM, P.C.
        JEFFERSON CENTER
        1101 MARKET STREET, SUITE 2820
        PHILADELPHIA, PA  19107-2993
        267-687-8855
        jladov@ladovlaw.com