# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Tri-State Paper, Inc.,

        Debtor.

Case No. 23-13237-pmm

Chapter 11

## Exhibit A-F

10. During this reporting period, one non-DIP accounts was open: account #XXXXXX4335, held at Citizens Bank. This account was closed on January 30, 2024.

20. The number in this line does not include intra-company transfers amounting to $6,296.26.

21. The number in this line does not include intra-company transfers amounting to $6,296.26.

25. As discussed during the Initial Debtor Interview, the amount owed to the Debtor is only an estimate due to the fragmented recordkeeping of the Debtor's previous management.