

**Citizens**

US259 | BR565
ROP 450
P.O. Box 7000
Providence, RI 02940



PLAINTIFF'S EXHIBIT
G
_____

**Commercial Account Statement**

Page 1 of 6

Beginning January 01, 2024
through January 31, 2024

**Questions? Contact us today:**

**CALL:**
Commercial Account Customer Service
1-800-862-6200

**VISIT:**
Access your account online:
citizensbank.com

**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
149 E CHURCH ST
BLACKWOOD NJ  08012-3904

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
Clearly Better Business Checking
XXXXXX-370-9

**New year, new card.**
Citizens and Mastercard® are partnering up! We'll let you know when to check your mailbox for your new Debit/ATM card. You'll love the innovative notch design, making it easier to find in your wallet when you need it, and the fact it's 90% recycled plastic.

Mastercard is a registered trademark, and the circles design is a trademark of Mastercard International Incorporated.

## Clearly Better Business Checking for XXXXXX-370-9

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | | 23,032.94 |
| Checks | - | 21,410.00 |
| Debits | - | 11,416.56 |
| Deposits & Credit | + | 31,562.19 |
| **Current Balance** | = | 21,768.57 |

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee. We appreciate your continued business.

Your next statement period will end on February 29, 2024.

### TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 370-9

**Checks** *(Note - checks that are present out of numeric sequence are denoted with an asterisk (*))*

| Check # | Amount | Date | Check # | Amount | Date | | |
|---|---|---|---|---|---|---|---|
| 1010 | 600.00 | 01/03 | 1019 | 3,000.00 | 01/12 | Previous Balance | 23,032.94 |
| 1015* | 216.00 | 01/05 | 1020 | 1,150.00 | 01/16 | Total Checks | |
| 1016 | 600.00 | 01/09 | 1021 | 430.00 | 01/12 | - | 21,410.00 |
| 1017 | 600.00 | 01/05 | 1022 | 460.00 | 01/12 | | |
| 1018 | 3,000.00 | 01/08 | 1023 | 3,000.00 | 01/22 | | |

Please See Additional Information on Next Page

Member FDIC   Equal Housing Lender

## Clearly Better Business Checking for XXXXXX-370-9 Continued

### Checks (Cont.) *(Note - checks that are present out of numeric sequence are denoted with an asterisk (*))*

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 1024 | 318.00 | 01/22 | 1028 | 730.00 | 01/30 |
| 1025 | 850.00 | 01/23 | 1030* | 3,000.00 | 01/30 |
| 1027* | 456.00 | 01/29 | 1031 | 3,000.00 | 01/30 |

### Debits **
**May include checks that have been processed electronically by the payee/merchant.*

**Total Debits** - 11,416.56

| Date | Amount | Description |
|---|---|---|
| *Other Debits* | | |
| 01/02 | 3,665.59 | IBC EDI PAYMTS 231230 PRMAX0006486440 |
| 01/03 | 350.00 | USBC PAEB PYMT USBC PAEB 240102 0000 |
| 01/03 | 350.00 | USBC PAEB PYMT USBC PAEB 240102 0000 |
| 01/17 | .55 | ONLINE TRANSFER TO CHECKING 63▇▇4335 |
| 01/17 | 350.00 | USBC PAEB PYMT USBC PAEB 240116 0000 |
| 01/17 | 350.00 | USBC PAEB PYMT USBC PAEB 240116 0000 |
| 01/17 | 350.00 | USBC PAEB PYMT USBC PAEB 240116 0000 |
| 01/17 | 350.00 | USBC PAEB PYMT USBC PAEB 240116 0000 |
| 01/17 | 350.00 | USBC PAEB PYMT USBC PAEB 240116 0000 |
| 01/17 | 350.00 | USBC PAEB PYMT USBC PAEB 240116 0000 |
| 01/17 | 350.00 | USBC PAEB PYMT USBC PAEB 240116 0000 |
| 01/17 | 350.00 | USBC PAEB PYMT USBC PAEB 240116 0000 |
| 01/22 | 644.55 | COMCAST CABLE 240119 1583309 |
| 01/22 | 146.25 | Payroll Service PAYROLL 240119 2001-30412 |
| 01/29 | 869.83 | ONLINE TRANSFER TO CHECKING ▇▇▇▇4335 |
| 01/30 | 486.79 | ONLINE TRANSFER TO CHECKING ▇▇▇▇4335 |
| 01/30 | 350.00 | USBC PAEB PYMT USBC PAEB 240129 0000 |
| 01/30 | 350.00 | USBC PAEB PYMT USBC PAEB 240129 0000 |
| 01/30 | 350.00 | USBC PAEB PYMT USBC PAEB 240129 0000 |
| 01/30 | 350.00 | USBC PAEB PYMT USBC PAEB 240129 0000 |
| 01/30 | 350.00 | USBC PAEB PYMT USBC PAEB 240129 0000 |
| 01/30 | 350.00 | USBC PAEB PYMT USBC PAEB 240129 0000 |
| 01/31 | 3.00 | SERVICE CHARGE<br>STATEMENT DELIVERY |

