# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 11 |
| Tri-State Paper, Inc. | Bankruptcy Number: 23-13237 |
| Debtor | |

## CERTIFICATION OF NO OBJECTION REGARDING
## JOINT MOTION TO APPROVE STIPULATION OF SETTLEMENT BETWEEN DEBTOR AND BANK, DOCUMENT 153

The undersigned hereby certifies that, as of the date hereof, there is no objection to the Joint Motion to Approve Stipulation of Settlement, filed on January 30, 2024 (Doc. No. 153). The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 21, 2024.

It is hereby respectfully requested that the Order attached to the Motion (another copy of which is attached to this Certification) be entered by the Court.

Dated: February 22, 2024        Respectfully submitted,

_/s/ Kristen Wetzel Ladd_
Kristen Wetzel Ladd, Esquire
ID# 208755
Unruh, Turner, Burke & Frees, P.C.
P.O. Box 515
17 West Gay Street
West Chester, PA  19381
Attorney for Citizens Bank, N.A.

#1949371v1