# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 11 |
| Tri-State Paper, Inc. | Bankruptcy Number: 23-13237 |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Kristen Wetzel Ladd, hereby certify that on this 22nd day of February, 2024, a true and correct copy of the Certification of No Objection was sent via CM/ECF or United States First Class mail, prepaid, to the following:

Tri-State Paper, Inc.
149 E Church Street
Blackwood, NJ 08012
*(Debtor)*

Michael A. Cibik, Esquire
Michael I. Assad, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*(Counsel for Debtor)*

Richard E. Furtek
101 Lindenwood Dr., Suite 225
Malvern, PA 19355
*(Trustee)*

United States Trustee
900 Market Street, Suite 320
Philadelphia, PA 19107

Dave P. Adams, Esquire
DOJ-Ust
900 Market Street
Philadelphia, PA 19107
*(Counsel for U.S. Trustee)*

*/s/ Kristen Wetzel Ladd*

Kristen Wetzel Ladd
ID# 208755
Unruh, Turner, Burke & Frees, P.C.
P.O. Box 515
17 West Gay Street
West Chester, PA  19381
Attorney for Citizens Bank, N.A.

#1949371v1