# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | Related to ECF No. 159 |

## Certificate of No Response

I certify that Young Adjustment Company, Inc. has received no answer, objection, or other responsive pleading to the Interim Application for Compensation and Reimbursement of Expenses of Young Adjustment Company, Inc. as Public Adjuster for the Debtor for the Period of October 27, 2023 to December 20, 2023 filed on February 7, 2024, as ECF No. 159. I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the application appears thereon. Pursuant to the notice filed with the application, objections were to be filed and served no later than February 21, 2024. I respectfully request that the proposed order attached to the application be entered at the earliest convenience of the Court.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: February 26, 2024

/s/ David Horowitz
David Horowitz
Young Adjustment Company, Inc.
900 Lenmar Drive
Blue Bell, PA 19422