# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | Related to ECF No. 126 |

## Praecipe to Withdraw Document

To the Clerk of Court:

Please withdraw the Debtor's Objection to Claim No. 3 of Citizens Bank, which was filed at ECF No. 126 on January 4, 2024. Thank you.

Date: February 27, 2024

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com