**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | Related to ECF No. 169 |

**ORDER**

**AND NOW**, after consideration of the Penn Jersey Paper Co.'s Motion to Have Proof of Claim Filed Out of Time Deemed Timely Filed Pursuant to F.R.B.P. 9006(b)(1), and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **DENIED**.

2. Claim No. 37 by Penn Jersey Paper Co. is **DISALLOWED** in its entirety.

Date: _____

                                                                      _____
                                                                      Patricia M. Mayer
                                                                      U.S. Bankruptcy Judge