United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 27, 2024 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tri-State Paper, Inc., 149 E Church St., Blackwood, NJ 08012-3904 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DAVID B. PICKER | on behalf of Defendant PC Events  LLC dpicker@sgrvlaw.com, klove@sgrvlaw.com |
| DAVID B. PICKER | on behalf of PC Events  LLC dpicker@sgrvlaw.com, klove@sgrvlaw.com |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us |
| JOSHUA B. LADOV | on behalf of Creditor Penn Jersey Paper Co. jladov@ladovlaw.com  admin@ladovlaw.com |
| KRISTEN WETZEL LADD | on behalf of Creditor Citizens Bank  N.A., successor by merger to Citizens Bank of Pennsylvania kladd@utbf.com, ogomez@utbf.com |
| MICHAEL A. CIBIK | on behalf of Plaintiff Tri-State Paper  Inc. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Feb 27, 2024     Form ID: pdf900     Total Noticed: 1

MICHAEL A. CIBIK
on behalf of Debtor Tri-State Paper Inc. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
on behalf of Plaintiff Tri-State Paper Inc. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
on behalf of Debtor Tri-State Paper Inc. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
on behalf of Creditor Citizens Bank N.A., successor by merger to Citizens Bank of Pennsylvania help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

Richard E Furtek
rfurtek@furtekassociates.com cref11@trustesolutions.net

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Chapter 11 |
| Tri-State Paper, Inc. | : Bankruptcy Number: 23-13237 |
| Debtor | : |

**ORDER APPROVING SETTLEMENT BY AND BETWEEN CITIZENS BANK, N.A. ("BANK") AND DEBTOR TRI-STATE PAPER, INC. ("DEBTOR")**

**AND NOW**, this  27th  day of  February , 2024, upon consideration of the Joint Motion of Citizens Bank, N.A. ("Bank") and Debtor Tri-State Paper, Inc. ("Debtor"), for an Order Approving Stipulation of Settlement (the "Motion"), any responses to the Motion, and the Court finding that:  (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Motion was sufficient under the circumstances and no further notice need be provided; (d) a reasonable opportunity to object or to be heard regarding the relief requested in the Motion has been afforded to all interested parties; (e) the relief requested in the Motion is in the best interests of the Debtor's estate; and (f) good and sufficient justification for entering into the settlement has been established; and after due deliberation thereon and sufficient cause appearing therefore, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and

**ORDERED** that the settlement is **APPROVED**; and

**ORDERED** that the Clerk's office shall immediately pay the sum of **$434,032.48** directly to Citizens Bank, N.A. from the Insurance Proceeds (as defined in the Motion); and

#1939303v1

**ORDERED** that the remaining Insurance Proceeds shall continue held in escrow by the Clerk's office pending this Court's further determination of disbursement.

**Date: February 27, 2024**

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer

#1939303v1