IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| TRI-STATE PAPER, INC. : | Chapter 11 |
|       Debtor : | Case No. 23-13237-pmm |
| : | |
| _____ : | |

## CERTIFICATE OF SERVICE

      I, Joshua B. Ladov, Esquire, counsel Penn Jersey Paper Co., hereby certify that I have this date, the 1st day of March, 2024, served a copy of the Reply to Debtor's Response to Penn Jerseys Paper Co.'s Motion to Have Proof of Claim Filed Out of Time Deemed Timely Filed Pursuant to F.R.B.P. 9006(b)(1) with Notice of Motion on the following persons via ECF:

Michael L. Assad, Esquire
Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*Counsel for Debtor*

Richard E. Furtek, Esquire
Furtek & Associates, LLC
Subchapter V Trustee
101 Lindenwood Dr., Suite 225
Malvern, PA 19355
*Trustee*

United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320

This document has been filed electronically and is available for viewing and downloading from the ECF System.

                                                            /s/ Joshua B. Ladov
                                           JOSHUA B. LADOV, ESQUIRE
                                           LADOV LAW FIRM, P.C.
                                           JEFFERSON CENTER
                                           1101 MARKET STREET, SUITE 2820
                                           PHILADELPHIA, PA  19107-2993
                                           267-687-8855
                                           jladov@ladovlaw.com