# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Tri-State Paper, Inc.,<br><br>　　　　　Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |

### Debtor's Motion to Extend Deadline for Plan Voting

**AND NOW**, Debtor Tri-State Paper, Inc., by and through its attorney, moves this Court for entry of an order extending the deadline for plan voting.

The Court previously set Wednesday, March 6, 2024, as the last day for creditors to submit ballots accepting or rejecting the Debtor's plan. ECF No. 156. However, most creditors eligible to vote have not yet submitted their ballots. Accordingly, the Debtor requests that the Court enter an order extending the deadline to Wednesday, March 20, 2024.

**NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in its favor as may be necessary and proper under the law.

Date: March 5, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com