**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | |

**Order Granting Debtor's Motion**
**to Extend Deadline for Plan Voting**

**AND NOW**, upon consideration of the Debtor's Motion to Extend Deadline for Plan Voting, with proper service and for good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The deadline for submitting acceptances or rejections of the Debtor's plan of reorganization is **EXTENDED** to Wednesday, March 20, 2024.

3. The deadline for a secured creditor to make an election under 11 U.S.C. §1111(b)(2) is **EXTENDED** to Wednesday, March 20, 2024.

4. The deadline for filing and serving written objections to confirmation of the Debtor's plan of reorganization pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1) is **EXTENDED** to Wednesday, March 20, 2024.

5. The Court will hold a hearing on confirmation of the Debtor's plan of reorganization on Wednesday, March 27, 2024, at 9:30 a.m. in the United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, Courtroom 1, 900 Market St., Philadelphia, Pennsylvania, 19107.

Date:

Patricia M. Mayer
U.S. Bankruptcy Judge