# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Tri-State Paper, Inc.,

            Debtor.

Case No. 23-13237-pmm

Chapter 11

**Certificate of Service**

    I certify that on this date I caused the Debtor's Motion to Extend Deadline for Plan Voting to be served on all parties on the Clerk's service list through the CM/ECF system.

Date: March 5, 2024

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com