# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | ) ) ) **CHAPTER 11** |
| **Tri-State Paper, Inc.,** | ) ) ) Case No. 23-13237 (PMM) |
| **Debtor.** | ) ) |

## CERTIFICATE OF SERVICE

I, Lawrence J. Kotler, Esquire, certify that I am not less than 18 years of age, and that on the 6th of March, 2024, true and correct copies of the following documents were filed electronically with this Court:

1. Objection to the Debtor's Subchapter V Plan of Liquidation; and

2. the within Certificate of Service.

Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. In addition, the persons identified on the attached service list were served via first class mail, postage prepaid.

Under penalty of perjury, I declare that the foregoing is true and correct.


Dated: March 6, 2024                    */s/ Lawrence J. Kotler*
                                        Lawrence J. Kotler, Esquire

## SERVICE LIST

Dave P. Adams
DOJ-Ust
Robert N.C. Nix, Sr. Federal Building
900 Market Street
Philadelphia, PA 19107

Richard E. Furtek
Furtek & Associates, LLC.
Subchapter V Trustee
101 Lindenwood Drive, Suite 225
Malvern, PA 19355

Tri-State Paper, Inc.
149 E Church Street
Blackwood, NJ 08012-3904

Michael I. Assad
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102