**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | Bky. No. 23-13237 (PMM) |

### AMENDED ORDER GRANTING DEBTOR'S MOTION TO WITHDRAW FUNDS FROM THE COURT REGISTRY

**AND NOW,** upon consideration of the Debtor's Motion to Withdraw Funds (doc. #162) from the Court Registry, it is hereby **ordered** that:

1) The Motion is **granted**;

2) The Clerk must pay $33,967.65 to Young Adjustment Company Inc. from the funds on deposit in the Court registry;

3) The Clerk must pay the balance of the funds, including any accrued interest, to the Debtor; and

4) The payments described above must be made on or before March 15, 2024.

Date:  3/6/24

*Patricia M. Mayer*
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**