# Exhibit B

## Debtor's Original Schedules and SOFA

**Fill in this information to identify the case:**

Debtor Name **Tri-State Paper, Inc.**

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**
(State)

Case number (If known): **23-13237-pmm**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | William Penn Bank | Checking account | 0 6 4 5 | $2,937.05 |
| 3.2. | Citizens Bank | Checking account | 4 3 3 5 | $43,032.10 |
| 3.3. | Citizens Bank | Checking account | 5 7 5 9 | $9.77 |
| 3.4. | Citizens Bank | Checking account | 5 2 3 4 | $20,217.52 |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$66,196.44**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

Debtor    **Tri-State Paper, Inc.**                                    Case number *(if known)* **23-13237-pmm**

Name

---

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____    _____

   7.2 _____    _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____    _____

   8.2 _____    _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.    _____

---

**Part 3:**    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                                        Current value of
                                                        debtor's interest

11. **Accounts receivable**

    11a. 90 days old or less:    **$200,000.00** - **$0.00** =....➔    **$200,000.00**
                                 face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:       **$500,000.00** - **$200,000.00** =....➔    **$300,000.00**
                                 face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    **$500,000.00**

---

**Part 4:**    Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                        Valuation method used    Current value of
                                                        for current value        debtor's interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____    _____    _____

    14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of
                                             ownership:

    15.1 _____    _____    _____

---

Debtor    **Tri-State Paper, Inc.**
          Name

Case number *(if known)* **23-13237-pmm**

---

15.2. _____

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____

16.2 _____

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| |
|---|

---

**Part 5:    Inventory, excluding agriculture assets**

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| Various paper products. | MM / DD / YYYY | unknown | estimate | $250,000.00 |
| **20.** **Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| **22.** **Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $250,000.00 |
|---|

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

---

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    page **3**

Debtor    **Tri-State Paper, Inc.**
_____

Name

Case number *(if known)* **23-13237-pmm**

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment: and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor    **Tri-State Paper, Inc.**                                    Case number *(if known)*  **23-13237-pmm**
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| Various used furniture. | unknown | estimate | $1,000.00 |
| **40.** **Office fixtures** | | | |
| | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Various used office equipment. | unknown | estimate | $1,500.00 |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

**43.** **Total of Part 7**
Add lines 39 through 42. Copy the total to line 86.                                             $2,500.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2013 Ford E150 / VIN: 1FTNE1EW3DDB11201** | unknown | estimate | $10,000.00 |
| 47.2 **2020 Chevrolet Box Truck** | unknown | estimate | $40,000.00 |
| **48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |

Official Form 206A/B                    **Schedule A/B: Assets — Real and Personal Property**                    page 5

| Debtor | **Tri-State Paper, Inc.** | | Case number *(if known)*  **23-13237-pmm** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| | 48.2 _____ | | _____ | _____ | _____ |
| 49. | **Aircraft and accessories** | | | | |
| | 49.1 _____ | | _____ | _____ | _____ |
| | 49.2 _____ | | _____ | _____ | _____ |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | | |
| | _____ | | _____ | _____ | _____ |

51. **Total of Part 8**

   Add lines 47 through 50. Copy the total to line 87.

   **$50,000.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☑ No

   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| **Part 9:** | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.

   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **4500-4520 N 3rd St Philadelphia, PA 19140-1502** | **Fee Simple** | **unknown** | **City Assessment** | **$853,600.00** |
| 55.2 **2044 E Clementine St Philadelphia, PA 19134-3819** | **Fee Simple** | **unknown** | **City Assessment** | **$115,000.00** |

56. **Total of Part 9**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   **$968,600.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☑ No

   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| **Part 10:** | Intangibles and intellectual property |
|---|---|

| Debtor | Tri-State Paper, Inc. | Case number *(if known)* 23-13237-pmm |
|---|---|---|
| | Name | |

---

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| **61.** **Internet domain names and websites** | | | |
| tri-statepaperco.com | unknown | estimate | $8.00 |
| **62.** **Licenses, franchises, and royalties** | | | |
| | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| Customer information database | unknown | estimate | $2,000.00 |
| **64.** **Other intangibles, or intellectual property** | | | |
| | | | |
| **65.** **Goodwill** | | | |
| | | | |

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| | $2,008.00 |
|---|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

Debtor     **Tri-State Paper, Inc.**                                          Case number *(if known)* **23-13237-pmm**

Name

---

71.  **Notes receivable**

Description (include name of obligor)

_____     _____  –  _____  = ➜     _____
                                             Total face amount        doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____     Tax year _____     _____

_____     Tax year _____     _____

_____     Tax year _____     _____

73.  **Interests in insurance policies or annuities**

_____                              _____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

 Fraudulent transfer of funds by Tyquil Shoemake                              $18,900.00

**Nature of claim**          Fraud

**Amount requested**          $18,900.00

 Fraudulent transfer of funds by Monika Ramirez                              $10,700.25

**Nature of claim**          Fraud

**Amount requested**          $10,700.25

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

 Unpaid portion of claim for loss disclosed on SOFA Line 10.1                              $580,000.00

**Nature of claim**          Insurance Claim

**Amount requested**          $680,000.00

76.  **Trusts, equitable or future interests in property**

_____                              _____

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                              _____

_____                              _____

78.  **Total of Part 11**                                             | $609,600.25 |

Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor  **Tri-State Paper, Inc.**
_____
Name

Case number *(if known)* **23-13237-pmm**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $66,196.44 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $500,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $250,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $50,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................... ➡ | | $968,600.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,008.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $609,600.25 | |
| 91. **Total.** *Add lines 80 through 90 for each column.*............91a. | $1,480,304.69 + 91b. | $968,600.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................ | | $2,448,904.69 |

Fill in this information to identify the case:

Debtor name    Tri-State Paper, Inc.

United States Bankruptcy Court for the:    Eastern    District of    Pennsylvania
                                                                   (State)

Case number (if known):    23-13237-pmm

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Citizens Bank, N.A.<br><br>**Creditor's mailing address**<br>Attn: Bankruptcy<br>1 Citizens Bank Way<br>Johnston, RI 02919-1922<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** __ __ __ __<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor, and its relative priority.<br>**1) Citizens Bank, N.A.**; 2) City of Philadelphia; 3) Pennsylvania Department of Revenue | **Describe debtor's property that is subject to a lien**<br>4500-4520 N 3rd St Philadelphia, PA 19140-1502<br><br>**Describe the lien**<br>Mortgage<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | $436,624.72 | $853,600.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $473,833.82

Debtor    Tri-State Paper, Inc.        Case number (if known) _23-13237-pmm_
   Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A: **Amount of claim** Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

**2.2** **Creditor's name**

City of Philadelphia

**Creditor's mailing address**

Municipal Services Building

1401 John F Kennedy Blvd 5th Floor

Philadelphia, PA 19102-1640

**Creditor's email address, if known**

_____

**Date debt was incurred**   01/28/2023

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

 ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

 ☑ Yes. The relative priority of creditors is specified on lines _2.1_

**Describe debtor's property that is subject to a lien**

4500-4520 N 3rd St Philadelphia, PA 19140-1502

**Describe the lien**

Property Taxes

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Column A: $22,674.52

Column B: $853,600.00

Debtor    Tri-State Paper, Inc.

