# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | Case No. 23-13237-pmm |
| TRI-STATE PAPER, INC. | : | |
|     Debtor | : | Date:   March 13, 2024 |
| | : | Time:  9:30 a.m. |
| | : | Robert N.C. Nix, Sr. Federal |
| | : | Courthouse, Courtroom 1 |

## CERTIFICATE OF SERVICE

I, Joshua B. Ladov, Esquire, counsel Penn Jersey Paper Co., hereby certify that I have this date, the 6th day of March, 2024, served a copy of the Penn Jerseys Paper Co.'s Objection to Confirmation of the Debtor's Plan of Liquidation on the following persons via ECF:

Michael L. Assad, Esquire
Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*Counsel for Debtor*

Richard E. Furtek, Esquire
Furtek & Associates, LLC
Subchapter V Trustee
101 Lindenwood Dr., Suite 225
Malvern, PA 19355
*Trustee*

United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320

This document has been filed electronically and is available for viewing and downloading from the ECF System.

    /s/ Joshua B. Ladov
JOSHUA B. LADOV, ESQUIRE
LADOV LAW FIRM, P.C.
JEFFERSON CENTER
1101 MARKET STREET, SUITE 2820
PHILADELPHIA, PA  19107-2993
267-687-8855
jladov@ladovlaw.com