# Exhibit A

## Penn Jersey Paper Co. Proof of Claim

**Fill in this information to identify the case:**

Debtor 1    Tri-State Paper, Inc.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Eastern District of Pennsylvania

Case number    23-13237

## Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Penn Jersey Paper Co.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Joshua B. Ladov, Esquire
Name

1101 Market Street, Suite 2820
Number    Street

Philadelphia    PA    19107
City    State    ZIP Code

Contact phone 2676878855

Contact email jladov@ladovlaw.com

Where should payments to the creditor be sent? (if different)

Name

Number    Street

City    State    ZIP Code

Contact phone

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

Official Form 410    Proof of Claim    page 1

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __7__ __0__ __2__ __2__

---

**7. How much is the claim?**   $ _____ 70,872.99 . Does this amount include interest or other charges?

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Goods sold (See attached invoices) _____

---

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:  $ _____

Amount of the claim that is secured:  $ _____

Amount of the claim that is unsecured:  $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:  $ _____

Annual Interest Rate (when case was filed) _____%

☐ Fixed

☐ Variable

---

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.  $ _____

---

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

---

| | | |
|---|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. *Check one:* | **Amount entitled to priority** |

| | |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:   Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  02/08/2024
                  MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| | |
|---|---|
| Name | Joshua B. Ladov |
| | First name          Middle name                    Last name |
| Title | Esquire |
| Company | Ladov Law Firm, P.C. |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 1101 Market Street, Suite 2820 |
| | Number          Street |
| | Philadelphia, PA 19107 |
| | City                              State        ZIP Code |
| Contact phone | 2676878855 |
| Email | jladov@ladovlaw.com |

# STATEMENT



An Envoy Solutions Company

**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

**CUST ACCT NO:47022**

TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

**CONTACT: Maria Pichardo**
PH:800-992-3430 Ext 204
EMAIL:mpichardo@pjponline.com

| OPEN AMOUNT | 1-44 DAYS | 45-59 DAYS | 60-89 DAYS | 90-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|---|
| $70,872.99 | $29,587.56 | $5,463.93 | $36,675.89 | $0.00 | ($854.39) |

| Transaction Date | Invoice | Purchase Order | Open Amount | 1-44 Days | 45-59 Days | 60-89 Days | 90-120 Days | Over 120 Days |
|---|---|---|---|---|---|---|---|---|
| 3-6-2023 | | | ($854.39) | $0.00 | $0.00 | $0.00 | $0.00 | ($854.39) |
| 8-8-2023 | 01149819 | 402833 | $5,823.62 | $0.00 | $0.00 | $5,823.62 | $0.00 | $0.00 |
| 8-9-2023 | SCV-092131 | 402833 | ($390.40) | $0.00 | $0.00 | ($390.40) | $0.00 | $0.00 |
| 8-18-2023 | 01158233 | JOHN P. | $11,520.20 | $0.00 | $0.00 | $11,520.20 | $0.00 | $0.00 |
| 8-22-2023 | 01160275 | | $1,882.40 | $0.00 | $0.00 | $1,882.40 | $0.00 | $0.00 |
| 8-24-2023 | 01162298 | | $6,109.02 | $0.00 | $0.00 | $6,109.02 | $0.00 | $0.00 |
| 8-26-2023 | SCV-093043 | | ($442.60) | $0.00 | $0.00 | ($442.60) | $0.00 | $0.00 |
| 8-30-2023 | 01166401 | 402905 | $8,279.15 | $0.00 | $0.00 | $8,279.15 | $0.00 | $0.00 |
| 8-31-2023 | SCV-093399 | 402905 | ($1,528.03) | $0.00 | $0.00 | ($1,528.03) | $0.00 | $0.00 |
| 9-2-2023 | 01169619 | | $5,422.53 | $0.00 | $0.00 | $5,422.53 | $0.00 | $0.00 |
| 9-6-2023 | 01171408 | | $148.86 | $0.00 | $148.86 | $0.00 | $0.00 | $0.00 |
| 9-7-2023 | SCV-093643 | | ($446.00) | $0.00 | ($446.00) | $0.00 | $0.00 | $0.00 |
| 9-12-2023 | 01175290 | | $5,129.14 | $0.00 | $5,129.14 | $0.00 | $0.00 | $0.00 |
| 9-13-2023 | 01176220 | | $908.55 | $0.00 | $908.55 | $0.00 | $0.00 | $0.00 |
| 9-13-2023 | 01176871 | | $86.08 | $0.00 | $86.08 | $0.00 | $0.00 | $0.00 |
| 9-14-2023 | SCV-094188 | | ($362.70) | $0.00 | ($362.70) | $0.00 | $0.00 | $0.00 |
| 9-19-2023 | 01180143 | | $5,042.44 | $5,042.44 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9-22-2023 | 01183529 | | $3,265.46 | $3,265.46 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9-28-2023 | 01187396 | | $6,389.55 | $6,389.55 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10-5-2023 | 01192414 | | $9,961.62 | $9,961.62 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10-10-2023 | 01194993 | | $4,928.49 | $4,928.49 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | $70,872.99 | $29,587.56 | $5,463.93 | $36,675.89 | $0.00 | ($854.39) |



**PJP**
An Envoy Solutions Company

**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# INVOICE

**Bill To:** TRI-STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 18140
USA

**Ship To:** TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

SO-1273903

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|------|--------|--------------|--------------|-------------|------|-----------|-------------|-------|------|
| 8-8-2023 | | 402833 | 47022 | 1 | | SO-1272401 | 01149819 | 228 | 4 |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|-------------|------------------|--------------|--------------|------------|---------|
| 9-7-2023 | Net 30 Days | Duke Misnik | 197 | | PJP-OUT |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|------------|----------|
| 316023 | C86/6T1 | CONTAINER H/L 8x8x3 CLEA RSEAL OPS | 250 | CS | 20 (2) | 20 | | $46.15 | $923.00 |
| 315239 | 00020/112 | CONTAINER CUPCAKE LAR GE SINGLE PET | 300 | CS | 2 | 2 | | $119.75 | $239.50 |
| 173252 | 173252 | STRAW JUMBO 7.75" WRAP PED CLEAR MARKETPRO | 24/500 | CS | 10 | 10 | | $49.41 | $494.10 |
| 166820 | 851631 | TOILET SEAT COVER 1/2 FO LD KLEENLINE ESSENTIALS | 20/250 | CS | 1 | 1 | | $36.68 | $36.68 |
| 166712 | 166712SS | TOWEL ROLL SURESENSE WHITE | 6/900' | CS | 10 | 10 | | $72.80 | $728.00 |
| 166309 | 10008665 | TOWEL KITCHEN 2PLY 15/9 0 PLENTY FLEX | 15/90 | CS | 48 | 48 | | $14.83 | $711.84 |
| 113709 | 205 | CONTAINER FOAM H/L 9x6x 3 1-COMP WHITE | 200 | CS | 30 | 30 | | $19.84 | $595.20 |
| 113708 | BE893 | CONTAINER FOAM H/L 8x8x 3 3-COMP U-VENT WHITE | 200 | CS | 20 | 20 | | $19.52 | $390.40 |
| 113800 | 4J6 | CONTAINER FOAM 4oz SQU AT 4J6 DART | 1000 | CS | 5 | 5 | | $29.60 | $148.00 |
| 083233 | 71012 | BAG 12LB BULWARK KRAFT | 400 | CS | 24 | 24 | | $24.00 | $576.00 |
| 063232 | 81187 | BAG 1/8.57LB TALL BBL KRA FT | 500 | CS | 5 | 5 | | $40.55 | $202.75 |
| 063223 | 70221 | BAG 20LB SHORTY HUSKY KRAFT | 400 | CS | 5 | 5 | | $29.49 | $147.45 |
| 063181 | 18424 | BAG 25LB TALL STANDARD KRAFT | 500 | CS | 12 | 12 | | $28.25 | $339.00 |

