# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Case No. 23-13237-pmm |
|---|---|
| Tri-State Paper, Inc., | Chapter 13 |
| Debtor. | |

## ORDER

**AND NOW**, upon consideration of Penn Jersey Paper Co.'s Motion to Allow Claim (ECF No. 169) and Objection to Confirmation of Plan (ECF No. 195), and after notice and hearing, and for the reasons stated on the record, it is hereby **ORDERED** that:

1. Penn Jersey's Motion to Allow Claim is **DENIED**.

2. Claim No. 37 of Penn Jersey Paper Co. is **DISALLOWED** in its entirety.

3. Penn Jersey's objection to confirmation of the Debtor's plan is preliminarily **OVERRULED**.

Date:

Patricia M. Mayer
U.S. Bankruptcy Judge