# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| **Tri-State Paper, Inc.,** | : | |
| Debtor. | : | Case No. 23-13237 (PMM) |

## ORDER DENYING MOTION

**AND NOW**, upon consideration of the Motion to Allow Claims filed by Penn Jersey Paper Co. (doc. #169, the "Motion"):

AND a hearing with regard to the Motion having been held and concluded on March 13, 2024;

AND, for the reasons discussed at the hearing, it is hereby **ordered** that the Motion is **denied**.

Dated: 3/13/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge