IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| TRI-STATE PAPER, INC. : | Chapter 11 |
|            Debtor : | Case No. 23-13237-pmm |
| : | |
| _____ : | |

**ORDER**

AND NOW, on this ____ day of _____, 2024, upon consideration of Penn Jersey Paper Co.'s Motion for Reconsideration of the Court's Denial of Penn Jersey Paper Co.'s Motion to Have Proof of Claim Filed Out of Time Deemed Timely Filed Pursuant to F.R.B.P. 9006(b)(1), any opposition thereto, after hearing, and for good cause shown, it is hereby ORDERED and DECREED that Penn Jersey Paper Co.'s Motion is GRANTED. Penn Jersey Paper Co.'s Claim No. 37 in the amount of $70,872.99 is deemed timely filed, and shall be paid through Debtor's Ch. 11 Plan which, if confirmed, shall be deemed amended to conform with the mandate of this Order.

BY THE COURT:


_____
Patricia M. Mayer, U.S.B.J.

Copies to:

Michael L. Assad, Esquire
Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*Counsel for Debtor*

Richard E. Furtek, Esquire
Furtek & Associates, LLC
Subchapter V Trustee
101 Lindenwood Dr., Suite 225
Malvern, PA 19355
*Trustee*

United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Joshua B. Ladov, Esquire
Ladov Law Firm, P.C.
1101 Market Street, Suite 2820
Philadelphia, PA 19107
*Attorney for Movant, Penn Jersey Paper Co.*

2