# EXHIBIT "C"

# Eastern District of Pennsylvania
# Claims Register

## 23-13237-pmm Tri-State Paper, Inc.

| | |
|---|---|
| **Judge:** Patricia M. Mayer | **Chapter:** 11 |
| **Office:** Philadelphia | **Last Date to file claims:** 01/05/2024 |
| **Trustee:** Richard E Furtek | **Last Date to file (Govt):** 04/24/2024 |

---

**Creditor:** (14826497)
Imperial Bag & paper Co LLC
255 Route 1 & 9
Jersey City, NJ 07306
,

**Claim No: 1**
*Original Filed Date:* 10/30/2023
*Original Entered Date:* 10/30/2023

*Status:*
*Filed by:* CR
*Entered by:* EPOC Administrator
*Modified:*

Amount claimed: $50812.69

*History:*

| Details | ❏ | 1-1 | 10/30/2023 Claim #1 filed by Imperial Bag & paper Co LLC, Amount claimed: $50812.69 (Administrator, EPOC) |
|---|---|---|---|

*Description:*
*Remarks:* (1-1) Account Number (last 4 digits):I069

---

**Creditor:** (14826497)
Imperial Bag & paper Co LLC
255 Route 1 & 9
Jersey City, NJ 07306
,

**Claim No: 2**
*Original Filed Date:* 10/30/2023
*Original Entered Date:* 10/30/2023

*Status:*
*Filed by:* CR
*Entered by:* EPOC Administrator
*Modified:*

Amount claimed: $50812.69

*History:*

| Details | ❏ | 2-1 | 10/30/2023 Claim #2 filed by Imperial Bag & paper Co LLC, Amount claimed: $50812.69 (Administrator, EPOC) |
|---|---|---|---|
| | | 20 | 11/02/2023 Objection to Claim Number 2 by Claimant Imperial Bag & Paper Co. LLC. Filed by Tri-State Paper, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)(CIBIK, MICHAEL) |

*Description:*
*Remarks:*

---

**Creditor:** (14827854)
Citizens Bank, N.A.
1 Citizens Bank Way
Johnston, RI 02919

**Claim No: 3**
*Original Filed Date:* 11/02/2023
*Original Entered Date:* 11/02/2023

*Status:*
*Filed by:* CR
*Entered by:* KRISTEN WETZEL LADD
*Modified:*

Amount claimed: $436624.72
Secured claimed: $436624.72

*History:*

| Details | ❏ | 3-1 | 11/02/2023 Claim #3 filed by Citizens Bank, N.A., Amount claimed: $436624.72 (LADD, KRISTEN) |
|---|---|---|---|
| | | 126 | 01/04/2024 Objection to Claim Number 3 by Claimant Citizens Bank, N.A.. Filed by Tri-State Paper, Inc.. (Attachments: # 1 Exhibit A # 2 Proposed Order)(ASSAD, MICHAEL) |

*Description:*
*Remarks:*

| | |
|---|---|
| *Creditor:*      (14828468) | **Claim No: 4** |

*Creditor:*      (14828468)                      **Claim No: 4**                     *Status:*
Euler Hermes N. A. Insurance Co. as      *Original Filed Date:* 11/06/2023      *Filed by:* CR
Agent for PAPE                                        *Original Entered Date:* 11/06/2023      *Entered by:* EPOC Administrator
800 Red Brook Blvd, #400C                                                                                   *Modified:*
Owings Mills, MD 21117, MD 21117

  Amount claimed: $11890.02

*History:*

Details  ❂  4-1   11/06/2023 Claim #4 filed by Euler Hermes N. A. Insurance Co. as Agent for PAPE, Amount claimed:
                                $11890.02 (Administrator, EPOC)

*Description:*
*Remarks:* (4-1) Account Number (last 4 digits):2101

---

*Creditor:*      (14828477)   History      **Claim No: 5**                     *Status:*
Euler Hermes N. A. Insurance Co. as      *Original Filed Date:* 11/06/2023      *Filed by:* CR
Agent for                                              *Original Entered Date:* 11/06/2023      *Entered by:* EPOC Administrator
800 Red Brook Blvd, #400C                                                                                   *Modified:*
Owings Mills, MD, 21117-5173

