IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| TRI-STATE PAPER, INC. : | Chapter 11 |
|          Debtor : | Case No. 23-13237-pmm |
| : | |
| _____ : | |

## CERTIFICATE OF SERVICE

    I, Joshua B. Ladov, Esquire, counsel Penn Jersey Paper Co., hereby certify that I have this date, the 21st day of March, 2024, served a true and correct copy of Motion for Reconsideration of the Court's Denial of Penn Jerseys Paper Co.'s Motion to Have Proof of Claim Filed Out of Time Deemed Timely Filed Pursuant to F.R.B.P. 9006(b)(1) with Notice of Motion and Memorandum of Law on the following persons via ECF:

Michael L. Assad, Esquire
Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*Counsel for Debtor*

Richard E. Furtek, Esquire
Furtek & Associates, LLC
Subchapter V Trustee
101 Lindenwood Dr., Suite 225
Malvern, PA 19355
*Trustee*

United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320

This document has been filed electronically and is available for viewing and downloading from the ECF System.

            /s/ Joshua B. Ladov
           JOSHUA B. LADOV, ESQUIRE
           LADOV LAW FIRM, P.C.
           JEFFERSON CENTER
           1101 MARKET STREET, SUITE 2820
           PHILADELPHIA, PA  19107-2993
           267-687-8855
           jladov@ladovlaw.com