# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| TRI-STATE PAPER, INC. | : | Chapter 11 |
| Debtor | : | Case No. 23-13237-pmm |
| | : | |
| | : | |

## ORDER

AND NOW, upon consideration of request for an expedited hearing on Penn Jersey Paper Co.'s Motion for Reconsideration of the Court's Denial of Penn Jersey Paper Co.'s Motion to Have Proof of Claim Filed Out of Time Deemed Timely Filed Pursuant to F.R.B.P. 9006(b)(1) (the "Motion"), and sufficient cause being shown, it is hereby ORDERED that:

1. The request for an expedited hearing is GRANTED.

2. A hearing to consider the Motion shall be held on **Wednesday, March 27, 2024, at 9:30 a.m., in Courtroom #1 at United States Bankruptcy Court, Robert N.C. Nix, Sr., Federal Building & Post Office, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania, 19107.**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant(s) shall serve the Motion and this Order on the U.S. Trustee, the Subchapter V Trustee, and Debtor's Counsel, by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on the date of this Order. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Movant(s) shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on the U.S. Trustee, the Subchapter V Trustee, and Debtor's Counsel, by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on the date of this Order. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

BY THE COURT:

Date:    _____
Patricia M. Mayer, U.S.B.J.

Copies to:

Michael L. Assad, Esquire
Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*Counsel for Debtor*

Richard E. Furtek, Esquire
Furtek & Associates, LLC
Subchapter V Trustee
101 Lindenwood Dr., Suite 225
Malvern, PA 19355
*Trustee*

United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Joshua B. Ladov, Esquire
Ladov Law Firm, P.C.
1101 Market Street, Suite 2820
Philadelphia, PA 19107
*Attorney for Movant*, *Penn Jersey Paper Co.*