**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| TRI-STATE PAPER, INC. | : | Chapter 11 |
| Debtor | : | Case No. 23-13237-pmm |
| | : | |
| _____ | : | |

**CERTIFICATE OF SERVICE**

I, Joshua B. Ladov, Esquire, counsel Penn Jersey Paper Co., hereby certify that I have this date, the

22nd day of March, 2024, served a true and correct copy of Motion for Expedited Hearing on Motion for

Reconsideration of the Court's Denial of Penn Jerseys Paper Co.'s Motion to Have Proof of Claim Filed

Out of Time Deemed Timely Filed Pursuant to F.R.B.P. 9006(b)(1) on the following persons via ECF:

Michael L. Assad, Esquire
Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*Counsel for Debtor*

Richard E. Furtek, Esquire
Furtek & Associates, LLC
Subchapter V Trustee
101 Lindenwood Dr., Suite 225
Malvern, PA 19355
*Trustee*

United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320

This document has been filed electronically and is available for viewing and downloading from
the ECF System.

   /s/ Joshua B. Ladov
JOSHUA B. LADOV, ESQUIRE
LADOV LAW FIRM, P.C.
JEFFERSON CENTER
1101 MARKET STREET, SUITE 2820
PHILADELPHIA, PA 19107-2993
267-687-8855
jladov@ladovlaw.com