# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | |

## Exhibit A-F

25. As discussed during the Initial Debtor Interview, the amount owed to the Debtor is only an estimate due to the fragmented recordkeeping of the Debtor's previous management.