# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Tri-State Paper, Inc.,

            Debtor.

Case No. 23-13237-pmm

Chapter 11

## Report of Plan Voting

| Creditor | Class | Amount | Vote |
|---|---|---|---|
| City of Philadelphia | 2C | $2,067.39 | Accept |
| City of Philadelphia | 2D | $443.26 | Accept |
| Imperial Bag & Paper Co LLC | 3 | $50,812.69 | Accept |
| FineLine Settings Inc. | 3 | $19,782.60 | Accept |
| RTUI-Sandt & Products | 3 | $10,911.90 | Accept |
| Wellcare International Inc. | 3 | $19,065.50 | Accept |
| Poly Plastics Products of Pennsylvania Inc. | 3 | $10,005.81 | Accept |
| NorPak LLC | 3 | $17,539.39 | Accept |
| Packaging Corporation of America | 3 | $138,968.00 | Accept |

| Creditor | Class | Amount | Vote |
|---|---|---|---|
| Ecopax | 3 | $29,703.59 | Accept |
| HotPack Global | 3 | $5,732.20 | Accept |
| Smart USA Inc. | 3 | $13,338.00 | Accept |
| Source Direct Inc. | 3 | $3,566.16 | Accept |
| RJ Schinner Co., Inc. | 3 | $3,994.27 | Accept |
| FancyHeat Corporation | 3 | $8,028.67 | Accept |
| Iconex LLC | 3 | $10,762.90 | Accept |
| Penske Truck Leasing Co., L.P. | 3 | Unknown | Reject |
| Penn Jersey Paper Co. | N/A | $0.00 | Reject |

The above votes having been tallied, it appears that:

1. Class 2 accepts the plan.

2. Class 3 accepts the plan.

Under penalty of perjury, I declare that the above is true and correct to the best of my knowledge, information, and belief.

Date: March 24, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com