## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| TRI-STATE PAPER, INC. | : | Chapter 11 |
|         Debtor | : | Case No. 23-13237-pmm |
| | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Joshua B. Ladov, Esquire, counsel for Penn Jersey Paper Co., hereby certify that I have this date, the 25th day of March, 2024, served a true and correct copy of Notice of Expedited Hearing on Motion for Reconsideration of the Court's Denial of Penn Jerseys Paper Co.'s Motion to Have Proof of Claim Filed Out of Time Deemed Timely Filed Pursuant to F.R.B.P. 9006(b)(1), scheduled for Wednesday, March 27, 2024, at 9:30 a.m., in Courtroom #1 at United States Bankruptcy Court, Robert N.C. Nix, Sr., Federal Building & Post Office, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania, 19107, on the following persons via ECF and email:

Michael L. Assad, Esquire
Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*Counsel for Debtor*

Richard E. Furtek, Esquire
Furtek & Associates, LLC
Subchapter V Trustee
101 Lindenwood Dr., Suite 225
Malvern, PA 19355
*Trustee*

United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320

This document has been filed electronically and is available for viewing and downloading from the ECF System.

                                              /s/ Joshua B. Ladov
                                              JOSHUA B. LADOV, ESQUIRE
                                              LADOV LAW FIRM, P.C.
                                              JEFFERSON CENTER
                                              1101 MARKET STREET, SUITE 2820
                                              PHILADELPHIA, PA  19107-2993
                                              267-687-8855
                                              jladov@ladovlaw.com