# EXHIBIT B

Court of Common Pleas of Philadelphia County
Orphans' Court Division

# Cover Sheet

| | FOR COURT USE ONLY |
|---|---|
| ASSIGNED TO JUDGE | **UNKNOWN JUDGE** |
| CONTROL NO. | |
| Responding parties must include this number on all filing | |

| NAME OF ESTATE | ORPHANS' COURT NUMBER |
|---|---|
| JUSTINO PETACCIO, DECEASED | 202400288DE |
| | E-Filing Number:  2403021518 |

**TYPE OF ESTATE**

[X] Decedent's Estate  [ ] Trust Inter Vivos  [ ] Testamentary Trust  [ ] Incapacitated Person  [ ] Minor

[ ] Principal (power of attorney)  [ ] Non-Profit Corporation  [ ] Other (specify)

**FILING PARTY'S RELATIONSHIP TO ESTATE**

CLAIMANT

**PLEADING OR DOCUMENT FILED**

NOTICE OF CLAIM

| NAME OF FILING PARTY (NOT COUNSEL FOR THE PARTY) | ADDRESS |
|---|---|
| PENN JERSEY PAPER CO. | 9355 BLUE GRASS ROAD<br>PHILADELPHIA, PA 19114 |

**ATTORNEYS MUST CHECK ONE BOX**

TO THE CLERK OF ORPHANS' COURT:

[X] Kindly enter my appearance on behalf of     [ ] I have entered my appearance on behalf of

PENN JERSEY PAPER CO.

| NAME OF FILING ATTORNEY OR PARTY | ADDRESS |
|---|---|
| JOSHUA B. LADOV | 1101 MARKET STREET<br>SUITE 2820<br>PHILADELPHIA PA 19107 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (267) 687-8855 | (267) 627-5868 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 73274 | jladov@ladovlaw.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| JOSHUA LADOV | Monday, March 11, 2024, 02:46 pm |

**OTHER PARTIES**   (Additional parties will be listed on next page if necessary)

RICHARD W HOY , 333 PAOLI AVE  , PHILADELPHIA, PA 19128
RICHARD W HOY , 333 PAOLI AVE  , PHILADELPHIA, PA 19128
JUSTINO PETACCIO , 5017 ARENDELL AVE  , PHILADELPHIA, PA 19114
JOHN A PETACCIO , 4530 ALDINE ST  , PHILADELPHIA, PA 19136

FILED

Date  03/11/24

ORPHANS' COURT FEE PAID

$  80.25

Per  _Simon Pham_

| Is notice required? | If Citation is requested: | Has another petition been decided in this case? |
|---|---|---|
| No | 1.  Was Citation against Respondent previously issued?  Yes  (No) | Yes  (No) |
| (Yes). Copy of notice attached to pleading.<br>Date of Notice:  03/11/24 | | Is another petition pending?  Yes  (No) |
| Yes. All joinders are attached. | 2.  If yes, date of service:  _____ | If yes, identify the Judge:  _____ |

11-23                         FINAL COPY (Approved by the Orphans' Court Clerk)

Reset Form

# NOTICE OF CLAIM

(Filed Pursuant to 20 Pa.C.S. § 3532)

COURT OF COMMON PLEAS OF

PHILADELPHIA COUNTY, PENNSYLVANIA

ORPHANS' COURT DIVISION

ESTATE OF JUSTINO PETACCIO a/k/a JUSTINO PTACCIO, SR. , DECEASED

No. 2023-W1918

To the Clerk of the Orphans' Court Division:

Enter the claim of Penn Jersey Paper Co. in the

*(Claimant)*

amount of $ 93964.96 , against the above entitled Estate.

The Decedent, who resided at 5017 Arendell Ave, Philadelphia, PA 19114

*(Street Address)*

, died on April 9, 2023 . Written notice of

*(Date of Death)*

said claim was given to Richard W. Hoy, Esquire, and John A. Petaccio

*(Personal Representative or his/her counsel)*

at 333 Paoli Ave, Philadelphia, PA 19128 and 4530 Aldine St, Philadelphia, PA 19136

*(Address)*

on March 11, 2024 .

*(Date)*

Penn Jersey Paper Co.

*(Claimant)*

9355 Blue Grass Road

*(Street Address)*

Philadelphia, PA 19114

*(City, State, Zip)*

Joshua B. Ladov, Esquire        73274

*(Claimant's Counsel)*        *(Supreme Court I.D. No.)*

1101 Market Street, Suite 2820

*(Address)*

Philadelphia, PA 19107

267-687-8855

*(Telephone)*

Form OC-07  rev. 10.13.06

**<u>Claim of Penn Jersey Paper Co.</u>**
Decedent is liable to Claimant based on the Personal Guarantee signed by him in Exhibit "2"
below.

Customer: Tri-State Paper Inc.
Customer Acct No.: 47022
Guarantor: Justino Petaccio

| | | |
|---|---|---:|
| Principal balance | $ | 70,872.99 |
| Continuing interest (per para. 1 of Ex. 2 below) | $ | 4,298.98 |
|    at the contractual rate of 18.0% per annum ($34.95 per diem) | | |
|    from 11/09/23 as of 03/11/24 | | |
| Attorney fees and costs (per para. 2 of Ex. 2 below) | $ | 18,792.99 |
| **Total** | **$** | **93,964.96** |

Schedule of Exhibits to Claim:

1. Penn Jersey Paper Co.'s Proof of Claim filed on 02/08/24 in the Chapter 11 bankruptcy case captioned, *In re: Tri-State Paper, Inc.*, Case No. 23-12337-pmm, pending in the U.S. Bankruptcy Court for the Eastern District of Pennsylvania.
2. Credit Application with Personal Guarantee and Credit and Guarantee Agreement signed by Decedent.

# EXHIBIT 1

**Fill in this information to identify the case:**

Debtor 1 ___Tri-State Paper, Inc.___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:   Eastern District of Pennsylvania

Case number ___23-13237___

Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

___Penn Jersey Paper Co.___
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

___Joshua B. Ladov, Esquire___
Name

___1101 Market Street, Suite 2820___
Number    Street

___Philadelphia___     ___PA___    ___19107___
City    State    ZIP Code

Contact phone ___2676878855___

Contact email ___jladov@ladovlaw.com___

Where should payments to the creditor be sent? (if different)

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on ___ / ___ / _____
         MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  __7__  __0__  __2__  __2__

**7. How much is the claim?**   $ _____70,872.99   **Does this amount include interest or other charges?**

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_Goods sold (See attached invoices)_____

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a _Mortgage Proof of Claim Attachment_ (Official Form 410-A) with this _Proof of Claim._
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:    $_____
Amount of the claim that is secured:    $_____
Amount of the claim that is unsecured:    $_____    (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $_____

**Annual Interest Rate** (when case was filed)_____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  02/08/2024
                  MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Joshua B. Ladov |
| | First name          Middle name          Last name |
| Title | Esquire |
| Company | Ladov Law Firm, P.C. |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 1101 Market Street, Suite 2820 |
| | Number      Street |
| | Philadelphia, PA 19107 |
| | City          State      ZIP Code |
| Contact phone | 2676878855 |
| | Email  jladov@ladovlaw.com |

# STATEMENT



An Envoy Solutions Company

Remit To:
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

CUST ACCT NO:47022

TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

CONTACT: Maria Pichardo
PH:800-992-3430 Ext 204
EMAIL:mpichardo@pjponline.com

| OPEN AMOUNT | 1-44 DAYS | 45-59 DAYS | 60-89 DAYS | 90-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|---|
| $70,872.99 | $29,587.56 | $5,463.93 | $36,675.89 | $0.00 | ($854.39) |

