## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | Bky. No. 23-13237 (PMM) |

### ORDER DISALLOWING CLAIM NUMBER 38

**AND NOW,** upon consideration of Proof of Claim number 38 (the "Proof of Claim") filed on March 21, 2024;

AND the unsecured Proof of Claim having been filed by the Debtor on behalf of creditor SERVPRO in the amount $94,745.54 for "services performed;"

AND the bar date in this case having been January 5, 2024, see doc. #26;

AND counsel for the Debtor having represented to the Court at a hearing held on March 27, 2024 that the Proof of Claim having been filed by the Debtor because SERVPRO did not receive notice of the bar date;

AND counsel having filed the Proof of Claim pursuant to Bankruptcy Rule 3004, see Proof of Claim;

BUT Bankruptcy Rule 3004 providing, in relevant part:

If a creditor does not timely file a proof of claim . . . the debtor or trustee may file a proof of the claim **within 30 days** after the expiration of the time for filing claims. . .

Fed. R. Bankr. P. 3004 (emphasis added);

AND the Proof of Claim having been filed seventy-six (76) days after the bar date;

It is therefore hereby **ordered** that the Proof of Claim is **disallowed** as a late filed claim.

*/Patricia M. Mayer/*

Date: 3/28/24

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE