**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>　　Tri-State Paper, Inc.,<br><br>　　　　Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |

**Order Confirming Chapter 11 Subchapter V Plan**

　　**AND NOW**, upon consideration of the plan filed by Debtor Tri-State Paper, Inc., and the Court finding that all requirements for confirmation under 11 U.S.C. § 1191(a) have been satisfied and that a confirmation hearing has been held after notice, it is hereby **ORDERED** that:

1. All objections to confirmation of the plan are **OVERRULED**.

2. The plan is **CONFIRMED** pursuant to 11 U.S.C. § 1191(a).

3. In accordance with 11 U.S.C. § 1183(c)(1), the Subchapter V Trustee's services shall automatically terminate upon the plan's substantial consummation.

4. No later than fourteen (14) days after the plan's substantial consummation, the Debtor shall (i) file the notice required under section 1183(c)(2), and (ii) file a motion for the case to be closed, for the debtor's discharge and for a final decree.

5. Notwithstanding any provision of the plan, the discharge and release set forth in the plan shall not constitute the discharge or release of any outstanding liabilities owed to the City of Philadelphia until it is paid in full in accordance with the plan.

Date: **April 4, 2024**

_Patricia M. Mayer_
Patricia M. Mayer
U.S. Bankruptcy Judge