**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | Bky. No. 23-13237 (PMM) |

## ORDER DENYING MOTION FOR RECONSIDERATION

**AND NOW,** upon consideration of Penn Jersey Paper Co.'s Motion for Reconsideration of the Court's Denial of Penn Jersey Paper Co.'s Motion to Have Proof of Claim Filed out of Time Deemed Timely Filed (doc. #211, the "Motion");

AND an expedited hearing having been held on March 27, 2024;

AND for the reasons stated in the court's bench opinion, the audio file of which is being docketed separately, as an attachment to a pdf document;

It is hereby **ordered** that the Motion is **denied**.

Date:  4/10/24

*Patricia M. Mayer*
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**