

**Tri-State Paper Co.**
*149 e, church st.*
*Blackwood, NJ  08012*
*215-455-4506*
*215-455-4509*

*Statement*

*Page 1 of 1*

*27-Nov-2023*



PLAINTIFF'S
EXHIBIT

**A**

| Customer |
|---|
| CAMPUS CORNER VILLANOVA |
| 829 EAST LANCASTER AVE |
| |
| VILLANOVA, PA  19085 |

| | Account# | Total Due | Current |
|---|---|---|---|
| | 1862 | $2,570.64 | $0.00 |

| 31-45 Days | 46-60 Days | 61-90 Days | 91-120 Days | 120+ Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $1,080.18 | $1,490.46 |

| Invoice | Invoice Date | Due Date | Type | Invoice Amt | Amount Due | Status | P.O. Number |
|---|---|---|---|---|---|---|---|
| 2025326 | 17-Aug-22 | **17-Aug-22** | IN | $1,444.84 | **$123.02** | Delinquent | |
| 2025470 | 23-Aug-22 | **23-Aug-22** | IN | $234.60 | **$234.60** | Delinquent | |
| 2025650 | 31-Aug-22 | **31-Aug-22** | IN | $2,132.72 | **$57.42** | Delinquent | |
| 2025894 | 12-Sep-22 | **12-Sep-22** | IN | $139.69 | **$82.02** | Delinquent | |
| 2026829 | 20-Oct-22 | **20-Oct-22** | IN | $88.56 | **$88.56** | Delinquent | |
| 2027127 | 3-Nov-22 | **3-Nov-22** | IN | $81.16 | **$81.16** | Delinquent | |
| 2027187 | 7-Nov-22 | **7-Nov-22** | IN | $76.49 | **$76.49** | Delinquent | |
| 2027793 | 2-Dec-22 | **2-Dec-22** | IN | $125.43 | **$125.43** | Delinquent | |
| 2028527 | 5-Jan-23 | **5-Jan-23** | IN | $34.02 | **$32.99** | Delinquent | Mark Take |
| 2029400 | 15-Feb-23 | **15-Feb-23** | IN | $1,709.13 | **$11.73** | Delinquent | |
| 2029624 | 27-Feb-23 | **27-Feb-23** | IN | $127.78 | **$123.95** | Delinquent | |
| 2029875 | 8-Mar-23 | **8-Mar-23** | IN | $1,291.77 | **$2.92** | Delinquent | |
| 2030028 | 15-Mar-23 | **15-Mar-23** | IN | $2,487.30 | **$32.11** | Delinquent | |
| 2030322 | 29-Mar-23 | **29-Mar-23** | IN | $1,872.26 | **$7.28** | Delinquent | |
| 2030751 | 19-Apr-23 | **19-Apr-23** | IN | $2,320.64 | **$129.63** | Delinquent | |
| 2030893 | 26-Apr-23 | **26-Apr-23** | IN | $2,337.84 | **$85.24** | Delinquent | |
| 2031011 | 2-May-23 | **2-May-23** | IN | $2,058.42 | **$115.46** | Delinquent | deliver tuesday |
| 2031173 | 10-May-23 | **10-May-23** | IN | $2,195.76 | **$80.45** | Delinquent | |
| 2032928 | 9-Aug-23 | **9-Aug-23** | IN | $1,080.18 | **$1,080.18** | Delinquent | |