**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| TRI-STATE PAPER, INC. | ) |
| | ) |
| | ) |
| Debtor. | ) Case No. 23-13237-pmm |

**NOTICE OF FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF**
**RICHARD E. FURTEK, CPA**

Richard E. Furtek, CPA has filed a First and Final Application for Compensation and Reimbursement of Expenses (the "Application") for compensation in the amount of $5,280.50 and reimbursement in the amount of $50.00 for the period from 10/31/2023 through 4/4/2024.

**Your Rights May be Affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want this Court to grant the relief sought in the Application, or if you want this court to consider your views on the Application, you or your attorney must do all of the following:

   (a) file an objection explaining your position at:

   Clerk US Bankruptcy Court
   Robert N.C. Nix, Sr. Fed. Courthouse
   900 Market Street, Suite 400
   Philadelphia, Pennsylvania 19107

   If you mail your answer to the Bankruptcy Clerk's office for filing, **you must mail it early enough so that it will be received on or before fourteen (14) days from the date of this Notice;** and

   (b) mail a copy to the following person:

   Richard E. Furtek, CPA
   101 Lindenwood Drive, Suite 225
   Malvern, PA 19355
   Telephone: (610) 768-8030
   Email: RFurtek@furtekassociates.com

2. If you or your attorney do not take steps described in paragraphs 1(a) and 1(b) and attend any hearing which may be scheduled accordingly, this Court may approve the Application.

3. A copy of the Application will be provided to you if you request a copy from the party named in paragraph 1(b).

4. Please take further notice that objections to the relief requested in the Application, if any, must: (a) be in writing; (b) conform to the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and Local Rules for the Eastern District of Pennsylvania; (c) set forth the name and identity of the objector and the nature and amount of any claims against or interests in the Debtor; (d) state with particularity the legal and factual basis for the objections and the specific grounds therefore; and (e) be filed with the Court no later than twenty-one days from today and be served on counsel for the Trustee as set forth above in paragraph 1(b) and be served on the Office of the United States Trustee, 900 Market Street, Suite 320, Philadelphia, Pennsylvania 19107, so that same are received no later than such date and time.

You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether a hearing has been scheduled.

Dated: 4/16/2024                FURTEK & ASSOCIATES, LLC

                                By:   */s/ Richard E. Furtek*
                                      Richard E. Furtek, CPA
                                   Lindenwood Corporate Center
                                   101 Lindenwood Drive, Suite 225
                                        Malvern, PA 19355
                                      Telephone: (610) 768-8030
                                Email: RFurtek@furtekassociates.com

                                      *Subchapter V Trustee*