# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 11 |
| Tri-State Paper, Inc. | Bankruptcy Number: 23-13237 |
| Debtor | |

## PRAECIPE TO WITHDRAW CITIZENS BANK, N.A.'S PROOF OF CLAIM NO. 3 ONLY

TO THE CLERK OF COURT:

Creditor, Citizens Bank, N.A., hereby withdraws its Proof of Claim No. 3 only, filed on November 2, 2023.

Respectfully submitted this April 24, 2024.

Dated: April 24, 2024     By:     */s/ Kristen Wetzel Ladd*
                                    Kristen Wetzel Ladd, Esquire
                                    *Attorney for Creditor*

#1986150v1