IN
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| TRI-STATE PAPER, INC. | : | |
| | : | |
| Debtor. | | Case No. 23-13237-pmm |

## ORDER

Upon consideration of the First and Final Application for Compensation and Reimbursement of Expenses of Richard E. Furtek, CPA as Subchapter V Trustee for the Period of October 31, 2023 through April 4, 2024 (the "Application"), it is hereby ORDERED that:

The Application shall be approved and compensation to Richard E. Furtek, CPA shall be allowed and authorized as a Chapter 11 administrative expense claim for services rendered in the amount of $5,280.50 and reimbursement of actual expenses in the amount of $50.00 incurred by Richard E. Furtek, CPA in rendering said services as Subchapter V Trustee.

Date:  5/6/24

_____
PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE