UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  TRI-STATE PAPER, INC.  : CHAPTER 11
        Debtor  : NO. 23-13237 (PMM)

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Green Fleet Services, Inc. d/b/a Servpro of Overbrook/Wynnefield & Eastern Main Line/Bala Cynwyd & King of Prussia & University City, has filed a Motion to Reinstate Proof of Claim No. 38 Previously Disallowed by Court Order and Permit the Late Filing of Proof of Claim with the Court.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **June 7, 2024 you or your attorney must file a response to the Motion.** (see *Instructions on next page*).

3. **A hearing on the Motion** is scheduled to be held on **July 10, 2024 at 9:30 A.M. in Courtroom No. 1, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19107.** Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

5675882v1
062042.76799

## Filing Instructions

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at

   U.S. Bankruptcy Court
   Clerk's Office
   900 Market Street, Suite 400
   Philadelphia, PA 19107-4299

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    Leo M. Gibbons, Esquire
    MacElree Harvey, Ltd.
    17 W. Miner Street, P.O. Box 660
    West Chester, PA 19381-0660
    (610) 840-0227 (Direct)
    (610) 430-7885 (Fax)
    lgibbons@macelree.com

Date: 5/23/24

5675882v1
062042.76799