**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Tri-State Paper, Inc. | Chapter 11 |
| | Case No. 23-13237-pmm |
| *Debtor.* | |

**Debtor's Response to Motion of Creditor Green Fleet Services, Inc. D/B/A Servpro of Overbrook/Wynnefield & Eastern Main Line/Bala Cynwyd & King of Prussia & University City to Reinstate Proof of Claim No. 38 Previously Disallowed by Court Order and Permit the Late Filing of Proof of Claim**

Debtor Tri-State Paper Inc., through its attorney, supports the Motion of Creditor Green Fleet Services, Inc. D/B/A Servpro of Overbrook/Wynnefield & Eastern Main Line/Bala Cynwyd & King of Prussia & University City to Reinstate Proof of Claim No. 38 Previously Disallowed by Court Order and Permit the Late Filing of Proof of Claim, and requests that the Court grant relief in the form of order attached to the Motion.

Date: May 23, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Mike Assad

Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

2

## Certificate of Service

  I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: May 23, 2024

                   _____
                   Mike Assad