IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  TRI-STATE PAPER, INC.  :  CHAPTER 11
              Debtor  :  NO. 23-13237-pmm

### CERTIFICATE OF NO OBJECTION

Counsel for movant, Green Fleet Services, Inc. filed and served on May 23, 2024 a Motion to Reinstate Proof of Claim No. 38 Previously Disallowed by Court Order and To Permit The Late Filing of Proof of Claim, and a separate Notice of Motion, Response Deadline and Hearing Date, on debtor's counsel, the case trustee, the United States Trustee, and all persons named on the case Matrix.

No one has objected or filed an opposition to the Motion and therefore it is requested that the proposed Order attached to the Motion be signed, a duplicate original of which is attached hereto and made a part hereof.

                                                       MacELREE HARVEY, LTD.

                                                       By: _____
                                                          Leo M. Gibbons, Esquire
                                                          Attorney for Movant

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  TRI-STATE PAPER, INC. | : CHAPTER 11 |
| Debtor | : NO. 23-13237 (PMM) |

### ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of Motion of Creditor, Green Fleet Services, Inc. d/b/a Servpro of Overbrook/Wynnefield & Eastern Main Line/Bala Cynwyd & King of Prussia & University City ("Servpro of King of Prussia") to Reinstate Proof of Claim No. 38 Previously Disallowed by Court Order and Permit the Late Filing of Proof of Claim, any response thereto and any hearing thereon, it is hereby ORDERED as follows:

1. This Court's Order dated March 28, 2024 disallowing the Proof of Claim No. 38 filed on behalf of Servpro of King of Prussia is hereby VACATED; and

2. The Proof of Claim No. 38 filed on behalf of Servpro of King of Prussia in the amount of $94,745.54 is fully reinstated, is deemed timely filed and creditor Servpro of King of Prussia shall fully participate in the distribution to creditors under debtor's confirmed Subchapter V Plan of Reorganization.

BY THE COURT:

_____
Patricia M. Mayer, U.S. Bankruptcy Judge

5706445v1
062042.76799