UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: TRI-STATE PAPER, INC. : CHAPTER 11
 Debtor : NO. 23-13237 (PMM)

## ORDER

AND NOW, this 20th day of June, 2024, upon consideration of Motion of Creditor, Green Fleet Services, Inc. d/b/a Servpro of Overbrook/Wynnefield & Eastern Main Line/Bala Cynwyd & King of Prussia & University City ("Servpro of King of Prussia") to Reinstate Proof of Claim No. 38 Previously Disallowed by Court Order and Permit the Late Filing of Proof of Claim, any response thereto and any hearing thereon, it is hereby ORDERED as follows:

1. This Court's Order dated March 28, 2024 disallowing the Proof of Claim No. 38 filed on behalf of Servpro of King of Prussia is hereby VACATED; and

2. The Proof of Claim No. 38 filed on behalf of Servpro of King of Prussia in the amount of $94,745.54 is fully reinstated, is deemed timely filed and creditor Servpro of King of Prussia shall fully participate in the distribution to creditors under debtor's confirmed Subchapter V Plan of Reorganization.

BY THE COURT:

*Patricia M. Mayer*
Patricia M. Mayer, U.S. Bankruptcy Judge

5675882v1
062042.76799