United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 23-13237-pmm
Tri-State Paper, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Jun 21, 2024      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tri-State Paper, Inc., 149 E Church St., Blackwood, NJ 08012-3904 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2024 at the address(es) listed below:**

**Name**      **Email Address**

CSU - OUCTS, PA Labor & Industry
     ra-li-beto-bankreading@state.pa.us

DAVE P. ADAMS
     on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov

DAVID B. PICKER
     on behalf of Defendant PC Events LLC dpicker@sgrvlaw.com, klove@sgrvlaw.com

DAVID B. PICKER
     on behalf of PC Events LLC dpicker@sgrvlaw.com, klove@sgrvlaw.com

JOSEPH JASPER SWARTZ
     on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us

JOSHUA B. LADOV
     on behalf of Creditor Penn Jersey Paper Co. jladov@ladovlaw.com admin@ladovlaw.com

KRISTEN WETZEL LADD
     on behalf of Creditor Citizens Bank N.A., successor by merger to Citizens Bank of Pennsylvania kladd@utbf.com, ogomez@utbf.com

LAWRENCE J. KOTLER
     on behalf of Creditor Penske Truck Leasing Co. L.P. ljkotler@duanemorris.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 21, 2024 | Form ID: pdf900 | Total Noticed: 1

LEO M. GIBBONS
    on behalf of Servpro of King of Prussia lgibbons@macelree.com

MICHAEL A. CIBIK
    on behalf of Plaintiff Tri-State Paper Inc. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
    on behalf of Debtor Tri-State Paper Inc. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
    on behalf of Debtor Tri-State Paper Inc. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
    on behalf of Plaintiff Tri-State Paper Inc. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

Richard E Furtek
    rfurtek@furtekassociates.com cref11@trustesolutions.net

Richard E Furtek
    on behalf of Trustee Richard E Furtek rfurtek@furtekassociates.com cref11@trustesolutions.net

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 17

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: TRI-STATE PAPER, INC.     : CHAPTER 11
          Debtor                   : NO. 23-13237 (PMM)

### ORDER

AND NOW, this 20th day of June, 2024, upon consideration of Motion of Creditor, Green Fleet Services, Inc. d/b/a Servpro of Overbrook/Wynnefield & Eastern Main Line/Bala Cynwyd & King of Prussia & University City ("Servpro of King of Prussia") to Reinstate Proof of Claim No. 38 Previously Disallowed by Court Order and Permit the Late Filing of Proof of Claim, any response thereto and any hearing thereon, it is hereby ORDERED as follows:

1. This Court's Order dated March 28, 2024 disallowing the Proof of Claim No. 38 filed on behalf of Servpro of King of Prussia is hereby VACATED; and

2. The Proof of Claim No. 38 filed on behalf of Servpro of King of Prussia in the amount of $94,745.54 is fully reinstated, is deemed timely filed and creditor Servpro of King of Prussia shall fully participate in the distribution to creditors under debtor's confirmed Subchapter V Plan of Reorganization.

BY THE COURT:

*Patricia M. Mayer*

Patricia M. Mayer, U.S. Bankruptcy Judge

5675882v1
062042.76799