**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>　　Tri-State Paper, Inc.,<br><br>　　　　Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |

**Debtor's Objection to Claim No. 33**
**by Claimant Penske Truck Leasing Co. L.P.**

**AND NOW**, Debtor Tri-State Paper, Inc., by and through its attorney, objects to a proof of claim filed by a creditor in this case pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007, and L.B.R. 3007-1. In support of this objection, the Debtor states as follows:

1. Claimant Penske Truck Leasing Co. L.P. filed Claim No. 33 on January 5, 2024.

2. The Claimant then filed Claim No. 39 on May 2, 2024.

3. Claim No. 33 is substantively identical to Claim No. 1 in that each claim appears to be based on the same purported liability.

4. A claimant may not assert the same liability in the same amount against the same debtor in more than one claim. *See* 11 U.S.C. § 502(b).

5. Accordingly, the Court must disallow Claim No. 33 in its entirety.

6. The Debtor does not intend this objection to prejudice any potential objection to Claim No. 39 that may arise upon further review of that claim.

**NOW, THEREFORE**, the Debtor requests that this Court sustain its objection in the form of order attached and grant such other relief in its favor as may be necessary and proper under the law.

Date: July 31, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
　　Michael A. Cibik (#23110)
　　1500 Walnut Street, Suite 900
　　Philadelphia, PA 19102
　　215-735-1060
　　mail@cibiklaw.com