# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | |

## Certificate of Service

I hereby certify that on this date a true and correct copy of the Debtor's Objection to Claim No. 33 by Claimant Penske Truck Leasing Co. L.P. was served on all parties on the Clerk's service list through the CM/ECF system, along with the notice, the proposed order, and all exhibits.

Date: July 31, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com