**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | |

### Debtor's Objection to Claim No. 39
### by Claimant Penske Truck Leasing Co. L.P.

**AND NOW**, Debtor Tri-State Paper, Inc., by and through its attorney, objects to a proof of claim filed by a creditor in this case pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007, and L.B.R. 3007-1. In support of this objection, the Debtor states as follows:

1. Penske filed Claim No. 39 on May 2, 2024, asserting damages related to a vehicle leased by the Debtor.

2. The insurance policy provides coverage for the claims arising from the December 22, 2021, accident.

3. Penske's claim seeks reimbursement for amounts that are already covered by the insurance policy, which may result in a duplication of recovery.

4. The Debtor therefore objects to the portion of Claim No. 39 that pertains to liabilities covered by the insurance policy.

**NOW, THEREFORE**, the Debtor requests that this Court sustain its objection in the form of order attached and grant such other relief in its favor as may be necessary and proper under the law.

Date: July 31, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com