**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Tri-State Paper, Inc.<br><br>*Debtor*. | Case No. 24-13237-PMM<br>Chapter 11 |

**First and Final Application for Compensation and Reimbursement of Expenses of Cibik Law, P.C. as Attorney for the Debtor for the Period of October 9, 2023, through August 2, 2024**

Applicant Cibik Law, P.C., attorney for Debtor Tri-State Paper, Inc., applies for an award of compensation and reimbursement of actual, necessary expenses under Fed R. Bankr. P. 2016, and represents as follows:

**A.    Preliminary Statement**

1. The Applicant is the attorney for Debtor Tri-State Paper, Inc.

2. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtor.

3. The services described in this Application are actual, necessary services and the compensation requested for those services is reasonable.

4. The expenses described in this Application are actual, necessary expenses.

5. Before filing this case, the Debtor paid the Applicant a retainer in the amount of $40,000.00.

6. The Debtor incurred pre-petition fees and expenses in the amount of $21,173.00, which the Applicant applied against the retainer on the day the case was filed.

7. The Applicant is currently holding the remaining $18,827.00 in its escrow/trust account.

8. The Applicant has not agreed to share compensation with any person other than a member or regular associate of its law firm.

**B.    General Information**

9. The period of this application is October 9, 2023, through August 2, 2024.

10. This is a first and final application.

11. This application requests approval of fees in the amount of $108,455.00 and reimbursement of expenses in the amount of $3,359.00 for a total award of $111,814.00.

12. By agreement with the Debtor, the amount of fees requested includes a discount of $13,000.00.

13. The period of this application is October 9, 2023, through August 2, 2024.

14. This case was filed voluntarily under chapter 11 on October 27, 2023.

15. The Debtor filed an application to approve the Applicant's employment on October 27, 2023.

16. The Court approved the Applicant's employment on November 7, 2023.

17. Services were first rendered by the Applicant on October 9, 2023.

18. This request for compensation is made under 11 U.S.C. § 330.

19. Any fees awarded from this application will be paid from the estate.

20. This application is not for a period less than 120 days after the filing of the case or less than 120 days after the end of the period of the last application.

21. No prior applications have been filed by the Applicant.

22. The following attorneys are billing for the current period:

| Name | Admitted | Rate | Hours | Total |
|---|---|---|---|---|
| Michael A. Cibik | 1976 | $750.00 | 55.80 | $41,850.00 |
| Mike Assad | 2021 | $350.00 | 225.90 | $79,065.00 |
| | | **Total** | **281.70** | **$120,915.00** |

23. The following paralegals are billing for the current period:

| Name | Rate | Hours | Total |
|---|---|---|---|
| Iesha Reid | $200.00 | 2.20 | $440.00 |
| Nancy Matteis | $200.00 | 0.50 | $100.00 |
| | **Total** | **2.70** | **$540.00** |

24. Michael A. Cibik was admitted to practice law in 1976. He is a former chapter 7 trustee, is certified as a consumer bankruptcy specialist by the American Board of Certification, and has represented over 15,000 debtors.

25. Mike Assad was admitted to practice law in Pennsylvania in 2021 and New Jersey in 2023. He is admitted to practice before bankruptcy courts in the Eastern, Middle, and Western districts of Pennsylvania and in New Jersey. He is a member of the local bankruptcy rules committee in the Eastern District, serves as the Third Circuit leader for the National Association of Consumer Bankruptcy Attorneys, and has lectured for the Pennsylvania Bar Institute. Mr. Assad also has extensive experience in public affairs, which includes serving as an elected official for seven years, working for the president of the New Jersey Senate, and participating in legislative advocacy efforts at every level of government.

**C.    Billing Summary**

26. Throughout the bankruptcy case, the Applicant:

    (a) Has diligently assisted the Debtor in administering the case by preparing and filing necessary documents, attending meetings, and coordinating with the Subchapter V Trustee.

    (b) Conducted thorough investigations and analyses of the Debtor's assets, evaluating potential recovery actions and liquidation options. The applicant's team drafted, negotiated, and revised the Debtor's Chapter 11 Plan, ensuring all necessary amendments and supplements were included.

    (c) Pursued recovery of assets through multiple adversary actions.

    (d) Represented the Debtor at various hearings before the Bankruptcy Court, including the initial debtor interview, status conferences, and the confirmation hearing.

    (e) Managed creditor relations by responding to inquiries, negotiating with creditor representatives, and handling creditor claims efficiently.

27. Detail of hours expended is attached as follows:

    **Exhibit A:** Services incurred before receipt of the initial retainer.

    **Exhibit B:** Services incurred after receipt of the initial retainer.

    **Exhibit C:** Services incurred after the case was filed.

**D.     Expense Summary**

28. Detail of expenses incurred are included with the detail of services in Exhibits A, B, and C.

**E.     Conclusion**

The Applicant requests that the Court award compensation and reimbursement in the form of order attached and grant further relief in the Applicant's favor if necessary and proper under the law.

Date: August 2, 2024                                CIBIK LAW, P.C.
                                                    *Attorney for Debtor*

                                                    By: _____
                                                    Michael A. Cibik (#23110)
                                                    1500 Walnut Street, Suite 900
                                                    Philadelphia, PA 19102
                                                    215-735-1060
                                                    help@cibiklaw.com

## Verification

I am the principal of Cibik Law P.C. I verify that all of the factual statements in this Application are true and correct to the best of my knowledge, information, and belief. Under penalty of perjury, I declare that the foregoing is true and correct.

Date: August 2, 2024                                _____
                                                    Michael A. Cibik

5