#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------x
In re:                                                     :     Chapter 11
                                                           :
Tri-State Paper, Inc.,                                     :     Bankruptcy No. 23-13237
                                                           :
                    Debtor.                                :
---------------------------------------------------------------:

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that I am not less than 18 years of age, and that on August 22, 2024, I caused a true and correct copy of the *Response of Penske Truck Leasing Co., L.P. to the Objection of Tri-State Paper, Inc. to Claim No. 39*, to be served upon the parties set forth on the attached service list by first class mail and electronic mail, and electronically, via this Court's ECF system, on all parties registered to receive electronic notice.

Dated: August 22, 2024                             */s/Lawrence J. Kotler*_____
                                                   Lawrence J. Kotler, Esquire

## SERVICE LIST

**Debtor**
Tri-State Paper, Inc.
149 E Church Street
Blackwood, NJ 08012-3940

**Debtor's Counsel**
Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

**Subchapter V Trustee**
Richard E. Furtek
Furtek & Associates, LLC
101 Lindenwood Dr., Suite 225
Malvern, PA 19355

**United States Trustee**
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107