**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | Related to ECF No. 263 |

**Certificate of No Response**

I certify that Cibik Law, P.C. has received no answer, objection, or other responsive pleading to Cibik Law P.C.'s application for compensation filed on August 2, 2024, at ECF No. 263. I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the application appears thereon. Pursuant to the notice filed with the application, objections were to be filed and served no later than August 23, 2024. I respectfully request that the proposed order attached to the application be entered at the earliest convenience of the Court.

Date: August 25, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com