*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tri–State Paper, Inc.
    Debtor(s)

Case No: 23–13237–pmm

Chapter: 11

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Application for Compensation for MICHAEL A. CIBIK, Debtor's Attorney, for period of 10/9/2023 to 8/2/2024, Fee amount: $108,455.00 , and Expenses: $3,359.00.

on: 9/11/24

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 8/27/24

Timothy B. McGrath
Clerk of Court

269 – 268
Form 167