**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Tri-State Paper, Inc._Debtor_. | Case No. 24-13237-PMM<br>Chapter 11 |

**ORDER**

**AND NOW**, upon consideration of the First and Final Application for Compensation and Reimbursement of Expenses of Debtor's Attorney (the "Application") filed by Michael A. Cibik, Esq. of Cibik Law, P.C. (the "Applicant"), attorney for Tri-State Paper, Inc. (the "Debtor"), the Debtor's objection thereto, after notice and hearing, and for the reasons stated in open court, is hereby **ORDERED** that:

1. The Debtor's objection is **OVERRULED**.

2. The Application is **APPROVED**.

3. Compensation in the amount of $108,455.00 is **ALLOWED** in favor of the Applicant for professional services rendered.

4. Reimbursement of expenses in the amount of $3,359.00 is **ALLOWED** in favor of the Applicant for actual and necessary expenses incurred.

5. The Applicant is authorized to draw on the retainer it is holding in escrow in the amount of $18,827.00 to partially satisfy the allowed compensation and reimbursement.

6. The Subchapter V Trustee is authorized and directed to distribute to the Applicant the total amount of $71,814.00 as an administrative expense to fully satisfy the allowed compensation and reimbursement.

Date: 

Patricia M. Mayer
U.S. Bankruptcy Judge