## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Tri-State Paper, Inc., | Case No. 23-13237-PMM |
| *Debtor*. | Chapter 11 |

**Motion to Withdraw as Attorney for Debtor**

Cibik Law, P.C. (the "Movant"), by and through Michael A. Cibik, Esq., moves this Court as follows:

1. The Movant is and has been Debtor Tri-State Paper, Inc.'s attorney since this case was filed under chapter 11 on October 27, 2023.

2. The Movant wishes to withdraw as the Debtor's attorney.

3. The Movant's withdrawal can be accomplished without material adverse effect on the interests of the Debtor.

4. Representing the Debtor has been rendered unreasonably difficult by the Debtor.

For those reasons, the Court must grant relief in the form of order attached, and further in the Movant's favor if necessary and proper under the law.

Date: August 27, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com