## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Tri-State Paper, Inc., <br><br> *Debtor*. | Case No. 23-13237-PMM <br> Chapter 11 |

### Order Granting Motion to Withdraw as Attorney for Debtor

After consideration of the Motion to Withdraw as Attorney for Debtor filed by Cibik Law, P.C., with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The appearance of Cibik Law, P.C. as attorney for the Debtor is **WITHDRAWN**, effective immediately.

Date:

Patricia M. Mayer
U.S. Bankruptcy Judge