**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Tri-State Paper, Inc., *Debtor*. | Case No. 23-13237-PMM<br>Chapter 11 |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Motion to Withdraw as Attorney for Debtor

- Notice of Motion to Withdraw as Attorney for Debtor, Response Deadline, and Hearing Date

Dated: August 27, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

2

## Mailing List Exhibit

John A. Petaccio
Tri-State Paper, Inc.
149 E. Church Street
Blackwood, NJ 08012

2