**Citizens**™

US259 | BR565
ROP 450
P.O. Box 7000
Providence, RI 02940

## Commercial Account Statement

Page 1 of 6

Beginning May 01, 2024
through May 31, 2024

**Questions? Contact us today:**



**CALL:**
Commercial Account Customer Service
1-800-862-6200



**VISIT:**
Access your account online:
citizensbank.com

**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
149 E CHURCH ST
BLACKWOOD NJ  08012-3904

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
Clearly Better Business Checking
XXXXXX-370-9

## Clearly Better Business Checking for XXXXXX-370-9

**Balance Calculation**

| | | |
|---|---|---:|
| Previous Balance | | 208,228.59 |
| Checks | - | 49,437.08 |
| Debits | - | 1,367.43 |
| Deposits & Credit | + | .00 |
| **Current Balance** | = | 157,424.08 |

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee. We appreciate your continued business.

Your next statement period will end on June 28, 2024.

### TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 370-9

**Checks** (Note - checks that are present out of numeric sequence are denoted with an asterisk (*))

| Check # | Amount | Date | Check # | Amount | Date |
|---|---:|---|---|---:|---|
| 1063 | 500.00 | 05/01 | 1070* | 157.08 | 05/28 |
| 1064 | 3,000.00 | 05/08 | 1071 | 3,000.00 | 05/21 |
| 1065 | 850.00 | 05/09 | 1072 | 17,500.00 | 05/28 |
| 1066 | 3,000.00 | 05/13 | 1073 | 3,000.00 | 05/28 |
| 1067 | 15,000.00 | 05/15 | 1074 | 930.00 | 05/28 |
| 1068 | 2,500.00 | 05/29 | | | |

| | |
|---|---:|
| **Previous Balance** | 208,228.59 |
| **Total Checks** | |
| - | 49,437.08 |

Please See Additional Information on Next Page

Member FDIC  ⌂ Equal Housing Lender

## Clearly Better Business Checking for XXXXXX-370-9 Continued

### Debits **
**May include checks that have been processed electronically by the payee/merchant.*

**Total Debits** - **1,367.43**

| Date | Amount | Description |
|---|---|---|
| *Other Debits* | | |
| 05/02 | 12.00 | USBC PAEB PYMT USBC PAEB 240501 0000 |
| 05/20 | 290.12 | COMCAST 8499051 490979303 240519 9017900 |
| 05/24 | 534.75 | COMCAST CABLE 240523 0251426 |
| 05/30 | 197.50 | ACHIVR VISB BILL PYMNT 240529 1963384 |
| 05/31 | 330.06 | STATE FARM RO 27 CPC-CLIENT 240531 13 J 1374309751 |
| 05/31 | 3.00 | SERVICE CHARGE STATEMENT DELIVERY |

### Daily Balance

**Current Balance** = **157,424.08**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/01 | 207,728.59 | 05/15 | 185,866.59 | 05/28 | 160,454.64 |
| 05/02 | 207,716.59 | 05/20 | 185,576.47 | 05/29 | 157,954.64 |
| 05/08 | 204,716.59 | 05/21 | 182,576.47 | 05/30 | 157,757.14 |
| 05/09 | 203,866.59 | 05/24 | 182,041.72 | 05/31 | 157,424.08 |
| 05/13 | 200,866.59 | | | | |