**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **TRI-STATE PAPER, INC.** | : | |
| | : | |
| | : | **Case No. 23-13237-pmm** |
| | : | |
| **Debtor.** | : | |

**CERTIFICATE OF SERVICE**

This is to certify that on the 28h day of August 2024, the Notice of Default was caused to be served electronically via CM/ECF upon all parties on the Clerk's Service List and to the Debtor via Debtor's counsel by electronic mail and by first class mail.

By:  */s/ Richard E. Furtek*
         Subchapter V Trustee

<u>By First Class Mail:</u>
John A. Petaccio, President
Tri-State Paper, Inc.
149 E. Church Street
Blackwood, NJ 08012