United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 23-13237-pmm

Tri-State Paper, Inc.                                                           Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
--- | --- | ---
Date Rcvd: Aug 27, 2024 | Form ID: 167 | Total Noticed: 8

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Tri-State Paper, Inc., 149 E Church St., Blackwood, NJ 08012-3904 |
| aty | + | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| cr | + | Citizens Bank, N.A., successor by merger to Citize, 1 Citizens Bank Way, Johnston, RI 02919-1922 |
| acc | | Joseph M. Grey, 1834 Tomlinson Road, Philadelphia, PA 19116-3850 |
| cr | + | Penn Jersey Paper Co., 9355 Blue Grass Road, Philadelphia, PA 19114-2311 |
| r | + | US Realty Associates, Inc., 120 E. Lancaster Avenue, Ardmore, PA 19003-3209 |
| intp | + | Young Adjustment Company, Inc., c/o David Horowitz, 900 Lenmar Drive, Blue Bell, PA 19422-2049 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| cr | Email/Text: megan.harper@phila.gov | Aug 27 2024 23:42:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |

| |
| |

CSU - OUCTS, PA Labor & Industry
ra-li-beto-bankreading@state.pa.us

DAVE P. ADAMS
on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov

DAVID B. PICKER
on behalf of PC Events  LLC dpicker@sgrvlaw.com, klove@sgrvlaw.com

DAVID B. PICKER
on behalf of Defendant PC Events  LLC dpicker@sgrvlaw.com, klove@sgrvlaw.com

JOSEPH JASPER SWARTZ
on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us

JOSHUA B. LADOV
on behalf of Creditor Penn Jersey Paper Co. jladov@ladovlaw.com  admin@ladovlaw.com

KRISTEN WETZEL LADD
on behalf of Creditor Citizens Bank  N.A., successor by merger to Citizens Bank of Pennsylvania kladd@utbf.com, ogomez@utbf.com

LAWRENCE J. KOTLER
on behalf of Creditor Penske Truck Leasing Co.  L.P. ljkotler@duanemorris.com

LEO M. GIBBONS
on behalf of Servpro of King of Prussia lgibbons@macelree.com

MICHAEL A. CIBIK
on behalf of Debtor Tri-State Paper  Inc. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
on behalf of Plaintiff Tri-State Paper  Inc. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
on behalf of Plaintiff Tri-State Paper  Inc. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

Richard E Furtek
on behalf of Trustee Richard E Furtek rfurtek@furtekassociates.com  cref11@trustesolutions.net

Richard E Furtek
rfurtek@furtekassociates.com  cref11@trustesolutions.net

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tri–State Paper, Inc.

Debtor(s)

Case No: 23–13237–pmm

Chapter: 11

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Application for Compensation for MICHAEL A.
CIBIK, Debtor's Attorney, for period of 10/9/2023 to 8/2/2024,
Fee amount: $108,455.00 , and Expenses: $3,359.00.

on: 9/11/24

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA
19107

For The Court

Date: 8/27/24

Timothy B. McGrath
Clerk of Court

269 – 268
Form 167