**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>　　Tri-State Paper, Inc.,<br><br>　　　　　Debtor. | Case No. 23-13237-PMM<br><br>Chapter 11<br><br>Related to ECF No. 268 |

**Praecipe to Withdraw Document**

To the Clerk of Court:

　　Please withdraw the Debtor's Objection to Cibik Law P.C.'s First and Final Application for Compensation, which was filed with the Court on August 26, 2024, as ECF No. 268. Thank you.

Date:  09 / 02 / 2024

　　　　　　　　　　　　　　　　　　　　TRI-STATE PAPER, INC.
　　　　　　　　　　　　　　　　　　　　*Debtor*

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　John A. Petaccio
　　　　　　　　　　　　　　　　　　　　President
　　　　　　　　　　　　　　　　　　　　149 E. Church Street
　　　　　　　　　　　　　　　　　　　　Blackwood, NJ 08012