# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Tri-State Paper, Inc.,

        Debtor.

Case No. 23-13237-pmm

Chapter 11

## Praecipe to Withdraw Document

To the Clerk of Court:

    Please withdraw the Debtor's Motion to Withdraw as Attorney, which was filed with the Court on August 27, 2023, as ECF No. 271. Thank you.

Date: September 4, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com