# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: <br><br> Tri-State Paper, Inc., <br><br> Debtor. | Case No. 23-13237-pmm <br><br> Chapter 11 |

**Praecipe to Withdraw Document**

To the Clerk of Court:

Please withdraw the Debtor's Motion to Withdraw as Attorney, which was filed with the Court on August 27, 2024, as ECF No. 271. Thank you.

Date: September 4, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com