**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11<br><br>Related to Claim No. 33 |

**Order on Debtor's Objection to Claim No. 33**
**by Claimant Penske Truck Leasing Co. L.P.**

    **AND NOW**, after consideration of the Debtor's Objection to Claim No. 33 by Claimant Penske Truck Leasing Co. L.P., the Court finds that:

    a. Notice of the objection and the hearing thereon was served on the Claimant through the CM/ECF system.

    b. A hearing on the objection was held.

    c. Claim No. 33 is duplicative of Claim No. 39 and therefore invalid.

It is hereby **ORDERED** that:

    1. The objection is **SUSTAINED**.

    2. Claim No. 33 is **DISALLOWED** in its entirety.

Date: **September 11, 2024**

                                                                                                         *Patricia M. Mayer*
                                                                  Patrica M. Mayer
                                                                  U.S. Bankruptcy Judge