UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: TRI-STATE PAPER, INC. | : | CHAPTER 11 |
| | : | |
| Debtor | : | |
| | : | Bky. No. 23-13237(PMM) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010(b), the undersigned counsel files his appearance on behalf of the Debtor.

Counsel noted herein in accordance with Bankruptcy Rule 2002 requests that copies of all notices, pleadings, reports, orders and other documents filed in connection with this matter be sent to the following and that the following name and address be added to the Court's master mailing list:

> Allen B. Dubroff, Esq.
> Allen B. Dubroff, Esq. & Associates, LLC
> 1500 JFK Blvd. – Suite 910
> Philadelphia, PA 19102
> PA. Bar No. 04686
> Phone: 215-568-2700
> Fax: 215-689-3777
> Email: allen@dubrofflawllc.com

Respectfully submitted:

BY: _____
Allen B. Dubroff, Esq.

Dated: 10/14/24