# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Tri-State Paper, Inc.,<br><br>        Debtor. | Case No. 23-13237-PMM<br><br>Chapter 11 |

## Withdrawal of Appearance

To the Clerk of Court:

Please withdraw my appearance as counsel for the Debtor in this matter. Thank you.

Date: October 14, 2024

CIBIK LAW, P.C.
*Outgoing Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Entry of Appearance

To the Clerk of Court:

Please enter my appearance as counsel for the Debtor in this matter. Thank you.

Date: October 14, 2024

ALLEN B. DUBROFF, ESQ. & ASSOCIATES, LLC
*Incoming Counsel for Debtor*

By: /s/ Allen B. Dubroff
Allen B. Dubroff, Esq.
1500 JFK Blvd. - Suite 910
Philadelphia, PA 19102
PA. Bar No. 04686
Phone: 215-568-2700
Fax: 215-689-3777
Email: allen@dubrofflawllc.com