US259 | BR565
ROP 450
P.O. Box 7000
Providence, RI 02940

**Commercial Account Statement**

Page 1 of 6

Beginning April 01, 2024
through April 30, 2024

**Questions? Contact us today:**

**CALL:**
Commercial Account Customer Service
1-800-862-6200

**VISIT:**
Access your account online:
citizensbank.com

**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
149 E CHURCH ST
BLACKWOOD NJ  08012-3904

**Your new Citizens Debit Mastercard® is accepted at over 14 million locations in the US, including Costco, restaurants, hotels, and gas stations.** Plus, it can be used to automatically pay monthly bills and subscriptions. Purchases at some locations may require a PIN.

Mastercard is a registered trademark, and the circles design is a trademark of Mastercard International Incorporated.

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
Clearly Better Business Checking
XXXXXX-370-9

## Clearly Better Business Checking for XXXXXX-370-9

**Balance Calculation**

| | | |
|---|---|---:|
| Previous Balance | | 235,375.51 |
| Checks | - | 21,664.85 |
| Debits | - | 5,482.07 |
| Deposits & Credit | + | .00 |
| **Current Balance** | = | 208,228.59 |

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee. We appreciate your continued business.

Your next statement period will end on May 31, 2024.

### TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 370-9

**Checks**

| Check # | Amount | Date | Check # | Amount | Date | | Previous Balance |
|---|---:|---|---|---:|---|---|---:|
| | | | | | | | 235,375.51 |
| 1052 | 3,000.00 | 04/03 | 1057 | 3,000.00 | 04/15 | | **Total Checks** |
| 1053 | 1,512.08 | 04/03 | 1058 | 750.00 | 04/26 | - | 21,664.85 |
| 1054 | 550.00 | 04/11 | 1059 | 202.77 | 04/29 | | |
| 1055 | 150.00 | 04/18 | 1060 | 3,000.00 | 04/29 | | |
| 1056 | 3,000.00 | 04/15 | 1061 | 3,000.00 | 04/29 | | |

Please See Additional Information on Next Page

Member FDIC   Equal Housing Lender

## Clearly Better Business Checking for XXXXXX-370-9 Continued

### Checks (Cont.)

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 1062 | 3,500.00 | 04/29 | | | |

### Debits **
**May include checks that have been processed electronically by the payee/merchant.*

| | | | Total Debits |
|---|---|---|---|
| | | − | 5,482.07 |

| Date | Amount | Description |
|---|---|---|
| *Other Debits* | | |
| 04/01 | 237.51 | ACHIVR VISB BILL PYMNT 240330 3325315 |
| 04/01 | 4,121.54 | DEPOSITED CHECK RETURNED |
| 04/01 | 20.00 | DEPOSITED CHECK RETURNED FEE |
| 04/15 | 237.30 | WAWA CREDIT CARD PAYMENT 240414 201355058217063 |
| 04/16 | 350.00 | USBC PAEB PYMT USBC PAEB 240415 0000 |
| 04/22 | 394.47 | COMCAST 8499051 490979303 240419 9573848 |
| 04/30 | 118.25 | State FaEHNHE4EJ PAYMENTS 240430 B99TS9LN |
| 04/30 | 3.00 | SERVICE CHARGE STATEMENT DELIVERY |

### Daily Balance

| | | | Current Balance |
|---|---|---|---|
| | | = | 208,228.59 |

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/01 | 230,996.46 | 04/16 | 219,347.08 | 04/26 | 218,052.61 |
| 04/03 | 226,484.38 | 04/18 | 219,197.08 | 04/29 | 208,349.84 |
| 04/11 | 225,934.38 | 04/22 | 218,802.61 | 04/30 | 208,228.59 |
| 04/15 | 219,697.08 | | | | |

**Citizens**™

US259 | BR565
ROP 450
P.O. Box 7000
Providence, RI 02940

**Commercial Account Statement**

Page 1 of 6

Beginning May 01, 2024
through May 31, 2024

**Questions? Contact us today:**

**CALL:**
Commercial Account Customer Service
1-800-862-6200

**VISIT:**
Access your account online:
citizensbank.com

**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
149 E CHURCH ST
BLACKWOOD NJ  08012-3904

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
Clearly Better Business Checking
XXXXXX-370-9

## Clearly Better Business Checking for XXXXXX-370-9

**Balance Calculation**

| | | |
|---|---|---:|
| Previous Balance | | 208,228.59 |
| Checks | - | 49,437.08 |
| Debits | - | 1,367.43 |
| Deposits & Credit | + | .00 |
| **Current Balance** | = | 157,424.08 |

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee. We appreciate your continued business.

