**Tri-State Paper Company, Inc.**
**Bank Activity - Disbursements Details**
**April 30 - September 30, 2024**
**Source: Citizens Bank Statements**

| Payee | Apr-24 | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Grand Total |
|---|---|---|---|---|---|---|---|
| Plan Payment - Richard Furtek, Trustee | | 2,500.00 | | | 2,500.00 | 10,000.00 | 15,000.00 |
| John Petaccio | 16,512.08 | 12,000.00 | 9,000.00 | 15,000.00 | 21,495.00 | 15,000.00 | 89,007.08 |
| John Pataccio - Online Transfer | | | | | | 60,000.00 | 60,000.00 |
| John Pataccio - Cash Withdrawal | | | | | 6,400.00 | | 6,400.00 |
| Alpha Roofing | | | 32,500.00 | | | | 32,500.00 |
| Joseph Gray | 3,500.00 | | 3,000.00 | | 5,432.50 | | 11,932.50 |
| Cibik Law | | | | | 10,000.00 | | 10,000.00 |
| Returned Deposit | 4,141.54 | | 1,019.49 | | | | 5,161.03 |
| Karen Horbury | 750.00 | 1,780.00 | 1,240.00 | | | | 3,770.00 |
| Comcast | 394.47 | 824.87 | 317.10 | 879.60 | 314.15 | 911.34 | 3,641.53 |
| 09-16-24 ITEM PAID TWICE | | | | | | 3,586.30 | 3,586.30 |
| State Farm | 118.25 | 330.06 | 330.06 | 1,547.65 | 310.78 | 310.75 | 2,947.55 |
| John Raimoni | | | | 2,500.00 | | | 2,500.00 |
| Thomas Mayanski | | | | | | 1,900.00 | 1,900.00 |
| John Campbell | | 500.00 | | | | 1,250.00 | 1,750.00 |
| Peco | | | 739.03 | | | 880.27 | 1,619.30 |
| ACHIVR VISB BILL PYMNT | 237.51 | 197.50 | 261.62 | 236.00 | 206.29 | 173.18 | 1,312.10 |
| Associates Auctioneers | | | | | | 836.00 | 836.00 |
| C&S Sales | | | | | | 836.00 | 836.00 |
| Helen Grey | | | | 650.00 | | | 650.00 |
| PGW | | 157.08 | | | 474.14 | | 631.22 |
| Teddy's Auto | | | | | | 600.00 | 600.00 |
| James Petaccio | 550.00 | | | | | | 550.00 |
| First Enroll PAYMENT | | | | | | 450.98 | 450.98 |
| USBC PAEB PYMT | 350.00 | 12.00 | | | | | 362.00 |
| Water | | | | 350.00 | | | 350.00 |
| WAWA CREDIT CARD PAYMENT | 237.30 | | | | | | 237.30 |
| EZ Pass | | | | | 216.00 | | 216.00 |
| Schweizer Fire Co | 202.77 | | | | | | 202.77 |
| Deluxe Small Bus EDI/ACH | | | | 190.20 | | | 190.20 |
| Matthew Brennan | 150.00 | | | | | | 150.00 |
| Chris Stock | | | | 98.00 | | | 98.00 |
| SERVICE CHARGESTATEMENT DELIVERY | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 18.00 |
| Check Not Cleared | | - | | - | - | - | - |
| Grand Total | 27,146.92 | 50,804.51 | 16,100.50 | 21,264.25 | 47,351.86 | 96,737.82 | 259,405.86 |
| | - | - | - | - | - | - | |