

150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

**RETURN SERVICE REQUESTED**

Account
Estate of Tri State Paper Inc Debtor
XXXXXX0008

Estate of Tri State Paper Inc Debtor
Richard E Furtek Bankruptcy Trustee
Case #23-13237
101 Lindenwood Dr Ste 225
Malvern, PA 19355-1762

## Statement of Account

Bankruptcy Trustee

| | | |
|---|---|---|
| Balance 9/03/24 | Summary | |
| $ 5,000.00 | Credits | +$10,000.00 |
| Balance 9/30/24 | Interest | +$.00 |
| $ 15,000.00 | Debits | - $.00 |

### Credit Transactions

**Deposits**

| | | |
|---|---|---|
| 9/04 | Regular Deposit | 5,000.00 |
| 9/19 | Regular Deposit | 5,000.00 |
| **Total Credits** | | $10,000.00 |

| | | | |
|---|---|---|---|
| Average Balance This Statement | $11,964.28 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 28 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

### DAILY BALANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| 9/03 | 5,000.00 | 9/04 | 10,000.00 | 9/19 | 15,000.00 |





150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

**RETURN SERVICE REQUESTED**

Account
Estate of Tri State Paper Inc Debtor
XXXXXX0008

Estate of Tri State Paper Inc Debtor
Richard E Furtek Bankruptcy Trustee
Case #23-13237
101 Lindenwood Dr Ste 225
Malvern, PA 19355-1762

## Statement of Account

Bankruptcy Trustee

| | | |
|---|---|---|
| Balance 8/01/24 | Summary | |
| $ 2,500.00 | | |
| | Credits | +$2,500.00 |
| Balance 9/02/24 | Interest | +$.00 |
| $ 5,000.00 | Debits | - $.00 |

### Credit Transactions

**Deposits**

| | | |
|---|---|---|
| 8/27 | Regular Deposit | 2,500.00 |
| **Total Credits** | | **$2,500.00** |

| | | | |
|---|---|---|---|
| Average Balance This Statement | $3,030.30 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 33 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

### DAILY BALANCE INFORMATION

| | | | |
|---|---|---|---|
| 8/01 | 2,500.00 | 8/27 | 5,000.00 |





150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

RETURN SERVICE REQUESTED

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Account
Estate of Tri State Paper Inc Debtor
XXXXXX0008

Estate of Tri State Paper Inc Debtor
Richard E Furtek Bankruptcy Trustee
Case #23-13237
101 Lindenwood Dr Ste 225
Malvern, PA 19355-1762

## Statement of Account

Bankruptcy Trustee

| | Summary | |
|---|---|---|
| Balance 7/01/24 $ 2,500.00 | Credits | + $.00 |
| | Interest | + $.00 |
| Balance 7/31/24 $ 2,500.00 | Debits | - $.00 |

| | | | |
|---|---|---|---|
| Average Balance This Statement | $2,500.00 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 31 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

### DAILY BALANCE INFORMATION

7/01          2,500.00



Page 1 of 2
EAC2610



150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

RETURN SERVICE REQUESTED

**Account**
Estate of Tri State Paper Inc Debtor
XXXXXX0008

Estate of Tri State Paper Inc Debtor
Richard E Furtek Bankruptcy Trustee
Case #23-13237
101 Lindenwood Dr Ste 225
Malvern, PA 19355-1762

## Statement of Account

**Bankruptcy Trustee**

| | Summary | |
|---|---|---|
| Balance 6/03/24  $ 2,500.00 | Credits | + $.00 |
| | Interest | + $.00 |
| Balance 6/30/24  $ 2,500.00 | Debits | - $.00 |

| | | | |
|---|---|---|---|
| Average Balance This Statement | $2,500.00 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 28 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

### DAILY BALANCE INFORMATION

6/03         2,500.00


Member FDIC

Page 1 of 2
EAC2610



150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

**Account**
Estate of Tri State Paper Inc Debtor
XXXXXX0008

RETURN SERVICE REQUESTED

Estate of Tri State Paper Inc Debtor
Richard E Furtek Bankruptcy Trustee
Case #23-13237
101 Lindenwood Dr Ste 225
Malvern, PA 19355-1762

## Statement of Account

**Bankruptcy Trustee**

| | |
|---|---|
| Balance 5/01/24 | $ .00 |
| Balance 6/02/24 | $ 2,500.00 |

**Summary**

| | |
|---|---|
| Credits | +$2,500.00 |
| Interest | +$.00 |
| Debits | -$.00 |

### Credit Transactions

**Deposits**

| | | |
|---|---|---|
| 5/28 | Regular Deposit | 2,500.00 |
| **Total Credits** | | **$2,500.00** |

| | | | |
|---|---|---|---|
| Average Balance This Statement | $454.54 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 33 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

### DAILY BALANCE INFORMATION

| | | | |
|---|---|---|---|
| 5/01 | .00 | 5/28 | 2,500.00 |



Page 1 of 3

EAC2610