UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: TRI-STATE PAPER, INC. | : | CHAPTER 11 |
| | : | |
| Debtor | : | |
| | : | Bky. No. 23-13237(PMM) |

## A M E N D E D

### Notice of Debtor's Motion for Reconsideration of the October 15, 2024 Order Approving the First and Final Application for Compensation and Reimbursement of Costs of Cibik Law, P.C. Counsel for Debtor for the Period October 9, 2023 through August 2, 2024

The Debtor in the above-captioned matter has filed a Motion for the reasons stated in the Motion.

1.    **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

2.    **If you do not want the court to grant the relief sought in the motion**, or if you want the court to consider your views on the motion, then on or before December 1, 2024, you or your attorney must file a response to the motion (See instructions below).

3.    **A hearing on the motion** is scheduled to be held on Wednesday, December 11, 2024, 9:30 a.m. before Bankruptcy Judge Patricia M. Mayer in Courtroom #1 at U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

4.    **If you do not file a response to the motion**, the court may cancel the hearing and enter an order granting the relief requested in the motion.

5.    You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed a response.

6.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney whose name and address is listed below.

7.    **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

8.    **If you are not required to file electronically,** you must file your response at U.S. Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

9.    On the same day that you file or mail your response to the motion, you must mail or deliver a copy of the response to the movant's attorney.

ALLEN B. DUBROFF, ESQ. & ASSOCS., LLC

BY: _____
ALLEN B. DUBROFF, ESQ.
PA Bar #04686
1500 JFK Blvd. – Suite 910
Philadelphia, PA 19102
PH: 215-568-2700
FX: 215-689-3777
Email: allen@dubrofflawllc.com

Dated: 11/4/24

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: TRI-STATE PAPER, INC. | : | CHAPTER 11 |
| | : | |
| Debtor | : | |
| | : | Bky. No. 23-13237(PMM) |

ORDER ON DEBTOR'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DATED OCTOBER 15, 2024 APPROVING THE FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF COSTS OF CIBIK LAW, P.C.

**AND NOW**, this _____ day of _____, 2024;

Upon consideration of the Debtor's Motion for Reconsideration of the October 15, 2024 Order regarding compensation to Cibik Law, P.C. it is;

**ORDERED** that the Motion is Granted

AND;

Cibik Law, P.C. is allowed amended consideration in the amount of _____ and reimbursement costs in the amount of _____.

PATRICIA M. MAYER
U.S. Bankruptcy Judge