**Richard Furtek, Subchapter V Trustee** **Exhibit A**

Period: April 5, 2024 to September 30, 2024

Client Name: Tri-State Paper, Inc.
Case #: 23-13237-PMM
Professional: Richard Furtek, CPA

Normal Billing Rate $295.00
Travel Rate $147.50

| # | Date | Description | Task Code | Activity | Hours | Fees |
|---|---|---|---|---|---|---|
| 1 | 4/10/2024 | Listen to Opinion - Re: Penn Jersey Claim Objection | B310 | A104 | 0.50 | $147.50 |
| 2 | 4/12/2024 | Set-up Trustee bank account & Email Debtors Counsel | B320 | A103 | 0.50 | $147.50 |
| 3 | 4/16/2024 | Review claims register | B310 | A104 | 0.50 | $147.50 |
| 4 | 4/17/2024 | Upload claims register to Core to prepare disbursements | B310 | A104 | 1.00 | $295.00 |
| 5 | 5/1/2024 | Prepare and File certificate of no response to fee app | B160 | A103 | 0.30 | $88.50 |
| 6 | 6/3/2024 | Email Debtors Counsel re: reporting/plan payments | B320 | A104 | 0.30 | $88.50 |
| 7 | 6/5/2034 | Meeting with Debtors Counsel re: reporting/plan payments | B320 | A107 | 0.50 | $147.50 |
| 8 | 6/18/2024 | Email Debtors Counsel re: reporting/plan payments | B320 | A104 | 0.30 | $88.50 |
| 9 | 6/22/2024 | Review May 2024 bank statement received | B320 | A104 | 0.20 | $59.00 |
| 10 | 7/9/2024 | Email Penske Counsel re: status of distributions | B310 | A104 | 0.20 | $59.00 |
| 11 | 7/9/2024 | Email Debtors Counsel re: reporting/plan payments | B320 | A104 | 0.20 | $59.00 |
| 12 | 8/15/2024 | Email Debtors Counsel re: reporting/plan payments | B320 | A104 | 0.30 | $88.50 |
| 13 | 8/15/2024 | Call with Debtors Counsel re: reporting/plan payments | B320 | A107 | 0.50 | $147.50 |
| 14 | 8/26/2024 | Deposit plan payment | B320 | A104 | 0.40 | $118.00 |
| 15 | 8/28/2024 | Call with UST Attorney | B320 | A107 | 0.50 | $147.50 |
| 16 | 8/28/2024 | Review Plan, prepare and file notice of default | B320 | A101 | 4.30 | $1,268.50 |
| 17 | 9/3/2024 | Deposit plan payment | B320 | A104 | 0.30 | $88.50 |
| 18 | 9/4/2024 | Call Debtor re: Plan Implementation/Reporting | B320 | A106 | 0.50 | $147.50 |
| 19 | 9/9/2024 | Prepare schedule of bank activity 4/1 - 8/31/2024 | B320 | A101 | 2.50 | $737.50 |
| 20 | 9/10/2024 | Prepare schedule of bank activity 4/1 - 8/31/2024 | B320 | A101 | 0.50 | $147.50 |
| 21 | 9/12/2024 | Call with Debtors Counsel re: reporting/plan payments | B320 | A107 | 0.30 | $88.50 |
| 22 | 9/12/2024 | Email Debtors Counsel re: list of auctioneers | B320 | A104 | 0.30 | $88.50 |
| 23 | 9/18/2024 | Deposit plan payment | B320 | A104 | 0.30 | $88.50 |
| 24 | 9/27/2024 | Call with Debtors Counsel re: reporting/plan payments | B320 | A107 | 0.30 | $88.50 |
| | | Total | | | 15.50 | $4,572.50 |