**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **TRI-STATE PAPER, INC.** | : | |
| | : | |
| | : | **Case No. 23-13237-pmm** |
| | : | |
| **Debtor.** | : | |

**CERTIFICATE OF SERVICE**

This is to certify that on the 13th day of November, 2024, the First Post Confirmation Fee Application for Compensation and Reimbursement of Expenses of Richard E. Furtek CPA as Subchapter V Trustee and the Notice of Hearing thereon was caused to be served electronically via CM/ECF upon all parties on the Clerk's Service List and to the Debtor via Debtor's counsel by electronic mail.

By:  /s/ Richard E. Furtek
         Subchapter V Trustee