## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Tri-State Paper, Inc., <br><br> *Debtor*. | Case No. 23-13237-pmm <br> Chapter 11 |

## ORDER

**AND NOW**, after consideration of the Motion to Reconsider filed by the Debtor, the response thereto, and after notice and hearing, the Court finds that:

A. The Motion appears frivolous and to have been presented for an improper purpose.

B. Certain legal contentions in the Motion appear not to be warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law.

C. Certain factual contentions in the Motion do not have evidentiary support and would not likely have evidentiary support after a reasonable opportunity for further investigation or discovery.

For those reasons, it is hereby **ORDERED** that:

1. The Motion is **DENIED**.

2. The Debtor, its principal, and its attorney **MUST APPEAR** for a hearing on **Wednesday, January 8, 2025, at 9:30 a.m.** in Courtroom No. 1 at the Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA and **SHOW CAUSE** why the Debtor, its principal, and its attorney should not be **SANCTIONED** under Fed. R. Civ. P. 11.

Date:

Honorable Patricia M. Mayer
U.S. Bankruptcy Judge