**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| **Tri-State Paper, Inc.,** | : | |
| Debtor. | : | Case No. 23-13237 (PMM) |

**ORDER**

**AND NOW**, upon consideration of the Debtor's Motion to Reconsider the Order Approving Compensation (doc. #294, the "Motion");

AND a hearing with regard to the Motion having been held and concluded on December 11, 2024;

AND for the reasons stated on the record at the hearing;

It is hereby **ordered** that the Motion is **denied**.

Dated: 12/11/24

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**