United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 09, 2024 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tri-State Paper, Inc., 149 E Church St., Blackwood, NJ 08012-3904 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2024          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALLEN B. DUBROFF | on behalf of Debtor Tri-State Paper Inc. allen@dubrofflawllc.com, adminassistant@dubrofflawllc.com,john@dubrofflawllc.com |
| CSU - OUCTS, PA Labor & Industry | ra-li-beto-bankreading@state.pa.us |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DAVID B. PICKER | on behalf of Defendant PC Events LLC dpicker@sgrvlaw.com, klove@sgrvlaw.com |
| DAVID B. PICKER | on behalf of PC Events LLC dpicker@sgrvlaw.com, klove@sgrvlaw.com |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us |
| JOSHUA B. LADOV | on behalf of Creditor Penn Jersey Paper Co. jladov@ladovlaw.com admin@ladovlaw.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |

KRISTEN WETZEL LADD
    on behalf of Creditor Citizens Bank  N.A., successor by merger to Citizens Bank of Pennsylvania kladd@utbf.com,
    mselby@utbf.com

LAWRENCE J. KOTLER
    on behalf of Creditor Penske Truck Leasing Co.  L.P. ljkotler@duanemorris.com

LEO M. GIBBONS
    on behalf of Servpro of King of Prussia lgibbons@macelree.com

MICHAEL A. CIBIK
    on behalf of Attorney Cibik Law  P.C. help@cibiklaw.com,
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
    on behalf of Plaintiff Tri-State Paper  Inc. help@cibiklaw.com,
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
    on behalf of Plaintiff Tri-State Paper  Inc. michael@sadeklaw.com, sadeklaw@recap.email

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

Richard E Furtek
    rfurtek@furtekassociates.com  cref11@trustesolutions.net

Richard E Furtek
    on behalf of Trustee Richard E Furtek rfurtek@furtekassociates.com  cref11@trustesolutions.net

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 18

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| **TRI-STATE PAPER, INC.** | : | |
| | : | |
| Debtor. | | Case No. 23-13237-pmm |

## ORDER

Upon consideration of the First Post Confirmation Application for Compensation and Reimbursement of Expenses of Richard E. Furtek, CPA as Subchapter V Trustee for the Period of April 5, 2024 through September 30, 2024 (the "Application"), it is hereby ORDERED that:

The Application shall be approved and compensation to Richard E. Furtek, CPA shall be allowed and authorized as a Chapter 11 administrative expense claim for services rendered in the amount of $4,572.50 incurred by Richard E. Furtek, CPA in rendering said services as Subchapter V Trustee.

Date: 12/9/24

PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE