**Richard Furtek, Subchapter V Trustee**  **Exhibit A**

Period: October 1, 2024 to December 31, 2024

| Client Name: | Tri-State Paper, Inc. |
|---|---|
| Case # | 23-13237-PMM |
| Professional: | Richard Furtek, CPA |

Normal Billing Rate $295.00
Travel Rate $147.50

| Date | Description | Task Code | Activity | Hours | Fees |
|---|---|---|---|---|---|
| 10/9/2024 | Prepare post confirmation fee application | B160 | A103 | 0.80 | $236.00 |
| 10/9/2024 | Prepare monthly UST report for September 2024 | B110 | A103 | 0.20 | $59.00 |
| 10/9/2024 | Draft Email to Penske Counsel re: status of distributions | B310 | A104 | 0.40 | $118.00 |
| 10/10/2024 | Prepare post confirmation distribution report | B320 | A101 | 1.50 | $442.50 |
| 10/11/2024 | Prepare schedule of bank activity 9/1 - 9/30/2024 | B320 | A101 | 0.50 | $147.50 |
| 10/11/2024 | Prepare post confirmation distribution report | B320 | A101 | 1.00 | $295.00 |
| 10/11/2024 | Call with M. Cibik Debtors Counsel re: reporting | B320 | A107 | 0.30 | $88.50 |
| 10/11/2024 | Call with M. Cibik Debtors Counsel re: reporting | B320 | A107 | 0.50 | $147.50 |
| 10/14/2024 | Prepare schedule of checks for the report | B320 | A101 | 1.20 | $354.00 |
| 10/18/2024 | File Post Confirmation Distribution Report to 9/30/2024 | B320 | A103 | 0.50 | $147.50 |
| 11/8/2024 | Call with A. Dubroff Debtors Counsel re: UST inquiry | B320 | A107 | 0.30 | $88.50 |
| 11/8/2024 | Draft Email K. Callahan re: plan implementation | B320 | A104 | 0.40 | $118.00 |
| 11/13/2024 | File post confirmation fee application to 9/30/2024 | B160 | A103 | 0.50 | $147.50 |
| 11/18/2024 | Prepare monthly UST report for October 2024 | B110 | A103 | 0.20 | $59.00 |
| 12/6/2024 | Deposit plan payment | B320 | A104 | 0.40 | $118.00 |
| 12/6/2024 | File certification of no response to fee application | B160 | A103 | 0.30 | $88.50 |
| 12/6/2024 | Draft Email A. Dubroff Debtors Counsel re: delinquent plan payments and reporting | B320 | A107 | 0.70 | $206.50 |
| | **Total** | | | **9.70** | **$2,861.50** |