**Citizens**

US002 | BR565
ROP 450
P.O. Box 7000
Providence, RI 02940

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
149 E CHURCH ST
BLACKWOOD NJ  08012-3904

## Commercial Account Statement

Page 1 of 3

Beginning December 01, 2024
through December 31, 2024

**Questions? Contact us today:**

**CALL:**
Commercial Account Customer Service
1-800-862-6200

**VISIT:**
Access your account online:
citizensbank.com

**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
Clearly Better Business Checking
XXXXXX-370-9

## Clearly Better Business Checking for XXXXXX-370-9

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | | 7,384.58 |
| Checks | - | .00 |
| Debits | - | 2,617.09 |
| Deposits & Credit | + | 831.30 |
| **Current Balance** | = | 5,598.79 |

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee. We appreciate your continued business.

Your next statement period will end on January 31, 2025.

### TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 370-9

**Debits ****
**May include checks that have been processed electronically by the payee/merchant.

| Date | Amount | Description | | |
|---|---|---|---|---|
| | | | | **Previous Balance** |
| | | | | 7,384.58 |
| | | | | **Total Debits** |
| **Other Debits** | | | - | 2,617.09 |
| 12/04 | 2,000.00 | WITHDRAWAL | | |
| 12/20 | 303.34 | COMCAST 8499051 490979303 241219 0924458 | | |
| 12/30 | 310.75 | STATE FARM RO 27 CPC-CLIENT 241230 13 J 1374309751 | | |
| 12/31 | 3.00 | SERVICE CHARGE STATEMENT DELIVERY | | |

Please See Additional Information on Next Page

Member FDIC  Equal Housing Lender

## Clearly Better Business Checking for XXXXXX-370-9 Continued

| Deposits & Credits | | | Total Deposits & Credits | |
|---|---|---|---|---|
| *Date* | *Amount* | *Description* | + | **831.30** |
| 12/24 | 831.30 | MOBILE DEPOSIT | | |

| Daily Balance | | | | | | Current Balance | |
|---|---|---|---|---|---|---|---|
| *Date* | *Balance* | *Date* | *Balance* | *Date* | *Balance* | = | **5,598.79** |
| 12/04 | 5,384.58 | 12/24 | 5,912.54 | 12/31 | 5,598.79 | | |
| 12/20 | 5,081.24 | 12/30 | 5,601.79 | | | | |

**✼ Citizens®**

US259 | BR565
ROP 450
P.O. Box 7000
Providence, RI 02940

Attachement A

**Commercial Account Statement**

Page 1 of 5

Beginning November 01, 2024
through November 30, 2024

**Questions? Contact us today:**

**CALL:**
Commercial Account Customer Service
1-800-862-6200

**VISIT:**
Access your account online:
citizensbank.com

**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
149 E CHURCH ST
BLACKWOOD NJ  08012-3904

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
Clearly Better Business Checking
XXXXXX-370-9

## Clearly Better Business Checking for XXXXXX-370-9

**Balance Calculation**

| | | |
|---|---|---:|
| Previous Balance | | 15,013.58 |
| Checks | - | 7,000.00 |
| Debits | - | 629.00 |
| Deposits & Credit | + | .00 |
| **Current Balance** | = | 7,384.58 |

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee. We appreciate your continued business.

Your next statement period will end on December 31, 2024.

## TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 370-9

| Checks | | | | | | Previous Balance | |
|---|---|---|---|---|---|---|---:|
| *Check #* | *Amount* | *Date* | *Check #* | *Amount* | *Date* | | 15,013.58 |
| 1125 | 3,000.00 | 11/13 | 1127 | 2,000.00 | 11/13 | **Total Checks** | |
| 1126 | 2,000.00 | 11/13 | | | | - | 7,000.00 |

Please See Additional Information on Next Page

Member FDIC  ⌂ Equal Housing Lender

## Clearly Better Business Checking for XXXXXX-370-9 Continued

| Debits ** | | | Total Debits |
|---|---|---|---|
| **May include checks that have been processed electronically by the payee/merchant.* | | | − 629.00 |

| Date | Amount | Description |
|---|---|---|
| *Other Debits* | | |
| 11/20 | 315.25 | COMCAST 8499051 490979303 241119 9529252 |
| 11/29 | 310.75 | STATE FARM RO 27 CPC-CLIENT 241129 13 J 1374309751 |
| 11/29 | 3.00 | SERVICE CHARGE |
| | | STATEMENT DELIVERY |

### Daily Balance

Current Balance = 7,384.58

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/13 | 8,013.58 | 11/20 | 7,698.33 | 11/29 | 7,384.58 |

**✳ Citizens™**

US259 | BR565
ROP 450
P.O. Box 7000
Providence, RI 02940

Attachement A

**Commercial Account Statement**

Page 1 of 5

Beginning October 01, 2024
through October 31, 2024

**Questions? Contact us today:**

**CALL:**
Commercial Account Customer Service
1-800-862-6200

**VISIT:**
Access your account online:
citizensbank.com

**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
149 E CHURCH ST
BLACKWOOD NJ  08012-3904

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
Clearly Better Business Checking
XXXXXX-370-9

## Clearly Better Business Checking for XXXXXX-370-9

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | | 47,672.47 |
| Checks | - | 25,172.00 |
| Debits | - | 8,338.85 |
| Deposits & Credit | + | 851.96 |
| **Current Balance** | = | 15,013.58 |

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee. We appreciate your continued business.

Your next statement period will end on November 29, 2024.

### TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 370-9

**Checks** (Note - checks that are present out of numeric sequence are denoted with an asterisk (*))

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 1117 | 836.00 | 10/02 | 1121 | 3,000.00 | 10/18 |
| 1119* | 10,000.00 | 10/02 | 1122 | 3,000.00 | 10/18 |
| 1120 | 836.00 | 10/15 | 1124* | 7,500.00 | 10/23 |

| | |
|---|---|
| **Previous Balance** | 47,672.47 |
| **Total Checks** - | 25,172.00 |

Please See Additional Information on Next Page

Member FDIC  ⌂ Equal Housing Lender

## Clearly Better Business Checking for XXXXXX-370-9 Continued

### Debits **
**May include checks that have been processed electronically by the payee/merchant.*

**Total Debits**

− 8,338.85

| Date | Amount | Description |
|---|---|---|
| *Other Debits* | | |
| 10/01 | 7,200.00 | WITHDRAWAL |
| 10/16 | 400.98 | FirstEnrollHlthP 7328769733 241015 49942460 |
| 10/17 | 108.97 | Deluxe Small Bus EDI/ACH 241016 17082001341746 |
| 10/21 | 315.15 | COMCAST 8499051 490979303 241019 9346511 |
| 10/30 | 310.75 | STATE FARM RO 27 CPC-CLIENT 241030 13 J 1374309751 |
| 10/31 | 3.00 | SERVICE CHARGE STATEMENT DELIVERY |

### Deposits & Credits

**Total Deposits & Credits**

+ 851.96

| Date | Amount | Description | |
|---|---|---|---|
| 10/23 | 450.98 | 09-17-24 ACH CLAIM | 001504295001173 |
| 10/23 | 400.98 | 10-16-24 ACH CLAIM | 001504295001214 |

### Daily Balance

**Current Balance**

= 15,013.58

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/01 | 40,472.47 | 10/17 | 28,290.52 | 10/23 | 15,327.33 |
| 10/02 | 29,636.47 | 10/18 | 22,290.52 | 10/30 | 15,016.58 |
| 10/15 | 28,800.47 | 10/21 | 21,975.37 | 10/31 | 15,013.58 |
| 10/16 | 28,399.49 | | | | |