**Tri-State Paper Company, Inc.**
**Bank Activity - Disbursements Details**
**September 30 - December 31, 2024**
Source: Citizens Bank Statements

| **Payee** | **Oct-24** | **Nov-24** | **Dec-24** | **Grand Total** |
|---|---:|---:|---:|---:|
| John Petaccio | 6,000.00 | 7,000.00 | | **13,000.00** |
| Allen Dubroff | 10,000.00 | | | **10,000.00** |
| John Pataccio - Cash Withdrawal | 7,200.00 | | 2,000.00 | **9,200.00** |
| Richard Furtek, Trustee | 7,500.00 | | | **7,500.00** |
| Comcast | 315.15 | 315.25 | 303.34 | **933.74** |
| State Farm | 310.75 | 310.75 | 310.75 | **932.25** |
| Alpine West | 836.00 | | | **836.00** |
| C&S Sales | 836.00 | | | **836.00** |
| First Enroll PAYMENT | 400.98 | | | **400.98** |
| Deluxe Small Bus | 108.97 | | | **108.97** |
| SERVICE CHARGESTATEMENT DELIVERY | 3.00 | 3.00 | 3.00 | **9.00** |
| Grand Total | 33,510.85 | 7,629.00 | 2,617.09 | **43,756.94** |