

Attachment C

150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

RETURN SERVICE REQUESTED

Account
Estate of Tri State Paper Inc Debtor
XXXXXX0008

Estate of Tri State Paper Inc Debtor
Richard E Furtek Bankruptcy Trustee
Case #23-13237
101 Lindenwood Dr Ste 225
Malvern, PA 19355-1762

## Statement of Account

Bankruptcy Trustee

| | Summary | |
|---|---|---|
| Balance 12/02/24 $ 22,500.00 | Credits | +$7,500.00 |
| | Interest | +$.00 |
| Balance 12/31/24 $ 30,000.00 | Debits | - $.00 |

### Credit Transactions

**Deposits**

| | | |
|---|---|---|
| 12/09 | Regular Deposit | 7,500.00 |
| **Total Credits** | | **$7,500.00** |

| | | | |
|---|---|---|---|
| Average Balance This Statement | $28,250.00 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 30 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

### DAILY BALANCE INFORMATION

| | | | | |
|---|---|---|---|---|
| 12/02 | 22,500.00 | 12/09 | 30,000.00 | |



**Pinnacle**

150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Attachment C

RETURN SERVICE REQUESTED

Account
Estate of Tri State Paper Inc Debtor
XXXXXX0008

Estate of Tri State Paper Inc Debtor
Richard E Furtek Bankruptcy Trustee
Case #23-13237
101 Lindenwood Dr Ste 225
Malvern, PA 19355-1762

## Statement of Account

Bankruptcy Trustee

| Balance 11/01/24 | Summary | |
|---|---|---|
| $ 22,500.00 | | |
| | Credits | + $.00 |
| Balance 12/01/24 | Interest | + $.00 |
| $ 22,500.00 | Debits | - $.00 |



| Average Balance This Statement | $22,500.00 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 31 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

### DAILY BALANCE INFORMATION

11/01          22,500.00


Member FDIC
EQUAL HOUSING LENDER

Page 1 of 2
EAC2610



150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

**RETURN SERVICE REQUESTED**

Account
Estate of Tri State Paper Inc Debtor
XXXXXX0008

Estate of Tri State Paper Inc Debtor
Richard E Furtek Bankruptcy Trustee
Case #23-13237
101 Lindenwood Dr Ste 225
Malvern, PA 19355-1762

## Statement of Account

**Bankruptcy Trustee**

| | Summary | |
|---|---|---|
| Balance 10/01/24 | | |
| $ 15,000.00 | | |
| | Credits | +$7,500.00 |
| | Interest | +$.00 |
| Balance 10/31/24 | Debits | - $.00 |
| $ 22,500.00 | | |

### Credit Transactions

**Deposits**

| | | |
|---|---|---|
| 10/22 | Regular Deposit | 7,500.00 |
| **Total Credits** | | **$7,500.00** |

| | | | |
|---|---|---|---|
| Average Balance This Statement | $17,419.35 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 31 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

### DAILY BALANCE INFORMATION

| | | | |
|---|---|---|---|
| 10/01 | 15,000.00 | 10/22 | 22,500.00 |

