# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| **TRI-STATE PAPER, INC.** | ) |
| | ) |
| Debtor. | ) Case No. 23-13237-pmm |

## CERTIFICATE OF NO OBJECTION TO FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF RICHARD E. FURTEK, CPA AS SUBCHAPTER V TRUSTEE

The undersigned certifies pursuant to 28 U.S.C. Sec 1746 as follows:

1. On October 31, 2023, Richard E. Furtek was appointed by the United States Trustee as Subchapter V Trustee in this bankruptcy case.

2. On January 14, 2025 (Document #307), Trustee Furtek applied for compensation of $2,861.50 under § 330 and § 331 of the Bankruptcy Code to be paid from the bankruptcy estate (the Application").

3. To date, the undersigned has not been served with any answer, objection, or other response to the Application, nor, to the best of the undersigned's knowledge, information and belief has the Court been served with any answer, objection, or response to the Application.

4. Pursuant to the foregoing, the undersigned certifies that the Application is uncontested.

WHEREFORE, the undesigned respectfully requests that this Court enter an order approving the Application.

Dated: 2/4/2025                                FURTEK & ASSOCIATES, LLC

By:                                            */s/ Richard E. Furtek*
                                               *Subchapter V Trustee*
                                               Richard E. Furtek, CPA
                                               Lindenwood Corporate Center
                                               101 Lindenwood Drive, Suite 225
                                               Malvern, PA 19355
                                               Telephone: (610) 768-8030
                                               Email: RFurtek@furtekassociates.com