## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **CHAPTER 11** |
| | : | |
| **TRI-STATE PAPER, INC.** | : | |
| | : | |
| Debtor. | : | **Case No. 23-13237-pmm** |

## <u>ORDER</u>

Upon consideration of the First Post Confirmation Application for Compensation and Reimbursement of Expenses of Richard E. Furtek, CPA as Subchapter V Trustee for the Period of October 1, 2024 through December 31, 2024 (the "Application"), it is hereby ORDERED that:

The Application shall be approved and compensation to Richard E. Furtek, CPA shall be allowed and authorized as a Chapter 11 administrative expense claim for services rendered in the amount of $2,861.50 incurred by Richard E. Furtek, CPA in rendering said services as Subchapter V Trustee.

Date:

**February 5, 2025**

_____
PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE