**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| Tri-State Paper, Inc., | Case No. 23-13237 |
| Debtor. | Related to Doc. Nos.: 230, 231 |
| | Hearing Date: |
| | Hearing Time: |

**ORDER GRANTING PENSKE TRUCK LEASING CO., L.P.'S**
**MOTION FOR STATUS CONFERENCE**

AND NOW, this _____ day of _____, 2025, upon consideration of Penske Truck Leasing Co., L.P.'s ("Penske" or "Movant") *Motion for Status Conference* (the "Motion"), together with all documents filed by Movant, and any and all responses thereto, it is hereby:

**ORDERED** that a status conference is scheduled for _____, 2025, at _____ __.m. in Courtroom #3, 900 Market Street, Philadelphia, Pennsylvania 19107, at which time the Debtor shall provide a report to the Court and to its creditors, including, Movant, on the status of any sale of real property, and timing of when distributions shall begin as well as provide an explanation as to what issues, if any, impair the Debtor from complying with the Second Amended Plan.

Dated _____, 2025

_____
THE HONORABLE PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY COURT