**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| Tri-State Paper, Inc., | Case No. 23-13237 |
| Debtor. | |

**CERTIFICATE OF SERVICE OF MOTION FOR STATUS CONFERENCE**

The undersigned hereby certifies that I am not less than 18 years of age, and that on February 7, 2025, I caused a true and correct copy of the Movant's *Motion for Status Conference* (the "Motion for Status Conference") to be served upon the parties set forth on the attached service list by first class mail and electronic mail, and electronically, via this Court's ECF system, on all parties registered to receive electronic notice.

Dated: February 7, 2025                                         */s/ Lawrence J. Kotler*
                                                                                 Lawrence J. Kotler, Esquire

## SERVICE LIST

**Debtor**
Tri-State Paper, Inc.
149 E Church Street
Blackwood, New Jersey 08012-3904

**Counsel to the Debtor**
Allen B. Dubroff
1500 JFK Boulevard, Suite 1020
Philadelphia, Pennsylvania 19102
allen@dubrofflawllc.com

**Subchapter V Trustee**
Richard E. Furtek
Furtek & Associates, LLC
101 Lindenwood Dr., Suite 225
Malvern, Pennsylvania 19355
rfurtek@furtekassociates.com

**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107