United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-13237-pmm
Tri-State Paper, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Feb 05, 2025      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tri-State Paper, Inc., 149 E Church St., Blackwood, NJ 08012-3904 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALLEN B. DUBROFF | on behalf of Debtor Tri-State Paper Inc. allen@dubrofflawllc.com, adminassistant@dubrofflawllc.com,john@dubrofflawllc.com |
| CSU - OUCTS, PA Labor & Industry | ra-li-beto-bankreading@state.pa.us |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DAVID B. PICKER | on behalf of Defendant PC Events LLC dpicker@sgrvlaw.com, klove@sgrvlaw.com |
| DAVID B. PICKER | on behalf of PC Events LLC dpicker@sgrvlaw.com, klove@sgrvlaw.com |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us |
| JOSHUA B. LADOV | on behalf of Creditor Penn Jersey Paper Co. jladov@ladovlaw.com admin@ladovlaw.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 05, 2025 | Form ID: pdf900 | Total Noticed: 1 |

**KRISTEN WETZEL LADD**
    on behalf of Creditor Citizens Bank N.A., successor by merger to Citizens Bank of Pennsylvania kladd@utbf.com, rereifej@utbf.com

**LAWRENCE J. KOTLER**
    on behalf of Creditor Penske Truck Leasing Co. L.P. ljkotler@duanemorris.com

**LEO M. GIBBONS**
    on behalf of Servpro of King of Prussia lgibbons@macelree.com

**MICHAEL A. CIBIK**
    on behalf of Attorney Cibik Law P.C. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

**MICHAEL A. CIBIK**
    on behalf of Plaintiff Tri-State Paper Inc. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

**MICHAEL I. ASSAD**
    on behalf of Plaintiff Tri-State Paper Inc. michael@sadeklaw.com, sadeklaw@recap.email

**PAMELA ELCHERT THURMOND**
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

**Richard E Furtek**
    rfurtek@furtekassociates.com cref11@trustesolutions.net

**Richard E Furtek**
    on behalf of Trustee Richard E Furtek rfurtek@furtekassociates.com cref11@trustesolutions.net

**United States Trustee**
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 18

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 11 |
| | : |
| TRI-STATE PAPER, INC. | : |
| | : |
| Debtor. | Case No. 23-13237-pmm |

## ORDER

Upon consideration of the First Post Confirmation Application for Compensation and Reimbursement of Expenses of Richard E. Furtek, CPA as Subchapter V Trustee for the Period of October 1, 2024 through December 31, 2024 (the "Application"), it is hereby ORDERED that:

The Application shall be approved and compensation to Richard E. Furtek, CPA shall be allowed and authorized as a Chapter 11 administrative expense claim for services rendered in the amount of $2,861.50 incurred by Richard E. Furtek, CPA in rendering said services as Subchapter V Trustee.

Date:
**February 5, 2025**

_____
PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE