# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Tri State Paper, Inc.,** | : | Chapter 11 |
| | : | |
| | : | |
| Debtor. | | Bky. No. 23-13237 (PMM) |

------------------------------------------

# ORDER

AND NOW upon consideration of the Motion for Status Conference (doc. #313, the "Motion")

It is hereby **ordered that**:

1) The Motion is granted;

2) A status hearing will be held on **Wednesday, March 5, 2025 at 9:30 a.m.** in Bankruptcy Courtroom No. 3, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107.

*Patricia M. Mayer* (signature)

**Date:** 2/10/25

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**