**☆ Citizens**®

US259 | BR565
ROP 450
P.O. Box 7000
Providence, RI 02940

**Commercial Account Statement**

Page 1 of 5

Beginning March 01, 2025
through March 31, 2025

**Questions? Contact us today:**

**CALL:**
Commercial Account Customer Service
1-800-862-6200

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
149 E CHURCH ST
BLACKWOOD NJ  08012-3904



**VISIT:**
Access your account online:
citizensbank.com



**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
Clearly Better Business Checking
XXXXXX-370-9

## Clearly Better Business Checking for XXXXXX-370-9

**Balance Calculation**

| | | |
|---|---|---:|
| Previous Balance | | 595.91 |
| Checks | - | 1,500.00 |
| Debits | - | 3.00 |
| Deposits & Credit | + | 1,000.00 |
| **Current Balance** | = | 92.91 |

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee. We appreciate your continued business.

Your next statement period will end on April 30, 2025.

### TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 370-9

**Checks**

| Check # | Amount | Date | Check # | Amount | Date | |
|---|---|---|---|---|---|---|
| | | | | | | **Previous Balance** |
| | | | | | | 595.91 |
| 1130 | 1,500.00 | 03/25 | | | | **Total Checks** |
| | | | | | | -   1,500.00 |

Please See Additional Information on Next Page

## Clearly Better Business Checking for XXXXXX-370-9 Continued

### Debits **
*\*\*May include checks that have been processed electronically by the payee/merchant.*

**Total Debits**
- 3.00

| Date | Amount | Description |
|---|---|---|
| *Other Debits* | | |
| 03/31 | 3.00 | SERVICE CHARGE STATEMENT DELIVERY |

### Deposits & Credits

**Total Deposits & Credits**
+ 1,000.00

| Date | Amount | Description |
|---|---|---|
| 03/24 | 1,000.00 | DEPOSIT |

### Daily Balance

**Current Balance**
= 92.91

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/24 | 1,595.91 | 03/25 | 95.91 | 03/31 | 92.91 |

Member FDIC   Equal Housing Lender

**Citizens**

US002 | BR565
ROP 450
P.O. Box 7000
Providence, RI 02940

**Commercial Account Statement**

Page 1 of 3

Beginning February 01, 2025
through February 28, 2025

**Questions? Contact us today:**



**CALL:**
Commercial Account Customer Service
1-800-862-6200



**VISIT:**
Access your account online:
citizensbank.com



**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
149 E CHURCH ST
BLACKWOOD NJ  08012-3904

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
Clearly Better Business Checking
XXXXXX-370-9

## Clearly Better Business Checking for XXXXXX-370-9

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | | 194.30 |
| Checks | - | .00 |
| Debits | - | 3.00 |
| Deposits & Credit | + | 404.61 |
| **Current Balance** | = | 595.91 |

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee. We appreciate your continued business.

Your next statement period will end on March 31, 2025.

Please See Additional Information on Next Page

Member FDIC  Equal Housing Lender

## Clearly Better Business Checking for XXXXXX-370-9 Continued

### TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 370-9

**Debits \*\***
*\*\*May include checks that have been processed electronically by the payee/merchant.*

| Date | Amount | Description |
|---|---|---|
| *Other Debits* | | |
| 02/28 | 3.00 | SERVICE CHARGE STATEMENT DELIVERY |

**Previous Balance**

194.30

**Total Debits**

−   3.00

**Deposits & Credits**

| Date | Amount | Description |
|---|---|---|
| 02/13 | 404.61 | STATE FARM RO 27 CPC-CLIENT 250213 13 J 1374309751 |

**Total Deposits & Credits**

+   404.61

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/13 | 598.91 | 02/28 | 595.91 | | |

**Current Balance**

=   595.91

**☆ Citizens**®

US259 | BR565
ROP 450
P.O. Box 7000
Providence, RI 02940

**Commercial Account Statement**

Page 1 of 5

Beginning January 01, 2025
through January 31, 2025

**Questions? Contact us today:**

**CALL:**
Commercial Account Customer Service
1-800-862-6200

**VISIT:**
Access your account online:
citizensbank.com

**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
149 E CHURCH ST
BLACKWOOD NJ  08012-3904

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
Clearly Better Business Checking
XXXXXX-370-9

## Clearly Better Business Checking for XXXXXX-370-9

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | | 5,598.79 |
| Checks | - | 4,000.00 |
| Debits | - | 1,404.49 |
| Deposits & Credit | + | .00 |
| **Current Balance** | = | 194.30 |

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee. We appreciate your continued business.

Your next statement period will end on February 28, 2025.

### TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 370-9

| Checks | | | | | | Previous Balance | |
|---|---|---|---|---|---|---|---|
| Check # | Amount | Date | Check # | Amount | Date | | 5,598.79 |
| 1128 | 2,000.00 | 01/02 | 1129 | 2,000.00 | 01/02 | **Total Checks** | |
| | | | | | | - | 4,000.00 |

Please See Additional Information on Next Page

Member FDIC  ⌂ Equal Housing Lender

## Clearly Better Business Checking for XXXXXX-370-9 Continued

**Debits ****
*\*\*May include checks that have been processed electronically by the payee/merchant.*

| Date | Amount | Description |
|---|---|---|
| *Other Debits* | | |
| 01/16 | 750.49 | COMCAST CABLE 250115 0459028 |
| 01/21 | 340.25 | COMCAST 8499051 490979303 250119 2025347 |
| 01/29 | 310.75 | STATE FARM RO 27 CPC-CLIENT 250129 13 J 1374309751 |
| 01/31 | 3.00 | SERVICE CHARGE STATEMENT DELIVERY |

**Total Debits** − **1,404.49**

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/02 | 1,598.79 | 01/21 | 508.05 | 01/31 | 194.30 |
| 01/16 | 848.30 | 01/29 | 197.30 | | |

**Current Balance** = **194.30**

Member FDIC  Equal Housing Lender