**Tri-State Paper Company, Inc.**
**Bank Activity - Disbursements Details**
**January 1 - March 31, 2025**
Source: Debtor in Possession - Citizens Bank Statements

| Payee | Jan-25 | Feb-25 | Mar-25 | Grand Total |
|---|---|---|---|---|
| John Petaccio | 4,000.00 | | | **4,000.00** |
| Allen Dubroff | | | 1,500.00 | **1,500.00** |
| Comcast | 1,090.74 | | | **1,090.74** |
| State Farm | 310.75 | | | **310.75** |
| SERVICE CHARGESTATEMENT DELIVERY | 3.00 | 3.00 | 3.00 | **9.00** |
| Grand Total | 5,404.49 | 3.00 | 1,503.00 | **6,910.49** |