

21 Platform Way S
Suite 2300
Nashville, TN 37203
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

**Account**
Estate of Tri State Paper Inc Debtor
XXXXXX0008

RETURN SERVICE REQUESTED

Estate of Tri State Paper Inc Debtor
Richard E Furtek Bankruptcy Trustee
Case #23-13237
101 Lindenwood Dr Ste 225
Malvern PA 19355

## Statement of Account

Bankruptcy Trustee

| **Balance 3/03/25** | **Summary** | |
|---|---|---|
| **$37,500.00** | | |
| | **Credits** +$0.00 | |
| **Balance 3/31/25** | **Interest** +$0.00 | |
| **$37,500.00** | **Debits** -$0.00 | |

**Daily Balance Information**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/03 | 37,500.00 | | | | |

EQUAL HOUSING LENDER    Member FDIC



21 Platform Way S
Suite 2300
Nashville, TN 37203
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

**Account**
Estate of Tri State Paper Inc Debtor
XXXXXX0008

RETURN SERVICE REQUESTED

Estate of Tri State Paper Inc Debtor
Richard E Furtek Bankruptcy Trustee
Case #23-13237
101 Lindenwood Dr Ste 225
Malvern PA 19355

## Statement of Account

Bankruptcy Trustee

| Balance 2/03/25 | Summary | |
|---|---|---|
| **$37,500.00** | | |
| | Credits +$0.00 | |
| **Balance 3/02/25** | Interest +$0.00 | |
| **$37,500.00** | Debits -$0.00 | |

**Daily Balance Information**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 2/03 | 37,500.00 | | | | |





150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

RETURN SERVICE REQUESTED

**Account**
Estate of Tri State Paper Inc Debtor
XXXXXX0008

Estate of Tri State Paper Inc Debtor
Richard E Furtek Bankruptcy Trustee
Case #23-13237
101 Lindenwood Dr Ste 225
Malvern, PA 19355-1762

## Statement of Account

Bankruptcy Trustee

| Balance 1/01/25 | Summary | |
|---|---|---|
| $ 30,000.00 | | |
| | Credits | +$7,500.00 |
| Balance 2/02/25 | Interest | +$.00 |
| $ 37,500.00 | Debits | - $.00 |

### Credit Transactions

Deposits

| | | |
|---|---|---|
| 1/21 | Regular Deposit | 7,500.00 |
| **Total Credits** | | **$7,500.00** |

| | | | |
|---|---|---|---|
| Average Balance This Statement | $32,954.54 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 33 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

### DAILY BALANCE INFORMATION

| | | | |
|---|---|---|---|
| 1/01 | 30,000.00 | 1/21 | 37,500.00 |

