

US259 | BR565
ROP 450
P.O. Box 7000
Providence, RI 02940

**Commercial Account Statement**

Page 1 of 5

Beginning April 01, 2025
through April 30, 2025

**Questions? Contact us today:**



**CALL:**
Commercial Account Customer Service
1-800-862-6200

**VISIT:**
Access your account online:
citizensbank.com



**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
149 E CHURCH ST
BLACKWOOD NJ  08012-3904

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
Clearly Better Business Checking
XXXXXX-370-9

## Clearly Better Business Checking for XXXXXX-370-9

**Balance Calculation**

| | | |
|---|---|---:|
| Previous Balance | | 92.91 |
| Checks | - | 12,075.00 |
| Debits | - | 603.00 |
| Deposits & Credit | + | 13,000.00 |
| **Current Balance** | = | 414.91 |

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee. We appreciate your continued business.

Your next statement period will end on May 30, 2025.

### TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 370-9

**Checks**

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 1131 | 5,480.00 | 04/09 | 1133 | 5,000.00 | 04/30 |
| 1132 | 1,595.00 | 04/18 | | | |

| | |
|---|---:|
| **Previous Balance** | 92.91 |
| **Total Checks** | |
| - | 12,075.00 |

Please See Additional Information on Next Page

Member FDIC  Equal Housing Lender

## Clearly Better Business Checking for XXXXXX-370-9 Continued

### Debits **
**May include checks that have been processed electronically by the payee/merchant.*

| Date | Amount | Description |
|---|---|---|
| | | **Other Debits** |
| 04/07 | 18.00 | SERVICE CHARGE WIRE TRANSFER FEES |
| 04/14 | 193.65 | COMCAST CABLE 250411 2635262 |
| 04/17 | 70.19 | PECO ENERGY COMP BILLPAY 250416 PECO ENERGY COM |
| 04/23 | 318.16 | COMCAST CABLE 250422 6499333 |
| 04/30 | 3.00 | SERVICE CHARGE STATEMENT DELIVERY |

**Total Debits** − 603.00

### Deposits & Credits

| Date | Amount | Description |
|---|---|---|
| 04/07 | 10,000.00 | INCOMING WIRE TRANSFER (MTS NO.250407010720) |
| 04/30 | 3,000.00 | DEPOSIT |

**Total Deposits & Credits** + 13,000.00

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/07 | 10,074.91 | 04/17 | 4,331.07 | 04/23 | 2,417.91 |
| 04/09 | 4,594.91 | 04/18 | 2,736.07 | 04/30 | 414.91 |
| 04/14 | 4,401.26 | | | | |

**Current Balance** = 414.91

Member FDIC  Equal Housing Lender



US002 | BR565
ROP 450
P.O. Box 7000
Providence, RI 02940

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
149 E CHURCH ST
BLACKWOOD NJ  08012-3904

**Commercial Account Statement**

Page 1 of 3

Beginning May 01, 2025
through May 31, 2025

**Questions? Contact us today:**

**CALL:**
Commercial Account Customer Service
1-800-862-6200

**VISIT:**
Access your account online:
citizensbank.com

**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

TRI-STATE PAPER INC
DIP CHAPTER 11 BANKRUPTCY
CASE #23-13237-PMM
Clearly Better Business Checking
XXXXXX-370-9

## Clearly Better Business Checking for XXXXXX-370-9

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | | 414.91 |
| Checks | - | .00 |
| Debits | - | 913.00 |
| Deposits & Credit | + | 1,250.00 |
| **Current Balance** | = | 751.91 |

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee. We appreciate your continued business.

Your next statement period will end on June 30, 2025.

Please See Additional Information on Next Page

Member FDIC  Equal Housing Lender

## Clearly Better Business Checking for XXXXXX-370-9 Continued

### TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 370-9

**Debits \*\***
*\*\*May include checks that have been processed electronically by the payee/merchant.*

| Date | Amount | Description |
|---|---|---|
| *Other Debits* | | |
| 05/12 | 880.00 | OUTGOING WIRE TRANSFER (MTS NO.250512006594) |
| 05/12 | 30.00 | SERVICE CHARGE WIRE TRANSFER FEES |
| 05/30 | 3.00 | SERVICE CHARGE STATEMENT DELIVERY |

**Previous Balance**  414.91
**Total Debits**  −  913.00

**Deposits & Credits**

| Date | Amount | Description |
|---|---|---|
| 05/08 | 750.00 | MOBILE DEPOSIT |
| 05/29 | 500.00 | DEPOSIT |

**Total Deposits & Credits**  +  1,250.00

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/08 | 1,164.91 | 05/29 | 754.91 | 05/30 | 751.91 |
| 05/12 | 254.91 | | | | |

**Current Balance**  =  751.91

Member FDIC  Equal Housing Lender