**Tri-State Paper Company, Inc.**
**Bank Activity - Disbursements Details**
**April 1 - June 30, 2025**
Source: Debtor in Possession - Citizens Bank Statements

| Payee | Apr-25 | May-25 | Jun-25 (Not Provided) | Grand Total |
|---|---|---|---|---|
| Oliver Fire Protection | 7,075.00 | | | **7,075.00** |
| Allen Dubroff | 5,000.00 | | | **5,000.00** |
| Wire Out - No Name | | 880.00 | | **880.00** |
| Comcast | 511.81 | | | **511.81** |
| Peco Energy | 70.19 | | | **70.19** |
| SERVICE CHARGESTATEMENT DELIVERY | 21.00 | 33.00 | | **54.00** |
| | | | | |
| Grand Total | 12,678.00 | 913.00 | - | **13,591.00** |