

21 Platform Way S  
Suite 2300  
Nashville, TN 37203  
www.pnfp.com

Client Service Center 800-264-3613  
Pinnacle Anytime 866-755-5428

Account  
Estate of Tri State Paper Inc Debtor  
XXXXXX0008

RETURN SERVICE REQUESTED

Estate of Tri State Paper Inc Debtor  
Richard E Furtek Bankruptcy Trustee  
Case #23-13237  
101 Lindenwood Dr Ste 225  
Malvern PA 19355

## Statement of Account

Bankruptcy Trustee

| Balance 6/02/25 | Summary | |
|---|---|---|
| $37,500.00 | | |
| Balance 6/30/25 | Credits | +$0.00 |
| | Interest | +$0.00 |
| $37,500.00 | Debits | -$0.00 |

**Daily Balance Information**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 6/02 | 37,500.00 | | | | |





21 Platform Way S
Suite 2300
Nashville, TN 37203
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Account
Estate of Tri State Paper Inc Debtor
XXXXXX0008

RETURN SERVICE REQUESTED

Estate of Tri State Paper Inc Debtor
Richard E Furtek Bankruptcy Trustee
Case #23-13237
101 Lindenwood Dr Ste 225
Malvern PA 19355

## Statement of Account

Bankruptcy Trustee

**Balance 5/01/25**
$37,500.00

**Balance 6/01/25**
$37,500.00

**Summary**

**Credits** +$0.00
**Interest** +$0.00
**Debits** -$0.00

| Daily Balance Information | | | | | |
|---|---|---|---|---|---|
| Date | Balance | Date | Balance | Date | Balance |
| 5/01 | 37,500.00 | | | | |





21 Platform Way S
Suite 2300
Nashville, TN 37203
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Account
Estate of Tri State Paper Inc Debtor
XXXXXX0008

RETURN SERVICE REQUESTED

Estate of Tri State Paper Inc Debtor
Richard E Furtek Bankruptcy Trustee
Case #23-13237
101 Lindenwood Dr Ste 225
Malvern PA 19355

## Statement of Account

Bankruptcy Trustee



**Balance 4/01/25**
$37,500.00

**Balance 4/30/25**
$37,500.00

Summary

**Credits** +$0.00
**Interest** +$0.00
**Debits** -$0.00

| Daily Balance Information | | | | | |
|---|---|---|---|---|---|
| Date | Balance | Date | Balance | Date | Balance |
| 4/01 | 37,500.00 | | | | |

