# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| **Tri-State Paper, Inc.,** | : | Chapter 11 |
| | : | |
| Debtor. | : | Bky. No. 23-13237 (PMM) |

## ORDER

**AND NOW,** a status hearing having been held on August 20, 2025;

AND for the reasons stated on the record at the hearing;

It is hereby **ordered** that:

1) The status hearing is continued to <u>Thursday, September 25, 2025 at 2:00 p.m.</u> and will be held via Zoom teleconference:

https://www.zoomgov.com/j/1614020880?pwd=bnGTCWWlg1FnZsoQ51v2Cg8vma1Nlk.1
Meeting ID: 161 402 0880
Passcode: 306569

2) **On or before September 20, 2025**, counsel for the Debtor shall docket a certification stating whether or not the sale of the Debtor's real property has closed. <u>See</u> doc. #'s 145, 313; and

3) If the sale of the property is not completed on or before **September 18, 2025**, the case may be converted to chapter 7 without further notice or hearing.

Date: 8/21/25

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE