United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 22, 2025 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tri-State Paper, Inc., 149 E Church St., Blackwood, NJ 08012-3904 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALLEN B. DUBROFF | on behalf of Debtor Tri-State Paper Inc. allen@dubrofflawllc.com, adminassistant@dubrofflawllc.com,john@dubrofflawllc.com |
| CSU - OUCTS, PA Labor & Industry | ra-li-beto-bankreading@state.pa.us |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DAVID B. PICKER | on behalf of Defendant PC Events LLC dpicker@sgrvlaw.com, klove@sgrvlaw.com |
| DAVID B. PICKER | on behalf of PC Events LLC dpicker@sgrvlaw.com, klove@sgrvlaw.com |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us |
| JOSHUA B. LADOV | on behalf of Creditor Penn Jersey Paper Co. jladov@ladovlaw.com admin@ladovlaw.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 22, 2025 | Form ID: pdf900 | Total Noticed: 1 |

KRISTEN WETZEL LADD
    on behalf of Creditor Citizens Bank  N.A., successor by merger to Citizens Bank of Pennsylvania kladd@utbf.com,
    ddays@utbf.com

LAWRENCE J. KOTLER
    on behalf of Creditor Penske Truck Leasing Co.  L.P. ljkotler@duanemorris.com, lawrence-kotler-7511@ecf.pacerpro.com

LEO M. GIBBONS
    on behalf of Servpro of King of Prussia lgibbons@macelree.com

MICHAEL A. CIBIK
    on behalf of Attorney Cibik Law  P.C. help@cibiklaw.com,
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
    on behalf of Plaintiff Tri-State Paper  Inc. help@cibiklaw.com,
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
    on behalf of Plaintiff Tri-State Paper  Inc. michael@sadeklaw.com, sadeklaw@recap.email

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

RACHEL WOLF
    on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

Richard E Furtek
    rfurtek@furtekassociates.com  cref11@trustesolutions.net

Richard E Furtek
    on behalf of Trustee Richard E Furtek rfurtek@furtekassociates.com  cref11@trustesolutions.net

SAMANTHA LIEB
    on behalf of U.S. Trustee United States Trustee samantha.lieb2@usdoj.gov

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 20

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
**Tri-State Paper, Inc.,** : Chapter 11
 :
Debtor. : Bky. No. 23-13237 (PMM)

# ORDER

**AND NOW,** a status hearing having been held on August 20, 2025;

AND for the reasons stated on the record at the hearing;

It is hereby **ordered** that:

1) The status hearing is continued to Thursday, September 25, 2025 at 2:00 p.m. and will be held via Zoom teleconference:
https://www.zoomgov.com/j/1614020880?pwd=bnGTCWWlg1FnZsoQ51v2Cg8vma1Nlk.1
Meeting ID: 161 402 0880
Passcode: 306569

2) **On or before September 20, 2025**, counsel for the Debtor shall docket a certification stating whether or not the sale of the Debtor's real property has closed. See doc. #'s 145, 313; and

3) If the sale of the property is not completed on or before **September 18, 2025**, the case may be converted to chapter 7 without further notice or hearing.

Date: 8/21/25

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**