**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

**TRI-STATE PAPER, INC.**

Debtor.

**Chapter 11**

**Case No. 23-13237-pmm**

**THIRD POST CONFIRMATION FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF RICHARD E. FURTEK, CPA AS SUBCHAPTER V TRUSTEE FOR THE PERIOD JANUARY 1, 2025 THROUGH AUGUST 25, 2025**

In accordance with 11 U.S.C. §§ 330, 331 of the Bankruptcy Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Local Rules"), Richard E. Furtek, CPA ("Trustee Furtek") as Subchapter V Trustee in the above-captioned case of the Debtor (the "Debtor"), hereby applies (the "Application") for **Third Post Confirmation** award of compensation in the amount of $6,077.00 and reimbursement in the amount of $83.00 for the period from 1/1/2025 through 8/25/2025 (the "Application Period"). In support of this Application, Trustee Furtek represents as follows:

**Preliminary Statement and Background**

1. On October 31, 2023, Trustee Furtek was appointed by the United States Trustee as Subchapter V Trustee in this bankruptcy case.

2. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred as Subchapter V Trustee.

3. The services described in this Application are actual, necessary services and the corresponding compensation requested is fair and reasonable.

4. The expenses of Trustee Furtek described in this Application are actual, necessary expenses.

## General Information and Introduction

5. The Application Period is from 1/1/2025 through 8/25/2025.

6. This is Trustee Furtek's **Third Post Confirmation** application filed in this case.

| Application Date | Application Period | Requested Fees | Requested Expenses | Total |
|---|---|---|---|---|
| 8/25/2025 | 1/1/2025 through 8/25/2025 | $6,077.00 | $83.00 | $6,160.00 |

7. A voluntary petition to proceed under Chapter 11 Subchapter V was filed on 10/27/2023.

8. Trustee Furtek was appointed on 10/31/2023.

9. On April 4, 2024, the Debtor's Second Amended Plan of Liquidation under subchapter V of chapter 11 of the Bankruptcy Code (the "Plan") was confirmed pursuant to 11 U.S.C. § 1191(a).

10. Trustee Furtek applies for compensation for the Application Period under § 330 and § 331 of the Bankruptcy Code. Any compensation awarded to Trustee Furtek will be paid from the bankruptcy estate.

### a. Billing Summary

1. Trustee Furtek has previously filed fee applications in this case.

2. In general, the services rendered by Trustee Furtek as Subchapter V Trustee during the Application Period included the following:

    a. Communicating with creditors and attend status hearings;

    b. File quarterly reporting of cash disbursements;

    c. Confer with Debtor's counsel regarding Implementation of the Plan.

### b. Fee Summary

17. Trustee Furtek expended 23.8 hours during the Application Period rendering the above services. Attached as Exhibit A is a chronological list of Trustee Furtek's professional hours detailing services rendered for the Application Period. The total fees that Trustee Furtek incurred for services rendered, as reflected on Exhibit A, was $6,077.00. Non-working travel time is billed at 50% of normal rates.

18. The hours and corresponding fees for which Trustee Furtek is seeking compensation detailed in Exhibit A are summarized as follows:

**Application Period Project Category Summary**

| Project Category | Task Code | Hours | Amount |
|---|---|---|---|
| Administration | B110 | 0.80 | $ 236.00 |
| Fee/Employment Applications | B160 | 1.00 | $ 295.00 |
| Non-Working Travel | B195 | 6.40 | $ 944.00 |
| Claims Administration and Objections | B310 | 5.50 | $1,622.50 |
| Plan Implementation | B320 | 10.10 | $2,979.50 |
| | Total | **23.80** | **$6,077.00** |

**Application Period Expense Categories Summary**

| Expense Category | Amount |
|---|---|
| Court Fees | $0.00 |
| PACER/Online Research | $0.00 |
| Postage | $0.00 |
| Copying | $0.00 |
| Parking | $83.00 |
| **Total** | **$83.00** |

### Certification and Notice

19. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, Trustee Furtek believes the amounts requested for compensation and expenses reimbursement are fair and reasonable given (a) the complexity of this case; (b) the time expended; (c) the nature and

extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

20. Pursuant to the Local Rules, Trustee Furtek is serving a copy of this Application upon the United States Trustee, Debtor, Debtor's counsel, and all parties requesting notice pursuant to F.R.B.P. 2002.

WHEREFORE, Richard E. Furtek, CPA respectfully requests an award of compensation in the amount of $6,077.00 and reimbursement in the amount of $83.00 for the period from 1/1/2025 through 8/25/2025.

Dated: 8/25/2025        FURTEK & ASSOCIATES, LLC

By:     */s/ Richard E. Furtek*
        *Subchapter V Trustee*

Richard E. Furtek, CPA
Lindenwood Corporate Center
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (610) 768-8030
Email: RFurtek@furtekassociates.com