**Richard Furtek, Subchapter V Trustee**                                                                                                    **Exhibit A**

Period:     January 1, 2025     to     August 25, 2025

Client Name:   Tri-State Paper, Inc.
Case #         23-13237-PMM
Professional:  Richard Furtek, CPA

Normal Billing Rate   $295.00
Travel Rate   $147.50

|  | Date | Description | Task Code | Activity | Hours | Fees |
|---|---|---|---|---|---|---|
|  | 1/6/2025 | Draft Email to Debtor's Counsel re: information for quarterly reporting | B320 | A104 | 0.30 | $88.50 |
|  | 1/8/2025 | Draft Email to Penske Counsel re: status of distributions | B310 | A104 | 0.30 | $88.50 |
|  | 1/13/2025 | Prepare monthly UST report for December 2024 | B110 | A103 | 0.20 | $59.00 |
|  | 1/14/2025 | Call with Debtor's Counsel re: reporting | B320 | A107 | 0.20 | $59.00 |
|  | 1/14/2025 | Prepare post confirmation distribution report (Q4 2024) | B320 | A101 | 1.20 | $354.00 |
|  | 1/15/2025 | Draft Email A. Dubroff Debtors Counsel re: information for quarterly reporting | B320 | A104 | 0.20 | $59.00 |
|  | 1/22/2025 | Prepare and file Post Confirmation Distribution Report | B320 | A103 | 1.30 | $383.50 |
|  | 2/4/2025 | File certification of no response to fee application | B160 | A103 | 0.30 | $88.50 |
|  | 2/11/205 | Review claims register | B310 | A104 | 0.30 | $88.50 |
|  | 2/11/2025 | Update claims register to prepare disbursements | B310 | A104 | 0.50 | $147.50 |
| Travel | 3/5/2025 | Travel to hearing (50% of standard rate) | B195 | A104 | 0.80 | $118.00 |
|  | 3/5/2025 | Review claims register | B310 | A104 | 0.50 | $147.50 |
|  | 3/5/2025 | Attend status hearing | B320 | A109 | 0.20 | $59.00 |
|  | 3/5/2025 | Meeting with Penske Counsel re: status of distributions | B310 | A107 | 0.30 | $88.50 |
| Travel | 3/5/2025 | Travel from hearing (50% of standard rate) | B195 | A104 | 0.80 | $118.00 |
|  | 4/16/2025 | Prepare post confirmation distribution report (Q1 2025) | B320 | A101 | 1.00 | $295.00 |
|  | 4/17/2025 | Prepare and file Post Confirmation Distribution Report | B320 | A103 | 0.80 | $236.00 |
|  | 5/16/2025 | Prepare monthly UST report for April 2025 | B110 | A103 | 0.20 | $59.00 |
|  | 5/28/2025 | Call Debtor's Counsel re: update for status hearing | B320 | A107 | 0.20 | $59.00 |
|  | 6/3/2025 | Calls to Debtor's Counsel re: update for status hearing | B320 | A107 | 0.20 | $59.00 |
|  | 6/3/2025 | Update claims register with credit memos/claim orders | B310 | A104 | 2.00 | $590.00 |
|  | 6/3/2025 | Draft Email to Debtor's Counsel re: status hearing | B320 | A104 | 0.30 | $88.50 |
|  | 6/3/2025 | Call from M. Cibik Debtors Counsel re: status hearing | B320 | A107 | 0.40 | $118.00 |
|  | 6/3/2025 | Draft Email to Debtor's Counsel re: status hearing | B320 | A104 | 0.20 | $59.00 |
| Travel | 6/4/2025 | Travel to hearing (50% of standard rate) | B195 | A104 | 0.80 | $118.00 |
|  | 6/4/2025 | Review claims register | B310 | A104 | 0.30 | $88.50 |
|  | 6/4/2025 | Attend status hearing | B320 | A109 | 0.20 | $59.00 |
|  | 6/4/2025 | Meeting with Debtor's Counsel re: plan distributions | B310 | A107 | 0.50 | $147.50 |
| Travel | 6/4/2025 | Travel from hearing (50% of standard rate) | B195 | A104 | 0.80 | $118.00 |
|  | 6/16/2025 | Draft Email to Debtor's Counsel re: status property sale | B320 | A104 | 0.20 | $59.00 |
|  | 6/23/2025 | Call from M. Cibik Debtors Counsel re: status update | B320 | A107 | 0.20 | $59.00 |
|  | 6/26/2025 | Call from Debtor re: ServPro distribution | B320 | A107 | 0.20 | $59.00 |
|  | 6/26/2025 | Draft Email to Debtor's Counsel re: information for quarterly reporting | B320 | A104 | 0.30 | $88.50 |
|  | 7/11/2025 | Call UST attorney re: case status | B110 | A103 | 0.20 | $59.00 |
|  | 7/14/2025 | Prepare post confirmation distribution report (Q2 2025) | B320 | A101 | 0.70 | $206.50 |
|  | 7/15/2025 | Prepare and file Post Confirmation Distribution Report | B320 | A103 | 0.80 | $236.00 |
| Travel | 7/16/2025 | Travel to hearing (50% of standard rate) | B195 | A104 | 0.80 | $118.00 |
|  | 7/16/2025 | Meeting with Debtor's Counsel re: plan distributions | B310 | A107 | 0.30 | $88.50 |
|  | 7/16/2025 | Attend status hearing | B320 | A109 | 0.20 | $59.00 |
| Travel | 7/16/2025 | Travel from hearing (50% of standard rate) | B195 | A104 | 0.80 | $118.00 |
|  | 8/7/2025 | Draft Email to Debtor's Counsel re: status property sale | B320 | A104 | 0.20 | $59.00 |
|  | 8/7/2025 | Draft Email to M. Cibik Debtor's former counsel re: status sale | B320 | A104 | 0.20 | $59.00 |
|  | 8/7/2025 | Prepare UST July monthly report | B110 | A104 | 0.20 | $59.00 |
|  | 8/12/2025 | Call Debtor's Counsel re: update for status hearing | B320 | A107 | 0.20 | $59.00 |
|  | 8/12/2025 | Draft Email to Penske Counsel re: status of distributions | B310 | A104 | 0.20 | $59.00 |
|  | 8/13/2025 | Draft Email to Penske Counsel re: status of distributions | B310 | A104 | 0.10 | $29.50 |
| Travel | 8/20/2025 | Travel to hearing (50% of standard rate) | B195 | A104 | 0.80 | $118.00 |
|  | 8/20/2025 | Meeting with Debtor's Counsel re: plan distributions & sale | B310 | A107 | 0.20 | $59.00 |
|  | 8/20/2025 | Attend status hearing | B320 | A109 | 0.20 | $59.00 |
| Travel | 8/20/2025 | Travel from hearing (50% of standard rate) | B195 | A104 | 0.80 | $118.00 |
|  | 8/25/2025 | Prepare post confirmation fee application | B160 | A103 | 0.70 | $206.50 |
|  |  |  |  |  | 0.00 | $0.00 |
|  |  |  |  |  | 0.00 | $0.00 |
|  |  |  |  |  | 0.00 | $0.00 |
|  |  | **Total** |  |  | **23.80** | **$6,077.00** |