# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| **TRI-STATE PAPER, INC.** | : | |
| | : | |
| **Debtor.** | | **Case No. 23-13237-pmm** |

## ORDER

Upon consideration of the **Third Post Confirmation** Application for Compensation and Reimbursement of Expenses of Richard E. Furtek, CPA as Subchapter V Trustee for the Period of January 1, 2025 through August 25, 2025 (the "Application"), it is hereby ORDERED that:

The Application shall be approved and compensation to Richard E. Furtek, CPA shall be allowed and authorized as a Chapter 11 administrative expense claim for services rendered in the amount of $6,160.00 incurred by Richard E. Furtek, CPA in rendering said services as Subchapter V Trustee.

Date: _____

_____
PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE