IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| TRI-STATE PAPER, INC. | : | |
| | : | |
| | : | Case No. 23-13237-pmm |
| | : | |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

    I, Richard E. Furtek, certify that on **January 14, 2025**, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

Document # 331 – **CERTIFICATE OF NO OBJECTION TO FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF RICHARD E. FURTEK, CPA AS SUBCHAPTER V TRUSTEE**

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 9/9/2025

By: _/s/ Richard E. Furtek_
Subchapter V Trustee
Richard E. Furtek, CPA
Lindenwood Corporate Center
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (610) 768-8030
Email: RFurtek@furtekassociates.com

Mailing List Exhibit:

**23-13237-pmm Notice will be electronically mailed via CM/ECF system to:**

DAVE P. ADAMS on behalf of U.S. Trustee United States Trustee
dave.p.adams@usdoj.gov

MICHAEL I. ASSAD on behalf of Plaintiff Tri-State Paper, Inc.
michael@sadeklaw.com, sadeklaw@recap.email

KEVIN P. CALLAHAN on behalf of U.S. Trustee United States Trustee
kevin.p.callahan@usdoj.gov

MICHAEL A. CIBIK on behalf of Attorney Cibik Law, P.C.
help@cibiklaw.com,
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK on behalf of Plaintiff Tri-State Paper, Inc.
help@cibiklaw.com,
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

CSU - OUCTS, PA Labor & Industry
ra-li-beto-bankreading@state.pa.us

ALLEN B. DUBROFF on behalf of Debtor Tri-State Paper, Inc.
allen@dubrofflawllc.com, adminassistant@dubrofflawllc.com,john@dubrofflawllc.com

Richard E Furtek
rfurtek@furtekassociates.com, cref11@trustesolutions.net

Richard E Furtek on behalf of Trustee Richard E Furtek
rfurtek@furtekassociates.com, cref11@trustesolutions.net

LEO M. GIBBONS on behalf of Servpro of King of Prussia

lgibbons@macelree.com

LAWRENCE J. KOTLER on behalf of Creditor Penske Truck Leasing Co., L.P.
ljkotler@duanemorris.com

KRISTEN WETZEL LADD on behalf of Creditor Citizens Bank, N.A., successor by merger to Citizens Bank of Pennsylvania
kladd@utbf.com, mselby@utbf.com

JOSHUA B. LADOV on behalf of Creditor Penn Jersey Paper Co.
jladov@ladovlaw.com, admin@ladovlaw.com

DAVID B. PICKER on behalf of PC Events, LLC
dpicker@sgrvlaw.com, klove@sgrvlaw.com

DAVID B. PICKER on behalf of Defendant PC Events, LLC
dpicker@sgrvlaw.com, klove@sgrvlaw.com

JOSEPH JASPER SWARTZ on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

PAMELA ELCHERT THURMOND on behalf of Creditor CITY OF PHILADELPHIA
pamela.thurmond@phila.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**23-13237-pmm Notice will sent via E-Mail to:**

ALLEN B. DUBROFF on behalf of Debtor Tri-State Paper, Inc.
allen@dubrofflawllc.com