**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | | |
| **Tri-State Paper, Inc.** | | Chapter 7 |
| | : | |
| **Debtor** | : | Bky. No.   23-13237 (PMM) |

**ORDER CONVERTING CASE**

AND NOW a status hearing having been held and concluded on September 25, 2025;

AND for the reasons stated at the hearing, including the fact that the sale of the Debtor's real property was not completed, see doc. #327, it is hereby **ORDERED** that this case is **converted** to a case under chapter 7 of the Bankruptcy Code.

*Patricia M. Mayer*

**Date:** 9/25/25

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**