United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 25, 2025 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tri-State Paper, Inc., 149 E Church Street, Blackwood, NJ 08012-3904 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 27, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALLEN B. DUBROFF | on behalf of Debtor Tri-State Paper Inc. allen@dubrofflawllc.com, adminassistant@dubrofflawllc.com,john@dubrofflawllc.com |
| CSU - OUCTS, PA Labor & Industry | ra-li-beto-bankreading@state.pa.us |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DAVID B. PICKER | on behalf of Defendant PC Events  LLC dpicker@sgrvlaw.com, klove@sgrvlaw.com |
| DAVID B. PICKER | on behalf of PC Events  LLC dpicker@sgrvlaw.com, klove@sgrvlaw.com |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us |
| JOSHUA B. LADOV | on behalf of Creditor Penn Jersey Paper Co. jladov@ladovlaw.com  admin@ladovlaw.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 25, 2025 | Form ID: pdf900 | Total Noticed: 1 |

KRISTEN WETZEL LADD
    on behalf of Creditor Citizens Bank N.A., successor by merger to Citizens Bank of Pennsylvania kladd@utbf.com, ddays@utbf.com

LAWRENCE J. KOTLER
    on behalf of Creditor Penske Truck Leasing Co. L.P. ljkotler@duanemorris.com, lawrence-kotler-7511@ecf.pacerpro.com

LEO M. GIBBONS
    on behalf of Servpro of King of Prussia lgibbons@macelree.com

MICHAEL A. CIBIK
    on behalf of Attorney Cibik Law P.C. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
    on behalf of Plaintiff Tri-State Paper Inc. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
    on behalf of Plaintiff Tri-State Paper Inc. michael@sadeklaw.com, sadeklaw@recap.email

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

RACHEL WOLF
    on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

Richard E Furtek
    rfurtek@furtekassociates.com cref11@trustesolutions.net

Richard E Furtek
    on behalf of Trustee Richard E Furtek rfurtek@furtekassociates.com cref11@trustesolutions.net

SAMANTHA LIEB
    on behalf of U.S. Trustee United States Trustee samantha.lieb2@usdoj.gov

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 20

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
Tri-State Paper, Inc.                                    Chapter 7
:
Debtor           :           Bky. No.   23-13237 (PMM)

## ORDER CONVERTING CASE

AND NOW a status hearing having been held and concluded on September 25, 2025;

AND for the reasons stated at the hearing, including the fact that the sale of the Debtor's real property was not completed, <u>see</u> doc. #327, it is hereby **ORDERED** that this case is **converted** to a case under chapter 7 of the Bankruptcy Code.

**Date:** 9/25/25

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**