United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-13237-pmm
Tri-State Paper, Inc.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 5
Date Rcvd: Sep 26, 2025      Form ID: 309C      Total Noticed: 159

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tri-State Paper, Inc., 149 E Church Street, Blackwood, NJ 08012-3904 |
| aty | + | KEVIN P. CALLAHAN, DOJ-Ust, Robert N.C. Nix Federal Building, 900 Market Street, Ste. 320 Philadelphia, PA 19107-4202 |
| aty | + | RACHEL WOLF, DOJ-Ust, One Newark Center, Ste 2100, Newark, NJ 07102-5235 |
| aty | + | SAMANTHA LIEB, DOJ-Ust, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 14829215 | | ABC Label & Pkg. Supplies Corp. Inc., 3708 Ironwood Pl, Landover, MD 20785-2333 |
| 14829216 | | Agio Group Inc., 26587 Corporate Ave, Hayward, CA 94545-3920 |
| 14829219 | | Amerisan, 1 Chelsea Pkwy Ste 101-102, Boothwyn, PA 19061-1307 |
| 14829220 | + | Anchor Packaging LLC, 13515 Barrett Parkway Dr, Ballwin, MO 63021-5870 |
| 14829221 | | Anthony Vona, 53 Essex Ct, Norristown, PA 19403-1067 |
| 14829222 | + | Arrow Fastener Co., LLC, 271 Mayhill St, Saddle Brook, NJ 07663-5395 |
| 14829555 | | Berk International, LLC, 400 E 2nd St, Boyertown, PA 19512-1603 |
| 14829223 | | Britevision VBG LLC, 100 Simplex Dr, Westminster, MA 01473-1482 |
| 14829224 | | Brown Paper Goods Co., 3530 Birchwood Dr, Waukegan, IL 60085-8334 |
| 14829225 | | Bunzl Distribution USA, LLC, 1 Cityplace Dr Ste 200, Saint Louis, MO 63141-7067 |
| 14830028 | | CGPC Solutions, 430 Fairmount Ave, Philadelphia, PA 19123-2868 |
| 14829226 | | Camden Bag & Paper Co., 200 Connecticut Dr, Burlngtn Twp, NJ 08016-4106 |
| 14829228 | | Cartec Inc., 106 Powder Mill Rd, Collinsville, CT 06019-3547 |
| 14829229 | | Cassidy Insurance Associates, Inc., 407 E Lincoln Hwy, Exton, PA 19341-2732 |
| 14829230 | | Cee D., Inc., 704 Ramsey Ave, Hillside, NJ 07205-1034 |
| 14829231 | + | Cellucap Manufacturing, 4626 N 15th St, Philadelphia, PA 19140-1197 |
| 14829233 | | CleanCo Ventures Inc., 1207 Delaware Ave # 1335, Wilmington, DE 19806-4743 |
| 14829234 | | Commercial Micro-Systems, Inc., 3525 Old Conejo Rd Ste 110, Newbury Park, CA 91320-2198 |
| 14829235 | | CrystalWare LLC, 600 James St, Lakewood, NJ 08701-4023 |
| 14829281 | ++ | DEPARTMENT OF LABOR & INDUSTRY, ATTN OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG PA 17121-0751 address filed with court:, PA Department of Labor & Industry, Attn: Office of Chief Counsel, 651 Boas St Fl 10, Harrisburg, PA 17121-0751 |
| 14829239 | | DOT Compliance Group LLC, 3180 Park Center Dr, Tyler, TX 75701-8482 |
| 14829236 | + | Dart Container Corporation, 500 Hogsback Rd, Mason, MI 48854-9547 |
| 14829237 | + | Delaware River Port Authority, Attn: General Counsel, 2 Riverside Dr, Camden, NJ 08103-1019 |
| 14829238 | | Derek Nottingham, 42 Dale Ct, Newark, DE 19702-4003 |
| 14829240 | | Dubin Paper Co., 1910 S Columbus Blvd, Philadelphia, PA 19148-2820 |
| 14829556 | | Dynamite Pest Control, 279 S 52nd St, Philadelphia, PA 19139-4108 |
| 14829241 | | Ecopax, 3600 Glover Rd, Easton, PA 18040-9203 |
| 14840508 | + | Ecopax LLC, 3600 Glover Road, Easton PA 18040, Easton 18040-9203 |
| 14829242 | | Edwards Councilor Company Inc., 1427 Baker Rd, Virginia Bch, VA 23455-3321 |
| 14829243 | | Elevator Constuction & Repair Co. Inc., 2040 Bennett Rd, Philadelphia, PA 19116-3020 |
| 14829244 | | Elkay Plastics Co., Inc., 6000 Sheila St, Commerce, CA 90040-2405 |
| 14829245 | | FancyHeat Corporation, 40 Veronica Ave, Somerset, NJ 08873-3417 |
| 14829246 | | Ferraro Foods?, 287 S Randolphville Rd, Piscataway, NJ 08854-3806 |
| 14830594 | + | FineLine Settings Inc., Innovative Designs, 135 Crotty Road, Suite 1, Middletown NY 10941-4071 |
| 14829247 | | Fineline Settings, 135 Crotty Rd Ste 1, Middletown, NY 10941-4071 |
| 14829248 | | Francis Petaccio, c/o Richard J. Giuliani, Esq., 1717 Arch St Ste 320, Philadelphia, PA 19103-2745 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 5 |
| Date Rcvd: Sep 26, 2025 | Form ID: 309C | Total Noticed: 159 |

