United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Oct 06, 2025 | Form ID: 139 | Total Noticed: 163 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tri-State Paper, Inc., 149 E Church Street, Blackwood, NJ 08012-3904 |
| aty | + | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| cr | + | Citizens Bank, N.A., successor by merger to Citize, 1 Citizens Bank Way, Johnston, RI 02919-1922 |
| NONE | + | PC Events, LLC, 675 Lancaster Avenue, Berwyn, PA 19312-1686 |
| r | + | US Realty Associates, Inc., 120 E. Lancaster Avenue, Ardmore, PA 19003-3209 |
| intp | + | Young Adjustment Company, Inc., c/o David Horowitz, 900 Lenmar Drive, Blue Bell, PA 19422-2049 |
| 14829215 | | ABC Label & Pkg. Supplies Corp. Inc., 3708 Ironwood Pl, Landover, MD 20785-2333 |
| 14829216 | | Agio Group Inc., 26587 Corporate Ave, Hayward, CA 94545-3920 |
| 14936396 | + | Allen B. Dubroff, Esq.& Assoc. LLC, Allen B. Dubroff, Esq., 1500 JFK Blvd., Suite 910, Philadelphia PA 19102-1742 |
| 14829219 | | Amerisan, 1 Chelsea Pkwy Ste 101-102, Boothwyn, PA 19061-1307 |
| 14829220 | + | Anchor Packaging LLC, 13515 Barrett Parkway Dr, Ballwin, MO 63021-5870 |
| 14829221 | | Anthony Vona, 53 Essex Ct, Norristown, PA 19403-1067 |
| 14829222 | + | Arrow Fastener Co., LLC, 271 Mayhill St, Saddle Brook, NJ 07663-5395 |
| 14829555 | | Berk International, LLC, 400 E 2nd St, Boyertown, PA 19512-1603 |
| 14829223 | | Britevision VBG LLC, 100 Simplex Dr, Westminster, MA 01473-1482 |
| 14829224 | | Brown Paper Goods Co., 3530 Birchwood Dr, Waukegan, IL 60085-8334 |
| 14829225 | | Bunzl Distribution USA, LLC, 1 Cityplace Dr Ste 200, Saint Louis, MO 63141-7067 |
| 14830028 | | CGPC Solutions, 430 Fairmount Ave, Philadelphia, PA 19123-2868 |
| 14829226 | | Camden Bag & Paper Co., 200 Connecticut Dr, Burlngtn Twp, NJ 08016-4106 |
| 14829228 | | Cartec Inc., 106 Powder Mill Rd, Collinsville, CT 06019-3547 |
| 14829229 | | Cassidy Insurance Associates, Inc., 407 E Lincoln Hwy, Exton, PA 19341-2732 |
| 14829230 | | Cee D., Inc., 704 Ramsey Ave, Hillside, NJ 07205-1034 |
| 14829231 | + | Cellucap Manufacturing, 4626 N 15th St, Philadelphia, PA 19140-1197 |
| 14827441 | | Citizens Bank, N.A., c/o Kristen Wetzel Ladd, Esq., Unruh, Turner, Burke & Frees, P.O. Box 515, West Chester PA 19381-0515 |
| 14829233 | | CleanCo Ventures Inc., 1207 Delaware Ave # 1335, Wilmington, DE 19806-4743 |
| 14829234 | | Commercial Micro-Systems, Inc., 3525 Old Conejo Rd Ste 110, Newbury Park, CA 91320-2198 |
| 14829235 | | CrystalWare LLC, 600 James St, Lakewood, NJ 08701-4023 |
| 14829281 | ++ | DEPARTMENT OF LABOR & INDUSTRY, ATTN OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG PA 17121-0751 address filed with court:, PA Department of Labor & Industry, Attn: Office of Chief Counsel, 651 Boas St Fl 10, Harrisburg, PA 17121-0751 |
| 14829239 | | DOT Compliance Group LLC, 3180 Park Center Dr, Tyler, TX 75701-8482 |
| 14829236 | + | Dart Container Corporation, 500 Hogsback Rd, Mason, MI 48854-9547 |
| 14829237 | + | Delaware River Port Authority, Attn: General Counsel, 2 Riverside Dr, Camden, NJ 08103-1019 |
| 14829238 | | Derek Nottingham, 42 Dale Ct, Newark, DE 19702-4003 |
| 14829240 | | Dubin Paper Co., 1910 S Columbus Blvd, Philadelphia, PA 19148-2820 |
| 14829556 | | Dynamite Pest Control, 279 S 52nd St, Philadelphia, PA 19139-4108 |
| 14829241 | | Ecopax, 3600 Glover Rd, Easton, PA 18040-9203 |
| 14840508 | + | Ecopax LLC, 3600 Glover Road, Easton PA 18040, Easton 18040-9203 |
| 14829242 | | Edwards Councilor Company Inc., 1427 Baker Rd, Virginia Bch, VA 23455-3321 |
| 14829243 | | Elevator Constuction & Repair Co. Inc., 2040 Bennett Rd, Philadelphia, PA 19116-3020 |

