**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| TRI-STATE PAPER, INC., | ) | |
| | ) | |
| Debtor. | ) | Case No. 23-13237-pmm |

**POST-CONFIRMATION DISTRIBUTION REPORT**

The undersigned certifies as follows:

1. On April 4, 2024, the Debtor's Second Amended Plan of Liquidation under subchapter V of chapter 11 of the Bankruptcy Code ("the Plan") was confirmed pursuant to 11 U.S.C. § 1191(a).

2. The Debtor remains in possession of its property and in control of its financial affairs.

3. The Debtor has sole signatory authority over Debtor in Possession bank account at Citizens Bank. The bank statements for July, August and September 2025 were not provided.

4. Article 7 of the Plan provided for the following:

**Article 7 Means for Implementation of the Plan**
The plan will be funded from the sale or liquidation of assets, insurance proceeds, and recoveries from claims against third parties. On or before the effective date, the debtor will transfer the funds held by the court to the Trustee for distribution. Any additional amounts needed to fund the plan after the initial distribution will come from the debtor's ongoing sale or liquidation of assets, insurance recoveries, and recoveries from other claims to be paid pro rata as set forth below.

Starting on the effective date and then monthly at the end of each month the debtor will pay within fifteen (15) days the aggregate disposable income to the Subchapter V Trustee for disbursement consistent with this plan and for funding the Disputed Claims' Reserve.

5.  For the quarter ended September 30, 2025, the Debtor has not remitted any funds to the Subchapter V Trustee.  Post confirmation, the Subchapter V trustee has received a total of $37,500 from the Debtor to fund plan disbursements.  The post confirmation court approved fees and expense of the Subchapter V Trustee totaling $13,594 were paid in the quarter ended September 30, 2025.  The Subchapter V Trustee has sole signatory authority over the bank account at Pinnacle Bank. The bank statements are provided in Attachment A.

6.  This case was converted to a case under chapter 7 of the Bankruptcy Code on September 25, 2025.  The balance of the funds were disbursed to the Chapter 7 Trustee on October 6, 2025.

7.  Any questions regarding this report should be directed to the undersigned.

FURTEK & ASSOCIATES, LLC

Dated: October 13, 2025            By:*/s/ Richard E. Furtek*
                                   *Subchapter V Trustee*

                                   Richard E. Furtek, CPA
                                   Lindenwood Corporate Center
                                   101 Lindenwood Drive, Suite 225
                                   Malvern, PA 19355
                                   Telephone: (610) 768-8030
                                   Email: RFurtek@furtekassociates.com



21 Platform Way S
Suite 2300
Nashville, TN 37203
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Account
Estate of Tri State Paper Inc Debtor
XXXXXX0008

RETURN SERVICE REQUESTED

Estate of Tri State Paper Inc Debtor
Richard E Furtek Bankruptcy Trustee
Case #23-13237
101 Lindenwood Dr Ste 225
Malvern PA 19355

## Statement of Account

Bankruptcy Trustee

**Balance 9/02/25**
**$37,500.00**

**Balance 9/30/25**
**$23,906.00**

Summary

**Credits**   +$0.00
**Interest**  +$0.00
**Debits**    -$13,594.00

### Debit Transactions

**Checks**

| | | |
|---|---|---:|
| 9/25 | Check 5001 | 4,572.50 |
| 9/25 | Check 5002 | 2,861.50 |
| 9/25 | Check 5003 | 6,160.00 |

(*) Indicates gap in check number sequenece

**Total Debits**                                $13,594.00

| | | | |
|---|---:|---|---:|
| Average Balance This Statement | $34,687.44 | Annual Percentage Yield Earned | |
| Interest Earned This Period | $0.00 | Days in Period | 29 |
| Interest Paid Year to Date | $0.00 | Interest Paid | $0.00 |

**Daily Balance Information**

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 9/02 | 37,500.00 | 9/25 | 23,906.00 | | |



Page 1 of 3
EAC2610



21 Platform Way S
Suite 2300
Nashville, TN 37203
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Account
Estate of Tri State Paper Inc Debtor
XXXXXX0008

RETURN SERVICE REQUESTED

Estate of Tri State Paper Inc Debtor
Richard E Furtek Bankruptcy Trustee
Case #23-13237
101 Lindenwood Dr Ste 225
Malvern PA 19355

## Statement of Account

Bankruptcy Trustee

**Balance 8/01/25**
$37,500.00

**Balance 9/01/25**
$37,500.00

**Summary**

**Credits** +$0.00
**Interest** +$0.00
**Debits** -$0.00

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/01 | 37,500.00 | | | | |



Page 1 of 2
EAC2610



**ELECTRONIC TRANSFER ERROR RESOLUTION**

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s).  In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly.  If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation.  However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
21 Platform Way S, Suite 2300
Nashville, TN 37203
(800) 264-3613

21 Platform Way S
Suite 2300
Nashville, TN 37203
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Account
Estate of Tri State Paper Inc Debtor
XXXXXX0008

RETURN SERVICE REQUESTED

Estate of Tri State Paper Inc Debtor
Richard E Furtek Bankruptcy Trustee
Case #23-13237
101 Lindenwood Dr Ste 225
Malvern PA 19355

## Statement of Account

**Bankruptcy Trustee**

**Balance 7/01/25**
$37,500.00

**Balance 7/31/25**
$37,500.00

**Summary**

Credits   +$0.00
Interest  +$0.00
Debits    -$0.00

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 7/01 | 37,500.00 | | | | |



Page 1 of 2
EAC2610



**ELECTRONIC TRANSFER ERROR RESOLUTION**

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
21 Platform Way S, Suite 2300
Nashville, TN 37203
(800) 264-3613
