## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TRI-STATE PAPER, INC.** | : | **BANKRUPTCY NO. 23-13237 (PMM)** |
| **d/b/a TRI-STATE PAPER COMPANY** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

## CERTIFICATION OF NO ANSWER, OBJECTION
## OR OTHER RESPONSIVE PLEADING TO
## APPLICATION OF ROBERT W. SEITZER, CHAPTER 7
## TRUSTEE, TO EMPLOY KARALIS PC AS COUNSEL

**TO:    THE HONORABLE PATRICIA M. MAYER,**
**United States Bankruptcy Judge**

I, Robert W. Seitzer, Esquire, of Karalis PC, hereby certify that on October 8, 2025 a copy of the Application of Robert W. Seitzer, Chapter 7 Trustee, to Employ Karalis PC as Counsel (the "Application") and Notice of Application and Response Deadline were served on the Office of the U.S. Trustee, Debtor's counsel and Bankruptcy Rule 2002 Parties in the above-captioned proceeding.  No creditor or party in interest has served or filed any answer, objection or other responsive pleading to the Application and that the time for serving and filing any such answer, objection or other responsive pleading has expired.

**WHEREFORE**, proposed counsel to the Trustee respectfully requests that the Application be approved.

Respectfully submitted,

**KARALIS PC**

By:   /s/ Robert W. Seitzer
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
Proposed Counsel to the Trustee

Dated: October 16, 2025