# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| TRI-STATE PAPER, INC. d/b/a TRI-STATE PAPER COMPANY | BANKRUPTCY NO. 23-13237 (PMM) |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Robert W. Seitzer, Esquire, certify that on October 16, 2025, I did cause a true and correct copy of the document described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Certification of No Answer, Objection or Other Responsive Pleading to the Application of Robert W. Seitzer, Chapter 7 Trustee, to Employ Karalis PC as Counsel

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

**KARALIS PC**

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER
Proposed Counsel to the Trustee

Dated: October 16, 2025

Mailing List Exhibit attached hereto:

**VIA ECF TRANSMISSION**

John Schanne, Esquire
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
*Trial Counsel to the U.S. Trustee*

Allen B. Dubroff, Esquire
1500 JFK Blvd., Suite 1020
Philadelphia, PA 19102
*Counsel to the Debtor*

Leo M. Gibbons, Esquire
MacElree Harvey Ltd
17 West Miner St., Box 660
West Chester, PA 19381
*Counsel to Servpro of King of Prussia*

Lawrence J. Kotler, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
*Counsel to Penske Truck Leasing Co., LP*

Kristen Wetzel Ladd, Esquire
Unruh, Turner, Burke & Frees, P.C.
17 West Gay Street
West Chester, PA 19381
*Counsel to Citizens Bank, N.A.*

Joshua B. Ladov, Esquire
Ladov Law Firm, P.C.
1101 Market Street, Suite 2820
Philadelphia, PA 19107-2993
*Counsel to Penn Jersey Paper Co.*

Samantha Lieb, Esquire
DOJ-UST
One Newark Center, Suite 2100
Newark, NJ 07102
*Counsel to the U.S. Trustee*

David B. Picker, Esquire
Spector Gadon Rosen Vinci P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103
*Counsel to PC Events, LLC*

Joseph Jasper Swartz, Esquire
Pennsylvania Department of Revenue
P.O. Box 281061
Harrisburg, PA 17128
*Counsel to PA Dept of Revenue*

Pamela Elchert Thurmond, Esquire
City of Philadelphia, Law/Revenue Dept.
Mun. Serv. Bldg, 140 JFK Blvd, 5th Floor
Philadelphia, PA 19102
*Counsel to City of Phila., Tax & Revenue Unit*

Rachel Wolf, Esquire
DOJ-UST
One Newark Center, Suite 2100
Newark, NJ 07102
*Counsel to the U.S. Trustee*