IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| TRI-STATE PAPER, INC. | : | BANKRUPTCY NO. 23-13237 (PMM) |
| d/b/a TRI-STATE PAPER COMPANY | : | |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATION OF NO ANSWER, OBJECTION OR OTHER RESPONSIVE PLEADING TO APPLICATION OF ROBERT W. SEITZER, CHAPTER 7 TRUSTEE, TO EMPLOY MPN REALTY, INC. AS REAL ESTATE BROKER PURSUANT TO 11 U.S.C. §§ 327 and 328 AND FED. R. BANKR. P. 2014

TO:  THE HONORABLE PATRICIA M. MAYER,
     United States Bankruptcy Judge

I, Robert W. Seitzer, Esquire, of Karalis PC, hereby certify that on October 27, 2025 a copy of the Application of Robert W. Seitzer, Chapter 7 Trustee, to Employ MPN Realty, Inc. as Real Estate Broker Pursuant to 11 U.S.C. §§ 327 and 328 and Fed. R. Bankr. P. 2014 (the "Application") and Notice of Application and Response Deadline were served on the Office of the U.S. Trustee, Debtor's counsel and Bankruptcy Rule 2002 Parties in the above-captioned proceeding. No creditor or party in interest has served or filed any answer, objection or other responsive pleading to the Application and that the time for serving and filing any such answer, objection or other responsive pleading has expired.

WHEREFORE, counsel to the Trustee respectfully requests that the Application be approved.

Respectfully submitted,

KARALIS PC

By:  /s/ Robert W. Seitzer
     ROBERT W. SEITZER
     1900 Spruce Street
     Philadelphia, PA 19103
     (215) 546-4500
     Counsel to the Trustee

Dated: November 4, 2025