## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 7 |
|---|---|---|
| TRI-STATE PAPER, INC. d/b/a TRI-STATE PAPER COMPANY | : | BANKRUPTCY NO. 23-13237 (PMM) |
| Debtor | : | |

### ORDER

**AND NOW**, upon consideration of the Motion of Robert W. Seitzer, Chapter 7 Trustee, for Entry of an Order Compelling Debtor and John Petaccio to Turnover Property of the Estate Pursuant to 11 U.S.C. §§ 105(a) and 542(a) (the "Motion")[1], and after notice and hearing; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor and Mr. Petaccio shall close the Account and turnover the Account Proceeds to the Trustee on within ten (10) days after the entry of this Order.

3. The Debtor and Mr. Petaccio shall turnover the Account Statements to the Trustee from June 1, 2025 to the date of turnover of the Account Proceeds on within ten (10) days after the entry of this Order.

4. This Court shall retain jurisdiction to interpret and enforce the terms of this Order.

**BY THE COURT:**

Dated: _____

_____
PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.