**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TRI-STATE PAPER, INC.** | : | **BANKRUPTCY NO. 23-13237 (PMM)** |
| **d/b/a TRI-STATE PAPER COMPANY** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

**ORDER APPROVING APPLICATION OF
ROBERT W. SEITZER, CHAPTER 7 TRUSTEE,
TO EMPLOY MPN REALTY, INC. AS REAL ESTATE BROKER**

**AND NOW**, upon consideration of the Application of Robert W. Seitzer, Chapter 7 Trustee

(the "Trustee"), to Employ MPN Realty, Inc. (the "Broker") as Real Estate Broker Pursuant to 11

U.S.C. §§ 327 and 328 and Fed. R. Bankr. P. 2014 (the "Application"), and the Court being

satisfied that the Broker has no interest adverse to the Debtor or the Debtor's estate with respect

to the matters for which it is to be employed, and further that the Broker's retention is in the best

interest of the creditors, it is hereby

**ORDERED**, that the Trustee is authorized to employ the Broker as of the date of the

Application to market and sell the Properties (as defined in the Application) and upon the terms

and conditions therein set forth; it is further

**ORDERED**, that the Broker shall be entitled to be compensated for its services at the rate

set forth in the Application and the Verified Statement of Christopher J. Cimino; and it is further

ORDERED, that the Broker's fees are subject to and conditioned upon the approval of this

Court pursuant to 11 U.S.C. § 330 and in accordance with *In Re Busy Beaver Building Centers,*

*Inc.,* 19 F. 3d 833 (3rd Cir. 1994).

BY THE COURT:

Dated: 11/6/25

_____
PATRICIA M. MAYER,
UNITED STATE BANKRUPTCY JUDGE