IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| TRI-STATE PAPER, INC. d/b/a TRI-STATE PAPER COMPANY | BANKRUPTCY NO. 23-13237 (PMM) |
| Debtor | |

**CERTIFICATION OF NO ANSWER, OBJECTION
OR OTHER RESPONSIVE PLEADING TO
MOTION OF ROBERT W. SEITZER, CHAPTER 7 TRUSTEE, FOR ENTRY
OF AN ORDER COMPELLING DEBTOR AND JOHN PETACCIO TO TURNOVER
PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. §§ 105(a) AND 542(a)**

**TO:  THE HONORABLE PATRICIA M. MAYER,**
**United States Bankruptcy Judge**

I, Robert W. Seitzer, Esquire, of Karalis PC, hereby certify that on November 5, 2025 a copy of the Motion of Robert W. Seitzer, Chapter 7 Trustee, for Entry of an Order Compelling Debtor and John Petaccio to Turnover Property of the Estate Pursuant to 11 U.S.C. §§ 105(a) and 542(a) (the "Motion") and Notice of Motion, Response Deadline and In-Person Hearing Date were served on the Office of the U.S. Trustee, Debtor's counsel, John Petaccio, Bankruptcy Rule 2002 Parties and interested parties in the above-captioned proceeding. No creditor or party in interest has served or filed any answer, objection or other responsive pleading to the Motion and that the time for serving and filing any such answer, objection or other responsive pleading has expired.

WHEREFORE, counsel to the Trustee respectfully requests that the Motion be granted.

**Respectfully submitted,**

**KARALIS PC**

By:  /s/ Robert W. Seitzer
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
Counsel to the Trustee

Dated: November 20, 2025