United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 23-13237-pmm
Tri-State Paper, Inc.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Nov 24, 2025     Form ID: pdf900     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tri-State Paper, Inc., 149 E Church Street, Blackwood, NJ 08012-3904 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2025     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALLEN B. DUBROFF | on behalf of Debtor Tri-State Paper Inc. adminassistant@dubrofflawllc.com, adminassistant@dubrofflawllc.com,john@dubrofflawllc.com |
| CSU - OUCTS, PA Labor & Industry | ra-li-beto-bankreading@state.pa.us |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DAVID B. PICKER | on behalf of Defendant PC Events LLC dpicker@sgrvlaw.com, klove@sgrvlaw.com |
| DAVID B. PICKER | on behalf of PC Events LLC dpicker@sgrvlaw.com, klove@sgrvlaw.com |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us |
| JOSHUA B. LADOV | on behalf of Creditor Penn Jersey Paper Co. jladov@ladovlaw.com admin@ladovlaw.com |
| KEVIN P. CALLAHAN | |

Case 23-13237-pmm   Doc 357   Filed 11/26/25   Entered 11/27/25 00:43:11   Desc
Imaged Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 24, 2025 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

KRISTEN WETZEL LADD
on behalf of Creditor Citizens Bank N.A., successor by merger to Citizens Bank of Pennsylvania kladd@utbf.com, ddays@utbf.com

LAWRENCE J. KOTLER
on behalf of Creditor Penske Truck Leasing Co. L.P. ljkotler@duanemorris.com, lawrence-kotler-7511@ecf.pacerpro.com

LEO M. GIBBONS
on behalf of Servpro of King of Prussia lgibbons@macelree.com

MICHAEL A. CIBIK
on behalf of Attorney Cibik Law P.C. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
on behalf of Plaintiff Tri-State Paper Inc. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
on behalf of Plaintiff Tri-State Paper Inc. michael@sadeklaw.com, sadeklaw@recap.email

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

RACHEL WOLF
on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

ROBERT W. SEITZER
rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com

ROBERT W. SEITZER
on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com jhysley@karalislaw.com;PA93@ecfcbis.com

SAMANTHA LIEB
on behalf of U.S. Trustee United States Trustee samantha.lieb2@usdoj.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 20

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| TRI-STATE PAPER, INC. | : | BANKRUPTCY NO. 23-13237 (PMM) |
| d/b/a TRI-STATE PAPER COMPANY | : | |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

**AND NOW**, upon consideration of the Motion of Robert W. Seitzer, Chapter 7 Trustee, for Entry of an Order Compelling Debtor and John Petaccio to Turnover Property of the Estate Pursuant to 11 U.S.C. §§ 105(a) and 542(a) (the "Motion")[1], and after notice and hearing; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor and Mr. Petaccio shall close the Account and turnover the Account Proceeds to the Trustee on within ten (10) days after the entry of this Order.

3. The Debtor and Mr. Petaccio shall turnover the Account Statements to the Trustee from June 1, 2025 to the date of turnover of the Account Proceeds on within ten (10) days after the entry of this Order.

4. This Court shall retain jurisdiction to interpret and enforce the terms of this Order.

BY THE COURT:

*Patricia M. Mayer*

Dated: **November 24, 2025**

PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.