## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TRI-STATE PAPER, INC.** | : | **BANKRUPTCY NO. 23-13237 (PMM)** |
| **d/b/a TRI-STATE PAPER COMPANY** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

### CERTIFICATION OF SERVICE

I, Robert W. Seitzer, Esquire, certify that on January 14, 2026, I did cause a true and correct copy of the document described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Motion, Response Deadline and In-Person Hearing Date on the Motion of Robert W. Seitzer, Chapter 7 Trustee, for Entry of an Order (I) Authorizing the Sale of Commercial Real Property Located at 4500-4520 North Third Street, Philadelphia, PA 19140-1502 [O.P.A. # 884813900] Free and Clear of all Liens, Claims and Encumbrances Pursuant to 11 U.S.C. § 363, (II) Authorizing the Compensation of Real Estate Broker Pursuant to 11 U.S.C. § 330 and (III) Granting the Request for a Waiver of 14 Day Stay Pursuant to Fed. R. Bankr. P. 6004(h).

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

**KARALIS PC**


By: ___/s/ Robert W. Seitzer_____
     ROBERT W. SEITZER

*Attorneys for the Trustee*

Dated: January 14, 2026


Mailing List Exhibit attached hereto:

**VIA U.S. FIRST CLASS MAIL ON THE
FOLLOWING CREDITORS**

ABC Label & Pkg. Supplies Corp. Inc.
3708 Ironwood Pl
Landover, MD 20785-2333

Agio Group Inc.
26587 Corporate Ave
Hayward, CA 94545-3920

Airgas USA, LLC
6055 Rockside Woods Blvd N
Independence, OH 44131-2301

Amazon.com, Inc.
440 Terry Ave N
Seattle, WA 98109-5210

Amerisan
1 Chelsea Pkwy Ste 101-102
Boothwyn, PA 19061-1307

Anchor Packaging LLC
13515 Barrett Parkway Dr
Ballwin, MO 63021-5806

Anthony Vona
53 Essex Ct
Norristown, PA 19403-1067

Arrow Fastener Co., LLC
271 Mayhill St
Saddle Brook, NJ 07663-5303

Berk International, LLC
400 E 2nd St
Boyertown, PA 19512-1603

Britevision VBG LLC
100 Simplex Dr
Westminster, MA 01473-1482

Brown Paper Goods Co.
3530 Birchwood Dr
Waukegan, IL 60085-8334

Bunzl Distribution USA, LLC
1 Cityplace Dr Ste 200
Saint Louis, MO 63141-7067

Camden Bag & Paper Co.
200 Connecticut Dr
Burlngtn Twp, NJ 08016-4106

Capital One Financial Corp.
Attn: Bankruptcy
1680 Capital One Dr
McLean, VA 22102-3407

Capital One N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Carbonite
2 Avenue De Lafayette
Boston, MA 02111-1750

Cartec Inc.
106 Powder Mill Rd
Collinsville, CT 06019-3547

Cassidy Insurance Associates, Inc.
407 E Lincoln Hwy
Exton, PA 19341-2732

Cee D., Inc.
704 Ramsey Ave
Hillside, NJ 07205-1034

Cellco Partnership d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147

Cellucap Manufacturing
4626 N 15th St
Philadelphia, PA 19140-1109

CGPC Solutions
430 Fairmount Ave
Philadelphia, PA 19123-2868

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

CleanCo Ventures Inc.
1207 Delaware Ave # 1335
Wilmington, DE 19806-4743

Commercial Micro-Systems, Inc.
3525 Old Conejo Rd Ste 110
Newbury Park, CA 91320-2198

CrystalWare LLC
600 James St
Lakewood, NJ 08701-4023

Dart Container Corporation
500 Hogsback Rd
Mason, MI 48854-8523

Delaware River Port Authority
Attn: General Counsel
2 Riverside Dr
Camden, NJ 08103-1054

Derek Nottingham
42 Dale Ct
Newark, DE 19702-4003

DOT Compliance Group LLC
3180 Park Center Dr
Tyler, TX 75701-8482

Dubin Paper Co.
1910 S Columbus Blvd
Philadelphia, PA 19148-2820

Dynamite Pest Control
279 S 52nd St
Philadelphia, PA 19139-4108

Ecopax
3600 Glover Rd
Easton, PA 18040-9203

Edwards Councilor Company Inc.
1427 Baker Rd
Virginia Bch, VA 23455-3321

Elevator Constuction & Repair Co. Inc.
2040 Bennett Rd
Philadelphia, PA 19116-3020

