IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| TRI-STATE PAPER, INC. | : | BANKRUPTCY NO. 23-13237 (PMM) |
| d/b/a TRI-STATE PAPER COMPANY | : | |
| | : | |
| Debtor | : | |
| | : | |

**CERTIFICATION OF NO ANSWER, OBJECTION
OR OTHER RESPONSIVE PLEADING TO MOTION OF ROBERT W. SEITZER,
CHAPTER 7 TRUSTEE, FOR ENTRY OF AN ORDER (I) AUTHORIZING THE SALE
OF COMMERCIAL REAL PROPERTY LOCATED AT 4500-4520 NORTH THIRD
STREET, PHILADELPHIA, PA 19140-1502 [O.P.A. # 884813900] FREE AND CLEAR
OF ALL LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363, (II)
AUTHORIZING THE COMPENSATION OF REAL ESTATE BROKER PURSUANT
TO 11 U.S.C. § 330 AND (III) GRANTING THE REQUEST FOR A WAIVER OF 14 DAY
STAY PURSUANT TO FED. R. BANKR. P. 6004(h)**

TO:   THE HONORABLE PATRICIA M. MAYER,
      United States Bankruptcy Judge

I, Robert W. Seitzer, Esquire, of Karalis PC, hereby certify that on January 14, 2026 a copy of the Notice of Motion, Response Deadline and In-Person Hearing Date on the Motion of Robert W. Seitzer, Chapter 7 Trustee, for Entry of an Order (I) Authorizing the Sale of Commercial Real Property Located at 4500-4520 North Third Street, Philadelphia, PA 19140-1502 [O.P.A. # 884813900] Free and Clear of all Liens, Claims and Encumbrances Pursuant to 11 U.S.C. § 363, (II) Authorizing the Compensation of Real Estate Broker Pursuant to 11 U.S.C. § 330 and (III) Granting the Request for a Waiver of 14 Day Stay Pursuant to Fed. R. Bankr. P. 6004(h) (the "Motion") was served on the Office of the U.S. Trustee, Debtor's counsel, Bankruptcy Rule 2002 Parties, interested parties and all creditors in the above-captioned proceeding. No creditor or party in interest has served or filed any answer, objection or other responsive pleading to the Motion and that the time for serving and filing any such answer, objection or other responsive

pleading has expired.

**WHEREFORE**, counsel to the Trustee respectfully requests that the Motion be granted.

**Respectfully submitted,**

**KARALIS PC**

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
Counsel to the Trustee

Dated: February 5, 2026