IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TRI-STATE PAPER, INC.** | : | **BANKRUPTCY NO. 23-13237 (PMM)** |
| **d/b/a TRI-STATE PAPER COMPANY** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

## ORDER

AND NOW, upon consideration of the Motion of Robert W. Seitzer, Chapter 7 Trustee, for Entry of an Order Compelling Joseph M. Grey PA, EA to file an Application for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 105(a) and 330(a) and Fed. R. Bankr. P. 2016(a) (the "Motion")[1], and after notice and hearing; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. On or within fourteen (14) days after the entry of this Order, Grey shall file the Fee Application in procedural conformity with *In Re Busy Beaver Building Centers, Inc.*, 19 F. 3d 833 (3rd Cir. 1994) and serve all creditors and parties in interest with notice of the Fee Application.

3. If Grey fails to file the Fee Application or serve all creditors and parties in interest with notice of the Fee Application on or within fourteen (14) days after the entry of this Order, Grey shall disgorge to the Trustee all sums paid to him by the Debtor including, but not limited to, the Retainer.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

4. This Court shall retain jurisdiction to interpret and enforce the terms of this Order.

**BY THE COURT:**

Dated: _____

_____
PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE