IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | CHAPTER 7 |
| : | |
| TRI-STATE PAPER, INC. : | BANKRUPTCY NO. 23-13237 (PMM) |
| d/b/a TRI-STATE PAPER COMPANY : | |
| : | |
| Debtor : | |
| : | |

REPORT OF SALE OF ROBERT W. SEITZER,
CHAPTER 7 TRUSTEE, PURSUANT TO FED. R. BANKR. P. 6004(f)(1)

Commercial Real Property Located at 4500-4520 North Third Street,
Philadelphia, PA 19140-1502 [O.P.A. # 884813900]

Robert W. Seitzer, Chapter 7 Trustee (the "Trustee"), hereby submits this Report of Sale Pursuant to Fed. R. Bankr. P. 6004(f)(1) as follows:

1.  Pursuant to the Agreement of Sale by and between the Trustee and 4500 A&E, LLC approved by Order of the Court dated February 9, 2026 [D.I. 363], the Trustee sold commercial real property located at 4500-4520 North Third Street, Philadelphia, PA 19140-1502 [O.P.A. # 884813900] (the "Property") for a purchase price of $900,000.00.

2.  The Trustee received net sale proceeds in the amount of $613,013.05 at closing on the Property and previously received a deposit in the amount of $120,000.00. As such, the Trustee realized net sale proceeds in the amount of $733,013.05 from the sale of the Property. A copy of the Settlement Statement is attached hereto as Exhibit "A" and made a part hereof.

Respectfully submitted,

KARALIS PC

By:  /s/ Robert W. Seitzer
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
rseitzer@karalislaw.com

*Attorneys for the Trustee*

Dated: February 24, 2026