# **EXHIBIT "A"**

Previous editions are obsolete                                                                                                                                       form HUD-1 (3/86) ref Handbook 4305.2

## A. Settlement Statement

U.S. Department of Housing and Urban Development
OMB Approval No. 2502-0265

**B. Type of Loan**

| 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv. Ins. | | 25-1-22409 | n/a | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.
WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

TitleExpress Settlement System
Printed 02/24/2026 at 10:05 KP

| | |
|---|---|
| D. NAME OF BORROWER: | 4500 A & E, LLC |
| ADDRESS: | |
| E. NAME OF SELLER: | Robert W. Seltzer, Trustee in Bankruptcy of the Estate of Tri-State Paper, Inc., d/b/a Tri-State Paper Company, Debtor |
| ADDRESS: | |
| F. NAME OF LENDER: | Larchwood Investment Trust |
| ADDRESS: | 203 Oakmont Drive, Blue Bell, PA 19422 |
| G. PROPERTY ADDRESS: | 4500-20 North 3rd Street, Philadelphia, PA 19140 Philadelphia City |
| H. SETTLEMENT AGENT: | First City Abstract Agency, Inc. |
| PLACE OF SETTLEMENT: | 1010 Race Street, Suite 4, Philadelphia, PA 19107 |
| I. SETTLEMENT DATE: | 02/24/2026 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 900,000.00 | 401. Contract sales price | 900,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 37,957.50 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes   02/24/26 to 12/31/26 | 17,816.64 | 406. City/town taxes   02/24/26 to 12/31/26 | 17,816.64 |
| 107. County taxes | | 407. County taxes | |
| 108. School Taxes | | 408. School Taxes | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 955,774.14 | **420. GROSS AMOUNT DUE TO SELLER** | 917,816.64 |
| **200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | 120,000.00 | 501. Excess Deposit (see instructions) | 120,000.00 |
| 202. Principal amount of new loans | 550,000.00 | 502. Settlement charges to seller (line 1400) | 184,803.59 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of First Mortgage Loan | |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. School Taxes | | 512. School Taxes | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 670,000.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 304,803.59 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 955,774.14 | 601. Gross amount due to seller (line 420) | 917,816.64 |
| 302. Less amounts paid by/for borrower (line 220) | 670,000.00 | 602. Less reduction amount due seller (line 520) | 304,803.59 |
| **303. CASH FROM BORROWER** | 285,774.14 | **603. CASH TO SELLER** | 613,013.05 |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on line 401 above constitutes the Gross Proceeds of this transaction.

You are required by law to provide the settlement agent (Fed. Tax ID No: _____) with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

TIN: 51-0476408    /    -    -    SELLER(S) SIGNATURE(S): _____    /    _____

SELLER(S) NEW MAILING ADDRESS: ~~1900 Spruce Street, Philadelphia, PA 19103~~

SELLER(S) PHONE NUMBERS: ~~(215) 546-4500~~ (H) _____ (W)

Previous editions are obsolete

form HUD-1 (3/86) ref Handbook 4305.2

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
SETTLEMENT STATEMENT

File Number: 25-1-22409
TitleExpress Settlement System  Printed 02/24/2026 at 10:05 KP
PAGE 2

