Case 23-13237-PMM

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| TRI-STATE PAPER, INC. | : | BANKRUPTCY NO. 23-13237 (PMM) |
| d/b/a TRI-STATE PAPER COMPANY | : | |
| | : | |
| Debtor | : | |
| | : | |

### RESPONSE BY JOSEPH M. GREY, P.A., E.A., THIS COURT APPOINTED ACCOUNTANT, TO THE "MOTION OF ROBERT W. SEITZER, CHAPTER 7 TRUSTEE, FOR ENTRY OF AN ORDER COMPELLING JOSEPH M. GREY PA, EA TO FILE AN APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 105(a) AND 330(a) AND FED. R. BANKR.P. 2016(a)"

Joseph M. Grey, P.A., E.A., comes now before this Court in response to the above stated Motion of Robert W. Seitzer to compel Joseph M. Grey, P.A., E.A. ("I" or "me"), to file an application for compensation and reimbursement for expenses in oredr to get approval from this Court for such compensation and reimbursement of expenses paid to me by Tri-State Paper, Inc. ("Tri-State") pursuant to the above stated statute sections.

The following paragraphs are numbered identically to the numbered paragraphs of Mr. Seitzer's Motion, and they are meant to be responses to the same numbered paragraphs as Mr. Setzer's Motion:

1. Neither admitted nor denied. I have no knowledge of the jurisdictional reference made in the present Motion by the Trustee.

2. Neither admitted nor denied. I have no knowledge of the statutory core proceeding mentioned in the Trustee's Motion.

3. Neither admitted nor denied. I have no knowledge of the statutory basis for the releif requeted in the Trustee's Motion.

A.4.    Admitted.

A.5.    Admitted.

A,6.    Admitted.

B.7.    Admitted.

B.8.    Admitted.

B.9.    Admitted.

FILED

FEB 24 2026

CLERK OF COURT
DEP. CLERK

BY

Case 23-13237 -pmm

Document    Page 2 of 5

B.10.    Admitted.

B.11.    Admitted

B.12.    Admitted

C.13.    Denied. After professionally and competently preparing Tri-State's 2022 Federal form 1120S, the 2022 Pennsylvania Form PA-20S, the New Jersey 2022 Form CBT-100S, the 2022 Delaware Form 1100S, and the 2022 City of Philadelphia form BIRT, and, in addition, performing numerous accounting, bookkeeping and other related services for Tri-State, I was informed by Tri-State's counsels under Tridtate's Chapter 11 filing, I would have to submit my proofs of my entitlement to compensation for all the work I performed, so that Tri-State's counsel would submit that information tto this Court in the proper way (vis-avis a formal "Fee Application") in order to receive all the compensation for which I was entitled. I then submitted written documentation with an "ACCOUNTING SERVICES WORK SCHEDULE TIME RECORD" (see Exhibit "A") in order to receive full compensation after the Court approved the necessary submissions from Tri-State's Chapter 11 Counsel. Mr. Asaad informed me that the this Court approved my compensation, and I, therefore, was paid pursuant to the records I submitted as Exhibit "A." I relied on Mr. Asaad's assurance that this Court approved my payments all the work I performed. Mr. Asaad informed me that I would only receive compensation after the Court approved my fees, and that I had to wait until the Court approved my fees pursuant to the Court's retention order. I only learned that the Court did not approve my compensation in January, 2026 when Mr. Seitzer, the Tri-State's Trustee, called me on the phone and insisted that I had to file a "Fee Application," since Mr. Seitzer indicated that it was never filed in this Court. After I heard this from Mr. Seitzer, I immediately contacted Mr. Cibik concerning his non-filing of the "fee application", and he informed me that he did not have time to do it. I also contacted Tri-State's present counsel, Mr. Alan B. Dubroff, to see if he counld help me in this matter. He indicated that he would file the "Fee Application" by the following Tuesday in January of 2026, but when I called him to see if it was filed, his secretary informed me that he would not be back for two weeks. I then contacted another attorney who wanted an unacceptable fee for his services.

Document     Page 3 of 5

C.13. (Continued). I call the Court's attention to Exhibit "B" which represents the result of my representation of Tri-State before the Pennsylvania Board of Appeals to petition the Board for relief from penalties against Tri-State for non-filing and paying Pennsylvania Sales Tax on Tri-State's sales prior to my appointment by the Chapter 11 Bankruptcy Court which was the assumed responsibility of Tri-State's prior accounting firm. As a result of my representation before the PA Board of Appeals, a penalty of $35,000.00 was eliminated from Tri-State's liability to the PA Department of Revenue. I also helped Tri-State recover insurance proceeds in excess of $100,000.00 for loss of income based on damage to the roof from water damage at the building owned by Tri-State. (See Exhibit "C"). Exhibit "B" shows the above mentioned Pennsylvania Board of Appeals Decision which reduced Tri-State's tax penalty obligations by $35,000.00 as a result of my representation of Tri-State before the PA Board of Appeals. Exhibits "D," "E," and "F" are further exhibits reflecting receipts and services I performed for Tr-State pursuant to my appointment before this Court. Exhibt "G" is a photocopy of my professional licenses as a Public Accountant, licensed by the Pennsylvania Department of Professional Affairs and my credential as an Enrolled Agent" ("enrolled to practice before the Internal revenue Service." I have been professionallu licensed for over 50 years.

