**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Tri-State Paper, Inc.,                    Chapter 7

                                            :

        **Debtor.**                    Bky. No. 23-13237 (PMM)

_____ :

## FIRST AND FINAL FEE APPLICATION OF JOSEPH M. GREY, CPA, EA, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS DEBTOR′S ACCOUNTANT, FOR THE PERIOD OCTOBER 26, 2023, THROUGH AUGUST 23, 2024

Cibik Law, P.C., formerly counsel for the Debtor, on behalf of Joseph M. Grey, CPA, EA (the ″Applicant″), formerly accountant for the Debtor, hereby files this first and final application under § 330 of the Bankruptcy Code, for an award of compensation and reimbursement of actual, necessary expenses (the ″Application″) and represents:

### Part A - Preliminary Statement

1.      On October 27, 2023, the Debtor filed an Application to Employ the Applicant as its accountant. By Order dated November 17, 2023, the Applicant was employed as the Debtor′s accountant.

2.      All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtor, and not on behalf of any committee, creditor, or other person.

3.      The services described in this Application are actual, necessary services and the compensation requested for those services is reasonable.

4.      The expenses described in this Application are actual, necessary expenses.

5.      The Applicant seeks a final allowance and payment of compensation in the amount of $23,537.50 for accounting services rendered and $45.00 for reimbursement of actual and necessary expenses incurred during the service period of October 26, 2023, through August 23, 2024 (the ″Service Period″).

6.      The Debtor already paid the Applicant for the above compensation and expenses as the Debtor was invoiced by the Applicant during the Service Period.

<u>Part B - General Information</u>

1. **Period: October 26, 2023, through August 23, 2024**

   First and Final Fee Application

   |  | Requested |
   |---|---|
   | Fees | $23,537.50 |
   | Expenses | $45.00 |
   | Total | $23,582.50 |

2. **General Information**

   a.   Date case filed: October 27, 2023

   b.   Date Interim Trustee appointed: September 26, 2025

   c.   Date application to approve employment filed: October 27, 2023

   d.   Date employment approved: November 17, 2023

   e.   First date services rendered in this case: October 26, 2023

   f.   $23,537.50 (all) of the compensation sought for accounting services and $45.00 (all) of the reimbursement sought for actual and necessary expenses incurred during the Service Period have already been paid in full by the Debtor as of August 23, 2024.

3. **Prior Applications**

   None

4. **Applicant's Compensation**

| NAME OF PROFESSIONAL | FLAT FEES | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| Joseph M. Grey | $14,750 | N/A | N/A | $14,750.00 |
| Joseph M. Grey | N/A | 35.15 | $250 | $8,787.50 |
| **TOTAL** | **$14,750.00** | **35.15** | | **$23,537.50** |

5.      **Applicant's Expenses**

| NAME OF PROFESSIONAL | EXPENSES | TOTAL |
|---|---:|---:|
| Joseph M. Grey | $45.00 | $45.00 |
| **TOTAL** | **$45.00** | **$45.00** |

6.      **Billing Rates**

The billing rates set forth in this application are the normal hourly rates charged by the Applicant for the services rendered.

### Part C – Billing Summary

1.      **Description of Services** – The Applicant prepared the Debtor's 2022 tax returns for the IRS, Pennsylvania, New Jersey, Delaware, and the City of Philadelphia. The Applicant provided the Debtor with other accounting work, bookkeeping, and consultation services, including drafting a ledger for the business for the year 2023 from scratch. The applicant organized the physical ledger, and hand delivered it to the insurance adjuster. The Applicant prepared the 2022 tax returns of the Debtor's Principal, John Petaccio (the "Principal"), for the IRS and State of Pennsylvania. The Applicant prepared the Debtor's 2023 tax returns for the IRS, Pennsylvania, New Jersey, Delaware, and the City of Philadelphia. The Applicant prepared and submitted an appeal on behalf of the Debtor to reduce the Debtor's Pennsylvania state tax liabilities, represented the Debtor at the appeals hearing, and won the appeal, reducing the Debtor's tax liabilities by roughly $35,000.

2.      **Invoicing History** – On October 26, 2023, the Debtor paid the Applicant $12,000.00 as a retainer to be put towards "future services of preparing the 2022 Federal, States', and City Tax Returns and other accounting work for Chapter 11 Bankruptcy processing and Compilation Financial Statements for the first 10 months of 2023." On December 11, 2023, the Applicant invoiced the Debtor for $14,325.00, $7,000.00 for the Preparation Fee for the Debtor's 2022 tax returns and $7,325.00 for 29.3 hours of other accounting work, crediting the Debtor $12,000.00 for the retainer paid on October 26, 2023, and leaving a balance of $2,325.00. On April 30, 2024, the Debtor paid the Applicant $3,500.00, resulting in a credit of $1,175.00. On

May 1, 2024, the Applicant invoiced the Debtor for an additional $35.00 of expenses related to filing an extension for the Debtor's 2023 IRS 1120S, leaving a credit of $1,140.00. On May 5, 2024, the Applicant invoiced the Debtor for an additional $900, consisting of $150 (0.6 hours) of work spent physically compiling the Debtor's 2023 ledger and hand delivering it to the insurance adjuster, and a flat fee of $750 for preparing the Principal's tax returns, leaving a credit of $240. On August 12, 2024, the Applicant invoiced the Debtor for $8,082.50, $7,000 for the Preparation Fee for the Debtor's 2023 tax returns, and $1,322.50 of other "accounting and related services" detailed in an attached statement, which consisted of $1,312.50 of services and $10 of expenses. The Debtor was credited for the aforementioned $240.00, plus a payment of $2,000.00 that the Debtor made to the Applicant on August 14, 2024, which was written onto the invoice after the fact, leaving a balance of $2,582.50 left to be paid. On August 23, 2025, the Debtor made a payment of $2,582.50, resolving the remaining balance in full, and the Applicant issued an invoice that same day reflecting the same.

3.     The Debtor paid the Applicant a total compensation of $23,537.50 for services rendered, as evidenced by the invoices issued to the Debtor. The invoices and attachment mentioned are attached to this Application as Exhibit "A".

## Part D – Expense Summary

1.     The Applicant expended $45.00 for costs and expenses in connection with the services he rendered to the Debtor. The $35 expense and the $10 expense invoiced to the Debtor by the Applicant can be found on the May 1, 2024 invoice and the attachment to the August 12, 2024 invoice, both of which are included in Exhibit A.

## Part E - L.B.R. 2016-2(b) Statement

1.     Local Bankruptcy Rule 2016-2(b) is not applicable as the Applicant is seeking the entry of a final Order awarding compensation and reimbursement of expenses.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE, the Applicant requests a retroactive award of $23,537.50 as reasonable compensation for the services rendered and $45.00 for reimbursement of expenses, for a total of $23,582.50 for the period October 16, 2023 through August 23, 2024, which has already been paid in full by the Debtor as of August 23, 2024.

Respectfully submitted,

Cibik Law, P.C. on behalf of Joseph M. Grey

By:     /s/ Michael A. Cibik
        Michael A. Cibik (#23110)
        1500 Walnut Street, Suite 900
        Philadelphia, PA 19102
        215-735-1060
        mail@cibiklaw.com

Dated: March 17, 2026