**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Tri-State Paper, Inc.,** | **Chapter 11** |
| **Debtor.** | **Bky. No. 23-13237 (PMM)** |

**VERIFIED STATEMENT**

The undersigned hereby swears and affirms pursuant to 28 U.S.C. § 1746 that the following information is true and correct to the best of his knowledge, information and belief:

1.      I am Joseph M. Grey, the Applicant named in the foregoing First and Final Fee Application of Joseph M. Grey, CPA, EA, for Compensation and Reimbursement of Expenses, as Debtor's Accountant, for the Period October 26, 2023 through August 23, 2024; that the facts set forth therein are true and correct; that I have no agreement directly or indirectly, and that no understanding exists in any form or guise with any person for a division of the compensation herein requested.

2.      I declare under penalty of perjury that the foregoing is true and correct.

/s/ Joseph M. Grey
Joseph M. Grey

Dated: March 17, 2026