**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: Tri-State Paper, Inc.,**                    **Chapter 11**

                                                          **:**

        **Debtor.**                                **Bky. No. 23-13237 (PMM)**

_____ **:**

**ORDER**

     **AND NOW**, upon consideration of the First and Final Fee Application of Joseph M. Grey, CPA, EA (the "Applicant"), for Compensation and Reimbursement of Expenses, as Debtor's Accountant, for the Period October 26, 2023 through August 23, 2024 (the "Application"), it is hereby **ORDERED** that:

    1.     The Application is **APPROVED**.

    2.     The Applicant is retroactively allowed compensation in the amount of $23,537.50 for services rendered and $45.00 for reimbursement of expenses for a total of $23,582.50.

    3.     The amount awarded herein is hereby made final.

                         **BY THE COURT:**

Dated: _____                    _____
                                                          Patricia M. Mayer
                                                          U.S. Bankruptcy Judge