# EXHIBIT "A"

## STATEMENT OF ACCOUNTING AND TAX SERVICES RENDERED

- BY -

### JOSEPH M. GREY

### PUBLIC ACCOUNTANT

*"Enrolled to Practice Before the Internal Revenue Service"*

1834 Tomlinson Road
Philadelphia, Pa.    19116
Phone: (215) 673-2999

| SERVICES RENDERED | |
|---|---|
| DESCRIPTION OF SERVICES | FEES |
| Date of Statement: __October 26, 2023__<br><br>CLIENT: Tri State Paper Company, Inc.<br><br><br><br>SERVICES: The following is a retainer (partial) for the following:<br>Retainer for future services of preparing the 2022 Federal, States' and City Tax Returns and other accounting work for Chapter 11 Bankruptcy processing and Compilation Financial Statements for the first 10 months of 2923<br>Paid $ _12000.00_ on: __10-26-2023__ by check No. _10938_ or cash __<br><br>Received by _Joseph M. Grey_ | 12000.00 |
| TOTAL FEES | 12000.00 |

| PAYMENTS ON ABOVE SERVICES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Date Paid | Amount Pd. | No. | Date Paid | Amount Pd. | No. | Date Paid | Amount Pd. |
| 1 | 10-26-23 | 12000 00 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | TOTAL AMOUNTS PAID | | | | | 12000.00 |

| Current Balance Owed (TOTAL FEES Less TOTAL AMOUNTS PAID) | 0.00 |
|---|---|

## STATEMENT OF ACCOUNTING AND TAX SERVICES RENDERED

### - BY -

### JOSEPH M. GREY
### PUBLIC ACCOUNTANT

*"Enrolled to Practice Before the Internal Revenue Service"*

1834 Tomlinson Road
Philadelphia, Pa.   19116
Phone: (215) 673-2999

| SERVICES RENDERED | |
|---|---|
| DESCRIPTION OF SERVICES | FEES |
| Date of Statement: December 11, 2023<br><br>CLIENT: Tri-State Paper, Inc.<br>4500 N. 3rd Street<br>Philadelphia, PA  19140-1502<br><br>SERVICES:<br>Preparation Fee: 2022 Corporation Tax Returns (per agreement)<br>(Federal, PA, NJ, DE and City of Philadelphia)<br>Other accounting work (based on hourly time recorded)(29.3 hours)<br>(29.3 hours x $250.00/Hour (per Order of Court)<br>Paid $ 12000.00 on: 10-26-2023 _____ by check No. 10938 ___ or cash ___<br><br>Received by _____ | 7000.00<br><br>7325.00 |
| TOTAL FEES | 14325.00 |

| PAYMENTS ON ABOVE SERVICES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Date Paid | Amount Pd. | No. | Date Paid | Amount Pd. | No. | Date Paid | Amount Pd. |
| 1 | 10-26-23 | 12000 00 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | TOTAL AMOUNTS PAID | 12000.00 |

| Current Balance Owed (TOTAL FEES Less TOTAL AMOUNTS PAID) | 2325.00 |
|---|---|

## STATEMENT OF ACCOUNTING AND TAX SERVICES RENDERED

### - BY -

### JOSEPH M. GREY
### PUBLIC ACCOUNTANT

*"Enrolled to Practice Before the Internal Revenue Service"*

1834 Tomlinson Road
Philadelphia, Pa.   19116
Phone: (215) 673-2999

| SERVICES RENDERED | |
|---|---|
| DESCRIPTION OF SERVICES | FEES |
| Date of Statement: May 1, 2024 | |
| CLIENT: Tri-State Paper, Inc. | |
| 4500 N. 3rd Street | |
| Philadelphia PA 19140-1502 | |
| SERVICES:  Prep. Fee: 2022 Corporate Fed., States' & City Tax Returns (from Statement) | 7000.00 |
| Accounting, Bookkeeping and Consultations (from 12-11-23 Statement) | 7325.00 |
| Filing Ext. form 7004 and Cert. Mailing & Prep. Fees | 35.00 |
| (Extension of time to file 2023 Form 1120S to avoid late filing penalty) | |
| Paid $ 3500.00  on: 4-30-24      by check No. 1062   or cash__ | |
| Received by _Joseph M. Grey_ | |
| TOTAL FEES | 14360.00 |

| PAYMENTS ON ABOVE SERVICES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Date Paid | Amount Pd. | No. | Date Paid | Amount Pd. | No. | Date Paid | Amount Pd. |
| 1 | 10-26-23 | 12000.00 | | | | | | |
| 2 | 4-30-24 | 3500.00 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | TOTAL AMOUNTS PAID | | | | 15500.00 |

*$1140.00 credit to be applied to future services not listed above.

| Current Balance Owed (TOTAL FEES Less TOTAL AMOUNTS PAID) Credit* | 1140.00 |
|---|---|

## STATEMENT OF ACCOUNTING AND TAX SERVICES RENDERED

– BY –

### JOSEPH M. GREY
### PUBLIC ACCOUNTANT

*"Enrolled to Practice Before the Internal Revenue Service"*

1834 Tomlinson Road
Philadelphia, Pa.   19116
Phone: (215) 673-2999

| SERVICES RENDERED | |
|---|---|
| DESCRIPTION OF SERVICES | FEES |

Date of Statement: May 5, 2024

CLIENT: Tri-State Paper, Inc.

