**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Tri-State Paper, Inc.,                                    **Chapter 7**

                                                          **:**

              **Debtor.**                                  **Bky. No. 23-13237 (PMM)**

                                                          **:**

_____ **:**

**CERTIFICATION OF SERVICE**

I, Michael A. Cibik, certify that on March 17, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First and Final Fee Application of Joseph M. Grey, CPA, EA, for Compensation and Reimbursement of Expenses, as Debtor's Accountant, for the Period October 26, 2023 through August 23, 2024, Proposed Order, and Exhibit A

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: March 17, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Office of the U.S. Trustee**
c/o Dave P. Adams
c/o Kevin P. Callahan
c/o Samantha Lieb
c/o Rachel Wolf
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Robert F. Seitzer, Interim Trustee**
1900 Spruce Street
Philadelphia, PA 19103

**Tri-State Paper**
c/o Allen B. Dubroff
Allen B. Dubroff, Esq. & Associates, LLC
1500 JFK Boulevard, Suite 910
Philadelphia, PA 19102

**Penn Jersey Paper**
c/o Joshua B. Ladov, Esquire
Ladov Law Firm, P.C.
Jefferson Center, Suite 2820
1101 Market Street
Philadelphia, Pa 19107-2993

**Pennsylvania Dept. of Revenue**
c/o Joseph Jasper Swartz
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061

**City of Philadelphia**
c/o Pamela Elchert Thurmond
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595

**Citizen's Bank**
c/o Kristen Wetzel Ladd
P.O. Box 515
West Chester, PA 19381-0515

**Servpro of King of Prussia**
c/o Leo M. Gibbons, Esquire
MacElree Harvey Ltd
17 West Miner St., Box 660
West Chester, PA 19381

**Pennske Truck Leasing Co., LP**
c/o Lawrence J. Kotler, Esquire
Duane Morris LLP
30 South 17,h Street
Philadelphia, PA 19103-4196

**PC Events, LLC**
c/o David B. Picker, Esquire
Spector Gadon Rosen Vinci P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103

**Pennsylvania Dept. of Labor and Industry**
1700 Labor & Industry Building
Harrisburg, PA 17120