**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Tri-State Paper, Inc.,                            **Chapter 11**

                                    **:**

      **Debtor.**                            **Bky. No. 23-13237 (PMM)**

_____**:**

**NOTICE OF FIRST AND FINAL FEE APPLICATION OF JOSEPH M. GREY, CPA, EA, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS DEBTOR'S ACCOUNTANT, FOR THE PERIOD OCTOBER 26, 2023, THROUGH AUGUST 23, 2024**

TO: ALL CREDITORS, OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES IN INTEREST:

Joseph M. Grey, CPA, EA (the "Applicant"), as Accountant of the Debtor, has filed a First and Final Fee Application for Compensation and Expenses requesting final compensation in the amount of $23,537.50 for services rendered and $45.00 for reimbursement of expenses for a total of $23,582.50, for the period October 16, 2023 through August 23, 2024 (the "Application"). The Applicant has made no previous application for compensation.

1.      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2.      **If you do not want the court to grant the relief sought in the Application** or if you want the court to consider your views on the Application, then on or before **March 31, 2026, you or your attorney must file a response to the Application.** (*see Instructions on next page*).

3.      **If you do not file a response to the Application,** the court may enter an order granting the relief requested in the Application.

4.      You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether a hearing has been scheduled.

5.      If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

## **Filing Instructions**

6.      **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

7.      **If you are not required to file electronically**, you must file your response at

> Clerk
> United States Bankruptcy Court
> for the Eastern District of Pennsylvania
> Robert N.C. Nix Building, Suite 400
> 900 Market Street
> Philadelphia, PA 19107

8.      **If you mail your response** to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

9.      On the same day that you file or mail your Response to the Application, you must mail or deliver a copy of the Response to the movant's attorney:

> Michael A. Cibik, Esquire
> Cibik Law, P.C.
> 1500 Walnut Street, Suite 900
> Philadelphia, PA 19102
> Phone: (215) 735-1060
> Fax: 215-735-6769
> mail@cibiklaw.com

Dated: March 17, 2026