## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TRI-STATE PAPER, INC.** | : | **BANKRUPTCY NO. 23-13237 (PMM)** |
| **d/b/a TRI-STATE PAPER COMPANY** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

### ORDER

**AND NOW,** upon consideration of the Motion of Robert W. Seitzer, Chapter 7 Trustee, for Entry of an Order (I) Authorizing the Abandonment and Destruction of all Personal Property located at 2044 East Clementine Street, Philadelphia, PA 19134-3819 and (II) for Related Relief Pursuant to 11 U.S.C. §§ 105(a) and 554(a) and Fed. R. Bankr. P. 6007(a) (the "Motion")[1], and after notice to parties in interest and a hearing; it is hereby **ORDERED** that:

1.     The Motion is **GRANTED.**

2.     All of the Personal Property located at the Real Property is hereby **ABANDONED** by the Trustee back to the Debtor.

3.     In the event the Debtor does not remove all of the Personal Property located at the Real Property within twenty (20) days after the entry of this Order, the Trustee is authorized to remove and destroy all of the Personal Property and pay the Destruction Costs.

4.     This Court shall retain jurisdiction over all matters arising from or in connection with the implementation of this Order.

**BY THE COURT:**

Dated: _____                    _____
                                    PATRICIA M. MAYER,
                                    UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.