**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TRI-STATE PAPER, INC.** | : | **BANKRUPTCY NO. 23-13237 (PMM)** |
| **d/b/a TRI-STATE PAPER COMPANY** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

**CERTIFICATION OF SERVICE**

I, Robert W. Seitzer, Esquire, certify that on April 9, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion of Robert W. Seitzer, Chapter 7 Trustee, for Entry of an Order (I) Authorizing the Abandonment and Destruction of all Personal Property located at 2044 East Clementine Street, Philadelphia, PA 19134-3819 and (II) for Related Relief Pursuant to 11 U.S.C. §§ 105(a) and 554(a) and Fed. R. Bankr. P. 6007(a) (the "Motion") and

- Notice of Motion, Response Deadline and In-Person Hearing Date.

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

**KARALIS PC**

By:    /s/ Robert W. Seitzer
       ROBERT W. SEITZER

*Attorneys for the Trustee*

Dated: April 9, 2026

Mailing List Exhibit attached hereto:

**VIA ECF TRANSMISSION**

John Schanne, Esquire
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
*Counsel to the U.S. Trustee*

Allen B. Dubroff, Esquire
1500 JFK Blvd., Suite 1020
Philadelphia, PA 19102
*Counsel to the Debtor*

Leo M. Gibbons, Esquire
MacElree Harvey Ltd
17 West Miner St., Box 660
West Chester, PA 19381
*Counsel to Servpro of King of Prussia*

Lawrence J. Kotler, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
*Counsel to Penske Truck Leasing Co., LP*

Kristen Wetzel Ladd, Esquire
Unruh, Turner, Burke & Frees, P.C.
17 West Gay Street
West Chester, PA 19381
*Counsel to Citizens Bank, N.A.*

Joshua B. Ladov, Esquire
Ladov Law Firm, P.C.
1101 Market Street, Suite 2820
Philadelphia, PA 19107-2993
*Counsel to Penn Jersey Paper Co.*

Samantha Lieb, Esquire
DOJ-UST
One Newark Center, Suite 2100
Newark, NJ 07102
*Counsel to the U.S. Trustee*

David B. Picker, Esquire
Spector Gadon Rosen Vinci P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103
*Counsel to PC Events, LLC*

Joseph Jasper Swartz, Esquire
Pennsylvania Department of Revenue
P.O. Box 281061
Harrisburg, PA 17128
*Counsel to PA Dept of Revenue*

Pamela Elchert Thurmond, Esquire
City of Philadelphia, Law/Revenue Dept.
Mun. Serv. Bldg, 140 JFK Blvd, 5th Floor
Philadelphia, PA 19102
*Counsel to Water Revenue Bureau*

Rachel Wolf, Esquire
DOJ-UST
One Newark Center, Suite 2100
Newark, NJ 07102
*Counsel to the U.S. Trustee*

**VIA E-MAIL**

MPN Realty, Inc.
Attn: Christopher J. Cimino
1601 Walnut Street, Suite 900
Philadelphia, PA 19102
ccimino@mpnrealty.com
*Real Estate Broker to the Trustee*

Megan N. Harper, Esquire
City of Philadelphia Law Department
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102
megan.harper@phila.gov
*Attorneys for City of Philadelphia and School District of Philadelphia*

Richard E. Furtek
Furtek & Associates, LLC
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
rfurtek@furtekassociates.com
*Former Subchapter V Trustee*

**VIA E-MAIL AND U.S. FIRST CLASS MAIL**

John Petaccio
149 East Church Street
Blackwood, NJ 08012-3904
petaccio28@gmail.com