**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| TRI-STATE PAPER, INC. | ) Case No. 23-13237-PMM |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |

**PRAECIPE TO WITHDRAWAL OF PROOF OF CLAIM OF**
**PENSKE TRUCK LEASING CO., L.P. (CLAIM NO. 39)**

TO THE CLERK OF COURT:

Creditor, Penske Truck Leasing Co., L.P. hereby withdraws its Proof of Claim No. 39 filed

on May 2, 2024 as being duplicative of Proof of Claim No. 42 filed on October 21, 2025.

Respectfully submitted this April 20, 2026.


Date: April 20, 2026                         **DUANE MORRIS LLP**

By:   */s/ Lawrence J. Kotler*
        Lawrence J. Kotler (56029)
        E-mail:ljkotler@duanemorris.com
        Ryan Spengler (332107)
        E-mail:rspengler@duanemorris.com
        30 South 17th Street
        Philadelphia, PA 19103-4196
        Telephone: +1 215 979 1000
        Fax: +1 215 979 1020
        Counsel for Creditor
        Penske Truck Leasing Co., L.P.

DM1\20950425.1