# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| TRI-STATE PAPER, INC. | : | BANKRUPTCY NO. 23-13237 (PMM) |
| d/b/a TRI-STATE PAPER COMPANY | : | |
| | : | |
| Debtor | : | |
| | : | |

## PRAECIPE TO WITHDRAW PROOF OF CLAIM
## NUMBER 44-1 FILED BY POLY PLASTICS PRODUCTS

TO THE CLERK:

Kindly withdraw Proof of Claim Number 44-1 filed Poly Plastics Products.

*Claim 14-1 Remains — Don't know how Two Claims were filed*

**POLY PLASTICS PRODUCTS**



By: _____

Name: Vito Gentile
Title:  Credit Manager

Dated: April 15, 2026

FILED

APR 2 0 2026

CLERK OF COURT
BY _____ DEP. CLERK

# Eastern District of Pennsylvania
# Claims Register

### 23-13237-pmm Tri-State Paper, Inc. Converted 09/25/2025

**Judge:** Patricia M. Mayer          **Chapter:** 7

**Office:** Philadelphia          **Last Date to file claims:** 01/07/2026

**Trustee:** ROBERT W. SEITZER          **Last Date to file (Govt):**

---

*Creditor:*     (14826497)          **Claim No: 1**          *Status:*
Imperial Bag & paper Co LLC          *Original Filed Date:* 10/30/2023          *Filed by:* CR
255 Route 1 & 9          *Original Entered Date:* 10/30/2023          *Entered by:* EPOC Administrator
Jersey City, NJ 07306                    *Modified:*

,

  Amount claimed: $50812.69

*History:*

  Details  ⊚  1-1   10/30/2023 Claim #1 filed by Imperial Bag & paper Co LLC, Amount claimed: $50812.69 (Administrator, EPOC)

*Description:*

*Remarks:* (1-1) Account Number (last 4 digits):l069

---

*Creditor:*     (14826497)          **Claim No: 2**          *Status:*
Imperial Bag & paper Co LLC          *Original Filed Date:* 10/30/2023          *Filed by:* CR
255 Route 1 & 9          *Original Entered Date:* 10/30/2023          *Entered by:* EPOC Administrator
Jersey City, NJ 07306                    *Modified:*

,

  Amount claimed: $50812.69

*History:*

  Details  ⊚  2-1   10/30/2023 Claim #2 filed by Imperial Bag & paper Co LLC, Amount claimed: $50812.69 (Administrator, EPOC)

          20   11/02/2023 Objection to Claim Number 2 by Claimant Imperial Bag & Paper Co. LLC. Filed by Tri-State Paper, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)(CIBIK, MICHAEL)

*Description:*

*Remarks:*

---

*Creditor:*     (14827854)          **Claim No: 3**          *Status:* Withdraw 239
Citizens Bank, N.A.          *Original Filed Date:* 11/02/2023          *Filed by:* CR
1 Citizens Bank Way          *Original Entered Date:* 11/02/2023          *Entered by:* KRISTEN WETZEL LADD
Johnston, RI 02919                    *Modified:*

  Amount  claimed: $436624.72
  Secured claimed: $436624.72

*History:*

  Details  ⊚  3-1   11/02/2023 Claim #3 filed by Citizens Bank, N.A., Amount claimed: $436624.72 (LADD, KRISTEN)

          126   01/04/2024 Objection to Claim Number 3 by Claimant Citizens Bank, N.A.. Filed by Tri-State Paper, Inc.. (Attachments: # 1 Exhibit A # 2 Proposed Order)(ASSAD, MICHAEL)

          239   04/24/2024 Praecipe to Withdraw Proof of Claim for Claim Number 3. Filed by KRISTEN WETZEL LADD on behalf of Citizens Bank, N.A., successor by merger to Citizens Bank of Pennsylvania. (LADD, KRISTEN) Status: Withdraw

*Description:*

*Remarks:*

*Creditor:*      (14832306)       **Claim No: 11**                       *Status:*
Westrock CP, LLC                  *Original Filed Date*: 11/20/2023      *Filed by:* CR
3950 Shackleford Rd               *Original Entered Date*: 11/20/2023    *Entered by:* EPOC Administrator
Duluth, GA 30096                                                        *Modified:*

  Amount claimed: $9734.66

*History:*

  Details   ❑   11-1   11/20/2023 Claim #11 filed by Westrock CP, LLC, Amount claimed: $9734.66 (Administrator, EPOC)

