**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| TRI-STATE PAPER, INC. | : | BANKRUPTCY NO. 23-13237 (PMM) |
| d/b/a TRI-STATE PAPER COMPANY | : | |
| | : | |
| Debtor | : | |
| | : | |

**PRAECIPE TO WITHDRAW PROOF OF CLAIM
NUMBER 19-1 FILED BY NORPAK LLC**

TO THE CLERK:

Kindly withdraw Proof of Claim Number 19-1 filed By NorPak LLC.

**NORPAK LLC**

By: _____

Name: Matthew Cucolo
Title:   General Counsel

Dated: April 14, 2026

FILED
APR 20 2026
CLERK OF COURT
DEP. CLERK
BY