IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| TRI-STATE PAPER, INC. | : | BANKRUPTCY NO. 23-13237 (PMM) |
| d/b/a TRI-STATE PAPER COMPANY | : | |
| | : | |
| Debtor | : | |
| | : | |

**CERTIFICATION OF NO ANSWER, OBJECTION
OR OTHER RESPONSIVE PLEADING TO MOTION OF ROBERT W. SEITZER,
CHAPTER 7 TRUSTEE, FOR ENTRY OF AN ORDER (I) AUTHORIZING THE
ABANDONMENT AND DESTRUCTION OF ALL PERSONAL PROPERTY LOCATED
AT 2044 EAST CLEMENTINE STREET, PHILADELPHIA, PA 19134-3819 AND
(II) FOR RELATED RELIEF PURSUANT TO 11 U.S.C. §§ 105(a) AND 554(a)
AND FED. R. BANKR. P. 6007(a)**

TO:    THE HONORABLE PATRICIA M. MAYER,
       United States Bankruptcy Judge

I, Robert W. Seitzer, Esquire, of Karalis PC, hereby certify that on April 9, 2026 a copy of the Notice of Motion, Response Deadline and In-Person Hearing Date on the Motion of Robert W. Seitzer, Chapter 7 Trustee, for Entry of an Order (I) Authorizing the Abandonment and Destruction of all Personal Property located at 2044 East Clementine Street, Philadelphia, PA 19134-3819 and (II) for Related Relief Pursuant to 11 U.S.C. §§ 105(a) and 554(a) and Fed. R. Bankr. P. 6007(a) (the "Motion") was served on the Office of the U.S. Trustee, Debtor's counsel, Bankruptcy Rule 2002 Parties, interested parties and all creditors in the above-captioned proceeding. No creditor or party in interest has served or filed any answer, objection or other responsive pleading to the Motion and that the time for serving and filing any such answer, objection or other responsive pleading has expired.

**WHEREFORE**, counsel to the Trustee respectfully requests that the Motion be granted.

**Respectfully submitted,**

**KARALIS PC**

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
Counsel to the Trustee

Dated: April 24, 2026