IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| TRI-STATE PAPER, INC. | : | BANKRUPTCY NO. 23-13237 (PMM) |
| d/b/a TRI-STATE PAPER COMPANY | : | |
| | : | |
| Debtor | : | |
| | : | |

**PRAECIPE TO WITHDRAW PROOF OF CLAIM
NUMBER 43-1 FILED BY FANCY HEAT CORP.**

TO THE CLERK:

Kindly withdraw Proof of Claim Number 43-1 filed by Fancy Heat Corp.

FANCY HEAT CORP.

By: _____
Name: Sandra Masci
Title: Authorized Representative

Dated: April 23, 2026

FILED
APR 27 2026
CLERK OF COURT
PER CLERK