Case 23-13237-PMM

FILED
APR 27 2026
CLERK OF COURT
DEP CLERK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| TRI-STATE PAPER, INC. | : | BANKRUPTCY NO. 23-13237 (PMM) |
| d/b/a TRI-STATE PAPER COMPANY | : | |
| | : | |
| Debtor | : | |
| | : | |

**INFORMATION PROVIDED BY JOSEPH M. GREY, P.A., E.A.,
THIS COURT'S APPOINTED ACCOUNTED, IN RESPONSE
TO THE INSTRUCTIONS BY JUDGE MAYER AT THE HEARING
ON APRIL 22, 2026**

Joseph M. Grey, P.A., E.A., comes now before this Court to provide the requested information concerning the dates, description of servuices and fees charged by Joseph M. Grey, P.A., E.A. ("I," "me," or "my") for Tri-State Paper, Inc. ("Tri-State") during 2023 and 2024 as instructed by the Honorable Judge Patricia M. Mayer during the hearing on Aopril 22, 2026.

As stated by me at the hearing before this Court on April 22, 2026, I submitted my work schedule to the Cibic Law firm, the Attorney firm representing Tri-State under the then Chapter 11 Bankruptcy proceeding, and I was made to wait to receive approval from this Court for my fees. The Cibik Law firm, vis-a-vis Mr. Cibik and Mr. Asaad, that my fees were approved by the Court, since Mr. Cibik and Mr. Asaad informed me that the Cibik Law firm had filed the appropriate papers with this Court for the said approval.

The following EXHIBITS A and B are herewith attached to this document showing this Court's requested information concerning my accounting, tax preparatuion and other necessary related services I performed for Tri-State during 2023 and 2024.

Case 23-13237-PMM

Document     Page 2 of 2

WHEREFORE, I respectfully submit this foregoing information as was
requested at the hearing before this Court on April 22, 2026 and pray that
a fair and reasonable decision may be forthcoming.

Respectfully submitted,

By: _____*Joseph M. Grey*_____
Joseph M. Grey
1834 Tomlinson Road
Philadelphia, PA 19116-3850
215-673-2999

Dated: April 27, 2026

Case 23-13237-PMM

E X H I B I T   "A"

EXHIBIT "A"   Page 1 of 3

## WORK SCHEDULE TIME RECORD OF JOSEPH M. GREY, P.A., E.A.
### FOR TRI-STATE PAPER, INC.

1. Date of Service: October 30, 2023
   Description of Service: I consulted with Mr. John A. Petaccio about embezzlement by Tri-State's previous employees and appropriate action to be taken.

   Time: .5 Hours (30 minutes)
   Fee (@ $250.00/Hour)                                              $125.00

2. Date of Service: November 7, 2023
   Description of Service: I consulted with Mr. John A. Petaccio concerning my instructions to him to classify and code all his checks and credit cards' expenses of Tri-State Paper, inc., since Tri-State had neither an accounting nor bookkeeping system for Tri-State's expenses..

   Time: 4.5 Hours
   Fee: ($250.00/Hour)                                              1150.00

3. Date of Service: November 9, 2023
   Description of Service: I recorded all payments made to John A. Petaccio from Tri-State's 2 bank accounts during 2022 and 9 months of 2023 at the request of Mr. Cibik, Tri-State's Chapter 11 attorney, for purposes of the Bankruptcy Court's determination of fair compensation to Mr. Petaccio for his services as president of Tri-State Paper, Inc..

   Time: 6.6 Hours.
   Fee ($250.00/Hour)                                               1650.00

4. Date of Service: November 9, 2023
   Description of Service: I personally picked up Tri-State's employment tax returns for all quarters of 2022 and 2023 (3 quarters in 2023) from Payroll Service Solutions in Southampton, PA.

   Time: 1.2 Hours
   Fee ($250.00/Hour)                                               300.00

5. Date of Service: November 10, 2023
   Description of Service: I performed bookkeeping and ledgerizing services for all of 2022 and 9 months of 2023 bank statements (2 accounts) and credit cards' satements for the same periods of Tri-State's records.

