IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :   CHAPTER 7
                                          :
TRI-STATE PAPER, INC.                     :   BANKRUPTCY NO. 23-13237 (PMM)
d/b/a TRI-STATE PAPER COMPANY   :
                                          :
           Debtor                         :
                                          :

## CERTIFICATION OF SERVICE

I Joseph M. Grey, P.A., E.A., certify that on April 27, 2026, I did cause a true and correct copy of the documents described below to be served on Robert W. Seitzer, Esquire, by hand delivering it to him at his office located at 1900 Spruce Street, Philadelphia, Pennsylvania  19103.

"INFORMATION PROVIDED BY JOSEPH M. GREY,, P.A., E.A., THIS COURT"S APPOINTED ACCOUNTANT, IN RESPONSE TO THE INSTRUCTIONS BY JUDGE MAYER AT THE HEARING ON APRIL 22, 2026"

I certify under penalty of perjury that the above documents were delivered using the mode of service indicated.

By: _____
                Joseph M. Grey

Dated: April 27, 2026

