United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 23-13237-pmm

Tri-State Paper, Inc.                                                           Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 07, 2026 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tri-State Paper, Inc., 149 E Church Street, Blackwood, NJ 08012-3904 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALLEN B. DUBROFF | on behalf of Debtor Tri-State Paper  Inc. adminassistant@dubrofflawllc.com, adminassistant@dubrofflawllc.com,john@dubrofflawllc.com |
| CSU - OUCTS, PA Labor & Industry | ra-li-beto-bankreading@state.pa.us |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DAVID B. PICKER | on behalf of Defendant PC Events  LLC dpicker@sgrvlaw.com, klove@sgrvlaw.com |
| DAVID B. PICKER | on behalf of PC Events  LLC dpicker@sgrvlaw.com, klove@sgrvlaw.com |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us |
| JOSHUA B. LADOV | on behalf of Creditor Penn Jersey Paper Co. jladov@ladovlaw.com  admin@ladovlaw.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |

District/off: 0313-2      User: admin      Page 2 of 2

Date Rcvd: May 07, 2026      Form ID: pdf900      Total Noticed: 1

KRISTEN WETZEL LADD
> on behalf of Creditor Citizens Bank  N.A., successor by merger to Citizens Bank of Pennsylvania kladd@utbf.com, ddays@utbf.com

LAWRENCE J. KOTLER
> on behalf of Creditor Penske Truck Leasing Co.  L.P. ljkotler@duanemorris.com, lawrence-kotler-7511@ecf.pacerpro.com

LEO M. GIBBONS
> on behalf of Servpro of King of Prussia lgibbons@macelree.com

MICHAEL A. CIBIK
> on behalf of Plaintiff Tri-State Paper  Inc. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
> on behalf of Attorney Cibik Law  P.C. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
> on behalf of Accountant Joseph M. Grey help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
> on behalf of Plaintiff Tri-State Paper  Inc. mike@assad.law, mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;noreply01@assad.law

PAMELA ELCHERT THURMOND
> on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

RACHEL WOLF
> on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

ROBERT W. SEITZER
> on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

ROBERT W. SEITZER
> rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com

ROBERT W. SEITZER
> on behalf of Plaintiff Robert W. Seitzer  Chapter 7 Trustee rseitzer@karalislaw.com, jhysley@karalislaw.com;PA93@ecfcbis.com

SAMANTHA LIEB
> on behalf of U.S. Trustee United States Trustee samantha.lieb2@usdoj.gov

United States Trustee
> USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 22

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TRI-STATE PAPER, INC.** | : | **BANKRUPTCY NO. 23-13237 (PMM)** |
| **d/b/a TRI-STATE PAPER COMPANY** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

**ORDER**

AND NOW, upon consideration of the Motion of Robert W. Seitzer, Chapter 7 Trustee, for Entry of an Order (I) Authorizing the Abandonment and Destruction of all Personal Property located at 2044 East Clementine Street, Philadelphia, PA 19134-3819 and (II) for Related Relief Pursuant to 11 U.S.C. §§ 105(a) and 554(a) and Fed. R. Bankr. P. 6007(a) (the "Motion")[1], and after notice to parties in interest and a hearing; it is hereby **ORDERED** that:

1.      The Motion is **GRANTED**.

2.      All of the Personal Property located at the Real Property is hereby **ABANDONED** by the Trustee back to the Debtor.

3.      In the event the Debtor does not remove all of the Personal Property located at the Real Property within twenty (20) days after the entry of this Order, the Trustee is authorized to remove and destroy all of the Personal Property and pay the Destruction Costs.

4.      This Court shall retain jurisdiction over all matters arising from or in connection with the implementation of this Order.

**BY THE COURT:**

Dated: **May 7, 2026**

*Patricia M. Mayer*

PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.