# EXHIBIT "A"

**Fill in this information to identify the case:**

Debtor 1   Tri-State Paper, Inc.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:  **23-13237**

**FILED**

**U.S. Bankruptcy Court
Eastern District of Pennsylvania**

11/16/2023

**Timothy B. McGrath, Clerk**

## Official Form 410
## Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 *U.S.C.* § *503.*

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

| | |
| --- | --- |
| **1.Who is the current creditor?** | Wellcare International Inc. <br><br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor |
| **2.Has this claim been acquired from someone else?** | ☑ No <br> ☐ Yes. From whom? |
| **3.Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br> Wellcare International Inc. <br><br> Name <br><br> 1578 Sussex Tpke <br> Randolph, NJ 07869-1833 <br><br><br> Contact phone _____9738088688_____ <br> Contact email <br> ____michelle@wellcaresupply.com____ <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one): <br> _____ | **Where should payments to the creditor be sent? (if different)** <br><br> Name <br><br><br><br><br> Contact phone _____ <br><br> Contact email _____ |
| **4.Does this claim amend one already filed?** | ☑ No <br> ☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____ <br> MM / DD / YYYY |
| **5.Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No <br> ☐ Yes. Who made the earlier filing? _____ |

Official Form 410                          Proof of Claim                          page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |

**7. How much is the claim?**

$ 19065.50

**Does this amount include interest or other charges?**
☐ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

Goods Sold

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:   $ _____

Amount of the claim that is secured:   $ _____

Amount of the claim that is unsecured:   $ _____   (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $ _____

Annual Interest Rate (when case was filed)   _____ %

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply:* | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies | $ _____ |
| | * Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑   I am the creditor.

☐   I am the creditor's attorney or authorized agent.

☐   I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐   I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   11/16/2023

MM / DD / YYYY

/s/ Huan Liu

Signature

Print the name of the person who is completing and signing this claim:

| Name | Huan Liu |
|---|---|
| | First name    Middle name    Last name |
| Title | Vice President of Sales |
| Company | WellCare International inc. |
| | Identify the corporate servicer as the company if the authorized agent is a servicer |
| Address | 1578 Sussex Tpk. Bld 3 |
| | Number   Street |
| | Randolph, NJ 07869 |
| | City   State   ZIP Code |
| Contact phone | 9738088688 |
| Email | michelle@wellcaresupply.com |



**WELLCARE INTERNATIONAL INC**
1578 Sussex Turnpike
Bldg 3, Suite 13-16
Randolph , New Jersey
07869 United States

www.wellcaresupply.com
michelle@wellcaresupply.com
tel 973-808-8688

# Packing slip

| | |
|---|---|
| Order | SO-007013 |
| Date | 8月 03, 2023 |

**Shipping Address**
Tri-state Paper Co (PA)
Tri-state Paper Co
4500 N 3rd Street
Philadelphia, PA
19140

**Phone**
215-455-4506

*US DOT 330079*

| Product & description | | Quantity |
|---|---|---|
| **Product & description** | *M C 1046858* | |
| **CF1416**<br>Cushion Fold Foil 14"x16", 1000pcs/case | 2×78 = 156 | 156 |
| **PET-16**<br>16oz PET Cold Cup 1000pcs/case | 2× 30 = 60 | 60 |
| **PET-12/14**<br>12/14oz PET Cold Cup 1000pcs/case | 1×30 = 30 | 30 |
| **F98**<br>Flat lids for PET Cold Cup 98mm 12/14oz, 16oz,20oz, 24oz 1000pcs/case | 1×57=57 | 57 |

*6 pallets.*

| **Total quantity** | 303 |
|---|---|

6/26/23, 4:01 PM    Packing slip SO-006451 - 6/26/2023 4:00:57 PM -04:00

# WellCare

**WELLCARE INTERNATIONAL INC**
1578 Sussex Turnpike
Bldg 3, Suite 13-16
Randolph , New Jersey
07869 United States

www.wellcaresupply.com
WELLCARESUPPLY@AOL.COM
tel 908-737-2893

## Packing slip

| | |
|---|---|
| Order | SO-006451 |
| Date | Jun 26, 2023 |

**Shipping Address**
Tri-state Paper Co (PA)
Tri-state Paper Co
4500 N 3rd Street
Phildelphia, PA
19140

**Phone**
215-455-4506

| Product & description | Quantity |
|---|---|
| **CF1416** Cushion Fold Foil 14"x16", 1000pcs/case | 78 |
| **WYT08** 8oz Plastic Deli container Heavy Duty Combo 240pcs/case | 50 |
| **WYT12** 12oz Plastic Deli container Heavy duty Combo 240pcs/case | 50 |
| **AP07** 7" Round aluminum pan 500pcs/case | 150 |
| **AP09** 9" Round aluminum pan 500pcs/case | 72 |
| **AP08** 8" Round aluminum pan 500pcs/case | 44 |
| **TGB-K1** Kraft Microwavable Folded Paper #1 Take-Out Container 4 5/8" x 3 1/2" x 2 1/2" - 450/Case | 40 |

