# EXHIBIT "B"

# M Gmail

## Re: Tri-State Paper Bankruptcy

1 message

**Michelle Liu** <michelle@wellcaresupply.com>                    Tue, Apr 14, 2026 at 1:45 PM
To: Robert Seitzer <rseitzer@karalislaw.com>

Hi Robert,

After the return of the goods, the balance is **$2,216.00.**

Thanks

On Tue, Apr 14, 2026 at 11:41 AM Robert Seitzer <rseitzer@karalislaw.com> wrote:

> I am the Chapter 7 Trustee of the above-referenced bankruptcy estate. You filed a proof of claim in this case but the owner claims that the goods were returned. Please contact me to discuss this matter. Thank you.
>
>
> **********************************************
> Robert W. Seitzer, Esquire
> Karalis PC
> 1900 Spruce Street
> Philadelphia, PA 19103
> phone: (215) 546-4500
> fax: (215) 985-4175
> rseitzer@karalislaw.com
>
> **********************************************
>
> ATTENTION:
>
> IRS CIRCULAR 230 DISCLOSURE:
> Pursuant to Treasury Regulations, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used or relied upon, by you or any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax advice addressed herein.
>
> NOTICE: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments, without reading or saving them in any manner. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

--
--

Michelle Liu                                              VP of Sales

P: (973)-808-8688                    M: (631)-645-0722
E: michelle@wellcaresupply.com       W: https://www.wellcareinternationalinc.com
Company Address (NJ): 1578 Sussex Tpk, Bld 3 & 4, Ste 13 to 18, Randolph, NJ 07869