# EXHIBIT "B"

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | __Tri-State Paper, Inc.__ |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | __Eastern District of Pennsylvania__ |
| Case number (if known) | __23-13237-pmm__ |

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

__Oliver Fire Protection & Security__
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No

☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| __Oliver Fire Protection & Security__ | |
| Name | Name |
| __501 Feheley Dr__ | |
| Number    Street | Number    Street |
| __Kng of Prussa, PA 19406-2611__ | |
| City         State      Zip Code | City         State      Zip Code |
| Contact Phone _____ | Contact Phone _____ |
| Contact email _____ | Contact email _____ |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_____

**4. Does this claim amend one already filed?**

☑ No

☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM   / DD   / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No

☐ Yes. Who made the earlier filing? _____

Official Form 410            **Proof of Claim**            page 1

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

| | | |
|---|---|---|
| 6. | Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

7. **How much is the claim?**   $5,480.00

**Does this amount include other interest charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

**Services Performed**

9. **Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.*

☐ Motor Vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: _____

Amount of the claim that is secured: _____

Amount of the claim that is unsecured: _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: _____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

10. **Is this claim based on a lease?**

☑ No

☐ Yes. Amount Necessary to cure any default as of the date of the petition. _____

11. **Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. Check one:

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.

_____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date __01/09/2024__
　　　　　　　　　MM / DD / YYYY

_Michael I. Assad_

Michael I. Assad

**Print the name of the person who is completing and signing this claim:**

| Name | **Michael I. Assad** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Title | **Attorney for Debtor** | | |
| Company | **Cibik Law, P.C.** | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | **1500 Walnut Street Suite 900** | | |
| | Number　　　　Street | | |
| | **Philadelphia, PA 19102** | | |
| | City | State | Zip Code |
| Contact Phone | **(215) 735-1060** | Email | **mail@cibiklaw.com** |

**Oliver Fire Protection & Security**
501 Feheley Drive
King of Prussia, PA 19406
610-277-1331



**Bill To**
TRI-STATE PAPER COMPANY
4500 NORTH 3RD STREET
PHILADELPHIA, PA 19140

https://oliverfps.com/

| | | **Service Location** | TRI-STATE PAPER COMPANY |
|---|---|---|---|
| **Invoice No.** | **10007780** | | 4500 NORTH 3RD STREET |
| **Customer PO No.** | 0006584 | | PHILADELPHIA, PA 19140 |
| **Invoice For** | **Repair Job #31294555 (10/05/2023)** | | |
| **Transaction Date** | 11/28/2023 | | |
| **Due Date** | 12/28/2023 (Net 30) | | |

**Notes**

9-229

Pursuant to your request and our most recent site visit we are pleased to provide the following price and information.

- We will coordinate with your maintenance team prior to beginning work.
- We will demo the section of piping that was damaged during a roof collapse.
- We will return to survey repairs needed once the roof repairs are corrected.
- Once the demo of damaged section is complete, the sprinkler system in unaffected areas can be returned to service in the interim until the roof and sprinkler repairs can be completed in damaged area.
- We will provide a separate proposal after survey to complete repairs.

| Code | Item | Svc | Qty |
|---|---|---|---|
| SSR | Sprinkler Service Repairs | SP | 1 |

**GRAND TOTAL**   **$3,120.00**

**Comments**

Keith Vergara 10/06/2023 06:46 am EDT

Cut off and plugged sprinkler lines that were damaged by roof collapse on 2nd floor.

These lines will need to be reinstalled after roof repairs are completed.

Returned dry system back to service that protects the entire building.

Customer requested Oliver office set up an annual inspection for this property.

**OLIVER FIRE PROTECTION &
SECURITY
501 FEHELEY DRIVE
KING OF PRUSSIA, PA 19406
610 277-1331**



# Invoice 10007224

| Bill to: | Job: 31634416 |
|---|---|
| TRI-STATE PAPER COMPANY<br>4500 NORTH 3RD STREET<br>PHILADELPHIA, PA 19140 | |

| | | |
|---|---|---|
| Invoice #:   10007224 | Date:   10/31/23 | Customer P.O. #: |
| Payment Terms:   NET 30 DAYS | | Salesperson: |
| Customer Code:   22782 | | |

