## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TRI-STATE PAPER, INC.** | : | **BANKRUPTCY NO. 23-13237 (PMM)** |
| **d/b/a TRI-STATE PAPER COMPANY** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

## ORDER SUSTAINING OBJECTION OF ROBERT W. SEITZER, CHAPTER 7 TRUSTEE, TO PROOF OF CLAIM NO. 34-1 FILED BY OLIVER FIRE PROTECTION & SECURITY

AND NOW, upon consideration of the Objection (the "Objection") of Robert W. Seitzer,

Chapter 7 Trustee, to Proof of Claim No. 34-1 filed by Oliver Fire Protection & Security ("Proof

of Claim No. 34-1"), and after notice and hearing; it is hereby **ORDERED**, that:

1.     The Objection is **SUSTAINED.**

2.     Proof of Claim No. 34-1 is hereby **DISALLOWED IN ITS ENTIRETY.**

**BY THE COURT:**

Dated: _____

_____
PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE