**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TRI-STATE PAPER, INC.** | : | **BANKRUPTCY NO. 23-13237 (PMM)** |
| **d/b/a TRI-STATE PAPER COMPANY** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

**ORDER SUSTAINING OBJECTION OF ROBERT W. SEITZER,
CHAPTER 7 TRUSTEE, TO PROOF OF CLAIM NO. 10-1
FILED BY WELLCARE INTERNATIONAL INC.**

**AND NOW,** upon consideration of the Objection (the "Objection") of Robert W. Seitzer,

Chapter 7 Trustee, to Proof of Claim No. 10-1 filed by Wellcare International Inc. ("Proof of Claim

No. 10-1"), and after notice and hearing; it is hereby **ORDERED**, that:

1.      The Objection is **SUSTAINED**.

2.      Proof of Claim No. 10-1 is hereby **ALLOWED** as a general unsecured claim in the

amount of $2,216.00.

**BY THE COURT:**

**June 24, 2026**

Dated: _____

*Patricia M. Mayer*

_____
PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE