**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TRI-STATE PAPER, INC.** | : | **BANKRUPTCY NO. 23-13237 (PMM)** |
| **d/b/a TRI-STATE PAPER COMPANY** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

**ORDER SUSTAINING OBJECTION OF ROBERT W. SEITZER,
CHAPTER 7 TRUSTEE, TO PROOF OF CLAIM NO. 34-1
<u>FILED BY OLIVER FIRE PROTECTION & SECURITY</u>**

AND NOW, upon consideration of the Objection (the "<u>Objection</u>") of Robert W. Seitzer,

Chapter 7 Trustee, to Proof of Claim No. 34-1 filed by Oliver Fire Protection & Security ("<u>Proof</u>

<u>of Claim No. 34-1</u>"), and after notice and hearing; it is hereby **ORDERED**, that:

1.      The Objection is **SUSTAINED**.

2.      Proof of Claim No. 34-1 is hereby **DISALLOWED IN ITS ENTIRETY**.

**BY THE COURT:**

Dated: **June 24, 2026** _____

*Patricia M. Mayer*
_____
PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE