United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                      Case No. 23-13237-pmm

Tri-State Paper, Inc.                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 24, 2026 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tri-State Paper, Inc., 149 E Church Street, Blackwood, NJ 08012-3904 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALLEN B. DUBROFF | on behalf of Debtor Tri-State Paper  Inc. adminassistant@dubrofflawllc.com, adminassistant@dubrofflawllc.com,john@dubrofflawllc.com |
| CSU - OUCTS, PA Labor & Industry | ra-li-beto-bankreading@state.pa.us |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DAVID B. PICKER | on behalf of PC Events  LLC dpicker@sgrvlaw.com, klove@sgrvlaw.com |
| DAVID B. PICKER | on behalf of Defendant PC Events  LLC dpicker@sgrvlaw.com, klove@sgrvlaw.com |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us |
| JOSHUA B. LADOV | on behalf of Creditor Penn Jersey Paper Co. jladov@ladovlaw.com  admin@ladovlaw.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |

District/off: 0313-2                                          User: admin                                          Page 2 of 2

Date Rcvd: Jun 24, 2026                                      Form ID: pdf900                                      Total Noticed: 1

KRISTEN WETZEL LADD
> on behalf of Creditor Citizens Bank  N.A., successor by merger to Citizens Bank of Pennsylvania kladd@utbf.com,
> ddays@utbf.com

LAWRENCE J. KOTLER
> on behalf of Creditor Penske Truck Leasing Co.  L.P. ljkotler@duanemorris.com, lawrence-kotler-7511@ecf.pacerpro.com

LEO M. GIBBONS
> on behalf of Servpro of King of Prussia lgibbons@macelree.com

MICHAEL A. CIBIK
> on behalf of Attorney Cibik Law  P.C. help@cibiklaw.com,
> noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
> on behalf of Accountant Joseph M. Grey help@cibiklaw.com
> noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
> on behalf of Plaintiff Tri-State Paper  Inc. help@cibiklaw.com,
> noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
> on behalf of Plaintiff Tri-State Paper  Inc. mike@assad.law,
> mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law

PAMELA ELCHERT THURMOND
> on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

RACHEL WOLF
> on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

ROBERT W. SEITZER
> on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

ROBERT W. SEITZER
> rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com

ROBERT W. SEITZER
> on behalf of Plaintiff Robert W. Seitzer  Chapter 7 Trustee rseitzer@karalislaw.com, jhysley@karalislaw.com;PA93@ecfcbis.com

SAMANTHA LIEB
> on behalf of U.S. Trustee United States Trustee samantha.lieb2@usdoj.gov

United States Trustee
> USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 22

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TRI-STATE PAPER, INC.** | : | **BANKRUPTCY NO. 23-13237 (PMM)** |
| **d/b/a TRI-STATE PAPER COMPANY** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

### ORDER SUSTAINING OBJECTION OF ROBERT W. SEITZER, CHAPTER 7 TRUSTEE, TO PROOF OF CLAIM NO. 34-1 <u>FILED BY OLIVER FIRE PROTECTION & SECURITY</u>

**AND NOW,** upon consideration of the Objection (the "<u>Objection</u>") of Robert W. Seitzer,

Chapter 7 Trustee, to Proof of Claim No. 34-1 filed by Oliver Fire Protection & Security ("<u>Proof</u>

<u>of Claim No. 34-1</u>"), and after notice and hearing; it is hereby **ORDERED**, that:

1.    The Objection is **SUSTAINED**.

2.    Proof of Claim No. 34-1 is hereby **DISALLOWED IN ITS ENTIRETY**.


BY THE COURT:

Dated: **June 24, 2026**

*Patricia M. Mayer*

_____
PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE