**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TRI-STATE PAPER, INC.** | : | **BANKRUPTCY NO. 23-13237 (PMM)** |
| **d/b/a TRI-STATE PAPER COMPANY** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

**CERTIFICATION OF NO ANSWER, OBJECTION**
**OR OTHER RESPONSIVE PLEADING TO MOTION OF**
**ROBERT W. SEITZER, CHAPTER 7 TRUSTEE, FOR ENTRY OF AN ORDER (I)**
**AUTHORIZING THE SALE OF COMMERCIAL REAL PROPERTY LOCATED AT**
**2044 EAST CLEMENTINE STREET, PHILADELPHIA, PA 19134 [O.P.A. # 884345330]**
**FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES**
**PURSUANT TO 11 U.S.C. § 363 AND (II) AUTHORIZING THE COMPENSATION OF**
**REAL ESTATE BROKER PURSUANT TO 11 U.S.C. § 330**

**TO:    THE HONORABLE PATRICIA M. MAYER,**
**United States Bankruptcy Judge**

I, Robert W. Seitzer, Esquire, of Karalis PC, hereby certify that on June 15, 2026 a copy

of the Notice of Motion, Response Deadline and In-Person Hearing Date on the Motion of Robert

W. Seitzer, Chapter 7 Trustee, for Entry of an Order (I) Authorizing the Sale of Commercial Real

Property Located at 2044 East Clementine Street, Philadelphia, PA 19134 [O.P.A. # 884345330]

Free and Clear of all Liens, Claims and Encumbrances Pursuant to 11 U.S.C. § 363 and (II)

Authorizing the Compensation of Real Estate Broker Pursuant to 11 U.S.C. § 330 (the "Motion")

was served on the Office of the U.S. Trustee, Debtor's counsel, Bankruptcy Rule 2002 Parties,

interested parties and all creditors in the above-captioned proceeding. No creditor or party in

interest has served or filed any answer, objection or other responsive pleading to the Motion and

that the time for serving and filing any such answer, objection or other responsive pleading has

expired.

**WHEREFORE**, counsel to the Trustee respectfully requests that the Motion be granted.

**Respectfully submitted,**

**KARALIS PC**

By: /s/ Robert W. Seitzer

ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
Counsel to the Trustee

Dated: July 7, 2026