**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TRI-STATE PAPER, INC.** | : | **BANKRUPTCY NO. 23-13237 (PMM)** |
| **d/b/a TRI-STATE PAPER COMPANY** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

**REPORT OF SALE OF ROBERT W. SEITZER,**
**CHAPTER 7 TRUSTEE, PURSUANT TO FED. R. BANKR. P. 6004(f)(1)**

**Commercial Real Property Located at**
**2044 East Clementine Street, Philadelphia, PA 19134 [O.P.A. # 884345330]**

Robert W. Seitzer, Chapter 7 Trustee (the "Trustee"), hereby submits this Report of Sale Pursuant to Fed. R. Bankr. P. 6004(f)(1) as follows:

1.      Pursuant to the Agreement of Sale by and between the Trustee and 2044 E Clementine St, LLC approved by Order of the Court dated July 9, 2026 [D.I. 406], the Trustee sold commercial real property located at 2044 East Clementine Street, Philadelphia, PA 19134 [O.P.A. # 884345330] (the "Property") for a purchase price of $135,000.00.

2.      The Trustee received net sale proceeds in the amount of $110,436.20 at closing on the Property and previously received a deposit in the amount of $13,500.00. As such, the Trustee realized net sale proceeds in the amount of $123,936.20 from the sale of the Property. A copy of the Settlement Statement is attached hereto as Exhibit "A" and made a part hereof.

**Respectfully submitted,**

**KARALIS PC**

By:    /s/ Robert W. Seitzer
        ROBERT W. SEITZER
        1900 Spruce Street
        Philadelphia, PA 19103
        (215) 546-4500
        rseitzer@karalislaw.com

*Attorneys for the Trustee*

Dated: August 13, 2026