# EXHIBIT "A"

Previous editions are obsolete.                                                                                                                        form HUD-1 (3/86) ref Handbook 4305.2

# CUabstract.LLC

| | |
|---|---|
| | **A.**  **Settlement Statement** |
| | U.S. Department of Housing and Urban Development |
| | OMB N°. 2502-0265 |

**B. TYPE OF LOAN**
1. ☐FHA   2. ☐FmHA   3. ☐Conv. Unins.
4. ☐VA   5. ☐Conv. Ins.

| 6. FILE NUMBER | 7. LOAN NUMBER |
|---|---|
| CUP15224 | |

**8. MORTGAGE INSURANCE CASE NUMBER**

UNDERWRITER:  Commonwealth Land Title Insurance

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.
**WARNING:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U. S. Code Section 1001 and Section 1010.

TitleExpress Settlement System
Printed 08/05/2026 at 10:15 TM

| | | |
|---|---|---|
| D. NAME OF BORROWER: | 2044 E. Clementine Street LLC | |
| ADDRESS: | 760 Newtown Yardley Rd, Suite 124, Newtown, PA 18940 | |
| E. NAME OF SELLER: | Robert W. Seltzer, in his capacity as Chapter 7 Trustee for the Estate of Tri-State Paper, Inc. | |
| ADDRESS: | | |
| F. NAME OF LENDER: | | |
| ADDRESS: | | |
| G. PROPERTY ADDRESS: | 2044 East Clementine Street, Philadelphia, PA 19134 | |
| | City of Philadelphia | |
| H. SETTLEMENT AGENT: | CU Abstract | |
| PLACE OF SETTLEMENT: | 335 West Butler Avenue, Suite 120, Chalfont, PA 18914 | |
| I. SETTLEMENT DATE: | 08/13/2026 | |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101.  Contract sales price | 135,000.00 | 401.  Contract sales price | 135,000.00 |
| 102.  Personal property | | 402.  Personal property | |
| 103.  Settlement charges to borrower (line 1400) | 4,628.40 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106.  City/town taxes   08/13/26 to 12/31/26 | 740.27 | 406.  City/town taxes   08/13/26 to 12/31/26 | 740.27 |
| 107.  County taxes | | 407.  County taxes | |
| 108.  School Taxes | | 408.  School Taxes | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 140,368.67 | **420. GROSS AMOUNT DUE TO SELLER** | 135,740.27 |
| **200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201.  Deposit or earnest money | 13,500.00 | 501.  Excess Deposit (see instructions) | 13,500.00 |
| 202.  Principal amount of new loans | | 502.  Settlement charges to seller (line 1400) | 11,757.19 |
| 203.  Existing loan(s) taken subject to | | 503.  Existing loan(s) taken subject to | |
| 204. | | 504.  Payoff of First Mortgage Loan | |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210.  City/town taxes | | 510.  City/town taxes | |
| 211.  County taxes | | 511.  County taxes | |
| 212.  School Taxes | | 512.  School Taxes | |
| 213. | | 513. | |
| 214.  Water Service/Stormwater | | 514.  Water Service/Stormwater | |
| 215.  7/14-8/14 | 46.88 | 515.  7/14-8/14 | 46.88 |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 13,546.88 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 25,304.07 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301.  Gross amount due from borrower (line 120) | 140,368.67 | 601.  Gross amount due to seller (line 420) | 135,740.27 |
| 302.  Less amounts paid by/for borrower (line 220) | 13,546.88 | 602.  Less reduction amount due seller (line 520) | 25,304.07 |
| **303. CASH FROM BORROWER** | 126,821.79 | **603. CASH TO SELLER** | 110,436.20 |

• **SUBSTITUTE FORM 1099 SELLER STATEMENT:** The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on line 401 above constitutes the Gross Proceeds of this transaction.

You are required by law to provide the settlement agent (Fed. Tax ID No: _____) with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

EIN: _____ / _____  SELLER(S) SIGNATURE(S): _____ / _____

SELLER(S) NEW MAILING ADDRESS: _____

SELLER(S) PHONE NUMBERS: _____ (H) _____ (W)

Previous editions are obsolete

form HUD-1 (3/86) ref Handbook 4305.2

| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | File Number: CUP15224 | PAGE 2 |
| SETTLEMENT STATEMENT | TitleExpress Settlement System Printed 08/05/2026 at 10:15 TM | |

