# EXHIBIT "A"

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TRI-STATE PAPER, INC.** | : | **BANKRUPTCY NO. 23-13237 (PMM)** |
| **d/b/a TRI-STATE PAPER COMPANY** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

**VERIFIED STATEMENT OF STEPHEN J. SCHERF IN SUPPORT OF THE APPLICATION OF ROBERT W. SEITZER, CHAPTER 7 TRUSTEE, TO EMPLOY ASTERION, INC. AS ACCOUNTANTS PURSUANT TO 11 U.S.C. § 327 AND FED. R. BANKR. P. 2014**

Stephen J. Scherf, principal of Asterion, Inc. ("Asterion"), hereby declares under penalty of perjury, and in connection with the above-captioned Chapter 7 bankruptcy case, that the following facts are true and correct to the best of my knowledge, information and belief:

1. I am a principal of Asterion, which has an address of which has an address of 1617 JFK Boulevard, Suite 1040, Philadelphia, PA 19103.

2. To the best of my knowledge, information and belief, neither I, nor anyone associated with Asterion, represent any interest adverse to the Debtor or to the estate in the matters upon which Asterion is to be engaged.

3. Asterion's fees for this matter shall be based on its customary rates for such services, plus costs. The hourly rates charged by said accounting firm and agreed to by the Trustee, subject to this Court's approval, are as follows:

| | Per Hour |
|---|---|
| Principals and Managing Directors | \$325 - \$595/hour |
| Senior Consultants | \$225 - \$370/hour |
| Associates and Staff | \$100 - \$245/hour |

4. Asterion is not an insider or affiliate of the Debtor. Asterion was never employed by the Debtor.

5. To the best of my knowledge, information and belief, neither I, nor anyone associated with my firm, have any connection with any party in interest, their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

6. I caused Asterion to research the firm's database to determine whether Asterion had any relationships with the Debtor and the creditors listed on the matrix and determined Asterion does not represent the creditors in any capacity, related or unrelated to the Debtor's bankruptcy case or its estate. Asterion has no adverse interest or connections with any creditor and is disinterested.

7. Asterion intends to provide typical bankruptcy accounting services to the Trustee including, but not limited to:

(a) Meetings and telephone conferences with the Trustee, his counsel and interested parties;

(b) Review of documents provided by the Debtor;

(c) Prepare the bankruptcy estate's tax returns and other tax-related documents; and

(d) Perform such other tasks as appropriate and as may be requested by the Trustee.

**ASTERION, INC.**

By: [signature]
Stephen J. Scherf

Dated: August 17, 2026