**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TRI-STATE PAPER, INC.** | : | **BANKRUPTCY NO. 23-13237 (PMM)** |
| **d/b/a TRI-STATE PAPER COMPANY** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

**MOTION OF ROBERT W. SEITZER, CHAPTER 7 TRUSTEE, FOR ENTRY OF AN ORDER AUTHORIZING PAYMENT OF REAL ESTATE TAXES TO THE CITY OF PHILADELPHIA**

Robert W. Seitzer, Chapter 7 Trustee (the "Trustee") for the estate of Tri-State Paper, Inc. d/b/a Tri-State Paper Company (the "Debtor"), by and through his counsel, Karalis PC, hereby moves (the "Motion") this Honorable Court for entry of an Order authorizing payment of real estate taxes to the City of Philadelphia (the "City"), and in support thereof, respectfully represents as follows:

## JURISDICTION

1. This Court has jurisdiction over this Motion under 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2)(A) and (O).

2. The statutory basis for the relief requested herein is 11 U.S.C. § 105(a).

## BACKGROUND

### A. Procedural Background.

3. On October 27, 2023 (the "Petition Date"), the Debtor filed for protection under Chapter 11 Subchapter V of the Bankruptcy Code (the "Bankruptcy Case").

4. On September 25, 2025, the Bankruptcy Case was converted to Chapter 7 of the Bankruptcy Code.

5. On September 26, 2025, the Trustee was appointed which appointment remains in

effect.

**B. The Sale of Real Property.**

6. On June 15, 2026, the Trustee filed the Motion of Robert W. Seitzer, Chapter 7 Trustee, for Entry of an Order (I) Authorizing the Sale of Commercial Real Property Located at 2044 East Clementine Street, Philadelphia, PA 19134 [O.P.A. # 884345330] Free and Clear of all Liens, Claims and Encumbrances Pursuant to 11 U.S.C. § 363 and (II) Authorizing the Compensation of Real Estate Broker Pursuant to 11 U.S.C. § 330 (the "Sale Motion") [D.I. 396].

7. As set forth in the Sale Motion, the Trustee sought, *inter alia*, authority to sell commercial real property located at 2044 East Clementine Street, Philadelphia, PA 19134 [O.P.A. # 884345330] (the "Property") free and clear of all liens, claims and encumbrances.

8. On July 9, 2026, this Court entered an Order granting the Sale Motion (the "Sale Order") [D.I. 406].

9. The Sale Order authorized the Trustee to pay all outstanding property tax and municipal liens due to the City at closing on the Property.

**C. The Unpaid Real Estate Taxes.**

10. The title company did not advise the Trustee that the City was owed real estate taxes for 2024 and 2025 (the "Unpaid Real Estate Taxes").

11. As a result, the Unpaid Real Estate Taxes were not paid.

12. The Unpaid Real Estate Taxes are a lien on the sale proceeds held by the Trustee from the sale of the Property.

13. As of the hearing date on this Motion, the Unpaid Real Estate Taxes are in the amount of $4,904.11. The City's Property Payoff Statement is attached hereto as Exhibit "A" and made a part hereof.

**RELIEF REQUESTED**

14. The Trustee respectively requests the entry of an Order authorizing the payment of the Unpaid Real Estate Taxes to the City.

15. As set forth herein, the Unpaid Real Estate Taxes have attached to the sale proceeds held by the Trustee from the sale of the Property.

16. The Unpaid Real Estate Taxes are accruing interest and penalties.

**NOTICE**

17. This Motion and Notice of Motion, Response Deadline and In-Person Hearing Date have been provided to (i) the Office of the United States Trustee for the Eastern District of Pennsylvania; (ii) the Debtor's counsel; (iii) counsel to the City and (iv) all parties who have requested notice pursuant to Fed. R. Bankr. P. 2002. In addition, Notice of Motion, Response Deadline and In-Person Hearing Date has been provided to all of the Debtor's creditors that filed proofs of claim. The Trustee submits that such notice is proper and adequate and no further notice is necessary or required.

**WHEREFORE**, the Trustee respectfully requests the entry of an Order (i) granting the relief requested herein and (ii) for such other and further relief as this Court deems just and proper.

**Respectfully submitted,**

**KARALIS PC**

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
rseitzer@karalislaw.com

*Attorneys for the Trustee*

Dated: September 1, 2026