# EXHIBIT "A"

**City of Philadelphia**
**Department of Revenue**

Kathleen McColgan
Revenue Commissioner
www.phila.gov/revenue

# Property Payoff Statement

Property address: 2044 E CLEMENTINE ST
OPA Number: 884345330

Date Issued: 02-Sep-2026
Requestor: ROBERT SEITZER

Payoff quote is valid through: 23-Sep-2026

Thank you for requesting a property payoff statement. This document is intended for title companies and other parties involved in a property transfer or refinance.

## Your payoff amount is $6,992.88.

Until 23-Sep-2026, the City will accept $6,992.88 as payment in full for the Real Estate Tax, Commercial Trash Fee, and/or Licenses and Inspections (L&I) Abatement Invoice debt shown at the end of this statement for 2044 E CLEMENTINE ST.

**Please cut along the line and return the bottom portion with your payment.**

| | |
|---|---|
| Amount to Pay: | $6,992.88 |
| Amount Enclosed: | |

Letter ID: L0010012325
Taxpayer: TRI-STATE PAPER INC
OPA Number: 884345330

**To pay online with eCheck (FREE) or credit card, visit tax-services.phila.gov.**

MAKE CHECKS PAYABLE TO: **CITY OF PHILADELPHIA**

**Philadelphia Dept. of Revenue**
**P.O. Box 148**
**Philadelphia, PA 19105-0148**

333990000000600000008002823314876000069928800000000000000000000000001

**Principal: $5,898.89**
**Interest: $601.35**
**Penalty: $278.74**
**Other: $213.90**
**Total Due: $6,992.88**

At the end of this document, you can see a detailed breakdown of the accounts, periods, and invoices included in this payoff statement. This payoff statement is limited to the accounts, periods, and bill items listed. This payoff statement does not include:

- any other type of debt or lien (such as business taxes or debt owed to the Philadelphia Water Department),
- fines for code violations (whether or not reduced to judgment),
- non-abatement fees owed to the Department of Licenses and Inspections, or
- any violations open on the property.

This payoff quote was accurate at the time this statement was created. This quote may differ from the actual balance owed on the payoff date if:

- additional payments are processed,
- new bills or fees are added to the balance (such as additional L&I abatement invoices, attorney's fees, or returned check fees), or
- payment is made on a different date than the one requested above.

## You must pay by money order, cashier's check, certified check, or title company check.

Please mail this payment with the voucher attached to this letter. Make the check payable to CITY OF PHILADELPHIA and write the property's OPA number 884345330 on the check.

**Note**: Periods prior to 31-Dec-2025 are affected by the following bankruptcy case(s): 2313237

CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE

Letter ID: L0010012325



# Real Estate Tax

## Account Number: 00-001443215

| Period | Principal | Interest | Penalty | Other | Total |
|---|---|---|---|---|---|
| 31-Dec-2026 | $1,916.33 | $172.44 | $0.00 | $0.00 | $2,088.77 |
| 31-Dec-2025 | $2,203.73 | $148.77 | $154.21 | $107.45 | $2,614.16 |
| 31-Dec-2024 | $1,778.83 | $280.14 | $124.53 | $106.45 | $2,289.95 |
| 31-Dec-2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31-Dec-2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31-Dec-2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31-Dec-2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31-Dec-2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31-Dec-2018 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31-Dec-2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31-Dec-2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31-Dec-2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31-Dec-2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31-Dec-2013 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31-Dec-2012 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31-Dec-2011 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31-Dec-2010 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Totals** | **$5,898.89** | **$601.35** | **$278.74** | **$213.90** | **$6,992.88** |