**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| **TRI-STATE PAPER, INC.**<br>**d/b/a TRI-STATE PAPER COMPANY** | : | **BANKRUPTCY NO. 23-13237 (PMM)** |
| **Debtor** | : | |

**ORDER**

**AND NOW**, upon consideration of the Motion of Robert W. Seitzer, Chapter 7 Trustee, for Entry of an Order Authorizing Payment of Real Estate Taxes to the City of Philadelphia (the "Motion"), and sufficient cause being shown; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Trustee is authorized to pay the sum of $4,904.11 to the City of Philadelphia representing unpaid 2024 and 2025 real estate taxes owed in connection to 2044 East Clementine Street, Philadelphia, PA 19134 [O.P.A. # 884345330].

**BY THE COURT:**

Date: ___________

______________________________
PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE