**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TRI-STATE PAPER, INC.** | : | **BANKRUPTCY NO. 23-13237 (PMM)** |
| **d/b/a TRI-STATE PAPER COMPANY** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

# CERTIFICATION OF SERVICE

I, Robert W. Seitzer, Esquire, certify that on September 1, 2026, I did cause a true and correct copy of the document described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Motion, Response Deadline and In-Person Hearing Date on the Motion of Robert W. Seitzer, Chapter 7 Trustee, for Entry of an Order Authorizing Payment of Real Estate Taxes to the City of Philadelphia.

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

**KARALIS PC**

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER

*Attorneys for the Trustee*

Dated: September 1, 2026

Mailing List Exhibit attached hereto:

**VIA U.S. FIRST CLASS MAIL UPON ALL OF THE DEBTOR'S CREDITORS**

Airgas USA, LLC
6055 Rockside Woods Blvd N
Independence, OH 44131-2301

Capital One N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Cellco Partnership d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147

Ecopax
3600 Glover Rd
Easton, PA 18040-9203

Euler Hermes N. A. Insurance Co. as Agent
800 Red Brook Blvd, #400C
Owings Mills, MD, 21117-5173

FancyHeat Corporation
40 Veronica Ave
Somerset, NJ 08873-3417

Ferraro Foods
287 S Randolphville Rd
Piscataway, NJ 08854-3806

FineLine Settings Inc.
Innovative Designs
135 Crotty Road
Suite 1
Middletown NY 10941

HotPack Global
5100 E La Palma Ave Ste 118
Anaheim, CA 92807-2081

Iconex, LLC
3237 Satellite Blvd, Bld 300, Suite 550
Duluth, GA 30096

Imperial Bag & paper Co LLC
255 Route 1 & 9
Jersey City, NJ 07306

Innovative Designs Inc.
7490 30th Ave N
St Petersburg, FL 33710-2304

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

John Petaccio
149 E Church St
Blackwood, NJ 08012-3904

Joseph M. Grey
1834 Tomlinson Rd
Philadelphia, PA 19116-3850

Megan N. Harper, Esquire
City of Philadelphia Law Department
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102

NorPak LLC
70 Blanchard St
Newark, NJ 07105-6819

Oliver Fire Protection & Security
501 Feheley Dr
Kng of Prussa, PA 19406-2611

Packaging Corporation of America
1 N Field Ct
Lake Forest, IL 60045-4810

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

Philadelphia Gas Works
800 W Montgomery Ave
Philadelphia, PA 19122-2806

Placon Corporation
6096 Mckee Rd
Madison, WI 53719-5103

Poly Plastics Products of Pennsylvania, Inc.
P.O. Box 808
Lyndhurst NJ 07071-0808

RJ Schinner Co., Inc.
N89W14700 Patrita Dr
Menomonee Fls, WI 53051-2365

Robert M. Reibstein,Esq.
1001 City Ave.
Unit WB 1011
Wynnewood PA 19096

RTUI-Sandt & Products
Attn: J. Kitsock
1828 William Penn Way Ste 102
Lancaster, PA 17601

Smart USA Inc.
1440 5th Ave
Bay Shore, NY 11706-4147

Source Direct Inc
2200 Garry Road
Suite 3
Cinnaminson, NJ 08077

State of New Jersey Division of Taxation
Bankruptcy Unit
P.O. Box 245
Trenton, NJ 08695-0245

Wellcare International Inc.
1578 Sussex Tpke
Randolph, NJ 07869-1833

Westrock CP, LLC
3950 Shackleford Rd
Duluth, GA 30096