**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| TRI-STATE PAPER, INC. d/b/a TRI-STATE | ) | |
| PAPER COMPANY, | ) | Case No.: 23-13237 (PMM) |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I, Megan N. Harper, certify that on September 15, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- *Limited Objection to the Chapter 7 Trustee's Motion for Entry of an Order Authorizing Payment of Real Estate Taxes to the City of Philadelphia*

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

*s/ Megan N. Harper*
PA Bar ID 81669

**MAILING LIST EXHIBIT**

Robert W. Seitzer, Esquire
Karalis PC
1900 Spruce Street
Philadelphia, PA 19103

Via: ☐ CM/ECF ☐ 1st Class Mail ☐Certified Mail **X** e-mail: rseitzer@karalislaw.com ☐ Other: