**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| TRI-STATE PAPER, INC. d/b/a TRI-STATE | ) | |
| PAPER COMPANY, | ) | Case No.: 23-13237 (PMM) |
| | ) | |
| Debtor. | ) | |

**PRAECIPE TO WITHDRAW LIMITED OBJECTION TO THE CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING PAYMENT OF REAL ESTATE TAXES TO THE CITY OF PHILADELPHIA**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's *Limited Objection to the Chapter 7 Trustee's Motion for Entry of an Order Authorizing Payment of Real Estate Taxes to the City of Philadelphia* [Docket No. 415] which was filed on September 15, 2026.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: September 15, 2026 By: */s/ Megan N. Harper*

MEGAN N. HARPER
Senior Attorney
PA Attorney ID 81669
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
215-686-0503 (phone)
Email: Megan.Harper@phila.gov