United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 23-13237-pmm
Tri-State Paper, Inc. Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Sep 17, 2026 Form ID: pdf900 Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tri-State Paper, Inc., 149 E Church Street, Blackwood, NJ 08012-3904 |
| aty | + | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| aty | + | Karalis PC, 1900 Spruce Street, Philadelphia, PA 19103-6605 |
| cr | + | Citizens Bank, N.A., successor by merger to Citize, 1 Citizens Bank Way, Johnston, RI 02919-1922 |
| cr | + | Fancy Heat Corp., 40 Veronica Avenue, c/o Sandra Mason, Somerset, NJ 08873-3417 |
| acc | | Joseph M. Grey, 1834 Tomlinson Road, Philadelphia, PA 19116-3850 |
| br | + | MPN Realty, Inc., 1601 Walnut Street, Suite 900, Philadelphia, PA 19102-2905 |
| cr | + | NorPak LLC, 70 Blanchard St., Newark, NJ 07105-6820 |
| NONE | + | PC Events, LLC, 675 Lancaster Avenue, Berwyn, PA 19312-1686 |
| cr | + | Penn Jersey Paper Co., 9355 Blue Grass Road, Philadelphia, PA 19114-2311 |
| cr | + | Poly Plastics Products, c/o Vito Gentile, P.O. Box 808, Lyndhurst, NJ 07071-0808 |
| NONE | | Servpro of King of Prussia, 5127 Lancaster Avenue, Philadelphia, PA 19131 |
| r | + | US Realty Associates, Inc., 120 E. Lancaster Avenue, Ardmore, PA 19003-3209 |
| intp | + | Young Adjustment Company, Inc., c/o David Horowitz, 900 Lenmar Drive, Blue Bell, PA 19422-2049 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: megan.harper@phila.gov | Sep 18 2026 00:45:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| acc | | Asterion, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALLEN B. DUBROFF | on behalf of Debtor Tri-State Paper Inc. adminassistant@dubrofflawllc.com, adminassistant@dubrofflawllc.com,john@dubrofflawllc.com |
| CSU - OUCTS, PA Labor & Industry | ra-li-beto-bankreading@state.pa.us |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DAVID B. PICKER | on behalf of Defendant PC Events LLC dpicker@sgrvlaw.com, klove@sgrvlaw.com |
| DAVID B. PICKER | on behalf of PC Events LLC dpicker@sgrvlaw.com, klove@sgrvlaw.com |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us |
| JOSHUA B. LADOV | on behalf of Creditor Penn Jersey Paper Co. jladov@ladovlaw.com admin@ladovlaw.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| KRISTEN WETZEL LADD | on behalf of Creditor Citizens Bank N.A., successor by merger to Citizens Bank of Pennsylvania kladd@utbf.com, ddays@utbf.com |
| LAWRENCE J. KOTLER | on behalf of Creditor Penske Truck Leasing Co. L.P. ljkotler@duanemorris.com, lawrence-kotler-7511@ecf.pacerpro.com |
| LEO M. GIBBONS | on behalf of Servpro of King of Prussia lgibbons@macelree.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | on behalf of Attorney Cibik Law P.C. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Plaintiff Tri-State Paper Inc. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Accountant Joseph M. Grey help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Plaintiff Tri-State Paper Inc. mike@assad.law, mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| RACHEL WOLF | on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov |
| ROBERT W. SEITZER | rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| ROBERT W. SEITZER | on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com jhysley@karalislaw.com;PA93@ecfcbis.com |
| ROBERT W. SEITZER | on behalf of Plaintiff Robert W. Seitzer Chapter 7 Trustee rseitzer@karalislaw.com, jhysley@karalislaw.com;PA93@ecfcbis.com |

| | |
|---|---|
| SAMANTHA S. LIEB | on behalf of U.S. Trustee United States Trustee samantha.lieb2@usdoj.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 23

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TRI-STATE PAPER, INC.** | : | **BANKRUPTCY NO. 23-13237 (PMM)** |
| **d/b/a TRI-STATE PAPER COMPANY** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

**<u>ORDER</u>**

**AND NOW**, upon consideration of the Motion of Robert W. Seitzer, Chapter 7 Trustee, for Entry of an Order Authorizing Payment of Real Estate Taxes to the City of Philadelphia (the "<u>Motion</u>"), and sufficient cause being shown; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Trustee is authorized to pay the sum of $4,904.11 to the City of Philadelphia representing unpaid 2024 and 2025 real estate taxes owed in connection to 2044 East Clementine Street, Philadelphia, PA 19134 [O.P.A. # 884345330].

**BY THE COURT:**

Date: **September 17, 2026**

PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE