**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TRI-STATE PAPER, INC.** | : | **BANKRUPTCY NO. 23-13237 (PMM)** |
| **d/b/a TRI-STATE PAPER COMPANY** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

**FIRST AND FINAL FEE APPLICATION OF ASTERION, INC. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS ACCOUNTANTS TO THE TRUSTEE, FOR THE PERIOD AUGUST 19, 2026 THROUGH NOVEMBER 13, 2026**

Asterion, Inc. (the "Applicant"), accountants to Robert W. Seitzer, Chapter 7 Trustee (the "Trustee") for the estate of Tri-State Paper, Inc. d/b/a Tri-State Paper Company (the "Debtor"), in accordance with Fed. R. Bankr. P. 2016, applies under 11 U.S.C. § 330 for an award of compensation and reimbursement of actual, necessary expenses (the "Application") and represents:

**Part A - Preliminary Statement**

1. The Applicant is the accountant to the Trustee. On August 28, 2026, this Court entered an Order approving the Applicant's retention as accountant to the Trustee effective as of August 19, 2026.

2. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Trustee, and not on behalf of any committee, creditor, or other person.

3. The services described in this Application are actual, necessary services and the compensation requested for those services is reasonable.

4. The expenses described in this Application are actual, necessary expenses.

5. The Applicant seeks a final allowance and payment of compensation in the amount of $4,536.00 for accounting services rendered and $238.25 for reimbursement of actual and

necessary expenses incurred during the service period of August 19, 2026 through November 13, 2026 (the "Service Period").

6. The Trustee was given the opportunity to review the Application and has approved the amount requested herein.

## Part B - General Information

1. **Period: August 19, 2026 through November 13, 2026**

First and Final Fee Application

| | Requested |
|---|---|
| Fees | $4,536.00 |
| Expenses | $238.25 |
| Total | $4,774.25 |

2. **General Information**

a. Date case filed: October 27, 2023 under Chapter 11 of the Bankruptcy Code. On September 25, 2025, the Bankruptcy Case was converted to Chapter 7 of the Bankruptcy Code.

b. Date Trustee appointed: September 26, 2025

c. Date application to approve employment filed: August 19, 2026

d. Date employment approved: August 28, 2026

e. First date services rendered in this case: October 8, 2026

f. $4,536.00 of the compensation sought for accounting services and $238.25 of the reimbursement sought for actual and necessary expenses incurred during the Service Period are proposed to be paid.

g. This Application is for a period more than 120 days after the end of the period of the last Application.

3. **Prior Applications**

None.

4. **Accountants' Billing**

| | Per Hour |
|---|---|
| Principals and Managing Directors | \$325 - \$595/hour |
| Senior Consultants | \$225 - \$370/hour |
| Associates and Staff | \$100 - \$245/hour |

5. **Billing Rates**

The billing rates set forth in this Application are the normal hourly rates charged by the Applicant for the services rendered.

**Part C Billing Summary**

1. Throughout this bankruptcy proceeding, the Applicant has provided 14.40 hours of services to the Trustee and is requesting a final award of fees in the amount of \$4,536.00. *See*, Exhibit "A".

2. Throughout this bankruptcy proceeding, the Applicant provided all services related to the preparation and filing of the bankruptcy estate's federal and state tax returns.

**Part D - Expense Summary**

1. The Applicant is seeking expenses in the amount of \$238.25. *See*, Exhibit "A".

**Part E - L.B.R. 2016-2(b) Statement**

1. Local Bankruptcy Rule 2016-2(b) is not applicable as the Applicant is seeking the entry of a final Order awarding compensation and reimbursement of expenses. Concurrent with the filing of this Application, the Trustee is submitting his Final Report to the Office of the United States Trustee.

**NOTICE**

1. This Application and Notice of the Application were served upon (i) the Office of the United States Trustee for the Eastern District of Pennsylvania; (ii) counsel to the Debtor and (iii) all parties who have requested notice pursuant to Fed. R. Bankr. P. 2002. In addition, Notice of this Application has been provided to all of the creditors that filed proofs of claim in this case.

The Applicant submits that such notice is proper and adequate and no further notice is necessary or required.

**WHEREFORE**, the Applicant requests the entry of an Order granting the relief requested herein.

**Respectfully submitted,**

**CHAPTER 7 TRUSTEE FOR THE ESTATE OF TRI-STATE PAPER, INC. d/b/a TRI-STATE PAPER COMPANY**

By: /s/ Robert W. Seitzer

Robert W. Seitzer, Esquire
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
rseitzer@karalislaw.com

*Chapter 7 Trustee*

Dated: November 25, 2026