**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TRI-STATE PAPER, INC.**<br>**d/b/a TRI-STATE PAPER COMPANY** | :<br>: | **BANKRUPTCY NO. 23-13237 (PMM)** |
| | : | |
| **Debtor** | : | |
| | : | |

**ORDER**

**AND NOW**, upon consideration of the First and Final Fee Application of Asterion, Inc. (the "Applicant") for Compensation and Reimbursement of Expenses, as Accountants to the Trustee, for the period August 19, 2026 through November 13, 2026 (the "Application"), it is hereby **ORDERED** that:

1. The Application is **APPROVED**.

2. The Applicant is allowed compensation in the amount of $4,536.00 for services rendered and $238.25 for reimbursement of expenses for a total of $4,774.25.

3. The amount awarded herein is hereby made final.

**BY THE COURT:**

Dated: ____________

______________________________
PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE