**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TRI-STATE PAPER, INC.** | : | **BANKRUPTCY NO. 23-13237 (PMM)** |
| **d/b/a TRI-STATE PAPER COMPANY** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

## VERIFIED STATEMENT

The undersigned hereby swears and affirms pursuant to 28 U.S.C. § 1746 that the following information is true and correct to the best of my knowledge, information and belief:

1. I am a principal of Asterion, Inc., the Applicant named in the foregoing First and Final Fee Application of Asterion, Inc. for Compensation and Reimbursement of Expenses, as Accountants to the Trustee, for the period August 19, 2026 through November 13, 2026; that the facts set forth therein are true and correct; that my firm has no agreement directly or indirectly, and that no understanding exists in any form or guise with any person for a division of the compensation herein requested.

2. I declare under penalty of perjury that the foregoing is true and correct.

STEPHEN J. SCHERF

Dated: November 24, 2026