# EXHIBIT "A"

**Asterion, Inc**
1617 JFK Boulevard
Suite 1040
Philadelphia, PA 19103

Phone: 215.893.9901 Fax: 215.893.9903
www.asterion-consulting.com
(EIN 26-3236276)

Invoice submitted to:
Tri-State Paper
Robert Seitzer, Trustee
Karalis PC
1900 Spruce Street
Philadelphia, PA 19103

November 23, 2026

Invoice #14709

Professional Services

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/8/2026 | PS | Advise<br>Preliminary analysis of documents received for tax return preparation. Quantify activity and prepare summary of documents with open issues. | 1.90<br>370.00/hr | NO CHARGE |
| 10/14/2026 | SJS | Advise<br>Advise re: Review file, 2022 tax return, settlement sheets. Analyze same. Prepare tax return workpapers. | 5.60<br>565.00/hr | 3,164.00 |
| 10/15/2026 | PS | Advise<br>Review and revise analysis for tax return preparation and related form 505(B). | 1.30<br>370.00/hr | NO CHARGE |
| 11/11/2026 | IB | Advise<br>Advise re: Prepare tax returns for Trustee. | 1.70<br>195.00/hr | 331.50 |
| 11/12/2026 | IB | Advise<br>Advise re: Prepare tax returns for Trustee. | 2.30<br>195.00/hr | 448.50 |
| 11/13/2026 | PS | Advise<br>Final review of returns and attachments. Prepare returns for Trustee signature and filing. | 1.60<br>370.00/hr | 592.00 |
| | | **For professional services rendered** | **14.40** | **$4,536.00** |

Additional Charges :

| | | | Qty/Price | Amount |
|---|---|---|---|---|
| 11/12/2026 | IB | Service Fee<br>Service Fee Prosystem processing charge | 1<br>224.35 | 224.35 |
| 11/13/2026 | PS | Postage<br>Priority Mail of Returns | 1<br>13.90 | 13.90 |
| | | **Total additional charges** | | **$238.25** |
| | | **Total amount of this bill** | | **$4,774.25** |
| | | Balance due | | $4,774.25 |

Any retainer balance shown is held through the term of the engagement. Upon completion of the engagement, any unused portion of the retainer will be returned, without interest.