**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **CHAPTER 7** |
| **TRI-STATE PAPER, INC.<br>d/b/a TRI-STATE PAPER COMPANY** | **BANKRUPTCY NO. 23-13237 (PMM)** |
| **Debtor** | |

**FIRST AND FINAL FEE APPLICATION OF KARALIS PC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS COUNSEL TO THE TRUSTEE, FOR THE PERIOD OCTOBER 8, 2025 THROUGH NOVEMBER 20, 2026**

Karalis PC (the "Applicant"), counsel to Robert W. Seitzer, Chapter 7 Trustee (the "Trustee") for the estate of Tri-State Paper, Inc. d/b/a Tri-State Paper Company (the "Debtor"), in accordance with Fed. R. Bankr. P. 2016, applies under 11 U.S.C. § 330 for an award of compensation and reimbursement of actual, necessary expenses (the "Application") and represents:

**Part A - Preliminary Statement**

1. On October 8, 2025, the Trustee filed an Application to Employ the Applicant as his bankruptcy counsel. By Order dated October 21, 2025, the Applicant was employed as the Trustee's bankruptcy counsel.

2. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Trustee, and not on behalf of any committee, creditor, or other person.

3. The services described in this Application are actual, necessary services and the compensation requested for those services is reasonable.

4. The expenses described in this Application are actual, necessary expenses.

5. The Applicant seeks a final allowance and payment of compensation in the amount of $30,805.50 for legal services rendered and $1,802.33 for reimbursement of actual and necessary

expenses incurred during the service period of October 8, 2025 through November 20, 2026 (the "Service Period").

6. The Trustee was given the opportunity to review the Application and has approved the amount requested herein.

## Part B - General Information

1. **Period: October 8, 2025 through November 20, 2026**

First and Final Fee Application

| | Requested |
|---|---|
| Fees | $30,805.50 |
| Expenses | $ 1,802.33 |
| Total | $32,607.83 |

2. **General Information**

a. Date case filed: October 27, 2023 under Chapter 11 of the Bankruptcy Code. On September 25, 2025, the Bankruptcy Case was converted to Chapter 7 of the Bankruptcy Code.

b. Date Trustee appointed: September 26, 2025

c. Date application to approve employment filed: October 8, 2025

d. Date employment approved: October 21, 2025

e. First date services rendered in this case: October 9, 2025

f. $30,805.50 of the compensation sought for legal services and $1,802.33 of the reimbursement sought for actual and necessary expenses incurred during the Service Period are proposed to be paid.

g. This Application is for a period greater than 120 days after the end of the period of the last Application.

3. **Prior Applications**

None

4. **Attorneys' Billing**

| NAME OF PROFESSIONAL | ADMITTED | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| Aris J. Karalis | 1988 | 1.70 | $675 | $1,147.50 |
| Robert W. Seitzer | 2001 | 7.50 | $525 | $3,937.50 |
| | | 42.90 | $575 | $24,667.50 |
| **TOTAL** | | **52.10** | | **$29,752.50** |

5. **Paralegal Services**

| NAME OF PROFESSIONAL | HOURS | RATE | TOTAL |
|---|---|---|---|
| Jill Hysley | 5.40 | $195 | $1,053.00 |
| **SUB-TOTAL** | **5.40** | | **$1,053.00** |

6. **Billing Rates**

The billing rates set forth in this Application are the normal hourly rates charged by the Applicant for the services rendered.

**Part C Billing Summary**

1. **Description of Service -** The Applicant prepared a Motion to Compel the Debtor's Owner to Turnover Funds. The Applicant filed a Complaint against Citizens Bank (the "Bank"), had telephone conferences and exchanged e-mails with the Bank's counsel and resolved the litigation. The Applicant reviewed environmental reports and title searches in connection to commercial real property located at 4500-4520 North Third Street, Philadelphia, PA 19140-1502 (the "North Third Street Property"). The Applicant prepared a Motion to Sell the North Third Street Property and revised all closing documents relating to the sale of the North Third Street Property.

2. The Applicant prepared a Motion to Compel the Debtor's Accountant to File a Fee

Application and attended two (2) hearings in connection therewith. The Applicant attempted to sell the Debtor's inventory and default judgments but could not find a buyer. The Applicant filed a Motion to Abandon and Destroy the Debtor's Personal Property. The Applicant prepared Objections to Proofs of Claim.

3. The Applicant reviewed title searches in connection to commercial real property located at 2044 East Clementine Street, Philadelphia, PA 19134 (the "Clementine Street Property"). The Applicant prepared a Motion to Sell the Clementine Street Property and revised all closing documents relating to the sale of the Clementine Street Property.

4. The Applicant advised the Trustee with respect to all legal matters in connection with this bankruptcy case and performed the professional services detailed in Exhibit "A" which is attached hereto and made a part hereof. Detailed statements of the services are included in Exhibit "A" which lists the name of the professional or paraprofessional, date, activity, and time expended in connection with the services rendered.

**Part D - Expense Summary**

1. The Applicant has expended $1,802.33 for costs and expenses in connection with the representation of the Trustee during the Service Period. A detail of the costs and expenses is included in Exhibit "A".

**Part E - L.B.R. 2016-2(b) Statement**

1. Local Bankruptcy Rule 2016-2(b) is not applicable as the Applicant is seeking the entry of a final Order awarding compensation and reimbursement of expenses. Concurrent with the filing of this Application, the Trustee is submitting his Final Report to the Office of the United States Trustee.

## NOTICE

1. This Application and Notice of the Application were served upon (i) the Office of the United States Trustee for the Eastern District of Pennsylvania; (ii) counsel to the Debtor and (iii) all parties who have requested notice pursuant to Fed. R. Bankr. P. 2002. In addition, Notice of this Application has been provided to all of the creditors that filed proofs of claim in this case. The Applicant submits that such notice is proper and adequate and no further notice is necessary or required.

**WHEREFORE**, the Applicant requests an award of $30,805.50 as reasonable compensation for the services rendered and $1,802.33 for reimbursement of expenses for a total of $32,607.83 for the period October 8, 2025 through November 20, 2026.

**Respectfully submitted,**

**KARALIS PC**

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
rseitzer@karalislaw.com

*Attorneys for the Trustee*

Dated: November 25, 2026