**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TRI-STATE PAPER, INC.** | : | **BANKRUPTCY NO. 23-13237 (PMM)** |
| **d/b/a TRI-STATE PAPER COMPANY** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

## ORDER

**AND NOW**, upon consideration of the First and Final Fee Application of Karalis PC (the "Applicant") for Compensation and Reimbursement of Expenses, as Counsel to the Trustee, for the Period October 8, 2025 through November 20, 2026 (the "Application"), it is hereby **ORDERED** that:

1. The Application is **APPROVED.**

2. The Applicant is allowed compensation in the amount of $30,805.50 for services rendered and $1,802.33 for reimbursement of expenses for a total of $32,607.83.

3. The amount awarded herein is hereby made final.

**BY THE COURT:**

Dated: ____________________

____________________________________
PATRICIA M. MAYER,
U.S. BANKRUPTCY JUDGE