**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **CHAPTER 7** |
| **TRI-STATE PAPER, INC.**<br>**d/b/a TRI-STATE PAPER COMPANY** | **BANKRUPTCY NO. 23-13237 (PMM)** |
| **Debtor** | |

**VERIFIED STATEMENT**

The undersigned hereby swears and affirms pursuant to 28 U.S.C. § 1746 that the following information is true and correct to the best of his knowledge, information and belief:

1. I am a partner with the law firm of Karalis PC, the Applicant named in the foregoing First and Final Fee Application of Karalis PC for Compensation and Reimbursement of Expenses, as Counsel to the Trustee, for the Period October 8, 2025 through November 20, 2026; that the facts set forth therein are true and correct; that my firm has no agreement directly or indirectly, and that no understanding exists in any form or guise with any person for a division of the compensation herein requested.

2. I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert W. Seitzer
ROBERT W. SEITZER

Dated: November 25, 2026