# EXHIBIT "A"

November 20, 2026

Robert Seitzer

1900 Spruce Street
Philadelphia, PA 19103 USA

Attention:

MATTER: 6063-a
INVOICE: 2131

Tri-State Paper, Inc. d/b/a Tri-State Paper Company

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-09-25 | Meeting with Chris Cimino, John Pefaccio & RWS re: 4500-20 N. 3rd Street property / Agreement of Sale | 1.70 | 1,147.50 | AJK |
| | Conference with Debtor's representatives & AJK re: sale of real property | 1.70 | 892.50 | RWS |
| Oct-23-25 | Prepared email to Dubroff re: closing out bank account | 0.10 | 52.50 | RWS |
| Nov-05-25 | Prepared Motion to Compel Turnover of Bank Accounts | 1.10 | 577.50 | RWS |
| Nov-25-25 | Letter to Petaccio re: turnover of bank account | 0.30 | 157.50 | RWS |
| Dec-15-25 | Prepared Complaint v. Citizens Bank | 1.00 | 525.00 | RWS |
| Dec-16-25 | Telephone conference with Ladd re: Citizens adversary | 0.30 | 157.50 | RWS |
| | Prepared Consent Order Resolving Citizens adversary | 0.60 | 315.00 | RWS |
| | Prepared email to Ladd re: Citizens Adversary | 0.10 | 52.50 | RWS |
| | Review of Phase 2 Report for Third Street property | 1.20 | 630.00 | RWS |
| Dec-17-25 | Review of judgment & lien search re: North Third Street property | 0.60 | 315.00 | RWS |
| | Telephone conference with Cimino re: Phase II results | 0.30 | 157.50 | RWS |
| Dec-23-25 | Prepared Notice of Dismissal of Citizens Complaint | 0.20 | 105.00 | RWS |

| | | | | |
|---|---|---|---|---|
| Jan-09-26 | Review of new AOS for 3rd Street property | 0.40 | 230.00 | RWS |
| Jan-13-26 | Prepared Sale Motion re: Third Street property | 3.30 | 1,897.50 | RWS |
| Jan-14-26 | Telephone conference with Grey re: unauthorized fees & costs | 0.30 | 172.50 | RWS |
| | Research re: unauthorized payment to accountant | 1.30 | 747.50 | RWS |
| Jan-21-26 | Telephone conference with Saffer re: sale of 3rd Street property | 0.30 | 172.50 | RWS |
| | Telephone conference with Grey re: AR | 0.30 | 172.50 | RWS |
| Jan-22-26 | Review of Title Commitment for Sale of 3rd Street property | 0.60 | 345.00 | RWS |
| | Prepared form letter re: default judgments | 0.30 | 172.50 | RWS |
| Jan-23-26 | Review of judgment & lien search for Clementine property | 0.50 | 287.50 | RWS |
| Feb-05-26 | Telephone conference with Bovarnick re: unauthorized accountant fees | 0.20 | 115.00 | RWS |
| Feb-09-26 | Telephone conference with Seccia re: Cosmi's Deli A/R | 0.30 | 172.50 | RWS |
| Feb-10-26 | Telephone conference with Petaccio re: sale of real property | 0.30 | 172.50 | RWS |
| | Telephone conference with Ladov re: sale of inventory | 0.30 | 172.50 | RWS |
| | Telephone conference with Reibstein re: sale of inventory | 0.30 | 172.50 | RWS |
| Feb-11-26 | Prepared Motion to Compel Grey to file Fee Application | 1.40 | 805.00 | RWS |
| Feb-13-26 | Telephone conference with J. Moccia re: Moccia Train Stop AR | 0.20 | 115.00 | RWS |
| Feb-16-26 | Review & revise Settlement Statement re: Sale of N. 3rd Street property | 0.40 | 230.00 | RWS |
| Feb-17-26 | Review & revise Deed Package re: Sale of N. 3rd Street property | 0.60 | 345.00 | RWS |

