**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **CHAPTER 7** |
| **TRI-STATE PAPER, INC.**<br>**d/b/a TRI-STATE PAPER COMPANY** | **BANKRUPTCY NO. 23-13237 (PMM)** |
| **Debtor** | |

**<u>CERTIFICATION OF SERVICE</u>**

I, Robert W. Seitzer, Esquire, certify that on November 25, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First and Final Fee Application of Karalis PC for Compensation and Reimbursement of Expenses, as Counsel to the Trustee, for the Period October 8, 2025 through November 20, 2026 (the "<u>Application</u>") and
- Notice of the Application.

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

**KARALIS PC**

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER

*Attorneys for the Trustee*

Dated: November 25, 2026

Mailing List Exhibit attached hereto:

**VIA ECF TRANSMISSION**

John Schanne, Esquire
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
*Counsel to the U.S. Trustee*

Allen B. Dubroff, Esquire
1500 JFK Blvd., Suite 1020
Philadelphia, PA 19102
*Counsel to the Debtor*

Leo M. Gibbons, Esquire
MacElree Harvey Ltd
17 West Miner St., Box 660
West Chester, PA 19381
*Counsel to Servpro of King of Prussia*

Lawrence J. Kotler, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
*Counsel to Penske Truck Leasing Co., LP*

Kristen Wetzel Ladd, Esquire
Unruh, Turner, Burke & Frees, P.C.
17 West Gay Street
West Chester, PA 19381
*Counsel to Citizens Bank, N.A.*

Joshua B. Ladov, Esquire
Ladov Law Firm, P.C.
1101 Market Street, Suite 2820
Philadelphia, PA 19107-2993
*Counsel to Penn Jersey Paper Co.*

Samantha Lieb, Esquire
DOJ-UST
One Newark Center, Suite 2100
Newark, NJ 07102
*Counsel to the U.S. Trustee*

David B. Picker, Esquire
Spector Gadon Rosen Vinci P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103
*Counsel to PC Events, LLC*

Joseph Jasper Swartz, Esquire
Pennsylvania Department of Revenue
P.O. Box 281061
Harrisburg, PA 17128
*Counsel to PA Dept of Revenue*

Pamela Elchert Thurmond, Esquire
City of Philadelphia, Law/Revenue Dept.
Mun. Serv. Bldg, 140 JFK Blvd, 5th Floor
Philadelphia, PA 19102
*Counsel to Water Revenue Bureau*

Rachel Wolf, Esquire
DOJ-UST
One Newark Center, Suite 2100
Newark, NJ 07102
*Counsel to the U.S. Trustee*

**VIA E-MAIL**

Asterion, Inc.
Attn: Stephen J. Scherf
1617 JFK Boulevard, Suite 1040
Philadelphia, PA 19103
sscherf@asterion-consulting.com
*Accountant to the Chapter 7 Trustee*