### Deposits & Credits

**Total Deposits & Credits** + 31,562.19

| Date | Amount | Description |
|---|---|---|
| 01/04 | 1,340.00 | MOBILE DEPOSIT |
| 01/04 | 1,189.37 | MOBILE DEPOSIT |
| 01/04 | 857.29 | MOBILE DEPOSIT |
| 01/12 | 2,216.94 | MOBILE DEPOSIT |
| 01/12 | 1,553.75 | MOBILE DEPOSIT |
| 01/12 | 1,072.50 | MOBILE DEPOSIT |
| 01/12 | 201.89 | MOBILE DEPOSIT |

*Please See Additional Information on Next Page*

Member FDIC  Equal Housing Lender



## Clearly Better Business Checking for XXXXXX-370-9 Continued

### Deposits & Credits (Continued)

| Date | Amount | Description |
|---|---|---|
| 01/16 | 6,840.03 | MOBILE DEPOSIT |
| 01/16 | 2,649.99 | MOBILE DEPOSIT |
| 01/17 | 7,652.33 | ONLINE TRANSFER FROM CHECKING ▆▆▆▆4335 |
| 01/17 | 1.10 | ONLINE TRANSFER FROM CHECKING ▆▆▆▆4335 |
| 01/18 | 5,000.00 | DEPOSIT |
| 01/22 | 749.42 | MOBILE DEPOSIT |
| 01/22 | 237.58 | MOBILE DEPOSIT |

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/02 | 19,367.35 | 01/09 | 17,038.01 | 01/22 | 33,264.19 |
| 01/03 | 18,067.35 | 01/12 | 18,193.09 | 01/23 | 32,414.19 |
| 01/04 | 21,454.01 | 01/16 | 26,533.11 | 01/29 | 31,088.36 |
| 01/05 | 20,638.01 | 01/17 | 31,385.99 | 01/30 | 21,771.57 |
| 01/08 | 17,638.01 | 01/18 | 36,385.99 | 01/31 | 21,768.57 |

**Current Balance** = 21,768.57

Member FDIC  Equal Housing Lender

**✳ Citizens™**

**Checking Account Balance Worksheet**
Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

+ $ _____
Total of 2

**3** Subtotal by adding 1 and 2

= $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement.

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

- $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance.

= $ _____
Total

**CUSTOMER SERVICE**
If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Change of Address**
Please call the number shown at the front of your statement to notify us of a change of address.

**DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE**
Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens is a brand name of Citizens Bank, N.A.    REV 12/22

**ELECTRONIC TRANSFERS**
**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily for Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family, or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

(For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.)

**OVERDRAFT LINES OF CREDIT**
**BILLING RIGHTS SUMMARY**
**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service address provided as soon as possible.
In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD**

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of you Overdraft Line each day (which does not include any unpaid interest charges or fees), add any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report. If you believe we have furnished inaccurate or incomplete information to a credit reporting agency, write to us at the consumer service address provided and include your name, address, account number, and description of what you believe is inaccurate or incomplete.