Name

Case number (if known)  23-13237-pmm

---

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.3 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $14,534.58 | $853,600.00 |
|---|---|---|---|---|

Pennsylvania Department of Revenue

4500-4520 N 3rd St Philadelphia, PA 19140-1502

**Creditor's mailing address**

Bankruptcy Division

1 Revenue Pl

Harrisburg, PA 17129-0001

**Describe the lien**

Business Taxes

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**    09/15/2023

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☑ Yes. The relative priority of creditors is specified on lines  2.1

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Tri-State Paper, Inc. |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania |
| Case number (if known): | 23-13237-pmm |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.   Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$88.85** | **$88.85** |
|---|---|---|---|
| City of Philadelphia | ☐ Contingent | | |
| Municipal Services Building | ☑ Unliquidated | | |
| 1401 John F Kennedy Fl 5 | ☐ Disputed | | |
| Philadelphia, PA 19102-1617 | Basis for the Claim: | | |
| Date or dates debt was incurred | _____ | | |
| | Is the claim subject to offset? | | |
| | ☑ No | | |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | | | |

| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** | **$55,000.00** |
|---|---|---|---|
| Pennsylvania Department of Revenue | ☐ Contingent | | |
| Bankruptcy Division | ☑ Unliquidated | | |
| 1 Revenue Pl | ☐ Disputed | | |
| Harrisburg, PA 17129-0001 | Basis for the Claim: | | |
| Date or dates debt was incurred | Taxes | | |
| _____ | Is the claim subject to offset? | | |
| | ☑ No | | |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | | | |

| Debtor | Tri-State Paper, Inc. | | Case number *(if known)* | 23-13237-pmm |
|---|---|---|---|---|
| | Name | | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

ABC Label & Pkg. Supplies Corp. Inc.

3708 Ironwood Pl

Landover, MD 20785-2333

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Goods Sold

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: unknown

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.2** Nonpriority creditor's name and mailing address

Agio Group Inc.

26587 Corporate Ave

Hayward, CA 94545-3920

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Goods Sold

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: unknown

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.3** Nonpriority creditor's name and mailing address

Airgas USA, LLC

6055 Rockside Woods Blvd N

Independence, OH 44131-2301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Goods Sold

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: $606.28

Date or dates debt was incurred _____

Last 4 digits of account number  4  1  6  4

---

**3.4** Nonpriority creditor's name and mailing address

Amazon.com, Inc.

440 Terry Ave N

Seattle, WA 98109-5210

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Goods Sold

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: unknown

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | Tri-State Paper, Inc. | Case number *(if known)* | 23-13237-pmm |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.5 Nonpriority creditor's name and mailing address**

Amerisan

1 Chelsea Pkwy Ste 101-102

Boothwyn, PA 19061-1307

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6 Nonpriority creditor's name and mailing address**

Anchor Packaging LLC

13515 Barrett Parkway Dr

Ballwin, MO 63021-5806

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7 Nonpriority creditor's name and mailing address**

Arrow Fastener Co., LLC

271 Mayhill St

Saddle Brook, NJ 07663-5303

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8 Nonpriority creditor's name and mailing address**

Berk International, LLC

400 E 2nd St

Boyertown, PA 19512-1603

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $7,300.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Tri-State Paper, Inc. | Case number *(if known)* | 23-13237-pmm |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

**3.9** Nonpriority creditor's name and mailing address

Britevision VBG LLC

100 Simplex Dr

Westminster, MA 01473-1482

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Goods Sold

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Brown Paper Goods Co.

3530 Birchwood Dr

Waukegan, IL 60085-8334

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Goods Sold

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Bunzl Distribution USA, LLC

1 Cityplace Dr Ste 200

Saint Louis, MO 63141-7067

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Goods Sold

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

Camden Bag & Paper Co.

200 Connecticut Dr

Burlngtn Twp, NJ 08016-4106

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:    $25,749.23
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Goods Sold

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Tri-State Paper, Inc.**

Name

Case number *(if known)*    **23-13237-pmm**

---

**Part 2:** Additional Page

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Carbonite**

**2 Avenue De Lafayette**

**Boston, MA 02111-1750**

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Services Performed

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,035.06 |
|---|---|---|---|

**Cartec Inc.**

**106 Powder Mill Rd**

**Collinsville, CT 06019-3547**

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6   0   0   2

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Cassidy Insurance Associates, Inc.**

**407 E Lincoln Hwy**

**Exton, PA 19341-2732**

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Services Performed

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Cee D., Inc.**

**704 Ramsey Ave**

**Hillside, NJ 07205-1034**

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | Tri-State Paper, Inc. | | Case number *(if known)* | 23-13237-pmm |
|---|---|---|---|---|
| | Name | | | |

---

### Part 2: Additional Page

---

**3.17** | **Nonpriority creditor's name and mailing address**
Cellucap Manufacturing

4626 N 15th St

Philadelphia, PA 19140-1109

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**      unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**
CleanCo Ventures Inc.

1207 Delaware Ave # 1335

Wilmington, DE 19806-4743

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**      unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**
Comcast

1701 John F Kennedy Blvd

Philadelphia, PA 19103-2838

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**      unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Services Performed

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**
Commercial Micro-Systems, Inc.

3525 Old Conejo Rd Ste 110

Newbury Park, CA 91320-2198

Date or dates debt was incurred _____

Last 4 digits of account number   T  1  0  0

**As of the petition filing date, the claim is:**      unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Tri-State Paper, Inc. | | Case number *(if known)* | 23-13237-pmm |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.21** Nonpriority creditor's name and mailing address

CrystalWare LLC

600 James St

Lakewood, NJ 08701-4023

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $12,615.50
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

Dart Container Corporation

500 Hogsback Rd

Mason, MI 48854-8523

Date or dates debt was incurred _____

Last 4 digits of account number  2  4  5  0

**As of the petition filing date, the claim is:** $1,063.00
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

DOT Compliance Group LLC

3180 Park Center Dr

Tyler, TX 75701-8482

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $599.00
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Services Performed

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Dubin Paper Co.

1910 S Columbus Blvd

Philadelphia, PA 19148-2820

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | **Tri-State Paper, Inc.** | | Case number *(if known)* | **23-13237-pmm** |
|---|---|---|---|---|
| | Name | | | |

---

### Part 2: Additional Page

**3.25**

**Nonpriority creditor's name and mailing address**

Dynamite Pest Control

279 S 52nd St

Philadelphia, PA 19139-4108

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $135.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Services Performed

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26**

**Nonpriority creditor's name and mailing address**

Ecopax

3600 Glover Rd

Easton, PA 18040-9203

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $32,203.59
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.27**

**Nonpriority creditor's name and mailing address**

Edwards Councilor Company Inc.

1427 Baker Rd

Virginia Bch, VA 23455-3321

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $1,882.75
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28**

**Nonpriority creditor's name and mailing address**

Elevator Constuction & Repair Co. Inc.

2040 Bennett Rd

Philadelphia, PA 19116-3020

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Services Performed

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Tri-State Paper, Inc. | | Case number *(if known)* | 23-13237-pmm |
|--------|------------------------|--|---------------------------|--------------|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.29** Nonpriority creditor's name and mailing address

Elkay Plastics Co., Inc.