1 of 2                                                                                          01149819



**An Envoy Solutions Company**

**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-571-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4600 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|------------|----------|
| 043036 | FLOW10 | WRAP DELI 10x10.75 SENIO R LOGAN | 12/500 | CS | 5 | 5 | | $59.34 | $291.70 |
| | | | | | 2 of 2 | | | | 01149819 |



8/8/23

| MERCHANDISE TOTAL | $5,823.62 |
|-------------------|-----------|
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | $5,823.62 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-571-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



## *Where Service is First!*

## DELIVERY EXCEPTION MERCHANDISE RETURN & CREDIT FORM

### Reason Codes

*\*\*Please Select one option from both the main and sub categories*

#### Categories

☐ TD - Time of Delivery    ☐ SR - Salesman Return    ☐ RGA - Return from Previous Invoice
\*\*Walk-In    \*\* Must call into office for approval

#### Sub Categories

| Code | Description |
|------|-------------|
| TDCC | Customer Closed/Missed Time Window |
| TDD | Damaged |
| TDDUP | Duplicate Order |
| MDRTV | Manufacturer Defect – RTV |
| TDMP | Mispick |
| TDOE | Order Error |

| Code | Description |
|------|-------------|
| TDPNLW | Picked Never Left Warehouse |
| TDSFT | Found on Truck/Driver Error |
| TDSUB | Unexceptable Substitute Item |
| TDSW | Shortage found in Warehouse |
| TDTS | Truck Short |

Invoice #: 0149819    Date:

Customer Name: TCi State paper    Customer #: 402833

Contact Information:

| Item Ordered | QTY | Description | TD | SR | RGA | Sub Category | Item Shipped |
|--------------|-----|-------------|-----|-----|-----|--------------|--------------|
| 13708 | 20 | 81 8 3 Comp | | | | TDOE | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Drivers Name:    Signature:



An Envoy Solutions Company

**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# CREDIT MEMO

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|---|---|---|---|---|---|---|---|---|---|
| 8-9-2023 | | 402833 | 47022 | 1 | | SO-1273903 | SCV-092131 | | |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|---|---|---|---|---|---|
| 9-8-2023 | Net 30 Days | Duke Mlsnlk | -20 | | PJP2-CR |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 113708 | RE883 | CONTAINER FOAM H/L 8x8x 3 3-COMP U-VENT WHITE | 200 | CS | -20 | -20 | | $19.52 | -$390.40 |

1 of 1

SCV-092131

REFER TO# 01149819

| | |
|---|---|
| MERCHANDISE TOTAL | -$390.40 |
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | -$390.40 |

**Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.**

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



**An Envoy Solutions Company**

Remit To:
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI-STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER P.O. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|------|--------|---------------|--------------|-------------|------|-----------|-------------|-------|------|
| 8-18-2023 | | JOHN P. | 47022 | 1 | | SO-1281526 | 01158233 | 582 | 3 |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|-------------|------------------|--------------|--------------|------------|---------|
| 9-17-2023 | Net 30 Days | Duke Misnik | 337 | | PJP-OUT |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|-----------|----------|
| 410225 | J4106 | GLASS MIXING 16oz ARCOR OC BARWARE RIM TEMPERED | 24 | CS | 10 | 10 | | $23.79 | $237.90 |
| 360614 | 300435 | BAG 4.5x2x14 SUBMARINE HOAGIE | 1000 | CS | 10 | 4 | | $44.40 | $177.60 |
| 351819 | | CUP SOUFFLE PLASTIC 4oz CLEAR PS | | CS | 10 | 0 | | $0.00 | $0.00 |
| 351093 | KCT250JF | CUP KIDS COLD 12oz JUNGLE FRIENDS / LID & STRAW | 250 | CS | 10 | 10 | | $42.21 | $422.10 |
| 350039 | CSLUB | CLUTCH COFFEE SLEEVE K RAFT | 1000 | CS | 10 | 10 | | $31.78 | $317.80 |
| 312003 | HCP-803 | CONTAINER HVL 8" CLEAR PET BRITEPAK | 500 | CS | 10 | 10 | | $50.49 | $504.90 |
| 173672 | A916BL25 | TRAY CATER ROUND 18" PS BLACK CHECKMATE | 25 | CS | 10 | 10 | | $46.53 | $465.30 |
| 166820 | 861531 | TOILET SEAT COVER 1/2 FOLD KLEENLINE ESSENTIALS | 20/250 | CS | 3 | 3 | | $36.68 | $110.04 |
| 166323 | 89420 | TOWEL ROLL 8" ENMOTION WHITE | 6/700' | CS | 10 | 10 | | $72.20 | $722.00 |
| 166168 | 290089 | TOWEL ROLL TORK MATIC WHITE | 6/700' | CS | 10 | 10 | | $65.50 | $655.00 |
| 166025 | 12024402 | TOILET TISSUE 2PLY MINI JUMBO ROLL TORK | 12/751' | CS | 10 | 10 | | $49.13 | $491.30 |

01158233



**Remit To:**
Penn Jersey Paper Co,
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Envoy Solutions Company

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 158018 | 35419 | CLEANER MULTI-PURPOSE PINE-SOL LEMON | 3/144oz | CS | 10 | 10 | | $35.05 | $350.60 |
| 150093 | 582774/71 831 | CLEANER MULTI-PURPOSE FANTASTIK W/ BLEACH RTU | 8/32oz | CS | 10 | 2 | | $25.78 | $51.56 |
| 123068 | AIRMEDLE NPKN-5 | NAPKIN DINNER 15x15 FLAT LINEN REPLACEMENT WHITE | 1000 | CS | 10 | 10 | | $75.59 | $755.90 |
| 123068 | AIRMEDLE NPKN-5 | NAPKIN DINNER 15x15 FLAT LINEN REPLACEMENT WHITE | 1000 | CS | 10 | 10 | | $75.59 | $755.90 |
| 119405 | NFN-F434 QVF | BOX MEAL 4.5x4.5x2.88 KRAFT | 510 | CS | 10 | 10 | | $109.07 | $1,090.70 |
| 113709 | 205 | CONTAINER FOAM H/L 9x6x 8 1-COMP WHITE | 200 | CS | 30 | 30 | | $19.84 | $595.20 |
| 113049 | 9501020/L BD | LID DELI ROUND ALUR CLEAR APET | 500 | CS | 10 | 10 | | $35.69 | $356.90 |
| 113031 | | CONTAINER DELI 8oz ROUND ALUR CLEAR APET | | CS | 10 | 0 | | $0.00 | $0.00 |
| 063321 | 4120003 | BAG 12LB STANDARD WHITE | 500 | CS | 10 | 10 | | $26.24 | $262.40 |
| 063301 | 4040004 | BAG 4LB STANDARD WHITE | 500 | CS | 16 | 16 | | $12.62 | $201.92 |
| 063286 | 40036 | BAG LIQUOR QUART KRAFT | 500 | CS | 24 | 24 | | $16.29 | $390.96 |
| 063239 | 71020 | BAG 20LB TALL BULWARK KRAFT | 400 | CS | 12 | 12 | | $28.81 | $345.72 |
| 063227 | 71006 | BAG 6LB BULWARK KRAFT | 400 | CS | 12 | 12 | | $13.67 | $164.04 |
| 063181 | 18424 | BAG 25LB TALL STANDARD KRAFT | 500 | CS | 12 | 12 | | $28.25 | $339.00 |
| 063177 | 18420 | BAG 20LB TALL STANDARD KRAFT | 500 | CS | 12 | 12 | | $25.52 | $306.24 |
| 063169 | 18412 | BAG 12LB STANDARD KRAFT | 500 | CS | 12 | 12 | | $20.07 | $240.84 |
| 063151 | 18406 | BAG 6LB STANDARD KRAFT | 500 | CS | 36 | 36 | | $13.81 | $497.16 |