  Amount claimed: $19697.16

*History:*

Details  ❂  5-1   11/06/2023 Claim #5 filed by Euler Hermes N. A. Insurance Co. as Agent for, Amount claimed:
                                $19697.16 (Administrator, EPOC)

*Description:*
*Remarks:* (5-1) Account Number (last 4 digits):2169

---

*Creditor:*      (14828868)                      **Claim No: 6**                     *Status:*
Pennsylvania Department of Revenue      *Original Filed Date:* 11/07/2023      *Filed by:* CR
Bankruptcy Division PO BOX 280946      *Original Entered Date:* 11/07/2023      *Entered by:* Tamika A. Washington
Harrisburg, PA 17128                               *Last Amendment Filed:* 03/04/2024      *Modified:*
                                                             *Last Amendment Entered:* 03/04/2024

  Amount  claimed: $164534.58
  Secured claimed:  $13734.58
  Priority  claimed: $150800.00

*History:*

Details  ❂  6-1   11/07/2023 Claim #6 filed by Pennsylvania Department of Revenue, Amount claimed: $14534.58
                                (Washington, Tamika)

Details  ❂  6-2   11/09/2023 Amended Claim #6 filed by Pennsylvania Department of Revenue, Amount claimed:
                                $69534.58 (Washington, Tamika)

Details  ❂  6-3   03/04/2024 Amended Claim #6 filed by Pennsylvania Department of Revenue, Amount claimed:
                                $164534.58 (Washington, Tamika)

*Description:*
*Remarks:*

---

*Creditor:*      (14830594)   History      **Claim No: 7**                     *Status:*
FineLine Settings Inc.                           *Original Filed Date:* 11/13/2023      *Filed by:* CR
Innovative Designs                               *Original Entered Date:* 11/13/2023      *Entered by:* Yvette R.
135 Crotty Road                                                                                                 *Modified:*
Suite 1
Middletown NY 10941

  Amount claimed: $19782.60

*History:*
Details  ❂  7-1   11/13/2023 Claim #7 filed by FineLine Settings Inc., Amount claimed: $19782.60 (R., Yvette)

*Description:*
*Remarks:* (7-1) Good sold

| | | |
|---|---|---|
| *Creditor:*    (14830826)<br>City of Philadelphia Law Department<br>Tax & Revenue Unit<br>Bankruptcy Group, MSB<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA 19102-1595 | **Claim No: 8**<br>*Original Filed Date:* 11/14/2023<br>*Original Entered Date:* 11/14/2023<br>*Last Amendment Filed:* 01/18/2024<br>*Last Amendment Entered:* 01/18/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* MEGAN N. HARPER<br>*Modified:* |

Amount  claimed: $23346.24

Secured claimed: $22067.39

Priority  claimed:  $1278.85

*History:*

Details  ◑  8-1  11/14/2023 Claim #8 filed by City of Philadelphia Law Department, Amount claimed: $22763.37
(THURMOND, PAMELA)

Details  ◑  8-2  01/18/2024 Amended Claim #8 filed by City of Philadelphia Law Department, Amount claimed:
$23346.24 (HARPER, MEGAN)

*Description:* (8-1) Real Estate Taxes, Business Income and Receipts Tax, and Unliquidated Claim
(8-2) Real Estate Taxes and Business Income and Receipts Taxes

*Remarks:* (8-1) Arrears $22,763.37
(8-2) Arrears $23,346.24


| | | |
|---|---|---|
| *Creditor:*    (14831820)<br>RTUI-Sand & Products<br>Attn: J. Kitsock<br>1828 William Penn Way Ste 102<br>Lancaster, PA 17601 | **Claim No: 9**<br>*Original Filed Date:* 11/09/2023<br>*Original Entered Date:* 11/16/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jeanette E. G.<br>*Modified:* |

Amount claimed: $10911.90

*History:*

Details  ◑  9-1  11/09/2023 Claim #9 filed by RTUI-Sand & Products, Amount claimed: $10911.90 (G., Jeanette)

*Description:*

*Remarks:*


| | | |
|---|---|---|
| *Creditor:*    (14829330)<br>Wellcare International Inc.<br>1578 Sussex Tpke<br>Randolph, NJ 07869-1833 | **Claim No: 10**<br>*Original Filed Date:* 11/16/2023<br>*Original Entered Date:* 11/16/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* EPOC Administrator<br>*Modified:* |