| Transaction Date | Invoice | Purchase Order | Open Amount | 1-44 Days | 45-59 Days | 60-89 Days | 90-120 Days | Over 120 Days |
|---|---|---|---|---|---|---|---|---|
| 3-6-2023 | | | ($854.39) | $0.00 | $0.00 | $0.00 | $0.00 | ($854.39) |
| 8-8-2023 | 01149819 | 402833 | $5,823.62 | $0.00 | $0.00 | $5,823.62 | $0.00 | $0.00 |
| 8-9-2023 | SCV-092131 | 402833 | ($390.40) | $0.00 | $0.00 | ($390.40) | $0.00 | $0.00 |
| 8-18-2023 | 01158233 | JOHN P. | $11,520.20 | $0.00 | $0.00 | $11,520.20 | $0.00 | $0.00 |
| 8-22-2023 | 01160275 | | $1,882.40 | $0.00 | $0.00 | $1,882.40 | $0.00 | $0.00 |
| 8-24-2023 | 01162298 | | $6,109.02 | $0.00 | $0.00 | $6,109.02 | $0.00 | $0.00 |
| 8-26-2023 | SCV-093043 | | ($442.60) | $0.00 | $0.00 | ($442.60) | $0.00 | $0.00 |
| 8-30-2023 | 01166401 | 402905 | $8,279.15 | $0.00 | $0.00 | $8,279.15 | $0.00 | $0.00 |
| 8-31-2023 | SCV-093399 | 402905 | ($1,528.03) | $0.00 | $0.00 | ($1,528.03) | $0.00 | $0.00 |
| 9-2-2023 | 01169619 | | $5,422.53 | $0.00 | $0.00 | $5,422.53 | $0.00 | $0.00 |
| 9-6-2023 | 01171408 | | $148.86 | $0.00 | $148.86 | $0.00 | $0.00 | $0.00 |
| 9-7-2023 | SCV-093643 | | ($446.00) | $0.00 | ($446.00) | $0.00 | $0.00 | $0.00 |
| 9-12-2023 | 01175290 | | $5,129.14 | $0.00 | $5,129.14 | $0.00 | $0.00 | $0.00 |
| 9-13-2023 | 01176220 | | $908.55 | $0.00 | $908.55 | $0.00 | $0.00 | $0.00 |
| 9-13-2023 | 01176871 | | $86.08 | $0.00 | $86.08 | $0.00 | $0.00 | $0.00 |
| 9-14-2023 | SCV-094188 | | ($362.70) | $0.00 | ($362.70) | $0.00 | $0.00 | $0.00 |
| 9-19-2023 | 01180143 | | $5,042.44 | $5,042.44 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9-22-2023 | 01183529 | | $3,265.46 | $3,265.46 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9-28-2023 | 01187396 | | $6,389.55 | $6,389.55 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10-5-2023 | 01192414 | | $9,961.62 | $9,961.62 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10-10-2023 | 01194993 | | $4,928.49 | $4,928.49 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | $70,872.99 | $29,587.56 | $5,463.93 | $36,675.89 | $0.00 | ($854.39) |



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Envoy Solutions Company

Hazmat Emergency # 800-456-9038

# INVOICE

**Bill To:** TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

**Ship To:** TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

SO-1273903

| DATE | WH NO. | CUSTOMER PO | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|---|---|---|---|---|---|---|---|---|---|
| 8-8-2023 | | 402833 | 47022 | 1 | | SO-1272401 | 01149819 | 226 | 4 |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|---|---|---|---|---|---|
| 9-7-2023 | Net 30 Days | Duke Misnik | 197 | | PJP-OUT |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 316023 | C99PET1 | CONTAINER H/L 8x8x3 CLEAR SEAL OPS | 250 | CS | 20 | 20 | | $46.15 | $923.00 |
| 315239 | 00020/112 | CONTAINER CUPCAKE LARGE SINGLE PET | 300 | CS | 2 | 2 | | $119.75 | $239.50 |
| 173252 | 173252 | STRAW JUMBO 7.75" WRAPPED CLEAR MARKETPRO | 24/500 | CS | 10 | 10 | | $49.41 | $494.10 |
| 166820 | 851631 | TOILET SEAT COVER 1/2 FOLD KLEENLINE ESSENTIALS | 20/250 | CS | 1 | 1 | | $36.68 | $36.68 |
| 166712 | 166712SS | TOWEL ROLL SURESENSE WHITE | 6/900' | CS | 10 | 10 | | $72.80 | $728.00 |
| 166809 | 10006665 | TOWEL KITCHEN 2PLY 15/90 PLENTY FLEX | 15/90 | CS | 48 | 48 | | $14.83 | $711.84 |
| 113709 | 205 | CONTAINER FOAM H/L 9x6x 3.1-COMP WHITE | 200 | CS | 30 | 30 | | $19.84 | $595.20 |
| 113708 | BE893 | CONTAINER FOAM H/L 8x8x 3.3-COMP U-VENT WHITE | 200 | CS | 20 | 20 | | $19.52 | $390.40 |
| 113800 | 4J6 | CONTAINER FOAM 4oz SQUAT 4J6 DART | 1000 | CS | 5 | 5 | | $29.60 | $148.00 |
| 083233 | 71012 | BAG 12LB BULWARK KRAFT | 400 | CS | 24 | 24 | | $24.00 | $576.00 |
| 063232 | 81187 | BAG 1/6.57LB TALL BBL KRAFT | 500 | CS | 5 | 5 | | $40.55 | $202.75 |
| 063223 | 70221 | BAG 20LB SHORTY HUSKY KRAFT | 400 | CS | 5 | 5 | | $29.49 | $147.45 |
| 063161 | 18424 | BAG 25LB TALL STANDARD KRAFT | 500 | CS | 12 | 12 | | $28.25 | $339.00 |

1 of 2

01149819



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Envoy Solutions Company

Hazmat Emergency # 800-456-9038

# INVOICE

**Bill To:** TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

**Ship To:** TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|-----------|----------|
| 043036 | FLOW10 | WRAP DELI 10x10.75 SENIOR LOGAN | 12/500 | CS | 6 | 6 | | $59.34 | $291.70 |
| | | | | | | 2 of 2 | | | 01149819 |



| | |
|---|---|
| MERCHANDISE TOTAL | $5,823.62 |
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | $5,823.62 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



*Where Service is First!*

## DELIVERY EXCEPTION MERCHANDISE RETURN & CREDIT FORM

Reason Codes          **Please Select one option from both the main and sub categories*

Categories

☑ TD - Time of Delivery          ☐ SR-Salesman Return          ☐ RGA - Return from Previous Invoice
**Walk-In                                   ** Must call into office for approval

Sub Categories

| Code | Description | | Code | Description |
|------|-------------|--|------|-------------|
| TDCC | Customer Closed/Missed Time Window | | TDPNLW | Picked Never Left Warehouse |
| TDD | Damaged | | TDSFT | Found on Truck/Driver Error |
| TDDUP | Duplicate Order | | TDSUB | Unexceptable Substitute Item |
| MDRTV | Manufacturer Defect - RTV | | TDSW | Shortage found in Warehouse |
| TDMP | Mispick | | TDTS | Truck Short |
| TDOE | Order Error | | | |

Invoice #: O1149819          Date:

Customer Name: TCi State piper          Customer #: 402833

Contact Information:

| Item Ordered | QTY | Description | TD | SR | RGA | Sub Category | Item Shipped |
|--------------|-----|-------------|----|----|----|--------------|--------------|
| 11328 | 20 | 8' 8 3 Comp | | | | TDOE | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Drivers Name:          Signature:



**PJP**

An Envoy Solutions Company

Remit To:
**Penn Jersey Paper Co.**
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# CREDIT MEMO

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|------|--------|--------------|--------------|-------------|------|-----------|-------------|-------|------|
| 8-9-2023 | | 402833 | 47022 | 1 | | SO-1273903 | SCV-092131 | | |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|-------------|------------------|--------------|--------------|------------|---------|
| 9-8-2023 | Net 30 Days | Duke Misnik | -20 | | PJP2-CR |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|-----------|----------|
| 113708 | RE883 | CONTAINER FOAM H/L 8x8x 3 3-COMP U-VENT WHITE | 200 | CS | -20 | -20 | | $19.52 | -$390.40 |

1 of 1                                                                SCV-092131

REFER TO# 01149819

| MERCHANDISE TOTAL | -$390.40 |
|-------------------|----------|
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | -$390.40 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Envoy Solutions Company

Hazmat Emergency # 800-456-9038

# INVOICE

**Bill To:** TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

**Ship To:** TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER P.O. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|------|--------|---------------|--------------|-------------|------|-----------|-------------|-------|------|
| 8-18-2023 | | JOHN P. | 47022 | 1 | | SO-1281526 | 01158233 | 552 | 3 |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|-------------|------------------|--------------|--------------|------------|---------|
| 9-17-2023 | Net 30 Days | Duke Misnik | 337 | | PJP-OUT |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|----|---------|---------|-----|------------|----------|
| 410225 | J4106 | GLASS MIXING 16oz ARCOR OC BARWARE RIM TEMPERED | 24 | CS | 10 | 10 | | $23.79 | $237.90 |
| 360614 | 300435 | BAG 4.5x2x14 SUBMARINE H OAGIE | 1000 | CS | 10 | 4 | | $44.40 | $177.60 |
| 351819 | | CUP SOUFFLE PLASTIC 4oz CLEAR PS | | CS | 10 | 0 | | $0.00 | $0.00 |
| 351093 | KCT250JF | CUP KIDS COLD 12oz JUNGLE FRIENDS / LID & STRAW | 250 | CS | 10 | 10 | | $42.21 | $422.10 |
| 350039 | CSLUB | CLUTCH COFFEE SLEEVE KRAFT | 1000 | CS | 10 | 10 | | $31.78 | $317.80 |
| 312003 | HCP-603 | CONTAINER H/L 6" CLEAR P ET BRITEPAK | 500 | CS | 10 | 10 | | $50.49 | $504.90 |
| 173672 | A916BL25 | TRAY CATER ROUND 16" PS BLACK CHECKMATE | 25 | CS | 10 | 10 | | $46.53 | $465.30 |
| 166820 | 861531 | TOILET SEAT COVER 1/2 FOLD KLEENLINE ESSENTIALS | 20/250 | CS | 3 | 3 | | $36.68 | $110.04 |
| 166323 | 89420 | TOWEL ROLL 8" ENMOTION WHITE | 6/700' | CS | 10 | 10 | | $72.20 | $722.00 |
| 166188 | 290089 | TOWEL ROLL TORK MATIC WHITE | 6/700' | CS | 10 | 10 | | $65.50 | $655.00 |
| 166025 | 12024402 | TOILET TISSUE 2PLY MINI JUMBO ROLL TORK | 12/751' | CS | 10 | 10 | | $49.13 | $491.30 |