Your next statement period will end on June 28, 2024.

### TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 370-9

**Checks** (Note - checks that are present out of numeric sequence are denoted with an asterisk (*))

| Check # | Amount | Date | Check # | Amount | Date |
|---|---:|---|---|---:|---|
| 1063 | 500.00 | 05/01 | 1070* | 157.08 | 05/28 |
| 1064 | 3,000.00 | 05/08 | 1071 | 3,000.00 | 05/21 |
| 1065 | 850.00 | 05/09 | 1072 | 17,500.00 | 05/28 |
| 1066 | 3,000.00 | 05/13 | 1073 | 3,000.00 | 05/28 |
| 1067 | 15,000.00 | 05/15 | 1074 | 930.00 | 05/28 |
| 1068 | 2,500.00 | 05/29 | | | |

| | |
|---|---:|
| **Previous Balance** | 208,228.59 |
| **Total Checks** - | 49,437.08 |

Please See Additional Information on Next Page

Member FDIC  Equal Housing Lender

## Clearly Better Business Checking for XXXXXX-370-9 Continued

### Debits **
**May include checks that have been processed electronically by the payee/merchant.*

**Total Debits**

| Date | Amount | Description | | |
|---|---|---|---|---|
| | | | - | 1,367.43 |

**Other Debits**

| Date | Amount | Description |
|---|---|---|
| 05/02 | 12.00 | USBC PAEB PYMT USBC PAEB 240501 0000 |
| 05/20 | 290.12 | COMCAST 8499051 490979303 240519 9017900 |
| 05/24 | 534.75 | COMCAST CABLE 240523 0251426 |
| 05/30 | 197.50 | ACHIVR VISB BILL PYMNT 240529 1963384 |
| 05/31 | 330.06 | STATE FARM RO 27 CPC-CLIENT 240531 13 J 1374309751 |
| 05/31 | 3.00 | SERVICE CHARGE STATEMENT DELIVERY |

### Daily Balance

**Current Balance** = 157,424.08

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/01 | 207,728.59 | 05/15 | 185,866.59 | 05/28 | 160,454.64 |
| 05/02 | 207,716.59 | 05/20 | 185,576.47 | 05/29 | 157,954.64 |
| 05/08 | 204,716.59 | 05/21 | 182,576.47 | 05/30 | 157,757.14 |
| 05/09 | 203,866.59 | 05/24 | 182,041.72 | 05/31 | 157,424.08 |
| 05/13 | 200,866.59 | | | | |

**❈ Citizens**™

US259 | BR565
ROP 450
P.O. Box 7000
Providence, RI 02940

**Commercial Account Statement**

Page 1 of 5

Beginning June 01, 2024
through June 30, 2024

**Questions? Contact us today:**

**CALL:**
Commercial Account Customer Service
1-800-862-6200

**VISIT:**
Access your account online:
citizensbank.com

**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
149 E CHURCH ST
BLACKWOOD NJ  08012-3904

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
Clearly Better Business Checking
XXXXXX-370-9

## Clearly Better Business Checking for XXXXXX-370-9

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | | 157,424.08 |
| Checks | - | 13,979.03 |
| Debits | - | 2,121.47 |
| Deposits & Credit | + | 6,121.03 |
| **Current Balance** | = | 147,444.61 |

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee. We appreciate your continued business.

Your next statement period will end on July 31, 2024.

### TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 370-9

**Checks**

| Check # | Amount | Date | Check # | Amount | Date | | |
|---|---|---|---|---|---|---|---|
| | | | | | | **Previous Balance** | |
| | | | | | | | 157,424.08 |
| 1075 | 739.03 | 06/04 | 1078 | 3,000.00 | 06/12 | **Total Checks** | |
| 1076 | 3,000.00 | 06/10 | 1079 | 1,240.00 | 06/13 | - | 13,979.03 |
| 1077 | 3,000.00 | 06/10 | 1080 | 3,000.00 | 06/24 | | |

Please See Additional Information on Next Page

Member FDIC  ⌂ Equal Housing Lender

## Clearly Better Business Checking for XXXXXX-370-9 Continued

### Debits **
**May include checks that have been processed electronically by the payee/merchant.*

| | | | | Total Debits |
|---|---|---|---|---|
| Date | Amount | Description | - | 2,121.47 |

**Other Debits**

| Date | Amount | Description |
|---|---|---|
| 06/07 | 190.20 | Deluxe Small Bus EDI/ACH 240606 17082001050205 |
| 06/20 | 317.10 | COMCAST 8499051 490979303 240619 8758128 |
| 06/25 | 999.49 | DEPOSITED CHECK RETURNED |
| 06/25 | 20.00 | DEPOSITED CHECK RETURNED FEE |
| 06/28 | 330.06 | STATE FARM RO 27 CPC-CLIENT 240628 13 J 1374309751 |
| 06/28 | 261.62 | ACHIVR VISB BILL PYMNT 240627 1229631 |
| 06/28 | 3.00 | SERVICE CHARGE STATEMENT DELIVERY |

### Deposits & Credits

| | | | | Total Deposits & Credits |
|---|---|---|---|---|
| Date | Amount | Description | + | 6,121.03 |
| 06/04 | 4,121.54 | MOBILE DEPOSIT | | |
| 06/21 | 999.49 | MOBILE DEPOSIT | | |
| 06/26 | 1,000.00 | MOBILE DEPOSIT | | |

### Daily Balance

| | | | | | | | Current Balance |
|---|---|---|---|---|---|---|---|
| Date | Balance | Date | Balance | Date | Balance | = | 147,444.61 |
| 06/04 | 160,806.59 | 06/13 | 150,376.39 | 06/25 | 147,039.29 | | |
| 06/07 | 160,616.39 | 06/20 | 150,059.29 | 06/26 | 148,039.29 | | |
| 06/10 | 154,616.39 | 06/21 | 151,058.78 | 06/28 | 147,444.61 | | |
| 06/12 | 151,616.39 | 06/24 | 148,058.78 | | | | |

Member FDIC  Equal Housing Lender

**Citizens**

US259 | BR565
ROP 450
P.O. Box 7000
Providence, RI 02940

## Commercial Account Statement

Page 1 of 5

Beginning July 01, 2024
through July 31, 2024

**Questions? Contact us today:**

**CALL:**
Commercial Account Customer Service
1-800-862-6200

**VISIT:**
Access your account online:
citizensbank.com

**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
149 E CHURCH ST
BLACKWOOD NJ  08012-3904

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
Clearly Better Business Checking
XXXXXX-370-9

## Clearly Better Business Checking for XXXXXX-370-9

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | | 147,444.61 |
| Checks | - | 18,248.00 |
| Debits | - | 3,016.25 |
| Deposits & Credit | + | 1,024.49 |
| **Current Balance** | = | 127,204.85 |

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee. We appreciate your continued business.

Your next statement period will end on August 30, 2024.

### TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 370-9

**Checks** (Note - checks that are present out of numeric sequence are denoted with an asterisk (*))

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 1081 | 3,000.00 | 07/05 | 1085 | 3,000.00 | 07/09 |
| 1082 | 3,000.00 | 07/05 | 1086 | 3,000.00 | 07/25 |
| 1083 | 98.00 | 07/08 | 1087 | 3,000.00 | 07/25 |
| 1084 | 650.00 | 07/08 | 1089* | 2,500.00 | 07/29 |

| | |
|---|---|
| **Previous Balance** | 147,444.61 |
| **Total Checks** | |
| - | 18,248.00 |