| | | |
|---|---|---|
| 14829249 | | Freeport Paper Industries, Inc., 120 Windsor Pl, Central Islip, NY 11722-3331 |
| 14829250 | | General Plastics, Inc., 2609 W Mill Rd, Milwaukee, WI 53209-3211 |
| 14829251 | + | Handy Wacks Corporation, 100 E Averill St, Sparta, MI 49345-1525 |
| 14844450 | + | Harry M. Byrne, Esquire, 30 South 17th Street, PHILADELPHIA, PA 19103-4001 |
| 14826497 | + | Imperial Bag & paper Co LLC, 255 Route 1 & 9, Jersey City, NJ 07306-6727, , |
| 14829253 | | Indigo Inc., 600 Prospect Ave, Piscataway, NJ 08854-1414 |
| 14829254 | | Inno-Pak, 100 Founders Ct, Delaware, OH 43015-4460 |
| 14829557 | | Innovative Designs Inc., 7490 30th Ave N, St Petersburg, FL 33710-2304 |
| 14829255 | | Inopak LTD, 500 W Main St Ste 11, Wyckoff, NJ 07481-1406 |
| 14829258 | | Janico Inc., 88 Industrial Ct, Freehold, NJ 07728-8908 |
| 14829259 | + | John F. Raimondi, Esq., 1500 Walnut St Fl West, Philadelphia, PA 19102-3521 |
| 14829260 | | John Petaccio, 149 E Church St, Blackwood, NJ 08012-3904 |
| 14829261 | | Joseph M. Grey, 1834 Tomlinson Rd, Philadelphia, PA 19116-3850 |
| 14829267 | | KIK Consumer Products, 6250 N River Rd Ste 6000, Rosemont, IL 60018-4217 |
| 14829262 | | Kari-Out Co., 520 White Plains Rd Fl 6, Tarrytown, NY 10591-5114 |
| 14829263 | | Kast Distributors Inc., 424 Harding Hwy, Penns Grove, NJ 08069-2254 |
| 14829264 | | Keith Pyles, 14 Oakley Ct, Newark, DE 19702-2957 |
| 14829265 | | Kerekes Bakery & Rest. Equip. Inc.?, 6103 15th Ave, Brooklyn, NY 11219-5402 |
| 14829266 | | Khalil Shiver, 921 Aston Martin Dr, Lindenwold, NJ 08021-2952 |
| 14829268 | | Laminated Industries Inc., 2000 Brunswick Ave, Linden, NJ 07036-2400 |
| 14829269 | | Mary Malcolm, 2217 E Cumberland St Apt 6, Philadelphia, PA 19125-2251 |
| 14829270 | | MaryJane Rittenhouse, 1215 Browning Ct, Lansdale, PA 19446-5385 |
| 14829271 | | Master Supply Line, LLC, 49 S Poplar St, Macungie, PA 18062-1335 |
| 14829273 | | Metro Paper Industries Inc., 695 W End Ave, Carthage, NY 13619-1040 |
| 14829274 | | Midvale Paper Box?Company, Inc., 19 Bailey St, Wilkes Barre, PA 18705-1907 |
| 14829275 | | Monarch Brands, 11350 Norcom Rd, Philadelphia, PA 19154-2304 |
| 14829276 | | National Checking Company, 899 Montreal Way, Saint Paul, MN 55102-4245 |
| 14829278 | | Nittany Paper Mills, LLC, 6395 State Route 103 N Bldg 5a, Lewistown, PA 17044-7899 |
| 14829279 | + | NorPak LLC, 70 Blanchard St, Newark, NJ 07105-6820 |
| 14829293 | ++ | POLY PLASTICS PRODUCTS OF PENNSYLVANIA INC, PO BOX 220, DELANO PA 18220-0220 address filed with court:, Poly Plastic Products, 21 Schultz Dr, Delano, PA 18220 |
| 14853722 | + | Penn Jersey Paper Co., Joshua B. Ladov, Esquire, Ladov Law Firm, P.C., 1101 Market Street, Suite 2820, Philadelphia, PA 19107-2936 |