| | | |
|---|---|---|
| 14829244 | | Elkay Plastics Co., Inc., 6000 Sheila St, Commerce, CA 90040-2405 |
| 14829245 | | FancyHeat Corporation, 40 Veronica Ave, Somerset, NJ 08873-3417 |
| 14829246 | | Ferraro Foods?, 287 S Randolphville Rd, Piscataway, NJ 08854-3806 |
| 14830594 | + | FineLine Settings Inc., Innovative Designs, 135 Crotty Road, Suite 1, Middletown NY 10941-4071 |
| 14829247 | | Fineline Settings, 135 Crotty Rd Ste 1, Middletown, NY 10941-4071 |
| 14829248 | | Francis Petaccio, c/o Richard J. Giuliani, Esq., 1717 Arch St Ste 320, Philadelphia, PA 19103-2745 |
| 14829249 | | Freeport Paper Industries, Inc., 120 Windsor Pl, Central Islip, NY 11722-3331 |
| 14829250 | | General Plastics, Inc., 2609 W Mill Rd, Milwaukee, WI 53209-3211 |
| 14829251 | + | Handy Wacks Corporation, 100 E Averill St, Sparta, MI 49345-1525 |
| 14844450 | + | Harry M. Byrne, Esquire, 30 South 17th Street, PHILADELPHIA, PA 19103-4001 |
| 14826497 | + | Imperial Bag & paper Co LLC, 255 Route 1 & 9, Jersey City, NJ 07306-6727, , |
| 14829253 | | Indigo Inc., 600 Prospect Ave, Piscataway, NJ 08854-1414 |
| 14829254 | | Inno-Pak, 100 Founders Ct, Delaware, OH 43015-4460 |
| 14829557 | | Innovative Designs Inc., 7490 30th Ave N, St Petersburg, FL 33710-2304 |
| 14829255 | | Inopak LTD, 500 W Main St Ste 11, Wyckoff, NJ 07481-1406 |
| 14829258 | | Janico Inc., 88 Industrial Ct, Freehold, NJ 07728-8908 |
| 14829259 | + | John F. Raimondi, Esq., 1500 Walnut St Fl West, Philadelphia, PA 19102-3521 |
| 14829260 | | John Petaccio, 149 E Church St, Blackwood, NJ 08012-3904 |
| 14829261 | | Joseph M. Grey, 1834 Tomlinson Rd, Philadelphia, PA 19116-3850 |
| 14829267 | | KIK Consumer Products, 6250 N River Rd Ste 6000, Rosemont, IL 60018-4217 |
| 14829262 | | Kari-Out Co., 520 White Plains Rd Fl 6, Tarrytown, NY 10591-5114 |
| 14829263 | | Kast Distributors Inc., 424 Harding Hwy, Penns Grove, NJ 08069-2254 |
| 14829264 | | Keith Pyles, 14 Oakley Ct, Newark, DE 19702-2957 |
| 14829265 | | Kerekes Bakery & Rest. Equip. Inc.?, 6103 15th Ave, Brooklyn, NY 11219-5402 |
| 14829266 | | Khalil Shiver, 921 Aston Martin Dr, Lindenwold, NJ 08021-2952 |
| 14829268 | | Laminated Industries Inc., 2000 Brunswick Ave, Linden, NJ 07036-2400 |
| 14829269 | | Mary Malcolm, 2217 E Cumberland St Apt 6, Philadelphia, PA 19125-2251 |
| 14829270 | | MaryJane Rittenhouse, 1215 Browning Ct, Lansdale, PA 19446-5385 |
| 14829271 | | Master Supply Line, LLC, 49 S Poplar St, Macungie, PA 18062-1335 |
| 14829273 | | Metro Paper Industries Inc., 695 W End Ave, Carthage, NY 13619-1040 |
| 14829274 | | Midvale Paper Box?Company, Inc., 19 Bailey St, Wilkes Barre, PA 18705-1907 |
| 14829275 | | Monarch Brands, 11350 Norcom Rd, Philadelphia, PA 19154-2304 |