Elkay Plastics Co., Inc.
6000 Sheila St
Commerce, CA 90040-2405

Euler Hermes N. A. Insurance Co. as Agent
800 Red Brook Blvd, #400C
Owings Mills, MD, 21117-5173

FancyHeat Corporation
40 Veronica Ave
Somerset, NJ 08873-3417

Ferraro Foods
287 S Randolphville Rd
Piscataway, NJ 08854-3806

FineLine Settings Inc.
Innovative Designs
135 Crotty Road
Suite 1
Middletown NY 10941

Francis Petaccio
c/o Richard J. Giuliani, Esq.
1717 Arch St Ste 320
Philadelphia, PA 19103-2745

Freeport Paper Industries, Inc.
120 Windsor Pl
Central Islip, NY 11722-3331

General Plastics, Inc.
2609 W Mill Rd
Milwaukee, WI 53209-3211

Handy Wacks Corporation
100 E Averill St
Sparta, MI 49345-1516

Harry M. Byrne, Esquire
30 South 17th Street
PHILADELPHIA, PA 19103

HotPack Global
5100 E La Palma Ave Ste 118
Anaheim, CA 92807-2081

Iconex, LLC
3237 Satellite Blvd, Bld 300, Suite 550
Duluth, GA 30096

Imperial Bag & paper Co LLC
255 Route 1 & 9
Jersey City, NJ 07306

Indigo Inc.
600 Prospect Ave
Piscataway, NJ 08854-1414

Inno-Pak
100 Founders Ct
Delaware, OH 43015-4460

Innovative Designs Inc.
7490 30th Ave N
St Petersburg, FL 33710-2304

Inopak LTD
500 W Main St Ste 11
Wyckoff, NJ 07481-1406

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

IPFS Corporation
3522 Thomasville Rd Ste 400
Tallahassee, FL 32309-3488

Janico Inc.
88 Industrial Ct
Freehold, NJ 07728-8908

John F. Raimondi, Esq.
1500 Walnut St Fl West
Philadelphia, PA 19102-3523

John Petaccio
149 E Church St
Blackwood, NJ 08012-3904

Joseph M. Grey
1834 Tomlinson Rd
Philadelphia. PA 19116-3850

Kari-Out Co.
520 White Plains Rd Fl 6
Tarrytown, NY 10591-5114

Kast Distributors Inc.
424 Harding Hwy
Penns Grove, NJ 08069-2254

Keith Pyles
14 Oakley Ct
Newark, DE 19702-2957

Kerekes Bakery & Rest. Equip. Inc.
6103 15th Ave
Brooklyn, NY 11219-5402

Khalil Shiver
921 Aston Martin Dr
Lindenwold, NJ 08021-2952

KIK Consumer Products
6250 N River Rd Ste 6000
Rosemont, IL 60018-4217

Laminated Industries Inc.
2000 Brunswick Ave
Linden, NJ 07036-2400

Lynn R. Zack
PECO Energy Company
2301 Market Street, S23-1
Philadelphia, PA 19103

Mary Malcolm
2217 E Cumberland St Apt 6
Philadelphia, PA 19125-2251

MaryJane Rittenhouse
1215 Browning Ct
Lansdale, PA 19446-5385

Master Supply Line, LLC
49 S Poplar St
Macungie, PA 18062-1335

Mat-Pac, Inc.
404 Candlewood Cmns
Howell, NJ 07731-2171

Metro Paper Industries Inc.
695 W End Ave
Carthage, NY 13619-1040

Midvale Paper Box Company, Inc.
19 Bailey St
Wilkes Barre, PA 18705-1907

Monarch Brands
11350 Norcom Rd
Philadelphia, PA 19154-2304

National Checking Company
899 Montreal Way
Saint Paul, MN 55102-4245

New Jersey Turnpike Authority
PO Box 5042
Woodbridge, NJ 07095-5042

Nittany Paper Mills, LLC
6395 State Route 103 N Bldg 5a
Lewistown, PA 17044-7899

NorPak LLC
70 Blanchard St
Newark, NJ 07105-6819

Oliver Fire Protection & Security
501 Feheley Dr
Kng of Prussa, PA 19406-2611

PA Department of Labor & Industry
Attn: Office of Chief Counsel
651 Boas St Fl 10
Harrisburg, PA 17121-0751

Packaging Corporation of America
1 N Field Ct
Lake Forest, IL 60045-4810

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
PO BOX 280946
Harrisburg, PA 17128

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Pennsylvania Turnpike Commission
300 E Park Dr
Harrisburg, PA 17111-2729

Philadelphia Gas Works
800 W Montgomery Ave
Philadelphia, PA 19122-2806

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Placon Corporation
6096 Mckee Rd
Fitchburg, WI 53719-5103