| L. SETTLEMENT CHARGES | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $900,000.00 @ 5.000 = 45,000.00 | | |
| Division of commission (line 700) as follows: | | |
| 701. $         45,000.00    to  MPN REALTY INC | | |
| 702. $                      to | | |
| 703. Commission paid at Settlement | | 45,000.00 |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | |
| 801. Loan Origination Fee      3.000 % ETERNAL FINANCIAL LLC | 16,500.00 | |
| 802. Loan Discount                  % ETERNAL FINANCIAL LLC | -1,500.00 | |
| 803. Appraisal Fee | | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. LAON PROCESSING FEE        to ETERNAL FINANCIAL LLC | 800.00 | |
| 807. DOCUMENT FEE               to ETERNAL FINANCIAL LLC | 850.00 | |
| 808. LENDER DEPOSIT             to ETERNAL FINANCIAL LLC | -5,000.00 | |
| 809. | | |
| 810. | | |
| 811. | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | |
| 901. Interest From         to          @$        /day | | |
| 902. Mortgage Insurance Premium for         to | | |
| 903. Hazard Insurance Premium for           to | | |
| 904. | | |
| 905. | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | |
| 1001. Hazard Insurance          mo. @ $            /mo | | |
| 1002. Mortgage Insurance        mo. @ $            /mo | | |
| 1003. City Property Tax         mo. @ $   1,742.52 /mo | | |
| 1004. County Property Tax       mo. @ $            /mo | | |
| 1005. School Taxes              mo. @ $            /mo | | |
| 1009. Aggregate Analysis Adjustment | 0.00 | 0.00 |
| 1100. TITLE CHARGES | | |
| 1101. Settlement or closing fee | | |
| 1102. Abstract or title search | | |
| 1103. Title examination | | |
| 1104. Title insurance binder | | |
| 1105. Wire/Courier              to First City Abstract Agency, Inc. | 25.00 | 50.00 |
| 1106. Notary Fees               to First City Abstract Agency, Inc. | 25.00 | |
| 1107. Attorney's fees | | |
| (includes above items No:                                    ) | | |
| 1108. Title Insurance           to First American Title Insurance Company | 5,129.00 | |
| (includes above items No:                                    ) | | |
| 1109. Lender's Policy           550,000.00 - 3,533.00 | | |
| 1110. Owner's Policy            900,000.00 - 1,596.00 | | |
| 1111. | | |
| 1112. | | |
| 1113. | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | |
| 1201. Recording Fees Deed $ 278.75 ; Mortgage $ 248.75 ; Release $ | 527.50 | |
| 1202. City/County tax/stamps      Deed $ 32,202.00 ; Mortgage $ | 16,101.00 | 16,101.00 |
| 1203. State Tax/stamps            Deed $ 9,000.00  ; Mortgage $ | 4,500.00 | 4,500.00 |
| 1204. UPI Fee Deed $              ; Mortgage $      ; Release $ | | |
| 1205. | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | |
| 1301. LIEN 230901353            to PA DEPT. OF REVENUE | | 13,734.57 |
| 1302. GAS                       to PGW | | 822.29 |
| 1303. 2022-25 RE TAX            to City of Philadelphia | | 66,085.19 |
| 1304. 2026 re tax               to City of Philadelphia | | 20,910.21 |
| 1305. WATER THROUGH 2/2 (003)   to City of Philadelphia | | 14,185.05 |
| 1306. WATER 2/3-2/24            to City of Philadelphia | | 1,135.05 |
| 1307. City cert                 to MPN REALTY INC | | 142.00 |
| 1308. Other Disbursements (1520) | | 2,138.23 |
| 1400. TOTAL SETTLEMENT CHARGES  (enter on lines 103, Section J and 502, Section K) | 37,957.50 | 184,803.59 |

HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_[signature]_
4500 AYE, LLC

_[signature]_
Robert W. Seltzer, Trustee in Bankruptcy of the Estate of Tri-State Paper, Inc., d/b/a Tri-State Paper Company, Debtor

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

SETTLEMENT AGENT: _[signature]_    DATE: 2/24/2026

Previous editions are obsolete  
U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT  
SETTLEMENT STATEMENT  
File Number: 25-1-22409  
form HUD-1 (3/86) ref Handbook 4305.2  
PAGE 3  
TitleExpress Settlement System  Printed 02/24/2026 at 10:05 KP

### ITEMIZATION OF HUD LINE 1308

| 1500. SCHEDULE OF DISBURSEMENTS | | BUYER | SELLER |
|---|---|---|---|
| 1501. Fire service acct thru 1/26 | to City of Philadelphia | | 1,974.82 |
| 1502. Fire service 1/27-2/24 | to City of Philadelphia | | 60.41 |
| 1503. reinspection fee reimb | to Christopher J. Cimino | | 103.00 |
| 1504. | | | |
| 1505. | | | |
| 1506. | | | |
| 1507. | | | |
| 1508. | | | |
| 1509. | | | |
| 1510. | | | |
| 1511. | | | |
| 1512. | | | |
| 1513. | | | |
| 1514. | | | |
| 1515. | | | |
| 1516. | | | |
| 1517. | | | |
| 1518. | | | |
| 1519. | | | |
| 1520. TOTAL HUD LINE 1308 EXPENSE: | | | 2,138.23 |