In sum, I relied on the Cibik Law firm, counsel for Tr-State under its Chapter 11 proceeding, which informed me that this Court approved all my fees and compensation for the professional accounting, tax preparation and other related services as stated in this response. Whatever this Court decides on the upcoming hearing on March 11, 2026 at 9:30 A.M., I will take any necessary action which this Court directs me to do to try to resolve this matter fairly.

C.1$. Denied. For the reasons given in paragraph C.13. of this response.

C.16. Denied. For the reasons given in paragraph C.13. of this response.

C.16. Neither admitted nor denied. I was never aware that Tri-State's Counsel, the Cibik law firm, did not submit my documentation of work I had performed for Tri-State as shown by all the attached exhibits and statements in this respose. I always acted in good faith and had no intention to disobey any rukes. I was clearly told by the Cibik law firm that I could and would only be paid when this Court approved the payments I was to receive. Both Mr. Cibik and Mr. Asaad informed me that the Court approved all payments I receved and was due to receive, and that I waited for Mr. Cibik and/or Mr. Asaad to let me know when and if I could get paid based on the approval of this Court. I believed them when they told me that this Court approved all my due payments, and that I could finally get paid after waiting several months after completing Tri-State's tax returns and all other accounting and related tax work finished but still unpaid to me.

C.17. Neither admitted nor denied.

C.18. Neither admitted nor denied.

C.19. Neither admitted nor denied.

C.20. Denied. I was not aware that the proper filing was not done by Tri-State's counsel who asserted that he filed the proper papers in order for me to be approved by this Court, and I was told by Tri-State's counsel that in fact I was approved, and I was, therefore, paid.

C.21. Admitted in part. Denied in part. It is admitted that the parties in interest and the creditor's of Tri-State have a right to know the expenditures of the debtor, Tri-State. It is denied that I intentionally did not file the necessary papers in order to get approval from this Court, being under the belief that Mr. Asaad and Mr. Cibik either jointly or individually filed the papers with this Court and took the right procedural path to get me paid, since I submitted the attached exhibits to them for presentation before this Court, which they said they would do.

Case 23-13237 -pmm

Document    Page 5 of 5

**WHEREFORE,** I respectfully request that this Court deny thr Trustee's motion and decide whatever is reasonable, fair and just for all parties in this matter.

Respectfully submitted,

By: _Joseph M. Grey_
Joseph M. Grey
1834 Tomlinson Road
Philadelphia, PA 19116-3850
215-673-2999

Dated: February 24, 2026

Case 23-13237-pmm

Certificate of Service    Page 1 of 2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| TRI-STATE PAPER, INC. | : | BANKRUPTCY NO. 23-13237 (PMM) |
| d/b/a TRI-STATE PAPER COMPANY | : | |
| | : | |
| Debtor | : | |
| | : | |

### CERTIFICATION OF SERVICE

I, Joseph M. Grey, P.A., E.A. certify that on February 24, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit , a copy of which is attachedand incorporated as if fully set forth herein by United States Postal Service certified mail (with return receipt requested).

> Response by Joseph M. Grey, P.A., E.A., this Court appointed Accountant, to the "Motion of Robert W. Seitzer, Chapter 7 Trustee, For the Entry of an Order compelling Joseph M. Grey, PA, EA to file an Application for Compensation and Reimbursement of Expenses pursuant to 11 U.S.C. §§ 105(a) and 330(a) and Fed. R. Bankr.P. 2016(a)"

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

By: *Joseph M. Grey*
 Joseph M. Grey

Dated: February 24, 2026

Case 23-13237-PMM   Certificate of Service   Page 2 of 2

**via U.S.P.S. Certified Mail (with return receipt requested):**

1. Robert W. Seitzer
   1900 Spruce Street
   Philadelphia, PA 19103
   Attention Karals PC

        and

2. Allen B. Dubroff, Esquire
   1500 JFK Boulevard, Suite 1020
   Philadelphia, PA  19102

Case 23-13237 -pmm

**EXHIBIT "A"**

Case 23-13237 -pmm   EXHIBIT "A"   Page 1 of 2

# JOSEPH M. GREY

### PUBLIC ACCOUNTANT

*"Enrolled to Practice before the Internal Revenue Service"*

*Public Accounting • Financial Statements • Tax Returns Prepared*

1834 Tomlinson Road
Philadelphia, PA 19116-3850
Phone: (215) 673-2999

January 4, 2024

Mr. Michael Assad, Esquire
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
Re: Tri-State Paper, Inc.

Dear Mr. Assad, Esq.:

Enclosed with this letter is a "Work Schedule Time Record" of my accounting and bookkeeping and other consulting services I performed for Tri-State Paper, Inc. in addition to my preparation of Tri-State's 2022 Federal, States' and Local Tax Returns. Pursuant to the agreement and the Bankruptcy Court's fee structure, I am to be paid a flat fee of $7000.00 which has been paid as part of the initial payment of $12000.00 to me on October 25, 2023. The remaining $5000.00 was paid for future accounting and consulting services performed by me for Tri-State Paper, Inc..