4500 N. 3rd Street

Philadelphia PA 19140-1502

SERVICES:

| | FEES |
|---|---|
| Services rendered as stated on Receipt of May 1, 2024 | 14360.00 |
| Titling and Page Numbering of 2023 Ledger for Public Adjuster and Hand delivered completed 2023 Expenses Ledger to Young Adjustment Co., Inc. | 150.00 |
| Prepared 2022 Fed. & State Tax Returns of John A. Petaccio (as agreed) | 750.00 |

Paid $_____ on:_____ by check No._____ or cash__

Received by_____

| | TOTAL FEES | 15260.00 |
|---|---|---|

### PAYMENTS ON ABOVE SERVICES

| No. | Date Paid | Amount Pd. | No. | Date Paid | Amount Pd. | No. | Date Paid | Amount Pd. |
|---|---|---|---|---|---|---|---|---|
| 1 | 10-26-23 | 12000.00 | | | | | | |
| 2 | 4-30-24 | 3500.00 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | TOTAL AMOUNTS PAID | 15500.00 |
|---|---|---|

| Current Balance Owed (TOTAL FEES Less TOTAL AMOUNTS PAID) | (240.00)* |
|---|---|

*(240.00): Credit toward future services not listed above)

## STATEMENT OF ACCOUNTING AND TAX SERVICES RENDERED

- BY -

### JOSEPH M. GREY
#### PUBLIC ACCOUNTANT

*"Enrolled to Practice Before the Internal Revenue Service"*

1834 Tomlinson Road
Philadelphia, Pa.   19116
Phone: (215) 673-2999

| SERVICES RENDERED | | |
|---|---|---|
| DESCRIPTION OF SERVICES | FEES | |
| Date of Statement:   8-12-24 | | |
| CLIENT: Tri-State Paper, Inc. | | |
|   4500 N. 3rd Street | | |
|   Philadelphia, PA  19140-1502 | | |
| SERVICES: | | |
| Preparation fee for 2023 Corporation Tax Returns (Federal, States' and Local Returns Completed) | 7000 | 00 |
| Other Accounting and related services (from attached Statement) | 1322 | 50 |
| Credit from Statement of May 5, 2024 | (240 | 00) |
| Paid $2,000.00 on: _8-14-24_ by check No. _1093_ or cash__ | | |
| Received by _Joseph M. Grey_ | | |
| TOTAL FEES | 8082 | 50 |

| PAYMENTS ON ABOVE SERVICES | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Date Paid | Amount Pd. | | No. | Date Paid | Amount Pd. | | No. | Date Paid | Amount Pd. | |
| 1 | 4-30-2024 | 3500 | 00 | | | | | | | | |
| 2 | 8-14-24 | 2000 | 00 | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | TOTAL AMOUNTS PAID | | | | 5500 | 00 |

| Current Balance Owed (TOTAL FEES Less TOTAL AMOUNTS PAID) | 2582 | 50 |
|---|---|---|

STATEMENT OF OTHER ACCOUNTING AND RELATED SERVICES
(not included in 2023 Corporation Tax Preparation Fee)

For: Tri-State Paper, Inc.

| Service Description | Fee |
|---|---|
| 1. Prepared 2 sets of 2022 Corporation Federal Tax Returns' copies and copies of 2023 monthly Sales Tax Area Summary" Reports which were sent certified mail to Young Associates, Inc. (the Public Adjustment Company) for insurance claim. (1.25 hours @ $250.00/hour). | $312.50 |
| 2. Titled and numbered 2023 ledgerized expenses and copying 20 pages for Young Adjustment Company (.5 hours @ $2.50/hour) | 125.00 |
| 3. Completed appeal of penalties' assessment on PA sales tax liabilities filed with the Pennsylvania Board of Appeals (1.5 hours @ $250./hour) | 375.00 |
| 4. Letter to Mike Asaad of Cibik Law firm concerning PA Board of Appeals petition (.5 hours @ no charge) | 0.00 |
| 5. Postage and certified mail for correspondence to Mike Asaad | 10.00 |
| 6. Representation at hearing (virtual hearing) on June 25, 2024 with the result of reducing the penalties by over $35000.00. (2 hours @ $250.00/Hour) | 500.00 |
| Total Other Accounting and Related Services' Fee | 1322.50 |

## STATEMENT OF ACCOUNTING AND TAX SERVICES RENDERED

### - BY -

### JOSEPH M. GREY
### PUBLIC ACCOUNTANT

*"Enrolled to Practice Before the Internal Revenue Service"*

1834 Tomlinson Road
Philadelphia, Pa.   19116
Phone: (215) 673-2999

| SERVICES RENDERED | |
|---|---|
| DESCRIPTION OF SERVICES | FEES |
| Date of Statement: August 23, 2024 | |
| CLIENT: Tri-State Paper, Inc. | |
| SERVICES: | |
| Balance owed on services per Statement of 8-12-24 | 2582.50 |
| Paid $ 2582.50 on: 8-23-24 by check No. 1096 or cash ___ | |
| Received by _Joseph M. Grey_ | |
| TOTAL FEES | 2582.50 |

### PAYMENTS ON ABOVE SERVICES

| No. | Date Paid | Amount Pd. | No. | Date Paid | Amount Pd. | No. | Date Paid | Amount Pd. |
|---|---|---|---|---|---|---|---|---|
| 1 | 8-23-24 | 2582.50 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | TOTAL AMOUNTS PAID | | | | | | |

| Current Balance Owed (TOTAL FEES Less TOTAL AMOUNTS PAID) | | |
|---|---|---|