*Description:*

*Remarks:*


*Creditor:*      (14833482)       **Claim No: 12**                       *Status:*
Water Revenue Bureau              *Original Filed Date*: 11/24/2023      *Filed by:* CR
c/o City of Philadelphia Law Department  *Original Entered Date*: 11/24/2023   *Entered by:* PAMELA ELCHERT
Tax & Revenue Unit                *Last Amendment Filed*: 10/15/2025     THURMOND
Bankruptcy Group, MSB             *Last Amendment Entered*: 10/15/2025   *Modified:*
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

  Amount  claimed: $14486.56
  Secured claimed: $14486.56

*History:*

  Details   ❑   12-1   11/24/2023 Claim #12 filed by Water Revenue Bureau, Amount claimed: $443.26 (THURMOND,
                       PAMELA)
  Details   ❑   12-2   10/15/2025 Amended Claim #12 filed by Water Revenue Bureau, Amount claimed: $14486.56
                       (THURMOND, PAMELA)

*Description:* (12-1) Water/Sewer
(12-2) Water/Sewer

*Remarks:* (12-1) Arrears $443.26
(12-2) Arrears $14,486.56


*Creditor:*      (14834218)       **Claim No: 13**                       *Status:*
Airgas USA LLC                    *Original Filed Date*: 11/28/2023      *Filed by:* CR
6055 Rockside Woods Blvd          *Original Entered Date*: 11/28/2023    *Entered by:* EPOC Administrator
Independence, OH 44131                                                  *Modified:*

  Amount claimed: $1086.19

*History:*

  Details   ❑   13-1   11/28/2023 Claim #13 filed by Airgas USA LLC, Amount claimed: $1086.19 (Administrator, EPOC)

*Description:*

*Remarks:* (13-1) Account Number (last 4 digits):4164


*Creditor:*      (14835432)       **Claim No: 14**                       *Status:*
Poly Plastics                     *Original Filed Date*: 11/30/2023      *Filed by:* CR
Po Box 808                        *Original Entered Date*: 11/30/2023    *Entered by:* EPOC Administrator
Lyndhurst, NJ 07071                                                     *Modified:*

  Amount claimed: $10005.81

*History:*

  Details   ❑   14-1   11/30/2023 Claim #14 filed by Poly Plastics, Amount claimed: $10005.81 (Administrator, EPOC)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (15066770)<br>Poly Plastics Products<br>Vito Gentile<br>P.O. Box 808<br>Lyndhurst NJ 07071 | Claim No: 44<br>*Original Filed Date:* 10/30/2025<br>*Original Entered Date:* 10/30/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Yvette R.<br>*Modified:* |

Amount claimed: $10005.81

*History:*

Details   44-1   10/30/2025 Claim #44 filed by Poly Plastics Products, Amount claimed: $10005.81 (R., Yvette)

*Description:* (44-1) Goods sold

*Remarks:*


| | | |
|---|---|---|
| *Creditor:* (15070580)<br>Richard Furtek **(ADMINISTRATIVE)**<br>SubChapter V Trustee<br>101 Lindenwood Drive, Suite 225<br>Malvern, PA 19355 | **Claim No: 45**<br>*Original Filed Date:* 11/10/2025<br>*Original Entered Date:* 11/10/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Richard E Furtek<br>*Modified:* 11/10/2025 |

Admin claimed: $5330.50

*History:*

Details   45-1   11/10/2025 Claim #45 filed by Richard Furtek, Admin claimed: $5330.50 (Furtek, Richard)

*Description:* (45-1) Approved SubChapter V Trustee Fees & Expenses

*Remarks:* (45-1) **NO PROOF OF CLAIM ATTACHED**


# Claims Register Summary

**Case Name:** Tri-State Paper, Inc.
**Case Number:** 23-13237-pmm
**Chapter:** 7
**Date Filed:** 10/27/2023
**Total Number Of Claims:** 45

| | |
|---|---|
| **Total Amount Claimed*** | $1,731,632.70 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $531,866.97 | |
| **Priority** | $101,569.50 | |
| **Administrative** | $5,330.50 | |
| **Unassigned (unsecured)** | $1,092,865.73 | $0.00 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/14/2026 11:15:18 | | | |
| **PACER Login:** | rseitzertrustee | **Client Code:** | |