   Time: 5 Hours
   Fee ($250.00/Hour)                                               1250.00

6. Date of Service: : November 16, 2023
   Description of Service: I organized Tri-State's unkempt records and papers and copied all Tri-State's payroll bank account.

   Time: .25 Hours (15 minutes)
   Fee ($250.00/Hour)                                               62.50

EXHIBIT "A"

Case 23-13237-PMM

EXHIBIT "A"   Page 2 of 3
(Continued)

7. Date of Service: November 11, 2023
   Description of Service: I copied the complete accounting, bookkeeping and records and Tri-State's completed 2021 Federal and 3 States' tax returns at the request of the Cibik Law firm and the Bankruptcy Court.

   Time: 2 Hours
   Fee (250.00/Hour)                                                500.00

8. Date of Service: November 28, 2023
   Description of Service: I categorized Tri-State's checks at Tri-State's office.

   Time: 2 Hours
   Fee ($250.00/Hour)                                               500.00

9. Date of Service: December 2023 (numerous dates)
   Description of Service: I prepared Tri-State's 2022 Federal and 3 States' tax returns. (Tri-State's 2022 tax returns were all dated Dec. 8, 2023. (The 2022 City of Philadelphia returns were also prepared by me.
   Time: not applicable (flat fee charged pursuant to Court appointment)
   Fee:                                                            7000.00

10. Date of Service: December 1, 2023
    Description of Service: I categorized and totalled all checks paid to five (5) independent contractors in 2022 in order for me to prepare Tri-State's 2022 Forms' 1099-NECs and the accompanying 1096 transmittal form for 2022 which I then prepared.

    Time: 3.25 Hours
    Fee ($250.00/Hour)                                              812.50

11. Date of Service: December 1, 2023
    Description of Service: I totalled all categories of Tri-State's checks from Tri-State's 2 bank accounts for all of 2022 (not including "debits" sections of bank statements). I totalled several thousandc of Tri-State's 2022 checks into categories' totals, since Tri-State did not have any bookkeeping nor accounting system for its 2022 records.
    Time: 4.5 Hours
    Fee ($250.00/Hour)                                              1125.00

12. Date of Service: April 19, 2024
    Description of Service: I prepared appeal Petition to the PA Board of Appeals based on an appeal from penalties and interest on PA Sales Tax unfiled returns prior to my engagement as Tri-State's accountant.
    Time: 1.5 Hours
    Fee ($250.00/Hour)                                              375.00

13. Date of Service: April 22, 2024
    Description of Service: I wrote letter to Mr. Michael Asaad of the Cibik Law firm in reference to the aforementioned Petition to appeal PA Sales Tax penalties as described in the above number 12 of this Exhibit.
    Time: .5 hours (30 minutes)
    Fee: no charge                                                  0.00
    Fee for certified mail on filing No. 12 Petition               10.00

Case 23-13237-PMM

## EXHIBIT "A"   Page 2 of 3
### (Continued)

7. Date of Service: November 11, 2023
   Description of Service: I copied the complete accounting, bookkeeping and records and Tri-State's completed 2021 Federal and 3 States' tax returns at the request of the Cibik Law firm and the Bankruptcy Court.

   Time: 2 Hours
   Fee (250.00/Hour)                                                500.00

8. Date of Service: November 28, 2023
   Description of Service: I categorized Tri-State's checks at Tri-State's office.

   Time: 2 Hours
   Fee ($250.00/Hour)                                               500.00

9. Date of Service: December 2023 (numerous dates)
   Description of Service: I prepared Tri-State's 2022 Federal and 3 States' tax returns. (Tri-State's 2022 tax returns were all dated Dec. 8, 2023. (The 2022 City of Philadelphia returns were also prepared by me.
   Time: not applicable (flat fee charged pursuant to Court appointment)
   Fee:                                                            7000.00

10. Date of Service: December 1, 2023
    Description of Service: I categorized and totalled all checks paid to five (5) independent contractors in 2022 in order for me to prepare Tri-State's 2022 Forms' 1099-NECs and the accompanying 1096 transmittal form for 2022 which I then prepared.