PSK                                                          50

**Total quantity**          484 +50

=534

Keith  6-29-23

https://documents.inflowinventory.com/9f65edd8-e112-48e8-ba29-49c5f1cd994e/sales-orders/documents/E9NFWpIUgeFdnwfxzeye4qjKZw3bQ1SVT...    1/1



**WELLCARE INTERNATIONAL INC**
1578 Sussex Turnpike
Bldg 3, Suite 13-16
Randolph , New Jersey
07869 United States

www.wellcaresupply.com
michelle@wellcaresupply.com
tel 973-808-8688

# Invoice

| | |
|---|---|
| **Order** | SO-007013 |
| **Date** | Aug 04, 2023 |
| **Due Date** | Sep 03, 2023 |

**Billing Address**
Tri-state Paper Co (PA)
Tri-state Paper Co
4500 N 3rd Street
Phildelphia, PA
19140

**Shipping Address**
Tri-state Paper Co (PA)
Tri-state Paper Co
4500 N 3rd Street
Phildelphia, PA
19140

**Phone**
215-455-4506

**Due Date**
03/09/2023

**Email**
mark@tri-statepaperco.com

**P.O. #**
402882

**Payment Terms**
Net 30

| Product & description | Quantity | Unit price | Subtotal |
|---|---|---|---|
| **CF1416**<br>Cushion Fold Foil 14"x16", 1000pcs/case | 156 | $33.50 | $5,226.00 |
| **PET-16**<br>16oz PET Cold Cup 1000pcs/case | 60 | $36.00 | $2,160.00 |
| **PET-12/14**<br>12/14oz PET Cold Cup 1000pcs/case | 30 | $35.00 | $1,050.00 |
| **F98**<br>Flat lids for PET Cold Cup 98mm 12/14oz, 16oz,20oz, 24oz 1000pcs/case | 57 | $16.50 | $940.50 |

| | | |
|---|---|---|
| **Subtotal** | | $9,376.50 |
| **Total** | | $9,376.50 |



**WELLCARE INTERNATIONAL INC**
1578 Sussex Turnpike
Bldg 3, Suite 13-16
Randolph , New Jersey
07869 United States

www.wellcaresupply.com
michelle@wellcaresupply.com
tel 973-808-8688

# Invoice

| | |
|---|---|
| **Order** | SO-006451 |
| **Date** | Jun 28, 2023 |
| **Due Date** | Jul 28, 2023 |

**Billing Address**
Tri-state Paper Co (PA)
Tri-state Paper Co
4500 N 3rd Street
Phildelphia, PA
19140

**Phone**
215-455-4506

**Email**
mark@tri-statepaperco.com

**Shipping Address**
Tri-state Paper Co (PA)
Tri-state Paper Co
4500 N 3rd Street
Phildelphia, PA
19140

**Due Date**
28/07/2023

**P.O. #**
402900

**Payment Terms**
Net 30

| Product & description | Quantity | Unit price | Subtotal |
|---|---|---|---|
| **CF1416**<br>Cushion Fold Foil 14"x16", 1000pcs/case | 78 | $35.00 | $2,730.00 |
| **WYT08**<br>8oz Plastic Deli container Heavy Duty Combo 240pcs/case | 50 | $20.00 | $1,000.00 |
| **WYT12**<br>12oz Plastic Deli container Heavy duty Combo 240pcs/case | 50 | $20.00 | $1,000.00 |
| **AP07**<br>7" Round aluminum pan 500pcs/case | 150 | $21.00 | $3,150.00 |
| **AP09**<br>9" Round aluminum pan 500pcs/case | 72 | $40.00 | $2,880.00 |
| **AP08**<br>8" Round aluminum pan 500pcs/case | 44 | $36.00 | $1,584.00 |
| **TGB-K1**<br>Kraft Microwavable Folded Paper #1 Take-Out Container 4 5/8" x 3 1/2"<br>x 2 1/2" - 450/Case | 40 | $48.00 | $1,920.00 |
| **PSK**<br>Plastic Pizza stack white 2" 1000pcs/case | 50 | $8.50 | $425.00 |

**Remarks**
2023-9-26 deposit check $2500
2023-10-14 deposit check $2500

| | |
|---|---|
| Subtotal | $14,689.00 |
| **Total** | **$14,689.00** |
| Paid | $5,000.00 |
| **Balance** | **$9,689.00** |