Remarks:

| Quantity | Description | U/M | Unit Price | Extension |
|---|---|---|---|---|
| | 2023 OCTOBER ANNUAL SPRINKLER | | | 1,595.00 |
| | | | **Total:** | **1,595.00** |
| | | | **Current Due:** | **1,595.00** |

**OLIVER FIRE PROTECTION & SECURITY**
**501 FEHELEY DRIVE**
**KING OF PRUSSIA, PA 19406**
**610 277-1331**



# Invoice 337742

| Bill to: | Job: |
|---|---|
| TRI-STATE PAPER COMPANY<br>4500 NORTH 3RD STREET<br>PHILADELPHIA, PA 19140 | TRI-STATE PAPER COMPANY<br>4500 NORTH 3RD STREET<br>PHILADELPHIA<br>PA  19140 |

| Invoice #:   337742 | Date:   11/08/23 | Customer P.O. #: |
|---|---|---|
| Payment Terms:   NET 15 DAYS | | Salesperson:   SERVICE DIVISION |
| Customer Code:   22782 | | |

Remarks: TRI-STATE PAPER COMPANY WO#   337742

| Quantity | Description | U/M | Unit Price | Extension |
|---|---|---|---|---|
| 4.000 | DAY WORK/SERVICE | HRS | 180.000 | 720.00 |
| 1.000 | TRUCK CHARGE | | 45.000 | 45.00 |

STEVEN WEI, SWEI@OLIVERFPS.COM, 610-277-1331 EXT 373

| | |
|---|---|
| **Total:** | **765.00** |
| **Current Due:** | **765.00** |

SERVICE TICKET -- 9/18/2023 -- I arrived on site and met with tom. Tom brought me to the area of building where the roof had collapsed and caved in a section of the sprinkler system. Tom requested that we give him a proposal for all repairs to be made in order to get the sprinkler system operational. Tom also requested a price for annual inspections to be done. The damage was in an area protected by a 6" dry pipe valve. Repairs cannot be made until the roof damage has been corrected. In the meantime, the section that is damaged can be demoed and isolated from the rest of the building, so that the sprinkler system can be placed back in service until roof repairs are made. This work will require us to remove approximately (4) stringer lines and install 2" and 1" screw plugs. This work will require two men for one day.

## OLIVER
### FIRE PROTECTION & SECURITY
501 Feheley Drive • King of Prussia, PA 19406-2690
610-277-1331 • Fax: 610-277-2837
www.oliverfireprotection.com

| CUSTOMER | Tom Phelan | OFPS JOB # | 337742 |
|---|---|---|---|
| JOB NAME | Tri-State Paper Company | | |
| ADDRESS | 4500 North 3rd Street | TICKET # | |
| | Philadelphia, PA 19140 | CUSTOMER PO/JOB # | |

**DESCRIPTION OF WORK PERFORMED**

| Number of Men | HOUR(S) | | |
|---|---|---|---|
| 4 HR MIN | Y | N | |
| Foreman | Fitter | Straight | Overtime |
| 1.0 | | 4.0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | Y | N |
|---|---|---|
| TEMP AIR COMPRESSOR | Y | ☒ |
| HOIST/LIFT | Y | ☒ |
| FAB/DEL | Y | ☒ |
| LOW POINTS DRAINED | Y | ☒ |
| INSPECTIONS CUSTOMER | Y | ☒ |
| INSP. DATE | | |

**SERVICE CALL: ROOF COLLAPSED DAMAGING SPRINKLER LINE**

I arrived on site and met with tom. Tom brought me to the area of building where the roof had collapsed and caved in a section of the sprinkler system. Tom requested that we give him a proposal for all repairs to be made in order to get the sprinkler system operational. Tom also requested a price for annual inspections to be done. The damage was in an area protected by a 6" dry pipe valve. Repairs cannot be made until the roof damage has been corrected. In the meantime, the section that is damaged can be demoed and isolated from the rest of the building, so that the sprinkler system can be placed back in service until roof repairs are made. This work will require us to remove approximately (4) stringer lines and install 2" and 1" screw plugs. This work will require two men for one day.

| SYSTEM(S) FOUND | | IN SERVICE |
|---|---|---|
| | ✓ | OUT OF SERVICE |
| SYSTEM(S) LEFT | | IN SERVICE |
| | ✓ | OUT OF SERVICE |
| IS JOB COMPLETE? | Y | ✓ |