| L. SETTLEMENT CHARGES | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $135,000.00 @ 5.000 = 6,750.00 | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $          3,375.00    to  MPN Realty Inc. | | | |
| 702. $          3,375.00    to  Barry Slosberg Inc. | | | |
| 703. Commission paid at Settlement | | | 6,750.00 |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801. Loan Origination Fee          % | | | |
| 802. Loan Discount          % | | | |
| 803. Appraisal Fee | | | |
| 804. Credit Report | | | |
| 805. | | | |
| 806. | | | |
| 807. | | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest Prom          to          @$          /day | | | |
| 902. Mortgage Insurance Premium for      0 mont·to | | | |
| 903. Hazard Insurance Premium for      0 mont·to | | | |
| 904. | | | |
| 905. | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | |
| 1001. Hazard Insurance          mo. @ $          /mo | | | |
| 1002. Mortgage Insurance          mo. @ $          /mo | | | |
| 1003. City Property Tax          mo. @ $          /mo | | | |
| 1004. County Property Tax          mo. @ $          /mo | | | |
| 1005. Annual Assessments          mo. @ $          /mo | | | |
| 1009. Aggregate Analysis Adjustment | | 0.00 | 0.00 |
| 1100. TITLE CHARGES | | | |
| 1101. Settlement or Closing Fee | | | |
| 1102. Abstract or Title Search | | | |
| 1103. Title Examination | | | |
| 1104. Title Insurance Binder | | | |
| 1105. Document Preparation | | | |
| 1106. Notary Fees          to  MaryAnne McCartney | | 35.00 | |
| 1107. Attorney's fees | | | |
| (includes above Items No:                                ) | | | |
| 1108. Title Insurance          to  CU Abstract | | 1,224.50 | |
| (includes above Items No:                      ) | | | |
| 1109. Lender's Policy | | | |
| 1110. Owner's Policy          135,000.00 - 1,224.50 | | | |
| 1111. | | | |
| 1112. Wire fee Proceeds          to  CU Abstract | | | 20.00 |
| 1113. CU Abstract retains $1,053.07 of title insurance premium. | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording Fees Deed $   278.75      ; Mortgage $          ; Release $ | | 278.75 | |
| 1202. City/County tax/stamps          Deed $ 4,830.30      ; Mortgage $ | | 2,415.15 | 2,415.15 |
| 1203. State Tax/stamps          Deed $ 1,350.00      ; Mortgage $ | | 675.00 | 675.00 |
| 1204.          Deed $          ; Mortgage $ | | | |
| 1205. Deed $          ; Mortgage $          ; Release $ | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. Reimburse for L&I City Cert          to  MPN Realty Inc. | | | 142.00 |
| 1302. Water/Sewer          to  City of Philadelphia | | | 1,755.04 |
| 1400. TOTAL SETTLEMENT CHARGES          (enter on lines 103, Section J and 502, Section K) | | 4,628.40 | 11,757.19 |

HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

3044 E. Clementine Street LLC

Robert W. Seltzer, in his capacity as Chapter 7 Trustee for the Estate of Tri-State Paper, Inc.

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

By:                                        8/13/26
                                          DATE

Previous editions are obsolete

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

SETTLEMENT STATEMENT

form HUD-1 (3/86) ref Handbook 4305.2

File Number: CUP15224  PAGE 2

TitleExpress Settlement System  Printed 08/05/2026 at 10:15 TM

| L. SETTLEMENT CHARGES | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $135,000.00 @ 5.000 = 6,750.00 | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $ 3,375.00 to MPN Realty Inc. | | | |
| 702. $ 3,375.00 to Barry Slosberg Inc. | | | |
| 703. Commission paid at Settlement | | | 6,750.00 |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801. Loan Origination Fee % | | | |
| 802. Loan Discount % | | | |
| 803. Appraisal Fee | | | |
| 804. Credit Report | | | |
| 805. | | | |
| 806. | | | |
| 807. | | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest From to @$ /day | | | |
| 902. Mortgage Insurance Premium for 0 mont to | | | |
| 903. Hazard Insurance Premium for 0 mont to | | | |
| 904. | | | |
| 905. | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | |
| 1001. Hazard Insurance mo. @ $ /mo | | | |
| 1002. Mortgage Insurance mo. @ $ /mo | | | |
| 1003. City Property Tax mo. @ $ /mo | | | |
| 1004. County Property Tax mo. @ $ /mo | | | |
| 1005. Annual Assessments mo. @ $ /mc | | | |
| 1009. Aggregate Analysis Adjustment | | 0.00 | 0.00 |
| 1100. TITLE CHARGES | | | |
| 1101. Settlement or Closing Fee | | | |
| 1102. Abstract or Title Search | | | |
| 1103. Title Examination | | | |
| 1104. Title insurance Binder | | | |
| 1105. Document Preparation | | | |
| 1106. Notary Fees to Maryanne McCartney | | 35.00 | |
| 1107. Attorney's fees | | | |
| (includes above items No: ) | | | |
| 1108. Title Insurance to CU Abstract | | 1,224.50 | |
| (includes above items No: ) | | | |
| 1109. Lender's Policy | | | |
| 1110. Owner's Policy 135,000.00 - 1,224.50 | | | |
| 1111. | | | |
| 1112. Wire fee Proceeds to CU Abstract | | | 20.00 |
| 1113. CU Abstract retains $1,053.07 of title insurance premium. | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording Fees Deed $ 278.75 ; Mortgage $ ; Release $ | | 278.75 | |
| 1202. City/County tax/stamps Deed $ 4,830.30 ; Mortgage $ | | 2,415.15 | 2,415.15 |
| 1203. State Tax/stamps Deed $ 1,350.00 ; Mortgage $ | | 675.00 | 675.00 |
| 1204. Deed $ ; Mortgage $ | | | |
| 1205. Deed $ ; Mortgage $ ; Release $ | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. Reimburse for L&I City Cert to MPN Realty Inc. | | | 142.00 |
| 1302. Water/Sewer to City of Philadelphia | | | 1,755.04 |
| 1400. TOTAL SETTLEMENT CHARGES (enter on lines 103, Section J and 502, Section K) | | 4,628.40 | 11,757.19 |

HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

2044 E. Clementine Street LLC

Robert W. Seltzer, in his capacity as Chapter 7 Trustee for the Estate of Tri-State Paper, Inc.

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

By: _____  DATE 8/13/26