| | | | | |
|---|---|---|---|---|
| Feb-18-26 | Letter to First City Abstract re: Closing on N. 3rd Street property | 0.30 | 172.50 | RWS |
| Feb-24-26 | Prepared Report of Sale for N. 3rd Street property | 0.40 | 230.00 | RWS |
| Feb-25-26 | (3) Telephone conferences with LeCoff re: auction of inventory | 0.40 | 230.00 | RWS |
| Feb-26-26 | Conference with LeCoff re: auction of inventory | 3.10 | 1,782.50 | RWS |
| | Telephone conference with Dubroff re: inventory & AR | 0.20 | 115.00 | RWS |
| Feb-27-26 | Review of Grey Response to Motion to Compel Fee Application | 0.20 | 115.00 | RWS |
| Mar-03-26 | Conference with LeCoff re: sale of inventory | 1.50 | 862.50 | RWS |
| Mar-04-26 | (2) Telephone conferences with LeCoff re: sale of inventory | 0.40 | 230.00 | RWS |
| Mar-05-26 | Telephone conference with LeCoff re: sale of inventory | 0.20 | 115.00 | RWS |
| Mar-10-26 | Prepared for Hearing on Motion to Compel Grey to file Fee Application | 0.40 | 230.00 | RWS |
| Mar-11-26 | Court Appearance re: Motion to Compel Accountant to file Fee Application | 0.80 | 460.00 | RWS |
| | Telephone conference with LeCoff re: inventory | 0.30 | 172.50 | RWS |
| | Telephone conference with Cimino re: sale of Clementine Street property | 0.30 | 172.50 | RWS |
| Mar-17-26 | (2) Telephone conferences with Petaccio re: sale of inventory | 0.50 | 287.50 | RWS |
| Mar-31-26 | Review of UST Objection to Grey Fee Application | 0.20 | 115.00 | RWS |
| Apr-09-26 | Telephone conference with Cimino re: destruction of personal property | 0.30 | 172.50 | RWS |
| | Prepared Motion to Abandon and Destroy Personal Property | 2.30 | 1,322.50 | RWS |

| | | | | |
|---|---|---|---|---|
| Apr-14-26 | Telephone conference with Delibero re: return of Fine Line goods | 0.30 | 172.50 | RWS |
| | Telephone conference with Cucolo re: return of Norpack goods | 0.20 | 115.00 | RWS |
| | Telephone conference with Wong re: return of Esopax goods | 0.20 | 115.00 | RWS |
| | Telephone conference with Johnson re: Oliver Fire Admin Claim | 0.30 | 172.50 | RWS |
| | Telephone conference with Marci re: obligations owed to Fancy Heat | 0.20 | 115.00 | RWS |
| | Telephone conference with Gentile re: obligations owed to Poly Plastics Products | 0.30 | 172.50 | RWS |
| Apr-21-26 | Prepared for Hearing on Objection to Grey Fee Application | 0.70 | 402.50 | RWS |
| Apr-22-26 | Court Appearance re: Grey Fee Application | 0.80 | 460.00 | RWS |
| Apr-27-26 | Telephone conference with Grey re: Fee Application invoice | 0.30 | 172.50 | RWS |
| May-07-26 | Prepared email to Petaccio re: removing items from Clementine Street | 0.10 | 57.50 | RWS |
| May-11-26 | Prepared Objection to Oliver Fire Protection POC | 1.40 | 805.00 | RWS |
| | Prepared Objection to Wellcare International POC | 1.20 | 690.00 | RWS |
| May-12-26 | Telephone conference with Taylor re: buying judgments | 0.40 | 230.00 | RWS |
| May-18-26 | Prepared (2) emails to Bilinski re: Sheppard preferences | 0.10 | 57.50 | RWS |
| | Telephone conference with Walker re: Ridgway preference | 0.30 | 172.50 | RWS |
| May-20-26 | Telephone conference with Petaccio re: AR | 0.30 | 172.50 | RWS |
| | Review of defenses to Sheppard preference demand | 0.30 | 172.50 | RWS |

| | | | | |
|---|---|---|---|---|
| May-21-26 | Telephone conference with Kriner re: Objection to Oliver Fire POC | 0.30 | 172.50 | RWS |
| May-29-26 | Review of Plastirun defenses to preference demand letter | 0.20 | 115.00 | RWS |
| Jun-01-26 | Telephone conference with Cimino re: issues with sale of Clementine | 0.20 | 115.00 | RWS |
| Jun-09-26 | Telephone conference with Ladov re: Penn Jersey Paper preference demand | 0.20 | 115.00 | RWS |
| Jun-10-26 | Review of Plastirun additional defenses to preference demand | 0.20 | 115.00 | RWS |
| Jun-11-26 | Telephone conference with Gomes re: title issues with sale of Clementine Street property | 0.30 | 172.50 | RWS |
| Jun-12-26 | Prepared Sale motion re: Clementine Street property | 3.10 | 1,782.50 | RWS |
| Jun-23-26 | Review of Title Commitment re: sale of Clementine Street property | 0.50 | 287.50 | RWS |
| | Prepared for hearings on Objection to Claims | 0.30 | 172.50 | RWS |
| Jun-24-26 | Court Appearance re: Objection to Claims | 0.50 | 287.50 | RWS |
| | Prepared (3) emails to McCartney re: Clementine title insurance | 0.20 | 115.00 | RWS |
| Jun-26-26 | Research re: tax lien validity on Clementine property | 2.10 | 1,207.50 | RWS |
| | (2) Telephone conferences with McCartney re: tax lien validity on Clementine property | 0.30 | 172.50 | RWS |
| Jul-09-26 | Review of Deed Package re: Sale of Clementine Street property | 0.70 | 402.50 | RWS |
| Aug-04-26 | Review & revise ALTA re: sale of Clementine Street | 0.40 | 230.00 | RWS |
| | Letter to CU Abstract re: closing on Clementine Street | 0.20 | 115.00 | RWS |
| Aug-06-26 | Telephone conference with McCartney re: closing issues on Clementine Street | 0.20 | 115.00 | RWS |