*Thank you for banking with Citizens.*

| Check # | Date | Amount |
|---|---|---|
| 1010 | 01/03/2024 | $600.00 |
| 1015 | 01/05/2024 | $216.00 |
| 1016 | 01/09/2024 | $600.00 |
| 1017 | 01/05/2024 | $600.00 |
| 1018 | 01/08/2024 | $3,000.00 |
| 1019 | 01/12/2024 | $3,000.00 |
| 1020 | 01/16/2024 | $1,150.00 |
| 1021 | 01/12/2024 | $430.00 |
| 1022 | 01/12/2024 | $460.00 |
| 1023 | 01/22/2024 | $3,000.00 |

Check 1010: Pay to James Petaccio, Six Hundred Dollars, $600.00, For: Warehouse, Signed John Petaccio, Dated Dec. 29, 2023
Check 1015: Pay to Brian Rodriques, Two Hundred Dollars, $216.00, Signed John Petaccio, Dated Jan. 5, 2023
Check 1016: Pay to James Petaccio, Six Hundred Dollars, $600.00, For: Warehouse, Signed John Petaccio, Dated Jan. 5, 2023
Check 1017: Pay to John Campbell, Six Hundred Dollars, $600.00, For: Warehouse, Signed John Petaccio, Dated Jan. 5, 2023
Check 1018: Pay to John Petaccio, Three Thousand Dollars, $3000.00, Signed John Petaccio, Dated Dec. 29, 2023
Check 1019: Pay to John Petaccio, Three Thousand Dollars, $3000.00, Signed John Petaccio, Dated Jan. 5, 2023
Check 1020: Pay to James Petaccio, One Thousand One Hundred and Fifty Dollars, $1,150, For: Warehouse, Signed John Petaccio, Dated Jan. 10, 2023
Check 1021: Pay to John Campbell, Four Hundred and Thirty Dollars, $430.00, For: Warehouse, Signed John Petaccio, Dated 1/10/23
Check 1022: Pay to Brain Rodriquez, Four Hundred and Sixty Dollars, $460.00, For: Warehouse, Signed John Petaccio, Dated Jan. 12, 2023
Check 1023: Pay to John Petaccio, Three Thousand Dollars, $3,000.00, Signed John Petaccio, Dated 1/12/24

All checks drawn on TRI-STATE PAPER CO. INC, 149 E CHURCH ST, BLACKWOOD, NJ 08012-0000

| Check # | Date | Payee | Amount |
|---|---|---|---|
| 1024 | 01/22/2024 | John Petaccio — Three Hundred and Eighteen Dollars — For: Reimbursement for mask | $318.00 |
| 1025 | 01/23/2024 | James Petaccio — Eight Hundred and Fifty Dollars — For: warehouse | $850.00 |
| 1027 | 01/29/2024 | Brain Rodriguez — Four Hundred and Fifty Six Dollars — For: warehouse | $456.00 |
| 1028 | 01/30/2024 | Jane Petaccio — Seven Hundred and Thirty Dollars — For: warehouse | $730.00 |
| 1030 | 01/30/2024 | John Petaccio — Three Thousand Dollars | $3,000.00 |
| 1031 | 01/30/2024 | John Petaccio — Three Thousand Dollars | $3,000.00 |

All checks drawn on TRI-STATE PAPER CO. INC, 149 E Church St, Blackwood, NJ 08012-0000, Citizens Bank, signed John Petaccio.



US702 | BR589
ROP 450
P.O. Box 7000
Providence, RI 02940

**Business Account Statement**

Page 1 of 3

Beginning January 01, 2024
through January 31, 2024

**Questions? Contact us today:**

**CALL:**
Business Account Customer Service
1-800-862-6200

**VISIT:**
Access your account online:
citizensbank.com

**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

TRI-STATE PAPER, INC
149 E CHURCH ST
BLACKWOOD NJ  08012-3904

TRI-STATE PAPER, INC
**Clearly Better Business Checking**
XXXXXX-433-5

**New year, new card.**
Citizens and Mastercard® are partnering up! We'll let you know when to check your mailbox for your new Debit/ATM card. You'll love the innovative notch design, making it easier to find in your wallet when you need it, and the fact it's 90% recycled plastic.

Mastercard is a registered trademark, and the circles design is a trademark of Mastercard International Incorporated.

## Clearly Better Business Checking for XXXXXX-433-5

**Balance Calculation**

| | | |
|---|---|---:|
| Previous Balance | | 10,233.26 |
| Checks | - | .00 |
| Debits | - | 12,325.26 |
| Deposits & Credit | + | 2,092.00 |
| **Current Balance** | = | .00 |

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee. We appreciate your continued business.

Your next statement period will end on February 29, 2024.