6000 Sheila St

Commerce, CA 90040-2405

Date or dates debt was incurred    07/13/2023

Last 4 digits of account number    6  9  0  1

**As of the petition filing date, the claim is:**    $8,276.07
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address

FancyHeat Corporation

40 Veronica Ave

Somerset, NJ 08873-3417

Date or dates debt was incurred    _____

Last 4 digits of account number    2  7  7  0

**As of the petition filing date, the claim is:**    $9,295.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address

Ferraro Foods

287 S Randolphville Rd

Piscataway, NJ 08854-3806

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $25,484.30
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.32** Nonpriority creditor's name and mailing address

Fineline Settings

135 Crotty Rd Ste 1

Middletown, NY 10941-4071

Date or dates debt was incurred    _____

Last 4 digits of account number    1  0  0  8

**As of the petition filing date, the claim is:**    $19,782.60
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Tri-State Paper, Inc. | Case number *(if known)* | 23-13237-pmm |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.33** Nonpriority creditor's name and mailing address

Freeport Paper Industries, Inc.

120 Windsor Pl

Central Islip, NY 11722-3331

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: Goods Sold

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

**3.34** Nonpriority creditor's name and mailing address

General Plastics, Inc.

2609 W Mill Rd

Milwaukee, WI 53209-3211

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: Goods Sold

Is the claim subject to offset?
- [x] No
- [ ] Yes

$2,848.00

---

**3.35** Nonpriority creditor's name and mailing address

Handy Wacks Corporation

100 E Averill St

Sparta, MI 49345-1516

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: Goods Sold

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

**3.36** Nonpriority creditor's name and mailing address

HotPack Global

5100 E La Palma Ave Ste 118

Anaheim, CA 92807-2081

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Goods Sold

Is the claim subject to offset?
- [x] No
- [ ] Yes

$4,422.10

| Debtor | Tri-State Paper, Inc. | Case number *(if known)* | 23-13237-pmm |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

**3.37** Nonpriority creditor's name and mailing address

Iconex LLC

3237 Satellite Blvd Ste 550

Duluth, GA 30096-2305

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    $10,762.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Goods Sold

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address

Imperial Bag & Paper Co LLC

255 Route 1 & 9

Jersey City, NJ 07306

Date or dates debt was incurred    05/24/2023

Last 4 digits of account number    1 __ 0 __ 6 __ 9

As of the petition filing date, the claim is:    $50,812.69
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Goods Sold

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address

Indigo Inc.

600 Prospect Ave

Piscataway, NJ 08854-1414

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Goods Sold

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address

Inno-Pak

100 Founders Ct

Delaware, OH 43015-4460

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Goods Sold

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Tri-State Paper, Inc. | Case number *(if known)* | 23-13237-pmm |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.41** Nonpriority creditor's name and mailing address

Innovative Designs Inc.

7490 30th Ave N

Saint Petersburg, FL 33710-2304

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is: $19,782.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.42** Nonpriority creditor's name and mailing address

Inopak LTD

500 W Main St Ste 11

Wyckoff, NJ 07481-1406

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

IPFS Corporation

3522 Thomasville Rd Ste 400

Tallahassee, FL 32309-3488

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Services Performed

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

Janico Inc.

88 Industrial Ct

Freehold, NJ 07728-8908

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Tri-State Paper, Inc. | | Case number *(if known)* | 23-13237-pmm |
|---|---|---|---|---|
| | Name | | | |

## Part 2:  Additional Page

**3.45** | **Nonpriority creditor's name and mailing address**

Kari-Out Co.

520 White Plains Rd Fl 6

Tarrytown, NY 10591-5114

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**  unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address**

Kast Distributors Inc.

424 Harding Hwy

Penns Grove, NJ 08069-2254

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**  unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address**

Kerekes Bakery & Rest. Equip. Inc.

6103 15th Ave

Brooklyn, NY 11219-5402

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**  unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address**

KIK Consumer Products

6250 N River Rd Ste 6000

Rosemont, IL 60018-4217

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**  $12,139.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Tri-State Paper, Inc. | Case number *(if known)* | 23-13237-pmm |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.49** Nonpriority creditor's name and mailing address

Laminated Industries Inc.

2000 Brunswick Ave

Linden, NJ 07036-2400

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**                    unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address

Master Supply Line, LLC

49 S Poplar St

Macungie, PA 18062-1335

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**                    unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address

Mat-Pac, Inc.

404 Candlewood Cmns

Howell, NJ 07731-2171

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**                    unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.52** Nonpriority creditor's name and mailing address

Metro Paper Industries Inc.

695 W End Ave

Carthage, NY 13619-1040

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**                    unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Tri-State Paper, Inc. | Case number (if known) | 23-13237-pmm |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">Part 2:</div> Additional Page

---

**3.53** **Nonpriority creditor's name and mailing address**

Midvale Paper Box Company, Inc.

19 Bailey St

Wilkes Barre, PA 18705-1907

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

unknown

---

**3.54** **Nonpriority creditor's name and mailing address**

Monarch Brands

11350 Norcom Rd

Philadelphia, PA 19154-2304

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$2,535.00

---

**3.55** **Nonpriority creditor's name and mailing address**

National Checking Company

899 Montreal Way

Saint Paul, MN 55102-4245

Date or dates debt was incurred _____

Last 4 digits of account number  2  8  9  0

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$1,076.00

---

**3.56** **Nonpriority creditor's name and mailing address**

Nittany Paper Mills, LLC

6395 State Route 103 N Bldg 5a

Lewistown, PA 17044-7899

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

unknown

---

| Debtor | Tri-State Paper, Inc. | Case number *(if known)* | 23-13237-pmm |
|--------|----------------------|--------------------------|--------------|
| | Name | | |

## Part 2: Additional Page

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,539.39

NorPak LLC

70 Blanchard St

Newark, NJ 07105-6819

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   6   5   1   6

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,715.00

Oliver Fire Protection & Security

501 Feheley Dr

Kng of Prussa, PA 19406-2611

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Services Performed

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __   __   __   __

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $138,968.00

Packaging Corporation of America

1 N Field Ct

Lake Forest, IL 60045-4810

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __   __   __   __

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,890.02

Paper Enterprises, Inc.

c/o Euler Hermes N. A. Insurance Co.

800 Red Brook Blvd # 400C

Owings Mills, MD 21117-5173

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   2   1   0   1

| Debtor | Tri-State Paper, Inc. | Case number *(if known)* | 23-13237-pmm |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.61** Nonpriority creditor's name and mailing address

Penn Jersey Paper Co.

9355 Blue Grass Rd

Philadelphia, PA 19114-2311

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

$70,872.99

---

**3.62** Nonpriority creditor's name and mailing address

Placon Corporation

6096 Mckee Rd

Fitchburg, WI 53719-5103

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,241.50

---

**3.63** Nonpriority creditor's name and mailing address

Plastirun Corporation

c/o Euler Hermes N. A. Insurance Co.

800 Red Brook Blvd # 400C

Owings Mills, MD 21117-5173

Date or dates debt was incurred _____

Last 4 digits of account number _2_ _1_ _6_ _9_

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,697.19

---

**3.64** Nonpriority creditor's name and mailing address

Poly Plastics Products of Pennsylvania Inc.