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Envoy Solutions Company

Hazmat Emergency # 800-456-9038

# INVOICE

**Bill To:** TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

**Ship To:** TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 063144 | 18403 | BAG 3LB STANDARD KRAFT | 500 | CS | 12 | 12 | | $10.66 | $127.92 |
| 043036 | FLOW10 | WRAP DELI 10x10.75 SENIO R LOGAN | 12/500 | CS | 10 | 10 | | $58.34 | $583.40 |
| | | | | | 3 of 3 | | | | 01158233 |



Paid
CK# 10826
$ 9184.20

| MERCHANDISE TOTAL | $11,520.20 |
|---|---|
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | $11,520.20 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and misplaced items must be reported to customer care within 24 hours of delivery to receive credit. Pictures may be requested for credit for damage.





**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Envoy Solutions Company

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER P.O. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|---|---|---|---|---|---|---|---|---|---|
| 8-22-2023 | | | 47022 | 1 | | SO-1283885 | 01160275 | 228 | 1 |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|---|---|---|---|---|---|
| 9-21-2023 | Net 30 Days | Duke Mienik | 80 | | PJP-OUT |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 113741 | 1243 | CONTAINER FOAM H/L 16x4, 5x3.2 HOAGIE WHITE | 200 | CS | 20 | 20 | | $26.20 | $524.00 |
| 113716 | RE993S | CONTAINER FOAM H/L 9x9x 3 1-COMP U-VENT WHITE | 200 | CS | 30 | 30 | | $20.78 | $623.40 |
| 113713 | 225 | CONTAINER FOAM H/L 6x6x 3 1-COMP WHITE | 500 | CS | 30 | 30 | | $24.50 | $735.00 |
| | | | | | | 1 of 1 | | | 01160275 |

| | |
|---|---|
| MERCHANDISE TOTAL | $1,882.40 |
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | $1,882.40 |

*Keith 8/22/23*

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



**An Envoy Solutions Company**

**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# INVOICE

**Bill To:** TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

**Ship To:** TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

SO-1287399

| DATE | WH NO. | CUSTOMER PO, | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|------|--------|--------------|--------------|-------------|------|-----------|-------------|-------|------|
| 8-24-2023 | | | 47022 | 1 | | SO-1286044 | 01162298 | 438 | 7 |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|-------------|------------------|--------------|--------------|------------|---------|
| 9-23-2023 | Net 30 Days | Duke Mienik | 194 | | PJP-OUT |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|-----------|----------|
| 351430 | 20J16 | CUP FOAM 20oz Tall 20J16 D ART | 500 | CS | 10 | 10 | | $35.57 | $355.70 |
| 351387 | 12J16 | CUP FOAM 12oz SQUAT 12J 16 DART | 1000 | CS | 5 | 5 | | $46.01 | $230.05 |
| 173273 | MDP-46-2 | APRON POLY 28x46 HD WHI TE | 5/100 | CS | 2 | 2 | | $51.23 | $102.46 |
| 167324 | M30472 | WIPE FOODSERVICE NO RI NSE SANITIZER FLOW-PAK | 12/72 | CS | 10 | 10 | | $55.96 | $559.60 |
| 166065 | 850171 | TOILET TISSUE 1PLY KLEEN LINE ESSENTIALS | 96/1000 | CS | 10 | 10 | | $47.84 | $478.40 |
| 163887 | 892155 | LINER 36x60 22MIC EQ NAT URAL ROLL MARKETPRO | 6/25 | CS | 20 | 20 | | $27.69 | $553.80 |
| 163885 | 892153 | LINER 43x48 16MIC EQ NAT URAL ROLL MARKETPRO | 8/25 | CS | 1 | 1 | | $25.00 | $25.00 |
| 123047 | 05177N | NAPKIN TALLFOLD JR BELL EMARQUE KRAFT | 16/500 | CS | 20 | 20 | | $22.13 | $442.60 |
| 119504 | HERO CLA MSHELL | BOX HOAGIE 11.4x3.4x2.91 KRAFT | 200 | CS | 12 | 12 | | $53.79 | $645.48 |
| 113770 | RE8888 | CONTAINER FOAM H/L 8x8x 3 1-COMP U-VENT WHITE. | 200 | CS | 30 | 30 | | $19.52 | $585.60 |
| 113031 | 9501030/R DB | CONTAINER DELI 8oz ROUN D ALUR CLEAR APET | 500 | CS | 10 | 10 | | $52.86 | $528.60 |
| 063907 | 7305-8680 | TOTE 12x6x24 16MIC WHITE GORILLA STRONG | 1000 | CS | 24 | 24 | | $33.41 | $801.84 |

*wrong*

*Item*
*Need White not Kraft*

---

1 of 2                                                                                01162298



An Bavoy Solutions Company

**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N 3RD STREET
PHILADELPHIA, PA 19140
USA

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|-----------|----------|
| 043290 | NB1824-3 0-56 | WRAP NEWS 18x24 | 30LB | CS | 40 | 40 | | $19.80 | $792.00 |
| 048114 | | LINER DRY WAX 16x16 SUB WRAP | | CS | 10 | 0 | | $0.00 | $0.00 |

|  |  |  |
|---|---|---|
|  | 2 of 2 | 01162298 |



Keith 8/24/23

| MERCHANDISE TOTAL | $6,101.33 |
|-------------------|-----------|
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $7.95 |
| TAXES | $0.00 |
| INVOICE TOTAL | $6,109.02 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



**Where Service is First!**

## DELIVERY EXCEPTION MERCHANDISE RETURN & CREDIT FORM

Reason Codes          **Please Select one option from both the main and sub categories*

Categories

☐ TD - Time of Delivery     ☐ SR - Salesman Return     ☐ RGA - Return from Previous Invoice
                              **Walk-In                  ** Must call into office for approval