Amount claimed: $19065.50

*History:*

Details  ◑  10-1  11/16/2023 Claim #10 filed by Wellcare International Inc., Amount claimed: $19065.50 (Administrator,
EPOC)

*Description:*

*Remarks:*


| | | |
|---|---|---|
| *Creditor:*    (14832306)<br>Westrock CP, LLC<br>3950 Shackleford Rd<br>Duluth, GA 30096 | **Claim No: 11**<br>*Original Filed Date:* 11/20/2023<br>*Original Entered Date:* 11/20/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* EPOC Administrator<br>*Modified:* |

Amount claimed: $9734.66

*History:*

Details  ◑  11-1  11/20/2023 Claim #11 filed by Westrock CP, LLC, Amount claimed: $9734.66 (Administrator, EPOC)

*Description:*

*Remarks:*

Creditor:      (14833482)
Water Revenue Bureau
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

**Claim No: 12**
*Original Filed Date:* 11/24/2023
*Original Entered Date:* 11/24/2023

*Status:*
*Filed by:* CR
*Entered by:* PAMELA ELCHERT THURMOND
*Modified:*

  Amount  claimed: $443.26

  Secured claimed: $443.26

*History:*

Details    12-1   11/24/2023 Claim #12 filed by Water Revenue Bureau, Amount claimed: $443.26 (THURMOND, PAMELA)

*Description:* (12-1) Water/Sewer
*Remarks:* (12-1) Arrears $443.26

Creditor:      (14834218)
Airgas USA LLC
6055 Rockside Woods Blvd
Independence, OH 44131

**Claim No: 13**
*Original Filed Date:* 11/28/2023
*Original Entered Date:* 11/28/2023

*Status:*
*Filed by:* CR
*Entered by:* EPOC Administrator
*Modified:*

  Amount claimed: $1086.19

*History:*

Details    13-1   11/28/2023 Claim #13 filed by Airgas USA LLC, Amount claimed: $1086.19 (Administrator, EPOC)

*Description:*
*Remarks:* (13-1) Account Number (last 4 digits):4164

Creditor:      (14835432)
Poly Plastics
Po Box 808
Lyndhurst, NJ 07071

**Claim No: 14**
*Original Filed Date:* 11/30/2023
*Original Entered Date:* 11/30/2023

*Status:*
*Filed by:* CR
*Entered by:* EPOC Administrator
*Modified:*

  Amount claimed: $10005.81

*History:*

Details    14-1   11/30/2023 Claim #14 filed by Poly Plastics, Amount claimed: $10005.81 (Administrator, EPOC)

*Description:*
*Remarks:*

Creditor:      (14836257)
Capital One N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Claim No: 15**
*Original Filed Date:* 12/05/2023
*Original Entered Date:* 12/05/2023

*Status:*
*Filed by:* CR
*Entered by:* Samir Vaghela
*Modified:*

  Amount claimed: $1360.83

*History:*

Details    15-1   12/05/2023 Claim #15 filed by Capital One N.A., Amount claimed: $1360.83 (Vaghela, Samir)

*Description:*
*Remarks:*

Creditor:      (14829246)
Ferraro Foods?

**Claim No: 16**
*Original Filed Date:* 12/05/2023

*Status:*
*Filed by:* CR

*History:*

Details    16-1   12/05/2023 Claim #16 filed by Ferraro Foods?, Amount claimed: $22984.30 (Administrator, EPOC)

*Description:*
*Remarks:* (16-1) Account Number (last 4 digits):TRPH

287 S Randolphville Rd | *Original Entered Date:* 12/05/2023 | *Entered by:* EPOC Administrator
Piscataway, NJ 08854-3806 | | *Modified:*

Amount claimed: $22984.30

*History:*

| Details | ❑ | 16-1 | 12/05/2023 Claim #16 filed by Ferraro Foods?, Amount claimed: $22984.30 (Administrator, EPOC) |