1 of 3                                                                01158233



An Envoy Solutions Company

**Remit To:**
Penn Jersey Paper Co,
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI-STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 158018 | 35419 | CLEANER MULTI-PURPOSE PINE-SOL LEMON | 3/144oz | CS | 10 | 10 | | $35.05 | $350.50 |
| 150093 | 562774/71831 | CLEANER MULTI-PURPOSE FANTASTIK W/ BLEACH RTU | 8/32oz | CS | 10 | 2 | | $25.78 | $51.56 |
| 123068 | AIRMEDLE NPKN-5 | NAPKIN DINNER 15x15 FLAT LINEN REPLACEMENT WHITE | 1000 | CS | 10 | 10 | | $75.59 | $755.90 |
| 123068 | AIRMEDLE NPKN-5 | NAPKIN DINNER 15x15 FLAT LINEN REPLACEMENT WHITE | 1000 | CS | 10 | 10 | | $75.59 | $755.90 |
| 119405 | NFN-F434 QVF | BOX MEAL 4.5x4.5x2.88 KRAFT | 510 | CS | 10 | 10 | | $109.07 | $1,090.70 |
| 113709 | 205 | CONTAINER FOAM HL 9x6x 8 1-COMP WHITE | 200 | CS | 30 | 30 | | $19.84 | $595.20 |
| 113049 | 9501020/LBD | LID DELI ROUND ALUR CLEAR APET | 500 | CS | 10 | 10 | | $35.59 | $356.90 |
| 113031 | | CONTAINER DELI 8oz RQUND ALUR CLEAR APET | | CS | 10 | 0 | | $0.00 | $0.00 |
| 063321 | 4120003 | BAG 12LB STANDARD WHITE | 500 | CS | 10 | 10 | | $26.24 | $262.40 |
| 063301 | 4040004 | BAG 4LB STANDARD WHITE | 500 | CS | 16 | 16 | | $12.62 | $201.92 |
| 063286 | 40036 | BAG LIQUOR QUART KRAFT | 500 | CS | 24 | 24 | | $16.29 | $390.96 |
| 063239 | 71020 | BAG 20LB TALL BULWARK KRAFT | 400 | CS | 12 | 12 | | $28.81 | $345.72 |
| 063227 | 71006 | BAG 6LB BULWARK KRAFT | 400 | CS | 12 | 12 | | $13.67 | $164.04 |
| 063181 | 18424 | BAG 25LB TALL STANDARD KRAFT | 500 | CS | 12 | 12 | | $28.25 | $339.00 |
| 063177 | 18420 | BAG 20LB TALL STANDARD KRAFT | 500 | CS | 12 | 12 | | $25.52 | $306.24 |
| 063166 | 18412 | BAG 12LB STANDARD KRAFT | 500 | CS | 12 | 12 | | $20.07 | $240.84 |
| 063151 | 18406 | BAG 6LB STANDARD KRAFT | 500 | CS | 36 | 36 | | $13.81 | $497.16 |

01158233



Remit To:
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Envoy Solutions Company

Hazmat Emergency # 800-456-9038

# INVOICE



Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 063144 | 18403 | BAG 3LB STANDARD KRAFT | 500 | CS | 12 | 12 | | $10.66 | $127.92 |
| 043036 | FLOW10 | WRAP DELI 10x10.75 SENIO R LOGAN | 12/500 | CS | 10 | 10 | | $58.34 | $583.40 |
| | | | | | 3 of 3 | | | | 01158233 |



Paid
CK# 10826
$ 9134.20

| MERCHANDISE TOTAL | $11,520.20 |
|---|---|
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | $11,520.20 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback. If we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.





**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Envoy Solutions Company

Hazmat Emergency # 800-456-9038

# INVOICE

**Bill To:** TRI-STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

**Ship To:** TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|---|---|---|---|---|---|---|---|---|---|
| 8-22-2023 | | | 47022 | 1 | | SO-1283836 | 01160275 | 228 | 1 |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|---|---|---|---|---|---|
| 9-21-2023 | Net 30 Days | Duke Mienik | 80 | | PJP-OUT |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 113741 | 1243 | CONTAINER FOAM H/L 18x4, 5x3.2 HOAGIE WHITE | 200 | CS | 20 | 20 | | $26.20 | $524.00 |
| 113716 | RE9939 | CONTAINER FOAM H/L 9x8x 3 1-COMP U-VENT WHITE | 200 | CS | 30 | 30 | | $20.78 | $623.40 |
| 113713 | 225 | CONTAINER FOAM H/L 8x8x 3 1-COMP WHITE | 500 | CS | 30 | 30 | | $24.50 | $735.00 |

1 of 1

01160275



Le(th  8/22/23

| MERCHANDISE TOTAL | $1,882.40 |
|---|---|
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | $1,882.40 |

**Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.**

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, If we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.

**PJP**
An Envoy Solutions Company

Remit To:
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

## INVOICE

Bill To: TRI-STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

*SO-1287399*

| DATE | WH NO. | CUSTOMER PO, | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|---|---|---|---|---|---|---|---|---|---|
| 8-24-2023 | | | 47022 | 1 | | SO-1286044 | 01162298 | 438 | 7 |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|---|---|---|---|---|---|
| 9-23-2023 | Net 30 Days | Duke Mienik | 194 | | PJP-OUT |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 351430 | 20J16 | CUP FOAM 20oz Tall 20J16 D ART | 500 | CS | 10 | 10 | | $35.57 | $355.70 |
| 351387 | 12J16 | CUP FOAM 12oz SQUAT 12J 16 DART | 1000 | CS | 5 | 5 | | $46.01 | $230.05 |
| 173273 | MDP-46-2 | APRON POLY 28x46 HD WHI TE | 5/100 | CS | 2 | 2 | | $51.23 | $102.46 |
| 167324 | M30472 | WIPE FOODSERVICE NO RI NSE SANITIZER FLOW-PAK | 12/72 | CS | 10 | 10 | | $55.98 | $559.80 |
| 166065 | 850171 | TOILET TISSUE 1PLY KLEEN LINE ESSENTIALS | 96/1000 | CS | 10 | 10 | | $47.84 | $478.40 |
| 163887 | 892155 | LINER 36x60 22MIC EQ NAT URAL ROLL MARKETPRO | 8/25 | CS | 20 | 20 | | $27.69 | $553.80 |
| 163885 | 892153 | LINER 43x48 16MIC EQ NAT URAL ROLL MARKETPRO | 8/25 | CS | 1 | 1 | | $25.00 | $25.00 |
| 123047 | 05177N | NAPKIN TALLFOLD JR BELL EMARQUE KRAFT | 16/500 | CS | 20 | 20 | | $22.13 | $442.60 |
| 119504 | HERO CLA MSHELL | BOX HOAGIE 11.4x3.4x2.91 KRAFT | 200 | CS | 12 | 12 | | $53.79 | $645.48 |
| 113770 | RE888S | CONTAINER FOAM H/L 8x8x 3 1-COMP U-VENT WHITE. | 200 | CS | 30 | 30 | | $19.52 | $585.60 |
| 113031 | 9601030/R D8 | CONTAINER DELI 8oz ROUN D ALUR CLEAR APET | 500 | CS | 10 | 10 | | $52.86 | $528.60 |
| 063907 | 7305-8630 | TOTE 12x8x24 16MIC WHITE GORILLA STRONG | 1000 | CS | 24 | 24 | | $33.41 | $801.84 |

*Wrong*
*Item*
*need white not Kraft*

1 of 2

01162298



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Bavoy Solutions Company

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N 3RD STREET
PHILADELPHIA, PA 19140
USA

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 043290 | NB1024-3 0-56 | WRAP NEWS 18x24 | 30LB | CS | 40 | 40 | | $19.80 | $792.00 |
| 048114 | | LINER DRY WAX 16x16 SUB WRAP | | CS | 10 | 0 | | $0.00 | $0.00 |

2 of 2                                                                      01162298



Keith 8/24/23

| MERCHANDISE TOTAL | $6,101.33 |
|---|---|
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $7.95 |
| TAXES | $0.00 |
| INVOICE TOTAL | $6,109.02 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback. If we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and misplaced items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



*Where Service is First!*

## DELIVERY EXCEPTION MERCHANDISE RETURN & CREDIT FORM

**Reason Codes**          ♦♦*Please Select one option from both the main and sub categories*

**Categories**

☐ TD - Time of Delivery          ☐ SR - Salesman Return          ☐ RGA - Return from Previous Invoice
                                        ♦♦Walk-In                         ♦♦ Must call into office for approval