Please See Additional Information on Next Page

Member FDIC   Equal Housing Lender

## Clearly Better Business Checking for XXXXXX-370-9 Continued

### Debits **
**May include checks that have been processed electronically by the payee/merchant.*

| Date | Amount | Description |
|---|---|---|
| | | *Other Debits* |
| 07/01 | 350.00 | CITYOFPHILA-API WATER 240628 1773724 |
| 07/17 | 1,217.59 | STATE FARM RO 08 CPC-CLIENT 240717 13 S 1054460413 |
| 07/22 | 313.88 | COMCAST 8499051 490979303 240719 8700543 |
| 07/29 | 565.72 | COMCAST CABLE 240726 0877426 |
| 07/29 | 236.00 | ACHIVR VISB BILL PYMNT 240727 1222831 |
| 07/30 | 330.06 | STATE FARM RO 27 CPC-CLIENT 240730 13 J 1374309751 |
| 07/31 | 3.00 | SERVICE CHARGE STATEMENT DELIVERY |

**Total Debits**    −    3,016.25

### Deposits & Credits

| Date | Amount | Description |
|---|---|---|
| 07/11 | 1,024.49 | MOBILE DEPOSIT |

**Total Deposits & Credits**    +    1,024.49

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/01 | 147,094.61 | 07/11 | 138,371.10 | 07/29 | 127,537.91 |
| 07/05 | 141,094.61 | 07/17 | 137,153.51 | 07/30 | 127,207.85 |
| 07/08 | 140,346.61 | 07/22 | 136,839.63 | 07/31 | 127,204.85 |
| 07/09 | 137,346.61 | 07/25 | 130,839.63 | | |

**Current Balance**    =    127,204.85

**Citizens**™

US259 | BR565
ROP 450
P.O. Box 7000
Providence, RI 02940

## Commercial Account Statement

Page 1 of 5

Beginning August 01, 2024
through August 31, 2024

**Questions? Contact us today:**

**CALL:**
Commercial Account Customer Service
1-800-862-6200



**VISIT:**
Access your account online:
citizensbank.com



**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
149 E CHURCH ST
BLACKWOOD NJ  08012-3904

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
Clearly Better Business Checking
XXXXXX-370-9

## Clearly Better Business Checking for XXXXXX-370-9

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | | 127,204.85 |
| Checks | - | 39,427.50 |
| Debits | - | 7,924.36 |
| Deposits & Credit | + | .00 |
| **Current Balance** | = | 79,852.99 |

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee. We appreciate your continued business.

Your next statement period will end on September 30, 2024.

## TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 370-9

**Checks** (Note - checks that are present out of numeric sequence are denoted with an asterisk (*))

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 1090 | 3,000.00 | 08/05 | 1095 | 2,500.00 | 08/28 |
| 1091 | 3,000.00 | 08/05 | 1096 | 3,432.50 | 08/23 |
| 1092 | 7,500.00 | 08/27 | 1098* | 3,000.00 | 08/26 |
| 1093 | 2,000.00 | 08/14 | 1099 | 10,000.00 | 08/30 |
| 1094 | 4,995.00 | 08/14 | | | |

| | |
|---|---|
| **Previous Balance** | |
| 127,204.85 | |
| **Total Checks** | |
| - 39,427.50 | |

Please See Additional Information on Next Page

Member FDIC  Equal Housing Lender

## Clearly Better Business Checking for XXXXXX-370-9 Continued

### Debits **
**May include checks that have been processed electronically by the payee/merchant.*

**Total Debits** - 7,924.36

| Date | Amount | Description |
|---|---|---|
| *Other Debits* | | |
| 08/07 | 216.00 | EZPASS8882886865 PAYMENT 240807 5P-343149533 |
| 08/08 | 3,200.00 | WITHDRAWAL |
| 08/14 | 3,200.00 | WITHDRAWAL |
| 08/16 | 474.14 | PGW EZ-PAY UTILITIES 240815 7621893 |
| 08/20 | 314.15 | COMCAST 8499051 490979303 240819 8721947 |
| 08/28 | 310.78 | STATE FARM RO 27 CPC-CLIENT 240828 13 J 1374309751 |
| 08/28 | 206.29 | ACHIVR VISB BILL PYMNT 240827 1318341 |
| 08/30 | 3.00 | SERVICE CHARGE STATEMENT DELIVERY |

### Daily Balance

**Current Balance** = 79,852.99

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/05 | 121,204.85 | 08/16 | 107,119.71 | 08/27 | 92,873.06 |
| 08/07 | 120,988.85 | 08/20 | 106,805.56 | 08/28 | 89,855.99 |
| 08/08 | 117,788.85 | 08/23 | 103,373.06 | 08/30 | 79,852.99 |
| 08/14 | 107,593.85 | 08/26 | 100,373.06 | | |