| 14829284 | | Penn Jersey Paper Co., 9355 Blue Grass Rd, Philadelphia, PA 19114-2311 |
| 14829285 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14829290 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14845468 | + | Placon Corporation, 6096 McKee Road, Madison WI 53719-5103 |
| 14829292 | | Placon Corporation, 6096 Mckee Rd, Fitchburg, WI 53719-5103 |
| 14835432 | + | Poly Plastics, Po Box 808, Lyndhurst, NJ 07071-0808 |
| 14834091 | | Poly Plastics Products of Pennsylvania, Inc., P.O. Box 808, Lyndhurst NJ 07071-0808 |
| 14829294 | + | PowWeb, 5335 Gate Pkwy, Jacksonville, FL 32256-3071 |
| 14829295 | | Primepak, 120 N State Rt 17 Ste 205, Paramus, NJ 07652-2837 |
| 14829297 | | Pro-Stat, Inc., 285 Pierce St, Somerset, NJ 08873-1261 |
| 14829296 | | ProAmpac, 12025 Tricon Rd, Cincinnati, OH 45246-1719 |
| 14829298 | + | Quality Carton and Converting, LLC, 175 Ward Hill Ave, Bradford, MA 01835-6943 |
| 14829300 | | RJ Schinner Co., Inc., N89W14700 Patrita Dr, Menomonee Fls, WI 53051-2365 |
| 14878372 | + | RTUI-Sand+Products, 1828 William Penn Way, Suite 102, Lancaster PA 17601-3168 |
| 14831820 | + | RTUI-Sandt & Products, Attn: J. Kitsock, 1828 William Penn Way Ste 102, Lancaster, PA 17601-3168 |
| 14829299 | | Ridgway Industries, Inc., 60 Walnut St # 4, Marcus Hook, PA 19061 |
| 14844426 | + | Robert M. Reibstein, 1001 city ave, Unit WB 1011, Wynnewood, PA 19096-3942 |
| 14844424 | + | Robert M. Reibstein, Esq., 1001 City Avenue, WB 1011, Wynnewood, PA 19096-3942 |
| 14849894 | + | Robert M. Reibstein,Esq., 1001 City Ave., Unit WB 1011, Wynnewood PA 19096-3942 |
| 14866883 | | SERVPRO of King of Prussia, 5127 Lancaster Ave, Philadelphia, PA 19131 |
| 14829301 | | Sam's West, Inc., 2101 SE Simple Savings Dr, Bentonville, AR 72712-4304 |
| 14829303 | + | Sandt Products, 1828 William Penn Way Ste 102, Lancaster, PA 17601-3168 |
| 14829304 | | Sanfacon Virgina Inc., 18097 US Highway 501, PO Box 600, Brookneal, VA 24528-0600 |
| 14829305 | | Screen Gems, Inc., 2927 W Thompson St, Philadelphia, PA 19121-4547 |
| 14829306 | | Shamrock Industries Sales, 774 Haunted Ln, Bensalem, PA 19020 |
| 14829307 | | Sheppard Enterprises, Inc., 571 Hollow Rd, Phoenixville, PA 19460-1136 |
| 14829308 | | Sherweb, 2915 Ogletown Rd # 1073, Newark, DE 19713-1927 |
| 14829309 | | Shore Manufacturing, 2145 Dennis St Bldg 2, Jacksonville, FL 32204-1805 |
| 14830029 | | Sigma Plastics Group, 2919 Center Port Cir, Pompano Beach, FL 33064-2105 |
| 14829310 | | Smart USA Inc., 1440 5th Ave, Bay Shore, NY 11706-4147 |
| 14829311 | | Source Direct Inc., 2200 Garry Rd Ste 3, Cinnaminson, NJ 08077-2595 |