| 14829276 | | National Checking Company, 899 Montreal Way, Saint Paul, MN 55102-4245 |
| 14829278 | | Nittany Paper Mills, LLC, 6395 State Route 103 N Bldg 5a, Lewistown, PA 17044-7899 |
| 14829279 | + | NorPak LLC, 70 Blanchard St, Newark, NJ 07105-6820 |
| 14829293 | ++ | POLY PLASTICS PRODUCTS OF PENNSYLVANIA INC, PO BOX 220, DELANO PA 18220-0220 address filed with court:, Poly Plastic Products, 21 Schultz Dr, Delano, PA 18220 |
| 14853722 | + | Penn Jersey Paper Co., Joshua B. Ladov, Esquire, Ladov Law Firm, P.C., 1101 Market Street, Suite 2820, Philadelphia, PA 19107-2936 |
| 14853827 | | Penn Jersey Paper Co., c/o Joshua B. Ladov, Esq., Ladov Law Firm, P.C., Jefferson Center, Suite 2820, 1101 Market Street Philadelphia PA 19107-2993 |
| 14829284 | | Penn Jersey Paper Co., 9355 Blue Grass Rd, Philadelphia, PA 19114-2311 |
| 14829285 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14829290 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14845468 | + | Placon Corporation, 6096 McKee Road, Madison WI 53719-5103 |
| 14829292 | | Placon Corporation, 6096 Mckee Rd, Fitchburg, WI 53719-5103 |
| 14835432 | + | Poly Plastics, Po Box 808, Lyndhurst, NJ 07071-0808 |
| 14834091 | | Poly Plastics Products of Pennsylvania, Inc., P.O. Box 808, Lyndhurst NJ 07071-0808 |
| 14829294 | + | PowWeb, 5335 Gate Pkwy, Jacksonville, FL 32256-3071 |
| 14829295 | | Primepak, 120 N State Rt 17 Ste 205, Paramus, NJ 07652-2837 |
| 14829297 | | Pro-Stat, Inc., 285 Pierce St, Somerset, NJ 08873-1261 |
| 14829296 | | ProAmpac, 12025 Tricon Rd, Cincinnati, OH 45246-1719 |
| 14829298 | + | Quality Carton and Converting, LLC, 175 Ward Hill Ave, Bradford, MA 01835-6943 |
| 14829300 | | RJ Schinner Co., Inc., N89W14700 Patrita Dr, Menomonee Fls, WI 53051-2365 |
| 14878372 | + | RTUI-Sand+Products, 1828 William Penn Way, Suite 102, Lancaster PA 17601-3168 |
| 14831820 | + | RTUI-Sandt & Products, Attn: J. Kitsock, 1828 William Penn Way Ste 102, Lancaster, PA 17601-3168 |
| 14829299 | | Ridgway Industries, Inc., 60 Walnut St # 4, Marcus Hook, PA 19061 |
| 14844426 | + | Robert M. Reibstein, 1001 city ave, Unit WB 1011, Wynnewood, PA 19096-3942 |
| 14844424 | + | Robert M. Reibstein, Esq., 1001 City Avenue, WB 1011, Wynnewood, PA 19096-3942 |
| 14849894 | + | Robert M. Reibstein,Esq., 1001 City Ave., Unit WB 1011, Wynnewood PA 19096-3942 |
| 14866883 | | SERVPRO of King of Prussia, 5127 Lancaster Ave, Philadelphia, PA 19131 |
| 14829301 | | Sam's West, Inc., 2101 SE Simple Savings Dr, Bentonville, AR 72712-4304 |
| 14829303 | + | Sandt Products, 1828 William Penn Way Ste 102, Lancaster, PA 17601-3168 |
| 14829304 | | Sanfacon Virgina Inc., 18097 US Highway 501, PO Box 600, Brookneal, VA 24528-0600 |