Poly Plastic Products
21 Schultz Dr
Delano, PA 18220

Poly Plastics Products of Pennsylvania, Inc.
P.O. Box 808
Lyndhurst NJ 07071-0808

PowWeb
5335 Gate Pkwy
Jacksonville, FL 32256-3070

Primepak
120 N State Rt 17 Ste 205
Paramus, NJ 07652-2837

Pro-Stat, Inc.
285 Pierce St
Somerset, NJ 08873-1261

ProAmpac
12025 Tricon Rd
Cincinnati, OH 45246-1719

Quality Carton and Converting, LLC
175 Ward Hill Ave
Bradford, MA 01835-6960

Ridgway Industries, Inc.
60 Walnut St # 4
Marcus Hook, PA 19061

RJ Schinner Co., Inc.
N89W14700 Patrita Dr
Menomonee Fls, WI 53051-2365

Robert M. Reibstein,Esq.
1001 City Ave.
Unit WB 1011
Wynnewood PA 19096

RTUI-Sandt & Products
Attn: J. Kitsock
1828 William Penn Way Ste 102
Lancaster, PA 17601

Sam's West, Inc.
2101 SE Simple Savings Dr
Bentonville, AR 72712-4304

Samseng Tissue Co.
122 Kissel Rd Ste 300
Burlington, NJ 08016-4225

Sandt Products
1828 William Penn Way Ste 102
Lancaster, PA 17601-6703

Sanfacon Virgina Inc.
18097 US Highway 501
PO Box 600
Brookneal, VA 24528-0600

Screen Gems, Inc.
2927 W Thompson St
Philadelphia, PA 19121-4547

Shamrock Industries Sales
774 Haunted Ln
Bensalem, PA 19020

Sheppard Enterprises, Inc.
571 Hollow Rd
Phoenixville, PA 19460-1136

Sherweb
2915 Ogletown Rd # 1073
Newark, DE 19713-1927

Shore Manufacturing
2145 Dennis St Bldg 2
Jacksonville, FL 32204-1805

Sigma Plastics Group
2919 Center Port Cir
Pompano Beach, FL 33064-2105

Smart USA Inc.
1440 5th Ave
Bay Shore, NY 11706-4147

Source Direct Inc
2200 Garry Road
Suite 3
Cinnaminson, NJ 08077

South Jersey Transportation Authority
PO Box 351
Hammonton, NJ 08037-0351

Southern Champion Tray L.P.
220 Compress St
Chattanooga, TN 37405-3724

Staples Inc.
500 Staples Dr
Framingham, MA 01702-4478

State of Delaware
Office of the Attorney General
820 N French St
Wilmington, DE 19801-3509

State of Delaware
Division of Revenue
820 N French St Ste 8
Wilmington. DE 19801-3509

State of Delaware
Department of Transportation
900 Public Safety Blvd
Dover. DE 19901-4503

State of New Jersey
Division of Taxation
50 Barrack St
Trenton. NJ 08608-2006

State of New Jersey
Office of the Attorney General
PO Box 080
Trenton, NJ 08625-0080

Sysco Corporation
1390 Enclave Pkwy
Houston, TX 77077-2025

The Ocala Group
1981 Marcus Ave
New Hyde Park, NY 11042-2060

The Restaurant Store, LLC
2209 Old Philadelphia Pike
Lancaster, PA 17602-3416

The State of New Jersey Division of Taxation
Bankruptcy Unit
PO BOX 245
Trenton, NJ 08695-0245

Thomas Phelan
641 Mohawk Ave
Norwood, PA 19074-1229

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

U.S. Small Business Admin.
Office of General Counsel
409 3rd St SW
Washington, DC 20416-0011

Uni-Kem Chemicals Inc.
802 William Leigh Dr Ste 19
Tullytown, PA 19007-6306

United Packaging Supply
2151 Green Ln.
Levittown PA 19057-4145

Universal Distribution LLC
96 Distribution Blvd
Edison, NJ 08817-6006

Wellcare International Inc.
1578 Sussex Tpke
Randolph, NJ 07869-1833

Western Plastics
41573 Dendy Pkwy
Temecula, CA 92590-3757

Westrock CP, LLC
3950 Shackleford Rd
Duluth, GA 30096

X-L Plastics Inc.
220 Clifton Blvd
Clifton, NJ 07011-3645

Yespac, Inc.
260 Centennial Ave
Piscataway, NJ 08854-2947

Young Adjustment Company, Inc.
900 Lenmar Dr
Blue Bell, PA 19422-2049

Zep Inc.
600 Galleria Pkwy SE Ste 1500
Atlanta, GA 30339-5910