I have recorded my time and the description of all services I performed to date in addition to the preparation of Tri-State's aforementioned 2022 Tax Returns. Since Mr. Petaccio was not able to hire a bookkeeper  to classify all his checks of Tri-State Paper, Inc. in 2 bank accounts for 2022, amounting to hundreds of unclassified checks, I would not have been able to properly prepare the aforementioned 2022 Tax Returns of Tri-State paper, Inc., and there were serious time constraints to get the 2022 tax returns completed for the Bankruptcy Court.

I am, therefore, submitting my "Work Schedule Time Record" of services I performed in addition to preparing the aforementioned 2022 Tax Returns of Tri-State Paper, Inc.. The fee was approved by the Bankruptcy Court and your office in the amount of $250.00 per hour which I have shown on the said "Work Schedule Time Record." The additional services amounted to $7325.00 of which $5000.00 has been prepaid to me, leaving a balance due of $2325.00 which I am hereby submitting to your office for payment.

Thank you for your consideration of this matter.

Respectfully,

*Joseph M. Grey*

Joseph M. Grey, P.A., E.A.

cc: Mr. John A. Petaccio, President of Tri-State Paper, Inc.

Case 23-13237-pmm

Exhibit "A"    Page 2 of 2

# ACCOUNTING SERVICES
## WORK SCHEDULE TIME RECORD
### OF
## JOSEPH M. GREY, P.A., E.A.

For: Tri-State Paper, Inc.
    John A. Petaccio, President
    4500 North 3rd Stret
    Philadelphia, PA 19140

| Date of Service | Description of Accounting/Bookkeeping Services | Time | Fee |
|---|---|---|---|
| 1. 10-30-23 | Consultation with Mr. John A. Petaccio cocerning embezzlement by previous employees of Tri-State Paper, Inc. and appropriate action to be taken. | 0.5 hrs. | $125.00 |
| 2. 11-7-23 | Consultation with Mr. John A. Petaccio concerning classification and coding of all checks in 2 bank accounts of Tri-State Paper, Inc. for 2022. | 4.6 hrs. | 1150.00 |
| 3. 11-9-23 | Recorded all payments made to John A. Petaccio from 2 bank accounts of Tri-State Paper, Inc. in 2022 and 2023 for Bankruptcy Court & Attorneys | 6.6 hrs. | 1500.00 |
| 4. 11-9-23 | I personally picked up Tri-State's empoyment tax returns for all quarters of 2022 and 2023 from Payroll Service Solutions in Southampton, PA | 1.2 hrs. | 300.00 |
| 5. 11-10-23 | Time spent to get records and information and bookkeeping services I performed for Tri-State | 5.0 hrs. | 1250.00 |
| 6. 11-16-23 | Organizing file and copying all bank statements for payroll account of Tri-State Paper, inc. | .25 hrs. | 62.50 |
| 7. 11-20-23 | Accounting, Bookkeeping and Copying the entire 2021 Corp. Tax Returns of Tri-State Paper, Inc. for Attorney, Mr. Michael Cibik, Esquire for the Bankruptcy Court Records. | 2.0 hrs. | 500.00 |
| 8. 11-28-23 | Categorizing checks at Tri-State's office | 2.0 hrs. | 500.00 |
| 9. 12-1-23 | Categorizing and totalling all checks paid to 5 independent contractors in 2022 in order for me to prepare 1099-NECs and 1096 transmittal which I prepared. | 3.25 hrs. | 812.50 |
| 10. 12-1-23 | Totalling all categories of checks in 2 bank accounts of Tri-State Paper, Inc. for all 2022 (not including "Debits" sections of bank stmts.) | 4.5 hrs. | 1125.00 |

Total Accounting and Bookkeeping Services performed        7325.00
(in addition to fee for preparing 2022 Corporation Tax Returns)

The agreed upon fee of $250.00 per hour is based on the Bankruptcy Court's Order pursuant to the application to the Court that I serve as the "Accountant" for Tri-State Paper, Inc.

Signed _Joseph M. Grey_    Date Signed: January 4, 2023
    Joseph M. Grey, P.A., E.A.

Case 23-13237 -pmm

**EXHIBIT "B"**

**pennsylvania**
DEPARTMENT OF REVENUE

BOARD OF APPEALS
P O BOX 281021
HARRISBURG, PA  17128-1021

Case 23-13237=pmm

Exhibit B    Page 1 of 2

ATTN: JOSEPH M GREY
JOSEPH M GREY PA EA
1834 TOMLINSON ROAD
PHILADELPHIA, PA 19116-3850

IN RE PETITION OF:

TRI STATE PAPER INC

| | |
|---|---|
| DOCKET NO.: | 2413046 |
| TAX TYPE: | Sales/Use Tax |
| APPEAL TYPE | Reassessment |
| ACCOUNT NO.: | 82778452 |
| ASSESSMENT NO.: | L0024978969 |
| TAX PERIOD: | 1/31/2021 to 10/31/2023 |
| APPEAL FILED: | 5/10/2024 |
| EXAMINER: | Caitlin S. Mowery |
| | Direct Dial: (717) 783-7829 |
| | Fax: (717) 787-7270 |
| | CAIMOWERY@PA.GOV |
| MAILING DATE: | July 17, 2024 |

## DECISION AND ORDER

Petitioner, TRI STATE PAPER INC, was issued Assessment Number L0024978969 on 5/1/2024, which consisted of the following:  Sales Tax $79,103.13, Penalty $59,684.16 (Understatement Penalty $3,971.55, Major Understatement Penalty $19,857.87, and Major Penalty $35,854.74), Interest $5,373.93, a total assessment of $144,161.22.