    Time: 3.25 Hours
    Fee ($250.00/Hour)                                               812.50

11. Date of Service: December 1, 2023
    Description of Service: I totalled all categories of Tri-State's checks; from Tri-State's 2 bank accounts for all of 2022 (not including "debits" sections of bank statements). I totalled several thousandc of Tri-State's 2022 checks into categories' totals, since Tri-State did not have any bookkeeping nor accounting system for its 2022 records.
    Time: 4.5 Hours
    Fee ($250.00/Hour)                                              1125.00

12. Date of Service: April 19, 2024
    Description of Service: I prepared appeal Petition to the PA Board of Appeals based on an appeal from penalties and interest on PA Sales Tax unfiled returns prior to my engagement as Tri-State's accountant.
    Time: 1.5 Hours
    Fee ($250.00/Hour)                                               375.00

13. Date of Service: April 22, 2024
    Description of Service: I wrote letter to Mr. Michael Asaad of the Cibik Law firm in reference to the aforemantioned Petition to appeal PA Sales Tax penalties as described in the above number 12 of this Exhibit.
    Time: .5 hours (30 minutes)
    Fee: no charge                                                     0.00
    Fee for certified mail on filing No. 12 Petition                 10.00

Case 23-13237-PMM

**EXHIBIT "A"**      Page 3 of 3
(Continued)

14. Date of Service:  May 7, 2024
Description of Service: I coded, categorized, and totalled all Tri-State's expenses in ledgerized form for the period beginning October 31, 2021 thru October 31, 2023 and hand delivered this work to Young Adjustment Company, Inc., 900 Lenmer Drive, Blue Bell, PA 19422, the insurance adjuster for Tri-State's claim of loss of income due to Tri-State's insurance claim for roof damage causing Tri-State to cease operations for a certain period of time. I was also in communication with Young Adjustment Co., Inc. ʰby pohone on several occasions for which I did not charge Tri-State a fee.

Time: 6 Hours
Fee ($250.00/Hour)                                                    1500.00

15. Date of Service: August, 2024 (Returns signed August 12, 2024)
Description of Service: I prepared  Tri-State's  2023  Federal, three States', and the City of Philadelphia Tax Returns complete.

Time: not applicable (flat fee charged)
Fee:                                                                 7000.00

Total Fees charged (Total of numbered paragraphs 1 thru 15       23360.00

Case 23-13237-PMM

E X H I B I T    "B"

Case 23-13237-PMM

## EXHIBIT "B"

### SCHEDULE OF PAYMENTS MADE TO JOSEPH M. GREY, P.A., E.A.
### BY TRI-STATE PAPER, INC. FOR SERVICES PERFORMED

| Date of Payment | Amount of Payment |
|---|---|
| 1. October 26, 2023 (Check No. 10938) | $12000.00 |
| 2. April 30, 2024 (Check No. 1062) | 3500.00 |
| 3. June 12, 2024 (Check No. 1018) | 3000.00 |
| 4. August 14, 2024 (Check No. 1093) | 2000.00 |
| 5. August 23, 2024 (Check No. 1096) | 2582.50 |
| Total Payments made | $23082.50 |

Case 23-13237-PMM

E X H I B I T   "C"

**BOARD OF APPEALS**
P O BOX 281021
HARRISBURG, PA 17128-1021

**pennsylvania**
DEPARTMENT OF REVENUE

Case 23-13237 =pmm

Exhibit "C" Page 1 of 2

ATTN: JOSEPH M GREY
JOSEPH M GREY PA EA
1834 TOMLINSON ROAD
PHILADELPHIA, PA 19116-3850

IN RE PETITION OF:

TRI STATE PAPER INC

| | |
|---|---|
| DOCKET NO.: | 2413046 |
| TAX TYPE: | Sales/Use Tax |
| APPEAL TYPE | Reassessment |
| ACCOUNT NO.: | 82778452 |
| ASSESSMENT NO.: | L0024978969 |
| TAX PERIOD: | 1/31/2021 to 10/31/2023 |
| APPEAL FILED: | 5/10/2024 |
| EXAMINER: | Caitlin S. Mowery |
| | Direct Dial: (717) 783-7829 |
| | Fax: (717) 787-7270 |
| | CAIMOWERY@PA.GOV |
| MAILING DATE: | July 17, 2024 |

## DECISION AND ORDER

Petitioner, TRI STATE PAPER INC, was issued Assessment Number L0024978969 on 5/1/2024, which consisted of the following: Sales Tax $79,103.13, Penalty $59,684.16 (Understatement Penalty $3,971.55, Major Understatement Penalty $19,857.87, and Major Penalty $35,854.74), Interest $5,373.93, a total assessment of $144,161.22.

Petitioner is requesting of abatement of penalties. Petitioner has presented the following arguments in its request for relief:

1) Present sole shareholder and President, John A. Petaccio, inherited all stock, thus becoming Petitioner's sole shareholder and President upon the passing of his late father, Mr. Justino D. Petaccio Sr., in April 2023.
   a) Mr. Petaccio Sr. inherited Tri State Paper Inc. upon the untimely passing of Mr. John Petaccio's late brother, Mr. Justino D. Petaccio Jr., in September 2021.
   b) Mr. Justino Petaccio Jr. was also founder of Tri State Paper Inc. and sole shareholder and President since 2003, until his passing.
2) Mr. John Petaccio was faced with many difficulties since inheriting company, such as employee theft, embezzlement of funds, and a roof collapse.
   a) Due to the aforementioned, Petitioner has filed Chapter 11 Bankruptcy on 11/27/2023.

In support of its contentions, Petitioner has provided a narrative of its issues and arguments and copies of the following with claims of embezzlement and fraud by ex-employee by Mr.

TRI STATE PAPER INC                                                      Page 2 of 3
BOARD DOCKET NO. 2413046

Petaccio: a copy of a police report for embezzlement and theft, copies of photos showing theft of company inventory, and copies of checks with Mr. Peataccio's forged signature.

A recorded hearing was held via Microsoft Teams on 6/25/2024. Mr. Joseph Grey, accountant for Petitioner, and Mr. John A. Petaccio, President of Tri State Paper Inc., represented the Petitioner. Mr. Petaccio was sworn in. Caitlin Mowery, a Hearing Officer for the Board of Appeals, represented the Commonwealth.

Major penalties were imposed pursuant to Section 267(b) of the Tax Reform Code of 1971 when the Department has reason to believe that the taxpayer willfully attempted in any manner to evade or defeat the payment of tax. The understatement and major understatement penalties are imposed pursuant to Section 266 of the Tax Reform Code. Section 2706 of the Tax Reform Code allows for the abatement of the penalties if the Petitioner has proven good faith and lack of negligence to warrant penalty abatement.

In addressing the major penalty, the Board has found that the Petitioner acted in good faith, without negligence, and with no intent to defraud the Commonwealth. Accordingly, major penalties in the amount of $35,854.74 are stricken.

With regard to the understatement penalty and major understatement penalty in the total amount of $23,829.42, the Board finds that Petitioner has not demonstrated reasonable administrative controls were in place to ensure timely filing and payment of returns. In addition, the Board determines that the Petitioner has not met the good faith and lack of negligence requirements in accordance with Section 2706 of the Tax Reform Code of 1971 for penalty abatement. As a result, the Board concludes that the total aforementioned understatement penalties imposed must be sustained.

In addressing the interest, the Board does not have the authority to abate interest which has been properly computed and assessed.

FOR THE BOARD OF APPEALS
Andrew Kirk, Member
Eric Belfanti, Member