**MATERIAL(S) USED**

| QUANTITY | ITEM(S) |
|---|---|
| | |
| | |
| | |
| | |

| *CUSTOMER ACCEPTS RESPONSIBILITY OF MAINTAINING LOW POINT(S)*-See Back Side | (Initial) |
|---|---|

**FUTURE MATERIAL(S)**

| QUANTITY | ITEM(S) |
|---|---|
| | |
| | |

**CUSTOMER PHONE NUMBER**
484-332-4803

**CUSTOMER E-MAIL**

**OLIVER FOREMAN:** Larry McShane

**CUSTOMER SIGNATURE:** _____   **DATE:** 09/18/23

Pg. ___1___ of ___1___

CLEAR ALL FIELDS

CONFIRM & SEND

TERMS AND CONDITIONS

1. Credit and payment terms are net 15 days. OLIVER SPRINKLER COMPANY, INC. reserves the right to assess an interest charge of 1.5% per month or the maximum permitted by law, whichever is less, on accounts overdue. Customer agrees to pay all taxes including state and local taxes or excise taxes however designated, levied or based on the service charges pursuant to this Agreement. All work is subject to a minimum 4 hour charge. A fuel surcharge may be added to this charge.

2. All Freight, express, and transportation changes on material tools and men to and from work will be billed at cost. Lett over materials will be credited at prices charged, less 10%, and transportation charges, provided permission to return such materials is secured in advance from the Seller.

3. The Buyer shall furnish sufficient space on the premises for material and proper facilities for execution of the work, including watchman, water, lighting, heating, telephone, and elevator service, when available at his expense.

4. It is agreed the Seller assumes no responsibility for any personal injury or property damage arising directly or indirectly out of work covered by this order, including any loss or damage resulting from the testing, flushing, remodeling, or use of reworked or used material, unless due to negligence of the Seller. It is understood that it is impossible to predetermine whether a system will stand testing for flushing pressures without resulting in water or other damage. The Buyer agrees to pay for any additional labor or material made necessary from the use of reworked or used material.

5. The Seller makes no warranty or guarantee, express or implied, of materials or workmanship, unless the same is set forth in writing.

6. The Seller retains title to all material and equipment furnished, whether or not attached to the real estate (it being agreed that same, however attached, is to be deemed personal property), until full payment in cash is made, and shall have the right in case of default by the Buyer hereunder to enter the premises and remove such material and equipment or any part thereof, whether or not attached to the real estate.

7. A rental charge will be made for special tools and equipment, but not for standard kits, ladders and tongs. Temporary air compressors will be charged at fifty dollars ($50.00) per week rental.

8. The Seller shall be under no obligation to the Buyer other than as expressed herein.

9. Buyer agrees and understands that OLIVER SPRINKLER COMPANY, INC. is not an insurer, and that insurance for any loss which may be sustained by the Buyer shall be obtained by the Buyer; that the amounts payable to OLIVER SPRINKLER COMPANY, INC. hereunder are based upon the cost of the service to OLIVER SPRINKLER COMPANY, INC. and the scope of liability of OLIVER SPRINKLER COMPANY, INC. as herein set forth; that the cost of the service and scope of liability of OLIVER SPRINKLER COMPANY, INC. are unrelated to the value of Buyer's property, equipment, or machinery or the property, equipment or machinery of others located in Buyer's premises. Buyer understands and agrees that if OLIVER SPRINKLER. COMPANY, INC. should be found liable tor loss or damage due from the active or passive negligence of OLIVER SPRINKLER COMPANY, INC.'S agents, servants, or employees, or from any claim brought in for any reason concerning the system or the failure pf the system in any respect whatsoever, that OLIVER SPRINKLER COMPANY, INC.'S liability shall be limited to a sum equal to the cost of the service provided by OLIVER SPRINKLERCOMP ANY, INC. or five hundred dollars ($500.00) whichever is lesser, and this liability shall be exclusive.

10. If a fire watch is either recommended or mandated by any person, including the governing AHJ; then the procurement and all associated costs of the fire watch shall be the sole responsibility of the Buyer and shall in no way be the responsibility of OLIVER SPRINKLER COMPANY, INC.

11. Buyer agrees and understands that equipment must be maintained as required by NFPA 25- Inspection, Testing and Maintenance of Water Based Fire Protection Systems.

12. Buyer agrees and understands that low point origins are their sole responsibility and shall be maintained in accordance with NFPA 25.