| | | | | |
|---|---|---|---|---|
| Aug-10-26 | Prepared Report of Sale for Clementine Street property | 0.30 | 172.50 | RWS |
| Aug-13-26 | Telephone conference with Scherf re: tax issues with sale of property | 0.20 | 115.00 | RWS |
| Aug-28-26 | Prepared email to Scherf re: tax issues | 0.20 | 115.00 | RWS |
| Aug-31-26 | Prepared (3) emails to Thurmond re: real estate taxes | 0.20 | 115.00 | RWS |
| | Prepared Motion to Pay Real Estate Taxes to City of Philadelphia | 1.60 | 920.00 | RWS |
| Jan-14-26 | Prepared Schedule of Default Judgments | 1.50 | 292.50 | JH |
| Feb-05-26 | Review of docket & prepare CONR to Sale Motion | 0.30 | 58.50 | JH |
| | Research re: principals of multiple entities to prepare demand letters | 1.00 | 195.00 | JH |
| | Prepared correspondence to default judgment parties | 1.70 | 331.50 | JH |
| Apr-24-26 | Review of docket & prepare CONR to Motion to Abandon & Destroy | 0.30 | 58.50 | JH |
| Jul-07-26 | Review of docket & prepare CONR to Sale Motion | 0.30 | 58.50 | JH |
| Sep-16-26 | Review of docket & prepare CONR to Motion to Net Payroll Taxes | 0.30 | 58.50 | JH |
| | Totals | 57.50 | $30,805.50 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Aris J. Karalis | 1.70 | $675.00 | $1,147.50 |
| Robert W. Seitzer | 50.40 | $567.56 | $28,605.00 |
| Jill Hysley | 5.40 | $195.00 | $1,053.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| | Objection - Copy Charge | 7.80 |
| | Correspondence - Copy Charge | 44.00 |
| | Certificate of No Objection - Copy Charge | 11.40 |
| | Motion - Copy Charge | 54.40 |
| | Notice - Copy Charge | 150.60 |
| | Fee Application - Copy Charge | 5.00 |
| Oct-08-25 | Mail - Correspondence - 4 - Tri-State Paper | 2.96 |
| Oct-31-25 | Pacer Service Charges for October | 9.50 |
| Nov-05-25 | Mail - Motion - 1 - Tri-State | 0.74 |
| Nov-20-25 | Mail - Certificate of No Objection - 1 - Tri-State | 0.74 |
| Nov-25-25 | Mail - Correspondence - 1 - Tri-State | 0.74 |
| Dec-15-25 | Search completed by DataTrace | 256.00 |
| Jan-14-26 | Filing Fee - Sale Motion | 199.00 |
| | Mail - Motion - 1 - Tri-State | 2.74 |
| | Mail - Notice - 138 - Tri-State | 102.12 |
| Jan-23-26 | Search completed by Data Trace | 277.56 |
| Jan-31-26 | Pacer Service Charges for January | 7.80 |
| Feb-05-26 | Mail - Certificate of No Objection - 1 - Tri-State | 0.74 |
| Feb-06-26 | Mail - Correspondence - 24 - Tri-State | 17.76 |
| Feb-12-26 | Mail - Motion - 1 - Tri-State | 1.03 |
| Apr-09-26 | Filing Fee - Motion to Abandon & Destroy | 199.00 |
| | Mail - Motion - 1 - Tri-State | 1.03 |
| | Mail - Notice - 137 - Tri-State | 101.38 |
| Apr-23-26 | Mail - Certificate of No Objection - 1 - Tri-State | 0.74 |
| | Mail - Praecipe -1 - Tri-State | 0.74 |
| Apr-29-26 | Mail - Proof of Claim - 1 - Tri-State | 0.74 |
| May-07-26 | Mail - Orders - 1 - Tri-State | 0.74 |
| May-11-26 | Mail - Objection - 2 - Tri-State | 2.35 |
| May-13-26 | Mail - Correspondence - 12 - Tri-State | 8.88 |
| Jun-12-26 | Mail - Motion - 1 - Tri-State | 1.32 |
| | Mail - Notice - 30 - Tri-State | 22.20 |
| Jun-15-26 | Filing Fee - Sale Motion | 199.00 |
| Jul-07-26 | Mail - Certificate of No Objection - 1 - Tri-State | 0.74 |

| | | |
|---|---|---|
| Aug-05-26 | Federal Express - Inv No.:9-416-59784 | 34.40 |
| Sep-01-26 | Mail - Notice - 31 - Tri-State | 24.18 |
| Sep-17-26 | Mail - Correspondence - 1 - Tri-State | 0.78 |
| Nov-20-26 | Mail - Correspondence - 36 - Tri-State | 28.08 |
| | Mail - Notice - 30 - Tri-State | 23.40 |
| | Totals | $1,802.33 |

**Balance Due Now** **$32,607.83**