Please See Additional Information on Next Page

Member FDIC  Equal Housing Lender

## Clearly Better Business Checking for XXXXXX-433-5 Continued

### TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 433-5

**Debits***

**May include checks that have been processed electronically by the payee/merchant.

| Date | Amount | Description |
|---|---|---|
| *Other Debits* | | |
| 01/02 | 339.98 | HRTLAND PMT SYS TXNS/FEES 240102 650000011775577 |
| 01/03 | 1,209.96 | STATE FARM RO 08 CPC-CLIENT 240103 13 S 1054460413 |
| 01/03 | 30.44 | PAYTRACE LLC SERVICEFEE 240103 000001177557 |
| 01/12 | 1,000.00 | TEACHERS FCU WEB LOAN PAY 240111 86879970 |
| 01/17 | 7,652.33 | ONLINE TRANSFER TO CHECKING ▇▇▇ 3709 |
| 01/17 | 1.10 | ONLINE TRANSFER TO CHECKING ▇▇▇ 3709 |
| 01/19 | 68.65 | ADT SECURITY SER ADTPAPACH 240119 404263500 |
| 01/22 | 22.70 | ADT SECURITY SER ADTPAPACH 240121 404263500 |
| 01/22 | 35.00 | RETURNED ITEM FEE<br>( 1 AT $35 ) |
| 01/23 | 643.48 | DRIVE NJ INS INS PREM 240122 970864373 John |
| 01/23 | 35.00 | RETURNED ITEM FEE<br>( 1 AT $35 ) |
| 01/24 | 35.00 | RETURNED ITEM FEE<br>( 1 AT $35 ) |
| 01/25 | 30.00 | SERVICE CHARGE<br>SUSTAINED OVERDRAFT FEE |
| 01/29 | 643.48 | DRIVE NJ INS RETRY PYMT 240122 970864373 John |
| 01/29 | 68.65 | ADT SECURITY SER RETRY PYMT 240129 404263500 |
| 01/29 | 22.70 | ADT SECURITY SER RETRY PYMT 240129 404263500 |
| 01/30 | 486.79 | STATE FARM RO 27 CPC-CLIENT 240130 13 J 1374309751 |

**Previous Balance**  10,233.26
**Total Debits**  − 12,325.26

### Deposits & Credits

| Date | Amount | Description |
|---|---|---|
| 01/17 | .55 | ONLINE TRANSFER FROM CHECKING 6321543709 |
| 01/22 | 68.65 | ADT SECURITY SER ADTPAPACH 240119 404263500 |
| 01/23 | 22.70 | ADT SECURITY SER ADTPAPACH 240121 404263500 |
| 01/24 | 643.48 | DRIVE NJ INS INS PREM 240122 970864373 John |
| 01/29 | 869.83 | ONLINE TRANSFER FROM CHECKING ▇▇▇ 3709 |
| 01/30 | 486.79 | ONLINE TRANSFER FROM CHECKING ▇▇▇ 3709 |

**Total Deposits & Credits**  + 2,092.00

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/02 | 9,893.28 | 01/19 | -68.65 | 01/25 | -135.00 |
| 01/03 | 8,652.88 | 01/22 | -57.70 | 01/29 | .00 |
| 01/12 | 7,652.88 | 01/23 | -713.48 | 01/30 | .00 |
| 01/17 | .00 | 01/24 | -105.00 | | |

**Current Balance**  = .00

**Citizens**™

### Checking Account Balance Worksheet

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|---|---|---|---|
| ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ |

+ $ _____
Total of 2

**3** Subtotal by adding 1 and 2

= $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement.

| Date/Check No. | Amount | Date/Check No. | Amount |
|---|---|---|---|
| ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ |

− $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance.

= $ _____
Total

### CUSTOMER SERVICE
If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

**Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001**

### Change of Address
Please call the number shown at the front of your statement to notify us of a change of address.

### DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE
Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens is a brand name of Citizens Bank, N.A.    REV 12/22

### ELECTRONIC TRANSFERS
**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily for Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family, or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

(For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.)

### OVERDRAFT LINES OF CREDIT
### BILLING RIGHTS SUMMARY
**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service address provided as soon as possible.
In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of you Overdraft Line each day (which does not include any unpaid interest charges or fees), add any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report. If you believe we have furnished inaccurate or incomplete information to a credit reporting agency, write to us at the consumer service address provided and include your name, address, account number, and description of what you believe is inaccurate or incomplete.

*Thank you for banking with Citizens.*