PO Box 220

Delano, PA 18220-0220

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,005.81

---

| Debtor | Tri-State Paper, Inc. | Case number *(if known)* | 23-13237-pmm |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.65

**Nonpriority creditor's name and mailing address**

PowWeb

5335 Gate Pkwy

Jacksonville, FL 32256-3070

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Services Performed

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.66

**Nonpriority creditor's name and mailing address**

Primepak

120 N State Rt 17 Ste 205

Paramus, NJ 07652-2837

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.67

**Nonpriority creditor's name and mailing address**

ProAmpac

12025 Tricon Rd

Cincinnati, OH 45246-1719

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.68

**Nonpriority creditor's name and mailing address**

Pro-Stat, Inc.

285 Pierce St

Somerset, NJ 08873-1261

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,030.00

---

| Debtor | Tri-State Paper, Inc. | Case number *(if known)* | 23-13237-pmm |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.69** **Nonpriority creditor's name and mailing address**

Quality Carton and Converting, LLC

175 Ward Hill Ave

Bradford, MA 01835-6960

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.70** **Nonpriority creditor's name and mailing address**

Ridgway Industries, Inc.

60 Walnut St # 4

Marcus Hook, PA 19061

**Date or dates debt was incurred** _____

**Last 4 digits of account number** I S T A

**As of the petition filing date, the claim is:** **$1,998.15**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.71** **Nonpriority creditor's name and mailing address**

RJ Schinner Co., Inc.

N89W14700 Patrita Dr

Menomonee Fls, WI 53051-2365

**Date or dates debt was incurred** 09/20/2023

**Last 4 digits of account number** 5 4 5 5

**As of the petition filing date, the claim is:** **$4,339.10**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.72** **Nonpriority creditor's name and mailing address**

Sam's West, Inc.

2101 SE Simple Savings Dr

Bentonville, AR 72712-4304

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Tri-State Paper, Inc.** | | Case number *(if known)* | **23-13237-pmm** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.73** **Nonpriority creditor's name and mailing address**

Samseng Tissue Co.

122 Kissel Rd Ste 300

Burlington, NJ 08016-4225

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**    $5,144.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.74** **Nonpriority creditor's name and mailing address**

Sandt Products

1828 William Penn Way Ste 102

Lancaster, PA 17601-6703

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 2 0 2 3

**As of the petition filing date, the claim is:**    $10,911.90
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.75** **Nonpriority creditor's name and mailing address**

Sanfacon Virgina Inc.

18097 US Highway 501

PO Box 600

Brookneal, VA 24528-0600

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**    unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.76** **Nonpriority creditor's name and mailing address**

Screen Gems, Inc.

2927 W Thompson St

Philadelphia, PA 19121-4547

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**    unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Tri-State Paper, Inc. | Case number *(if known)* | 23-13237-pmm |
|--------|----------------------|--------------------------|--------------|
|        | Name                 |                          |              |

## Part 2: Additional Page

---

**3.77** **Nonpriority creditor's name and mailing address**

Shamrock Industries Sales

774 Haunted Ln

Bensalem, PA 19020

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**            unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.78** **Nonpriority creditor's name and mailing address**

Sheppard Enterprises, Inc.

571 Hollow Rd

Phoenixville, PA 19460-1136

Date or dates debt was incurred _____

Last 4 digits of account number 2 9 5 7

**As of the petition filing date, the claim is:**            unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.79** **Nonpriority creditor's name and mailing address**

Sherweb

2915 Ogletown Rd # 1073

Newark, DE 19713-1927

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**            unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Services Performed

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.80** **Nonpriority creditor's name and mailing address**

Shore Manufacturing

2145 Dennis St Bldg 2

Jacksonville, FL 32204-1805

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**            unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Tri-State Paper, Inc. | Case number *(if known)* | 23-13237-pmm |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.81 Nonpriority creditor's name and mailing address**

Sigma Plastics Group

2919 Center Port Cir

Pompano Beach, FL 33064-2105

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.82 Nonpriority creditor's name and mailing address**

Smart USA Inc.

1440 5th Ave

Bay Shore, NY 11706-4147

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 1 0 0 1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

**$14,338.00**

---

**3.83 Nonpriority creditor's name and mailing address**

Source Direct Inc.

2200 Garry Rd Ste 3

Cinnaminson, NJ 08077-2595

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,566.16**

---

**3.84 Nonpriority creditor's name and mailing address**

Southern Champion Tray L.P.

220 Compress St

Chattanooga, TN 37405-3724

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 6 3 9 2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

**$22,470.50**

| Debtor | Tri-State Paper, Inc. | | Case number *(if known)* | 23-13237-pmm |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:**  Additional Page

---

**3.85**  Nonpriority creditor's name and mailing address

Staples Inc.

500 Staples Dr

Framingham, MA 01702-4478

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**          unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.86**  Nonpriority creditor's name and mailing address

Sysco Corporation

1390 Enclave Pkwy

Houston, TX 77077-2025

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**          unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.87**  Nonpriority creditor's name and mailing address

The Ocala Group

1981 Marcus Ave

New Hyde Park, NY 11042-2060

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**          unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.88**  Nonpriority creditor's name and mailing address

The Restaurant Store, LLC

2209 Old Philadelphia Pike

Lancaster, PA 17602-3416

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**          unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Tri-State Paper, Inc. | Case number *(if known)* | 23-13237-pmm |
|--------|----------------------|--------------------------|--------------|
| | Name | | |

## Part 2: Additional Page

### 3.89 Nonpriority creditor's name and mailing address

Uni-Kem Chemicals Inc.

802 William Leigh Dr Ste 19

Tullytown, PA 19007-6306

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.90 Nonpriority creditor's name and mailing address

United Packaging Supply

102 Wharton Rd

Bristol, PA 19007-1622

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.91 Nonpriority creditor's name and mailing address

Universal Distribution LLC

96 Distribution Blvd

Edison, NJ 08817-6006

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.92 Nonpriority creditor's name and mailing address

Wellcare International Inc.

1578 Sussex Tpke

Randolph, NJ 07869-1833

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $24,065.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Tri-State Paper, Inc.** | | Case number *(if known)* | **23-13237-pmm** |
|---|---|---|---|---|
| | Name | | | |

---

### Part 2: Additional Page

**3.93** Nonpriority creditor's name and mailing address

**Western Plastics**

**41573 Dendy Pkwy**

**Temecula, CA 92590-3757**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Goods Sold

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.94** Nonpriority creditor's name and mailing address

**Westrock**

**3950 Shackleford Rd**

**Duluth, GA 30096-1858**

Date or dates debt was incurred

Last 4 digits of account number  8  2  8  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Goods Sold

Is the claim subject to offset?
☑ No
☐ Yes

$9,734.66

---

**3.95** Nonpriority creditor's name and mailing address

**X-L Plastics Inc.**

**220 Clifton Blvd**

**Clifton, NJ 07011-3645**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Goods Sold

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.96** Nonpriority creditor's name and mailing address

**Yespac, Inc.**

**260 Centennial Ave**

**Piscataway, NJ 08854-2947**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Goods Sold

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Debtor | **Tri-State Paper, Inc.** | Case number *(if known)* | **23-13237-pmm** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| **3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

Zep Inc.