Sub Categories

| Code | Description | | Code | Description |
|------|-------------|---|------|-------------|
| TDCC | Customer Closed/Missed Time Window | | TDPNLW | Picked Never Left Warehouse |
| TDD | Damaged | | TDSFT | Found on Truck/Driver Error |
| TDDUP | Duplicate Order | | TDSUB | Unexceptable Substitute Item |
| MDRTV | Manufacturer Defect - RTV | | TDSW | Shortage found in Warehouse |
| TDMP | Mispick | | TDTS | Truck Short |
| TDOE | Order Error | | | |

Invoice # _011 672 98_          Date: _8·24·2023_

Customer Name: _TRI-STATE PAPER_     Customer # _____

Contact Information) _____

| Item Ordered | QTY | Description | TD | SR | RGA | Sub Category | Item Shipped |
|--------------|-----|-------------|-----|-----|-----|--------------|--------------|
| 123047 | 20 | wrong Item | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Drivers Name: _____        Signature: _____



**An Envoy Solutions Company**

**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

**Hazmat Emergency # 800-456-9038**

# CREDIT MEMO

Bill To: TRI-STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|------|--------|--------------|--------------|-------------|------|-----------|-------------|-------|------|
| 8-26-2023 | | | 47022 | 1 | | SO-1287399 | SCV-093043 | | |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|-------------|------------------|--------------|--------------|------------|---------|
| 9-25-2023 | Net 30 Days | Duke Misnik | -20 | | PJP2-CR |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|------------|----------|
| 123047 | 05177N | NAPKIN TALLFOLD JR BELL EMARQUE KRAFT | 16/500 | CS | -20 | -20 | | $22.13 | -$442.60 |

1 of 1                                                      SCV-093043

REFER TO# 01162298

| | |
|---|---|
| MERCHANDISE TOTAL | -$442.60 |
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | -$442.60 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



**An Envoy Solutions Company**

**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# INVOICE

**Bill To:** TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

**Ship To:** TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

SO-1292616

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|------|--------|--------------|--------------|-------------|------|-----------|-------------|-------|------|
| 8-30-2023 | | 402905 | 47022 | 1 | | SO-1290291 | 01166401 | 335 | 3 |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|-------------|------------------|--------------|--------------|------------|---------|
| 9-29-2023 | Net 30 Days | Duke Mienik | 810 | | PJP-OUT |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|------------|----------|
| 360782 | 284300100 | BAG PICKLE 6.4x10 HDPE HEADER | 1000 | CS | 10 | 10 | | $25.74 | $257.40 |
| 350731 | DFL122 | LID PAPER CUP COLD 12-2 2oz X-SLOT | 1200 | CS | 25 | 25 | | $21.84 | $541.00 |
| 312053 | 4688910/CC6911 | CONTAINER H/L 6x9 PP BLACK/CLEAR CULINARY CLASSICS | 120 | CS | 10 | 10 | | $47.59 | $475.90 |
| 271370 | 6068-35NC | PAN ALUMINUM OBLONG 3 COMP MEAL TRAY 7X6 | 500 | CS | 5 | 5 wrong | | $136.75 | $683.75 |
| 271342 | FL2005 | LID FLAT 8" ROUND FOIL BOARD MARKETPRO | 500 | CS | 10 | 10 item | | $19.71 | $197.10 |
| 178960 | M510032 | TRAY CARRIER 4-CUP FLIGHT 8-32oz | 300 | CS | 5 | 5 | | $37.40 | $187.00 |
| 178229 | STRNPLUG-BK | STIRRER SPILL STOPPER STIR-N-PLUG BLACK | 200 | INP | 1 | 1 wrong item | | $13.08 | $13.08 |
| 178214 | RP147 | PICK SWORD 3.5" PLASTIC | 1000 | INP | 2 | 2 | | $7.24 | $14.48 |
| 178211 | RM115 | TOOTHPICK MINT WRAPPED | 15/1000 | CS | 5 | 3 | | $25.05 | $75.15 |
| 178210 | CF | PICK FRILL 4" ASSORTED | 10/1000 | CS | 5 | 5 | | $38.57 | $192.85 |
| 172020 | 0417 | TRAY FOOD 2LB RED PLAID | 4/250 | CS | 10 | 10 | | $29.73 | $297.30 |
| 166712 | 166712SS | TOWEL ROLL SURESENSE WHITE | 6/900' | CS | 10 | 10 | | $72.80 | $728.00 |



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

*An Envoy Solutions Company*

Hazmat Emergency # 800-456-9038
# INVOICE

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|------------|----------|
| 166309 | 10006665 | TOWEL KITCHEN 2PLY 15/9 0 PLENTY FLEX | 15/90 | CS | 48 | 48 | | $14.07 | $675.36 |
| 162860 | 714931 | LINER 24x33 6MIC NATURAL ROLL MARKETPRO | 20/50 | CS | 10 | 10 | | $22.23 | $222.30 |
| 113892 | PP206 | CONTAINER H/L 9x6 1-COM PARTMENT MFPP WHITE EC OPAX | 160 | CS | 10 | 10 | | $21.93 | $219.30 |
| 113716 | RE993S | CONTAINER FOAM H/L 9x9x 3 1-COMP L-VENT WHITE | 200 | CS | 40 | 40 *wrong item* | | $20.78 | $831.20 |
| 113709 | 205 | CONTAINER FOAM H/L 9x6x 3 1-COMP WHITE | 200 | CS | 30 | 30 | | $19.84 | $595.20 |
| 113600 | 4J6 | CONTAINER FOAM 4oz SQU AT 4J6 DART | 1000 | CS | 10 | 10 | | $29.60 | $296.00 |
| 112402 | YSD2516 | CONTAINER DELI 16oz COM BO NEWSPRING PP | 240 | CS | 20 | 20 | | $26.94 | $538.80 |
| 063233 | 71012 | BAG 12LB BULWARK KRAFT | 400 | CS | 36 | 36 | | $24.00 | $864.00 |
| 063232 | | BAG 1/8 57LB TALL BBL KRA FT | | CS | 5 | 0 | | $0.00 | $0.00 |
| 033085 | C6440P24 0PJP | BUTCHER PAPER 24" PEAC H | 1000' | RL | 5 | 6 | | $36.52 | $182.60 |
| 013360 | PJ-1863-1 500 | PALLET WRAP HAND 18" 63 -GAUGE | 4/1500' | CS | 5 | 5 | | $38.28 | $191.40 |

01166401



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-869-4767

Hazmat Emergency # 800-456-9038

# INVOICE



Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|------------|----------|
|          |         |             |         |     | 3 of 3  |         |     |            | 01168401 |



| | |
|---|---|
| MERCHANDISE TOTAL | $8,279.17 |
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | $8,279.15 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback. If we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



## *Where Service Is First!*

## DELIVERY EXCEPTION MERCHANDISE RETURN & CREDIT FORM

Reason Codes                    **please Select one option from both the main and sub categories*

**Categories**

| ☑ TD - Time of Delivery | ☐ SR - Salesman Return **Walk-In | ☐ RGA - Return from Previous Invoice ** Must call into office for approval |