*Description:*

*Remarks:* (16-1) Account Number (last 4 digits):TRPH

---

| *Creditor:* (14837086) | **Claim No: 17** | *Status:* |
| Euler Hermes N. A. Insurance Co. as | *Original Filed Date:* 12/07/2023 | *Filed by:* CR |
| Agent for BERK | *Original Entered Date:* 12/07/2023 | *Entered by:* EPOC Administrator |
| 800 Red Brook Blvd, #400C | | *Modified:* |
| Owings Mills, MD 21117 | | |

Amount claimed: $7300.00

*History:*

| Details | ❑ | 17-1 | 12/07/2023 Claim #17 filed by Euler Hermes N. A. Insurance Co. as Agent for BERK, Amount claimed: $7300.00 (Administrator, EPOC) |

*Description:*

*Remarks:* (17-1) Account Number (last 4 digits):2259

---

| *Creditor:* (14837180) | **Claim No: 18** | *Status:* |
| Euler Hermes N. A. Insurance Co. as | *Original Filed Date:* 12/07/2023 | *Filed by:* CR |
| Agent for THE | *Original Entered Date:* 12/07/2023 | *Entered by:* EPOC Administrator |
| 800 Red Brook Blvd, #400C | | *Modified:* |
| Owings Mills, MD 21117, MD 21117 | | |

Amount claimed: $2385.00

*History:*

| Details | ❑ | 18-1 | 12/07/2023 Claim #18 filed by Euler Hermes N. A. Insurance Co. as Agent for THE, Amount claimed: $2385.00 (Administrator, EPOC) |

*Description:*

*Remarks:* (18-1) Account Number (last 4 digits):2956

---

| *Creditor:* (14829279) | **Claim No: 19** | *Status:* |
| NorPak LLC | *Original Filed Date:* 12/14/2023 | *Filed by:* CR |
| 70 Blanchard St | *Original Entered Date:* 12/14/2023 | *Entered by:* EPOC Administrator |
| Newark, NJ 07105-6819 | | *Modified:* |

Amount claimed: $17539.39

*History:*

| Details | ❑ | 19-1 | 12/14/2023 Claim #19 filed by NorPak LLC, Amount claimed: $17539.39 (Administrator, EPOC) |

*Description:*

*Remarks:*

---

| *Creditor:* (14829289) | **Claim No: 20** | *Status:* |
| Philadelphia Gas Works | *Original Filed Date:* 12/14/2023 | *Filed by:* CR |
| 800 W Montgomery Ave | *Original Entered Date:* 12/14/2023 | *Entered by:* Holly Ann Cullen |
| Philadelphia, PA 19122-2806 | | *Modified:* |

Amount claimed: $188.88

*History:*

| Details | ❑ | 20-1 | 12/14/2023 Claim #20 filed by Philadelphia Gas Works, Amount claimed: $188.88 (Cullen, Holly) |

*Description:* (20-1) Outstanding Gas Bill

*Remarks:*

*Creditor:* (14829283)
PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

**Claim No: 21**
*Original Filed Date:* 12/18/2023
*Original Entered Date:* 12/18/2023

*Status:*
*Filed by:* CR
*Entered by:* EPOC Administrator
*Modified:*

Amount claimed: $2094.11

*History:*

Details   ❏   21-1   12/18/2023 Claim #21 filed by PECO Energy Company, Amount claimed: $2094.11 (Administrator, EPOC)

*Description:*
*Remarks:* (21-1) Account Number (last 4 digits):6025

---

*Creditor:* (14829282)
Packaging Corporation of America
1 N Field Ct
Lake Forest, IL 60045-4810

**Claim No: 22**
*Original Filed Date:* 12/20/2023
*Original Entered Date:* 12/20/2023

*Status:*
*Filed by:* CR
*Entered by:* EPOC Administrator
*Modified:*

Amount claimed: $138968.00

*History:*

Details   ❏   22-1   12/20/2023 Claim #22 filed by Packaging Corporation of America, Amount claimed: $138968.00 (Administrator, EPOC)

*Description:*
*Remarks:* (22-1) Account Number (last 4 digits):TRIS

---

*Creditor:* (14840508)
Ecopax LLC
3600 Glover Road
Easton PA 18040
Easton, 18040

**Claim No: 23**
*Original Filed Date:* 12/21/2023
*Original Entered Date:* 12/21/2023

*Status:*
*Filed by:* CR
*Entered by:* EPOC Administrator
*Modified:*

Amount claimed: $29703.59

*History:*

Details   ❏   23-1   12/21/2023 Claim #23 filed by Ecopax LLC, Amount claimed: $29703.59 (Administrator, EPOC)