**Sub Categories**

| Code | Description | | Code | Description |
|------|-------------|---|------|-------------|
| TDCC | Customer Closed/Missed Time Window | | TDPNLW | Picked Never Left Warehouse |
| TDD | Damaged | | TDSFT | Found on Truck/Driver Error |
| TDDUP | Duplicate Order | | TDSUB | Unexceptable Substitute Item |
| MDRTV | Manufacturer Defect - RTV | | TDSW | Shortage found in Warehouse |
| TDMP | Mispick | | TDTS | Truck Short |
| TDOE | Order Error | | | |

Invoice # *01167298*          Date: *8-24-2023*

Customer Name: *TRI-STATE PAPER*          Customer #

Contact Information:

| Item Ordered | QTY | Description | TD | SR | RGA | Sub Category | Item Shipped |
|--------------|-----|-------------|----|----|-----|--------------|--------------|
| *123047* | *20* | *wrong Item* | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Drivers Name: _____          Signature: *mjun [signature]*



**PJP**

An Envoy Solutions Company

Remit To:
**Penn Jersey Paper Co.**
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# CREDIT MEMO

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|------|--------|--------------|--------------|-------------|------|-----------|-------------|-------|------|
| 8-26-2023 | | | 47022 | 1 | | SO-1287399 | SCV-093043 | | |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|-------------|------------------|--------------|--------------|------------|---------|
| 9-25-2023 | Net 30 Days | Duke Misnik | -20 | | PJP2-CR |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|------------|----------|
| 123047 | 05177N | NAPKIN TALLFOLD JR BELL EMARQUE KRAFT | 16/500 | CS | -20 | -20 | | $22.13 | -$442.60 |

1 of 1                                                                 SCV-093043

REFER TO# 01162298

| | |
|---|---|
| MERCHANDISE TOTAL | -$442.60 |
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | -$442.60 |

**Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.**

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Envoy Solutions Company

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

*SO-1292616*

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|------|--------|--------------|--------------|-------------|------|-----------|-------------|-------|------|
| 8-30-2023 | | 402905 | 47022 | 1 | | SO-1290291 | 01166401 | 335 | 3 |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|-------------|------------------|--------------|--------------|------------|---------|
| 9-29-2023 | Net 30 Days | Duke Mienik | 310 | | PJP-OUT |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|------------|----------|
| 360782 | 284300100 | BAG PICKLE 6.4x10 HDPE H EADER | 1000 | CS | 10 | 10 | | $25.74 | $257.40 |
| 350731 | DFL122 | LID PAPER CUP COLD 12-2 2oz X-SLOT | 1200 | CS | 25 | 25 | | $21.64 | $541.00 |
| 312053 | 4666910/C C6911 | CONTAINER H/L 6x9 PP BLA CK/CLEAR CULINARY CLAS SICS | 120 | CS | 10 | 10 | | $47.59 | $476.90 |
| 271370 | 6068-35N C | PAN ALUMINUM OBLONG 3 COMP MEAL TRAY 7X9 | 500 | CS | 5 | 5 wrong item | | $136.75 | $683.75 |
| 271342 | FL2005 | LID FLAT 8" ROUND FOIL BO ARD MARKETPRO | 500 | CS | 10 | 10 item | | $19.71 | $197.10 |
| 173960 | M610032 | TRAY CARRIER 4-CUP FLIG HT 8-32oz | 300 | CS | 5 | 5 | | $37.40 | $187.00 |
| 173229 | STRNPLU G-BK | STIRRER SPILL STOPPER S TIR-N-PLUG BLACK | 200 | INP | 1 | 1 wrong item | | $13.08 | $13.08 |
| 173214 | RP147 | PICK SWORD 3.5" PLASTIC | 1000 | INP | 2 | 2 | | $7.24 | $14.48 |
| 173211 | RM116 | TOOTHPICK MINT WRAPPE D | 15/1000 | CS | 5 | 3 | | $25.05 | $75.15 |
| 173210 | CF | PICK FRILL 4" ASSORTED | 10/1000 | CS | 5 | 5 | | $38.57 | $192.85 |
| 172020 | 0417 | TRAY FOOD 2LB RED PLAID | 4/250 | CS | 10 | 10 | | $29.73 | $297.30 |
| 166712 | 166712SS | TOWEL ROLL SURESENSE WHITE | 6/900' | CS | 10 | 10 | | $72.80 | $728.00 |

| | 1 of 3 | 1 | | 01166401 |
|--|--------|---|--|----------|



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Envoy Solutions Company

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI STATE PAPER COMPANY
4600 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4600 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 166309 | 10006665 | TOWEL KITCHEN 2PLY 15/90 PLENTY FLEX | 15/90 | CS | 48 | 48 | | $14.07 | $675.36 |
| 162860 | 714931 | LINER 24x33 8MIC NATURAL ROLL MARKETPRO | 20/50 | CS | 10 | 10 | | $22.23 | $222.30 |
| 113892 | PP208 | CONTAINER H/L 9x6 1-COMPARTMENT MFPP WHITE ECOPAX | 150 | CS | 10 | 10 | | $21.98 | $219.80 |
| 113716 | RE993S | CONTAINER FOAM H/L 9x9x3 1-COMP U-VENT WHITE | 200 | CS | 40 | 40 wrong item | | $20.78 | $831.20 |
| 113709 | 205 | CONTAINER FOAM H/L 9x6x3 1-COMP WHITE | 200 | CS | 30 | 30 | | $19.84 | $595.20 |
| 113800 | 4J6 | CONTAINER FOAM 4oz SQUAT 4J6 DART | 1000 | CS | 10 | 10 | | $29.60 | $296.00 |
| 112402 | YSD2516 | CONTAINER DELI 16oz COMBO NEWSPRING PP | 240 | CS | 20 | 20 | | $26.94 | $538.80 |
| 063233 | 71012 | BAG 12LB BULWARK KRAFT | 400 | CS | 36 | 36 | | $24.00 | $864.00 |
| 063232 | | BAG 1/8 57LB TALL BBL KRAFT | | CS | 5 | 0 | | $0.00 | $0.00 |
| 033085 | C8440P240PJP | BUTCHER PAPER 24" PEACH | 1000' | RL | 5 | 5 | | $36.52 | $182.60 |
| 013380 | PJ-1863-1500 | PALLET WRAP HAND 18" 63-GAUGE | 4/1500' | CS | 5 | 5 | | $38.28 | $191.40 |



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Envoy Solutions Company

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|----|---------|---------|-----|------------|----------|
| | | | | | 3 of 3 | | | | 01166401 |



| | |
|---|---|
| MERCHANDISE TOTAL | $8,279.17 |
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | $8,279.15 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



**Where Service is First!**

## DELIVERY EXCEPTION MERCHANDISE RETURN & CREDIT FORM

Reason Codes                    **Please Select one option from both the main and sub categories**

Categories

☐ TD - Time of Delivery    ☐ SR - Salesman Return    ☐ RGA - Return from Previous Invoice
                                **Walk-in**                    ** Must call into office for approval

Sub Categories

| Code | Description | | Code | Description |
|------|-------------|---|------|-------------|
| TDCC | Customer Closed/Missed Time Window | | TDPNLW | Picked Never Left Warehouse |
| TDD | Damaged | | TDSFT | Found on Truck/Driver Error |
| TDDUP | Duplicate Order | | TDSUB | Unexceptable Substitute Item |
| MDRTV | Manufacturer Defect – RTV | | TDSW | Shortage found in Warehouse |
| TDMP | Mispick | | TDTS | Truck Short |
| TDOE | Order Error | | | |

Invoice # 01156461

Customer Name: TC's-State paper    Customer # 47022

Date:

Contact Information:

| Item Ordered | QTY | Description | TD | SR | RGA | Sub Category | Item Shipped |
|-------------|-----|-------------|----|----|----|--------------|-------------|
| 27170 | 5 | Oblong PAN | | | | TDOE | |
| 173229 | 1 | Spill Stopper | | | | TDX | |
| 113776 | 40 | 9x9" cont | | | | TDOE | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Drivers Name: _____    Signature: _____



**Remit To:**
**Penn Jersey Paper Co.**
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Envoy Solutions Company

Hazmat Emergency # 800-456-8038

# CREDIT MEMO

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE STOP |
|------|--------|--------------|--------------|-------------|------|-----------|-------------|------------|
| 8-31-2023 | | 402905 | 47022 | 1 | | SO-1292016 | SCV-093399 | |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|-------------|------------------|--------------|--------------|------------|---------|
| 9-30-2023 | Net 30 Days | Duke Misnik | -46 | | PJP2-CR |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|------------|----------|
| 271370 | 6068-35N C | PAN ALUMINUM OBLONG 3 COMP MEAL TRAY 7X5 | 500 | CS | -5 | -5 | | $136.75 | -$683.75 |
| 173229 | STRNPLUG-BK | STIRRER SPILL STOPPER S TIR-N-PLUG BLACK | 200 | INP | -1 | -1 | | $13.08 | -$13.08 |
| 113716 | RE993S | CONTAINER FOAM H/L 9x9x 3 1-COMP U-VENT WHITE | 200 | CS | -24 | -24 | | $20.78 | -$498.72 |
| 113716 | RE993S | CONTAINER FOAM H/L 9x9x 3 1-COMP U-VENT WHITE | 200 | CS | -16 | -16 | | $20.78 | -$332.48 |