US259 | BR565
ROP 450
P.O. Box 7000
Providence, RI 02940

**Commercial Account Statement**

Page 1 of 6

Beginning September 01, 2024
through September 30, 2024

**Questions? Contact us today:**

**CALL:**
Commercial Account Customer Service
1-800-862-6200



**VISIT:**
Access your account online:
citizensbank.com



**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
149 E CHURCH ST
BLACKWOOD NJ  08012-3904

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
Clearly Better Business Checking
XXXXXX-370-9

## Clearly Better Business Checking for XXXXXX-370-9

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | | 79,852.99 |
| Checks | - | 30,422.00 |
| Debits | - | 66,315.82 |
| Deposits & Credit | + | 64,557.30 |
| **Current Balance** | = | 47,672.47 |

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee. We appreciate your continued business.

Your next statement period will end on October 31, 2024.

### TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 370-9

**Checks** (Note - checks that are present out of numeric sequence are denoted with an asterisk (*))

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 1100 | 5,000.00 | 09/05 | 1109 | 836.00 | 09/25 |
| 1101 | 3,000.00 | 09/23 | 1110 | 836.00 | 09/26 |
| 1102 | 3,000.00 | 09/04 | 1111 | 600.00 | 09/26 |
| 1103 | 450.00 | 09/09 | 1112 | 725.00 | 09/27 |
| 1104 | 3,000.00 | 09/16 | 1113 | 500.00 | 09/30 |
| 1106* | 5,000.00 | 09/20 | 1114 | 3,000.00 | 09/30 |
| 1107 | 725.00 | 09/20 | 1116* | 750.00 | 09/30 |
| 1108 | 3,000.00 | 09/23 | | | |

| | |
|---|---|
| **Previous Balance** | 79,852.99 |
| **Total Checks** | |
| - | 30,422.00 |

Please See Additional Information on Next Page

Member FDIC  Equal Housing Lender

## Clearly Better Business Checking for XXXXXX-370-9 Continued

### Debits **
**May include checks that have been processed electronically by the payee/merchant.*

**Total Debits** − **66,315.82**

| Date | Amount | Description |
|---|---|---|
| *Other Debits* | | |
| 09/04 | 60,000.00 | ONLINE TRANSFER TO CHECKING 6231475216 |
| 09/06 | 291.98 | COMCAST CABLE 240905 4405817 |
| 09/11 | 880.27 | PECO ENERGY COMP BILLPAY 240910 PECO ENERGY COM |
| 09/17 | 450.98 | First Enroll PAYMENT 240917 071001731597359 |
| 09/20 | 314.15 | COMCAST 8499051 490979303 240919 9119943 |
| 09/23 | 3,586.30 | 09-16-24 ITEM PAID TWICE    001034264000122 |
| 09/23 | 305.21 | COMCAST CABLE 240920 9490979 |
| 09/27 | 173.18 | ACHIVR VISB BILL PYMNT 240926 1382415 |
| 09/30 | 310.75 | STATE FARM RO 27 CPC-CLIENT 240930 13 J 1374309751 |
| 09/30 | 3.00 | SERVICE CHARGE STATEMENT DELIVERY |

### Deposits & Credits

**Total Deposits & Credits** + **64,557.30**

| Date | Amount | Description |
|---|---|---|
| 09/09 | 965.00 | MOBILE DEPOSIT |
| 09/10 | 60,006.00 | DEPOSIT |
| 09/16 | 3,586.30 | MOBILE DEPOSIT |

### Daily Balance

**Current Balance** = **47,672.47**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/04 | 16,852.99 | 09/11 | 71,201.74 | 09/25 | 54,570.40 |
| 09/05 | 11,852.99 | 09/16 | 71,788.04 | 09/26 | 53,134.40 |
| 09/06 | 11,561.01 | 09/17 | 71,337.06 | 09/27 | 52,236.22 |
| 09/09 | 12,076.01 | 09/20 | 65,297.91 | 09/30 | 47,672.47 |
| 09/10 | 72,082.01 | 09/23 | 55,406.40 | | |