Case 23-13237-pmm  Doc 339  Filed 09/28/25  Entered 09/29/25 00:36:32  Desc
Imaged Certificate of Notice  Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 26, 2025 | Form ID: 309C | Total Noticed: 159 |

| | | |
|---|---|---|
| 14829312 | | South Jersey Transportation Authority, PO Box 351, Hammonton, NJ 08037-0351 |
| 14829313 | | Southern Champion Tray L.P., 220 Compress St, Chattanooga, TN 37405-3724 |
| 14829314 | + | Staples Inc., 500 Staples Dr, Framingham, MA 01702-4474 |
| 14829317 | | State of Delaware, Department of Transportation, 900 Public Safety Blvd, Dover, DE 19901-4503 |
| 14829318 | | State of New Jersey, Division of Taxation, 50 Barrack St, Trenton, NJ 08608-2006 |
| 14829321 | | The Ocala Group, 1981 Marcus Ave, New Hyde Park, NY 11042-2060 |
| 14847199 | | The State of New Jersey Division of Taxation, Bankruptcy Unit, PO BOX 245, Trenton, NJ 08695-0245 |
| 14829327 | | Uni-Kem Chemicals Inc., 802 William Leigh Dr Ste 19, Tullytown, PA 19007-6306 |
| 14829328 | | United Packaging Supply, 2151 Green Ln., Levittown PA 19057-4145 |
| 14829330 | + | Wellcare International Inc., 1578 Sussex Tpke, Randolph, NJ 07869-0001 |
| 14829331 | | Western Plastics, 41573 Dendy Pkwy, Temecula, CA 92590-3757 |
| 14829332 | + | Westrock, 3950 Shackleford Rd, Duluth, GA 30096-1855 |
| 14832306 | + | Westrock CP, LLC, 3950 Shackleford Rd, Duluth, GA 30096-1858 |
| 14829333 | + | X-L Plastics Inc., 220 Clifton Blvd, Clifton, NJ 07011-3695 |
| 14829334 | | Yespac, Inc., 260 Centennial Ave, Piscataway, NJ 08854-2947 |
| 14829335 | | Young Adjustment Company, Inc., 900 Lenmar Dr, Blue Bell, PA 19422-2049 |
| 14829336 | | Zep Inc., 600 Galleria Pkwy SE Ste 1500, Atlanta, GA 30339-5910 |

TOTAL: 119

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: allen@dubrofflawllc.com | Sep 27 2025 00:48:00 | ALLEN B. DUBROFF, 1500 JFK Blvd, SUITE 1020, PHILADELPHIA, PA 19102 |
| aty | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Sep 27 2025 00:48:00 | DAVE P. ADAMS, DOJ-Ust, Robert N.C. Nix, Sr. Federal Building, 900 Market Street, Philadelphia, PA 19107-9202 |
| tr | + EDI: BRWSEITZER | Sep 27 2025 04:32:00 | ROBERT W. SEITZER, 1900 Spruce Street, Philadelphia, PA 19103-6605 |
| smg | Email/Text: megan.harper@phila.gov | Sep 27 2025 00:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Sep 27 2025 00:48:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14834218 | + Email/Text: ndiv.bkrpt.notice@airgas.com | Sep 27 2025 00:48:00 | Airgas USA LLC, 6055 Rockside Woods Blvd, Independence, OH 44131-2301 |
| 14829217 | Email/Text: ndiv.bkrpt.notice@airgas.com | Sep 27 2025 00:48:00 | Airgas USA, LLC, 6055 Rockside Woods Blvd N, Independence, OH 44131-2301 |
| 14829218 | Email/Text: bankruptcynotices@amazon.com | Sep 27 2025 00:49:00 | Amazon.com, Inc., 440 Terry Ave N, Seattle, WA 98109-5210 |
| 14827854 | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 27 2025 00:48:00 | Citizens Bank, N.A., 1 Citizens Bank Way, Johnston, RI 02919 |
| 14833482 | Email/Text: megan.harper@phila.gov | Sep 27 2025 00:48:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14830826 | Email/Text: megan.harper@phila.gov | Sep 27 2025 00:48:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14831846 | EDI: CAPITALONE.COM | Sep 27 2025 04:32:00 | Capital One Financial Corp., Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 14836257 | + EDI: AIS.COM | Sep 27 2025 04:38:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14841980 | + EDI: VERIZONCOMB.COM | | |