| | | |
|---|---|---|
| 14829305 | | Screen Gems, Inc., 2927 W Thompson St, Philadelphia, PA 19121-4547 |
| 14829306 | | Shamrock Industries Sales, 774 Haunted Ln, Bensalem, PA 19020 |
| 14829307 | | Sheppard Enterprises, Inc., 571 Hollow Rd, Phoenixville, PA 19460-1136 |
| 14829308 | | Sherweb, 2915 Ogletown Rd # 1073, Newark, DE 19713-1927 |
| 14829309 | | Shore Manufacturing, 2145 Dennis St Bldg 2, Jacksonville, FL 32204-1805 |
| 14830029 | | Sigma Plastics Group, 2919 Center Port Cir, Pompano Beach, FL 33064-2105 |
| 14829310 | | Smart USA Inc., 1440 5th Ave, Bay Shore, NY 11706-4147 |
| 14829311 | | Source Direct Inc., 2200 Garry Rd Ste 3, Cinnaminson, NJ 08077-2595 |
| 14829312 | | South Jersey Transportation Authority, PO Box 351, Hammonton, NJ 08037-0351 |
| 14829313 | | Southern Champion Tray L.P., 220 Compress St, Chattanooga, TN 37405-3724 |
| 14829314 | + | Staples Inc., 500 Staples Dr, Framingham, MA 01702-4474 |
| 14829317 | | State of Delaware, Department of Transportation, 900 Public Safety Blvd, Dover, DE 19901-4503 |
| 14829318 | | State of New Jersey, Division of Taxation, 50 Barrack St, Trenton, NJ 08608-2006 |
| 14829321 | #+ | The Ocala Group, 1981 Marcus Ave, New Hyde Park, NY 11042-1055 |
| 14847199 | | The State of New Jersey Division of Taxation, Bankruptcy Unit, PO BOX 245, Trenton, NJ 08695-0245 |
| 14829327 | | Uni-Kem Chemicals Inc., 802 William Leigh Dr Ste 19, Tullytown, PA 19007-6306 |
| 14829328 | | United Packaging Supply, 2151 Green Ln., Levittown PA 19057-4145 |
| 14829330 | + | Wellcare International Inc., 1578 Sussex Tpke, Randolph, NJ 07869-0001 |
| 14829331 | | Western Plastics, 41573 Dendy Pkwy, Temecula, CA 92590-3757 |
| 14829332 | + | Westrock, 3950 Shackleford Rd, Duluth, GA 30096-1855 |
| 14832306 | + | Westrock CP, LLC, 3950 Shackleford Rd, Duluth, GA 30096-1858 |
| 14829333 | + | X-L Plastics Inc., 220 Clifton Blvd, Clifton, NJ 07011-3695 |
| 14829334 | | Yespac, Inc., 260 Centennial Ave, Piscataway, NJ 08854-2947 |
| 14829335 | | Young Adjustment Company, Inc., 900 Lenmar Dr, Blue Bell, PA 19422-2049 |
| 14829336 | | Zep Inc., 600 Galleria Pkwy SE Ste 1500, Atlanta, GA 30339-5910 |