Petitioner is requesting of abatement of penalties. Petitioner has presented the following arguments in its request for relief:

1) Present sole shareholder and President, John A. Petaccio, inherited all stock, thus becoming Petitioner's sole shareholder and President upon the passing of his late father, Mr. Justino D. Petaccio Sr., in April 2023.
    a) Mr. Petaccio Sr. inherited Tri State Paper Inc. upon the untimely passing of Mr. John Petaccio's late brother, Mr. Justino D. Petaccio Jr., in September 2021.
    b) Mr. Justino Petaccio Jr. was also founder of Tri State Paper Inc. and sole shareholder and President since 2003, until his passing.
2) Mr. John Petaccio was faced with many difficulties since inheriting company, such as employee theft, embezzlement of funds, and a roof collapse.
    a) Due to the aforementioned, Petitioner has filed Chapter 11 Bankruptcy on 11/27/2023.

In support of its contentions, Petitioner has provided a narrative of its issues and arguments and copies of the following with claims of embezzlement and fraud by ex-employee by Mr.

TRI STATE PAPER INC
BOARD DOCKET NO. 2413046

Petaccio: a copy of a police report for embezzlement and theft, copies of photos showing theft of company inventory, and copies of checks with Mr. Peataccio's forged signature.

A recorded hearing was held via Microsoft Teams on 6/25/2024. Mr. Joseph Grey, accountant for Petitioner, and Mr. John A. Petaccio, President of Tri State Paper Inc., represented the Petitioner. Mr. Petaccio was sworn in. Caitlin Mowery, a Hearing Officer for the Board of Appeals, represented the Commonwealth.

Major penalties were imposed pursuant to Section 267(b) of the Tax Reform Code of 1971 when the Department has reason to believe that the taxpayer willfully attempted in any manner to evade or defeat the payment of tax. The understatement and major understatement penalties are imposed pursuant to Section 266 of the Tax Reform Code. Section 2706 of the Tax Reform Code allows for the abatement of the penalties if the Petitioner has proven good faith and lack of negligence to warrant penalty abatement.

In addressing the major penalty, the Board has found that the Petitioner acted in good faith, without negligence, and with no intent to defraud the Commonwealth. Accordingly, major penalties in the amount of $35,854.74 are stricken.

With regard to the understatement penalty and major understatement penalty in the total amount of $23,829.42, the Board finds that Petitioner has not demonstrated reasonable administrative controls were in place to ensure timely filing and payment of returns. In addition, the Board determines that the Petitioner has not met the good faith and lack of negligence requirements in accordance with Section 2706 of the Tax Reform Code of 1971 for penalty abatement. As a result, the Board concludes that the total aforementioned understatement penalties imposed must be sustained.

In addressing the interest, the Board does not have the authority to abate interest which has been properly computed and assessed.

FOR THE BOARD OF APPEALS

Andrew Kirk, Member

Eric Belfanti, Member

Case 23-13237 -pmm

EXHIBIT "C"

Case 23-13237 -pmm

Exhibit "C"    Page 1 of 4

**From:** Kelli Parsons
**Sent:** Thursday, February 8, 2024 3:09 PM
**To:** petaccio28@gmail.com; strategic26joegrey@hotmail.com
**Cc:** Ed Williamson; David Horowitz
**Subject:** Tri-State Paper Loss of Business Income Claim


Good afternoon John and Joe,

I have gone through all of the documents that Joe sent and have almost completed a BI claim calculation for Tri-State Paper. I have a couple of questions before I can finish it up.

1.  Part of the calculation looks at expenses that discontinue, or are reduced, as a result of the loss. Currently we only have the 2022 tax return to project expenses.
    a.  Can you send income statements for January – December 2023 so that we can include the non-continuing expenses?
2.  The 2023 sales tax summary reports show Sales Tax amounts for multiple jurisdictions, including Pennsylvania. On the 2022 tax return, there are only line items for the City of Philadelphia BIRT Tax and the State of New Jersey CBT-100S Tax.
    a.  How are the Pennsylvania sales tax payments made?

Thanks.