600 Galleria Pkwy SE Ste 1500

Atlanta, GA 30339-5910

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods Sold

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Tri-State Paper, Inc.** | Case number *(if known)* | **23-13237-pmm** |
|---|---|---|---|
| | Name | | |

---

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$55,088.85** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$633,932.54** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$689,021.39** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Tri-State Paper, Inc. |
| United States Bankruptcy Court for the: | |
| | Eastern District of Pennsylvania |
| Case number (if known): | 23-13237-pmm    Chapter    11 |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Truck Lease | Penske Truck Leasing Co., L.P. |
| | | Contract to be REJECTED | 2675 Morgantown Rd |
| | State the term remaining | 0 months | Reading, PA 19607-9676 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Computer Services | CGPC Solutions |
| | | Contract to be REJECTED | 430 Fairmount Ave |
| | State the term remaining | 0 months | Philadelphia, PA 19123-2868 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __**Tri-State Paper, Inc.**__

United States Bankruptcy Court for the: __**Eastern**__ District of __**Pennsylvania**__
(State)

Case number (If known): __**23-13237-pmm**__

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** Mailing address | | **Name** | *Check all schedules that apply:* |
| 2.1 _____ Street _____ _____ City  State  ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ Street _____ _____ City  State  ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ Street _____ _____ City  State  ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ Street _____ _____ City  State  ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 _____ Street _____ _____ City  State  ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |

Debtor    **Tri-State Paper, Inc.**                                    Case number (if known)    **23-13237-pmm**
     Name

| Additional Page if Debtor Has More Codebtors |
|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | _____ | _____ <br> Street <br> _____ <br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Official Form 206H                **Schedule H: Codebtors**                page __2__ of __2__

**Fill in this information to identify the case:**

Debtor name _____Tri-State Paper, Inc._____

United States Bankruptcy Court for the:

_____Eastern District of Pennsylvania_____

Case number (if known): _____23-13237-pmm_____    Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*............................................................................................ | $968,600.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................... | $1,480,304.69 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................ | $2,448,904.69 |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $473,833.82 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................... | $55,088.85 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................... | + $633,932.54 |

4. **Total liabilities**.................................................................................................................... | $1,162,855.21 |
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name    Tri-State Paper, Inc.

United States Bankruptcy Court for the:

Eastern District of Pennsylvania

Case number (if known):    23-13237-pmm

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    11/20/2023          **X** /s/ John Petaccio _____
       MM/ DD/ YYYY          Signature of individual signing on behalf of debtor

                   John Petaccio
                   Printed name

                   President
                   Position or relationship to debtor

Fill in this information to identify the case:

Debtor name            Tri-State Paper, Inc.

United States Bankruptcy Court for the:
                       Eastern District of Pennsylvania

Case number (if known):        23-13237-pmm

☐ Check if this is an
    amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | $3,653,530 (est.)<br>$0.00 |
| **For prior year:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | $5,875,115.00 |
| **For the year before that:** | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | $6,297,777.00 |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |
| **For the year before that:** | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |

| Debtor | Tri-State Paper, Inc. | Case number (if known) | 23-13237-pmm |
|---|---|---|---|
| | Name | | |

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   Camden Bag & Paper Co.<br>Creditor's name<br><br>200 Connecticut Dr<br>Street<br><br><br>Burlington, NJ 08016-4106<br>City      State    ZIP Code | 10/11/2023<br><br>09/28/2023<br><br>09/11/2023<br><br>09/06/2023<br><br>09/05/2023<br><br>09/01/2023 | $35,111.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2.   Capital One Financial Corp.<br>Creditor's name<br><br>1680 Capital One Dr<br>Street<br><br>Attn: Bankruptcy<br><br>McLean, VA 22102-3407<br>City      State    ZIP Code | 10/18/2023<br><br>9/26/2023<br><br>8/21/2023<br><br>8/3/2023 | $18,065.60 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.3.   Citizens Bank N.A.<br>Creditor's name<br><br>JCA115<br>Street<br><br>1 Citizens Bank Way<br><br>Johnston, RI 02919-1922<br>City      State    ZIP Code | 08/19/2023 | $10,000.00 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.4.   Emerald Professional Protection Products<br>Creditor's name<br><br>285 Pierce St<br>Street<br><br><br>Somerset, NJ 08873-1261<br>City      State    ZIP Code | 09/05/2023 | $21,110.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.5.   Ferraro Foods<br>Creditor's name<br><br>287 S Randolphville Rd<br>Street<br><br><br>Piscataway, NJ 08854-3806<br>City      State    ZIP Code | 10/09/2023<br><br>10/04/2023<br><br>10/02/2023<br><br>09/27/2023<br><br>09/08/2023<br><br>8/28/2023 | $28,328.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Official Form 207       **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**       page **2**

Debtor    Tri-State Paper, Inc.                                    Case number (if known)    23-13237-pmm
          Name

Case 23-13237-pmm    Doc 195-2    Filed 03/06/24    Entered 03/06/24 21:53:14    Desc
Exhibit B - Debtors Original Schedules and SOFA    Page 48 of 65

| 3.6. | Imperial Bag & Paper Co LLC | 10/05/2023 | $18,354.51 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 255 Route 1 & 9 | 09/29/2023 | | ☑ Suppliers or vendors |
| | Street | | | |
| | | 09/22/2023 | | ☐ Services |
| | | 09/21/2023 | | ☐ Other _____ |
| | Jersey City, NJ 07306 | | | |
| | City          State     ZIP Code | 09/18/2023 | | |

| 3.7. | Penn Jersey Paper Co. | 10/04/2023 | $48,424.39 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 9355 Blue Grass Rd | 09/15/2023 | | ☑ Suppliers or vendors |
| | Street | | | |
| | | 09/05/2023 | | ☐ Services |
| | Philadelphia, PA 19114-2311 | 08/16/2023 | | ☐ Other _____ |
| | City          State     ZIP Code | | | |

| 3.8. | Penske Truck Leasing Co., L.P. | 09/12/2023 | $15,902.98 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 2675 Morgantown Rd | 08/15/2023 | | ☐ Suppliers or vendors |
| | Street | | | |
| | | | | ☐ Services |
| | Reading, PA 19607-9676 | | | ☑ Other Truck Lease |
| | City          State     ZIP Code | | | |

| 3.9. | Plastirun Corporation | 9/29/2023 | $11,079.64 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | c/o Euler Hermes N.A. Insurance Co. | 9/22/2023 | | ☑ Suppliers or vendors |
| | Street | | | |
| | 800 Red Brook Blvd # 400C | | | ☐ Services |
| | Owings Mills, MD 21117-5173 | | | ☐ Other _____ |
| | City          State     ZIP Code | | | |

| 3.10. | Pro-Stat, Inc. | 10/04/2023 | $18,740.00 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 285 Pierce St | 09/01/2023 | | ☑ Suppliers or vendors |
| | Street | | | |
| | | | | ☐ Services |
| | Somerset, NJ 08873-1261 | | | ☐ Other _____ |
| | City          State     ZIP Code | | | |

| 3.11. | Ridgway Industries, Inc. | 08/16/2023 | $10,142.15 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 60 Walnut St # 4 | 08/09/2023 | | ☑ Suppliers or vendors |
| | Street | | | |
| | | | | ☐ Services |
| | Marcus Hook, PA 19061 | | | ☐ Other _____ |
| | City          State     ZIP Code | | | |

| 3.12. | Sheppard Enterprises, Inc. | 10/9/2023 | $18,012.55 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 571 Hollow Rd | 9/14/2023 | | ☑ Suppliers or vendors |
| | Street | | | |
| | | 8/15/2023 | | ☐ Services |
| | Phoenixville, PA 19460-1136 | | | ☐ Other _____ |
| | City          State     ZIP Code | | | |