**Sub Categories**

| Code | Description | | Code | Description |
|------|-------------|---|------|-------------|
| TDCC | Customer Closed/Missed Time Window | | TDPNLW | Picked Never Left Warehouse |
| TDD | Damaged | | TDSFT | Found on Truck/Driver Error |
| TDDUP | Duplicate Order | | TDSUB | Unexceptable Substitute Item |
| MDRTV | Manufacturer Defect - RTV | | TDSW | Shortage found In Warehouse |
| TDMP | Mispick | | TDTS | Truck Short |
| TDOE | Order Error | | | |

Invoice # O1166401                          Date:
Customer Name: TCi - STAte paper   Customer # 47022
Contact Information:

| Item Ordered | QTY | Description | TD | SR | RGA | Sub Category | Item Shipped |
|--------------|-----|-------------|----|----|----|--------------|--------------|
| 271276 | 5 | Oblong PAN | | | | TDOE | |
| 173229 | | Spill Stopper | | | | TDX | |
| 113926 | 40 | 9x9 cont | | | | TDOE | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Driver's Name: _____    Signature: _____



An Envoy Solutions Company

**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# CREDIT MEMO



Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|---|---|---|---|---|---|---|---|---|---|
| 8-31-2023 | | 402905 | 47022 | 1 | | SO-1292016 | SCV-093399 | | |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|---|---|---|---|---|---|
| 9-30-2023 | Net 30 Days | Duke Misnik | -46 | | PJP2-CR |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 271370 | 6068-35NC | PAN ALUMINUM OBLONG 3 COMP MEAL TRAY 7X5 | 500 | CS | -5 | -5 | | $136.75 | -$683.75 |
| 173229 | STRNPLUG-BK | STIRRER SPILL STOPPER S TIR-N-PLUG BLACK | 200 | INP | -1 | -1 | | $13.08 | -$13.08 |
| 113716 | RE993S | CONTAINER FOAM H/L 9x9x3 1-COMP U-VENT WHITE | 200 | CS | -24 | -24 | | $20.78 | -$498.72 |
| 113716 | RE993S | CONTAINER FOAM H/L 9x9x3 1-COMP U-VENT WHITE | 200 | CS | -16 | -16 | | $20.78 | -$332.48 |

1 of 1                                                                                                          SCV-093399

REFER TO# 01166401

| MERCHANDISE TOTAL | -$1,528.03 |
|---|---|
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | -$1,528.03 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



**An Envoy Solutions Company**

Remit To:
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

*1296163*

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|------|--------|--------------|--------------|-------------|------|-----------|-------------|-------|------|
| 9-2-2023 | | | 47022 | 1 | | SO-1293377 | 01169619 | 227 | 11 |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|-------------|------------------|--------------|--------------|------------|---------|
| 10-2-2023 | Net 30 Days | Duke Misnik | 165 | | PJP-OUT |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|----|---------|---------|-----|------------|----------|
| 351410 | 16J16 | CUP FOAM 16oz 16J16 DART | 1000 | CS | 5 | 5 | | $57.12 | $285.60 |
| 340155 | | PLATE FOAM 9" 3-COMPARTMENT UNLAMINATED WHITE | | CS | 5 | 0 | | $0.00 | $0.00 |
| 312043 | 4690911/CL9811 | CONTAINER H/L 9x9 PP BLACK/CLEAR CULINARY LITES | 120 | CS | 40 | 40 | | $45.08 | $1,803.20 |
| 271493 | 8900-50XX | LID ALUMINUM FOR FULL STEAM PAN SMART | 50 | CS | 20 | 20 | | $21.28 | $425.60 |
| 175013 | 175013 | CUTLERY KIT KNIFE, FORK, NAPKIN, S&P MW PP MARK ETPRO | 250 | CS | 20 | 20 | | $8.91 | $178.20 |
| 173252 | 173252 | STRAW JUMBO 7.75" WRAPPED CLEAR MARKETPRO | 24/500 | CS | 10 | 10 | | $49.41 | $494.10 |
| 167685 | RF1MB | WET NAPKIN 4x7 MOIST TOWELETTE | 1000 | CS | 10 | 10 | | $16.03 | $160.30 |
| 166124 | P200B | TOWEL MULTI-FOLD WHITE MARCAL PRO | 16/250 | CS | 10 | 10 | | $22.61 | $226.10 |
| 121080 | 175013 | NAPKIN BEVERAGE 2PLY BLACK D13 | 4/250 | CS | 20 | 20 | | $22.30 | $446.00 |
| 115602 | 115602 | CUP PAPER HOT FOOD 16oz MARKETPRO COMBO | 250 | CS | 10 | 10 | | $61.04 | $610.40 |
| 063232 | 81187 | BAG 1/8 57LB TALL BBL KRAFT | 500 | CS | 5 | 5 | | $40.55 | $202.75 |
| 054202 | 12-10047 | BAG UBI 12x20 3MIC PLAIN HDPE | 2/1000 | CS | 10 | 10 | | $31.12 | $311.20 |

*(handwritten annotations: "wrong Item", "Not on Print", "Sign", "Anjol Toirip")*

| | 1 of 2 | 01169619 |



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Envoy Solutions Company

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|------------|----------|
| 043194 | U8039103 0PS | BUTCHER STEAK PAPER 10 x30 PEACH | 1000 | CS | 5 | 5 | | $55.80 | $279.00 |
| | | | | | 2 of 2 | | | | 01169619 |

| | |
|---|---|
| MERCHANDISE TOTAL | $5,422.45 |
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | $5,422.53 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Envoy Solutions Company

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|---|---|---|---|---|---|---|---|---|---|
| 9-8-2023 | | | 47022 | 1 | | SO-1295878 | 01171408 | | |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|---|---|---|---|---|---|
| 10-8-2023 | Net 30 Days | Duke Misnik | 2 | | PICKU-CPU |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 344500 | Mt10 | PLATE PLASTIC 10.25" IMPACT WHITE | 500 | CS | 1 | 1 | | $92.28 | $92.28 |
| 112425 | L811/1257 064 | LID TUB FLAT WHITE FOR PJP #112410 | 165 | CS | 1 | 1 | | $56.58 | $56.58 |

1 of 1                                                                 01171408



| MERCHANDISE TOTAL | $148.86 |
|---|---|
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | $148.86 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback. If we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



**PJP**

An Envoy Solutions Company

Remit To:
**Penn Jersey Paper Co.**
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# CREDIT MEMO



Bill To: TRI-STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|------|--------|--------------|--------------|-------------|------|-----------|-------------|-------|------|
| 9-7-2023 | | | 47022 | 1 | | SO-1296163 | SCV-093643 | | |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|-------------|------------------|--------------|--------------|------------|---------|
| 10-7-2023 | Net 30 Days | Duke Misnik | -20 | | PJP2-CR |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|------------|----------|
| 121080 | 175013 | NAPKIN BEVERAGE 2PLY B LACK D13 | 4/250 | CS | -18 | -18 | | $22.30 | -$401.40 |
| 121080 | 175013 | NAPKIN BEVERAGE 2PLY B LACK D13 | 4/250 | CS | -2 | -2 | | $22.30 | -$44.60 |

1 of 1                                                                    SCV-093643

refer to inv #01169619

| | |
|---|---|
| MERCHANDISE TOTAL | -$446.00 |
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | -$446.00 |

**Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.**

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

*An Envoy Solutions Company*

Hazmat Emergency # 800-456-9038

# INVOICE



Bill To: TRI STATE PAPER COMPANY
4500 N. 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