*Description:*
*Remarks:* (23-1) Account Number (last 4 digits):0175

---

*Creditor:* (14841175)
Hotpack Global Inc.
5100 E. La Palma Ave.
Suite 118
Anaheim CA 92807

**Claim No: 24**
*Original Filed Date:* 12/20/2023
*Original Entered Date:* 12/22/2023

*Status:*
*Filed by:* CR
*Entered by:* Yvette R.
*Modified:*

Amount claimed: $5732.20

*History:*

Details   ❏   24-1   12/20/2023 Claim #24 filed by Hotpack Global Inc., Amount claimed: $5732.20 (R., Yvette)

*Description:*
*Remarks:* (24-1) Goods sold

---

*Creditor:* (14841980)
Cellco Partnership d/b/a Verizon Wireless

**Claim No: 25**
*Original Filed Date:* 12/28/2023

*Status:*
*Filed by:* CR

*History:*

Details   ❏   25-1   12/28/2023 Claim #25 filed by Cellco Partnership d/b/a Verizon Wireless, Amount claimed: $1628.57 (Administrator, EPOC)

*Description:*
*Remarks:* (25-1) Account Number (last 4 digits):4906

William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147

Amount claimed: $1628.57

*History:*

Details ➊ 25-1 12/28/2023 Claim #25 filed by Cellco Partnership d/b/a Verizon Wireless, Amount claimed: $1628.57
(Administrator, EPOC)

*Description:*
*Remarks:* (25-1) Account Number (last 4 digits):4906

---

*Creditor:* (14843017)
Smart USA Inc.
1440 5th Ave.
Bay Shore NY 11706

**Claim No: 26**
*Original Filed Date:* 12/26/2023
*Original Entered Date:* 12/29/2023

*Status:*
*Filed by:* CR
*Entered by:* Yvette R.
*Modified:*

Amount claimed: $13338.00

*History:*

Details ➊ 26-1 12/26/2023 Claim #26 filed by Smart USA Inc., Amount claimed: $13338.00 (R., Yvette)

*Description:*
*Remarks:* (26-1) Goods sold

---

*Creditor:* (14843051)
Source Direct Inc
2200 Garry Road
Suite 3
Cinnaminson, NJ 08077

**Claim No: 27**
*Original Filed Date:* 12/30/2023
*Original Entered Date:* 12/30/2023

*Status:*
*Filed by:* CR
*Entered by:* EPOC Administrator
*Modified:*

Amount claimed: $3566.16

*History:*

Details ➊ 27-1 12/30/2023 Claim #27 filed by Source Direct Inc, Amount claimed: $3566.16 (Administrator, EPOC)

*Description:*
*Remarks:*

---

*Creditor:* (14829300)
RJ Schinner Co., Inc.
N89W14700 Patrita Dr
Menomonee Fls, WI 53051-2365

**Claim No: 28**
*Original Filed Date:* 01/03/2024
*Original Entered Date:* 01/03/2024

*Status:*
*Filed by:* CR
*Entered by:* EPOC Administrator
*Modified:*

Amount claimed: $3994.27

*History:*

Details ➊ 28-1 01/03/2024 Claim #28 filed by RJ Schinner Co., Inc., Amount claimed: $3994.27 (Administrator, EPOC)

*Description:*
*Remarks:* (28-1) Account Number (last 4 digits):5455

---

*Creditor:* (14829245)
FancyHeat Corporation
40 Veronica Ave
Somerset, NJ 08873-3417

**Claim No: 29**
*Original Filed Date:* 01/04/2024
*Original Entered Date:* 01/04/2024

*Status:*
*Filed by:* CR
*Entered by:* Tasha D.
*Modified:*

Amount claimed: $8028.67

*History:*

Details ➊ 29-1 01/04/2024 Claim #29 filed by FancyHeat Corporation, Amount claimed: $8028.67 (D., Tasha)