1 of 1                                                                 SCV-093399

REFER TO# 01166401

| MERCHANDISE TOTAL | -$1,528.03 |
|-------------------|-----------|
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | -$1,528.03 |

**Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.**

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-871-9800 FX:215-969-4767

An Envoy Solutions Company

Hazmat Emergency # 800-456-9038

# INVOICE

**Bill To:** TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

**Ship To:** TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

1296163

| DATE | WH. NO. | CUSTOMER P.O. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER.NO. | INVOICE NO. | ROUTE | STOP |
|---|---|---|---|---|---|---|---|---|---|
| 9-2-2023 | | | 47022 | 1 | | SO-1293377 | 01169619 | 227 | 11 |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|---|---|---|---|---|---|
| 10-2-2023 | Net 30 Days | Duke Misnik | 165 | | PJP-OUT |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 351410 | 16J16 | CUP FOAM 16oz 16J16 DART | 1000 | CS | 5 | 5 | | $57.12 | $285.60 |
| 340155 | | PLATE FOAM 9" 3-COMPARTMENT UNLAMINATED WHITE | | CS | 5 | 0 | | $0.00 | $0.00 |
| 312043 | 4690911/CL9911 | CONTAINER H/L 9x9 PP BLACK/CLEAR CULINARY LITES | 120 | CS | 40 | 40 | | $45.08 | $1,803.20 |
| 271493 | 8900-50X | LID ALUMINUM FOR FULL STEAM PAN SMART | 50 | CS | 20 | 20 | | $21.28 | $425.60 |
| 175013 | 175013 | CUTLERY KIT KNIFE, FORK, NAPKIN, S&P MW PP MARK ETPRO | 250 | CS | 20 | 20 | | $8.91 | $178.20 |
| 173252 | 173252 | STRAW JUMBO 7.75" WRAPPED CLEAR MARKETPRO | 24/500 | CS | 10 | 10 | | $49.41 | $494.10 |
| 167665 | RF1MB | WET NAPKIN 4x7 MOIST TOWELETTE | 1000 | CS | 10 | 10 | | $16.03 | $160.30 |
| 166124 | P2008 | TOWEL MULTI-FOLD WHITE MARCAL PRO | 16/250 | CS | 10 | 10 | | $22.61 | $226.10 |
| 121080 | 175013 | NAPKIN BEVERAGE 2PLY BLACK D13 | 4/250 | CS | 20 | 20 | | $22.30 | $446.00 |
| 115802 | 115802 | CUP PAPER HOT FOOD 16oz MARKETPRO COMBO | 250 | CS | 10 | 10 | | $61.04 | $610.40 |
| 063232 | 81187 | BAG 1/8 57LB TALL BBL KRAFT | 500 | CS | 5 | 5 | | $40.55 | $202.75 |
| 054202 | 12-10047 | BAG UBI 12x20 8MIC PLAIN HDPE | 2/1000 | CS | 10 | 10 | | $31.12 | $311.20 |

*(handwritten notes: "wrong Item", "Not on Truck Print Sign", "Angel Toirip")*

1 of 2                                                                01169619



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Envoy Solutions Company

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 043194 | U80391030PS | BUTCHER STEAK PAPER 10 x30 PEACH | 1000 | CS | 5 | 5 | | $55.80 | $279.00 |
| | | | | | 2 of 2 | | | | 01169619 |

| | |
|---|---|
| MERCHANDISE TOTAL | $5,422.45 |
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | $5,422.53 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.

**PJP**
An Envoy Solutions Company

Remit To:
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|------|--------|--------------|--------------|-------------|------|-----------|-------------|-------|------|
| 9-8-2023 | | | 47022 | 1 | | SO-1295878 | 01171408 | | |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|-------------|------------------|--------------|--------------|------------|---------|
| 10-8-2023 | Net 30 Days | Duke Misnik | 2 | | PICKU-CPU |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|------------|----------|
| 344500 | Mt10 | PLATE PLASTIC 10.25" IMPA CT WHITE | 500 | CS | 1 | 1 | | $92.28 | $92.28 |
| 112425 | L811/1257 064 | LID TUB FLAT WHITE FOR P JP #112410 | 165 | CS | 1 | 1 | | $56.58 | $56.58 |

1 of 1                                                                                           01171408



| | |
|---|---|
| MERCHANDISE TOTAL | $148.86 |
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | $148.86 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



**PJP**

An Envoy Solutions Company

Remit To:
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# CREDIT MEMO

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|---|---|---|---|---|---|---|---|---|---|
| 9-7-2023 | | | 47022 | 1 | | SO-1296163 | SCV-093643 | | |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|---|---|---|---|---|---|
| 10-7-2023 | Net 30 Days | Duke Misnik | -20 | | PJP2-CR |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 121080 | 175013 | NAPKIN BEVERAGE 2PLY B LACK D13 | 4/250 | CS | -18 | -18 | | $22.30 | -$401.40 |
| 121080 | 175013 | NAPKIN BEVERAGE 2PLY B LACK D13 | 4/250 | CS | -2 | -2 | | $22.30 | -$44.60 |

1 of 1                                                                 SCV-093643

refer to inv #01169619

| MERCHANDISE TOTAL | -$446.00 |
|---|---|
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | -$446.00 |

**Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.**

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.

**PJP**
An Envoy Solutions Company

Remit To:
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

**INVOICE**

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

SO-1301865

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|---|---|---|---|---|---|---|---|---|---|
| 9-12-2023 | | | 47022 | 1 | | SO-1299961 | 01175290 | 255 | 1 |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|---|---|---|---|---|---|
| 10-12-2023 | Net 30 Days | Duke Misnik | 140 | | PJP-OUT |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 352208 | EPET16 | CUP COLD 16oz CLEAR PET MARKETPRO | 20/50 | CS | 10 | 10 | | $45.91 | $459.10 |
| 351424 | 16SL | LID CUP 16oz SLOTTED FOR DART 16SL/20J16 | 1000 | CS | 5 | 5 | | $26.69 | $133.45 |
| 331030 | NC948B | CONTAINER VERSA 48oz ROUND BLACK W/ CLEAR LID | 150 | CS | 18 | 18 | | $44.93 | $808.74 |
| 271493 | 8900-50X X | LID ALUMINUM FOR FULL S TEAM PAN SMART | 50 | CS | 2 | 2 | | $21.28 | $42.56 |
| 173673 | A12PETD M | LID CATER TRAY ROUND 12 " DOME PET CLEAR CHECK MATE | 25 | CS | 15 | 15 | | $18.31 | $274.65 |
| 173671 | A912BL25 | TRAY CATER ROUND 12" PS BLACK CHECKMATE | 25 | CS | 15 | 15 | | $22.96 | $344.40 |
| 167057 | 161362 | URINAL SCREEN WAVE 3D MANGO KLEENLINE | 10 | INF | 10 | 10 | | $17.60 | $176.00 |
| 166712 | 166712SS | TOWEL ROLL SURESENSE WHITE | 6/900 | CS | 10 | 10 | | $72.80 | $728.00 |
| 166128 | P050B | TOWEL C-FOLD WHITE QU ALITY | 16/150 | CS | 10 | 10 | | $17.91 | $179.10 |
| 113865 | 20JL | LID CUP 20oz VENTED TRA NSLUCENT FOR DART | 1000 | CS | 5 | 5 | | $33.43 | $167.15 |
| 043110 | F1215NUP | WRAP DRY WAX 12x15 NUP ARCH | 5/10LB | CS | 10 | 10 | | $73.18 | $731.80 |
| 033388 | SF25 | FOIL ROLL 18x1000 SUREFO IL HEAVY | 1000' | RL | 20 | 15 | | $45.40 | $681.00 |

*(handwritten notes)* → sent back
wrong item
only 5

1 of 2                                                       01175290

**PJP**
An Envoy Solutions Company

Remit To:
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|----|---------|---------|-----|-----------|----------|
| 033383 | SF11M | FOIL ROLL 12x1000 SUBEFO IL CITY SELECT | 1000' | RL | 28 | 15 | | $26.87 | $403.05 |
| | | | | | 2 of 2 | | | | 01175290 |

Reith  9-12-23

| MERCHANDISE TOTAL | $5,129.00 |
|---|---|
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | $5,129.14 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only; all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