District/off: 0313-2 — User: admin — Page 4 of 5
Date Rcvd: Sep 26, 2025 — Form ID: 309C — Total Noticed: 159

| Recipient ID | Flag | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 27 2025 04:32:00 | Cellco Partnership d/b/a Verizon Wireless, William M Vermette, 22001 Loudoun County PKWY, Ashburn, VA 20147-6122 |
| 14829232 | | Email/Text: bankruptcy@philapark.org | Sep 27 2025 00:49:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14828477 | | Email/Text: insolvency@allianz-trade.com | Sep 27 2025 00:48:00 | Euler Hermes N. A. Insurance Co. as Agent for, 800 Red Brook Blvd, #400C, Owings Mills, MD, 21117-5173 |
| 14837086 | + | Email/Text: insolvency@allianz-trade.com | Sep 27 2025 00:48:00 | Euler Hermes N. A. Insurance Co. as Agent for BERK, 800 Red Brook Blvd, #400C, Owings Mills, MD 21117-5173 |
| 14828468 | + | Email/Text: insolvency@allianz-trade.com | Sep 27 2025 00:48:00 | Euler Hermes N. A. Insurance Co. as Agent for PAPE, 800 Red Brook Blvd, #400C, Owings Mills, MD 21117, MD 21117-5173 |
| 14837180 | + | Email/Text: insolvency@allianz-trade.com | Sep 27 2025 00:48:00 | Euler Hermes N. A. Insurance Co. as Agent for THE, 800 Red Brook Blvd, #400C, Owings Mills, MD 21117, MD 21117-5173 |
| 14829257 | | Email/Text: ipfscollectionsreferrals@ipfs.com | Sep 27 2025 00:49:00 | IPFS Corporation, 3522 Thomasville Rd Ste 400, Tallahassee, FL 32309-3488 |
| 14829256 | | EDI: IRS.COM | Sep 27 2025 04:32:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14839433 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 27 2025 00:48:00 | Lynn R. Zack, PECO Energy Company, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 14829277 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 27 2025 00:48:00 | New Jersey Turnpike Authority, PO Box 5042, Woodbridge, NJ 07095-5042 |
| 14829280 | | Email/Text: BSCHLACK@OLIVERFPS.COM | Sep 27 2025 00:48:00 | Oliver Fire Protection & Security, 501 Feheley Dr, Kng of Prussa, PA 19406-2611 |
| 14829283 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 27 2025 00:48:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14829288 | | Email/Text: diane.hetrick@penske.com | Sep 27 2025 00:48:00 | Penske Truck Leasing Co., L.P., 2675 Morgantown Rd, Reading, PA 19607-9676 |
| 14829282 | | Email/Text: vincecarrera@packagingcorp.com | Sep 27 2025 00:49:00 | Packaging Corporation of America, 1 N Field Ct, Lake Forest, IL 60045-4810 |
| 14828868 | + | EDI: PENNDEPTREV | Sep 27 2025 04:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14829286 | ^ | MEBN | Sep 27 2025 00:33:40 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14829287 | ^ | MEBN | Sep 27 2025 00:33:37 | Pennsylvania Turnpike Commission, 300 E Park Dr, Harrisburg, PA 17111-2729 |
| 14829289 | ^ | MEBN | Sep 27 2025 00:33:24 | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia, PA 19122-2898 |
| 14829291 | | Email/Text: bankruptcy@philapark.org | Sep 27 2025 00:49:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14829316 | | Email/Text: REV_Bankruptcy_General@state.de.us | Sep 27 2025 00:48:00 | State of Delaware, Office of the Attorney General, 820 N French St, Wilmington, DE 19801-3509 |
| 14829315 | | Email/Text: REV_Bankruptcy_General@state.de.us | Sep 27 2025 00:48:00 | State of Delaware, Division of Revenue, 820 N French St Ste 8, Wilmington, DE 19801-3509 |
| 14829319 | ^ | MEBN | Sep 27 2025 00:33:11 | State of New Jersey, Office of the Attorney General, PO Box 080, Trenton, NJ 08625-0080 |
| 14829320 | ^ | MEBN | Sep 27 2025 00:33:42 | Sysco Corporation, 1390 Enclave Pkwy, Houston, |