TOTAL: 124

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Oct 07 2025 00:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | Email/Text: megan.harper@phila.gov | Oct 07 2025 00:28:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14834218 | + Email/Text: ndiv.bkrpt.notice@airgas.com | Oct 07 2025 00:28:00 | Airgas USA LLC, 6055 Rockside Woods Blvd, Independence, OH 44131-2301 |
| 14829217 | Email/Text: ndiv.bkrpt.notice@airgas.com | Oct 07 2025 00:28:00 | Airgas USA, LLC, 6055 Rockside Woods Blvd N, Independence, OH 44131-2301 |
| 14829218 | Email/Text: bankruptcynotices@amazon.com | Oct 07 2025 00:28:00 | Amazon.com, Inc., 440 Terry Ave N, Seattle, WA 98109-5210 |
| 14827854 | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 07 2025 00:28:00 | Citizens Bank, N.A., 1 Citizens Bank Way, Johnston, RI 02919 |
| 14833482 | Email/Text: megan.harper@phila.gov | Oct 07 2025 00:28:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14830826 | Email/Text: megan.harper@phila.gov | Oct 07 2025 00:28:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14831846 | EDI: CAPITALONE.COM | Oct 07 2025 04:25:00 | Capital One Financial Corp., Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 14836257 | + EDI: AIS.COM | Oct 07 2025 04:25:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14841980 | + EDI: VERIZONCOMB.COM | Oct 07 2025 04:25:00 | Cellco Partnership d/b/a Verizon Wireless, |

| District/off: 0313-2 | User: admin | | Page 4 of 6 |
|---|---|---|---|
| Date Rcvd: Oct 06, 2025 | Form ID: 139 | | Total Noticed: 163 |