Kelli Parsons, CPA, CFE | Forensic Accountant
Young Adjustment Company, Inc
900 Lenmar Drive
Blue Bell, PA 19422
Office: 215.654.6800 | Fax: 215.654.6801
Cell: 302.383.4934
Email: kparsons@youngadjustment.com
Web: www.youngadjustment.com

100 Years Young.   



Case 23-13237 -pmm
Exhibit "C"    Page 2 of 4

**From:** Kelli Parsons
**Sent:** Wednesday, June 12, 2024 10:49 AM
**To:** strategic26joegrey@hotmail.com
**Cc:** Ed Williamson; David Horowitz; petaccio28@gmail.com
**Subject:** RE: Tri-State Paper

Good morning Joe,

I have gone through all of the information that you have provided thus far. I have spent a lot of time trying to calculate the lost business income for Tri-State Paper due to the water damage, but based on the attached calculation, I believe there is still information that we are missing.

1. We only have sales tax returns through December 2023. Can you provide the monthly sales tax returns for 2024?
2. We only have expense ledger sheets through early January 2024. Can you provide the remaining ledger sheets for 2024 so that we have the full picture?
3. I noticed in the expense ledger sheets that there are occasionally payments to credit cards. Are these personal expenses or are there any business expenses on these cards?
   a. If there are business expenses, can you provide documentation for those so that we can get them into the calculation?
4. I noticed in the expense ledger sheets transfers to another bank account. Is this a business bank account or a personal account?
   a. If this is a business bank account, can you please provide ledger sheets or bank statements to show the expenses coming out of that account?
   b. I am currently assuming that this is a personal account and these transfers are related to shareholder draws. Based on the salaries expense on the 2022 tax return, I have categorized these transfers as Owner's Salary. Please let me know if this is incorrect.

Thanks.

Kelli Parsons, CPA, CFE | Forensic Accountant
Young Adjustment Company, Inc
900 Lenmar Drive
Blue Bell, PA 19422
Office: 215-654-6800 | Fax: 215-654-6801
Cell: 302-383-4934
Email: kparsons@youngadjustment.com
Web: www.youngadjustment.com

100 Years Young.  



**From:** David Horowitz <DHorowitz@youngadjustment.com>
**Sent:** Monday, October 30, 2023 1:33 PM
**To:** strategic26joegrey@hotmail.com; petaccio28@gmail.com
**Cc:** Ed Williamson <EWilliamson@youngadjustment.com>; Kelli Parsons
<KParsons@youngadjustment.com>
**Subject:** Tri-State Paper

Case 23-13237 -pmm

Exhibit "C"   Page 3 of 4

Dear John and Joe,

Thank you for speaking with us today. I am copying all for future emails. Please have your bankruptcy attorney contact us so we can get our contract approved.

Sincerely,

David

David Horowitz
President/CEO
Young Adjustment Company, Inc.
900 Lenmar Drive, Blue Bell, PA 19422
o. 215-654-6800 / f. 215-654-6801
c. 215-588-7681



100 Years Young.

*PRELIMINARY, SUBJECT TO DISCUSSION*

**Tri-State Paper Company**
Date of Loss = 9/11/2023 - Water Damage
LOSS OF INCOME CLAIM

| Description | Reference | POR Sep 2023 - Dec 2023 | EPI Jan 2024 - Jun 2024 | Total | |
|---|---|---|---|---|---|
| Projected Income | Schedule 2 | 1,509,174.07 | 2,263,761.10 | 3,772,935.16 | - |
| Less: Actual Income | | 405,284.16 | 607,926.24 | 1,013,210.40 | - |
| Net Gross Income Loss | | 1,103,889.91 | 1,655,834.86 | 2,759,724.76 | |
| | | | | | |
| Less: Saved COGS | Schedule 3 | 805,874.19 | 1,182,384.53 | 1,988,258.72 | - |
| | | | | | |
| **Net Gross Profit Loss** | | **298,015.72** | **473,450.32** | **771,466.04** | |
| | | | | | |
| Less: Non-Continuing Expenses | Schedule 4 | 306,801.78 | 460,202.67 | 767,004.44 | |
| | | | | | |
| **Total Income Loss** | | **(8,786.06)** | **13,247.66** | **4,461.60** | |

Young Adjustment
Company, Inc.

22-067A

Case 23-13237 -pmm

EXHIBIT "D"

Case 23-13237-pmm

Exhibit "D'    Page 1 of 1

STATEMENT OF OTHER ACCOUNTING AND RELATED SERVICES
(not included in 2023 Corporation Tax Preparation Fee)

For: Tri-State Paper, Inc.

| Service Description | Fee |
|---|---|
| 1. Prepared 2 sets of 2022 Corporation Federal Tax Returns' copies and copies of 2023 monthly Sales Tax Area Summary" Reports which were sent certified mail to Young Associates, Inc. (the Public Adjustment Company) for insurance claim. (1.25 hours @ $250.00/hour) | $312.50 |
| 2. Titled and numbered 2023 ledgerized expenses and copying 20 pages for Young Adjustment Company (.5 hours @ $2.50/hour) | 125.00 |
| 3. Completed appeal of penalties' assessment on PA sales tax liabilities filed with the Pennsylvania Board of Appeals (1.5 hours @ $250./hour) | 375.00 |
| 4. Letter to Mike Asaad of Cibik law firm concerning PA Board of Appeals petition (.5 hours @ no charge) | 0.00 |
| 5. Postage and certified mail for correspondence to Mike Asaad | 10.00 |
| 6. Representation at hearing (virtual hearing) on June 25, 2024 with the result of reducing the penalties by over $35000.00. (2 hours @ $250.00/hour) | 500.00 |
| Total Other Accounting and Related Services' Fee | 1322.50 |