Debtor    Tri-State Paper, Inc.                                          Case number (if known)    23-13237-pmm
          Name

3.13.  United Financial Casualty Co.        10/3/2023        $15,447.76        ☐ Secured debt
       Creditor's name                                                        ☐ Unsecured loan repayments
       6300 Wilson Mills Rd                 9/6/2023                           ☐ Suppliers or vendors
       Street                                                                 ☑ Services
                                                                              ☐ Other _____
       Cleveland, OH 44143-2109
       City                State    ZIP Code

3.14.  Westrock                             08/17/2023       $17,675.64        ☐ Secured debt
       Creditor's name                                                        ☐ Unsecured loan repayments
       3950 Shackleford Rd                                                    ☑ Suppliers or vendors
       Street                                                                 ☐ Services
                                                                              ☐ Other _____
       Duluth, GA 30096-1858
       City                State    ZIP Code

## 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  John Petaccio<br>Creditor's name<br>149 E Church St<br>Street<br><br>Blackwood, NJ 08012-3904<br>City    State    ZIP Code | 10/23/2023 | $2,195.46 | Expense Reimbursement (Discover Card) |
| **Relationship to debtor**<br>President | | | |

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1.  _____<br>Creditor's name<br><br>Street<br><br>_____<br>City    State    ZIP Code | _____ | _____ | _____ |

Debtor    Tri-State Paper, Inc.                                    Case number (if known)    23-13237-pmm
          Name

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. | | | |
| Creditor's name | XXXX– __ __ __ __ | | |
| Street | | | |
| City                State    ZIP Code | | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Citizens Bank, N.A. v. Debtor | Mortgage Foreclosure | Philadelphia Court of Common Pleas | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | 1400 John F Kennedy Blvd | ☐ Concluded |
| | Case number | | Street | |
| | 231001237 | | Philadelphia, PA 19107-3200 | |
| | | | City            State    ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | Street | Case title | Court name and address |
| | | | Name |
| | City            State    ZIP Code | Case number | Street |
| | | | |
| | | Date of order or assignment | City            State    ZIP Code |
| | | | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

Debtor    Tri-State Paper, Inc.                                                Case number *(if known)*    23-13237-pmm
            Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|

_____

Recipient's name

_____

Street

_____

_____

City                    State    ZIP Code

**Recipient's relationship to debtor**

_____

---

| **Part 5:** | Certain Losses |
|---|---|

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. Extensive water damage to 4500 N 3rd St from a storm, which caused damage to the building, lost income, and lost inventory. | $100,000 received from insurance company on 10/19/2023 | 09/11/2023 | $680,000.00 |

---

| **Part 6:** | Certain Payments or Transfers |
|---|---|

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|------|---------------------------------------------|--------------------------------------------------|-------|-----------------------|
| | Cibik Law, P.C. | Attorney's Fee and Cost | 10/20/2023 | $40,000.00 |

**Address**

1500 Walnut Street Suite 900
Street

Philadelphia, PA 19102
City                    State    ZIP Code

**Email or website address**

mail@cibiklaw.com

**Who made the payment, if not debtor?**

_____

---

Debtor    Tri-State Paper, Inc.    Case number (if known)    23-13237-pmm
     Name

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Address | | | |
| | Street | | | |
| | | | | |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |
| | | | | |

**Part 7:**  Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street | From _____ To _____ |
| | City          State     ZIP Code | |

Debtor  Tri-State Paper, Inc.    Case number (if known)    23-13237-pmm

Name

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ |  |  |
| Facility name |  |  |
| _____ Street | Location where patient records are maintained(if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City        State    ZIP Code | _____ | Check all that apply:<br>☐ Electronically<br><br>☐ Paper |

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page 8

Debtor    Tri-State Paper, Inc.                                    Case number *(if known)*    23-13237-pmm
             Name

18.1 _____    XXXX– __ __ __ __    ☐ Checking    _____    _____

     Name

     _____                        ☐ Savings

     Street

     _____                        ☐ Money market

     _____                        ☐ Brokerage

     City            State    ZIP Code               ☐ Other

                                                     _____

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------------------------------------------|-----------------------------------|------------------------------|----------------------------|
|      | _____      | _____           | _____      | ☐ No |
|      | Name                                     |                                   |                              | |
|      | _____      | _____           | _____      | ☐ Yes |
|      | Street                                   |                                   |                              | |
|      | _____      | **Address**                       | _____      | |
|      | City            State    ZIP Code        | _____           | _____      | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|---------------------------|-----------------------------------|------------------------------|----------------------------|
|      | _____ | _____ | _____ | ☐ No |
|      | Name                      |                                   |                              | |
|      | _____ | _____ | _____ | ☐ Yes |
|      | Street                    |                                   |                              | |
|      | _____ | **Address** | _____ | |
|      | City            State    ZIP Code | _____ | | |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|--------------------------|--------------------------|------------------------------|-------|
| _____ | _____ | _____ | _____ |
| Name                     |                          |                              | |
| _____ | _____ | _____ | |
| Street                   |                          |                              | |
| _____ | | _____ | |
| City            State    ZIP Code | | _____ | |

Debtor    Tri-State Paper, Inc.                                    Case number *(if known)*    23-13237-pmm
          Name

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☑ No
    ☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | | _____ | ☐ On appeal |
| | Street _____ | _____ | ☐ Concluded |
| _____ | _____ | _____ | |
| | City         State    ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City    State    ZIP Code | City    State    ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City    State    ZIP Code | City    State    ZIP Code | | |

| Debtor | Tri-State Paper, Inc. | Case number (if known) | 23-13237-pmm |
|---|---|---|---|
| | Name | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25.    Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| _____<br>Name | | **Dates business existed** |
| _____<br>Street | | From _____  To _____ |
| _____<br>City          State      ZIP Code | | |

**26.    Books, records, and financial statements**

26a.    List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | From _____  To _____ |
| _____<br>Name | |
| _____<br>Street | |
| _____<br>City          State      ZIP Code | |

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____  To _____ |
| _____<br>Name | |
| _____<br>Street | |
| _____<br>City          State      ZIP Code | |

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

Debtor    Tri-State Paper, Inc.                                    Case number (if known)    23-13237-pmm
         Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Name | |
| Street | |
| | |
| City          State          ZIP Code | |

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| |
| City          State          ZIP Code |

**27.   Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| |
| City          State          ZIP Code |

**28.   List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Petaccio | 149 E Church St Blackwood, NJ 08012-3904 | President, Common Stock | 100.00% |