*SO-1301865*

| DATE | WH NO. | CUSTOMER P.O. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|---|---|---|---|---|---|---|---|---|---|
| 9-12-2023 | | | 47022 | 1 | | SO-1299961 | 01176290 | 255 | 1 |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|---|---|---|---|---|---|
| 10-12-2023 | Net 30 Days | Duke Misnik | 140 | | PJP-OUT |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 352208 | EPET16 | CUP COLD 16oz CLEAR PET MARKETPRO | 20/50 | CS | 10 | 10 | | $45.91 | $459.10 |
| 351424 | 16SL | LID CUP 16oz SLOTTED FOR DART 16SL/20J16 | 1000 | CS | 5 | 5 | | $26.69 | $133.45 |
| 331030 | NC948B | CONTAINER VERSA 48oz ROUND BLACK W/ CLEAR LID | 150 | CS | 18 | 18 | | $44.93 | $808.74 |
| 271493 | 8900-50X | LID ALUMINUM FOR FULL STEAM PAN SMART | 50 | CS | 2 | 2 | | $21.28 | $42.56 |
| 173673 | A12PETD.M | LID CATER TRAY ROUND 12" DOME PET CLEAR CHECK MATE | 25 | CS | 15 | 15 | | $18.31 | $274.65 |
| 173671 | A912BL25 | TRAY CATER ROUND 12" PS BLACK CHECKMATE | 25 | CS | 15 | 15 | | $22.96 | $344.40 |
| 167057 | 161362 | URINAL SCREEN WAVE 3D MANGO KLEENLINE | 10 | INF | 10 | 10 5 | | $17.60 | $176.00 |
| 166712 | 166712SS | TOWEL ROLL SURESENSE WHITE | 6/800' | CS | 10 | 10 | | $72.80 | $728.00 |
| 166128 | P050B | TOWEL C-FOLD WHITE QUALITY | 16/150 | CS | 10 | 10 | | $17.91 | $179.10 |
| 113665 | 20JL | LID CUP 20oz VENTED TRANSLUCENT FOR DART | 1000 | CS | 5 | 5 | | $33.43 | $167.15 |
| 043110 | F1215NUP | WRAP DRY WAX 12x15 NUP ARCH | 5/10LB | CS | 10 | 10 | | $73.18 | $731.80 |
| 033388 | SF25 | FOIL ROLL 18x1000 SUREFOIL HEAVY | 1000' | RL | 20 | 15 | | $45.40 | $681.00 |

→ sent back

wrong item

→ only 5

| 1 of 2 | 01175290 |



An Envoy Solutions Company

**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# INVOICE



Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 033383 | SF11M | FOIL ROLL 12x1000 SUBEFO IL CITY SELECT | 1000' | RL | 25 | 15 | | $26.87 | $403.05 |
| | | | | | | 2 of 2 | | | 01175290 |

| | |
|---|---|
| MERCHANDISE TOTAL | $5,129.00 |
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | $5,129.14 |

Keith    9-12-23

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



## *Where Service is First!*

### DELIVERY EXCEPTION MERCHANDISE RETURN & CREDIT FORM

**Reason Codes**          **\*\*Please Select one option from both the main and sub categories**

**Categories**

☒ TD - Time of Delivery          ☐ SR- Salesman Return          ☐ RGA – Return from Previous Invoice
                                           **\*\*Walk-In**                         \*\* Must call into office for approval

**Sub Categories**

| Code | Description | | Code | Description |
|------|-------------|---|------|-------------|
| TDCC | Customer Closed/Missed Time Window | | TDPNLW | Picked Never Left Warehouse |
| TDD | Damaged | | TDSFT | Found on Truck/Driver Error |
| TDDUP | Duplicate Order | | TDSUB | Unexceptable Substitute Item |
| MDRTV | Manufacturer Defect - RTV | | TDSW | Shortage found in Warehouse |
| TDMP | Mispick | | TDTS | Truck Short |
| TDOE | Order Error | | | |

Invoice #: 21175290                     Date:
Customer Name: Tri - State              Customer #: 47022
Contact Information:

| Item Ordered | QTY | Description | TD | SR | RGA | Sub Category | Item Shipped |
|--------------|-----|-------------|----|----|-----|--------------|--------------|
| 173673 | 18 | TRAY | | | | TDJC | |
| 161037 | 5 | Urinal screen | | | | TDX | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Drivers Name: _____          Signature: _____



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Envoy Solutions Company

**Hazmat Emergency # 800-456-9038**

# INVOICE

**Bill To:** TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

**Ship To:** TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|---|---|---|---|---|---|---|---|---|---|
| 9-13-2023 | | | 47022 | 1 | | SO-1301409 | 01176220 | 355 | 4 |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|---|---|---|---|---|---|
| 10-13-2023 | Net 30 Days | Duke Misnik | 45 | | PJP-OUT |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 173633 | A916BL25 | TRAY CATER ROUND 16" PS BLACK CHECKMATE | 25 | CS | 15 | 15 | | $33.71 | $505.65 |
| 126910 | 2167 | NAPKIN BEVERAGE 1PLY B ELLEMARQUE WHITE | 4/1000 | CS | 30 | 30 | | $13.43 | $402.90 |

1 of 1                                                                                          01176220

| MERCHANDISE TOTAL | $908.55 |
|---|---|
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | $908.55 |

9/13/23

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|---|---|---|---|---|---|---|---|---|---|
| 9-13-2023 | | | 47022 | 1 | | SO-1301756 | 01176871 | | |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|---|---|---|---|---|---|
| 10-13-2023 | Net 30 Days | Duke Misnik | 2 | | PICKU-CPU |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 033738 | NGLINER-0588BK | CASE LINER 36" NONSKID BLACK | 80' | RL | 2 | 2 | | $43.04 | $86.08 |
| | | | | | 1 of 1 | | | | 01176871 |

9-13-23

| MERCHANDISE TOTAL | $86.08 |
|---|---|
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | $86.08 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback. If we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



An Envoy Solutions Company

**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# CREDIT MEMO

Bill To: TRI-STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|---|---|---|---|---|---|---|---|---|---|
| 9-14-2023 | | | 47022 | 1 | | SO-1301865 | SCV-094188 | | |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|---|---|---|---|---|---|
| 10-14-2023 | Net 30 Days | Duke Misnik | -20 | | PJP2-CR |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 173673 | A12PETDM | LID CATER TRAY ROUND 12 " DOME PET CLEAR CHECK MATE | 25 | CS | -15 | -15 | | $18.31 | -$274.65 |
| 167057 | 161362 | URINAL SCREEN WAVE 3D MANGO KLEENLINE | 10 | INP | -5 | -5 | | $17.60 | -$88.00 |

1 of 1                                                                 SCV-094188

REFER TO# 01175290

| | |
|---|---|
| MERCHANDISE TOTAL | -$362.65 |
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | -$362.70 |

**Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.**

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



**An Envoy Solutions Company**

Remit To:
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER P.O. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|---|---|---|---|---|---|---|---|---|---|
| 9-19-2023 | | 47022 | | 1 | | SO-1305702 | 01180143 | 251 | 5 |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|---|---|---|---|---|---|
| 10-19-2023 | Net 30 Days | Duke Mianik | 262 | | PJP-OUT |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESG | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 303022 | 500234 | DOILY 5" ROUND CAMBRIDGE LACE | 1000 | CS | 10 | 10 | | $8.82 | $88.20 |
| 303021 | 500233 | DOILY 4" ROUND CAMBRIDGE LACE | 1000 | CS | 5 | 5 | | $10.51 | $52.55 |
| 176376 | 176376 | CUTLERY FORK HEAVY WEIGHT PP WHITE MARKETPRO | 1000 | CS | 10 | 10 | | $19.44 | $194.40 |
| 176305 | 176305 | CUTLERY FORK MEDIUM WEIGHT PP WHITE MARKETPRO | 1000 | CS | 10 | 10 | | $5.63 | $56.30 |
| 113741 | 1243 | CONTAINER FOAM H/L 18x4.5x3.2 HOAGIE WHITE | 200 | CS | 30 | 30 | | $25.10 | $753.00 |
| 113716 | RE993S | CONTAINER FOAM H/L 9x9x3 1-COMP U-VENT WHITE | 200 | CS | 30 | 30 | | $19.26 | $577.80 |
| 113713 | 225 | CONTAINER FOAM H/L 6x6x3 1-COMP WHITE | 500 | CS | 30 | 30 | | $23.34 | $700.20 |
| 113709 | 205 | CONTAINER FOAM H/L 9x6x3 1-COMP WHITE | 200 | CS | 30 | 30 | | $19.06 | $571.80 |
| 063239 | 71020 | BAG 20LB TALL BULWARK KRAFT | 400 | CS | 15 | 15 | | $27.10 | $406.50 |
| 063227 | 71006 | BAG 6LB BULWARK KRAFT | 400 | CS | 12 | 12 | | $12.86 | $154.32 |
| 063181 | 18424 | BAG 25LB TALL STANDARD KRAFT | 500 | CS | 20 | 20 | | $27.17 | $543.40 |
| 063171 | 18416 | BAG 16LB STANDARD KRAF | 500 | CS | 10 | 10 | | $21.99 | $219.90 |
| 063146 | 18404 | BAG 4LB STANDARD KRAFT | 500 | CS | 15 | 15 | | $9.40 | $141.00 |
| 033381 | SF11RED | FOIL ROLL 12x1000 SUREFOIL STANDARD EQ | 1000' | RL | 25 | 25 | | $20.17 | $504.25 |

01180143



An Envoy Solutions Company

**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|------------|----------|
| 033037 | C6140B15 8PJP | BUTCHER PAPER 15" WHITE | 800' | RL | 10 | 10 | | $13.89 | $138.90 |
| | | | | | 2 of 2 | | | | 01180143 |

| | |
|---|---|
| MERCHANDISE TOTAL | $5,042.52 |
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | $5,042.44 |

Kroth 9-19-23

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback. If we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Envoy Solutions Company

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI-STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|---|---|---|---|---|---|---|---|---|---|
| 9-22-2023 | | | 47022 | 1 | | SO-1309000 | 01183529 | 553 | 2 |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|---|---|---|---|---|---|
| 10-22-2023 | Net 30 Days | Duke Misnik | 98 | | PJP-OUT |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 360514 | 300435 | BAG 4.5x2x14 SUBMARINE H OAGIE | 1000 | CS | 5 | 5 | | $44.40 | $222.00 |
| 311007 | YCI821600 000 | CONTAINER H/L 6" SENSATI ONS CLEAR OPS | 500 | CS | 12 | 12 | | $46.49 | $557.88 |
| 311006 | YCI821200 000 | CONTAINER H/L 8" SENSATI ONS CLEAR OPS. | 200 | CS | 12 | 12 | | $37.57 | $450.84 |
| 271342 | FL2005 | LID FLAT 8" ROUND FOIL BO ARD MARKETPRO | 500 | CS | 10 | 10 | | $19.71 | $197.10 |
| 271292 | | LID FLAT 7" ROUND FOIL BO ARD MARKETPRO | | CS | 10 | 0 | | $0.00 | $0.00 |
| 173229 | STRNPLU G-BK | STIRRER SPILL STOPPER S TIR-N-PLUG BLACK | 200 | INP | 2 | 2 | | $13.08 | $26.16 |
| 173214 | RP147 | PICK SWORD 3.5" PLASTIC | 1000 | INP | 10 | 8 | | $7.24 | $57.92 |
| 167685 | RF1MB | WET NAPKIN 4x7 MOIST TO WELETTE | 1000 | CS | 10 | 10 | | $16.03 | $160.30 |
| 167682 | 1114 | WIPE ALCOHOL 1x1.25 STE RILE | 20/100 | CS | 20 | 20 | | $18.83 | $376.60 |
| 113892 | PP206 | CONTAINER H/L 9x6 1-COM PARTMENT MFPP WHITE EC OPAX | 150 | CS | 5 | 5 | | $15.17 | $75.85 |
| 112425 | L811/1257 084 | LID TUB FLAT WHITE FOR P JP #112410 | 185 | CS | 7 | 7 | | $56.58 | $396.06 |

01183529



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Envoy Solutions Company

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 112410 | T811166 / 173302 | TUB 10lb PLASTIC HEAVY WHITE | 120 | CS | 7 | 7 | | $106.41 | $744.87 |
| | | | | | 2 of 2 | | | | 01183529 |



Leith 9/20/23

| MERCHANDISE TOTAL | $3,265.58 |
|---|---|
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | $3,265.46 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Envoy Solutions Company



Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER P.O. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|------|--------|---------------|--------------|-------------|------|-----------|-------------|-------|------|
| 9-28-2023 | | | 47022 | 1 | | SO-1315424 | 01187396 | 429 | 4 |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|-------------|------------------|--------------|--------------|------------|---------|
| 10-28-2023 | Net 30 Days | Duke Mienik | 249 | | PJP-OUT |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|----|---------|---------|-----|-----------|----------|
| 351387 | 12J16 | CUP FOAM 12oz SQUAT 12J 16 DART | 1000 | CS | 3 | 3 | | $46.01 | $138.03 |
| 351050 | 9502040/KC9OF | CUP COLD 9oz SQUAT KC9 OF KAL-CLEAR PET | 1000 | CS | 5 | 5 | | $67.93 | $339.65 |
| 166309 | 10006665 | TOWEL KITCHEN 2PLY 15/9 0 PLENTY FLEX | 15/90 | CS | 36 | 36 | | $14.07 | $506.52 |
| 153017 | 35418 | CLEANER MULTI-PURPOSE PINE-SOL ORIGINAL | 3/144oz | CS | 20 | 20 | | $39.49 | $789.80 |
| 113741 | 1243 | CONTAINER FOAM H/L 13x4, 5x3.2 HOAGIE WHITE | 200 | CS | 30 | 30 | | $25.10 | $753.00 |
| 113716 | RE993S | CONTAINER FOAM H/L 9x9x 3 1-COMP U-VENT WHITE | 200 | CS | 30 | 30 | | $19.26 | $577.80 |
| 113709 | 205 | CONTAINER FOAM H/L 9x6x 3 1-COMP WHITE | 200 | CS | 30 | 30 | | $19.06 | $571.80 |
| 063239 | 71020 | BAG 20LB TALL BULWARK K RAFT | 400 | CS | 15 | 15 | | $27.10 | $406.50 |
| 063233 | 71012 | BAG 12LB BULWARK KRAFT | 400 | CS | 16 | 16 | | $21.56 | $344.96 |
| 063186 | 18412 | BAG 12LB STANDARD KRAF T | 500 | CS | 16 | 16 | | $18.88 | $302.08 |
| 063103 | NK13717 | BAG SHOPPER MART 18x6.7 5x17 80LB KRAFT | 250 | CS | 10 | 10 | | $51.76 | $517.60 |
| 059681 | ZP-STORAGE-QT | BAG STORAGE QUART ZIPL OC 1.8 MIL | 500 | CS | 8 | 8 | | $11.20 | $89.60 |
| 048037 | FLOW15 | WRAP DELI 15x10.75 JUMBO LOGAN | 12/500 | CS | 10 | 10 | | $62.06 | $620.60 |