*Description:*
*Remarks:*

3/21/24, 5:36 PM                  Live Database Area

Case 23-13237-pmm    Doc 211-4    Filed 03/21/24    Entered 03/21/24 20:50:48    Desc
Exhibit Ex C - Claims Register as of 03.21.24    Page 9 of 11

| | | |
|---|---|---|
| Creditor:     (14844194) | Claim No: 30 | Status: |
| Iconex, LLC | Original Filed Date: 01/04/2024 | Filed by: CR |
| 3237 Satellite Blvd, Bld 300, Suite 550 | Original Entered Date: 01/04/2024 | Entered by: EPOC Administrator |
| Duluth, GA 30096 | | Modified: |

Amount claimed: $10762.90

History:

Details  ◉  30-1   01/04/2024 Claim #30 filed by Iconex, LLC, Amount claimed: $10762.90 (Administrator, EPOC)

Description:

Remarks: (30-1) Account Number (last 4 digits):T152

| | | |
|---|---|---|
| Creditor:     (14849894) | Claim No: 31 | Status: |
| Robert M. Reibstein,Esq. | Original Filed Date: 01/05/2024 | Filed by: CR |
| 1001 City Ave. | Original Entered Date: 01/05/2024 | Entered by: Antoinette S. |
| Unit WB 1011 | Last Amendment Filed: 01/29/2024 | Modified: 01/05/2024 |
| Wynnewood PA 19096     Claimant | Last Amendment Entered: 01/30/2024 | |
| History | | |

Amount claimed: $3612.44

History:

Details  ◉  31-1   01/05/2024 Claim #31 filed by Robert M. Reibstein, Esq., Amount claimed: $3612.44 (Administrator, EPOC)

Details  ◉  31-2   01/05/2024 Amended Claim #31 filed by Robert M. Reibstein, Esq., Amount claimed: $3612.44 (Administrator, EPOC)

           133   01/13/2024 Objection to Claim Number 31,32 by Claimant Robert M. Reibstein, Esq.. Filed by Tri-State Paper, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)(ASSAD, MICHAEL)

Details  ◉  31-3   01/29/2024 Amended Claim #31 filed by Robert M. Reibstein,Esq., Amount claimed: $3612.44 (S., Antoinette)

Description:

Remarks: (31-3) Unpaid fees due for legal services rendered prior to bankruptcy

| | | |
|---|---|---|
| Creditor:     (14844426) | Claim No: 32 | Status: |
| Robert M. Reibstein | Original Filed Date: 01/05/2024 | Filed by: CR |
| 1001 city ave | Original Entered Date: 01/05/2024 | Entered by: EPOC Administrator |
| Unit WB 1011 | | Modified: |
| Wynnewood, PA 19096 | | |

Amount claimed: $3612.44

History:

Details  ◉  32-1   01/05/2024 Claim #32 filed by Robert M. Reibstein, Amount claimed: $3612.44 (Administrator, EPOC)

           133   01/13/2024 Objection to Claim Number 31,32 by Claimant Robert M. Reibstein, Esq.. Filed by Tri-State Paper, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)(ASSAD, MICHAEL)

Description:

Remarks:

| | | |
|---|---|---|
| Creditor:     (14829288) | Claim No: 33 | Status: |
| Penske Truck Leasing Co., L.P. | Original Filed Date: 01/05/2024 | Filed by: CR |
| 2675 Morgantown Rd | Original Entered Date: 01/05/2024 | Entered by: EPOC Administrator |
| Reading, PA 19607-9676 | | Modified: |
| No amounts claimed | | |

History:

Details  ◉  33-1   01/05/2024 Claim #33 filed by Penske Truck Leasing Co., L.P., Amount claimed: (Administrator, EPOC)

Description:

Remarks: (33-1) Filer Comment: Breach of contract among other things; See Addendum

---

**Creditor:**     (14829280)
Oliver Fire Protection & Security
501 Feheley Dr
Kng of Prussa, PA 19406-2611

**Claim No: 34**
*Original Filed Date:* 01/09/2024
*Original Entered Date:* 01/09/2024

*Status:*
*Filed by:* DE
*Entered by:* MICHAEL I. ASSAD
*Modified:*

 Amount claimed: $5480.00

*History:*

| Details | 🔾 | 34-1 | 01/09/2024 Claim #34 filed by Oliver Fire Protection & Security, Amount claimed: $5480.00 (ASSAD, MICHAEL) |