*Where Service is First!*

## DELIVERY EXCEPTION MERCHANDISE RETURN & CREDIT FORM

**Reason Codes**    **\*\*Please Select one option from both the main and sub categories*

**Categories**

☒ TD - Time of Delivery    ☐ SR - Salesman Return    ☐ RGA - Return from Previous Invoice
\*\*Walk-In                                                   \*\* Must call into office for approval

**Sub Categories**

| Code | Description | | Code | Description |
|------|-------------|---|------|-------------|
| TDCC | Customer Closed/Missed Time Window | | TDPNLW | Picked Never Left Warehouse |
| TDD | Damaged | | TDSFT | Found on Truck/Driver Error |
| TDDUP | Duplicate Order | | TDSUB | Unexceptable Substitute Item |
| MDRTV | Manufacturer Defect - RTV | | TOSW | Shortage found in Warehouse |
| TDMP | Mispick | | TDTS | Truck Short |
| TDOE | Order Error | | | |

Invoice # 2175290          Date:
Customer Name: Tri State          Customer # 47022

Contact Information:

| Item Ordered | QTY | Description | TD | SR | RGA | Sub Category | Item Shipped |
|---|---|---|---|---|---|---|---|
| 173612 | 5 | TCAV | | | | TDC | |
| 161057 | 5 | Urinal screen | | | | TDX | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Drivers Name:          Signature:



**An Envoy Solutions Company**

Remit To:
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# INVOICE



Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|------|--------|--------------|--------------|-------------|------|-----------|-------------|-------|------|
| 9-13-2023 | | | 47022 | 1 | | SO-1301409 | 01176220 | 355 | 4 |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|-------------|------------------|--------------|--------------|------------|---------|
| 10-13-2023 | Net 30 Days | Duke Misnik | 45 | | PJP-OUT |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|------------|----------|
| 173633 | A916BL25 | TRAY CATER ROUND 16" PS BLACK CHECKMATE | 25 | CS | 15 | 15 | | $33.71 | $505.65 |
| 126910 | 2167 | NAPKIN BEVERAGE 1PLY B ELLEMARQUE WHITE | 4/1000 | CS | 30 | 30 | | $13.43 | $402.90 |

1 of 1                                                                 01176220



9/13/23

| MERCHANDISE TOTAL | $908.55 |
|-------------------|---------|
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | $908.55 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 160 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only; all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



**PJP**
An Envoy Solutions Company

Remit To:
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI-STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|------|--------|--------------|--------------|-------------|------|-----------|-------------|-------|------|
| 9-13-2023 | | | 47022 | 1 | | SO-1301756 | 01176871 | | |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|-------------|------------------|--------------|--------------|------------|---------|
| 10-13-2023 | Net 30 Days | Duke Misnik | 2 | | PICKU-CPU |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|------------|----------|
| 033798 | NGLINER-0588BK | CASE LINER 38" NONSKID BLACK | 60" | RL | 2 | 2 | | $43.04 | $86.08 |
| | | | | | | 1 of 1 | | | 01176871 |


9-13-23

| | |
|---|---|
| MERCHANDISE TOTAL | $86.08 |
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | $86.08 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback. If we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 6.
For subject to count invoices only; all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



**PJP**
An Envoy Solutions Company

Remit To:
**Penn Jersey Paper Co.**
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# CREDIT MEMO

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
Philadelphia, PA 19140
USA

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|------|--------|--------------|--------------|-------------|------|-----------|-------------|-------|------|
| 9-14-2023 | | | 47022 | 1 | | SO-1301865 | SCV-094188 | | |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|-------------|------------------|--------------|--------------|------------|---------|
| 10-14-2023 | Net 30 Days | Duke Misnik | -20 | | PJP2-CR |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|----|---------|---------|-----|------------|----------|
| 173673 | A12PETDM | LID CATER TRAY ROUND 12 " DOME PET CLEAR CHECK MATE | 25 | CS | -15 | -15 | | $18.31 | -$274.65 |
| 167057 | 161362 | URINAL SCREEN WAVE 3D MANGO KLEENLINE | 10 | INP | -5 | -5 | | $17.60 | -$88.00 |
| | | | | 1 of 1 | | | | | SCV-094188 |

REFER TO# 01175290

| | |
|---|---|
| MERCHANDISE TOTAL | -$362.65 |
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | -$362.70 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



Remit To:
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Envoy Solutions Company

Hazmat Emergency # 800-456-9038



# INVOICE

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER P.O. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|---|---|---|---|---|---|---|---|---|---|
| 9-19-2023 | | | 47022 | 1 | | SO-1305702 | 01180143 | 251 | 5 |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|---|---|---|---|---|---|
| 10-19-2023 | Net 30 Days | Duke Mianik | 262 | | PJP-OUT |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 303022 | 500234 | DOILY 8" ROUND CAMBRIDGE LACE | 1000 | CS | 10 | 10 | | $8.82 | $88.20 |
| 303021 | 500233 | DOILY 4" ROUND CAMBRIDGE LACE | 1000 | CS | 5 | 5 | | $10.51 | $52.55 |
| 176376 | 176376 | CUTLERY FORK HEAVY WEIGHT PP WHITE MARKETPRO | 1000 | CS | 10 | 10 | | $18.44 | $184.40 |
| 176305 | 176305 | CUTLERY FORK MEDIUM WEIGHT PP WHITE MARKETPRO | 1000 | CS | 10 | 10 | | $5.63 | $56.30 |
| 113741 | 1243 | CONTAINER FOAM H/L 10x4.5x3.2 HOAGIE WHITE | 200 | CS | 30 | 30 | | $25.10 | $753.00 |
| 113716 | RE993S | CONTAINER FOAM H/L 9x9x 3 1-COMP U-VENT WHITE | 200 | CS | 30 | 30 | | $19.26 | $577.80 |
| 113713 | 225 | CONTAINER FOAM H/L 6x6x 3 1-COMP WHITE | 500 | CS | 30 | 30 | | $23.34 | $700.20 |
| 113709 | 205 | CONTAINER FOAM H/L 9x9x 3 1-COMP WHITE | 200 | CS | 30 | 30 | | $19.06 | $571.80 |
| 063239 | 71020 | BAG 20LB TALL BULWARK KRAFT | 400 | CS | 15 | 15 | | $27.10 | $406.50 |
| 063227 | 71006 | BAG 6LB BULWARK KRAFT | 400 | CS | 12 | 12 | | $12.86 | $154.32 |
| 063181 | 18424 | BAG 25LB TALL STANDARD KRAFT | 500 | CS | 20 | 20 | | $27.17 | $543.40 |
| 063171 | 18416 | BAG 16LB STANDARD KRAFT | 500 | CS | 10 | 10 | | $21.99 | $219.90 |
| 063146 | 18404 | BAG 4LB STANDARD KRAFT | 500 | CS | 15 | 15 | | $9.40 | $141.00 |
| 033381 | SF11RED | FOIL ROLL 12x1000 SUREFOIL STANDARD EQ | 1000' | RL | 25 | 25 | | $20.17 | $504.25 |

**PJP**
An Envoy Solutions Company

Remit To:
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|-----------|----------|
| 033037 | C6140B15 8PJP | BUTCHER PAPER 15" WHITE | 800' | RL | 10 | 10 | | $13.89 | $138.90 |
| | | | | | 2 of 2 | | | | 01180143 |

*Roth 9-19-23*

| | |
|---|---|
| MERCHANDISE TOTAL | $5,042.52 |
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | $5,042.44 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Envoy Solutions Company

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI-STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|------|--------|--------------|--------------|-------------|------|-----------|-------------|-------|------|
| 9-22-2023 | | | 47022 | 1 | | SC-1309000 | 01183529 | 553 | 2 |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|-------------|------------------|--------------|--------------|------------|---------|
| 10-22-2023 | Net 30 Days | Duke Misnik | 98 | | PJP-OUT |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|------------|----------|
| 360514 | 300435 | BAG 4.5x2x14 SUBMARINE H OAGIE | 1000 | CS | 5 | 5 | | $44.40 | $222.00 |
| 311007 | YCI821600 000 | CONTAINER H/L 6" SENSATI ONS CLEAR OPS | 500 | CS | 12 | 12 | | $46.49 | $557.88 |
| 311006 | YCI821200 000 | CONTAINER H/L 8" SENSATI ONS CLEAR OPS | 200 | CS | 12 | 12 | | $37.57 | $450.84 |
| 271342 | FL2005 | LID FLAT 8" ROUND FOIL BO ARD MARKETPRO | 500 | CS | 10 | 10 | | $19.71 | $197.10 |
| 271292 | | LID FLAT 7" ROUND FOIL BO ARD MARKETPRO | | CS | 10 | 0 | | $0.00 | $0.00 |
| 179229 | STRNPLU G-BK | STIRRER SPILL STOPPER S TIR-N-PLUG BLACK | 200 | INP | 2 | 2 | | $19.08 | $28.16 |
| 173214 | RP147 | PICK SWORD 3.5" PLASTIC | 1000 | INP | 10 | 8 | | $7.24 | $57.92 |
| 167685 | RF1MB | WET NAPKIN 4x7 MOIST TO WELETTE | 1000 | CS | 10 | 10 | | $16.03 | $160.30 |
| 167682 | 1114 | WIPE ALCOHOL 1x1.25 STE RILE | 20/100 | CS | 20 | 20 | | $18.83 | $376.60 |
| 113892 | PP208 | CONTAINER H/L 9x6 1-COM PARTMENT MFPP WHITE EC OPAX | 150 | CS | 5 | 5 | | $15.17 | $75.85 |
| 112425 | L811/1257 064 | LID TUB FLAT WHITE FOR P JP #112410 | 185 | CS | 7 | 7 | | $56.58 | $396.06 |

1 of 2                                                                 01183529



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Envoy Solutions Company

Hazmat Emergency # 800-456-9038

# INVOICE

**Bill To:** TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

**Ship To:** TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 112410 | T611166 / 173302 | TUB 10lb PLASTIC HEAVY WHITE | 120 | CS | 7 | 7 | | $106.41 | $744.87 |
| | | | | | 2 of 2 | | | | 01183529 |



| | |
|---|---|
| MERCHANDISE TOTAL | $3,265.58 |
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | $3,265.46 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
An Envoy Solutions Company  PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038



# INVOICE

**Bill To:** TRI-STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

**Ship To:** TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER P.O. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|---|---|---|---|---|---|---|---|---|---|
| 9-28-2023 | | | 47022 | 1 | | SO-1313424 | 01187396 | 429 | 4 |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|---|---|---|---|---|---|
| 10-28-2023 | Net 30 Days | Duke Mienik | 249 | | PJP-OUT |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 351387 | 12J16 | CUP FOAM 12oz SQUAT 12/16 DART | 1000 | CS | 3 | 3 | | $46.01 | $138.03 |
| 351050 | 9502040/K C9OF | CUP COLD 9oz SQUAT KC9 OF KAL-CLEAR PET | 1000 | CS | 5 | 5 | | $87.93 | $339.65 |
| 166309 | 10008865 | TOWEL KITCHEN 2PLY 15/90 PLENTY FLEX | 15/90 | CS | 36 | 36 | | $14.07 | $506.52 |
| 153017 | 35418 | CLEANER MULTI-PURPOSE PINE-SOL ORIGINAL | 3/144oz | CS | 20 | 20 | | $39.49 | $789.80 |
| 113741 | 1243 | CONTAINER FOAM H/L 13x4, 5x3.2 HOAGIE WHITE | 200 | CS | 30 | 30 | | $25.10 | $753.00 |
| 113716 | RE993S | CONTAINER FOAM H/L 9x9x 3 1-COMP U-VENT WHITE | 200 | CS | 30 | 30 | | $19.26 | $577.80 |
| 113709 | 205 | CONTAINER FOAM H/L 9x6x 3 1-COMP WHITE | 200 | CS | 30 | 30 | | $19.06 | $571.80 |
| 063239 | 71020 | BAG 20LB TALL BULWARK KRAFT | 400 | CS | 15 | 15 | | $27.10 | $406.50 |
| 063233 | 71012 | BAG 12LB BULWARK KRAFT | 400 | CS | 16 | 16 | | $21.56 | $344.96 |
| 063166 | 18412 | BAG 12LB STANDARD KRAFT | 500 | CS | 16 | 16 | | $18.88 | $302.08 |
| 063103 | NK13717 | BAG SHOPPER MART 18x6.7 5x17 80LB KRAFT | 250 | CS | 10 | 10 | | $51.76 | $517.60 |
| 059661 | ZP-STOR AGE-QT | BAG STORAGE QUART ZIPL OC 1.8 MIL | 500 | CS | 8 | 8 | | $11.20 | $89.60 |
| 043037 | FLOW15 | WRAP DELI 15x10.75 JUMBO LOGAN | 12/500 | CS | 10 | 10 | | $62.06 | $620.60 |

1 of 2

01187396



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Envoy Solutions Company

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|------------|----------|
| 033384 | SF24RED | FOIL ROLL 18x500 SUREFOIL HEAVY EQ | 600' | RL | 20 | 20 | | $21.60 | $432.00 |
| | | | | | 2 of 2 | | | | 01187396 |



9/28/23

| | |
|---|---|
| MERCHANDISE TOTAL | $6,389.94 |
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | $6,389.55 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



**Remit To:**
Penn Jersey Paper Co,
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Envoy Solutions Company

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|------|--------|--------------|--------------|-------------|------|-----------|-------------|-------|------|
| 10-5-2023 | | | 47022 | 1 | | SO-1318214 | 01192414 | 441 | 4 |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|-------------|------------------|--------------|--------------|------------|---------|
| 11-4-2023 | Net 30 Days | Duke Misnik | 295 | | PJP-OUT |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|----|---------|---------|-----|------------|----------|
| 360762 | 234300100 | BAG PICKLE 6.4x10 HDPE HEADER | 1000 | CS | 10 | 10 | | $25.74 | $257.40 |
| 350731 | DFL122 | LID PAPER CUP COLD 12-2 2oz X-SLOT | 1200 | CS | 20 | 20 | | $21.64 | $432.80 |
| 172030 | 0425 | TRAY FOOD 3LB RED PLAID | 2/250 | CS | 15 | 15 | | $23.75 | $356.25 |
| 166112 | 850045 | TOWEL MULTI-FOLD WHITE KLEENLINE ESSENTIALS | 16/250 | CS | 10 | 10 | | $23.45 | $234.50 |
| 164741 | 64CC | SCRUBBER STAINLESS STEEL SCOTCH-BRITE | 6/12 | CS | 25 | 25 | | $27.07 | $676.75 |
| 123043 | IFN6000W | NAPKIN SNAP NAP 2PLY WHITE | 12/500 | CS | 25 | 25 | | $28.49 | $712.25 |
| 119406 | NFN-F434 QVF | BOX MEAL 4.5x4.5x2.88 KRAFT | 510 | CS | 10 | 10 | | $109.06 | $1,090.60 |
| 113716 | RE993S | CONTAINER FOAM H/L 9x9x3 1-COMP U-VENT WHITE | 200 | CS | 30 | 30 | | $19.26 | $577.80 |
| 083910 | 1367-2176 | TOTE 1/6 12x7x22 14MIC WHITE THANK YOU FOR SHOPPING | 1000 | CS | 30 | 30 | | $23.02 | $690.60 |
| 063245 | 80076 | BAG 1/6 57LB BBL KRAFT | 500 | CS | 40 | 40 | | $46.29 | $1,851.60 |
| 043651 | 043651 | CUSHION FOIL 14x16 SURE FOIL PLAIN | 1000 | CS | 30 | 30 | | $35.96 | $1,078.80 |
| 033985 | 9078-0565 | REGISTER ROLL THERMAL 3 1/8x230' BPA FREE | 50/230' | CS | 25 | 25 | | $56.25 | $1,406.25 |
| 033390 | SF15M | FOIL ROLL 18x1000 SUREFOIL CITY SELECT | 1000' | RL | 10 | 10 | | $29.34 | $293.40 |

1 of 2                    01192414



An Envoy Solutions Company

**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

Hazmat Emergency # 800-456-9038

# INVOICE

**Bill To:** TRI-STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

**Ship To:** TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|------------|----------|
| 033381 | SF11RED | FOIL ROLL 12x1000 SUREFO IL STANDARD EQ | 1000' | RL | 15 | 15 | | $20.17 | $302.55 |
| | | | | 2 of 2 | | | | | 01192414 |

# 10909
B 9 215.18

Re.Uh 11/5/23

| MERCHANDISE TOTAL | $9,961.55 |
|-------------------|-----------|
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $0.00 |
| TAXES | $0.00 |
| INVOICE TOTAL | $9,961.62 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback, if we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only; all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Envoy Solutions Company

Hazmat Emergency # 800-456-9038

# INVOICE

Bill To: TRI-STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

Ship To: TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| DATE | WH NO. | CUSTOMER PO. | CUST ACCT NO | SHIP TO NO. | DEPT | ORDER NO. | INVOICE NO. | ROUTE | STOP |
|---|---|---|---|---|---|---|---|---|---|
| 10-10-2023 | | | 47022 | 1 | | SO-1321646 | 01194993 | 244 | 2 |

| PAYMENT DUE | TERMS OF PAYMENT | SALES PERSON | TOTAL PIECES | TOTAL CUBE | CARRIER |
|---|---|---|---|---|---|
| 11-9-2023 | Net 30 Days | Duke Mienik | 206 | | PJP-OUT |

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| 351424 | 16SL | LID CUP 16oz SLOTTED FOR DART 16SL/20J16 | 1000 | CS | 5 | 5 | | $26.69 | $133.45 |
| 343035 | YTH0012-0000 | BOWL FOAM 12oz UNLAMINATED WHITE | 8/125 | CS | 3 | 3 | | $21.82 | $65.46 |
| 340050 | 6PWCR | PLATE FOAM 6" UNLAMINATED WHITE | 8/125 | CS | 3 | 3 | | $16.92 | $50.76 |
| 311007 | YCI821600 000 | CONTAINER H/L 6" SENSATIONS CLEAR OPS | 500 | CS | 15 | 15 | | $46.49 | $697.35 |
| 311008 | YCI821200 000 | CONTAINER H/L 8" SENSATIONS CLEAR OPS | 200 | CS | 20 | 20 | | $37.57 | $751.40 |
| 166018 | 410822 | TOILET TISSUE JRT JR 2PLY HEAVENLY SOFT | 12/525' | CS | 50 | 50 | | $18.47 | $923.50 |
| 113741 | 1243 | CONTAINER FOAM H/L 13x4.5x3.2 HOAGIE WHITE | 200 | CS | 30 | 30 | | $25.10 | $753.00 |
| 113716 | RE9935 | CONTAINER FOAM H/L 9x9x 3 1-COMP U-VENT WHITE | 200 | CS | 30 | 30 | | $19.26 | $577.80 |
| 113709 | 205 | CONTAINER FOAM H/L 9x6x 3 1-COMP WHITE | 200 | CS | 30 | 30 | | $19.06 | $571.80 |
| 043290 | NB1824-3 0-56 | WRAP NEWS 18x24 | 30LB | CS | 20 | 20 | | $19.80 | $396.00 |



**Remit To:**
Penn Jersey Paper Co.
P.O. Box 411405
Boston, MA 02241-1405
PH: 215-671-9800 FX:215-969-4767

An Envoy Solutions Company

Hazmat Emergency # 800-456-9038

# INVOICE

**Bill To:** TRI STATE PAPER COMPANY
4500 N 3RD STREET
Philadelphia, PA 19140
USA

**Ship To:** TRI-STATE PAPER COMPANY
4500 N. 3RD STREET
PHILADELPHIA, PA 19140
USA

| ITEM NO. | MFG NO. | DESCRIPTION | UM DESC | UM | ORDERED | SHIPPED | TAX | UNIT PRICE | EXTENDED |
|----------|---------|-------------|---------|-----|---------|---------|-----|------------|----------|
|          |         |             |         |     | 2 of 2  |         |     |            | 01194993 |



Ruth 10/4/23

| | |
|---|---|
| MERCHANDISE TOTAL | $4,920.52 |
| SMALL ORDER FEE | $0.00 |
| FREIGHT/OTHER | $0.00 |
| DELIVERY FEE | $7.95 |
| TAXES | $0.00 |
| INVOICE TOTAL | $4,928.49 |

Your signature denotes that all of the items listed on this invoice were delivered in full, and in good working order and condition.

No returns will be accepted after 180 days and all returns may be subjected to a 25% restocking fee. Specials cannot be returned.

We value your feedback. If we can do anything to serve you better, please contact Customer Care at 215-671-9800 option 5.
For subject to count invoices only: all shortages, damages, and mispicked items must be reported to customer care within 24 hours of delivery to receive credit.
Pictures may be requested for credit for damage.

# EXHIBIT 2



# Credit Application

Fax to: 215.618.0786
Email to: creditapps@pjponline.com

**CUSTOMER**
TRADE NAME _Tri-State Paper Co._ FULL LEGAL BUSINESS NAME _Tri-State Paper Co._
PHYSICAL ADDRESS _4500 N - 3rd Street_ CITY _Phila._ STATE _PA._ ZIP _19140_
_____ Federal Tax I.D. #:_____
MAILING ADDRESS _Same as above_ CITY _____
STATE _____ ZIP _____
PHONE _____ FAX _____ EMAIL _____
PJP SALES REP # _____ SALES REP NAME _____ EST. PURCHASE VOLUME _____ PER
MONTH [ ] YEAR [ ]

**PRINCIPALS**
If Corporation, Name Officers / If Partnership Name All Partners / If LLC, Name All Members / If Sole Proprietorship, Name Owner
**NAME, TITLE   SSN / DATE OF BIRTH / DRIVERS LICENSE #   RESIDENCE ADDRESS   PHONE**
_Justino Petaccio   CEO._

**TRADE REFERENCES**
Please List 4 References
**SUPPLIER NAME ADDRESS ACCOUNT # PHONE**

_see attached._

**CONTACT PERSON FOR BILLING**
NAME _Justino Petaccio / office_ TITLE _CEO_
PHONE _215-455-450_ FAX _____ EMAIL _____

HOW LONG IN OPERATION _15 yrs_ HOW LONG AT CURRENT LOCATION _15 years_
ANY OTHER LOCATIONS/BUSINESSES: YES [ ] NO [ ]  IF LESS THAN 3 MONTHS, PRIOR
BUSINESS
YEAR OPENED _____ UNTIL _today_ LIST REFERENCES ABOVE FOR PREVIOUS BUSINESSES

BUILDING OWNED [ ] LEASED [ ] TYPE OF BUSINESS: [✓] CORPORATION [ ] PARTNERSHIP [ ] LLC
[ ] PROPRIETORSHIP
NAME OF LANDLORD / MORTGAGE CO

ADDRESS _____ CITY _____ STATE _____ ZIP _____

**BANK INFORMATION**
NAME / ADDRESS OF BUSINESS BANK

CITY _____ STATE _____ ZIP _____ PHONE _____ FAX _____
[ ] CHECKING [ ] SAVINGS [ ] LOAN ACCOUNT # _____

**PERSONAL GUARANTEE**
    The undersigned guarantor(s), in consideration of the extension of credit terms by Penn Jersey to the above named
Customer, and intending to be legally bound hereby, do(es) hereby consent to all Terms and Conditions of the Credit
Agreement which are incorporated herein by reference, and irrevocably guarantees payment in full of all present and
future indebtedness of the above named Customer to Penn Jersey, including any and all charges, costs and attorney's fees,
as specified in the foregoing Credit Agreement, and waives any presentment, demand, protest and any other form of
notice from Penn Jersey regarding Customer's obligation to Penn Jersey.  Further, I/we understand that this is a personal
guarantee.  Any indication after my/our name which indicates that I/we are signing this Guarantee in anything other than
my/our personal capacity shall have no effect on my/our personal responsibility to Penn Jersey and shall be deemed a
nullity.

Guarantor Signature: _Justino Petaccio_          Address: _____
Print Name: _Justino Petaccio_

## CREDIT AND GUARANTEE AGREEMENT

THIS CREDIT AND GUARANTEE AGREEMENT ("Credit Agreement" or "Agreement") is made between Penn Jersey Paper Co.(hereinafter "Penn Jersey")  and Customer (as identified in the Credit Application) (hereinafter collectively the "parties"). Customer agrees that all purchases made by Customer on and after the date hereof are subject to the following terms and conditions (hereinafter "Terms and Conditions"):

1. Penn Jersey hereby extends to Customer credit in the amount of all invoices to customer for which advance or C.O.D. payment is not required.  Customer agrees that all amounts due Penn Jersey shall be payable to it per the stated terms on each invoice.  All sums not paid within invoice terms are subject to a delinquency charge of 1 1/2% per month (18% per annum) of the unpaid balance.  All Customer payments returned as unpaid are subject to a $30.00 charge.

2. Customer shall pay all collection agency fees and costs, plus the greater of Penn Jersey's actual attorney fees or 25% of all sums due Penn Jersey, plus costs.

3. Customer certifies the accuracy of all information in the Credit Application. The decision to grant or deny credit to Customer in any amount is within the sole discretion of Penn Jersey.  Customer authorizes Penn Jersey to contact and verify all bank and credit references.

4. Pennsylvania law governs this Agreement.  All actions to enforce this Agreement, for breach of this Agreement, or for any disputes between Customer and Penn Jersey shall be brought in the federal or state courts of Pennsylvania, County of Philadelphia, and the parties consent to personal jurisdiction in Pennsylvania.

5. The parties hereby waive their right to a jury trial.

6. This Agreement may not be assigned by Customer without the prior written authorization of Penn Jersey.

7. Each party represents and warrants that the individual signing this Agreement is fully authorized to do so and to bind it/him/her hereby, and that a copy shall have the same force and effect as an original signature.

8. This Agreement contains the entire agreement between the parties, and the terms of this Agreement are contractual and not recitals.  No statements, inducements or representations, oral or written, not expressed herein have been relied upon by any party hereto.  This Agreement may not be amended except by a writing signed by all parties.

IN WITNESS WHEREOF, and intending to be legally bound the parties hereto have set their respective hands and seals this ____ day of _____, 2_____.

CUSTOMER:

BY: _____            BY:_____
    *For: Penn Jersey Paper Co.*
    *9355 Blue Grass Road*            *Printed name:* Justino Refaccio
    *Philadelphia, PA 19114*            *Title, if any:*_____

2

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: _Joshua B. Ladov, Esq._

Signature: _____

Name: Joshua B. Ladov, Esquire _____

Attorney No. (if applicable): 73274 _____

Rev. 7/2018