Case 23-13237-pmm   Doc 339   Filed 09/28/25   Entered 09/29/25 00:36:32   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0313-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Sep 26, 2025 | Form ID: 309C | Total Noticed: 159 |

| | | | | |
|---|---|---|---|---|
| 14829322 | Email/Text: legal@clarkinc.biz | Sep 27 2025 00:48:00 | TX 77077-2099 The Restaurant Store, LLC, 2209 Old Philadelphia Pike, Lancaster, PA 17602-3416 | |
| 14829324 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 27 2025 00:48:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 | |
| 14829325 | ^ MEBN | Sep 27 2025 00:33:20 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 | |
| 14829326 | Email/Text: bankruptcynotices@sba.gov | Sep 27 2025 00:48:00 | U.S. Small Business Admin., Office of General Counsel, 409 3rd St SW, Washington, DC 20416-0011 | |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14843926 | *+ | FancyHeat Corporation, 40 Veronica Avenue, Somerset, NJ 08873-3417 |
| 14841175 | *+ | Hotpack Global Inc., 5100 E. La Palma Ave., Suite 118, Anaheim CA 92807-2081 |
| 14843017 | *+ | Smart USA Inc., 1440 5th Ave., Bay Shore NY 11706-4147 |
| 14843051 | *+ | Source Direct Inc, 2200 Garry Road, Suite 3, Cinnaminson, NJ 08077-2595 |
| 14829227 | ## | Carbonite, 2 Avenue De Lafayette, Boston, MA 02111-1750 |
| 14829554 | ## | HotPack Global, 5100 E La Palma Ave Ste 118, Anaheim, CA 92807-2081 |
| 14829252 | ## | Iconex LLC, 3237 Satellite Blvd Ste 550, Duluth, GA 30096-2305 |
| 14844194 | ##+ | Iconex, LLC, 3237 Satellite Blvd, Bld 300, Suite 550, Duluth, GA 30096-2305 |
| 14829272 | ## | Mat-Pac, Inc., 404 Candlewood Cmns, Howell, NJ 07731-2171 |
| 14829302 | ## | Samseng Tissue Co., 122 Kissel Rd Ste 300, Burlington, NJ 08016-4225 |
| 14829323 | ## | Thomas Phelan, 641 Mohawk Ave, Norwood, PA 19074-1229 |
| 14829329 | ## | Universal Distribution LLC, 96 Distribution Blvd, Edison, NJ 08817-6006 |

TOTAL: 0 Undeliverable, 5 Duplicate, 8 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 28, 2025           Signature:        /s/Gustava Winters

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | Tri–State Paper, Inc. <br> Name | EIN: | 51–0476408 |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed in chapter: | 11   10/27/23 |
| Case number: | 23–13237–pmm | Date case converted to chapter: | 7   9/25/25 |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Tri–State Paper, Inc. | |
| 2. **All other names used in the last 8 years** | dba Tri–State Paper Company | |
| 3. **Address** | 149 E Church Street <br> Blackwood, NJ 08012–3904 | |
| 4. **Debtor's attorney** <br> Name and address | ALLEN B. DUBROFF <br> 1500 JFK Blvd <br> SUITE 1020 <br> PHILADELPHIA, PA 19102 | Contact phone 215–568–2700 <br> Email: allen@dubrofflawllc.com |
| 5. **Bankruptcy trustee** <br> Name and address | ROBERT W. SEITZER <br> 1900 Spruce Street <br> Philadelphia, PA 19103 | Contact phone 215–510–7508 <br> Email: rseitzer@karalislaw.com |
| 6. **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 | Hours open: <br> Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M. <br><br> Contact phone (215)408–2800 <br><br> Date: 9/26/25 |
| 7. **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | November 3, 2025 at 11:30 AM <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (445) 205–3833, Enter Meeting ID 491 091 4076, and Passcode 6690263125** <br><br> For additional meeting info. go to https://www.justice.gov/ust/moc |
| 8. **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1