| | | | | |
|---|---|---|---|---|
| | | | | William M Vermette, 22001 Loudoun County PKWY, Ashburn, VA 20147-6122 |
| 14829232 | | Email/Text: bankruptcy@philapark.org | Oct 07 2025 00:28:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14839122 | | EDI: PENNDEPTREV | Oct 07 2025 04:25:00 | Commonwealth of Pennsylvania, Department of Revenue, c/o Joseph J. Swartz, Esq., PA Department of Revenue, P.O. Box 281061, Harrisburg PA 17128-1061 |
| 14828477 | | Email/Text: insolvency@allianz-trade.com | Oct 07 2025 00:28:00 | Euler Hermes N. A. Insurance Co. as Agent for, 800 Red Brook Blvd, #400C, Owings Mills, MD, 21117-5173 |
| 14837086 | + | Email/Text: insolvency@allianz-trade.com | Oct 07 2025 00:28:00 | Euler Hermes N. A. Insurance Co. as Agent for BERK, 800 Red Brook Blvd, #400C, Owings Mills, MD 21117-5173 |
| 14828468 | + | Email/Text: insolvency@allianz-trade.com | Oct 07 2025 00:28:00 | Euler Hermes N. A. Insurance Co. as Agent for PAPE, 800 Red Brook Blvd, #400C, Owings Mills, MD 21117, MD 21117-5173 |
| 14837180 | + | Email/Text: insolvency@allianz-trade.com | Oct 07 2025 00:28:00 | Euler Hermes N. A. Insurance Co. as Agent for THE, 800 Red Brook Blvd, #400C, Owings Mills, MD 21117, MD 21117-5173 |
| 14829257 | | Email/Text: ipfscollectionsreferrals@ipfs.com | Oct 07 2025 00:28:00 | IPFS Corporation, 3522 Thomasville Rd Ste 400, Tallahassee, FL 32309-3488 |
| 14829256 | | EDI: IRS.COM | Oct 07 2025 04:25:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14839433 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 07 2025 00:28:00 | Lynn R. Zack, PECO Energy Company, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 14829277 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 07 2025 00:28:00 | New Jersey Turnpike Authority, PO Box 5042, Woodbridge, NJ 07095-5042 |
| 14829280 | | Email/Text: BSCHLACK@OLIVERFPS.COM | Oct 07 2025 00:28:00 | Oliver Fire Protection & Security, 501 Feheley Dr, Kng of Prussa, PA 19406-2611 |
| 14829283 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 07 2025 00:28:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14829288 | | Email/Text: diane.hetrick@penske.com | Oct 07 2025 00:28:00 | Penske Truck Leasing Co., L.P., 2675 Morgantown Rd, Reading, PA 19607-9676 |
| 14829282 | | Email/Text: vincecarrera@packagingcorp.com | Oct 07 2025 00:28:00 | Packaging Corporation of America, 1 N Field Ct, Lake Forest, IL 60045-4810 |
| 14828868 | + | EDI: PENNDEPTREV | Oct 07 2025 04:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14829286 | ^ | MEBN | Oct 07 2025 00:20:58 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14829287 | ^ | MEBN | Oct 07 2025 00:20:57 | Pennsylvania Turnpike Commission, 300 E Park Dr, Harrisburg, PA 17111-2729 |
| 14829289 | ^ | MEBN | Oct 07 2025 00:20:56 | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia, PA 19122-2898 |
| 14829291 | | Email/Text: bankruptcy@philapark.org | Oct 07 2025 00:28:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14829316 | | Email/Text: REV_Bankruptcy_General@state.de.us | Oct 07 2025 00:28:00 | State of Delaware, Office of the Attorney General, 820 N French St, Wilmington, DE 19801-3509 |
| 14829315 | | Email/Text: REV_Bankruptcy_General@state.de.us | Oct 07 2025 00:28:00 | State of Delaware, Division of Revenue, 820 N French St Ste 8, Wilmington, DE 19801-3509 |
| 14829319 | ^ | MEBN | | |

| District/off: 0313-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Oct 06, 2025 | Form ID: 139 | Total Noticed: 163 |

| | | | Oct 07 2025 00:20:53 | State of New Jersey, Office of the Attorney General, PO Box 080, Trenton, NJ 08625-0080 |
|---|---|---|---|---|
| 14829320 | | ^ MEBN | Oct 07 2025 00:20:59 | Sysco Corporation, 1390 Enclave Pkwy, Houston, TX 77077-2099 |
| 14831107 | + | Email/Text: megan.harper@phila.gov | Oct 07 2025 00:28:00 | The City of Philadelphia, and/or Water Revenue Bureau, c/o Pamela Elchert Thurmond, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia PA 19102-1617 |
| 14829322 | | Email/Text: legal@clarkinc.biz | Oct 07 2025 00:28:00 | The Restaurant Store, LLC, 2209 Old Philadelphia Pike, Lancaster, PA 17602-3416 |
| 14829324 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 07 2025 00:28:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14829325 | | ^ MEBN | Oct 07 2025 00:20:55 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14829326 | | Email/Text: bankruptcynotices@sba.gov | Oct 07 2025 00:28:00 | U.S. Small Business Admin., Office of General Counsel, 409 3rd St SW, Washington, DC 20416-0011 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| acc | * | Joseph M. Grey, 1834 Tomlinson Road, Philadelphia, PA 19116-3850 |
| cr | *+ | Penn Jersey Paper Co., 9355 Blue Grass Road, Philadelphia, PA 19114-2311 |
| NONE | * | Servpro of King of Prussia, 5127 Lancaster Avenue, Philadelphia, PA 19131 |
| 14843926 | *+ | FancyHeat Corporation, 40 Veronica Avenue, Somerset, NJ 08873-3417 |
| 14841175 | *+ | Hotpack Global Inc., 5100 E. La Palma Ave., Suite 118, Anaheim CA 92807-2081 |
| 14843017 | *+ | Smart USA Inc., 1440 5th Ave., Bay Shore NY 11706-4147 |
| 14843051 | *+ | Source Direct Inc, 2200 Garry Road, Suite 3, Cinnaminson, NJ 08077-2595 |
| 14829227 | ## | Carbonite, 2 Avenue De Lafayette, Boston, MA 02111-1750 |
| 14829554 | ## | HotPack Global, 5100 E La Palma Ave Ste 118, Anaheim, CA 92807-2081 |
| 14829252 | ## | Iconex LLC, 3237 Satellite Blvd Ste 550, Duluth, GA 30096-2305 |
| 14844194 | ##+ | Iconex, LLC, 3237 Satellite Blvd, Bld 300, Suite 550, Duluth, GA 30096-2305 |
| 14829272 | ## | Mat-Pac, Inc., 404 Candlewood Cmns, Howell, NJ 07731-2171 |
| 14829302 | ## | Samseng Tissue Co., 122 Kissel Rd Ste 300, Burlington, NJ 08016-4225 |
| 14829323 | ## | Thomas Phelan, 641 Mohawk Ave, Norwood, PA 19074-1229 |
| 14829329 | ## | Universal Distribution LLC, 96 Distribution Blvd, Edison, NJ 08817-6006 |

TOTAL: 0 Undeliverable, 8 Duplicate, 8 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 08, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALLEN B. DUBROFF | on behalf of Debtor Tri-State Paper Inc. allen@dubrofflawllc.com, adminassistant@dubrofflawllc.com,john@dubrofflawllc.com |
| CSU - OUCTS, PA Labor & Industry | ra-li-beto-bankreading@state.pa.us |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DAVID B. PICKER | on behalf of PC Events LLC dpicker@sgrvlaw.com, klove@sgrvlaw.com |
| DAVID B. PICKER | on behalf of Defendant PC Events LLC dpicker@sgrvlaw.com, klove@sgrvlaw.com |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us |
| JOSHUA B. LADOV | on behalf of Creditor Penn Jersey Paper Co. jladov@ladovlaw.com admin@ladovlaw.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| KRISTEN WETZEL LADD | on behalf of Creditor Citizens Bank N.A., successor by merger to Citizens Bank of Pennsylvania kladd@utbf.com, ddays@utbf.com |
| LAWRENCE J. KOTLER | on behalf of Creditor Penske Truck Leasing Co. L.P. ljkotler@duanemorris.com, lawrence-kotler-7511@ecf.pacerpro.com |
| LEO M. GIBBONS | on behalf of Servpro of King of Prussia lgibbons@macelree.com |
| MICHAEL A. CIBIK | on behalf of Attorney Cibik Law P.C. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Plaintiff Tri-State Paper Inc. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Plaintiff Tri-State Paper Inc. michael@sadeklaw.com, sadeklaw@recap.email |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| RACHEL WOLF | on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov |
| ROBERT W. SEITZER | on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| SAMANTHA LIEB | on behalf of U.S. Trustee United States Trustee samantha.lieb2@usdoj.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 20

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:  Tri−State Paper, Inc.
149 E Church Street
Blackwood, NJ 08012−3904

Debtor(s)                                                                    Case No: 23−13237−pmm

Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
51−0476408

_____

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 1/7/26

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
*Any creditor who has filed a proof of claim already need not file another proof of claim.*

900 Market Street
Suite 400
Philadelphia, PA 19107

For The Court

Mohung Wong
Clerk of Court

**Date:** October 6, 2025

340
Form 139