By: Joseph M. Grey, P.A., E.A.    Signed: _Joseph M. Grey_

**EXHIBIT "E"**

## STATEMENT OF ACCOUNTING AND TAX SERVICES RENDERED

– BY –

### JOSEPH M. GREY
PUBLIC ACCOUNTANT

*"Enrolled to Practice Before the Internal Revenue Service"*

1834 Tomlinson Road
Philadelphia, Pa.    19116
Phone: (215) 673-2999

| SERVICES RENDERED | |
|---|---|
| DESCRIPTION OF SERVICES | FEES |
| Date of Statement: _October 26, 2023_ <br><br> CLIENT: _Tri State Paper Company, Inc._ <br><br><br><br> SERVICES:  The following is a retainer (partial) for the following: <br> Retainer for future services of preparing the 2022 Federal, States' and City Tax Returns and other accounting work for Chapter 11 Bankruptcy processing  and Compilation Financial Statements for the first 10 months of 2923 <br> Paid $_____    on: 10-26-2023 ____ by check No. _10938_ or cash ___ <br><br> Received by _Joseph M. Grey_ | 12000.00 |
| TOTAL FEES | 12000.00 |

| PAYMENTS ON ABOVE SERVICES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Date Paid | Amount Pd. | No. | Date Paid | Amount Pd. | No. | Date Paid | Amount Pd. |
| 1 | 10-26-23 | 12000 | 00 | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | TOTAL AMOUNTS PAID | 12000.00 |

| | |
|---|---|
| Current Balance Owed (TOTAL FEES Less TOTAL AMOUNTS PAID) | 0.00 |

STATEMENT OF ACCOUNTING AND TAX SERVICES RENDERED

- BY -

JOSEPH M. GREY
PUBLIC ACCOUNTANT

*"Enrolled to Practice Before the Internal Revenue Service"*

1834 Tomlinson Road
Philadelphia, Pa.   19116
Phone: (215) 673-2999

| SERVICES RENDERED | |
|---|---|
| DESCRIPTION OF SERVICES | FEES |
| Date of Statement:  December 11, 2023 | |
| CLIENT: Tri-State Paper, Inc. | |
| 4500 N. 3rd Street | |
| Philadelphia, PA  19140-1502 | |
| SERVICES: | |
| Preparation Fee: 2022 Corporation Tax Returns (per agreement) | 7000.00 |
| (Federal, PA, NJ, DE and City of Philadelphia) | |
| Other accounting work (based on hourly time recorded)(29.3 hours) | 7325.00 |
| (29.3 hours x #250.00/Hour (per Order of Court) | |
| Paid $_____ on:_____ by check No._____ or cash___ | |
| Received by_____ | |
| TOTAL FEES | 14325.00 |

| PAYMENTS ON ABOVE SERVICES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Date Paid | Amount Pd. | No. | Date Paid | Amount Pd. | No. | Date Paid | Amount Pd. |
| 1 | 10-26-23 | 12000.00 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | TOTAL AMOUNTS PAID | 12000.00 |

| Current Balance Owed (TOTAL FEES Less TOTAL AMOUNTS PAID) | 2325.00 |
|---|---|

Exhibit "E"   Page 3 of 4

## STATEMENT OF ACCOUNTING AND TAX SERVICES RENDERED

### - BY -

### JOSEPH M. GREY
### PUBLIC ACCOUNTANT

*"Enrolled to Practice Before the Internal Revenue Service"*

1834 Tomlinson Road
Philadelphia, Pa.    19116
Phone: (215) 673-2999

| SERVICES RENDERED | |
| --- | --- |
| DESCRIPTION OF SERVICES | FEES |
| Date of Statement: May 1, 2024 | |
| CLIENT: Tri-State Paper, Inc. | |
| 4500 N. 3rd Street | |
| Philadelphia PA 19140-1502 | |
| SERVICES:   Prep. Fee: 2022 Corporate Fed., States' & City Tax Returns (from Statement) | 7000.00 |
| Accounting, Bookkeeping and Consultations (from 12-11-23 Statement) | 7325.00 |
| Filing Ext. form 7004 and Cert. Mailing & Prep. Fees | 35.00 |
| (Extension of time to file 2023 Form 1120S to avoid late filing penalty) | |
| Paid $ 3500.00  on:  4-30-24          by check No.  1062    or cash | |
| Received by  Joseph M. Grey | |
| TOTAL FEES | 14360.00 |

| PAYMENTS ON ABOVE SERVICES | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| No. | Date Paid | Amount Pd. | No. | Date Paid | Amount Pd. | No. | Date Paid | Amount Pd. |
| 1 | 10-26-23 | 12000.00 | | | | | | |
| 2 | 4-30-24 | 3500.00 | | | | | | |
| | | | | | | TOTAL AMOUNTS PAID | | 15500.00 |

*$1140.00 credit to be applied to future services not listed above.

| Current Balance Owed (TOTAL FEES Less TOTAL AMOUNTS PAID) Credit* | 1140.00 |
| --- | --- |

Case 23-13237 -pmm

Exhibit "E"   Page 4 of 4

STATEMENT OF ACCOUNTING AND TAX SERVICES RENDERED

- BY -

J O S E P H   M.   G R E Y
PUBLIC ACCOUNTANT

*"Enrolled to Practice Before the Internal Revenue Service"*

1834 Tomlinson Road
Philadelphia, Pa.   19116
Phone: (215) 673-2999

| SERVICES RENDERED | |
|---|---|
| DESCRIPTION OF SERVICES | FEES |
| Date of Statement:   8-12-24 | |
| CLIENT: Tri-State Paper, Inc. | |
| 4500 N. 3rd Street | |
| Philadelphia, PA  19140-1502 | |
| SERVICES: | |
| Preparation fee for 2023 Corporation Tax Returns (Federal, States' and Local Returns Completed) | 7000.00 |
| Other Accounting and related services (from attached Statement) | 1322.50 |
| Credit from Statement of May 5, 2024 | (240.00) |
| Paid $2,000.00 on: 8-14-24  by check No. 1093 or cash | |
| Received by Joseph M. Grey | |
| TOTAL FEES | 8082.50 |

| | PAYMENTS ON ABOVE SERVICES | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Date Paid | Amount Pd. | No. | Date Paid | Amount Pd. | No. | Date Paid | Amount Pd. |
| 1 | 4-30-2024 | 3500 00 | | | | | | |
| 2 | 8-14-24 | 2000 00 | | | | | | |
| | | | | | | | TOTAL AMOUNTS PAID | 5500 00 |

| Current Balance Owed (TOTAL FEES Less TOTAL AMOUNTS PAID) | 2582 50 |
|---|---|

Case 23-13237-pmm

## EXHIBIT "F"

Case 23-13237-pmm
Exhibit "F"   Page 1 of 2

## JOSEPH M. GREY

### PUBLIC ACCOUNTANT

*"Enrolled to Practice before the Internal Revenue Service"*

*Public Accounting • Financial Statements • Tax Returns Prepared*

1834 Tomlinson Road
Philadelphia, PA 19116-3850
Phone: (215) 673-2999

November 10, 2023

Mr. Michael Cibic, Esquire
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Dear Mr. Cibik:

On Wednesday, November 8, 2023, I was informed by Mr. Thomas Phelan that you needed a list of all the payments made to John Petaccio by Tri-State Paper Company, Inc. beginning on October 27, 2022 thru October 27, 2023. Mr. Petaccio previously gave me crtain copies of bank statements for the calendar year of 2022 which did not all have coies of the cancelled checks of Citizens Bank (2 accounts: checking account number 6319284335 and checking account number 623567759) in order to begin to get information to prepare the Federa, States and local Tax Returns for 2022 which have not yet been filed due to my not getting all the information needed to prepare them properly.

On Thursday, November 10, 2023, I was able to travel to tri-State's Payroll Service in Southampton, PA to get the missing employment tax returns for 2022 and the 3 past quarters of 2023. With the information I now have, I was able to make a partial list of amounts paid to Mr. Petaccio in the form of a limited number of copies of checks in some of the bank statements for 2023 (Jan. 1, 2023 thru October 27, 2023), the 3 quarters of PA Unemployment Tax Returns showing total salaries paid to John Petaccio, and estimated payments from verbal representations to me by Mr. Petaccio based on information he has but not giiven to me in verified copies of checks' form.

I requested that I be given a reasonable amount of time to get all the information needed to make an accurate listing per your demand that such a listing be provided by Friday, November 10, 2023 to be filed with the Bankruptcy Court no later than Monday, November 13, 2023 as explained to me by Mr. Assad. Mr. Assad also asked me what bank I deposited the retainer given to me by Mr. Petaccio for preparing the Corporate Tax Returns and future accounting and consulting work. I have spent long hours accumulating information, organizing it and consulting almost on a daily basis with Mr. Petaccio in order to expedite the work he hired me to perform, and I am doing the best I can to complete everything including this present work of listing payments, dates and amounts paid to John Petaccio by Tri-State Paper Company, Inc.

The following is a list of payments and records from emploment tax returns showing amounts received by John Petaccio from Tri-State Paper Co., Inc.:

Continued on Page 2

Case 23-13237 -pmm
Exhibit "F"  Page 2 of 2

Page 2
Letter to Mr. Cibik, Esq.
(Continued)

| Payment Date | Amount | Check Number or Description | Account No. |
|---|---|---|---|
| 11-4-2022 | $3000.00 | 10135 (Citizens Bank) | 6235675759 |
| 11-11-22 | 3000.00 | 10147 (Citizens Bank) | 6235675759 |
| 11-11-22 | 3000.00 | 10149 (Citizens Bank) | 6235675759 |
| 11-18-22 | 3000.00 | 10169 (Citizens Bank) | 6235675759 |
| 11-23-22 | 3000.00 | 10194 (Citizens Bank) | 6235675759 |
| 12-9-22 | 3000.00 | 10224 (Citizens Bank) | 6235675759 |
| 12-16-22 | 3000.00 | 10240 (Citizens Bank) | 6235675759 |
| 12-23-22 | 3000.00 | 10267 (Citizens Bank) | 6235675759 |

Checks written to John Petaccio in 2023 from records I have which may be
incomplete: (in addition to salaries paid to John Petaccio as shown on the
first, second and third quarters, 2023 of the Pennsylvania Unemployment Tax
Returns as reported to the PA Department of Labor and Industry):

| | | | |
|---|---|---|---|
| 5-5--23 | 3000.00 | 10591 (Citizens Bank) | 6319284335 |
| 5-11-23 | 3000.00 | 10607 (Citizens Bank) | 6319284335 |
| 5-19-23 | 3000.00 | 10617 (Citizens Bank) | 6319284335 |
| 5-26-23 | 3000.00 | 10631 (Citizens Bank) | 6319284335 |
| 6-2-23 | 3000.00 | 10632 (Citizens Bank) | 6319284335 |
| 6-9-23 | 3000.00 | 10658 (Citizens Bank) | 6319284335 |
| 6-16-23 | 3000.00 | 10682 (Citizens Bank) | 6319284335 |
| 6-23-23 | 3000.00 | 10694 (Citizens Bank) | 6319284335 |
| 6-30-23 | 3000.00 | 10571 (Citizens Bank) | 6319284335 |
| 7-7-23 | 3000.00 | 10739 (Citizens Bank) | 6319284335 |
| 7-14-23 | 3000.00 | 10168 (Citizens Bank) | 6319284335 |
| 7-14-23 | 3000.00 | 10391 (Citizens Bank) | 6319284335 |
| 7-21-23 | 3000.00 | 10782 (Citizens Bank) | 6319284335 |
| 7-28-23 | 3000.00 | 10797 (Citizens Bank) | 6319284335 |

| | | |
|---|---|---|
| PA UC Return (1st Qtr., 2023 (1-1 to 3-31-23) | 11538.45 | Wages Paid to J. Petaccio |
| PA UC Return (2nd Qtr., 2023 (4-1 to 6-30-23) | 26923.05 | Wages Paid to J. Petaccio |
| PA UC Tax Return (3rd Qtr., 2023) (7-1 to 9-30-23) | 23076.90 | Wages paid to J. Petaccio |

(The first 3 quarters of the PA U.C. Tax Returns previously filed with the PA
Department of Labor and Industry are attached to this list as proof) The amounts
shown above paid as wages are in addition to checks paid to John Petaccio during
January 1, 2023 thru October 27, 2023.)

I hope the above information is helpful in determining Mr. Petaccio's
reasonable compensation during the Bankruptcy proceedings. If I had all the
information I would be able to provide it given more time to get the balance
of the records from Mr. Petaccio.

Sincerely,

Joseph M. Grey

Joseph M. Grey, P.A., E.A.

Case 23-13237 -pmm

<u>**EXHIBIT "G"**</u>

Case 23-13237-pmm

Exhibit "G"      Page 1 of 1

### Enrollment to Practice Before the Internal Revenue Service

| 00012847-EA |
|---|



This evidences that
Joseph M. Grey

is enrolled to practice before the Internal Revenue Service under 31 Code of Federal Regulations Part 10 (Treasury Department Circular No. 230)

ISSUE DATE 07/25/2025

Limitations on Practice, if any

EXPIRATION DATE 03/31/2028

Agents are required to follow the rules of Circular 230, including the requirements for Continuing Professional Education.

*Joseph M. Grey*
Signature of Enrolled Agent

*Kimberly D. Rogers*
Kimberly D. Rogers
Director, Return Preparer Office

Form **24-A** (Rev. 12-2022)      Catalog Number 33452Y

---



## Commonwealth of Pennsylvania- Department of State
## Bureau of Professional and Occupational Affairs

Mailing Address P.O. Box 2649, Harrisburg, PA 17105      Toll Free: 1-833-DOS-BPOA



### *JOSEPH M GREY*

| | | | |
|---|---|---|---|
| License Number | : PA000501L | Initial License Date : 08/01/1978 | Expiration Date : 12/31/2027 |
| License Type | : Public Accountant | | License Status as of 11/25/2025 : Active |
| Issued By | : State Board of Accountancy | | |
| Address | : 1834 TOMLINSON ROAD, PHILADELPHIA, PA 19116 | | |



*Arion R. Claggett*
Acting Commissioner Arion R. Claggett

*Joseph M. Grey*
Signature of Licensee


SCAN ME

Please verify the license by visiting https://www.pals.pa.gov/verify or by scanning the QR Code

2

Agents are required to follow the rules of Circular 230, including
the requirements for Continuing Professional Education.

_Joseph M. Grey_
Signature of Enrolled Agent

_Kimberly D. Rogers_
Kimberly D. Rogers
Director, Return Preparer Office

Form **24-A** (Rev. 12-2022)          Catalog Number 33452Y