**29.   Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | |

Debtor    Tri-State Paper, Inc.                                                           Case number (if known)    23-13237-pmm
            Name

| Justino Petaccio, Sr. | Deceased | President, Common Stock | From 09/03/2021 |
| | | | To   04/09/2023 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. John Petaccio<br>Name<br><br>149 E Church St<br>Street<br><br><br>Blackwood, NJ 08012-3904<br>City          State          ZIP Code | See Continuation Sheet | Various | Compensation |
| **Relationship to debtor**<br><br>President (Since 04/09/2023) | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. Justino Petaccio, Sr.<br>Name<br>Deceased<br>Street<br><br><br>City          State          ZIP Code | $850.00<br>$2,000.00<br>$2,000.00<br>$2,000.00<br>$1,500.00 | 03/15/2023<br>01/20/2023<br>01/06/2023<br>12/23/2022<br>12/16/2022 | Compensation |
| **Relationship to debtor**<br><br>President (Until 04/09/2023) | $1,500.00<br>$1,500.00<br><br>$1,000.00<br>$1,000.00 | 12/09/2022<br>11/18/2022<br><br>11/11/2022<br>10/28/2022 | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3. John Petaccio<br>Name<br><br>149 E Church St<br>Street<br><br><br>Blackwood, NJ 08012-3904<br>City          State          ZIP Code | $15,000 (Fulton Bank)<br>$3,027 (Westlake Financial)<br>$1,000 (Teachers FCU)<br>$1,000 (Teachers FCU)<br>$3,000 (Fulton Bank) | 10/24/2023<br>10/24/2023<br>10/12/2023<br>09/12/2023<br>07/31/2023 | Payment on Personal Vehicle Loans |
| **Relationship to debtor**<br><br>President | $1,005 (Westlake Financial)<br>$1,005 (Westlake Financial)<br>$1,005 (Westlake Financial)<br>$1,005 (Westlake Financial) | 05/09/2023<br>03/21/2023<br>01/05/2023<br>11/18/2022 | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

Debtor     Tri-State Paper, Inc.                                    Case number *(if known)*     23-13237-pmm
          Name

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____11/20/2023_____
           MM/ DD/ YYYY

**X** /s/ John Petaccio _____          Printed name _____John Petaccio_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____President_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No

☑ Yes

**Tri-State Paper, Inc. — Case No. 23-13237-pmm**
**Statement of Financial Affairs Continuation Sheet for Line 30**

30.1    The following payments were made to John Petaccio within 1 year before filing this case.
The aggregate amount of all payments is $217,230.70.

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 11/04/2022 | $3,000.00 | 03/31/2023 | $3,000.00 | 07/14/2023 | $3,000.00 |
| 11/11/2022 | $1,000.00 | 03/24/2023 | $3,846.15 | 07/14/2023 | $3,000.00 |
| 11/11/2022 | $3,000.00 | 04/07/2023 | $3,000.00 | 07/21/2023 | $3,000.00 |
| 11/18/2022 | $3,000.00 | 04/14/2023 | $3,000.00 | 07/14/2023 | $3,846.15 |
| 11/23/2022 | $3,000.00 | 04/07/2023 | $3,846.15 | 07/28/2023 | $3,000.00 |
| 12/09/2022 | $3,000.00 | 04/21/2023 | $3,000.00 | 08/04/2023 | $3,000.00 |
| 12/16/2022 | $3,000.00 | 04/27/2023 | $3,000.00 | 07/28/2023 | $3,846.15 |
| 12/23/2022 | $3,000.00 | 04/21/2023 | $3,846.15 | 08/19/2023 | $3,000.00 |
| 12/30/2022 | $3,000.00 | 05/05/2023 | $3,000.00 | 08/11/2023 | $3,846.15 |
| 01/06/2023 | $3,000.00 | 05/11/2023 | $3,000.00 | 08/25/2023 | $3,000.00 |
| 01/14/2023 | $3,000.00 | 05/05/2023 | $3,846.15 | 09/01/2023 | $3,000.00 |
| 01/20/2023 | $3,000.00 | 05/19/2023 | $3,000.00 | 08/25/2023 | $3,846.15 |
| 01/27/2023 | $3,000.00 | 05/26/2023 | $3,000.00 | 09/15/2023 | $3,000.00 |
| 02/04/2023 | $3,000.00 | 05/19/2023 | $3,846.15 | 09/08/2023 | $3,846.15 |
| 02/10/2023 | $3,000.00 | 06/02/2023 | $3,000.00 | 09/22/2023 | $3,000.00 |
| 02/10/2023 | $3,846.15 | 06/09/2023 | $3,000.00 | 09/29/2023 | $3,000.00 |
| 02/24/2023 | $3,000.00 | 06/02/2023 | $3,846.15 | 09/22/2023 | $3,846.15 |
| 03/03/2023 | $3,000.00 | 06/16/2023 | $3,000.00 | 10/06/2023 | $3,000.00 |
| 02/24/2023 | $3,846.15 | 06/23/2023 | $3,000.00 | 10/13/2023 | $3,000.00 |
| 03/10/2023 | $3,000.00 | 06/16/2023 | $3,846.15 | 10/06/2023 | $3,846.15 |
| 03/17/2023 | $3,000.00 | 06/30/2023 | $3,000.00 | 10/20/2023 | $3,000.00 |
| 03/10/2023 | $3,846.15 | 07/07/2023 | $3,000.00 | 10/27/2023 | $3,000.00 |
| 03/24/2023 | $3,000.00 | 06/30/2023 | $3,846.15 | | |

# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

       Tri-State Paper, Inc.,

             Debtor.

Case No. 23-13237-pmm

Chapter 11

## Disclosure of Compensation of Attorney for Debtor

1. Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am the proposed attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

   Prior to the filing of this statement I have received.................................................. $40,000.00

   Balance due ..........................................................................................................$0.00

2. Notwithstanding the balance due listed above, additional compensation may be paid to me if approved by the court upon application after notice and opportunity for hearing.

3. Debtor was the source of the compensation paid to me.

4. Debtor is the source of compensation to be paid to me.

5. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

6. In return for the above-disclosed fee, I have agreed to render legal services for the debtor as set forth in the application to employ and the attached retainer agreement.

## Certification

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

Date: October 27, 2023

*/s/ Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

# Cibik Law

**Cibik Law, P.C.**
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

October 20, 2023

Mr. John Petaccio
Tri-State Paper, Inc.
4500 N 3rd Street
Philadelphia, PA 19140

Re:    *Bankruptcy Representation*

Dear Mr. Petaccio:

We are honored that you have selected us to represent Tri-State Paper, Inc. as insolvency and bankruptcy counsel. Our objective is to provide high quality legal services to our clients at a fair and reasonable cost. This letter agreement outlines the basis upon which we will provide legal services to you, and confirms our understanding with respect to payment of legal fees, costs and expenses incurred in conjunction with such representation.

1.    **Scope of Services; Client Duties.** You are hiring us as attorneys to represent Tri-State Paper, Inc. as bankruptcy counsel in a Chapter 11 case. We will keep you informed of the progress of your case and respond to your inquiries. You agree to be truthful with us, to cooperate, to keep us informed of any developments, to abide by this Agreement, to pay our bills, and to keep us advised of your current contact information.

2.    **Retainer.** For us to begin our representation, we require a retainer in the amount of $40,000.00, which includes the $1,738.00 filing fee. This retainer will be deposited in our attorney trust account but we may draw on it, up to its full amount, as and when we deem appropriate, subject to Court approval of post-petition fees. You agree to advance additional retainers as requested. If any portion of the amount paid is deemed not earned when paid, you grant us an attorney's lien on such funds to the extent of our fees and costs. Any unused portion of the retainer at the conclusion of our representation will be refunded to you or the party who advanced it. All payments must be in the form of a cashier's or treasurer's check or money order. Personal checks are not accepted.

3.    **Legal Fees and Billing Practices.** The Code of Professional Responsibility of the American Bar Association suggests that professional fees reflect a number of factors, including the number of attorney hours incurred, the relative experience of the attorney(s) performing the services, the difficulty of the matter, and the results obtained for the client. Our professional fees are usually determined by multiplying the actual number of hours incurred by the hourly billing rate. However, in accordance with the Code of Professional Responsibility, we reserve the right, subject to Court approval, to make upward or downward adjustments to these hourly determinations as may be appropriate given the circumstances. From time to time, our hourly billing rates will change. We will notify you of any changes in the firm's hourly rate structure. The minimum billing unit is one-tenth of an hour, and services will be recorded and billed in one-tenth of an hour increments.

We will charge you for all activities undertaken in providing legal services to you under this Agreement, including but not limited to the following: conferences, including preparation and participation; preparation and review of correspondence, e-mail and other documents; legal research and analysis; court and other appearances, including preparation and participation; and

Mr. John Petaccio
October 20, 2023
Page 2

_____

communications, including communications with you, other attorneys or persons involved with this matter, governmental agencies and any other party or person contact with whom is advisable for our representation. The legal personnel assigned to this matter may confer among themselves about the matter, as required. When they do confer, each will charge for the time expended. If more than one of our legal personnel attends a meeting, court hearing or other proceeding, each will charge for the time spent only if it is necessary in our judgment to have two or more personnel at the meeting, hearing or proceeding. We charge for waiting and travel time, both local and out of town.

Currently our hourly rates range from $200 per hour for paralegals/legal assistants to $750 for our most senior lawyers. As a senior attorney in the Firm, my hourly rate is presently $750. The hourly rate for associate attorney Michael Assad is $350. You agree to pay our fees and costs based upon our then prevailing hourly rates and charges at the time the services are rendered.

You hereby authorize the secure destruction of your file five years after it is closed, and agree that we shall have no liability for destroying any records, documents, or exhibits still in its possession and relating to this matter at the end of five years. All future work for you in other matters will be handled in accordance with this Agreement at our regular hourly rates unless otherwise agreed upon.

4.      **Costs and Other Charges.** We will incur various costs and expenses in the normal course of performing legal services under this Agreement. Costs and expenses commonly include filing and recordation fees, court reporters' fees, computer legal research, messenger and other delivery services, postage, parking and other local travel expenses, telecopying, photocopying and other reproduction costs. You agree to pay transportation, meals, lodging and all other costs of any necessary travel by our personnel. You will be charged the hourly rates for the time we spend traveling, both local and out of town. You also agree to pay for charges such as expert witness fees, title insurance fees, consultant and investigator fees, and the like. Photocopying is currently billed at $0.25 per page and motor travel at $0.75 per mile. The Chapter 11 filing fee is $1,738.00, which will be paid as part of the initial retainer.

5.      **Billing Statements.** We will send you statements indicating fees and costs incurred and their basis, any amounts applied from the retainer, and any current balance owed. The billing statement will list the professionals who worked on your matter for that billing period with their hourly billing rates. Should you have any questions concerning any statement, we encourage you to discuss them with us so that we may have an opportunity to resolve any misunderstandings in a mutually agreeable manner. Statements are due on receipt. If a statement or fee award is not paid within 30 days of billing, late fees shall accrue on the unpaid balance at the rate of one percent (1%) per month. If legal action is taken to recover any amounts due under this Agreement, you agree to pay all our costs of collection, and an attorney's fees of one-third of the total amount due, even if the proceeding is brought by a member of the Firm on the Firm's behalf.

6.      **Chapter 11 Filing.** The ultimate fees to be awarded the Firm for its representation of Client in the Chapter 11 case must be approved by the Bankruptcy Court. Interim applications for compensation and reimbursement of expenses will be filed by the Firm with the Bankruptcy Court to obtain authorization for further payment. Generally, interim applications are made on a quarterly basis, but may be submitted more or less often. You agree to pay any award of compensation upon the entry of a Court order authorizing such award.

Mr. John Petaccio
October 20, 2023
Page 3
_____

You agree that you shall perform fully and conscientiously all the statutory duties of the Debtor and Debtor in Possession under the Bankruptcy Code and shall timely comply with all reasonable requests for information or reports by the U.S. Trustee, any Creditor's Committee, and the Firm. These duties include, but are not limited to, gathering and reviewing all of the information necessary for filing a complete and accurate list of all assets, creditors, a schedule of executory contracts and unexpired leases, the Statement of Financial Affairs, and the Statement of Current Income and Expenses. Client acknowledges having received a Questionnaire assisting the Firm in completing such documents, and agrees to timely, completely, and accurately complete the Questionnaire.

7.    **Discharge and Withdrawal.** You may discharge us at any time and, once your case is filed, we may withdraw from your representation only after approval by the Court. Reasons for our withdrawal include, but are not limited to, your breach of this Agreement, your failure to pay our bills as they become due, your refusal to cooperate with us or follow our advice on a material matter, or any fact or circumstance that would render our continuing representation of you unlawful, unethical or impracticable.

When our services conclude, all unpaid charges will immediately become due and payable. At such time, we will, upon written request, deliver your file to you along with any funds or property of yours in our possession. The work product produced in the course of our representation will remain our property. Upon cessation of our active involvement in any particular matter, even if we continue to represent you in other matters, we will have no duty to inform you of future developments, deadlines or changes in the law.

8.    **Disclaimer of Guarantee; Risks.** Nothing in this Agreement should be construed as a promise or guarantee about the outcome of any matter that we are handling on your behalf. Our comments about the outcome of matters pertaining to you are expressions of opinion only. There are risks in filing for bankruptcy, including the possible liquidation or loss of property. You also understand that the bankruptcy law is subject to different interpretations and that there are inherent risks in how Courts will apply various provisions. In a Chapter 11 case you cannot dismiss your case without prior Court approval, and the case can be converted to Chapter 7 without your approval.

9.    **Entire Agreement.** This letter contains all of the terms of the agreement between us applicable to our representation and may not be modified except by a written agreement signed by both of us. There are no promises, terms, conditions or obligations applicable to our representation hereunder, except as expressly set forth in this Agreement, and the terms hereof supersede any previous oral or written agreements between us with respect to our representation hereunder.

10.    **Effective Date.** Please confirm that this letter accurately reflects our agreement, and that you understand and waive any potential conflicts of interest, by signing the duplicate copy of this Agreement and returning it to us along with your retainer amount stated above. The representation covered by this Agreement commences only upon the receipt by this office of such items.

If you have any questions concerning the provisions of this Agreement, please do not hesitate to call me. We look forward to the privilege of working with you.

Mr. John Petaccio
October 20, 2023
Page 4
_____

                                        Very truly yours,

                                        CIBIK LAW, P.C.

                                        By: _____
                                            Michael A. Cibik, Esq.

UNDERSTOOD AND AGREED TO:

/s/ John Petaccio                       October 20, 2023
Tri-State Paper, Inc.                   Date
By: John Petaccio, President