| | | | | | | 1 of 2 | | | 01187396 |



Remit To:
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
An Envoy Solutions Company PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|-----------|----------|
| 033384 | SF24RED | FOIL ROLL 18x500 SUREFOIL HEAVY EQ | 500' | RL | 20 | 20 | | $21.60 | $432.00 |
| | | | | | 2 of 2 | | | | 01187396 |

9/28/23

| MERCHANDISE TOTAL | $6,389.94 |
|-------------------|-----------|
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | $6,389.55 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



**An Envoy Solutions Company**

Remit To:
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|------|--------|--------------|--------------|-------------|------|-----------|-------------|-------|------|
| 10-5-2023 | | | 47022 | 1 | | SO-1318214 | 01192414 | 441 | 4 |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|-------------|------------------|--------------|--------------|------------|---------|
| 11-4-2023 | Net 30 Days | Duke Misnik | 295 | | PJP-OUT |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|------------|----------|
| 360762 | 234300100 | BAG PICKLE 6.4x10 HDPE HEADER | 1000 | CS | 10 | 10 | | $25.74 | $257.40 |
| 350731 | DFL122 | LID PAPER CUP COLD 12-2 2oz X-SLOT | 1200 | CS | 20 | 20 | | $21.64 | $432.80 |
| 172030 | 0425 | TRAY FOOD 3LB RED PLAID | 2/250 | CS | 15 | 15 | | $23.75 | $356.25 |
| 166112 | 850045 | TOWEL MULTI-FOLD WHITE KLEENLINE ESSENTIALS | 16/250 | CS | 10 | 10 | | $23.45 | $234.50 |
| 164741 | 64CC | SCRUBBER STAINLESS STEEL SCOTCH-BRITE | 6/12 | CS | 25 | 25 | | $27.07 | $676.75 |
| 123043 | IFN6000W | NAPKIN SNAP NAP 2PLY WHITE | 12/500 | CS | 25 | 25 | | $28.49 | $712.25 |
| 119405 | NFN-F434 QVF | BOX MEAL 4.5x4.5x2.88 KRAFT | 510 | CS | 10 | 10 | | $109.06 | $1,090.60 |
| 113716 | RE999S | CONTAINER FOAM H/L 9x9x3 1-COMP U-VENT WHITE | 200 | CS | 30 | 30 | | $19.26 | $577.80 |
| 083910 | 1367-2176 | TOTE 1/6 12x7x22 14MIC WHITE THANK YOU FOR SHOPPING | 1000 | CS | 30 | 30 | | $23.02 | $690.60 |
| 083245 | 80076 | BAG 1/6 57LB BBL KRAFT | 500 | CS | 40 | 40 | | $46.29 | $1,851.60 |
| 043651 | 043651 | CUSHION FOIL 14x16 SURE FOIL PLAIN | 1000 | CS | 30 | 30 | | $35.96 | $1,078.80 |
| 033985 | 9078-0565 | REGISTER ROLL THERMAL 3 1/8x230' BPA FREE | 50/230' | CS | 25 | 25 | | $56.25 | $1,406.25 |
| 033390 | SF15M | FOIL ROLL 18x1000 SURE FOIL CITY SELECT | 1000' | RL | 10 | 10 | | $29.34 | $293.40 |

01192414



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI-STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 033381 | SF11RED | FOIL ROLL 12x1000 SUREFO IL STANDARD EQ | 1000' | RL | 15 | 15 | | $20.17 | $302.55 |
| | | | | | 2 of 2 | | | | 01192414 |

*# 10909*

*B 4 215.18*

*Re.Uh 10/5/23*

| | |
|---|---|
| MERCHANDISE TOTAL | $9,961.55 |
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | $9,961.62 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
An Envoy Solutions Company    PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|------|--------|--------------|--------------|-------------|------|-----------|-------------|-------|------|
| 10-10-2023 | | | 47022 | 1 | | SO-1321648 | 01194993 | 244 | 2 |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|-------------|------------------|--------------|--------------|------------|---------|
| 11-9-2023 | Net 30 Days | Duke Mienik | 206 | | PJP-OUT |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|------------|----------|
| 351424 | 16SL | LID CUP 16oz SLOTTED FOR DART 16SL/20J16 | 1000 | CS | 5 | 5 | | $26.69 | $133.45 |
| 343035 | YTH10012-0000 | BOWL FOAM 12oz UNLAMINATED WHITE | 8/125 | CS | 3 | 3 | | $21.82 | $65.46 |
| 340050 | 6PWCR | PLATE FOAM 6" UNLAMINATED WHITE | 8/125 | CS | 3 | 3 | | $16.92 | $50.76 |
| 311007 | YCI621600-000 | CONTAINER H/L 6" SENSATIONS CLEAR OPS | 500 | CS | 15 | 15 | | $46.49 | $697.35 |
| 311008 | YCI621200-000 | CONTAINER H/L 8" SENSATIONS CLEAR OPS | 200 | CS | 20 | 20 | | $37.57 | $751.40 |
| 166018 | 410322 | TOILET TISSUE JRT JR 2PLY HEAVENLY SOFT | 12/525' | CS | 50 | 50 | | $18.47 | $923.50 |
| 113741 | 1243 | CONTAINER FOAM H/L 13x4.5x3.2 HOAGIE WHITE | 200 | CS | 30 | 30 | | $25.10 | $753.00 |
| 113716 | RE9938 | CONTAINER FOAM H/L 9x9x3 1-COMP U-VENT WHITE | 200 | CS | 30 | 30 | | $19.26 | $577.80 |
| 113709 | 205 | CONTAINER FOAM H/L 9x6x3 1-COMP WHITE | 200 | CS | 30 | 30 | | $19.06 | $571.80 |
| 043290 | NB1624-30-56 | WRAP NEWS 18x24 | 30LB | CS | 20 | 20 | | $19.80 | $396.00 |

| | 1 of 2 | | 01194993 |



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Envoy Solutions Company

Hazmat Emergency # 800-456-9038

# INVOICE

**Bill To:** TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

**Ship To:** TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|-----------|----------|
| | | | | 2 of 2 | | | | | 01194993 |

| | |
|---|---|
| MERCHANDISE TOTAL | $4,920.52 |
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $7.95 |
| TAXES | $0.00 |
| INVOICE TOTAL | $4,928.49 |

*Rush* 10/4/23

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.