*Description:*
*Remarks:*

---

**Creditor:**     (14845468)
Placon Corporation
6096 McKee Road
Madison WI 53719

**Claim No: 35**
*Original Filed Date:* 01/10/2024
*Original Entered Date:* 01/11/2024

*Status:*
*Filed by:* CR
*Entered by:* Yvette R.
*Modified:*

 Amount claimed: $9241.50

*History:*

| Details | 🔾 | 35-1 | 01/10/2024 Claim #35 filed by Placon Corporation, Amount claimed: $9241.50 (R., Yvette) |
| | | 136 | 01/13/2024 Objection to Claim Number 35 by Claimant Placon Corporation. Filed by Tri-State Paper, Inc.. (Attachments: # 1 Exhibit A # 2 Proposed Order)(ASSAD, MICHAEL) |

*Description:*
*Remarks:* (35-1) Goods Sold

---

**Creditor:**     (14847199)
The State of New Jersey Division of
Taxation
Bankruptcy Unit
PO BOX 245
Trenton, NJ 08695-0245

**Claim No: 36**
*Original Filed Date:* 01/17/2024
*Original Entered Date:* 01/17/2024

*Status:*
*Filed by:* CR
*Entered by:* EPOC Administrator
*Modified:*

 Amount claimed: $13548.17
 Priority claimed: $13548.17

*History:*

| Details | 🔾 | 36-1 | 01/17/2024 Claim #36 filed by The State of New Jersey Division of Taxation, Amount claimed: $13548.17 (Administrator, EPOC) |

*Description:*
*Remarks:* (36-1) Account Number (last 4 digits):6408

---

**Creditor:**     (14853722)
Penn Jersey Paper Co.
Joshua B. Ladov, Esquire
Ladov Law Firm, P.C.
1101 Market Street, Suite 2820
Philadelphia, PA 19107

**Claim No: 37**
*Original Filed Date:* 02/08/2024
*Original Entered Date:* 02/08/2024

*Status:*
*Filed by:* AT
*Entered by:* JOSHUA B. LADOV
*Modified:*

 Amount claimed: $70872.99

*History:*

| Details | 🔾 | 37-1 | 02/08/2024 Claim #37 filed by Penn Jersey Paper Co., Amount claimed: $70872.99 (LADOV, JOSHUA) |

*Description:* (37-1) Claim based on goods sold
*Remarks:*

3/21/24, 5:36 PM    Case 23-13237-pmm   Doc 211-4   Filed 03/21/24   Entered 03/21/24 20:50:48   Desc
Live Database Area
Exhibit Ex C - Claims Register as of 03.21.24   Page 11 of 11

| | | |
|---|---|---|
| **Creditor:** (14866883) | **Claim No: 38** | *Status:* |
| SERVPRO of King of Prussia | *Original Filed Date:* 03/21/2024 | *Filed by:* DE |
| 5127 Lancaster Ave | *Original Entered Date:* 03/21/2024 | *Entered by:* EPOC Administrator |
| Philadelphia, PA 19131 | | *Modified:* |

Amount claimed: $94745.54

*History:*

| Details | | 38-1 | 03/21/2024 Claim #38 filed by SERVPRO of King of Prussia, Amount claimed: $94745.54 (Administrator, EPOC) |
|---|---|---|---|

*Description:*

*Remarks:*

# Claims Register Summary

**Case Name:** Tri-State Paper, Inc.
**Case Number:** 23-13237-pmm
**Chapter:** 11
**Date Filed:** 10/27/2023
**Total Number Of Claims:** 38

| | |
|---|---|
| **Total Amount Claimed\*** | $1,299,435.97 |
| **Total Amount Allowed\*** | |

\*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $472,869.95 | |
| **Priority** | $165,627.02 | |
| **Administrative** | | |
| **Unassigned (unsecured)** | _calculated | $0.00 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/21/2024 17:34:30 | | | |
| **PACER Login:** | JOSLADOV | **Client Code:** | Tri-State |
| **Description:** | Claims Register | **Search Criteria:** | 23-13237-pmm Filed or Entered From: 3/1/2022 Filed or Entered To: 12/31/2024 |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |